SEAN K. KENNEDY (145632)
(Sean_Kennedy@fd.org)
Federal Public Defender
STATIA PEAKHEART (200363)
Deputy Federal Public Defender
(Statia_Peakheart@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone   (213) 894-2854
Facsimile    (213) 894-0081

Attorneys for Defendant-Movant
LEZMOND CHARLES MITCHELL

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| LEZMOND CHARLES MITCHELL,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | **CAPITAL CASE**<br>28 U.S.C. § 2255<br><br>Case No. CV 09-1097<br><br>(Trial Case No. CR-01-1062-MHM)<br><br>NOTICE OF SERVICE OF MOTION |

1

**CERTIFICATE OF SERVICE**

☐    I hereby certify that on _____, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

_____
_____

☒    I hereby certify that on   05/22/09  , I served the attached document by   mail  
(insert service method: mail, courier service, in-person delivery, e-mail)
on the following, who are not registered participants of the CM/ECF System:
Kristine Fox, Senior Capital Case Staff Attorney
Evo A. DeConcini Courthouse, 405 W. Congress, Suite 1500
Tucson, AZ 85701-5010 ;

Kurt Micheal Altman;              /s/
and Vincent Quill Kirby           Amy Reedy