UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**Mitchell**
PLAINTIFF(S)

v.

**United States of America**
DEFENDANT(S)

CASE NO.  **CV 09-8089-PCT-MHM-MEA**

NOTICE TO FILER OF DEFICIENCIES IN
ELECTRONICALLY FILED DOCUMENTS

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Motion for Authorization to Interview Jurors In Support of Motion to Vacate, Set Aside, or Correct the Sentence #1* filed by *Statia Peakheart*:

- ☒ Document not in compliance with Local Rule 7.1(c). Document should be in PDF format and text-searchable.
- ☒ Incorrect Division Selected.  Incorrect division Phoenix selected.  Correct division is Prescott.
- ☒ Party not added to case. (United States of America)

**ACTION TAKEN BY THE COURT**

- ☒ DO NOT REFILE.  The deficiencies indicated above have been addressed by the Clerk.

**ACTION REQUIRED BY THE FILER**

- ☒ The deficiency indicated below must be corrected within one (1) business day of this notice.
- ☒ Required document(s) not attached.  The following required documents were not attached: Civil Cover Sheet.
- ☒ File the documents using the event Other Notice found in the Notices category.