SEAN K. KENNEDY (145632)
(Sean_Kennedy@fd.org)
Federal Public Defender
STATIA PEAKHEART (200363)
Deputy Federal Public Defender
(Statia_Peakheart@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone   (213) 894-2854
Facsimile    (213) 894-0081

Attorneys for Defendant-Movant
LEZMOND CHARLES MITCHELL

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| LEZMOND CHARLES MITCHELL,<br><br>                 Movant,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                 Respondent. | **CAPITAL CASE**<br>28 U.S.C. § 2255<br><br>Case No. CV-09-8089-MHM (MEA)<br><br>(Trial Case No. CR-01-1062-MHM)<br><br>NOTICE OF SERVICE OF CIVIL<br>COVER SHEET |

1

## CERTIFICATE OF SERVICE

☐    I hereby certify that on _____, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

_____

_____

☒    I hereby certify that on \_\_\_\_\_05/27/09\_\_\_\_\_, I served the attached document by
    mail
(insert service method: mail, courier service, in-person delivery, e-mail)
on the following, who are not registered participants of the CM/ECF System:
Kristine Fox, Senior Capital Case Staff Attorney
Evo A. DeConcini Courthouse, 405 W. Congress, Suite 1500
Tucson, AZ 85701-5010 ;

Kurt Michael Altman

US Attorney's Office

2 Renaissance Sq

40 N Central Ave

Ste 1200

Phoenix, AZ 85004-4408

                              /s/
                             Amy Reedy