

**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| *Two Renaissance Square* | *(602) 514-7500* |
| *40 N. Central Avenue, Suite 1200* | *FAX: (602) 514-7693* |
| *Phoenix, Arizona  85004-4408* | *Civil FAX: (602) 514-7760* |

May 29, 2009

Honorable Mark E. Aspey
United State Magistrate Judge
123 N. San Francisco Street, Suite 200
Flagstaff, Arizona 86001

Re:     ***Lezmond Mitchell v. United States of America***
         ***Case No.: CV09-8089-MHM-MEA***

Dear Magistrate Judge Aspey:

This case has been or may be assigned to you.  We have carefully reviewed all the available records in the office, including the computer data, and determined that (choose and mark the appropriate category):

☒     CONFLICT EXISTS.

 ☒ (a) The case or matter was in the Flagstaff office or the defendant was in a different case or matter in the Flagstaff office during the period October 1, 2000 through December 18, 2004.

Sincerely yours,

DIANE J. HUMETEWA
United States Attorney
District of Arizona

S/Vincent Q. Kirby

VINCENT Q. KIRBY
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Statia Peakheart.

S/Vincent Q. Kirby