IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff/Respondent, | ) | CR  01-01062 PCT JAT |
| v. | ) | CIV 09-8089 PCT JAT (MEA) |
| LEZMOND MITCHELL, | ) | |
| Defendant/Movant. | ) | ORDER |

Mr. Mitchell's motion pursuant to 28 U.S.C. § 2255 has been referred to the undersigned for preparation of a Report and Recommendation.  At the time of Movant's indictment and prosecution, the undersigned was an Assistant United States Attorney in the District of Arizona. It would appear from the docket that the undersigned had no involvement in Mr. Mitchell's prosecution and, therefore, there is no per se requirement to recuse.  However, to avoid any appearance of impropriety or bias the undersigned will recuse himself from this matter.

**THEREFORE, IT IS ORDERED** that I hereby **recuse** myself from any action in the above-captioned matter and **order** that Movant's section 2255 petition be referred to another Magistrate Judge for preparation of a Report and Recommendation.

DATED this 1st day of June, 2009.

_____
Mark E. Aspey
United States Magistrate Judge