*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

1.    Family Tree (prepared by FPD-LA)

**<u>LEZMOND CHARLES MITCHELL</u>**

<u>Vital Records</u>

2.    Birth Certificate, 9/17/1981

3.    Tribal Affiliation-1/4 Navajo Indian Blood, 3/23/1984

<u>Medical Records</u>

4.    Medical Records from Red Mesa High School

5.    Auto Accident, 10/9/1999

6.    Edward Fields, Ph.D., 1998-1999

<u>School Records</u>

7.    Sanders Elementary School, Sanders, Arizona (Grades K-2)

8.    Thomas McCarthy Catholic School, Hanford, CA (Grades 1-2)

9.    Avenal Elementary School, Avenal, California (Grades 2)

10.   Round Rock Elementary School, Teec Nos Pos, Arizona (Grades 3-5)



# STATE OF ARIZONA
## Certified Copy of Vital Record

**STATE OF ARIZONA**
DEPARTMENT OF HEALTH SERVICES - VITAL RECORDS SECTION

### CERTIFICATE OF LIVE BIRTH

BIRTH NO. B 102-    81-033011

| NAME OF CHILD | A. First | B. Middle | C. Last |
|---|---|---|---|
| | LEZMOND | CHARLES | MITCHELL |

| | TYPE OF BIRTH (Single, twin, triplet, etc.) SPECIFY | IF MULTIPLE BIRTH (Born first, second, etc.) SPECIFY | DATE OF BIRTH Month Day Year | Hour |
|---|---|---|---|---|
| MALE | SINGLE | | 1981 | 9:46 AM |

| PLACE OF BIRTH | A. County | B. Town or City | C. Hospital or Clinic (if home birth, give street address) |
|---|---|---|---|
| | APACHE | FORT DEFIANCE | PHS INDIAN HOSPITAL |

| FATHER'S NAME | A. First | B. Middle | C. Last | DATE OF BIRTH Month Day Year | PLACE OF BIRTH State or Country |
|---|---|---|---|---|---|
| | | | | | |

| MOTHER'S MAIDEN NAME | A. First | B. Middle | C. Last | DATE OF BIRTH Month Day Year | PLACE OF BIRTH State or Country |
|---|---|---|---|---|---|
| | SHERRY | LANE | MITCHELL | 1958 | KANSAS |

| MOTHER'S USUAL RESIDENCE | A. State | B. County | C. Town or City | D. Zip Code |
|---|---|---|---|---|
| | ARIZONA | APACHE | TSAILE | 86556 |

| STREET ADDRESS OR R.F.D. | IN CITY LIMITS? YES NO | MOTHER'S MAILING ADDRESS (if different from item 12) |
|---|---|---|
| P. O. BOX # 45 | | |

| THE INFORMATION LISTED IN ITEMS 1-13 IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | PARENT OR INFORMANT'S SIGNATURE | RELATIONSHIP TO CHILD | DATE SIGNED |
|---|---|---|---|
| | | MOTHER | |
| I ATTENDED THE BIRTH OF THIS CHILD WHO WAS BORN ALIVE AT THE PLACE, TIME, AND DATE ENTERED ABOVE | ATTENDANT'S SIGNATURE (type name below line) Rita Gambrel | TITLE ☐ MD ☐ DO ☒ OTHER (specify) RN | DATE SIGNED 9/17/81 |

SUPPLEMENTARY ENTRIES

| DATE REGISTERED | REG FILE NO | REGISTRAR'S SIGNATURE | REG DISTRICT | DATE REC'VD IN STATE OFFICE |
|---|---|---|---|---|
| 16 Oct. 1981 | 594 | Brenda Morgan | 0187 | OCT 23 1981 |

STATE OF ARIZONA
COUNTY OF MARICOPA } SS

DATE ISSUED

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, DEPARTMENT OF HEALTH SERVICES, PHOENIX, ARIZONA issued under the authority of A.R.S. 36-341, and by direction of:

JAMES E. SARN, M.D., M.P.H., Director
Arizona Department of Health Services
State Registrar

ALFONSO BRAVO
Assistant State Registrar

This copy not valid unless prepared on safety paper displaying state seal in color and impressed with raised seal of issuing agency.

FPD-AZ-02024-0053

EX 2 - 2



# THE NAVAJO NATION

ALBERT HALL
~~PETERSON ZAH~~
PRESIDENT

THOMAS ATCITTY
~~MARSHALL PLUMMER~~
VICE PRESIDENT

UNACCEPTABLE IF ALTERED

CERTIFICATE OF NAVAJO INDIAN BLOOD

PART A (To be used if applicant is enrolled)

CHINLE
AGENCY

June 07, 1996
DATE

I certify that ___Lezmond Charles Mitchell___ is listed on the Navajo Indian Census Roll, dated

__Jan. 01, 1940__, which is an official record of this office as being of ___1/4___ degree Navajo

Indian blood, with Roll Number___519,241___, date of birth. _ ___, 1981___.

**RECORD:** Page 247, Southern Navajo Indian Census Roll, Arizona.
Enrolled March 23, 1984

55# —3972

VITAL STATISTIC MANAGER

THE INFORMATION CONTAINED ON THIS DOCUMENT
HAS BEEN TAKEN FROM THE OFFICIAL TRIBAL ROLL OF THE NAVAJO TRIBE.

TRIBAL ENROLLMENT SERVICES
CHINLE AGENCY ● P.O. BOX 2527 ● CHINLE, ARIZONA 86503

FPD-AZ-02024-0057

EX 3 - 3

FPD-AZ-03056-0392

Mitchell, Lezmond Charles

| LAST NAME | FIRST | MIDDLE | DATE OF BIRTH | RACE | SHIPROCK HOSPITAL # |

Month Day Year

Navajo/    CHC# 050323

# Mitchell, Lezmond    -81

Census # ___519,241___

RED MESA UNIFIED SCHOOL DISTRICT HEALTH RECORD    S.S.N. _____

## INFORMATION CONCERNING HOME (pencil)

| Custodial Parent or Guardian | Home Address | Phone | Business Address | Phone | Family Physician |
|---|---|---|---|---|---|
| FATHER | | | | | NAME ___ PHONE ___ |
| MOTHER Sherry L Mitchell | | | | | ADDRESS ___ |

## FRIEND/RELATIVE TO CALL IN CASE OF EMERGENCY (pencil)

| NAME | PHONE | NAME | PHONE | NAME | PHONE |
|---|---|---|---|---|---|
| ADDRESS | | ADDRESS | | ADDRESS | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YEAR | | | | | | 1991-92 | 1992-93 | | 1994-95 | 1995-96 | 96-97 | 97-98 | 98-99 |
| GRADE/PLACEMENT | Kg. | First | Second | Third | Fourth | Fifth | Sixth | 7th | 8th | 9th | 10th | 11th |
| SCHOOL | | | | | | Round R | | | RC | Rams | RMHS | RMHS |
| HEIGHT | | | | | | 5'4 | 5'9 | 6'5½ | 6'5 | 5'7" | 5'8 | |
| WEIGHT | | | | | | 132 | 140ish | 210½ | 219 | 295 | 291 | |
| DATE: | | | | | | 11-20-91 | 12-9-92 | 4-18-95 | 9-13-95 | 9-13-97 | 2/19/99 | |
| VISUAL ACUITY  B | | | | | | 20/70 | 20/50 | 20/50 | 20/50 | 20/200 | 20/200 | WO |
| R | | | | | | 20/70 | 20/70 | 20/50 | 20/50 | /200 | /200 | 2/2/01 |
| L | | | | | | 20/70 | 20/70 | 20/50 | 20/50 | /200 | /200 | |
| WITH GLASSES  B | | | | | | | | | | | | |
| R | | | | | | | | | | | | |
| L | | | | | | | | | | | | |
| DATE: | | | | | | | | | | | | |
| VISUAL ACUITY  B | | | | | | | | | | | | |
| (Recheck)  R | | | | | | | | | | | | |
| L | | | | | | | | | | | | |
| WITH GLASSES  B | | | | | | | | | | | | |
| R | | | | | | | | | | | | |
| L | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| DATE: | | | List Drug Allergies and/or Anaphylactic Responses IN RED |
| FARSIGHTEDNESS | | COLOR SCREENING | |
| BV FAR | | RESULTS | |
| BV NEAR | | DATE: | |
| DEPTH PERCEPTION | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE: | | | 12-9-92 | 4-18-94 | 9-13-95 | 2/19/99 | |
| HEARING  R | | | B-WNL | N | N | WNL | |
| L | | | | N | N | WNL | |
| DATE: | | | | | | | |
| HEARING  R | | | | | | | |
| (Recheck)  L | | | | | | | |
| DATE: | | | | | | | |
| SCOLIOSIS | | | | | | | |

EX 4 - 4

FPD-AZ-03056-0393

# ARIZONA SCHOOL IMMUNIZATION RECORD

This form must be completed from an immunization record provided by parent or guardian.
See reverse side for instructions.

## I. IDENTIFICATION INFORMATION

CHILD'S NAME
NOMBRE DE NINO    *Mitchell, Regmond*

BIRTHDATE
FECHA DE NACIEMIENTO    -81

ENTRY GRADE (circle)    Pre-K  K  1  2  3  4  5  6
GRADO (marque con circulo)    7  8  (9)  10  11  12

SEX    MALE  ☒    FEMALE ☐
SEXO   NINO  ☐    NINA ☐

### FOR SCHOOL USE ONLY

Enrollment Date: 8/21/96

Schedule for Completion (Check dose(s) needed)

| VACCINE | 1ST | 2ND | 3RD | 4TH | 5TH |
|---|---|---|---|---|---|
| DTP/DT Td | 2/96 | | | | |
| OPV/IPV | | | | | |
| MMR | | | | | |
| Hib | | | | | |

| II. IMMUNIZATIONS | 1st MO./DAY/YR | 2nd MO./DAY/YR | 3rd MO./DAY/YR | 4th MO./DAY/YR | 5th MO./DAY/YR |
|---|---|---|---|---|---|
| (DTP) Diphtheria, Tetanus & Pertussis La Difteria, El Tetano, La Tos Ferine | 10/2/81 | 12/08/81 | 3/5/82 | 9/12/83 | 2/4/86 |
| (DT) Diphtheria & Tetanus La Difteria, El Tetano | / / | / / | | / / | / / |
| (Td) Tetanus & Diphtheria El Tetano, La Difteria | 8/21/96 | / / | | / / | |
| (OPV) or (IPV) Polio Vaccine La vacuna Para La Poliomielitis | 10/2/81 | 12/288 | 5/5/82 | 9/12/83 | 2/4/86 |
| (MMR) Measles, Mumps & Rubella El Sarampion, Las Paperas, y la Rubeola Month, Day and year required | 8/30/83 | 8/30/83 | | | |
| (Hib) Haemophilus Influenzae b Required for Pre-K program, children under 15 months to age 5. La Vacuna Compuesta Haemophilus b Los Niños 15 meses de edad a 5 anos de edad necesitan tener La vacuna para poder atender la programa de pre-jardin de infantes. | / / Manufacturer | / / Manufacturer | / / Manufacturer | / / Manufacturer | |
| TB Skin Test: (optional) List most recent test Prueba de tuberculosis del piel: (opcion) Liste la más reciente prueba | / / | / / | / / | / / | |
| Other | / / | / / | / / | / / | |



This record is part of the mandatory permanent pupil records as defined in Section 36-671 of the Health Code, and
Section 15-871 of the Education Code and shall transfer with that record. Local health departments shall have access to this record.

ADHS/DCS/VPDS/ASIR 109R (2/91)

EX 4 - 5



FPD-AZ-03056-0394

FPD-AZ-03056-0395

| LAST NAME | FIRST | MIDDLE | DATE OF BIRTH | SEX | RACE | SHIPROCK HOSPITAL # |
|---|---|---|---|---|---|---|

## SCHOOL NURSE PROGRESS NOTES (ink only)

| Date | |
|---|---|
| 04-05-91 | Enrolled at Round Rock Elementary School. M Begaye HH |
| 04-05-91 | Immunization Record was brought in to the school from and Verified with School health record. M Begaye HH |
| 1/21/93 | Scheduled for eye exam at Tsaile Eye Clinic. M Begaye HH |
| 2/26/93 | Has an appointment at Tsaile Eye Clinic for eye exam M Begaye HH |
| 2/26/93 | He was seen at Tsaile Eye Clinic, and it stated that he needed eye glasses. The prescription was given to his grandfather. Still needs to go back for complete checkup M Begaye HH |
| 3/93 | Purchased a of eye glasses from Bishop in Gallup and he is wearing them. M Begaye HH |
| 4/29/93 | He had his sport physical done at Chinle, and his physical form is on file in his school health chart. M Begaye HH Re-enrolled at Round Rock Elem School. M Begaye HH |
| 2/7/95 | He's been complaining of his back, and his grandfather wants him to have X-Ray done. M Begaye HH |
| 2/7/95 | He was seen @ Chinle Health Clinic and medication was given to him for pain. X-Ray was not necessary. Doctor statement was given, and it stated No PE X /week. M Begaye HH |
| 99/99 | |

| 28.   DATE And CLINIC | 29.   DIAGNOSES AND CLINICAL NOTES |
|---|---|
| | _Laurie O'Meara_ |
| 12-3-97 | Parents were sent home permit to sign for student to go to Cortez, Underwood Optical on 12-16-97 — _Laurie O'Meara_ |
| 12/10/97 | Student Stated - "I'll get glasses on my own" — _Laurie O'Meara_ |
| 2/19/99 | H/B Vision Screening completed hrg was WNL - vision poor - Student stated "I do have a pair of glasses but their Sunglasses & Mr. Fisker took them away this morning cuz their Sunglasses —" _Laurie O'Meara_ |
| 5/12/98 | Student OK'd for Sports - 98-99 - Needs Rx glasses - Notified parents of need — _Laurie O'Meara_ |
| 5/20/99 | Have a good year — _Laurie O'Meara_ school year 98-99 |

IHS-45-3 (BACK)
(REV. 01/89)

GPO : 1989 O - 249-113

FPD-AZ-03056-0396

EX 4 - 8

**AMBULATORY CARE RECORD BRIEF**
(CONTINUATION SHEET)

| 28.  DATE and CLINIC | 29.  DIAGNOSES AND CLINICAL NOTES |
|---|---|
| School Year | 96-97 Continued |
| 2/27/97 Cont - | Need to see a Dr. for throat culture — Student understands & verbalizes that he will comply c̄ self care — Laurie O'Mealka |
| re-entry | Wrote referral to go to Smile Clinic — Laurie O'Mealka |
| 5-12-97 | ok for Sports I visual acuity - lazy eye opened Rt ankle sprain ʃ motion + referral often - Gregory PT Laurie O'Mealka |
| 5-30-97 | Had a good year |
| School Year | 97-98 |
| 10/23/97 1305 | Student in c̄ c/o pain to jammed L pinky fr. playing flag football in PE. Taped finger & gave Student 2-325 mg tabs of tylenol for pain — Laurie O'Mealka |
| 11/21/97 | Student in c̄ c/o cough today, throat noted - redness @ back of throat- lymph nontender — cough lozenges given ↑ in H₂o advised |

1. LAST NAME, FIRST, MIDDLE

4. REGISTR NO.

(Continue

IHS-45-3
(REV. 01/89)

FPD-AZ-03056-0397

ULATORY CARE RECORD BRIEF
\TINUATION SHEET)

| DATE And CLINIC | 29. DIAGNOSES AND CLINICAL NOTES |
|---|---|
| SCHOOL YEAR | 96-97 |
| 9/26/96 | Student enrolled @ RMHS on 8/21/96. Okd for Sports in 96-97 year - See physical form in file ——— O'Neal |
| 10/2/96 | Notice of inadequate immunizations sent to parents today —— S O'Neal RN |
| 10/25/96 | 2ND Notice of inadequate immunization mailed to parents —— S O'Neal RN |
| 10/31/96 | Received updated immunization Hx today ——— RN O'Neal |
| 2/27/97 0910 | c/o cough, runny nose, stomach ache, vomit x 1 yesterday, body aches white mucous present c cough denies nausea, earaches, scratchy throat. Temp — 98.9 ears — WNL, lymp nontender, sinuses tender, lungs CTA, pallor pale. observation of throat shows tonsils swollen +3, +red. Otoscope shows a white patch present near the top on outside. Anxiety r/t flu like symptoms possibly strep throat. Very red swollen pus filled pockets @ back of throat. Indicate student on various OTCs that can be used |
| 1ST NAME, FIRST, MIDDLE | Mitchell, Rezmond |
| | 4. REGISTRATIC NO. |

FPD-AZ-03056-0398

RED MESA UNIFIED SCHOOL DISTRICT # 27
UDENT HEALTH SERVICES PERMIT

Student Name : Lezmond Mitchell    Sex: (Male) Female    Grade : 11
Social Security # : /    -3977  Census # : _____    Date of Birth: ____-91
Mailing Address : Box 07    Home location : Round Rock
Lukachukai AZ
86507    Child's Place of Birth : Fort Defiance

CIRCLE BELOW THE HOSPITAL YOU TAKE YOUR CHILD TO FOR THEIR HEALTH CARE
Shiprock    Kayenta  (Chinle) (Tsaile)  Dennehotso    Monument Valley    Teec Nos Pos
Tuba City    Gallup    Other (please specify) : _____
HOSPITAL RECORD # _____
Mother's Maiden Name : Mitchell _____    Deceased : Yes[  ]  No [X]
Tribe : Navajo _____ Place of Birth : _____    Home Phone : ____  X
Employer : _____    Business Phone : _____
Fathers Name : _____    Deceased : Yes [  ]  No [X]
Tribe : _____ Place of Birth : _____    Home Phone : _____
Employer : _____    Business Phone : _____
ADDITIONAL INFORMATION  ( if not living with parents )
Guardian's Name : George Mitchell _____    Home Phone : _____
Guardian's Mailing Address : Box 67 Lukachukai AZ, 86507
Employer : _____    Business : _____
Give names of two people that can be contacted in your absence in case of illness or an emergency:
Name : _____    Name : _____
Home Location : _____    Home Location : _____

Home Phone : _____    Home Phone : _____

Please Initial the following statements and check the yes or no box so that your child may receive
services from the Health Services Department.

I give permission for my child to participate in the Fluoride Rinse and Sealant    Yes [  ] No [X]
  program provided by the State Office of Dental Health.  Sealants are applied
  to teeth of students who are in 1st , 2nd, 6th and 7th grades only.
I give permission for my child to receive TYLENOL for minor aches,pains,    Yes [X] No [  ]
  and headaches during school hours .
I give permission for my child to receive IBUPROFEN  as needed for sports injuries.    Yes [X] No [  ]
I give permission for my child to receive COLD MEDICATIONS (OTC) as    Yes [X] No [  ]
  needed for colds and flu.
I give permission for my child to be seen by Physicians from Teen Life Center    Yes [X] No [  ]
  during School Based Health Clinics .
I give permission for my child to receive information on stages of growth and    Yes [X] No [  ]
  development .
I give permission for  my child to receive AIDS information.    Yes [X] No [  ]
I give permission to Health Services personnel to obtain immunization    Yes [X] No [  ]
  information from the clinic or Hospital  which my child receives services.
I give permission for my child to participate in Interscholastic Athletics    Yes [X] No [  ]

History of Illnesses listed below  please circle if your child has any of the following  health  problems:
Asthma    Rheumatic fever    Heart Disease    Diabetes    Tuberculosis    Scoliosis    Hearing problems
Vision problems  Cerebral Palsy    Hepatitis    Other {please specify} _____
Allergies {specify} _____

I understand that if this permit is not signed and returned, my child will not receive transportation to any
health care clinic except in extreme emergencies.  I understand that I will not be notified prior to the
students attendance at the clinic and that the school is not responsible for the type of care given or the
decisions made by clinic personnel.  I have read, had a chance to ask questions ,and understand the services
offered by the Red Mesa Health Services department.

George Mitchell
( Parent / Guardian Signature)

Aug. 10, 1998
( Date)

FPD-AZ-03056-0399

**EX 4 - 11**

**RED MESA UNIFIED SCHOOL DISTRICT NO. 27**

HCR 6100 — BOX 40
TEEC NOS POS, ARIZONA 86514

MR. JERALD L. WRAY
SUPERINTENDENT

(520) 656-3511
FAX:  (520) 656-3510

Date: _5/20/99_

Dear Parent/Guardian of ___*Regmond Mitchell*___,

On _5/12/98_ your student was examined by Physicians from Teen Life Center and Northern Navajo Medical Center. The sports physicals that he/she received was for the school year _98 - 99_

It was determined that your child be further evaluated by _an Optometrist_, for problems pertaining to (his)/her _eye sight very poor_

You will be receiving an appointment for your child in the mail.  It is important that you take your child to the appointment when you receive the notice of the date and time.  At this time your child _has been_ cleared to participate in sports for the _98 - 99_ year.

If your child has not been cleared for sports it is in their best interest that they be further evaluated so that they are able to participate next year.  You will be required to bring a letter of clearance from the above mentioned specialist prior to your child's participation in sports.

If you have any questions please feel free to contact me at 520-656-3511 ext 231.

Sincerely,

*Laurie O'Neal*

Laurie O'Neal RN
District Nurse

RED MESA ELEMENTARY SCHOOL    •    RED MESA HIGH SCHOOL    •    ROUND ROCK SCHOOL
GOVERNING BOARD
Johnny Descheny    •    James Tsosie
Harrison W. Begay    •    Martha Saggboy    •    Kado Holiday

FPD-AZ-03056-0400

**EX 4 - 12**

PLEASE PRINT     **14 – 17 YEAR EPSDT TRACKING FORM**   110 OHS

| Clinic Code: 57 | Time: 10:15 | Provider: | Affil-- | Discipline--- | Initials-- 101/hrs |
|---|---|---|---|---|---|
| NAME  Mitchell, Lezmond | | | AHCCCS I.D. | | DATE OF BIRTH  81 |
| DATE 5-12-98 | AGE 16 | HT 68 | PERCENTILE 35% | WT 250 | PERCENTILE 79 95% | BP 132/75 |

☐ INTERVAL HISTORY ( Parental Concerns, School Progress, Behavior Problems)

Comments   Road Rock → mom + dad at home

B, C's → Job + college   Bisexually

10th grade   Emesis x 2 today, achy ? fever

Vital Signs:  T 97.4   Q Micellaneu
P 74   Q Body aches
R ___

✔ wears glasses

NUTRITIONAL ASSESSMENT  ☒ Adequate  ☐ Inadequate  ☐ Referred

SENSORY SCREEN
Vision normal?   ☒ YES  ☐ NO   ( 200 Right  200 Left  200 Both)
Hearing/speech normal?   ☐ YES  ☐ NO   (By history)

DEVELOPMENTAL ASSESSMENT  Is development normal for age?  ☒ YES  ☐ NO

**COMMENTS, ASSESSMENT & PLAN**

PT: Pt will participate in FOOTBALL, WRESTLING. Pt REPORTS SPRAINING L ANKLE IN SEPT. 1997, R ANKLE OCT. 1996. Pt STATE HE HAS NO PROBLEMS c ANKLES ☒ NO LIMIT OF B ANKLES.

A: poor vision    borderline TBP
overweight
Viral syndrome

P: ① eye clinic referral   ④ Consider mental health counsel re: gay involvement
② hep B series
③ ↑ exercise, Hfat+Lsalt   ⑤ nutrition consult

**PHYSICAL EXAM**
Are the following normal?

| | Yes | No | Refd |
|---|---|---|---|
| Skin (+tatoos) | X | | |
| HEENT | X | | |
| Teeth | X | | |
| Nodes | X | | |
| Heart | X | | |
| Lungs | X | | |
| Abdomen (+NSH) | X | | |
| Ext. Gen.  no opt tatoos | X | | |
| Extremities | X | | |
| Spine (scoliosis) | X | | |
| Neuro. | X | | |
| 2°Sexual Dev. | X | Tanner IV | |

Dental referral (required):
☐ Routine  ☐ For Problem

☐ TB test (optional)

**IMMUNIZATIONS**

Given? (indicate which ones)_____
Immunizations current?  ☐ Yes  ☐ No  ☐ Unknown
(if yes documentation should be in chart)

3 days
1 pack/day

**ANTICIPATORY GUIDANCE**   3x/week

☒ Car safety, seat belts   ☐ Nutrition   ☒ Physical activity
☒ Smoking, Alcohol, Drugs   ☒ Sexual education and S.T.D.'s   ☐ Other
☐ Pregnancy Prevention   ☐ Motorcycle safety, helmets

| Revisit Plan f/u 1 year | Clinician(print) | Signature |
|---|---|---|

IHS Addressograph      NAO–136 (REV:12/89)

Mitchell, Lezmond
# 80-86-48

On AHCCCS?  ☐ YES  ☐ NO  ☐ Pending
White Copy  – Patient Record
Canary Copy  – Send to: AHCCCS EPSDT 801 E. Jefferson Phoenix, Arizona 85034
Pink Copy  – PHN – File

FPD-AZ-03056-0401

EX 4 - 13

☆ U.S. GOVERNMENT PRINTING OFFICE 1993-348-457

IHS 199-1 (REV. 01/89)

# PATIENT REFERRAL NOTICE

INSTRUCTIONS (This form may be used by Medical, Dental, and Paramedical personnel to refer DIH Beneficiaries for medical, dental or related services.)

1. TO (Name, title, and address of person or organization or institution to whom referral is made.)

Eye Clinic

| 2. NAME OF PATIENT (Last Name, First Name, Middle Name) | 3. SEX | 4. BIRTH DATE | 5. REGISTRATION NO. |
|---|---|---|---|
| Mitchell, Lezmond | M | -81 | 808648 |

| 6. ADDRESS | 7. TRIBE | 8. RESERVATION |
|---|---|---|
| Box 67 Lukachukai AZ | Navajo | Navajo |

9. ADDITIONAL IDENTIFICATION

Parents — Sherry Mitchell

10. REASON FOR REFERRAL (Type of service requested)

16 yo IM c no glasses — vision 20/200
Needs refract eval.

11. SIGNIFICANT MEDICAL OR DENTAL FACTORS (Including diagnosis, prognosis, treatment, etc.)

12. REPORT BY PARAMEDICAL PERSONNEL

| 13. FROM (Name, title, and address of person making referral) | | 14. DATE |
|---|---|---|
| | 6 LM ☐ #747 | 5/12/98 |

FPD-AZ-03056-0402

**EX 4 - 14**

## RED MESA UNIFIED SCHOOL DISTRICT #27
## STUDENT EVALUATION REPORT

STUDENT'S NAME: _Regmond Mitchell (W)_  DATE OF REFFERAL: _____

TEACHER: _Mr. Phillip_ _____  REQUESTED BY: _____

1st VISION Screen    DATE: 2/19/98

RIGHT:      LEFT:       BOTH:
20/200      20/200      20/200

Re-Screen VISION    DATE: _____

RIGHT:      LEFT:       BOTH:
20/         20/         20/

HEARING: PURETONE    DATE: 2/19/98

|       | 500Hz | 1000Hz | 2000Hz | 4000Hz |
|-------|-------|--------|--------|--------|
| RIGHT | 15    | 15     | 10     | 15     |
| LEFT  | 15    | 15     | 10     | 15     |

WNL

HEARING: PURETONE    DATE: _____

|       | 500Hz | 1000Hz | 2000Hz | 4000Hz |
|-------|-------|--------|--------|--------|
| RIGHT |       |        |        |        |
| LEFT  |       |        |        |        |

IMMUNIZATIONS:    _____COMPLETE    _____INCOMPLETE

RELEVANT MEDICAL INFORMATION:

Ht = 5'8"
Wt - 246

## PURE TONE THRESHOLD

|     | 250 | 500 | 1000 | 2000 | 4000 | 8000 |
|-----|-----|-----|------|------|------|------|
| 0   |     |     |      |      |      |      |
| 10  |     |     |      |      |      |      |
| 20  |     |     |      |      |      |      |
| 30  |     |     |      |      |      |      |
| 40  |     |     |      |      |      |      |
| 50  |     |     |      |      |      |      |
| 60  |     |     |      |      |      |      |
| 70  |     |     |      |      |      |      |
| 80  |     |     |      |      |      |      |
| 90  |     |     |      |      |      |      |
| 100 |     |     |      |      |      |      |
| 110 |     |     |      |      |      |      |

N    )S: _____

FPD-AZ-03056-0403

*10*

Date: *12-2-97*

Dear Parent/Guardian of *Rezmond Mitchell*,

Your child's vision has been evaluated here at school, and it has been determined that he/she should be seen by an Optometrist (Eye Doctor) as soon as possible. The school will be providing transportation to Underwood Optical in Cortez Colorado on *December 16, 1997 (Tuesday)*

If you wish your child to receive an eye exam and possibly glasses if needed please sign this form and send it back to school with your child or bring it to the school by *December 5, 1997*.

---

I give permission for my child, *Rezmond Mitchell* to participate in the above named trip. I will not hold the school responsible for accidents or injuries to my child as long as supervision has been provided. I understand that there will be a sponsor with my child at all times during the trip. The school does not carry insurance on my child.

X _____          X _____
**(Parent/Guardian signature)**                 **(Date)**

---

## CONSENT FOR EMERGENCY CARE

Be it known that I, the undersigned parent or guardian of the above named student, do hereby give and grant unto any medical doctor or hospital, my consent and authorization to render such aid, treatment, or care to said student as, in the judgment of said doctor or hospital, may be required on an emergency basis, in the event said student should be injured or stricken ill while on this school trip.

X _____          X _____
**(Parent/Guardian signature)**                 **(Date)**

FPD-AZ-03056-0404

**EX 4 - 16**

RED MESA UNIFIED SCHOOL DISTRICT # 27
STUDENT HEALTH SERVICES PERMIT

Student Name: _Lezmond C. Mitchell_  Sex: (Male)/Female  Grade: _10_
Social Security #: _-3972_  Census #: _519 - 241_  Date of Birth: _9-17-81_
Mailing Address: _Box 67_  Home location: _7 mi east of Round Rock T.P._
_Lukachukai, AZ._  _1 mi south of Highway._
_86507_  Child's Place of Birth: _____

CIRCLE BELOW THE HOSPITAL YOU TAKE YOUR CHILD TO FOR THEIR HEALTH CARE
Shiprock    Kayenta    (Chinle)/(Tsaile)    Dennehotso    Monument Valley    Teec Nos Pos
Tuba City    Gallup    Other (please specify): _____

HOSPITAL RECORD #
Mother's Maiden Name: _Sherry L. Mitchell_  Deceased: Yes[ ] No [✓]
Tribe: _Navajo_  Place of Birth: _Ft. Defiance PHS_ Home Phone: _0_
Employer: _none_  Business Phone: _0_
Employer Mailing Address: _0_
Fathers Name: _Unknown_  Deceased: Yes [ ] No [✓]
Tribe: _0_  Place of Birth: _0_  Home Phone: _0_
Employer: _0_  Business Phone: _0_
Employer Mailing Address: _0_

ADDITIONAL INFORMATION ( if not living with parents )
Guardian's Name: _George Mitchell_  Home Phone: _0_
Guardian's Mailing Address: _Box 67 Lukachukai, AZ. 86507_
Employer: _0_  Business: _0_
Employer 's Mailing Address: _0_
Give names of two people that can be contacted in your absence in case of illness or an emergency.
Name: _Mike Mitchell_  Name: _0_
Home Location: _Same as above_  Home Location: _____

Home Phone: _0_  Home Phone: _____

Please Initial the following statements and check the yes or no box so that your child may receive
services from the Health Services Department.

I give permission for my child to participate in the Fluoride Rinse and Sealant
program provided by the State Office of Dental Health.  Sealants are applied
to teeth of students who are in 1st , 2nd, 6th and 7th grades only.  Yes [ ] No [ ] _____
I give permission for my child to receive Tylenol for minor aches,pains,and headaches
during school hours .  Yes [X] No [ ] _____
I give permission for my child to be seen by Physicians from Teen Life Center
during School Based Health Clinics .  Yes [X] No [ ] _____
I give permission for my child to receive curriculum on stages of growth and
development .  Yes [X] No [ ] _____
I give permission for my child to receive AIDS curriculum.  Yes [X] No [ ] _____
I give permission to Health Services personnel to obtain immunization information
from the clinic or Hospital which my child receives services.  Yes [X] No [ ] _____
I give permission for my child to participate in Interscholastic Athletics  Yes [X] No [ ] _____

History of Illnesses listed below  please circle if your child has any of the following health problems:
Asthma   (Rheumatic fever)   Heart Disease    Diabetes    Tuberculosis    Scoliosis    Hearing problems
(Vision problems)   Cerbral Palsey    Hepatitis    Other {please specify} _____
Allergies {specify} _____

I understand that if this permit is not signed and returned, my child will not receive transportation to any
health care clinic except in extreme emergencies.  I understand that I will not be notified prior to of the
students attendance at the clinic and that the school is not responsible for the type of care given or the
decisions made by clinic personnel.  I have read, had a chance to ask questions ,and understand the services
offered by the Red Mesa Health Services department.

_George Mitchell_  _Aug 18, 1997_
(Parent / Guardian Signature)  ( Date)

FPD-AZ-03056-0405

**RED MESA UNIFIED SCHOOL DISTRICT NO. 27**

HCR 6100 — BOX 40
TEEC NOS POS, ARIZONA 86514

HENRY E. SCHMITT, PH.D.
SUPERINTENDENT

(520) 656-3511
FAX: (520) 656-3510

Date: _5-30-97_

Dear Parent/Guardian of _Hajmond Mitchell_,

Your child _Hajmond_ was seen by Physicians from the Teen Life Center on _5-12-97_. It was determined when your child was examined that he/she was in need of being further evaluated at a specialty clinic before they can be cleared to participate in sports in the 1997-98 school year.

Enclosed is a 'REFERRAL NOTICE' which was completed by the Doctor that saw your child. Please take the notice and your child to the Hospital that has been written in at the top of the notice.

It is important that once you have taken your child to the hospital and your child has been cleared for sports that I receive a letter of clearance from the Doctor that your child saw. Without the clearance to participate your child will not be allowed to join any sports at Red Mesa Schools in the 1997-98 school year.

Remember:

1. Take your child and the referral notice to the clinic that has been chosen.
2. Get a letter of clearance for sports from the Dr. that saw your child.
3. Mail or bring the letter to the Health Services Office at Red Mesa Schools.

Thank you for your prompt attention to this matter.

Sincerely,

Laurie O'Neal RN
District Nurse
Red Mesa Unified School District #27

*Hajmond has been cleared for sports do not need clearance letter from a Physician.*

RED MESA ELEMENTARY SCHOOL    •    RED MESA HIGH SCHOOL    •    ROUND ROCK SCHOOL
GOVERNING BOARD
Johnny Descheny    •    James Tsosie
Harrison W. Begay    •    Martha Saggboy    •    Kado Holiday

FPD-AZ-03056-0406

**EX 4 - 18**

PLEASE PRINT       14 – 1 YEAR EPSDT TRACKING FORM  1-22-8Au

| Clinic Code: 54 | Time: 1350 | Provider: | Affil— AHCCCS I.D. | Discipline—— | Initials—— DATE OF BIRTH 9·17·87 | |
|---|---|---|---|---|---|---|
| NAME Mitchell, Lesmond | | | | | | |
| DATE 5/12/97 | AGE 15 | HT. 5'7" | PERCENTILE | WT. 245 | PERCENTILE | BP 133/73 |

□ INTERVAL HISTORY ( Parental Concerns, School Progress, Behavior Problems)

Comments 10th RMS. Sports BB, W, BB.

Sprained ankle 12 ST thurs, while playing BB.
Allergies – Ø  Resp–Ø  CV Ø  dizziness Ø
Med–Ø  Surg–Ø  SOB–Ø  Family Ø

**Vital Signs:**
T 98.4
P 75
R ___

NUTRITIONAL ASSESSMENT  □ Adequate  ☒ Inadequate  □ Referred

SENSORY SCREEN
Vision normal?  □ YES  ☒ NO  ( 20/200 Right   20/200 Left   20/200 Both )
Hearing/speech normal?  ☒ YES  □ NO   (By history)

DEVELOPMENTAL ASSESSMENT  Is development normal for age?  ☒ YES  □ NO

### PHYSICAL EXAM
Are the following normal?

| | Yes | No | Refd |
|---|---|---|---|
| Skin | ✓ | | |
| HEENT | ✓ | | |
| Teeth | ✓ | | |
| Nodes | ✓ | | |
| Heart | ✓ | | |
| Lungs | ✓ | | |
| Abdomen | ✓ | | |
| Ext. Gen. | | | |
| Extremities | ✓ | | |
| Spine (scoliosis) | ✓ | | |
| Neuro. | | | |
| 2°Sexual Dev. | | | |

Dental referral (required):
□ Routine   □ For Problem

□ TB test (optional)

**COMMENTS, ASSESSMENT & PLAN**

Recent ® Ankle Sprain – Needs referral
for T-Bord for Ankle Exercises @ SH
↓ visual acuit .
got eye exam is to RTC this quely
for prescription –
D/C for Sports –
® ankle Sprain → ace wrap
+ motrin – 400mg 1 tab q 6°

**IMMUNIZATIONS**
Given? (indicate which ones) _____
Immunizations current?  ☒ Yes  □ No  □ Unknown
(if yes documentation should be in chart)

**ANTICIPATORY GUIDANCE**
□ Car safety, seat belts
□ Smoking, Alcohol, Drugs
□ Pregnancy Prevention
□ Nutrition
□ Sexual education and S.T.D.'s
□ Motorcycle safety, helmets
□ Physical activity
□ Other

| Revisit Plan | Clinician(print) Sandy Sagarey | Signature Sandy Sagarey |
|---|---|---|

IHS Addressograph     NAO-136 (REV:12/89)

On AHCCCS?  □ YES  □ NO  □ Pending
White Copy  –  Patient Record
Canary Copy  –  Send to: AHCCCS EPSDT  801 E. Jefferson  Phoenix, Arizona  85034
Pink Copy  –  PHN – File

FPD-AZ-03056-0407

EX 4 - 19



| | | UTAH | COLORADO |
|---|---|---|---|
| | | ARIZONA ★ | NEW MEXICO |

Red Mesa High School        Teec Nos Pos, Arizona        86514

Date: _5·12-97_

Dear Parent/Guardian of _Lesmond Matchly_

Your child _Lesmond_ was seen today at the school based Health Clinic by Sandy Saganey PAC from Teen Life Center in Shiprock today.

It has been determined that your child has _Rt ankle Sprained_

It is important that your child take the medication _Motrin_ for _5_ days as prescribed.   _1 PO. every 6 hrs. take with Food._

If you have any questions please feel free to contact me at the Health Services office of call me at 656-3571 ext 231.  Thank you.

Sincerely,

Lauric O'Neal R.N.
District Nurse
Red Mesa Unified School District #27

FPD-AZ-03056-0408

EX 4 - 20

☆ U.S. GOVERNMENT PRINTING OFFICE 1993-348-457

IHS 199-1 (REV. 01/89)

## PATIENT REFERRAL NOTICE

INSTRUCTIONS *(This form may be used by Medical, Dental, and Paramedical personnel to refer DIH Beneficiaries for medical, dental or related services.)*

1. TO *(Name, title, and address of person or organization or institution to whom referral is made.)*

Daile Clinic

| 2. NAME OF PATIENT *(Last Name, First Name, Middle Name)* | 3. SEX | 4. BIRTH DATE | 5. REGISTRATION NO. |
|---|---|---|---|
| Mitchell, Rezmurel | M. | '-87 | |

| 6. ADDRESS | 7. TRIBE | 8. RESERVATION |
|---|---|---|
| Box 67, Sulachulai Ar. | | |

9. ADDITIONAL IDENTIFICATION

Parents. George + Sherry Mitchell  8650

10. REASON FOR REFERRAL *(Type of service requested)*

recent @ ankle Sprain — need T-
Bond for ankle exercise.

11. SIGNIFICANT MEDICAL OR DENTAL FACTORS *(Including diagnosis, prognosis, treatment, etc.)*

12. REPORT BY PARAMEDICAL PERSONNEL

| 13. FROM *(Name, title, and address of person making referral)* | 14. DATE |
|---|---|
| Sandy Sapanu PA | 5-12-97 |

FPD-AZ-03056-0409

**EX 4 - 21**

## REFER_ _ NOTICE OF INADEQUATE IMMUN _TION
### SCHOOLS

Student Name____Lezmond Mitchell_____ Date of Birth__ ~~ ~~-81_____

School_____Red Mesa High School_____ Date____10-02-96__ _10/25/96_
_2no notice_

School records do not show that your child has received all immunizations currently required for school attendance _no_ by Arizona State Law (A.R.S. §15-872).  Currently required immunization doses are circled (dates of doses already documented are written in):

| Vaccine Type | DOSES | | | | | |
|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th | 5th | Booster |
| DTP/DT or Td (Diphtheria, Tetanus, Pertussis) | / / 10-02-81 | / / 12-28-81 | / / 3-15-82 | / / 9-12-83 | / / 2-4-86 | / / |
| OPV/IPV (Polio) | / / | / / same as above | / / | / / | / / | |
| MMR (Measles, Mumps, Rubella) | / / 3-30-83 | / / | / / | | | |
| Hib* (Haemophilus influenzae type b) (Required only under age 5) | / / | / / | / / | / / | | |
| *Manufacturer: | | | | | | |

## TO COMPLY WITH ARIZONA LAW, YOU MUST DO ONE OF THE FOLLOWING BY THIS DATE:
____10-17-96____ _11/2/96_

1. If your child has already received the necessary immunization(s), bring his or her immunization record to school.  The record must show the child's name, date of birth, the date that all doses were received, and the name of the physician or health agency who administered the vaccine.

2. If your child has not received the necessary immunizations, take your child's immunization record and this form to your physician or local health department to get required immunization(s) and/or records.  Then bring this form and the updated record back to school.

3. *Exemptions to immunization requirements are available.*  If immunizations are against your personal beliefs, you must complete, sign and return an exemption statement to the school.  If any immunization(s) cannot be given for medical reasons, you must submit a medical exemption signed by a physician or representative of a local health department. *Exemptions will only be accepted on forms completed in person at the school office or nurse's office.*

By state law, your child will not be allowed to attend school until either a record of the above immunization(s) or an acceptable exemption statement is submitted.  If you have questions or need additional information, please call:

_____Laurie O'Neal RN_____ at ____520-656-3511 ext.231_____

15

FPD-AZ-03056-0410

**EX 4 - 22**

EXHIBIT 4



## REFERRAL NOTICE OF INADEQUATE IMMUNIZATION
## SCHOOLS

Student Name  **Lezmond Mitchell**                    Date of Birth ___-___-81

School  **Red Mesa High School**                    Date  **10-02-96**

School records do not show that your child has received all immunizations currently required for school attendance by Arizona State Law (A.R.S. §15-872). Currently required immunization doses are circled (dates of doses already documented are written in):

10/31/96 *donal*

| Vaccine Type | DOSES | | | | | |
|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th | 5th | Booster |
| DTP/DT or Td (Diphtheria, Tetanus, Pertussis) | 10-02-81 | 12-28-81 | 3-15-82 | 9-12-83 | 2-4-86 | *8/21/92* |
| OPV/IPV (Polio) | | same as above | | | | |
| MMR (Measles, Mumps, Rubella) | 8-30-83 | *10/5/94* | | | | |
| Hib* (Haemophilus influenzae type b) (Required only under age 5) | | | | | | |
| *Manufacturer: | | | | | | |

## TO COMPLY WITH ARIZONA LAW, YOU MUST DO ONE OF THE FOLLOWING BY THIS DATE:
### 10-17-96

1.  If your child has already received the necessary immunization(s), bring his or her immunization record to school. The record must show the child's name, date of birth, the date that all doses were received, and the name of the physician or health agency who administered the vaccine.

2.  If your child has **not** received the necessary immunizations, take your child's immunization record and this form to your physician or local health department to get required immunization(s) and/or records. Then bring this form and the updated record back to school.

3.  *Exemptions to immunization requirements are available.* If immunizations are against your personal beliefs, you must complete, sign and return an exemption statement to the school. If any immunization(s) cannot be given for medical reasons, you must submit a medical exemption signed by a physician or representative of a local health department. *Exemptions will only be accepted on forms completed in person at the school office or nurse's office.*

By state law, your child will not be allowed to attend school until either a record of the above immunization(s) or an acceptable exemption statement is submitted. If you have questions or need additional information, please call:

**Laurie O'Neal RN**                    at    **520-656-3511 ext.231**

15

FPD-AZ-03056-0411

EX 4 - 23

PLEASE PRINT          **14 – 17 YEAR EPSDT TRACKING FORM**

| Clinic Code: | Time: | Provider: | Affil | Discipline | Initials |
|---|---|---|---|---|---|
| NAME  Mitchell Lezmond | | | AHCCCS I.D. | | DATE OF BIRTH |
| DATE 7-31-96 | AGE 14 ; 10 months | HT 66.5 | PERCENTILE | WT 258 | PERCENTILE | BP 120/60 |

☐ **INTERVAL HISTORY** ( Parental Concerns, School Progress, Behavior Problems)   Vital

Comments  Sprts PE- HS-

Signs:
T 98.2
P 72
R 30

**NUTRITIONAL ASSESSMENT**  ☑ Adequate  ☐ Inadequate  ☐ Referred

**SENSORY SCREEN**

Vision normal?  ☐ YES  ☑ NO  ( 20/100 Right  20/100 Left  20/100 Both)

Hearing/speech normal?  ☑ YES  ☐ NO  (By history) (eye exam beginning of July)  Prescriptions made.

**DEVELOPMENTAL ASSESSMENT** Is development normal for age?  ☐ YES  ☐ NO

**COMMENTS, ASSESSMENT & PLAN**

well child

**PHYSICAL EXAM**
Are the following normal?

| | Yes | No | Refd |
|---|---|---|---|
| Skin | / | | |
| HEENT | / | | |
| Teeth | / | | |
| Nodes | / | | |
| Heart | / | | |
| Lungs | / | | |
| Abdomen | / | | |
| Ext. Gen. | / | | |
| Extremities | / | | |
| Spine (scoliosis) | / | | |
| Neuro. | / | | |
| 2°Sexual Dev. | / | | |

UCUA, CBC out of lab          TX 8-92

**IMMUNIZATIONS**

Given? (indicate which ones) _____

Immunizations current?  ☐ Yes  ☐ No  ☐ Unknown
(If yes documentation should be in chart)

Dental referral (required):
☐ Routine  ☐ For Problem

☐ TB test (optional)

**ANTICIPATORY GUIDANCE**

☐ Car safety, seat belts     ☐ Nutrition                     ☐ Physical activity
☐ Smoking, Alcohol, Drugs    ☐ Sexual education and S.T.D.'s  ☐ Other
☐ Pregnancy Prevention       ☐ Motorcycle safety, helmets

| Revisit Plan | Clinician(print) | Signature |
|---|---|---|
| 1 yr | Brian W Macdull | |

IHS Addressograph
050323        NAO-136 (REV:12/89)
              2  ) 3972
MITCHELL, LEZMOND LANE
( 3    81   1   004
80 81 13   034 01 04
TURTLE HEALTH CENTER

On AHCCCS?  ☐ YES  ☐ NO  ☐ Pending
White Copy  – Patient Record
Canary Copy – Send to:
              AHCCCS EPSDT
              801 E. Jefferson
              Phoenix, Arizona  85034
Pink Copy   – PHN – File

96/97

FPD-AZ-03056-0412

EX 4 - 24

**RED MESA UNIFIED SCHOOL DISTRICT # 27**
**STUDENT HEALTH SERVICES PERMIT**

Student Name : _Lezmond C. Mitchell_  Sex (Male)/ Female    Grade : _9th_
Social Security # : _-3977_  Census # : _919, 241_  Date of Birth: _-81_
Mailing Address : _Box 67_  Home location : _7 miles east_
_Lukachukai_  _of Round Rock TP_
_AZ, 86507_  Child's Place of Birth : _Fort Defiance_

**CIRCLE BELOW THE HOSPITAL YOU TAKE YOUR CHILD TO FOR THEIR HEALTH CARE**
Shiprock    Kayenta    Chinle   (Tsaile)   Dennehotso    Monument Valley    Teec Nos Pos
Tuba City    Gallup    Other (please specify) : _____

**HOSPITAL RECORD #** _Unknown_
Mother's Maiden Name : _Sherry L. Mitchell_  Deceased : Yes[ ]  No [X]
Tribe : _Navajo_  Place of Birth : _Unknown_  Home Phone : _209-386-4376_
Employer : _Reef Sunset School District_  Business Phone : _Unknown_
Employer Mailing Address : _Unknown_
Fathers Name : _____ O _____  Deceased : Yes [X]  No [ ]
Tribe : _____ O _____  Place of Birth : _____ O _____  Home Phone : _____ O _____
Employer : _____ O _____  Business Phone : _____ O _____
Employer Mailing Address : _____ O _____

**ADDITIONAL INFORMATION ( if not living with parents )**
Guardian's Name : _George C. Mitchell_  Home Phone : _____ O _____
Guardian's Mailing Address : _Box 67 Lukachukai AZ, 86507_
Employer : _____ O _____  Business : _____ O _____
Employer 's Mailing Address : _____
Give names of two people that can be contacted in your absence in case of illness or an emergency.
Name : _Sherry L. Mitchel_ Name : _Bobbi Jo Mitchell_
Home Location : _1069 So. 7th_  Home Location : _____
_St. Avenal CA. Apt. 87_
Home Phone : _209-386-4376_  Home Phone : _____

**Please Initial the following statements and check the yes or no box so that your child may receive services from the Health Services Department.**

I give permission for my child to participate in the Fluoride Rinse and Sealant
program provided by the State Office of Dental Health.  Sealants are applied
to teeth of students who are in 1st , 2nd, 6th and 7th grades only.        Yes [ ]  No [X] _GM_

I give permission for my child to receive Tylenol for minor aches,pains,and headaches
during school hours .        Yes [X]  No [ ] _GM_

I give permission for my child to be seen by Physicians from Teen Life Center
during School Based Health Clinics .        Yes [X]  No[ ] _GM_

I give permission for my child to receive curriculum on stages of growth and
development .        Yes [X]  No [ ] _GM_

I give permission for my child to receive AIDS curriculum.        Yes [X]  No [ ] _GM_

I give permission to Health Services personnel to obtain immunization information
from the clinic or Hospital which my child receives services.        Yes [X]  No [ ] _GM_

I give permission for my child to participate in Interscholastic Athletics        Yes [X]  No [ ] _GM_

History of Illnesses listed below please circle if your child has any of the following health problems:
Asthma   Rheumatic fever   Heart Disease   Diabetes   Tuberculosis   Scoliosis   Hearing problems
Vision problems   Cerbral Palsey   Hepatitis   Other {please specify} _____
Allergies {specify} _____

I understand that if this permit is not signed and returned, my child will not receive transportation to any health care clinic except in extreme emergencies.  I understand that I will not be notified prior to of the students attendance at the clinic and that the school is not responsible for the type of care given or the decisions made by clinic personnel.  I have read, had a chance to ask questions ,and understand the services offered by the Red Mesa Health Services department.

_George Mitchell_        _Aug 21, 1996_
(Parent / Guardian Signature)        ( Date)

FPD-AZ-03056-0413

**EX 4 - 25**

DI   RTMENT OF HEALTH AND HUMAN SERVIC
PUBLIC HEALTH SERVICE
INDIAN HEALTH SERVICE

CONSENT OF PARENT OR LEGAL GUARDIAN OR OTHER PERSON [1]
WHO HAS PRIMARY RESPONSIBILITY FOR THE CARE OF THE CHILD

(Before completing this form, please read information on reverse side.)

Name of Student _Lezmond C. Mitchell_    Birth Date _____ , _/81_

I (We), _George_
have read the Consent Form for the Indian Health to arrange for or to provide the following health services for this child:

1. Health care including medical examinations, routine laboratory studies, x-ray procedures, and skin tests.

2. Dental care including dental examinations, preventive use of fluorides and necessary emergency dental care.

3. Mental health services including evaluation and treatment as necessary.

4. Emergency health care for accidents or illness.

5. Transportation of the child to and/or from another health facility for these services.

☒ I hereby give consent for all of the above services.

☐ Exceptions or Special Instructions: _____

Signed _George Mitchell_

Address _P. O. Box 167 JuKadhuki AZ_

Relationship _Grandfather_

Date _8/18/95_    Valid Until: _1995-96_

PLEASE RETURN THIS FORM TO THE SCHOOL

(The third page of this form is for you to keep)

[1] Person is defined as one who in the absence of the parent or legal guardian provides a home for the child such as next of kin.

IHS-47
(10/88)

COPY 2...(SCHOOL)

FPD-AZ-03056-0414

EX 4 - 26

MEMORANDUM:

TO:       ROUND ROCK SCHOOL NURSE

DATE:     2/2/95

FROM:     Bobbi Jo Mitchell, Grandmother

SUBJECT:  LEZMOND HURTING HIS BACK DURING BASKETBALL
          PRACTICE

Lezmond fell during P.E. and hurt himself.  He has been
complaining of back pain since then and has been up nights.
I am requesting that he be checked to be sure that he did
not ruin a disk.  I would like for him to be x-rayed.  He
fell on his right hip and twisted his back and has been
complaining of back pain since then.

Thank you.
*Bobbi Jo Erwin-Mitchell*
Bobbi Jo Erwin-Mitchell

cc: file

FPD-AZ-03056-0415

# PCC AMBULATORY ENCOUNTER RECORD

IHS-803 (4/94)    P.L. 96-511 N.A.

Date

Arrival Time

Clinic:

New Community:

| PROBLEM LIST UPDATE (Enter Problem Numbers From Health Summary) | | |
| --- | --- | --- |
| Remove | Change to Inactive | Change to Active |
| | | |

| | AFFIL. | DIS. | INITALS/CODE | |
| --- | --- | --- | --- | --- |
| PROVIDERS | 1 | I | R.E | A |
| | 1 | 2 | 2 | C |
| PRIMARY PROVIDER | 1 | 1 | 6 | J P |

| | TEMP | PULSE | RESP | B/P |
| --- | --- | --- | --- | --- |
| CHIEF COMPLAINT | 98 | 72 | 18 | 140 80 |

WT. 97.1 ☐GM ☒KG ☐LB-OZ

HT. 166.7 ☐CM ☐IN

HEAD ☐CM ☐IN

SUBJECTIVE/OBJECTIVE

VISION-UNCORRECTED R    L

VISION-CORRECTED R    L

| ✓ | ORDERS | INITIALS |
| --- | --- | --- |
| | HCT. | |
| | UA | |
| | HCG | |
| | BS | |
| | CBC | |
| | Urine Culture | |
| | Throat Culture | |
| | Stool Culture | |
| | STS | |
| | GC | |
| | PAP | |
| | Pelvic | |
| | Breast | |
| | Mammogram | |
| | Rectal | |
| | Chest X-Ray | |
| | EKG | |
| | Soak | |
| | Hep B # | |
| | Hep A # | |
| | OPV # | |
| | DTP # | |
| | DTaP # | |
| | DT | |
| | Td | |
| | MMR # | |
| | Varicella | |
| | Influenza | |
| | Hib TITER / ActHIB # | |
| | Pedvax HIB # | |
| | Pneumo Vax | |
| | PPD    mm | |
| | LEVEL OF SERVICE | |
| | BRIEF | |
| | LIMITED | |
| | INTERMEDIATE | |
| | EXTENDED | |
| | COMPREHENSIVE | |

(FOR ADDITIONAL DOCUMENTATION, USE IHS-45-1 CONTINUATION SHEET)

OTHER TESTS/ PROCEDURES ORDERED

| PROBLEM LIST A-A/C | # | PURPOSE OF VISIT (PRINT ONLY IN THIS SECTION; DO NOT ABBREVIATE) | HEALTH FACTORS |
| --- | --- | --- | --- |
| | | Low Back Pain | |

| REPRODUCTIVE FACTORS | G | P | LC | SA | TA | LMP | FP METHOD | DATE BEGUN |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

PROBLEM LIST NOTES STORE NOTE FOR PROB. #    REMOVE NOTE #

STORE NOTE FOR PROB. #

MEDICATIONS    MEDICATIONS / TREATMENTS / PROCEDURES / PATIENT EDUCATION

INJURY 1ST VISIT    CAUSE    PLACE    ☐ ETOH RELATED  ☐ EMPLOY. REL.

HC

050323

MITCHELL, LEZMOND CHARLES

-81    SEX 1    084

80 81 01    034-01-04

CCHCF-CHINLE, AZ.

REVISIT / REFERRAL TO:    DATE    TIME

PURPOSE:

INSTRUCTIONS TO PATIENT:    ☐ SIGN RELEASE RECORDS

PROVIDER SIGNATURE    DATE

FPD-AZ-03056-0416

*8th*

STUDENT HEALTH SERVICE PERMIT

NAME: **MITCHELL, LEZMOND**  SOCIAL SECURITY #: _____
HOSPITAL CHART #: ___050323___
CENSUS NUMBER: ___517,241___

Health Service provided by the Round Rock School, Red Mesa School District Include:

1. Emergency First Aid assistance for Injury and/or illness occurring on school grounds during school hours ONLY.

2. In case of emergency illness or accident occuring during school hours, the school is authorized to take the child to the nearest Public Health facility for examination and emergency treatment. All fo low-up

3. Non-Indian students are treated by Public Health Service on an emergency basis ONLY. The parents or guardians of Non-Indian students are responsible for any financial obligations incurred to the Public Health Services.

Many students request transportation to the Public Health Service clinics in non-emergency cases for routine care. It is suggested by the physicians in the clinics and by the school nurses that you accompany your child to the clinic and become involved in his/her health care.

Therefore, the school will only provide transportation for emergencies, contagious diseases, communicable diseases and times when immediate medical care is needed. Sometimes we will provide transportation if a bus/car is already going to the health facility and it is felt by the school that the student needs to go.

INJURIES AND ILLNESSES OCCURRING AWAY FROM SCHOOL ARE THE RESPONSIBILITY OF THE PARENTS OR GUARDIANS AND SHOULD BE TAKEN CARE OF BY THEM.

I understand that I will not be notified prior to the student's attendance at the clinic and that the school is not responsible for the type of care given or the decisions made by the clinic personnel.

I understand that if this permit is not signed and returned, my child will not reveive transportation to any health care clinic except in extreme emergencies.

MEDICAL HISTORY AND CURRENT HEALTH PROBLEMS

| Date | Yes | No | Check Each Item | Date | Yes | No | Check Each Item |
|------|-----|-----|-----------------|------|-----|-----|-----------------|
| | | ✓ | Allergy and Asthma | | X | | Wear Eyeglasses |
| | | ✓ | Arthritis | | | ✓ | Heart Condition |
| | | ✓ | Chest Conditions | | | ✓ | Hemphelia |
| | ✓ | | Chickenpox | | | ✓ | Hernia |
| | ✓ | | Concussion (head injury) | | | ✓ | Kidney Disorder |
| | ✓ | | Crippling Condition | | | ✓ | Measles - 10 Days Disease |
| | ✓ | | Diabetes | | ✓ | | Menstrual Cramps |
| | ✓ | | Eczema (skin problem) | | | ✓ | Migraine Headaches |
| | ✓ | | Epilepsy (seizures) | | | ✓ | Mumps Disease |
| | ✓ | | German Measles Disease | | | ✓ | Positive TB Skin Test |
| | ✓ | | Special Clinic | | | ✓ | Operation (Surgery) |
| | ✓ | | On Medications | | | ✓ | Hearing Problems |

If yes, Please explain:

Arizona Department of Health Services recommends that Tuberculin Skin Tests (PPD) be offered to.

1. All new enrolled students.
2. All 10th grade students.
3. All students working in the kitchen department and serving line.
4. All students with previous record of a PPD skin test.
// NO. I do not want my child to receive a T.B. Skin Test.

I have read, had a chance to ask questions, and agree to the above

_George Mitchell_          _Aug. 24, 1995_
Parent/Guardian Signature              Date

FPD-AZ-03056-0417

EX 4 - 29

*PLEASE PRINT*

# 10 - 13 YEAR EPSDT TRACKING FORM

| Clinic Code: | Time: | Provider: | Affil— | Discipline—— | Initials—— |
|---|---|---|---|---|---|

| NAME | Mitchell, Lezmond Charles | | | AHCCCS I.D. 050323 | | DATE OF BIRTH /81 |
|---|---|---|---|---|---|---|
| DATE 04/14/93 | AGE 11 | HT. 59 | PERCENTILE | WT. 140½ | PERCE | BP 100/70 |

☒ **INTERVAL HISTORY** ( Parental Concerns, School Progress, Behavior Problems)
Comments

Vital Signs:
T 97⅗
P ____
R ____

**NUTRITIONAL ASSESSMENT**  ☒ Adequate  ☐ Inadequate  ☐ Referred

**SENSORY SCREEN**
Vision normal?  ☐ YES  ☐ NO   ( 20/15 Right  20/15 Left  ____ Both )  w/glasses

Hearing/speech normal?  ☒ YES  ☐ NO   (By History)

**DEVELOPMENTAL ASSESSMENT**   Is development normal for age?  ☒ YES  ☐ NO

## PHYSICAL EXAM
Are the following normal?

| | Yes | No | Refd |
|---|---|---|---|
| Skin | | | |
| HEENT ✓ 160 | X | ✓ | |
| Teeth | ✓ | | |
| Nodes | | ✓ | |
| Heart | ✓ | | |
| Lungs | ✓ | | |
| Abdomen | ✓ | | |
| Ext. Gen. | ✓ | | |
| Extremities | ✓ | | |
| Spine (scoliosis) | ✓ | | |
| Neuro. | | | |
| 2°Sexual Dev. | | | |

**COMMENTS, ASSESSMENT & PLAN**

Dental referral (required):
☐ Routine  ☐ For Problem

☐ TB test (optional)

**IMMUNIZATIONS**

Given? (indicate which ones)_____

Immunizations current?  ☐ Yes  ☐ No  ☐ Unknown
(if yes documentation should be in chart)

**ANTICIPATORY GUIDANCE**

☒ Bicycle safety ____
☐ Nutrition
☐ Dental hygiene

☐ Peer pressure ____
☒ Smoking, alcohol, drugs
☐ Puberty ____

☒ Sexual info. as appropriate STD
☐ Communication, affection
☒ Other ____

| Revisit Plan | Clinician (print) | Signature |
|---|---|---|

IHS Addressograph

On AHCCCS?  ☐ YES  ☐ NO  ☐ Pending
White Copy  – Patient Record
Canary Copy  – Send to:
AHCCCS EPSDT
801 E. Jefferson
Phoenix, Arizona  85034
Pink Copy  – PHN – File

FPD-AZ-03056-0418

EX 4 - 30

IHS-803 (2/91) P.L. 96-511 N.A.

## PCC AMBULATORY ENCOUNTER RECORD

Clinic _____

Arrival Time _____ PM

New Community _____

Date Moved _____

**PROBLEM LIST UPDATE**
(Enter Problem Numbers From Health Summary)

| Remove | Change to Inactive | Change to Active |
|---|---|---|

| | AFFIL | DIS. | INITIALS/CODE |
|---|---|---|---|
| PROVIDERS | | | |
| | | | |
| PRIMARY PROVIDER | | | |

| | TEMP | PULSE | RESP | B/P |
|---|---|---|---|---|

CHIEF COMPLAINT

SUBJECTIVE/ OBJECTIVE

| | | |
|---|---|---|
| WT | ☐ GM | |
| | ☐ KG | |
| | ☐ LB-OZ | |
| HT | ☐ CM | |
| | ☐ IN | |
| HEAD | ☐ CM | |
| | ☐ IN | |

VISION-UNCORRECTED   R   L

VISION-CORRECTED   R   L

| ORDERS | INITIALS |
|---|---|
| HCT | |
| UA | |
| HCG | |
| BS | |
| CBC | |
| URINE CULTURE | |
| THROAT CULTURE | |
| STOOL CULTURE | |
| STS | |
| GC | |
| PAP | |
| PELVIC | |
| BREAST | |
| MAMMO-GRAM | |
| RECTAL | |
| CHEST X-RAY | |
| EKG | |
| SOAK | |
| SCRUB/ IRRIGATE | |
| DRESSING | |
| HEP B # | |
| OPV# | |
| DPT# | |
| DT | |
| Td | |
| MMR | |
| INFLU. | |
| PROHIBIT | |
| HBTITRE | |
| PED VAX H-B | |
| PNEUMO VAX | |
| PPD        mm | |

(FOR ADDITIONAL DOCUMENTATION USE IHS 43-3 CONTINUATION SHEET)

OTHER TESTS/ PROCEDURES ORDERED

| PROBLEM LIST | | PURPOSE OF VISIT (PRINT ONLY IN THIS SECTION) |
|---|---|---|
| A-AI-C | # | |

| REPRODUCTIVE FACTORS | G | P | LC | SA | TA | LMP | FP METHOD | DATE BEGUN |
|---|---|---|---|---|---|---|---|---|

REMOVE PLAN *

TREATMENT PLAN
STORE PLAN FOR PROB. #

STORE PLAN FOR PROB. #

MEDICATIONS

MEDICATIONS/TREATMENTS/PROCEDURES/PATIENT EDUCATION

INJURY 1ST VISIT    CAUSE

PLACE            ☐ ETOH RELATED ☐ EMPLOY REL.

HCJ
050323
MITCHELL, LEZMOND LANE
9  F 81    1    084
80 81 13    034 01 04
TSAILE HEALTH CENTER

REVISIT/ REFERRAL TO:                DATE        TIME

PURPOSE:

INSTRUCTIONS:
TO PATIENT:        ☐ SIGN, RELEASE RECORDS

| LEVEL OF SERVICE | |
|---|---|
| BRIEF | |
| LIMITED | |
| INTERMEDIATE | |
| EXTENDED | |
| COMPREHENSIVE | |

PROVIDER SIGNATURE

FPD-AZ-03056-0419

# PCC AMBULATORY ENCOUNTER RECORD

IHS-803 (07/89) P.L. 95-511 N.A.

Clinic _____

Arrival Time _____ AM/PM

New Community _____

Date Moved _____

**PROBLEM LIST UPDATE**
(Enter Problem Numbers From Health Summary)

| Remove | Change to Inactive | Change to Active |
|---|---|---|

| | AFRL | DIS | INITIALS/CODE |
|---|---|---|---|
| PROVIDERS | 1 | 31 | 484 |
| PRIMARY PROVIDER | 1 | 08 | MKW |

| | TEMP | PULSE | RESP | B/P |
|---|---|---|---|---|

CHIEF COMPLAINT: _[handwritten]_

SUBJECTIVE/OBJECTIVE: _[handwritten]_

| | |
|---|---|
| WT. | □ GM  □ KG  □ LB-OZ |
| HT. | □ CM  □ IN. |
| HEAD | □ CM  □ IN |

VISION-UNCORRECTED   R   L

VISION-CORRECTED   R   L

| ✓ | ORDERS | INITIALS |
|---|---|---|
| | HCT. | |
| | UA | |
| | HCG | |
| | BS | |
| | CBC | |
| | URINE CULTURE | |
| | THROAT CULTURE | |
| | STOOL CULTURE | |
| | STS | |
| | GC | |
| | PAP | |
| | SMEARS | |
| | PELVIC | |
| | BREAST | |
| | RECTAL | |
| | CHEST X-RAY | |
| | EKG | |
| | SOAK | |
| | SCRUB, IRRIGATE | |
| | DRESSING | |
| | SPLINT | |
| | CONSENT | |
| | HEP B | |
| | CPV | |
| | DPT | |
| | DT | |
| | Td | |
| | MMR | |
| | INFLU. | |
| | H INFL. | |
| | PNEUMO VAX | |
| | PPD | mm |

OTHER TESTS/PROCEDURES ORDERED: _[handwritten]_

**PURPOSE OF VISIT (PRINT ONLY IN THIS SECTION)**

PROBLEM LIST  A-AI-C _[handwritten]_

| REPRODUCTIVE FACTORS | G | P | LC | SA | TA | LMP | FP METHOD | DATE BEGIN |
|---|---|---|---|---|---|---|---|---|

REMOVE PLAN #

TREATMENT PLAN
STORE PLAN FOR PROB. #

STORE PLAN FOR PROB. #

MEDICATIONS: _[handwritten]_

MEDICATIONS/TREATMENTS/PROCEDURES/PATIENT EDUCATION

INJURY 1ST VISIT  CAUSE _____

PLACE _____  □ ETOH RELATED  □ EMPLOY. REL.

REVISIT/REFERRAL TO: _____  DATE _____  TIME _____

PURPOSE: _____

INSTRUCTIONS TO PATIENT: _____  □ SIGN RELEASE RECORDS

PROVIDER SIGNATURE _[signature]_

HCJ

050323

MITCHELL, LEZMOND LANE
B1    1    084
80 81 13    034 01 04

TSAILE HEALTH CENTER

03/06/93

FPD-AZ-03056-0420

Date: _2-26-93_

Dear Parent:

Your child _Lezmond Mitchell_, received an eye exam at Tsaile Health Center Eye Clinic. Our findings indicate that your child needs eyeglasses to wear:

    ____ 1. All waking hours.
    _X_ 2. All waking hours except for rough sports.
    ____ 3. For far or distant vision but may remove for reading.
    ____ 4. For near vision as needed.

Your child's visual problems are:

    _X_ 1. Myopia (nearsightedness)
    ____ 2. Hyperopia (farsightedness)
    ____ 3. Astigmatism (warped vision)
    ____ 4. Amblyopia (lazy eye, undeveloped vision)
    ____ 5. Anisometropia (unbalanced vision between eyes)
    ____ 6. Eye health problem:_____
    ____ 7. Other:_____

Your child ~~may or not be~~ _is not_ eligible for one free pair of eyeglasses through Tsaile Health Center Eye Clinic. If the prescription is marked as IHS-E, then your child is eligible and you must bring your child to the clinic to choose a frame style. We will then order the eyewear. When we receive the eyewear back from the lab, we will notify you by mail at which time you must again bring your child in so we can fit and adjust the eyeglasses on the child. This eyewear is being provided because we think it is very important that your child wear eyeglasses.   Your child is eligible for only ONE pair of eyeglasses per year. If your child is not eligible for eyeglasses from us, it is up to you to obtain eyeglasses for your child.

_May by glasses at Bishop Optical in Gallup at discount price_
For many reasons,it is extremely important that your child wear eyeglasses. Children who need eyeglasses but do not have them or wear them are handicapped in school, and cannot achieve their full potential. We need to provide our children with the best opportunity possible to do well in school. It is up to you as a parent to make sure your child receives and wears the eyeglasses, so your child can receive the many benefits of good vision. Also, it is considered legal child neglect, punishable by law, if a child needs eyeglasses and the parent or guardian does not make the appropriate effort to get them for their child, or if a parent does not make the child wear the provided eyeglasses. So, make sure your child wears the eyeglasses provided, and replace them immediately if broken or lost.

Sincerely,

Chief of EyeCare, Tsaile Health Center

FPD-AZ-03056-0421

FPD-AZ-03056-0422

PLEASE PRINT  (Last name)    (First name)    (Initial)    DATE 2-26-93

Mitchell, Leamond L.

NURSING UNIT OR CLINIC

AGE OF CHILD

☐ OUTPATIENT
☐ INPATIENT
☐ INPATIENT (Discharge)
☐ INPATIENT (Pass)

NO. OF DAYS MEDICATION IS TO BE USED: _____

℞ GIVE FULL DIRECTIONS FOR USE

OD -1.25

OS -1.00 -0.25 X 090

SOURCE
LOT NO.
EXPIR. DATE 2-26-94
FILLED BY
CHECKED BY

Marga R. Wastalu, O.D.
Signature of prescriber

(Prescriber's DEA or Service No.)    ℞ NO.    (For pharmacy use)

MEDICATION AND STRENGTH WILL BE IDENTIFIED ON PRESCRIPTION LABEL UNLESS CHECKED HERE ☐
AUTHORIZATION IS GIVEN FOR DISPENSING BY NON-PROPRIETARY NAME UNLESS CHECK HERE ☐

IHS-17-2 (5/90)    PRESCRIPTION BLANK    U.S.GPO: 1991—290-448    10
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES • Public Health Service • Indian Health Service

**EX 4 - 34**

ARIZONA DEPARTMENT OF HEALTH SERVICES

## IMMUNIZATION RECORD FOR SCHOOL ATTENDANCE

| LD'S NAME | | GRADE |
|---|---|---|
| Mitchell, Lezmond Charles | | 3 |

| DRESS Box 67 | | CITY Lukachukai, Ariz. |
|---|---|---|

| IITHDATE | SEX | COUNTY |
|---|---|---|
| 09-17-81 | M | Apache |

### IMMUNIZATION HISTORY

| ACCINE RECEIVED | | MO/DAY/YEAR | VACCINE RECEIVED | | MO/DAY/YR |
|---|---|---|---|---|---|
| | 1st dose | 10-21-81 | | 1st dose | 10-21-81 |
| | 2nd dose | 12-28-81 | | 2nd dose | 12-28-81 |
| TP*, | 3rd dose | 3-15-82 | | 3rd dose | 3-15-82 |
| T** | 4th dose | 9-12-83 | Polio | 4th dose | 9-12-83 |
| or | 5th dose | 2-4-86 | | 5th dose | 2-4-86 |
| T*** | 6th dose | - - | | | - - |
| leasles/Mumps/ ubella (MMR).. | | 8-30-83 | Measles . . . . . . . . | | |
| | | | Rubella . . . . . . . . | | - - |
| leasles/Rubella (MR) . . . . . . . | | - - | Mumps . . . . . . . . | | · - |

OURCE OF HISTORY (check one):_____Parental Recall
✓ Medical Record _____ Immunization Record Booklet
____School Record _____ Other

*Diphtheria/Tetanus/Pertussis (Whooping Cough)
**Diphtheria/Tetanus (pediatric type)
**Tetanus/Diphtheria (adult type)

rizona law (A.R.S. 15-803) requires that an immuni-
ation record for each child be on file prior to school
ttendance. To comply with the law this immunization
istory must be completed and the appropriate statement
igned.
lease have school personnel check the history of
nmunization before signing one of the statements.

IS/DCS/Immunization-109 (Rev 4-85)(88)

## PLEASE SIGN THE APPROPRIATE STATEMENT

This form and any information thereon may be transmitted to the state and local health departments for the purpose of administering the immunization program.

### 1. CERTIFICATION OF COMPLETED IMMUNIZATIONS

I hereby certify to the best of my knowledge and belief, the child whose name appears on this form has received all doses of the vaccines required by the regulations of the Arizona Department of Health Services.

_George Mitchell_                    _april 8 1991_
SIGNATURE OF PARENT  GUARDIAN OR PERSON IN LOCO PARENTIS          DATE

### 2. CERTIFICATION OF INTENT TO COMPLETE IMMUNIZATION

The child whose name appears on this form has not received all the doses of the vaccines required by the regulations of the Arizona Department of Health Services. I hereby certify that the required vaccines will be initiated within 15 days of the first day of school attendance and will be completed according to the recommended schedule.

_____          _____
SIGNATURE OF PARENT, GUARDIAN OR PERSON IN LOCO PARENTIS          DATE

If a child is exposed to and contracts any vaccine preventable disease as a result of being unimmunized, the child might suffer disabilities or complications as a reaction to the disease. Therefore, if an outbreak was to occur, unimmunized children would not be allowed to attend school for the duration of the outbreak, for their own protection.

### 3. REQUEST FOR EXEMPTION (Please disregard this section if one of the certification statements above has been signed.)

I hereby request exemption of the above named child from the immunization requirements of the Regulations of the Arizona Department of Health Services. Please check the reason for requesting the exemption.

☐ The physical condition of the child is such that the required initial immunizations would seriously endanger the child's health.

☐ The child is being raised in a religion the teachings of which are opposed to such immunization.

☐ Because of my personal beliefs, I do not choose to provide vaccine protection against disease and request exemption for my child.

_____          _____
SIGNATURE OF PARENT  GUARDIAN OR PERSON IN LOCO PARENTIS          DATE

EX 4 - 35

NGS COUNTY SCHOOLS  05-85/500

**STUDENT HISTORY**

School: _____

OFFICE USE ONLY
Assigned to: G  le: _____ Room: _____
Teacher: _____
Date of Entry: _____
Birthdate verified by Birth Certificate: _____
Baptismal: _____
Cum Record Requested: _____ Date: _____

Pupil's Legal Name: Lezmond Charles Mitchell    Age: 6  Boy: ✓ Girl

Home Address: 11920 9th Ave    Home Phone: 5846

Mailing Address if Different: 653 E Malone Av

Date of Birth: 1-7/87    Birthplace: Ft Defiance, AZ.

**SCHOOL HISTORY**

Last School Attended: Sanders Elem.    Last Grade Attended: K

Address: Sanders Az

Was your child ever in Special Education?: Yes: ____ No: ____ Name and Address of Special Ed.

School: _____

**HEALTH HISTORY**

Does your child wear glasses?: NO    How Long?: _____

Describe any unusual health conditions or surgeries that your child has had: _____
Allergies

Does your child have any physical or religious reasons which would prevent him/her from
participating in school activities?: Yes: ____    No:

| ILLNESSES | YEAR | | | YEAR | IMMUNIZATIONS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Vaccine | 1 | 2 | 3 | 4 | 5 |
| Orthopedic condition | | Heart Condition | | | Polio | ✓ | | | | |
| Asthma | | Rheumatic Fever | | | DPT/DT | ✓ | | | | |
| Convulsions | | Hay Fever | | | Measles | ✓ | | | | |
| Diabetes | | Chicken Pox | | | Rubella | ✓ | | | | |
| Epilepsy | | Measles | | | Mumps | ✓ | | | | |
| Valley Fever | | German Measles | | | Others | | | | | |
| Tuberculosis | | Mumps | | | | | | | | |
| Tuberculosis contact | | Bee Sting Allergy | | | | | | | | |
| Allergies | 1981 to present | | | | | | | | | |

Verified by:
Medical Records: ____
Parents: ____
Exempt: ____

IS YOUR CHILD ON ANY MEDICATION?: IF SO,
NAME OF MEDICATION AND WHY: None

**EMERGENCY CARE**

Family Doctor: _____

Will Medication be given at school?
Yes: ____    No:
Phone: _____

Address: _____

Name of two friends for emergency contract:

Name: Mary Bray    Address: 11920 9th AVE    Phone: 584-65

Name: Webb Bray    Address: 11920 9th Ave    Phone: 584-65

FATHER'S NAME: _____    Address: _____

Occupation: _____    Place of Employment: _____

Business Phone: _____    Home Phone: _____    Living at Home? Yes: ____ No: ____

MOTHER'S NAME: Sherry Lane-Mitchell    Maiden Name: _____    Occupation: Student

Address: NAU - Flagstaff, AZ.    Place of Employment: Student

Business Phone: _____    Home Phone: _____    Living at Home? Yes: ____ No: ✓

STEP-PARENT/GUARDIAN'S NAME: Bobbi Jo Mitchell

Occupation: Teacher    Address: 653 E Malone

Phone: 584-6901    Relationship: grandmother

| List all other children in order of birth: | | LIVING AT HOME | | List all other adults in home: | |
|---|---|---|---|---|---|
| CHILD'S NAME | BIRTHDATE | YES | NO | ADULT'S NAME | RELATIONS |
| | | | | | |
| | | | | | |
| | | | | | |

PARENT'S SIGNATURE: Bobbi Jo Mitchell    Enrolled by: Bobbi Jo Mitchell

FPD-AZ-03056-0424



**CHINLE DISTRICT**
Arrest Report

**DO NOT DUPLICATE**

Report Date: 10-09-99          Report Id: 59916147.A31

AR# 59916147
DR# 59916147
IN# 59916147

Offenses
**Fatal Traffic Accidents**
**Public Intoxication**

```
Arrestee: MITCHELL, LAZMOND
  AKA: C#UNK
  Age: 18          DOB:        -81  ADULT
  Race: I Eth. N Hair: BRO     Ht: 509
  Sex: M           Eyes: BRO   Wt: 240
```

Occ. on: **SAT, 10-09-99 at 01:17**
or Btwn: **SAT, 10-09-99 at 02:24**

HP#                          WP#
SS# 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          Hold for:
DL# N/A                   Booked: **DETENTION S**

If Juvenile:
Par. Notified:
Detained? N
Adult at interview:
Detention appr. by:
Prints?              Photos?

Birthplace:
Residence Addr: 1/3 MILE N/OF SCH
Residence City: ROUND ROCK,AZ
Occupation/Grade:
Employer/School:

Loc. of Arrest: 1.2 MI E/OF ROUND ROCK
Loc. of Crime: 3 N STORE, ROUND ROCK     ARRESTED
       Means: UNDER-THE-INFLUENCE, T  Date: 10-09-99
      Motive: ALCOHOL RELATED, OTHER  Time: 02:24
Distinguishing Characteristics:
              Clothing Worn:
         Driving (direction):
      Driving (at or between):
Connecting Reports, People etc.:
   Case Clearance/Disposition: 2  Arrest

BOOKED
Date: 10-09-99
Time: 04:00

VEHICLE WAS REPORTED ROLL-OVER WITH INDI

## ADDITIONAL PEOPLE INVOLVED

CODES: S=Suspect, V=Victim, W=Witness, C=Complainant, F=Father, M=Mother

| | | | | | |
|---|---|---|---|---|---|
| W1 | Name: **HARVEY, DEMPSEY**<br>Addr: **PO BOX 96**<br>CSZ: **CHINLE, AZ  86503**<br>AKA: | DOB:<br>Sex:<br>HP:<br>Testify: | Race: | Age:<br>Eth. | WP: **520 674-2111** |
| W2 | Name: **JOE, RAYMOND**<br>Addr: **PO BOX 96**<br>CSZ: **CHINLE, AZ  86503**<br>AKA: | DOB:<br>Sex: M<br>HP:<br>Testify: | Race: I | Age:<br>Eth. | WP: **520 674-2111** |
| W3 | Name: **BILLY, CAROL Y.**<br>Addr: **CHINLE EMS**<br>CSZ: **CHINLE,AZ 86503**<br>AKA: | DOB:<br>Sex:<br>HP:<br>Testify: | Race: | Age:<br>Eth. | WP: **520 674-7009** |
| W4 | Name: **RUSSELL, HAROLD**<br>Addr: **CHINLE EMS**<br>CSZ: **CHINLE,AZ 86503**<br>AKA: | DOB:<br>Sex:<br>HP:<br>Testify: | Race: | Age:<br>Eth. | WP: **520 674-7009** |

Rights (if applicable) read by:                                        P#

Supervisor          P#   Reporting Officer(s)       P# Assmt.        Rep. Ofr. Signature

                         YAZZIE, CARLOS             T531 Chinle District
                         HARVEY, DEMPSEY            T571 Chinle District
                         [8] EMT                    MED31CHINLE, AZ
Assigned to: P# Assmt.   [2] RESCUE TEAM            R5
                         Date/Time Reproduced                    Div/Clk    To Whom

__Charged As Arr. __Refer to Social Agency      __Prior Record   __Action suspended. __Refer other Law Enf.
__Denies __Admits       __Charge changed to _____              AP&P notified_____

FPD-AZ-03056-0438

EX 5 - 37



**CHINLE DISTRICT**
**Arrest Report**

**DO NOT DUPLICATE**

Report Date: 10-09-99          Report Id: 59916147.A31

AR# 59916147
DR# 59916147
IN# 59916147

Continued...

## ADDITIONAL PEOPLE INVOLVED
CODES: S=Suspect, V=Victim, W=Witness, C=Complainant, F=Father, M=Mother

| | | | | | |
|---|---|---|---|---|---|
| W5 | Name: BENALLY, GERALD<br>Addr: CHINLE FIRE & RESCUE<br>CSZ: CHINLE,AZ 86503<br>AKA: | DOB:<br>Sex:<br>HP:<br>Testify: | Race: | Age:<br>Eth.<br>WP: | |
| W6 | Name: BEGAY, DERRICK<br>Addr: CHINLE FIRE & RESCUE<br>CSZ: CHINLE,AZ 86503<br>AKA: | DOB:<br>Sex:<br>HP:<br>Testify: | Race: | Age:<br>Eth.<br>WP: | |

## PROPERTY DETAIL

| Owner | Quan | Stat. | Code | Manufacturer | Model | Color/Desc | Serial# | IBR | Value |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | K | 3501 Automobil | FORD | TAURUS FOUR DOOR SE | GREEN | | 03 | UNK |

Total Stolen Property Value: .00

The Details are as follows:

ON OCTOBER 09,1999 AT 0224 HOURS,I ARRESTED MR.LAZMOND MITCHELL FOR PUBLIC INTOXICATION AT 1.2 MILE EAST OF ROUND ROCK TRADING POST ON BUS ROUTE IN ROUND ROCK,AZ.

I RECEIVED A CALLED FROM RADIO DISPATCHER AND INFORM ME THERES A VEHICLE ROLL-OVER WITH ONE VICTIM THROWN FROM THE VEHICLE AT 1.2 MILE EAST OF ROUND ROCK TRADING POST ON BUS ROUTE IN ROUND ROCK,AZ.AT 0138 HOURS I ARRIVED AT THE SCENE AND OBSERVED AN INDIVIDUAL LAYING ON THE GROUND NEAR A VEHICLE.I CHECK THE VICTIM AND NOTICE BLOOD WAS COMING OUT OF HIS MOUTH, VICTIM HAD STRONG ODOR OF INTOXICATING BEVERAGE FROM HIS BREATH.VICTIM WAS UNRESPONSIVE WITH NO PULSE AND ALL EXTREMITIES ARE COLD.CHINLE FIRE & RESCUE ARRIVED AT THE SCENE AFTER ME AND THEY ADMINISTERED CPR ON THE VICTIM,UNTIL EMT'S ARRIVED AT THE SCENE.EMT ADMINISTERED THE DEFRIBALATOR ON THE VICTIM COUPLE OF TIMES,BUT RESPONSE.AT 0203 HOURS PER DOCTOR'S ORDER FROM CHINLE EMERGENCY ROOM(IHS HOSPITAL)EMS CANCELLED THE CPR AND DEFRIBALATOR.

AT THE SCENE,I INTERVIEW ONE OF THE SUBJECT NAME LAZMOND MITCHELL,HE STATED THEY WERE DRINKING AT BETTY PLATERIO RESIDENCE TWO MILE EAST OF ROUND ROCK TRADING POST IN ROUND ROCK,AZ.HE STATED THEY WERE DRINKING BUDWEISER BEER WITH HIS FRIENDS.LATER THEY ALL LEFT IN TWO SEPARATE VEHICLE,HE GOT IN WITH JEREMY GORMAN(VICTIM).JEREMY GORMAN WAS DRIVING THE GREEN FORD TAURAS FOUR DOOR SEDAN AND HE WAS THE PASSENGER.JEREMY GORMAN WAS PRETTY INTOXICATED,WHEN HE DROVE OFF FROM BETTY PLATERIO RESIDENCE.THEY WERE ALL TRAVELING WESTBOUND ON A WELL GRADED DIRT ROAD TOWARDS ROUND ROCK TRADING POST IN ROUND ROCK,AZ.JEREMY GORMAN WAS TRAVELING PRETTY FAST ON A DIRT

FPD-AZ-03056-0439

FACILITY: CHINLE HOSP                    LOCATION: MANY FARMS DENTAL CLINIC
                              PROVIDER SIGNATURE:
May 04, 1999.                              FIELDS,EDWARD B.

*****************************************************************************

FPD-AZ-03056-0015

TREATED MEDICAL PROBLEMS:

MEDICATIONS PRESCRIBED:

EVALUATION & MANAGEMENT CPT:
PROCEDURES (CPT):

HR#:  CH 50323  TS 50323
NAME:  MITCHELL,LEZMOND LANE          SSN:  |   )3972
SEX: MALE                    TRIBE: NAVAJO TRIBE OF AZ, NM AND UT
DOB:  |    7, 1981
RESIDENCE:  LUKACHUKAI
FACILITY: CHINLE HOSP              LOCATION: CHINLE HOSP

                  PROVIDER SIGNATURE:
Apr 16, 1999                     FIELDS,EDWARD B.

**************************************************************************
          ********** CONFIDENTIAL PATIENT INFORMATION **********
              PCC BEHAVIORAL HEALTH ENCOUNTER RECORD
            ***  Computer Generated Encounter Record  ***
**************************************************************************
Date:  May 04, 1999        Primary Provider: FIELDS,EDWARD B.
Arrival Time: 16:00
Program:  MENTAL HEALTH
Clinic:  MENTAL HEALTH            Appointment Type:  APPOINTMENT

|  |  | Number | Activity/Service |
| --- | --- | --- | --- |
| Community: MANY FARMS | Activity:  13-IND | Served: 1 | Time: 60 |
|  | Type of Contact: | OUTPATIENT CLINIC |  |

CHIEF COMPLAINT:  mental health f/u

S/O/A/P:
Pt reports no problems or upsets since last session.  There was one
incident where he was accused of smoking mj on the bus, but there was no
evidence agaist him (a search was conducted) so there was no negative
outcome.  School is out in 3 weeks and he plans to work during the summer.
 Not sure where yet, but wants construction job.

COMMENT/NEXT APPOINTMENT:

BH POV CODE        PURPOSE OF VISIT (POV)
OR DSM DIAGNOSIS     [PRIMARY ON FIRST LINE]

      90            SCHOOL BEHAVIOR PROBLEM

TREATED MEDICAL PROBLEMS:

MEDICATIONS PRESCRIBED:

EVALUATION & MANAGEMENT CPT:
PROCEDURES (CPT):

HR#:  CH 50323  TS 50323
NAME:  MITCHELL,LEZMOND LANE          SSN:        )3972
SEX: MALE                    TRIBE: NAVAJO TRIBE OF AZ, NM AND UT
DOB:          , 1981
RESIDENCE:  LUKACHUKAI

FPD-AZ-03056-0016

EX 6 - 40

Had discussion of identity, life vision, God's role in one's life, etc.
Told to always look for all possible alternatives to any change. Don't
get locked in to one view of things.

COMMENT/NEXT APPOINTMENT:

BH POV CODE          PURPOSE OF VISIT (POV)
OR DSM DIAGNOSIS      [PRIMARY ON FIRST LINE]

90                    SCHOOL BEHAVIOR PROBLEM

TREATED MEDICAL PROBLEMS:

MEDICATIONS PRESCRIBED:

EVALUATION & MANAGEMENT CPT:
PROCEDURES (CPT):

HR#:   CH 50323   TS 50323
NAME:   MITCHELL,LEZMOND LANE          SSN:      3972
SEX: MALE                    TRIBE: NAVAJO TRIBE OF AZ, NM AND UT
DOB:        1981
RESIDENCE:  LUKACHUKAI
FACILITY: CHINLE HOSP          LOCATION: MANY FARMS DENTAL CLINIC

                    PROVIDER SIGNATURE:
Mar 26, 1999                    FIELDS,EDWARD B.

*****************************************************************************☐
          ********** CONFIDENTIAL PATIENT INFORMATION **********
               PCC BEHAVIORAL HEALTH ENCOUNTER RECORD
          ***   Computer Generated Encounter Record   ***
*****************************************************************************
Date:  Apr 16, 1999          Primary Provider: FIELDS,EDWARD B.
Arrival Time: 16:00
Program:  MENTAL HEALTH
Clinic:  MENTAL HEALTH          Appointment Type:  APPOINTMENT

|  |  | Number | Activity/Service |
|---|---|---|---|
| Community: CHINLE | Activity:  13-IND | Served: 1 | Time: 60 |
|  | Type of Contact: | OUTPATIENT CLINIC |  |

CHIEF COMPLAINT:  mental health f/u

S/O/A/P:
Results of drug screen were neg.  But test done were for "OD" type drugs,
not drugs of abuse.  Had discussion of school classes and situations.
Also discussion of family interactions.  Did some RET type work on family.

COMMENT/NEXT APPOINTMENT:

BH POV CODE          PURPOSE OF VISIT (POV)
OR DSM DIAGNOSIS      [PRIMARY ON FIRST LINE]

90                    SCHOOL BEHAVIOR PROBLEM

FPD-AZ-03056-0017

Responded very well to EFT. Has instruction sheet, too, so may use it effectively. May be some attempt at manipulation of the system but he is truly distressed about family conflict as relates to him.

PLAN:
Continue EFT if necessary. Continue RET & push him hard on self responsibility.

COMMENT/NEXT APPOINTMENT:

BH POV CODE          PURPOSE OF VISIT (POV)
OR DSM DIAGNOSIS     [PRIMARY ON FIRST LINE]

90                   SCHOOL BEHAVIOR PROBLEM

TREATED MEDICAL PROBLEMS:

MEDICATIONS PRESCRIBED:

EVALUATION & MANAGEMENT CPT:
PROCEDURES (CPT):

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
MITCHELL,LEZMOND LANE        HRN: 50323 DOB:      /81  SSN:      3972 Dec 04, 1998☐

HR#:   CH 50323   TS 50323
NAME:   MITCHELL,LEZMOND LANE              SSN:      3972
SEX: MALE                      TRIBE: NAVAJO TRIBE OF AZ, NM AND UT
DOB:          1981
RESIDENCE:  LUKACHUKAI
FACILITY: CHINLE HOSP                  LOCATION: MANY FARMS DENTAL CLINIC

                   PROVIDER SIGNATURE:
Dec 04, 1998                           FIELDS,EDWARD B.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*☐
          \*\*\*\*\*\*\*\*\*\* CONFIDENTIAL PATIENT INFORMATION \*\*\*\*\*\*\*\*\*\*
              PCC BEHAVIORAL HEALTH ENCOUNTER RECORD
          \*\*\* Computer Generated Encounter Record   \*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Date:  Mar 26, 1999        Primary Provider: FIELDS,EDWARD B.
Arrival Time: 16:00
Program:  MENTAL HEALTH
Clinic:  MENTAL HEALTH                  Appointment Type:  APPOINTMENT

                                        Number       Activity/Service
Community: MANY FARMS        Activity:  13-IND    Served: 1  Time: 60
                             Type of Contact:   OUTPATIENT CLINIC

CHIEF COMPLAINT:  mental health f/u

S/O/A/P:
Pt got suspended for 6 days for posession of mj pipe, cigarettes and lighter on campus.  There were other charges of ditiching too.

He states that his goal is just to get out of his grandparents house, and get on his own.  he has so many goals he wants to achieve.  they just hold him back and try to make him be what they want, not what he wants.

FPD-AZ-03056-0018

EX 6 - 42

8               FAILED APPOINTMENT/NO SHOW

---

TREATED MEDICAL PROBLEMS:

---

MEDICATIONS PRESCRIBED:

---

EVALUATION & MANAGEMENT CPT:
PROCEDURES (CPT):

---

HR#:  CH 50323  TS 50323
NAME:  MITCHELL,LEZMOND LANE              SSN:  |    3972
SEX: MALE                     TRIBE: NAVAJO TRIBE OF AZ, NM AND UT
DOB:  !      , 1981
RESIDENCE:  LUKACHUKAI
FACILITY: CHINLE HOSP              LOCATION: MANY FARMS DENTAL CLINIC

              PROVIDER SIGNATURE:
Oct 23, 1998                     FIELDS,EDWARD B.

*************************************************************************☐

********** CONFIDENTIAL PATIENT INFORMATION **********
          PCC BEHAVIORAL HEALTH ENCOUNTER RECORD
      ***  Computer Generated Encounter Record  ***
*************************************************************************
Date:  Dec 04, 1998      Primary Provider: FIELDS,EDWARD B.
Arrival Time: 16:00
Program:  MENTAL HEALTH
Clinic:  MENTAL HEALTH              Appointment Type:  APPOINTMENT

---

|  | | Number | Activity/Service |
|---|---|---|---|
| Community: MANY FARMS | Activity:  13-IND | Served: 2 | Time: 60 |
|  | Type of Contact:  OUTPATIENT CLINIC | | |

---

CHIEF COMPLAINT:  mental health f/u

S/O/A/P:
Pt denied any problems or difficulties since last session.  Upon further
quesioning he began to open up about conflicts with his mother and
grandparents.  his mother brought him to the session due to his
grandfather being in CA.  they try to totally control him.  They think he
is a drug addict because he smokes mj and drinks some time.  TEars began
during this discussion.  He said when they come down on him like that he
feels like going out and killing himself.  Sobbing at this point.  Just
wants to get away from them all as soon as he can.  He and Uncle get along
well. Uncle lives in Pinon, but Pt can't go there due to Uncle's wife who
doesn't like him.

Interview of mom reveals her concern about pt's drug usage and she wants
him to go to a rehab program.  Also three weeks ago he got in trouble for
takein G.dads truck and with friends vandalized Rk Pt School.  he has to
go to court over it.  Mom is going to request the judge to order drug
rehab.

OBJECTIVE:
Positive reinforcement of selfimage.  did EFT on feelings.  SUD 8-1-0.
Mother given name and phone of ASAP.

IMPRESSION:  rATHER disturbed young man.  Feeling of no security and lost.

FPD-AZ-03056-0019

S/O/A/P:
'DNA

Pt called at appointment time to say he could not make appointment. Got cut off in mid conversation. Attempted to call back 3 times but was cut off each time before verbal contact was completed. May have been calling on a cell phone !??

Pt will be rescheduled ASAP to begin psychotherapy. Follow-up is important.

---

COMMENT/NEXT APPOINTMENT:

---

BH POV CODE        PURPOSE OF VISIT (POV)
OR DSM DIAGNOSIS     [PRIMARY ON FIRST LINE]

---

90               SCHOOL BEHAVIOR PROBLEM

---

TREATED MEDICAL PROBLEMS:

---

MEDICATIONS PRESCRIBED:

---

EVALUATION & MANAGEMENT CPT:
PROCEDURES (CPT):

---

HR#:  CH 50323  TS 50323
NAME:  MITCHELL,LEZMOND LANE          SSN:       3972
SEX: MALE                  TRIBE: NAVAJO TRIBE OF AZ, NM AND UT
DOB:        1981
RESIDENCE:  LUKACHUKAI
FACILITY: CHINLE HOSP            LOCATION: MANY FARMS DENTAL CLINIC

                    PROVIDER SIGNATURE:
Oct 16, 1998                    FIELDS,EDWARD B.

************************************************************************************⬜
            ********** CONFIDENTIAL PATIENT INFORMATION **********
                 PCC BEHAVIORAL HEALTH ENCOUNTER RECORD
              ***  Computer Generated Encounter Record  ***
************************************************************************************
Date:  Oct 23, 1998        Primary Provider: FIELDS,EDWARD B.
Arrival Time: 15:00
Program:  MENTAL HEALTH
Clinic:  MENTAL HEALTH            Appointment Type:  APPOINTMENT

---

                                    Number        Activity/Service
Community: MANY FARMS        Activity:  13-IND    Served: 1   Time: 1
                             Type of Contact:    OUTPATIENT CLINIC

---

CHIEF COMPLAINT:  mental health f/u

S/O/A/P:
DNA

---

COMMENT/NEXT APPOINTMENT:

---

BH POV CODE        PURPOSE OF VISIT (POV)

FPD-AZ-03056-0020

Arrival Time: 14:00
Program: MENTAL HEALTH
Clinic:  MENTAL HEALTH                        Appointment Type:  APPOINTMENT

|  |  | Number | Activity/Service |
|---|---|---|---|

Community: MANY FARMS            Activity:  17-TST     Served: 1  Time: 120
                                 Type of Contact:   OUTPATIENT CLINIC

CHIEF COMPLAINT:  Psych. evaluation

S/O/A/P:
Pt was administered the MMPI-A.

A:  the preliminary results are consistent with his reported problems.
Overall they describe a very troubled young man.  Intensive psychotherapy
is in order.  It can be done on an out pt basis if he will cooperate and
attend scheduled appointments.  Failing that, a residential placement may
be necessary.  He could be in serious jeapardy otherwise.  The risk is
anti-social behavior that could produce serious law encounters.

COMMENT/NEXT APPOINTMENT:

| BH POV CODE | PURPOSE OF VISIT (POV) |
|---|---|
| OR DSM DIAGNOSIS | [PRIMARY ON FIRST LINE] |
| 90 | SCHOOL BEHAVIOR PROBLEM |

TREATED MEDICAL PROBLEMS:

MEDICATIONS PRESCRIBED:

EVALUATION & MANAGEMENT CPT:
PROCEDURES (CPT):

HR#:  CH 50323  TS 50323
NAME:  MITCHELL,LEZMOND LANE            SSN:      3972
SEX: MALE                     TRIBE: NAVAJO TRIBE OF AZ, NM AND UT
DOB:       1981
RESIDENCE:  LUKACHUKAI
FACILITY: CHINLE HOSP            LOCATION: MANY FARMS DENTAL CLINIC

                PROVIDER SIGNATURE:
Oct 09, 1998                     FIELDS,EDWARD B.

*********************************************************************************
          ********** CONFIDENTIAL PATIENT INFORMATION **********
              PCC BEHAVIORAL HEALTH ENCOUNTER RECORD
            ***  Computer Generated Encounter Record  ***
*********************************************************************************
Date:  Oct 16, 1998        Primary Provider: FIELDS,EDWARD B.
Arrival Time: 16:00
Program:  MENTAL HEALTH
Clinic:  MENTAL HEALTH                  Appointment Type:  APPOINTMENT

|  |  | Number | Activity/Service |
|---|---|---|---|

Community: MANY FARMS            Activity:  13-IND     Served: 1  Time: 1
                                 Type of Contact:   OUTPATIENT CLINIC

CHIEF COMPLAINT:  mental health f/u

FPD-AZ-03056-0021

**EX 6 - 45**

SEX: MALE                    TRIBE: NAVAJO TRIBE OF AZ, NM AND UT
DOB:              1981
RESIDENCE:  LUKACHUKAI
FACILITY: CHINLE HOSP              LOCATION: MANY FARMS DENTAL CLINIC

                    PROVIDER SIGNATURE:
Sep 15, 1998                        FIELDS,EDWARD B.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*□
            \*\*\*\*\*\*\*\*\*\* CONFIDENTIAL PATIENT INFORMATION \*\*\*\*\*\*\*\*\*\*
                  PCC BEHAVIORAL HEALTH ENCOUNTER RECORD
                \*\*\* Computer Generated Encounter Record  \*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Date: Sep 22, 1998        Primary Provider: FIELDS,EDWARD B.
Arrival Time: 15:00
Program:  MENTAL HEALTH
Clinic:  MENTAL HEALTH             Appointment Type:  APPOINTMENT
_____

                                       Number      Activity/Service
Community: CHINLE              Activity: 13-IND    Served: 1  Time: 60
                               Type of Contact:   OUTPATIENT CLINIC
_____

CHIEF COMPLAINT:  mental health f/u

S/O/A/P:
Pt reports doing well.  No trouble so far at RRCS.

O:  did RET intro.  discussed applications, etc.
_____


COMMENT/NEXT APPOINTMENT:
_____
BH POV CODE          PURPOSE OF VISIT (POV)
OR DSM DIAGNOSIS      [PRIMARY ON FIRST LINE]
_____
     90              SCHOOL BEHAVIOR PROBLEM



_____
TREATED MEDICAL PROBLEMS:
_____
MEDICATIONS PRESCRIBED:
_____
EVALUATION & MANAGEMENT CPT:
PROCEDURES (CPT):
_____
HR#:  CH 50323  TS 50323
NAME:  MITCHELL,LEZMOND LANE          SSN:       3972
SEX: MALE                   TRIBE: NAVAJO TRIBE OF AZ, NM AND UT
DOB:            1981
RESIDENCE:  LUKACHUKAI
FACILITY: CHINLE HOSP              LOCATION: CHINLE HOSP

                    PROVIDER SIGNATURE:
Sep 22, 1998                        FIELDS,EDWARD B.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*□
            \*\*\*\*\*\*\*\*\*\* CONFIDENTIAL PATIENT INFORMATION \*\*\*\*\*\*\*\*\*\*
                  PCC BEHAVIORAL HEALTH ENCOUNTER RECORD
                \*\*\* Computer Generated Encounter Record  \*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Date: Oct 09, 1998        Primary Provider: FIELDS,EDWARD B.

FPD-AZ-03056-0022

CONFIDENTIAL PATIENT INFORMATION

```
                 PCC BEHAVIORAL HEALTH ENCOUNTER RECORD
             ***  Computer Generated Encounter Record  ***
*****************************************************************************
 Date:  Sep 15, 1998        Primary Provider: FIELDS,EDWARD B.
 Arrival Time: 14:00
 Program:  MENTAL HEALTH
 Clinic:  MENTAL HEALTH               Appointment Type:  APPOINTMENT
```

|  |  | Number | Activity/Service |
|---|---|---|---|
| Community: MANY FARMS | Activity:  12-EVL | Served: 1 | Time: 60 |
|  | Type of Contact: | OUTPATIENT CLINIC | |

CHIEF COMPLAINT:  Grand parent referral

S/O/A/P:
Pt referred and brought by grand father.  Pt suspended from Red Mesa
School for fighting.  GF reports pt has temper problems.  Grades start
excellant and decline as year progresses.  Pt states this as accurate.
Just wants to learn to Control temper.  No trouble last year or year
before.  This time there are just a couple of people who won't let him be.
His mother is a Principal at Shonto school.  He lives with Grand dad.  G.
mom is school psychologist in CA.(Bobbie Mitchell, (805)264-1111 x-113,
office. (805)942-1710,home).

Pt reports getting in fights on school bus and at school..G.dad withdrew
him and enrolled him at Rough Rock School. There two days so far.

Admitts to SI when family fights.  no plan or attempts. Lots of family
fights since he was young child. Occasional etoh on holidays only.
marijuanna for stress relief. maybe once per month.  Tobacco 1pk per two
to three weeks.  No substance related problems at school or out.

O:  pt oriented and appropriate. Expressed feelings and opinions openly
with appropriate affect.  Thought direct and relevant.

P:  Continue evaluation with MMPI-A. Get into RET. Discuss extra
curricular activities.

---

COMMENT/NEXT APPOINTMENT:

```
 BH POV CODE         PURPOSE OF VISIT (POV)
 OR DSM DIAGNOSIS      [PRIMARY ON FIRST LINE]
```

| 90 | SCHOOL BEHAVIOR PROBLEM |
|---|---|

TREATED MEDICAL PROBLEMS:

MEDICATIONS PRESCRIBED:

EVALUATION & MANAGEMENT CPT:
PROCEDURES (CPT):

```
***************************************************************************
MITCHELL,LEZMOND LANE      HRN: 50323 DOB:     /81  SSN:     3972 Sep 15, 1998
   HR#:  CH 50323  TS 50323
   NAME:  MITCHELL,LEZMOND LANE            SSN:     3972
```

FPD-AZ-03057-0054

SANDERS ELEMENTARY SCHOOL

FIRST REPORT

Teacher's Comments _____

Parent's Comments _____

Parent's Signature: _____

SECOND REPORT

Teacher's Comments _____

Parent's Comments _____

Parent's Signature: _____

THIRD REPORT

Teacher's Comments _____

Parent's Comments _____

Parent's Signature: _____

FOURTH REPORT

Teacher's Comments _____

Parent's Comments _____

Parent's Signature: _____

Sanders, Arizona



# KINDERGARTEN PROGRESS REPORT

NAME ...................................................

TEACHER ...................................................

PRINCIPAL ...................................................

SCHOOL YEAR ...................................................

Amá dóó Azhé'é danohłįįnii,

Díí hane'díí'di nich'į' nídoolniil díí yiháhígíi.
Ne'awéé'óhool'aah dóó nooseełígíi yaa halne'dooleeł.
Díí ałchini inda atah dah haaskaihígíi díí at'óó yee
nabi'dilkaah leh.

Please sign this report and return it to the
school promptly. Your signature indicates that you
have examined the report, but does not necessarily
signify your approval. Also, any comments or sugges-
tions as to ways we can help your child are welcome.

Members of the school staff are always available
to discuss problems relating to the progress of your
child.

**EX 7 - 48**

Lezmond Charles Mitchell          ✗                    8-21-87
          81                        Sherry L. Mitchell

Salt, Red Streak

FPD-AZ-03057-0055

GPO - 12/77 - 106-767

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
OFFICE OF EDUCATION
WASHINGTON, D.C. 20202

INDIAN STUDENT CERTIFICATION

*(Part A, Indian Education Act)*

| | FORM APPROVED FEDAC NO. R 43 APPROVAL EXPIRES 8/80 |
|---|---|

In order to apply for an entitlement grant under Part A of the Indian Education Act, your school district must determine the number of Indian children enrolled in its schools.

Any child who meets the following definition from the Indian Education Act may be counted for this purpose.

"Indian" means..."any individual who (1) is a member of a tribe, band, or other organized group of Indians, including those tribes,

bands, or groups terminated since 1940, and those recognized by the State in which they reside, or who is a descendant, in the first or second degree, of any such member, or (2) is considered by the Secretary of the Interior to be an Indian for any purpose, or (3) is an Eskimo or Aleut or other Alaska Native...".

You are not required to submit this form. However, if you choose not to submit it, your child cannot be counted for entitlement funding under Part A of the Indian Education Act.

NAME OF ELIGIBLE CHILD

*Lezmond C Mitchell*

ADDRESS *(Include number, street, city, State and ZIP code)*

*P.O. Box 426 Sanders Az*

### PART I — MEMBERSHIP INFORMATION

WHO IS A MEMBER OF A TRIBE, BAND, OR OTHER ORGANIZED GROUP OF INDIANS?  CHECK ONE OF THE BOXES BELOW AND ANSWER THE QUESTIONS FOR THAT PERSON

1. [X] CHILD HIMSELF/HERSELF 2. [ ] NATURAL PARENT *(ancestor, 1st degree)*  3. [ ] NATURAL GRANDPARENT *(ancestor, 2nd degree)*

IF YOU CHECK BOX 2 OR 3, ENTER THE NAME OF THE PARENT OR GRANDPARENT

A. WHAT IS THE NAME OF THE TRIBE, BAND, OR OTHER ORGANIZED GROUP OF INDIANS?

Navajo

B. COMPLETE COLUMN 1 OR COLUMN 2. THE TRIBE, BAND, OR OTHER ORGANIZED GROUP IS: *(Check all the boxes that apply in the column you select)*

| COLUMN 1 | COLUMN 2 |
|---|---|
| [X] FEDERALLY RECOGNIZED | [ ] NOT FEDERALLY RECOGNIZED |
| [ ] ESKIMO, ALEUT, OR OTHER ALASKAN NATIVE | [ ] TERMINATED |
| | [ ] STATE RECOGNIZED, BY THE STATE OF_____ |
| | [ ] OTHER ORGANIZED GROUP |

C. WHAT IS THE INDIVIDUAL'S MEMBERSHIP NUMBER? *(Where applicable)* C# *519,241*

CHECK ONE. THIS IS AN  [X] ENROLLMENT NUMBER  [ ] ALLOTMENT NUMBER [ ] OTHER *(Explain)*

D. 1. IS THERE AN ORGANIZATION WHICH MAINTAINS MEMBERSHIP DATA FOR THE TRIBE, BAND, OR OTHER ORGANIZED GROUP? [X] YES  [ ] NO

2. IF "YES", GIVE THE NAME AND ADDRESS OF THE ORGANIZATION

| NAME OF THE ORGANIZATION | ADDRESS |
|---|---|
| Office of Vital Statistics Navajo Tribal Census Bureau | Window Rock, AZ 86515 |

3. IF "NO", EXPLAIN HOW THE PERSON INDICATED MEETS THE DEFINITION OF INDIAN GIVEN AT THE TOP OF THIS FORM

### PART II — SCHOOL INFORMATION

*(Print the name and address of the public school the child now attends and enter the child's grade level below)*

| NAME OF SCHOOL | ADDRESS *(City and State ONLY)* | GRADE |
|---|---|---|
| SANDERS UNIFIED SCHOOL | Box 68, Sanders, AZ 86512 | |

### PART III — PARENT INFORMATION

| I UNDERSTAND that falsification of information on this form is subject to penalty under law. I CONSENT to release this form to the Part A Parent Committee for review. *(Optional)* | SIGNATURE OF PARENT *Henry K. Mitchell* SIGNATURE OF PARENT | ADDRESS *P.O. Box 426 Sanders Az* | DATE *8-21-8* |
|---|---|---|---|

FPD-AZ-03057-0056

EX 7 - 50

FPD-AZ-03057-0057

BRIGANCE: K & 1 SCREEN
KINDERGARTEN Screening Data Document for the

| | | | |
|---|---|---|---|
| A. Student's Name | Leamond Mitchell | Date of Screening | Year 81 Month 10 Day 14 | School/Program Sanders |
| Parents/ Guardian | Sherry | Birthdate 81 — 1 | Teacher S. Dean |
| Address | Box 476 Sanders | Age 6 0 27 | Assessor B. Joe |

## B. BASIC SCREENING ASSESSMENTS

C. SCORING

| Page | Assessment Number | Skill (Circle the skill for each correct response and make notes as appropriate.) | Number of Correct Responses | Point Value | Student's Score |
|---|---|---|---|---|---|
| 2 | 1 | Personal Data Response: Verbally gives. 1. first name   2. full name   3. age   4. address (street or mail)   5. birthdate (month and day) | 3 x | 2 points each | 6/10 |
| 3 | | Color Recognition: Identifies and names the colors: 1. red   2. blue   3. green   4. yellow   5. orange   6. purple   7. brown   8. black   9. pink   10. gray | 10 x | 1 point ea. | 10/10 |
| 5 | | Picture Vocabulary: Recognizes and names picture of: 1. dog   2. cat   3. key   4. girl   5. boy   6. airplane   7. apple   8.   9.   10. car | 10 x | 1 point each | 10/10 |
| 6 | | Visual Discrimination: Visually discriminates which one of four symbols is different 1. O   2. □   3. O   4. O   5. O   6. O   7. 1   8.   9.   10. | x | 2 pts. ea | /10 |
| 8 | | Visual-Motor Skills: Copies: 1.   2. —   3.   4. □   5. | | | |
| 9 | | Gross Motor Skills: 1. Hops 2 hops on one foot.   2. Hops 2 hops on either foot.   3. Stands on one foot   4. Stands on one foot   5. Stands on one foot for 5 seconds   6. Stands on either foot for 5 secs   7. Walks forward heel and toe 4 steps.   8. Walks backward | 1 | | /6 |
| 12 | | Rote Counting: Counts by rote to: 1. 2. 3. 4. 5. 6. 7. 8. 9. 10. | | | 3/5 |
| 13 | | Identification of Body Parts: 1. shin   2. fingernails   3. heel   4. elbow   5.   6.   7.   8. wrist   10. waist | x | | 5/6 |
| 15 | | Follows Verbal Directions: Listens to, remembers, and follows: 1. one verbal direction   2. two verbal directions | 5 x | 3 pts. ea | 15/15 |
| 17 | | Numeral Comprehension: Matches quantity with numeral 2 4 5 | x | 5 points | 5/5 |
| 21 | | Prints Personal Data: Prints first name | 2 x | 5 pts. ea | 10/10 |
| 22 | | Syntax and Fluency: 1. Speech is understandable   2. Speaks in complete sentences | | | Total Score 71  100 |

D. OBSERVATIONS:
1. Handedness: Right____ Left____ Uncertain____
2. Pencil grasp: Correct____ Incorrect____
3. Maintained paper in the proper position when writing? Yes____ No____
4. Record other observations below or on the back.

E. SUMMARY: (Compared to other students included in this screening)
1. the student scored.......... Lower____ Average____ Higher____
2. this student's age is.......... Younger____ Average____ Older____
3. the teacher rates this student.......... Lower____ Average____ Higher____
4. the assessor rates this student.......... Lower____ Average____ Higher____

F. RECOMMENDATIONS:
Place in:  Preschool____  Low Kindergarten____  Average Kindergarten____  High Kindergarten____

Other (indicate) _____

Refer for: (indicate if needed) _____

Curriculum Associates, Inc.   K & 1 Screen

FPD-AZ-03057-0058

# Visual Discrimination

Different

DECEMBER 15, 1987

TO WHOM IT MAY CONCERN:

THIS LETTER IS TO INFORM YOU THAT BOBBI JO MITCHELL, GRANDMOTHER
OF LEZMOND CHARLES MITCHELL HAS FULL GUARDIANSHIP.  SHE HAS FULL
DECISION MAKING FOR HIM IN ALL AREAS THAT CONCERN HIM.  AND HAS
SUPPORTED HIM FOR 6 YEARS AND HAS CLAIMED HIM ON INCOME TAX FORMS
SINCE HE WAS A BABY, DUE TO SUPPORT OF HIM.

SIGNATURE OF:

SHERRY LANE MITCHELL, MOTHER OF LEZMOND MITCHELL

DATE: 12-27-87

NOTARIZED BY _Michael M. McDonald_ on _Dec. 27 1987_
IN THE COUNTy OF _Apache_ ,STATE OF ARIZONA.
DATE: _Dec. 27 1987_

My commission expires
March 15, 1990

FPD-AZ-03057-0059

EX 7 - 53

FPD-AZ-03057-0060

Lezmond Mitchell
Mrs. Wilcox

| | | | |
|---|---|---|---|
| listens attentively... | | | × |
| follows oral directions | | | × |
| works neatly and carefully | × | | × |
| follows classroom rules of behavior | | | × |

## LANGUAGE

| | | | |
|---|---|---|---|
| LANGUAGE Workbook Practice | | × | × |
| GINN English Workbook | × | | × |
| Relates... | | × | × |
| Can print... | × | | × |
| participates... | | × | × |
| retells story in sequence | | | × |

MUSIC: Participates   | × | | × |
ART:  Participates   | × | | × |

### SOCIAL STUDIES
Social Studies Workbook

### SCIENCE

Teacher's Comment:
Lezmond does
nice work

Math 57%   LANGUAGE 87%

| | | | |
|---|---|---|---|
| Uses Language practice | | | × |
| Relates sounds learned | | | × |
| Learns spelling words | | | × |
| Knows letters of Alphabet | | | × |
| Returns Homework | | | × |

Can read circled color words:  yellow, green, red, blue,
white, orange, purple, black, and brown. (ALL)

## MATHEMATICS

| | | | |
|---|---|---|---|
| Recognizes numerals to:  10-25 | | | × |
| Can count to:  10-25-50-100 | | | × |
| Completes pattern with manipulatives | | | × |
| Can print numerals to:  10-15-25 | × | | × |
| Knows addition facts 0-10 | | | × |
| Knows subtraction facts 0-10 | | | × |
| Can tell time on the hour | | | × |
| Can identify checked Geometric Shapes. | ALL | | |

Can recognize checked Fractions:

### PHYSICAL DEVELOPMENT

| | | | |
|---|---|---|---|
| Follows playground safety rules | | | × |
| Participates in other activities | × | | × |
| Plays cooperatively with others | | | × |
| Works... | | | × |

NGS COUNTY SCHOOLS  05-857500

**UDENT HISTORY**

School: _____

OFFICE USE ONLY

Assigned to: Grade: _K_  Room: K22
Teacher: _Meinellen_
Date of Entry: 1-4-88
Birthdate verified by Birth Certificate: yes
Baptismal: _____
Cum Record Requested: _yes_  Date: _____

pil's Legal Name: _Lezmond Charles Mitchell_  Age: _6_ Boy: ✓ Girl: ___

ne Address: _11920 9th Ave_  Home Phone: _584-6901_

iling Address if Different: _653 E Malone Av_

te of Birth: _/87_  Birthplace: _Ft Defiance, Az._

**HOOL HISTORY**

st School Attended: _Sanders Elem._  Last Grade Attended: _K_

dress: _Sanders Az_

s your child ever in Special Education?: Yes: ___ No: ___ Name and Address of Special Ed.
hool:

**ALTH HISTORY**

es your child wear glasses?: _NO_  How Long?: _____

scribe any unusual health conditions or surgeries that your child has had: _____
_Allergies_

es your child have any physical or religious reasons which would prevent him/her from
rticipating in school activities?: Yes: _____  No: ✓

| LNESSES | YEAR | | YEAR | IMMUNIZATIONS | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|
| thopedic condition | | Heart Condition | | Vaccine | | | | | |
| thma | | Rheumatic Fever | | Polio | ✓ | | | | |
| nvulsions | | Hay Fever | | DPT/DT | ✓ | | | | |
| abetes | | Chicken Pox | | Measles | ✓ | | Verified by: | | |
| ilepsy | | Measles | | Rubella | ✓ | | Medical Records: | | |
| lley Fever | | German Measles | | Mumps | ✓ | | Parents: | | |
| berculosis | | Mumps | | Others | | | Exempt: | | |
| berculosis contact | | Bee Sting Allergy | | | | | | | |
| lergies | 1981 to present | | | | | | | | |

IS YOUR CHILD ON ANY MEDICATION?: IF SO,
NAME OF MEDICATION AND WHY: _____
_None_

**ERGENCY CARE**

nily Doctor: _____

Will Medication be given at school?
Yes: _____  No: _____

dress: _____  Phone: _____

ne of two friends for emergency contract:

ne: _Mary Bray_  Address: _11920 9th AVE_  Phone: _584-6901_
ne: _Jacob Bray_  Address: _11920 9th Ave_  Phone: _584-6901_

THER'S NAME: _____  Address: _____
cupation: _____  Place of Employment: _____  Living at Home? Yes: ___ No: ___
iness Phone: _____  Home Phone: _____

THER'S NAME: _Sherry Lane Mitchell_ Maiden Name: _____  Occupation: _Student_
ress: _NAU - Flagstaff, Az._  Place of Employment: _Student_
iness Phone: _____  Home Phone: _____  Living at Home? Yes: ___ No: ✓

P-PARENT/GUARDIAN'S NAME: _Bobbi Jo Mitchell_
cupation: _Teacher_  Address: _653 E. Malone_
ne: _584-6901_  Relationship: _grandmother_

t all other children in order of birth:  List all other adults in home:

| LD'S NAME | BIRTHDATE | LIVING AT HOME YES | NO | ADULT'S NAME | RELATIONSHIP |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

ENT'S SIGNATURE: _Bobbi Jo Mitchell_  Enrolled by: _Bobbi Jo Mitchell_

FPD-AZ-03057-0061

**EX 7 - 55**

ENGLISH

_11/4/88_
DATE

_Lakeside bb. School_
SCHOOL

_____
TEACHER

## HOME LANGUAGE SURVEY

The California Education Code requires schools to determine the language(s) spoken at home by each student. This information is essential in order for schools to provide meaningful instruction for all students.

Your cooperation in helping us meet this important requirement is requested. Please answer the following questions and have your son/daughter return this form to his/her teacher. Thank you for your help.

Name of student: _Mitchell_   _Lezmond_   _Charles_
             Last       First       Middle

_____K_____      _____6_____
   Grade              Age

1.  Which language did your son or daughter learn
    when he or she first began to talk?        _English_

2.  What language does your son or daughter most
    frequently use at home?                     _English_

3.  What language do you use most frequently to
    speak to your son or daughter?              _English_

4.  Name the language most often spoken by the
    adults at home.                             _English_

_Bobbi Jo Mitchell_
Signature of parent or guardian

FPD-AZ-03057-0062

EX 7 - 56

FPD-AZ-03057-0063

## ACADEMIC ACHIEVEMENT

Name _Leonard_

| | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| Religion | | B- | | B- | |
| Arithmetic | Mastery of Skills | E | | | |
| | Ability to Solve Problems | | | | |
| Reading | Comprehension | C | C | | |
| | Oral Reading | | | | |
| | Word-attack Skills | C | C | | |
| English | | | | | |
| Spelling - Formal and Applied | | | A | | |
| Social Studies | | C | C | | |
| Science | | C+ | F | A- | |
| Health Education and Safety | | C+ | C+ | | |

### MARKING CODE
A = Outstanding achievement: indicates an exceedingly high quality of work.
B = Above average: indicates good progress above the usual.
C = Average achievement: indicates a quality of work usual for this grade.
D = Below average: indicates a great need for effort to meet requirements of this grade satisfactorily.
E = Achieving at other grade level.
F = Unsatisfactory: indicates failure to produce an acceptable quality of work.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Music | 1 | | | |
| Art | 2 | | | |
| Physical Education | 2 | | | |

1 = Outstanding        2 = Satisfactory        3 = Unsatisfactory

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days Absent | 3 | 0 | 3 | |
| Times Tardy | 3 | 0 | 0 | |

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Effort | | C+ | C- | |

A. Outstanding effort and initiative in all subjects
B. Consistent effort in all subjects
C. Minimum effort
U. No apparent effort

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Conduct | | | C- | |

A. Excellent observance of all school regulations
B. Good observance of school regulations
C. Fair observance of school regulations
U. Unsatisfactory observance of school regulations

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Homestudy | | B | B | |

A. Outstanding initiative in fulfilling home study assignments
B. Consistent attention in fulfilling home study assignments
C. Minimum attention in fulfilling home study assignments
U. Unsatisfactory attention to home study assignments

## STATEMENT OF PROMOTION

This is to certify that

_____

has been { promoted to / detained in } the _____ Grade on

this _____ day of _____, 19_____

_____ Teacher

_____ Principal

EX 7 - 57

NITCHELL, LEBMOND CHARLES FORT DEFIANCE, AZ. 1-81

| Family Name | First | Middle | Place of birth | Date of birth |
|---|---|---|---|---|



First Grade
1988-1989



2nd Grade
1989-90

**EX 8 - 58**

MITCHELL,                    LEZMOND                CHARLES        FORT DEFIANCE, AZ.                     5-5-81
| Family Name | First | Middle | Place of birth | Date of birth |

## FAMILY RECORD

| Father | | | | | Mother | Mitchell, | Sherry | Lane | Catholic |
| Family Name | First | Middle | Religion | | Maiden Name | First | Middle | Religion |

| Occupation | Business Phone | | Occupation | Business Phone |

Yes ( )    No ( )                                   Yes (x)   No ( )    Arkansas City          5-27-58
U. S. Citizen              Place of birth        Date      U. S. Citizen          Place of birth            Date

Deceased ( )    Separated ( )    Divorced ( )    Remarried ( )      Deceased ( )    Separated ( )    Divorced ( )    Remarried ( )

If pupil is not living with parents, complete the following:

Guardian (s)
Family Name                    First                Middle                Religion

Home Address        Telephone        Occupation        Bus. Address        Telephone

Home Conditions: Normal ( )    Broken ( )    Foster Home ( )    Adopted ( )    By Mother ( )    By Father ( )

Children in Family                    Sabin: 1. ( )    2. ( )    3. ( )        Salk Vaccine: 1. ( )    2. ( )    3. ( )    Booster ( )
                No.    Girls    Boys                    POLIO IMMUNIZATION

| PRESENT ADDRESS | | RECORD OF ENTRIES AND WITHDRAWALS | | | |
|---|---|---|---|---|---|
| Number and Street | Telephone | Entered | 8-29-88 | Gr. 1st | From Gardenside |
| 653 E. Malone St. | 584-1976 | Transferred | | Gr. 2nd | To |
| | | Re-Entered | | Gr. | From |
| | | GRADUATION DATA | | | |
| | | Date: | | | |
| | | High School Entered: | | | |
| | | Awards: | | | |

| BAPTISM | FIRST COMMUNION | CONFIRMATION |
|---|---|---|
| Date | | |
| Church | | |
| City, State | | |
| Record Verified by: | | |
| Signature | Signature | Signature |

EX 8 - 59

Case 3:09-cv-08089-DGC   Document 9-2   Filed 06/08/09   Page 61 of 87

CAT

| NAME | | | SCORES | READING | | | LANGUAGE | MATHEMATICS | | | TOTAL BATTERY | WORD | SOCL SCI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MITCHE... LEZMON C | FORM/LEVEL E/11 | | | VOC | COMP | TOTL | EXPR | COMP | C&A | TOTL | | ANLY | |
| DOB: 6/7/81 | | NP | ▶ | 47 | 39 | 44 | 44 | 76 | 52 | 68 | | 29 | |
| | GRADE 01.7 | GE | ▶ | 1.8 | 1.7 | 1.7 | 1.7 | 2.3 | 1.8 | 2.1 | | 1.5 | |
| QTR MTH: 32   IRT | | NCE | ▶ | 49 | 44 | 47 | 47 | 65 | 51 | 60 | | 38 | |
| | DATE 04/89 | SS | ▶ | 525 | 518 | 522 | 562 | 578 | 570 | 574 | | 551 | |
| 82223 R880699001-03-045 | | LP | ▶ | 27 | 22 | 23 | 23 | 63 | 23 | 39 | | 6 | |
| | | OMS | ▶ | 3 | 1 | | 2 | 2 | 4 | | | 3 | |

## STANDARD ACHIEVEMENT TESTS

| Grade | Date | Name of Test | Form | Score | Grade Equiv. | % tile | Class Median | Grade | Date | Name of Test | Form | Score | Grade Equiv. | % tile | Class Median |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

Comments:

| Last Name | First Name | Middle Name |
|---|---|---|
| MITCHELL, | LEZMOND | CHARLES |

**EX 8 - 60**

MITCHELL,          LEZMOND          CHARLES

| Last Name | | | | | | | | | | First Name | Middle Name |

| YEAR | 78/89 Dec 1989 | | | | | | | | | Teacher | GROWTH IN DESIRABLE HABITS AND ATTITUDES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | June | June | June | June | June | June | June | June | June | | GROWTH IN RELIGIOUS HABITS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Grade | 1 | 2 | | | | | | | | | Participates in religious activities | | | | | | | | |
| Religion | B- | C | | | | | | | | Robyn Hunstad — 1 | Respects classroom prayer | | | | | | | | |
| Math | A | C+ | | | | | | | | Sr. Agnes Conlon — 2 | GROWTH IN SOCIAL HABITS — CONDUCT | | | | | | | | |
| Reading | C+ | C+ | | | | | | | | | Respects authority | ✓ | ✓ | | | | | | |
| English | A- | C | | | | | | | | | Works and plays well with others | ✓ | ✓ | | | | | | |
| Spelling | B- | C | | | | | | | | | Conforms to school regulations when not supervised | ✓ | ✓ | | | | | | |
| Phonics | | C | | | | | | | | | Is courteous in speech and manner | | ✓ | | | | | | |
| Penmanship | A- | A- | | | | | | | | | Accepts responsibility | | | | | | | | |
| Science | A- | C | | | | | | | | | Keeps desk and materials neat | | ✓ | | | | | | |
| Social Studies | C | C+ | | | | | | | | | Respects private and public property | | | | | | | | |
| History | | | | | | | | | | | Pratices self-control | ✓ | ✓ | | | | | | |
| Geography | | C | | | | | | | | | GROWTH IN WORK AND STUDY HABITS — EFFORT | | | | | | | | |
| Civics | | | | | | | | | | | Listens to and follows directions | | | | | | | | |
| Foreign Lang. | | | | | | | | | | | Begins work promptly | ✓ | ✓ | | | | | | |
| | | | | | | | | | | | Completes work on time | ✓ | ✓ | | | | | | |
| | | | | | | | | | | | Contributes to group activity | | | | | | | | |
| Music | S | N | | | | | | | | | Produces a quality of work that measures up to ability — puts forth best effort | | | | | | | | |
| Art | S | S | | | | | | | | | GROWTH IN HEALTH AND SAFETY HABITS | | | | | | | | |
| Physical Ed. | S | S | | | | | | | | | Takes part in school activities | | | | | | | | |
| Days Absent | 10½ | 8½ | | | | | | | | | Is careful of personal appearance | | | | | | | | |
| Days Tardy | 3 | 0 | | | | | | | | | Observes simple health rules | | | | | | | | |
| Promoted | 2 | | | | | | | | | | Observes traffic and safety rules | | | | | | | | |
| Conduct | C | N | | | | | | | | | | | | | | | | | |
| Effort | C | C | | | | | | | | | | | | | | | | | |
| Health & Safety | C+ | | | | | | | | | | | | | | | | | | |

MARKING CODE

A = (100 - 97) Excellent
B = (96 - 85) Very Good
C+ = (84 - 80) Upper Average
C = (79 - 75) Average

C— = (74 - 70) Below Average
D = (69 - 65) Hardly Passing
F = (Below 65) Failure
S = Satisfactory progress for this child
N = Needs Improvement

No mark appears if growth is satisfactory.
A check (✓) means that improvement is needed.
A plus (+) indicates outstanding achievement.

STEELE PRINTING - FRESNO

EX 8 - 61

DIOCESE OF FRESNO
TRANSFER DATA SHEET

NAME OF SCHOOL _____Thomas McCarthy Catholic School_____

ADDRESS OF SCHOOL 1000 N. Harris St._____ CITY Hanford, Ca._____ ZIP CODE 93230_____

NAME OF STUDENT _____LEZMOND C. MITCHELL_____

ADDRESS OF STUDENT___653 E. Malone_____ CITY Hanford, ca._____ ZIP CODE 93230_____

PHONE NUMBER (AREA CODE)___584-1976_____ DATE OF STUDENT'S BIRTH___9-17-81_____

PARENT'S NAME - FATHER_____ MOTHER___Sherry_____
(LEGAL GUARDIAN)

DATE OF ENTRY_____GRADE ENTERED_____NUMBER OF YEARS IN ATTENDANCE____

DATE OF TRANSFER 1-90_____GRADE TO WHICH CHILD SHOULD BE ASSIGNED 2nd_____

PLACE TO WHICH RECORDS WERE SENT

NAME OF SCHOOL_____Avenla  Elementary School_____

ADDRESS 500 S. First Avenue_____ ZIP CODE 93204 DATE SENT 2-16-90_____

(SIGNED RELEASE SHOULD BE ATTACHED TO THIS FORM)

GENERAL SCHOLASTIC AVERAGE (CIRCLE)

A    B    C    C-    D    F    U    S    N

COMMENTS_____

GENERAL CITIZENSHIP GRADE (CIRCLE)

A    B    C    D    F    U    S    N

ANY OTHER PERTINENT INFORMATION RELATING TO STUDENT_____

_____

_____

PRINCIPAL'S SIGNATURE_____DATE_____

## MARKING CODE

A = (100-97) EXCELLENT             D = (69-65) HARDLY PASSING
B = (96-85) VERY GOOD              F = (Below 65) FAILURE
C+ = (84-80) UPPER AVERAGE         S = SATISFACTORY PROGRESS FOR THIS CHILD
C = (79-75) AVERAGE                N = NEEDS IMPROVEMENT
C- = (74-70) BELOW AVERAGE         U = UNSATISFACTORY

**EX 8 - 62**

| LAST NAME | FIRST NAME | MIDDLE NAME | CHECK SEX | III. IDENTIFICATION DATA | SLF No. (Pencil) |
|---|---|---|---|---|---|
| Mitchell | Lezmond | | M X   F | PHOTOGRAPHS | |

NICKNAME: (Pencil)

_/87    BC    Ft. Defiance  Az.

BIRTH DATE    BIRTH DATE VERIFICATION    PLACE OF BIRTH

**CUMULATIVE RECORD
ELEMENTARY FORM**

Confidential Information for use by Professional Personnel

FORM L.M.—K/P Graphics, Roseville, CA, © 1982

**7. GROWTH AND DEVELOPMENT THROUGH SCHOOL EXPERIENCES**

INDICATE MAJOR CURRICULUM UNIT, DESCRIPTION OF EXPERIENCE, AND DURATION. INITIAL EACH ENTRY. THIS SPACE MAY ALSO BE USED FOR INDICATING DEGREE OF SUCCESS IN SCHOOL EXPERIENCES AND READERS USED.

| YEAR 19 87-19 88 KINDERGARTEN | YEAR 19 -19  GRADE | YEAR 19 -19  GRADE | YEAR 19 -19  GRADE | YEAR 19 -19  GRADE |
|---|---|---|---|---|
| ath·Their·Way sort and lassify Manipulatives; ursery Rhymes; Creative ramatics; Geometric hapes; Music; Cooking xperiences; Poetry; Senses; Whole Language-ournals; Arts and Crafts elf-Concept; Aims/ raphing-Predicting; )ISTAR Reading Mastery :o Lesson #_____; Holt lath; DISTAR Language; Iolt Science; Health and lutrition; Ginn English; ;ocial Studies; Numbers :o 25; Farm and Zoo nimals; Field Trips; lphabet Recognition; )hysical Fitness. | | | | |

| YEAR 19 -19  GRADE | YEAR 19 -19  GRADE | YEAR 19 -19  GRADE | YEAR 19 -19  GRADE | YEAR 19 -19  GRADE |
|---|---|---|---|---|
| | | | | |

Requirements of U. S. Constitution, American History, State and Local Government satisfactorily completed.

Date Certified                    INITIAL

_____        _____

**EX 8 - 63**

| LAST NAME | FIRST NAME | MIDDLE NAME | CHECK SEX | | IDENTIFICATION DATA | File No. (Pencil) |
|---|---|---|---|---|---|---|
| Mitchell | Lezmond | | M X | F | PHOTOGRAPHS | |

**CUMULATIVE RECORD**
**ELEMENTARY FORM**
Confidential Information for use by Professional Personnel

NICKNAME: (Pencil)

/87    BC    Ft. Defiance Az.

| BIRTH DATE | BIRTH DATE VERIFICATION | PLACE OF BIRTH | |
|---|---|---|---|
| | | CITY (OR COUNTY) | STATE (OR NATION) |

By _____     DATES PHOTOGRAPHED    (Pencil)_____ SCHOOL DISTRICT

**HOME** | **IN CASE OF EMERGENCY NOTIFY**

| | NAME | ADDRESS | TELEPHONE | (OR) | (Pencil) NAME | ADDRESS | TELEPHONE | (OR) | NAME | ADDRESS | TELEPHONE |
|---|---|---|---|---|---|---|---|---|---|---|---|

COMMENTS | COMMENTS | COMMENTS

## 2. GROUP SCHOLASTIC CAPACITY TESTS   (LABEL OTHER SUB SCORES USED, e.g., PERFORMANCE, PERCEPTION, ETC. DOUBLE SPACES PROVIDED.)

| DATE TEST GIVEN | GRADE | NAME OF TEST | FORM | LEVEL | C. A. | M. A. | Total | Verbal | Non-Verb. | 8 | 9 | 10 | 11 | 12 | 13 | COMMENTS | EXAMINER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

## 3. INDIVIDUAL TESTS

| DATE TEST GIVEN | GRADE | NAME OF TEST | C. A. | RESULTS AND REMARKS | EXAMINER |
|---|---|---|---|---|---|
| | | | | | |

## 4. GROUP ACHIEVEMENT TESTS (Including Reading Readiness)   (LABEL VARIOUS SUB SCORES, e.g., VOCABULARY)

| DATE TEST GIVEN | GRADE | NAME OF TEST | FORM | LEVEL | READING | | ARITHMETIC | | LANGUAGE | | | COMMENTS | EXAMINER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |

## 5. PERSONALITY AND INTEREST INVENTORIES, APTITUDE TESTS, AND OTHER TESTS   (LABEL VARIOUS SUB SCORES, e.g., EMOTIONAL, SOCIAL)

| DATE TEST GIVEN | GRADE | NAME OF TEST | FORM | LEVEL | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | COMMENTS | EXAMINER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | |

EX 8 - 64

**6. INFORMATION CONCERNING INDIVIDUAL ADJUSTMENT**

| YEAR AND GRADE | INTERESTS, ACTIVITIES, LEADERSHIP | FAMILY AND HOME RELATIONSHIPS OUT OF SCHOOL RESPONSIBILITIES | ATTITUDES AND FEELINGS ABOUT: SELF; PEERS; SCHOOL | REFERRALS TO SCHOOL SERVICES AND/OR COMMUNITY AGENCIES |
|---|---|---|---|---|
| YEAR 1987-1988 KINDERGARTEN | Lezmond participates in all activities. He needs challenging and interesting lessons. | Grandmother always available for parent/teacher conference. | Lezmond is very independent. | |
| YEAR 19 -19 GRADE | | | | |
| YEAR 19 -19 GRADE | | | | |
| YEAR 19 -19 GRADE | | | | |
| YEAR 19 -19 GRADE | | | | |
| YEAR 19 -19 GRADE | | | | |
| YEAR 19 -19 GRADE | | | | |
| YEAR 19 -19 GRADE | | | | |
| YEAR 19 -19 GRADE | | | | |
| YEAR 19 -19 GRADE | | | | |

**EX 8 - 65**

## 8. SCHOOL HISTORY

| DATE ENTERED | HOME ADDRESS & TELEPHONE | CITY OR COUNTY | SCHOOL & SCHOOL DISTRICT | GRADE | TEACHER | ATTENDANCE | TRANSFERRED TO: | DATE LEFT |
|---|---|---|---|---|---|---|---|---|
| 1-4-88 | 11930 9th Ave. | Hanford | Gardenside/Lakeside | K | Wilcox | Good | 1st | 6/1/88 |
| | | | | | | | | |

COMPLETED GRADE 6 OR 8 OR ( ) ON   CIRCLE   Month  Day  Year

**9.** PARENTS' EDUCATIONAL AND/OR VOCATIONAL PLANS FOR PUPIL:   (Pencil)_____

CIRCLE (Pencil)   CIRCLE

| | FATHER'S NAME | HOME ADDRESS (Pencil) | SPECIFIC OCCUPATION (Pencil) | BUSINESS ADDRESS AND TELEPHONE (Pencil) | PUPIL LIVING WITH | LIVING? |
|---|---|---|---|---|---|---|
| **10.** | | | | | Yes   No | Yes   No |
| **11.** | MOTHER'S NAME | | | | Yes   No | Yes   No |
| **12.** | OR GUARDIAN'S NAME | | | | Yes   No | Yes   No |

## 13. CHILDREN OF FAMILY

| NAMES | YEAR OF BIRTH | RELATIONSHIP TO PUPIL | LIVING AT HOME (CHECK) |
|---|---|---|---|
| | | | |

## 15. SIGNIFICANT HEALTH FACTORS

| DATE | RECOMMENDATIONS OF HEALTH ADVISER | ADVISER'S NAME |
|---|---|---|
| | | |
| DATE | TEACHER'S COMMENTS ON PUPIL'S HEALTH CONDITIONS | TEACHER |

## 14. ADULTS OTHER THAN PARENTS LIVING CONTINUOUSLY IN PUPIL'S HOME (Pencil)

| DATE | NAME | RELATIONSHIP TO PUPIL |
|---|---|---|
| | | |

EX 8 - 66

# REEF—SUNSET UNIFIED SCHOOL DISTRICT

## AVENAL ELEMENTARY SCHOOL             (209) 386-5173
## 500 SOUTH FIRST
## AVENAL, CA 93204

### PROGRESS REPORT FOR GRADES: PRE—FIRST, 1, 2, 3

STUDENT _Leman Michael_          GRADE ___2___ YEAR _____
TEACHER _Bowers_                 PRINCIPAL _____

## EXPLANATION OF MARKS

A - Excellent          D - Below Average          O - Outstanding
B - Above Average      F - Failing                S - Satisfactory
C - Average            P - Progressing below grade level    U - Unsatisfactory

## READING

| | 1 | 2 | 3 | 4 | Yr. |
|---|---|---|---|---|---|
| Kindergarten Readiness | | | | | |
| Preprimer 1 | | | | | |
| Preprimer 2 | | | | | |
| Preprimer 3 | | | | | |
| Primer | | | | | |
| First Grade Book 1 | | | | | |
| Second Grade Book 1 | | | | | |
| Second Grade Book 2 | | | | B | A |
| Third Grade Book 1 | | | | | |
| Third Grade Book 2 | | | | | |

## LANGUAGE

| | 1 | 2 | 3 | 4 | Yr. |
|---|---|---|---|---|---|
| Oral Language | | | B | B | B |
| Phonics - Spelling | | | C | B | C |
| Written Expression | | | B | B | B |
| Handwriting | | | B | B | B |

MATHEMATICS     | | | B | B | B |

SCIENCE — HEALTH   | | | A | B | B+ |

SOCIAL STUDIES    | | | A | B | B |

PHYSICAL EDUCATION | | | B | B | B |

ART              | | | A | B | A |

MUSIC            | | | B | B | B |

In the judgment of the teacher and the
principal, this pupil should work in
Grade __3__ beginning August __27__

## WORK HABITS — SOCIAL DEVELOPMENT

| | 1 | 2 | 3 | 4 | Yr. |
|---|---|---|---|---|---|
| Homework | | | S+ | S | S |
| Daily class assignments | | | S | S | S |
| Follows directions | | | S | S | S |
| Listens to instruction | | | S | S | S |
| Classroom behavior | | | S | S | S |
| Respects authority | | | S | S | S |
| Playground behavior | | | S | S | S |
| Respects other students | | | S | S | S |

## ATTENDANCE

| | 1 | 2 | 3 | 4 | Yr. |
|---|---|---|---|---|---|
| Days in quarter | | | 44 | 44 | |
| Excused absences | | | | | |
| Unexcused absences | | | 2 | | |
| Days tardy | | | | | |

1st Quarter Teacher Comments _____
_____
Parent Comments _____
2nd Quarter Teacher Comments _____
_____
Parent Comments _____
3rd Quarter Teacher Comments _____
_____
Parent Comments _____
4th Quarter Teacher Comments _____
_____
_____

FPD-AZ-03057-0064

## ACADEMIC ACHIEVEMENT

Grade 2

Name  Lezmond Mitchell

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Religion | C | C | | |
| Arithmetic — Mastery of Skills | B | B- | | |
| Arithmetic — Ability to Solve Problems | C— | C+ | | |
| Reading — Comprehension | C— | C+ | | |
| Reading — Oral Reading | C— | C— | | |
| Reading — Word-attack Skills | C | C+ | | |
| English | C— | C+ | | |
| Spelling · Formal and Applied | C+ | C | | |
| Social Studies | B | C+ | | |
| Science | C | C— | | |
| Health Education and Safety | | | | |

### MARKING CODE
A = Outstanding achievement: indicates an exceedingly high quality of work.
B = Above average: indicates good progress above the usual.
C = Average achievement: indicates a quality of work usual for this grade.
D = Below average: indicates a great need for effort to meet requirements of this grade satisfactorily.
E = Achieving at other grade level.
F = Unsatisfactory: indicates failure to produce an acceptable quality of work.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Music | 3 | 3 | | |
| Art | 2 | 2 | | |
| Physical Education | 2 | 2 | | |

1 = Outstanding    2 = Satisfactory    3 = Unsatisfactory

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days Absent | | | | |
| Times Tardy | | | | |

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Effort | C | C | | |

A. Outstanding effort and initiative in all subjects
B. Consistent effort in all subjects
C. Minimum effort
U. No apparent effort

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Conduct | A | A | | |

A. Excellent observance of all school regulations
B. Good observance of school regulations
C. Fair observance of school regulations
U. Unsatisfactory observance of school regulations

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Homestudy | B | A | | |

A. Outstanding initiative in fulfilling home study assignments
B. Consistent attention in fulfilling home study assignments
C. Minimum attention in fulfilling home study assignments
U. Unsatisfactory attention to home study assignments

## STATEMENT OF PROMOTION
*This is to certify that*

_____

has been { promoted to / detained in } the_____ Grade on

this _____ day of _____, 19_____

_____ Teacher

_____ Principal

FPD-AZ-03057-0065

## ACADEMIC ACHIEVEMENT

Name Lezmond Mitchell

| | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| Religion | | | | | |
| Arithmetic | Mastery of Skills | | | | |
| | Ability to Solve Problems | | C | | |
| Reading | Comprehension | | | | |
| | Oral Reading | | | | |
| | Word-attack Skills | | | | |
| English | | | | | |
| Spelling - Formal and Applied | | | C | | |
| Social Studies | | | | | |
| Science | | | | | |
| Health Education and Safety | | | | | |

### MARKING CODE

A = Outstanding achievement: indicates an exceedingly high quality of work.
B = Above average: indicates good progress above the usual.
C = Average achievement: indicates a quality of work usual for the grade.
D = Below average: indicates a great need for effort to meet requirements of this grade satisfactorily.
E = Achieving at other grade level.
F = Unsatisfactory: indicates failure to produce an acceptable quality of work.

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Music | | | | |
| Art | | | | |
| Physical Education | | | | |

1 = Outstanding        2 = Satisfactory        4 = Unsatisfactory

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days Absent | | | | |
| Times Tardy | | | | |

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Effort | | C | | |

A. Outstanding effort and initiative in all subjects
B. Consistent effort in all subjects
C. Minimum effort
U. No apparent effort

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Conduct | | | | |

A. Excellent observance of all school regulations
B. Good observance of school regulations
C. Fair observance of school regulations
U. Unsatisfactory observance of school regulations

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Homestudy | | | | |

A. Outstanding initiative in fulfilling home study assignments
B. Consistent attention in fulfilling home study assignments
C. Minimum attention in fulfilling home study assignments
U. Unsatisfactory attention to home study assignments

## STATEMENT OF PROMOTION

This is to certify that

_____

has been { promoted to / detained in } the _____ Grade on

this _____ day of _____, 19_____

_____ Teacher

_____ Principal

FPD-AZ-03057-0066

**EX 9 - 69**

FPD-AZ-03057-0067

TEACHER'S REMARKS

Please note any special interests of the pupils; special achievements and awards, offices held, etc.; handicaps such as health, speech and coordination. exemptions from folk dancing or P. E.; general conditions of health. Note group student is working in arithmetic, reading, etc. Note reason for excessive absences.

Teacher Bowers   Grade 2   Year 87-70

Lezmond entered school in January from a private school in Hanford. He has made a great improvement in his behavior since then. He is a very capable student, easily frustrated. He should be ready for the third grade reader. His mother is very supportive.

Teacher Mr. BATES   Grade 3   Year 1970-71

1st - 3rd Quarter

Could excel in all third grade materials. Very likeable one-on-one but acts out when has peer audience.

3rd Grade Reader
3rd Grade Math
3rd Grade English

I wish him well.

Teacher   Grade   Year

Teacher   Grade   Year

Teacher   Grade   Year

Teacher   Grade   Year

Teacher   Grade   Year

Teacher   Grade   Year

**EX 9 - 70**

# ▸ CTBS/4 Comprehensive Tests of Basic Skills, Fourth Edition

153507
1531

## NDIVIDUAL TEST RECORD

UDENT:  MITCHELL   LEZMON          GRADE:  2.6

RTH DATE:  9⁓⁓/81          CODES: 001262.....3...

| | NCE | LP | LS | NP | RANGE |
|---|---|---|---|---|---|
| AD VOCABULARY | 35 | 58 | 5 | 23 | 16-34 |
| AD COMPREHENSION | 51 | 83 | 7 | 51 | 40-65 |
| TOTAL READING | 43 | 73 | 6 | 38 | 30-46 |
| NGUAGE MECHANICS | 24 | 29 | 4 | 11 | 05-25 |
| NGUAGE EXPRESSION | 54 | 83 | 7 | 58 | 47-68 |
| TOTAL LANGUAGE | 42 | 72 | 6 | 35 | 25-46 |
| TH COMPUTATION | 66 | 80 | 7 | 78 | 69-86 |
| TH CONCEPTS & APPL | 1 | 1 | 1 | * 1 | 01-02 |
| TOTAL MATHEMATICS | 11 | 4 | 1 | 3 | 01-20 |
| TOTAL BATTERY | 30 | 47 | 5 | 17 | 09-29 |
| RD ANALYSIS | 27 | 45 | 5 | 14 | 08-22 |
| ELLING | 47 | 75 | 6 | 44 | 30-60 |
| CIAL STUDIES | 44 | 72 | 6 | 39 | 25-56 |

**NATIONAL PERCENTILE**

NCE:  NORMAL CURVE EQUIVALENT
LP:  LOCAL PERCENTILE
LS:  LOCAL STANINE
NP:  NATIONAL PERCENTILE

**STANINE**

NSTRUCTIONAL EVELS      READING: VOCABULARY AT GRADE 2      COMPREHENSION AT GRADE 2      MATHEMATICS: COMPUTATION ABOVE GRADE 2      C & A BELOW GRADE 2      THINKING SKILLS IS ONLY AVAILABLE FOR LEVELS 13 AND ABOVE.

## OBJECTIVES PERFORMANCE SCORES

| | | Objective Performance Index |
|---|---|---|
| AD VOCABULARY | | |
| 8 | WORD MEANING | 94 |
| 9 | MULTIMEANING WORDS | 41 |
| 2 | WORDS IN CONTEXT | 30 |
| AD COMPREHENSION | | |
| 5 | STATED INFORMATION | 80 |
| 7 | PASSAGE ANALYSIS | 74 |
| 8 | CENTRAL THOUGHT | 66 |
| 0 | CRITICAL ASSESSMENT | 84 |
| NGUAGE MECHANICS | | |
| 4 | SENTENCE, PHRASE, CLAUSE | 51 |
| 6 | WRITING CONVENTIONS | 38 |
| 7 | EDITING SKILLS | 42 |
| NGUAGE EXPRESSION | | |
| 8 | NOUNS, PRONOUNS | 99 |
| 9 | VERBS | 99 |
| 0 | ADJECTIVES, ADVERBS | 75 |
| 1 | SENTENCE FORMATION | 99 |
| 3 | PARAGRAPH STRUCTURE | 0 |
| TH COMPUTATION | | |
| 5 | ADD WHOLE NUMBERS | 98 |
| 6 | SUBTRACT WHOLE NUMBERS | 69 |
| TH CONCEPTS & APPL | | |
| 5 | NUMERATION | |
| 6 | NUMBER THEORY | 10 N |
| 7 | DATA INTERPRETATION | |
| 8 | PRE-ALGEBRA | |
| 9 | MEASUREMENT | |
| 0 | GEOMETRY | 36 N |
| RD ANALYSIS | | |
| 9 | CONS BLENDS, DIGRAPHS | 92 |
| 0 | SHORT VOWELS | 23 |
| 1 | LONG VOWELS | 35 |

| | | Objective Performance Index |
|---|---|---|
| 12 | VARIANT VOWELS | 19 |
| 14 | CONTRACTIONS | 54 |
| 15 | COMPOUND WORDS | 81 |
| 16 | ROOTS AND AFFIXES | 69 |
| SPELLING | | |
| 31 | VOWELS | 35 |
| 32 | CONSONANTS | 41 |
| 33 | STRUCTURAL UNITS | 41 |
| SOCIAL STUDIES | | |
| 73 | GEOGRAPHY | 53 |
| 74 | ECONOMICS | 68 |
| 25 | HISTORY | 54 |
| 76 | POLITICAL SCIENCE | 47 |
| 77 | SOCIOLOGY, ANTHROPOLOGY | 86 |
| 78 | INTERRELATED DISCIPLINES | 67 |

Not Mastered  Partially Mastered  Mastered
0 10 20 30 40 50 60 70 75 80 90 100

RM-LEVEL: A-12
RMS FROM: 1988
ST DATE: 3/28/90
ORING: TRADITIONAL
ARTER MONTH: 27

TY: AVENAL
ATE: CA

CLASS:  BOWERS J
SCHOOL:  AVENAL ELEM
DISTRICT:  REEF SUNSET

*: MAXIMUM OR MINIMUM SCORE
N: NOT ALL ITEMS ATTEMPTED

CTBID: 90136R610500001-03-00017-000206

**EX 9 - 71**

FPD-AZ-03057-0069

ITCHELL    LEZMON C
DOB:    7  /81
TR MTH: 32    IRT
R880599001-03-045

| FORM/LEVEL E/11 | NP | 47 | 39 | 44 | | 44 | | 75 | 32 | 88 | | 29 |
| GRADE 01.7 | GE | 1.8 | 1.7 | 1.7 | | 1.7 | | 2.3 | 1.8 | 2.1 | | 1.5 |
| | NCE | 49 | 44 | 47 | | 47 | | 65 | 51 | 60 | | 38 |
| | SS | 525 | 518 | 522 | | 562 | | 573 | 570 | 574 | | 551 |
| DATE 04/89 | LP | 27 | 22 | 23 | | 23 | | 63 | 23 | 39 | | 6 |
| | OMS | 3 | 1 | | | 2 | | 2 | 4 | | | 3 |

## STANDARD ACHIEVEMENT TESTS

| ode | Date | Name of Test | Form | Score | Grade Equiv. | % tile | Class Median | Grade | Date | Name of Test | Form | Score | Grade Equiv. | % tile |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Comments:

FPD-AZ-03057-0070

| YEAR | | 1959 Dec | | | | | | | | | Teacher | GROWTH IN DESIRABLE HABITS AND ATTITUDES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | June | June | June | June | June | June | June | June | June | June | | GROWTH IN RELIGIOUS HABITS | 1 | 2 | 3 | 4 |
| Grade | | 1 | 2 | | | | | | | | | Participates in religious activities | | | | |
| Religion | | B- | C | | | | | | | | Principal — 1 | Respects classroom prayer | | | | |
| Math | | A | C+ | | | | | | | | Sr. Agnes Conlon — 2 | GROWTH IN SOCIAL HABITS — CONDUCT | | | | |
| Reading | | C | C+ | | | | | | | | | Respects authority | ✓ | ✓ | | |
| English | | A- | C | | | | | | | | | Works and plays well with others | ✓ | ✓ | | |
| Spelling | | B- | C | | | | | | | | | Conforms to school regulations when not supervised | ✓ | ✓ | | |
| Phonics | | | C | | | | | | | | | Is courteous in speech and manner | | ✓ | | |
| Penmanship | | A- | A- | | | | | | | | | Accepts responsibility | | | | |
| Science | | A· | C | | | | | | | | | Keeps desk and materials neat | | ✓ | | |
| Social Studies | | C | C+ | | | | | | | | | Respects private and public property | | | | |
| History | | | | | | | | | | | | Pratices self-control | ✓ | ✓ | | |
| Geography | | | C | | | | | | | | | GROWTH IN WORK AND STUDY HABITS — EFFORT | | | | |
| Civics | | | | | | | | | | | | Listens to and follows directions | | | | |
| Foreign Lang. | | | | | | | | | | | | Begins work promptly | ✓ | ✓ | | |
| | | | | | | | | | | | | Completes work on time | ✓ | ✓ | | |
| | | | | | | | | | | | | Contributes to group activity | | | | |
| Music | | S | N | | | | | | | | | Produces a quality of work that measures up to ability — puts forth best effort | | | | |
| Art | | S | S | | | | | | | | | GROWTH IN HEALTH AND SAFETY HABITS | | | | |
| Physical Ed. | | S | S | | | | | | | | | Takes part in school activities | | | | |
| Days Absent | | 12½ | 8½ | | | | | | | | | Is careful of personal appearance | | | | |
| Days Tardy | | 3 | 0 | | | | | | | | | Observes simple health rules | | | | |
| Promoted | | 2 | | | | | | | | | | Observes traffic and safety rules | | | | |
| Conduct | | C | N | | | | | | | | | | | | | |
| Effort | | C | C | | | | | | | | | | | | | |
| Health & Safety | | C+ | | | | | | | | | | | | | | |

MARKING CODE

EX 9 - 73

REEF—SUNSET UNIFIED SCHOOL DISTRICT

# AVENAL ELEMENTARY SCHOOL

## 500 SOUTH FIRST AVENUE
## AVENAL. CALIFORNIA 93204

PHONE (209) 386-5173

To Whom it May Concern:

This is to verify that these are copys of Lezmond Mitchells
records.  Current grades are also included.

For further information of questions feel free to call.

Attendance Clerk
Anita Leon

FPD-AZ-03057-0071

**EX 9 - 74**

FPD-AZ-03057-0072

**PUPIL CUMULATIVE RECORD, ELEMENTARY**
**REEF-SUNSET UNIFIED SCHOOL DISTRICT**
205 N. Park Avenue          Avenal, CA 93204

# 1262

Grade K 1 2 3 4 5 6 7
Room 5-19

Pupil's Last Name: *Mitchell*    First: *Lezmond*    Middle: *Charles*

Address: _____    Box No. (pencil): _____    Telephone (pencil): 584-1570    (M) F (Sex): *Male*

Date of Birth: _11/81_    Authority for Date of Birth: _____    Place: *Fort Defiance*    City    *Az.* State

Doctor Preferred: _____    Polio 1.____ 2.____ 3.____ Exempt ____

Measles or Imm. ☐ Yes   ☐ No

✓ Avenal Elementary          _____ Kettleman City Elementary

**ENROLLMENT RECORD**

| | | E/L | Date | Place |
|---|---|---|---|---|
| **Father** | Name | E3 | 1-3-90 | Hanford |
| | Birth Place | | | |
| | Living ☐ Yes  ☐ No | | | |
| **Mother** | Name *Sherry Lane Mitchell* | | | |
| | Birth Place *Arkansas City, Kansas* | | | |
| | Living ☑ Yes  ☐ No | | | |
| **Step Father** | Name | | | |
| | Birth Place: | | | |
| **Step Mother** | Name | | | |
| | Birth Place: | | | |

Legal Guardian: *Sherry Lane Mitchell*    Relationship: *mother*

Divorced Yes☐ No☐   Separated: Yes☐ No☐   Father Remarried Yes☐ No☐   Mother Remarried Yes☐ No☐

Number of Brothers: 0    Sisters: 0    Language spoken in the home *English*

Pupil lives with:  Mother ☑   Father ☐   Stepmother ☐   Stepfather ☐   Guardian ☐

**SCHOOL RECORD**

**SCHOLARSHIP GRADES**

| Grade | 2 | 3 | Average at end of school year | | | |
|---|---|---|---|---|---|---|
| Reading | B | C- | | | | |
| Language | C+ | B | | | | |
| Handwriting | B | A- | | | | |
| Spelling | C+ | B | | | | |
| Arithmetic | B | C+ | | | | |
| Social Studies (Hist., Geog.) | B | C | | | | |
| Science | B+ | B- | | | | |
| Health | B+ | B- | | | | |
| Art | A | C | | | | |
| Vocal Music | B | B+ | | | | |
| Instrumental Music | | | | | | |
| P.E. | B | C | | | | |

**SOCIAL GROWTH**

| Grade | 2 | 3 | Average at end of school year | | | |
|---|---|---|---|---|---|---|
| Cooperation | N | N | | | | |
| Use of Classtime | S | S | | | | |
| Follows Instructions | N | S | | | | |
| Completion On Time | S | S | | | | |
| Neatness and Accuracy | S | S | | | | |
| Works Independently | S | S | | | | |
| Group Participation | S | S | | | | |
| Thoughtfulness & Courtesy | N | N | | | | |
| Respects Rights & Prop. | N | N | | | | |
| Interest in Play | S | S | | | | |
| Self Discipline | N | N | | | | |
| Respect for Rules & Auth. | N | N | | | | |
| Dependability | N | S | | | | |
| Days Absent Excused | | | | | | |
| Days Absent Unexcused | 2 | 0 | | | | |
| Days Present | 99 | | | | | |

Key: A—Excellent  C Average  F—Not Passing    B—Good  D—Poor

Key: O-Outstanding;  S Satisfactory;  N-Needs to improve

**Language Status**

| Date | Grade | Name of Test | Results |
|---|---|---|---|
| | | | |

**Retention Record**

| Date | Grade | School |
|---|---|---|
| | | |
| | | |
| | | |

**Proficiency Test Record**

| School | Date | Grade | Reading P | Reading F | Math P | Math F | Writing P | Writing F |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

**Special Test Record**

| Date | Reason for Testing | Examiner | Results |
|---|---|---|---|
| | | | |

**Accomplishments, Activities, Awards**
(Date entries)

EX 9 - 75

FPD-AZ-03057-0073

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| | E | N | | | | | |
| | W | | | | | | |

## ELEMENTARY AND JUNIOR HIGH SCHOOL RECORDS

| | | | | | | | | | | | | | | | | | | | | | | G |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| School | | | | | | | | | | | | | | | | | | | | | | |
| Gr. Enroll. | K | | | | | | | | | | | | | | | | | | | | | |
| School Yr. | | | | | | | | | | | | | | | | | | | | | | |
| Teacher | | | | | | | | | | | | | | | | | | | | | | |
| Attendance P A | | | | | | | | | | | | | | | | | | | | | | |
| Semester | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 |
| Language | | | | | | | | | | | | | | | | | | | | | | |
| Reading | | | | | | | | | | | | | | | | | | | | | | |
| Spelling | | | | | | | | | | | | | | | | | | | | | | |
| Phonics | | | | | | | | | | | | | | | | | | | | | | |
| Arithmetic | | | | | | | | | | | | | | | | | | | | | | |
| Science | | | | | | | | | | | | | | | | | | | | | | |
| Soc. Stu. | | | | | | | | | | | | | | | | | | | | | | |
| Home Ec. | | | | | | | | | | | | | | | | | | | | | | |
| Physical Ed. | | | | | | | | | | | | | | | | | | | | | | |
| Ind. Arts | | | | | | | | | | | | | | | | | | | | | | |
| Art | | | | | | | | | | | | | | | | | | | | | | |
| Writing | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| Placed in | | | | | | | | | | | | | | | | | | | | | | |
| Promoted to | | | | | | | | | | | | | | | | | | | | | | |

### PERSONALITY PROFILE

| | Kgn | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Courtesy | C | | | | | | | | | | | | | |
| Cooperation | B | | | | | | | | | | | | | |
| Leadership | A | | | | | | | | | | | | | |
| Reliability | C | | | | | | | | | | | | | |
| Self Control | A | | | | | | | | | | | | | |

Appearance B

**EX 9 - 76**

FPD-AZ-03057-0074

Use Recordable Black Ink

☑ M    Enrol
☐ F    81

NAME  Mitchell, Lezmond Charles  519,241
     LAST        FIRST   M.I.   CENSUS #

DATE OF BIRTH  -81   PLACE OF BIRTH  Ft. Defiance,  Az.
                                      CITY          STATE

ADDRESS (in pencil)                          PHONE (In Pencil)
TRIBE Navajo/Cherokee                  DEGREE OF INDIAN BLOOD  1/2 - 1/2
Language Spoken in Home  English       No. of Siblings

                                                     Health Informat

### TRANSFER, WITHDRAWAL, RE-ENTRY

| Date | T-W-R | From or To | Teacher | Reason |
|------|-------|-----------|---------|--------|
|  | E | Never attend school |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

### ELEMENTARY AND JUNIOR HIGH SCHOOL RECORDS

| | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| School | WMHS | | | | | | | | | | | | | | | | | | | | G |
| Gr. Enroll. | K | | | | | | | | | | | | | | | | | | | | |
| School Yr. | 1987 | | | | | | | | | | | | | | | | | | | | |
| Teacher | WH | | | | | | | | | | | | | | | | | | | | |
| Attendance | | | | | | | | | | | | | | | | | | | | | |
| Semester | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | |
| Language | A | | | | | | | | | | | | | | | | | | | | |
| Reading | E | | | | | | | | | | | | | | | | | | | | |
| Spelling | AH | | | | | | | | | | | | | | | | | | | | |
| Phonics | E | | | | | | | | | | | | | | | | | | | | |
| Arithmetic | S | | | | | | | | | | | | | | | | | | | | |
| Science | S | | | | | | | | | | | | | | | | | | | | |
| Soc. Stu. | S | | | | | | | | | | | | | | | | | | | | |
| Home Ec. | NH | | | | | | | | | | | | | | | | | | | | |
| Physical Ed. | S | | | | | | | | | | | | | | | | | | | | |
| Ind. Arts | NH | | | | | | | | | | | | | | | | | | | | |
| Art | | | | | | | | | | | | | | | | | | | | | |
| Writing | E | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | |
| Placed in | | | | | | | | | | | | | | | | | | | | | |
| Promoted to | | | | | | | | | | | | | | | | | | | | | |

PERSONALITY PROFILE

**EX 9 - 77**

ELEMENTARY (1-6) STUDENT PROGRESS REPORT
Red Mesa Unified School District 27
Star Rt. 1-Box 40
TeecNosPos, Arizona 86514

Student __Lezmond Mitchell__   School __Round Rock__

Teacher __R. McLean__    Grade __2__

| Primary Symbols (1-2) | Intermediate Symbols | |
|---|---|---|
| E-Excellent | A-Excellent | F-Failing |
| S-Satisfactory | B-Above Average | H-High Effort |
| N-Needs Improvement | C-Average | I-Incomplete |
| N/A-Not Applicable | D-Below Average | N/A-Not Applicable |

| CONTENT AREA | | Reporting Period 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| READING | | | | | B |
| Grade Level | Above (On) Below | | | | |
| MATH | | | | | C |
| Grade Level | Above (On) Below | | | | |
| SPELLING | | | | | C |
| LANGUAGE | ORAL/WRITTEN | / | / | / | S/C |
| SCIENCE/HEALTH | | | | | B+ |
| SOCIAL STUDIES | | | | | B |
| PHYSICAL EDUCATION | | | | | S |
| MUSIC | | | | | S |
| WORK HABITS | | | | | N |
| SOCIAL HABITS | | | | | S |
| APPLICATION OF KNOWLEDGE | | | | | N |

COMMENTS: 1.

2.

3.

4. Lezmond adjusted well to our class this year.

| ATTENDANCE | 1 | 2 | 3 | 4 | Yearly Total | GRADE LEVEL Assignment |
|---|---|---|---|---|---|---|
| Days Present | | | | 46 | 46 | |
| Days Absent | | | | 0 | 0 | NEXT YEAR: __4__ |

FPD-AZ-03057-0075

EX 10 - 78

# Primary Language Assessment SCORING SHEET

Student's Name: _Lezmond Mitchell_    Native Language _English/Navajo_

Test Date: _3/25/92_    School: _Round Rock_    Grade _4th_

Classroom Teacher: _George Mitchell_    Person Administering Test: _Margi Begay_

Objective to the test and scoring: To obtain information regarding a student's ability to speak and understand in his native language. This ability will be determined by using the following criteria:

| Overall Rating: | No Fluency | Very Limited | Limited | Fluent | Very Fluent |
|---|---|---|---|---|---|
| Listening | 1 | (2) | 3 | 4 | 5 |
| Speaking | 1 | (2) | 3 | 4 | 5 |
| Reading | (1) | 2 | 3 | 4 | 5 |
| Writing | (1) | 2 | 3 | 4 | 5 |

| | | | | | |
|---|---|---|---|---|---|
| Listening | Does not understand anything | Can understand somewhat when of spoken slowly | Understands almost everything when spoken slower normal speed | Understands almost everything when spoken at normal speed | Understands everything without difficulty |
| Speaking | Can't speak at all. | Can say a few words | Can say phrases and basic sentences: poor grammar | Can speak fluently | Speaks exceptionally well |
| Reading | Can't read at all | Can read a few words | Can read basic phrases and sentences | Average reading ability for his/her age. | Reads exceptionally well. |
| Writing | Can't write at all. | Can write a few words | Can write basic phrases and sentences: poor grammar | Average writing ability | Writes exceptionally |

est administrator's signature: _Jim Jefferson_    Date: _3/25/92_

FPD-AZ-03057-0076

**Red Mesa School District #27**
Primary Language Assessment of Listening and Speaking in the Native Language. A Requirement of the English as a Second Language Program (ESL)

## Listening and Speaking Test

Please ask the following questions of the student. Provide the student with a reasonable time to respond. **You do not have to accomplish ALL these tasks.** Determine when you have gathered enough information from a section and then move on to another.

I.   Under information questions:

1. What is your age?

2. What is your mother's clan?

3. How old are you?

4. When were you born?        What's your birthday?

5. Where were you born?       Where are you from?

6. Where do you live?         What's your address?

II.   Under academic background

1. What grade did you complete at your last school?

2. How many years have you been in school?

3. What classes did you take in your last school?

III. Under vocabulary

1. Numbers- Ask the student to identify these numbers:  2   3   12   45   99

                                                        124   3,926

2. Colors- Ask student to say these colors in their native language:   red   white

                                        blue      black      brown      green

3. Time- Ask the student these questions:

                          What time is it now?

                          What time does school start?

FPD-AZ-03057-0077

Continuation of the Time questions.

What time do you eat lunch?

When does school end for the day?

4. Clothing-    Ask the students to identify   pieces of clothing you are wearing.

5. Body parts-   Ask the student to identify body parts.

6. School vocabulary-  Ask the student to identify the following school items:

chair       pencil      paper      table      desk      book      pen

IV. Conversation-      Ask the student questions about his interests, hobbies, favorite TV programs or the school.

V. Have the student read some appropriate material for his age and ability. Afterwards ask some questions of the material.

VI Have the student write a paragraph of a letter, a story or about his favorite TV program.

*( Keep a copy of his writing for the record.)*

Thank you for your help.

FPD-AZ-03057-0078

EX 10 - 81

# Red Mesa School District
## English as a Second Language Program (ESL)
## Teacher Verification of a Student's English Language Proficiency
## A Requirement of the ESL Program

Student's Name: _Lezmond Mitchell_    Classroom Teacher _Mitchell_

Grade Level _4_        Date _February 11, 1992_

**Use this key for your response:**   NO = Navajo only        NM = Navajo mostly

N/E = Navajo & English equally        EM = English mostly

EO = English only

Please answer the following questions based upon your observations.

. What language did you use with this student in your classroom?  Circle your response.

NO        NM        N/E        EM        **(EO)**

. What language did this student use with other students in the classroom?

NO        NM        N/E        EM        **(EO)**

. What language did this student use with other students during recess or freetime?

NO        NM        N/E        EM        **(EO)**

. How would you rate this student's ability?

**Check your response:**        N-Excellent = Navajo is excellent ~~____~~

N- Good = Navajo is good ____       *N/A*

N-Fair = Navajo is fair ____

N-Poor = Navajo is poor ____

E-Excellent = English is excellent _✓_

E-Good = English is good ____

E-Fair = English is fair ____

E-Poor = English is poor. ____

Use the back of this form for your comments.   Thank you

FPD-AZ-03057-0079

# ELEMENTARY (1-6) STUDENT PROGRESS REPORT
## Red Mesa Unified School District 27
### Star Rt. 1-Box 40
### TeecNosPos, Arizona 86514

Student **Lezmond Mitchell**    School **Round Rock**

Teacher **Mr. Mitchell**    Grade **4**

Primary Symbols (1-2)
E-Excellent
S-Satisfactory
N-Needs Improvement
N/A-Not Applicable

Intermediate Symbols
A-Excellent
B-Above Average
C-Average
D-Below Average

F-Failing
H-High Effort
I-Incomplete
N/A-Not Applicable

| CONTENT AREA | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| READING | | B+ | A | A | A+ |
| Grade Level | Above / On / Below | ✓ | ✓ | ✓ | ✓ |
| MATH | | C+ | A | A | A |
| Grade Level | Above / On / Below | ✓ | ✓ | ✓ | |
| SPELLING | | C | B | C | B |
| LANGUAGE | ORAL/WRITTEN | A/B+ | A/B | A/A | A/A |
| SCIENCE/HEALTH | | C+ | B | A | A |
| SOCIAL STUDIES | | C+ | B+ | A | A |
| PHYSICAL EDUCATION | | S | S | S | S |
| MUSIC | | S | S | A | S |
| WORK HABITS | | S | S | S | S |
| SOCIAL HABITS | | S | S | S | S |
| APPLICATION OF KNOWLEDGE | | S | S | S | S |

COMMENTS:

| | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| 1. | Art. | S | S | S | S |
| 2. | Computer | S | S | C | S |
| 3. | Navajo Culture | S | S | S | S |
| 4. | | | | | |

| ATTENDANCE | 1 | 2 | 3 | 4 | Yearly Total |
|---|---|---|---|---|---|
| Days Present | 42 | 40 | 47 | 40 | 169 |
| Days Absent | 0 | 2 | 0 | 6 | 8 |

GRADE LEVEL Assignment

NEXT YEAR: **5**

FPD-AZ-03057-0080

FPD-AZ-03057-0081



THE SAVAGE
PUBLISHERS CORPORATION

## Iowa Tests of Basic Skills

**SERVICE 12A:**
**INDIVIDUAL PERFORMANCE PROFILE**
01-02-27 (002)

Pupil: **MITCHELL, LEZMOND**
I. D. No:
Class/Group: **FRAZIER**
Building: **ROUND ROCK SCHOOL**
System: **RED MESA UNIFIED DIS**
Level: **11**  Form: **J**  Grade: **5**
Norms: **FALL 88**  Test Date: **9/92**
Order No.: **000-908587-002**  Page: **93**

### NATIONAL PERCENTILE RANK

| | GE | SS | NS | NPR |
|---|---|---|---|---|
| VOCABULARY | 55 | 128 | 5 | 58 |
| READING | 61 | 136 | 6 | 71 |
| SPELLING | 41 | 111 | 4 | 24 |
| CAPITALIZATION | 45 | 117 | 4 | 34 |
| PUNCTUATION | 47 | 119 | 4 | 38 |
| USAGE AND EXPRESSION | 47 | 119 | 5 | 41 |
| LANGUAGE TOTAL | 45 | 116 | 4 | 34 |
| VISUAL MATERIALS | 58 | 132 | 6 | 66 |
| REFERENCE MATERIALS | 56 | 129 | 6 | 60 |
| WORK-STUDY TOTAL | 57 | 131 | 6 | 64 |
| MATHEMATICS CONCEPTS | 45 | 117 | 4 | 28 |
| MATHEMATICS PROBLEMS | 37 | 107 | 3 | 15 |
| MATHEMATICS COMPUTATION | 38 | 108 | 2 | 8 |
| MATHEMATICS TOTAL | 40 | 110 | 3 | 13 |
| BASIC COMPOSITE | 49 | 121 | 5 | 43 |
| COMPLETE COMPOSITE | 52 | 125 | 5 | 51 |
| SOCIAL STUDIES | 65 | 141 | 6 | 72 |
| SCIENCE | 86 | 164 | 8 | 91 |

GE=GRADE EQUIVALENT  SS=STANDARD SCORE  NS=NATIONAL STANINE  NPR=NATIONAL PERCENTILE RANK

### VOCABULARY

| N Items | N Att | Pupil %C | Nat'l %C | |
|---|---|---|---|---|
| 11 | 11 | 64 | 55 | Reading/Language |
| 14 | 14 | 64 | 57 | Work-Study/Social St |
| 10 | 10 | 50 | 47 | Mathematics/Science |
| 4 | 4 | 50 | 54 | Fine/Applied Arts |

### READING

| N Items | N Att | Pupil %C | Nat'l %C | |
|---|---|---|---|---|
| 18 | 18 | 61 | 52 | Facts |
| 9 | 9 | 78 | 62 | Describe/Categorize |
| 9 | 9 | 44 | 42 | Relations/Context |
| 18 | 18 | 67 | 52 | Inferences |
| 15 | 15 | 73 | 53 | Causes/Conclusions |
| 3 | 3 | 33 | 45 | Traits/Motives |
| 18 | 18 | 67 | 50 | Generalizations |
| 7 | 7 | 71 | 59 | Main Idea/Organiz'n |
| 5 | 5 | 80 | 50 | Application/Purpose |
| 6 | 6 | 50 | 38 | Language/Mood/Style |

### SPELLING
**Consonants**

| N Items | N Att | Pupil %C | Nat'l %C | |
|---|---|---|---|---|
| 8 | 8 | 38 | 48 | Subst'ns/Reversals |
| 14 | 14 | 36 | 43 | Omissions/Additions |

**Vowels**

| N Items | N Att | Pupil %C | Nat'l %C | |
|---|---|---|---|---|
| 8 | 8 | 25 | 43 | Subst'ns/Reversals |
| 5 | 5 | 60 | 59 | Omissions/Additions |
| 5 | 5 | 20 | 62 | No Mistakes |

### CAPITALIZATION

| N Items | N Att | Pupil %C | Nat'l %C | |
|---|---|---|---|---|
| 5 | 5 | 40 | 59 | Names and Titles |
| 5 | 5 | 100 | 74 | Dates and Holidays |
| 5 | 5 | 0 | 52 | Place Names |
| 6 | 6 | 50 | 37 | Organizations/Groups |
| 4 | 4 | 25 | 57 | Linguistic Conventi'n |
| 5 | 5 | 60 | 56 | Overcap/No Mistakes |

### PUNCTUATION

| N Items | N Att | Pupil %C | Nat'l %C | |
|---|---|---|---|---|
| 9 | 9 | 56 | 45 | Terminal Punctuation |
| 8 | 8 | 0 | 54 | Use of Comma |
| 5 | 5 | 40 | 41 | Other Punctuation |
| 5 | 5 | 40 | 43 | Overpunctuation |
| 3 | 3 | 100 | 60 | No Mistakes |

### USAGE AND EXPRESSION

| N Items | N Att | Pupil %C | Nat'l %C | |
|---|---|---|---|---|
| 8 | 8 | 63 | 57 | Verbs |
| 3 | 3 | 33 | 36 | Personal Pronouns |
| 5 | 5 | 60 | 40 | Modifiers |
| 6 | 6 | 17 | 51 | Context/No Mistakes |
| 3 | 3 | 33 | 51 | Conciseness/Clarity |
| 7 | 7 | 71 | 62 | Appropriateness |
| 6 | 6 | 33 | 55 | Organization |

### VISUAL MATERIALS

| N Items | N Att | Pupil %C | Nat'l %C | |
|---|---|---|---|---|
| 27 | 27 | 70 | 51 | Map Reading |
| 8 | 8 | 63 | 57 | Locating/Describing |
| 6 | 6 | 67 | 39 | Direction/Distance |
| 5 | 5 | 60 | 45 | Living Conditions |
| 8 | 8 | 88 | 57 | Interpreting Data |
| 16 | 16 | 25 | 38 | Graphs and Tables |
| 13 | 13 | 31 | 40 | Reading/Comparing |
| 3 | 3 | 0 | 25 | Relationships |

### REFERENCE MATERIALS

| N Items | N Att | Pupil %C | Nat'l %C | |
|---|---|---|---|---|
| 8 | 8 | 63 | 56 | Alphabetizing |
| 7 | 7 | 100 | 65 | Table of Contents |
| 7 | 7 | 29 | 54 | Using an Index |
| 8 | 8 | 88 | 52 | Using a Dictionary |
| 4 | 4 | 75 | 50 | Encyclopedias |
| 6 | 6 | 0 | 39 | General References |

### MATH CONCEPTS

| N Items | N Att | Pupil %C | Nat'l %C | |
|---|---|---|---|---|
| 8 | 8 | 38 | 54 | Number Systems |
| 3 | 3 | 67 | 81 | Equations |
| 7 | 7 | 43 | 52 | Whole Numbers |
| 6 | 6 | 83 | 59 | Fractions |
| 4 | 4 | 0 | 39 | Decimals and Percent |
| 7 | 7 | 29 | 44 | Geometry/Measurement |

### MATH PROBLEM SOLVING

| N Items | N Att | Pupil %C | Nat'l %C | |
|---|---|---|---|---|
| 6 | 6 | 33 | 64 | Single-Step: + / − |
| 8 | 8 | 50 | 46 | Single-Step: × / ÷ |
| 13 | 13 | 8 | 39 | Multi-Step Problems |

### MATH COMPUTATION

| N Items | N Att | Pupil %C | Nat'l %C | |
|---|---|---|---|---|
| 15 | 12 | 33 | 72 | Whole Numbers: + / − |
| 16 | 12 | 44 | 55 | Whole Numbers: × / ÷ |
| 4 | 0 | 0 | 38 | Fractions: + / − |
| 4 | 0 | 0 | 47 | Decimals: + / − |

### HIGHER ORDER THINKING SKILLS

| N Items | N Att | Pupil %C | Nat'l %C | |
|---|---|---|---|---|
| 36 | 36 | 64 | 50 | Reading Comp |
| 30 | 30 | 50 | 53 | Lang Usage/Express |
| 45 | 45 | 58 | 46 | Work Study Skills |
| 18 | 18 | 22 | 42 | Mathematics |

### SOCIAL STUDIES

| N Items | N Att | Pupil %C | Nat'l %C | |
|---|---|---|---|---|
| 10 | 10 | 40 | 41 | History |
| 32 | 32 | 72 | 52 | Patterns and Systems |
| 16 | 16 | 50 | 44 | High Order Thinking |

### SCIENCE

| N Items | N Att | Pupil %C | Nat'l %C | |
|---|---|---|---|---|
| 13 | 13 | 92 | 49 | Nature/Life Science |
| 8 | 8 | 63 | 43 | Earth and Space |
| 8 | 8 | 88 | 47 | Physics/Chemistry |
| 13 | 13 | 62 | 49 | Health and Safety |
| 18 | 18 | 83 | 47 | High Order Thinking |

# Red Mesa School District
## English as a Second Language Program (ESL)
## Teacher Verification of a Student's English Language Proficiency
## A Requirement of the ESL Program

ident's Name: _Mitchell, Lezmond_    Classroom Teacher _Frazier_

ade Level __5th__    Date __May 28, 93__

**e this key for your response:**    NO = Navajo only    NM = Navajo mostly

N/E = Navajo & English equally    EM = English mostly

EO = English only

ease answer the following questions based upon your observations.

What language did you use with this student in your classroom?  Circle your response.

O        NM        N/E        EM        (EO)

. What language did this student use with other students in the classroom?

lO        NM        N/E        EM        (EO)

. What language did this student use with other students during recess or freetime?

lO        NM        N/E        EM        (EO)

. How would you rate this student's ability?

**check your response:**        N-Excellent = Navajo is excellent ____

N- Good = Navajo is good ____

N-Fair = Navajo is fair ____

N-Poor = Navajo is poor __✓__

E-Excellent = English is excellent __✓__

E-Good = English is good ____

E-Fair = English is fair ____

E-Poor = English is poor. ____

Use the back of this form for your comments.   Thank you

FPD-AZ-03057-0082

ELEMENTARY (1-6) STUDENT PROGRESS REPORT
Red Mesa Unified School District 27
Star Rt. 1-Box 40
TeecNosPos, Arizona 86514

Student **Mitchell, Lezmond**    School **Round Rock Elem. Sch.**

Teacher **Mrs. J. Frazier**    Grade **fifth**

Primary Symbols (1-2)
E-Excellent
S-Satisfactory
N-Needs Improvement
N/A-Not Applicable

Intermediate Symbols
A-Excellent        F-Failing
B-Above Average    H-High Effort
C-Average          I-Incomplete
D-Below Average    N/A-Not Applicable

| CONTENT AREA | | | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|
| READING | | Above | | | | |
| Grade Level | | On | B+ | B+ | B | B |
| | | Below | | | | |
| MATH | | Above | | | | |
| Grade Level | | On | C | A | C | C |
| | | Below | | | | |
| SPELLING | | | C- | C+ | C | D |
| LANGUAGE | ORAL/WRITTEN | | C+ | A | D | a |
| SCIENCE/HEALTH | | | A | A | A | A |
| SOCIAL STUDIES | | | — | A | B | C |
| PHYSICAL EDUCATION | | | A | A | A | B |
| MUSIC | | | — | S | A- | A |
| WORK HABITS | | | S | S | S | S |
| SOCIAL HABITS | | | N | S | N | N |
| APPLICATION OF KNOWLEDGE | | | S | S | S | S |

GPA, 2.8 3.6 2.5 2.3

COMMENTS:
1. Lezmond needs to work harder and apply himself to his studies. Needs to check work + slow down.

2. Marked Improvement

3.

4.

| ATTENDANCE | 1 | 2 | 3 | 4 | Yearly Total |
|---|---|---|---|---|---|
| Days Present | 49 | 39 | 40 | 41 | 169 |
| Days Absent | 2 | 2 | 2 | 3 | 9 |

GRADE LEVEL
Assignment

NEXT YEAR: 6

FPD-AZ-03057-0083

EX 10 - 86