*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

11.   Red Mesa Jr. High School, Teec Nos Pos, Arizona (Grades 7-8)

12.   Red Mesa High School, Teec Nos Pos, Arizona (Grades 9-11)

13.   Rough Rock High School, Rough Rock, Arizona (Grade 11)

14.   Rough Rock Community School, Chinle, Arizona (Grade 12)

15.   Disciplinary and Absentee Records, 1995 - 2000

Red Mesa Junior High School
Star Route 1, Box 40
TeecNosPos, Arizona 86514

Mitchell, Lezmond
_Student Name_

7th
_Grade_

1995
_School Year_

| Subject | 1 | 2 | 3 | 4 | Final | Subject | 1 | 2 | 3 | 4 | Final |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Reading | | | C | B | 2.9/C | Mathematics | | | D | D | 1.0/D |
| Language Arts | | | B | A | 3.5/B | Social Studies | | | A | B | 3.5/B |
| Science | | | C | D | 1.5/D | PE/Sports | | | A | A | |
| Electives: Nav.Culture | | | C- | B+ | | Electives: MUSIC ART | | | | | |
| Industrial Arts | | | | | | Typing | | | | | |
| Home Economics | | | | | | Aides: Office | | | | | |
| Band/Music M.Smith | | | | | | Library | | | | | |
| | | | | | | Teacher | | | 3 | 3 | 6 |
| | | | | | | Days Absent | | | | | |
| | | | | | | Tardies | | | 1 | 0 | 1 |

**Explanation of Grades:**
A - Outstanding
B - Above Average
C - Average

D - Below Average
E - Effort Shown
F - Failure

I - Incomplete
S - Satisfactory
U - Unsatisfacory

Next Year's Placement is:   Grade: 8th

FPD-AZ-03057-0085

FPD-AZ-03057-0086



## Iowa Tests of Basic Skills

**NATIONAL PERCENTILE RANK**

| | GE | SS | NS | NPR |
|---|---|---|---|---|
| VOCABULARY | 83 | 162 | 5 | 52 |
| READING | 86 | 164 | 5 | 57 |
| SPELLING | 66 | 142 | 4 | 27 |
| CAPITALIZATION | 72 | 149 | 4 | 36 |
| PUNCTUATION | 100 | 180 | 7 | 80 |
| USAGE AND EXPRESSION | 78 | 156 | 5 | 45 |
| LANGUAGE TOTAL | 79 | 157 | 5 | 47 |
| VISUAL MATERIALS | 90 | 170 | 6 | 65 |
| REFERENCE MATERIALS | 83 | 161 | 5 | 52 |
| WORK-STUDY TOTAL | 86 | 165 | 5 | 59 |
| MATHEMATICS CONCEPTS | 76 | 154 | 4 | 38 |
| MATHEMATICS PROBLEMS | 76 | 154 | 4 | 39 |
| MATHEMATICS COMPUTATION | 78 | 156 | 5 | 40 |
| MATHEMATICS TOTAL | 77 | 155 | 5 | 42 |
| BASIC COMPOSITE | 78 | 156 | 5 | 44 |
| COMPLETE COMPOSITE | 82 | 160 | 5 | 53 |
| SOCIAL STUDIES | 70 | 146 | 4 | 35 |
| SCIENCE | 97 | 174 | 6 | 67 |

GE=GRADE EQUIVALENT   SS=STANDARD SCORE   NS=NATIONAL STANINE   NPR=NATIONAL PERCENTILE RANK

ERVICE 12A:
NDIVIDUAL PERFORMANCE PROFILE
- - ( )

Pupil: **MITCHELL, LEZMOND**
I. D. No:
Class/Group: TRIMBLE
Building: ROUND ROCK ELEMENTAR
System: RED MESA UNIFIED DIS
Level: 14   Form: J   Grade: 8
Norms: FALL 88   Test Date: 10/95
Order No.: 000-908672-001   Page: 92

### VOCABULARY
| ms Att | N %C | Pupil %C | Nat'l |
|---|---|---|---|
| 4 | 4 | 25 | 50 Reading/Language |
| 7 | 17 | 82 | 61 Work-Study/Social St |
| 10 | 10 | 40 | 49 Mathematics/Science |
| 5 | 5 | 40 | 75 Fine/Applied Arts |
| 5 | 5 | 40 | 35 Unclassified |

### READING
Facts
| 18 | 18 | 50 | 46 |
| 7 | 7 | 43 | 45 Describe/Categorize |
| 11 | 11 | 55 | 47 Relations/Context |
Inferences
| 21 | 21 | 67 | 54 |
| 12 | 12 | 67 | 53 Causes/Conclusions |
| 9 | 9 | 67 | 55 Traits/Motives |
| 19 | 19 | 37 | 43 Generalizations |
| 6 | 6 | 67 | 50 Main Idea/Organiz'n |
| 10 | 10 | 20 | 39 Application/Purpose |
| 3 | 3 | 33 | 45 Language/Mood/Style |

### SPELLING
Consonants
| 6 | 6 | 50 | 53 Subst'ns/Reversals |
| 12 | 12 | 33 | 43 Omissions/Additions |
Vowels
| 10 | 10 | 20 | 45 Subst'ns/Reversals |
| 8 | 8 | 38 | 43 Omissions/Additions |
| 5 | 5 | 40 | 64 No Mistakes |

### CAPITALIZATION
| 4 | 4 | 25 | 44 Names/Dates/Holidays |
| 6 | 6 | 83 | 59 Place Names |
| 6 | 6 | 83 | 56 Organizations/Groups |
| 7 | 7 | 29 | 57 Linguistic Convent'n |
| 6 | 6 | 0 | 33 Overcapitalization |
| 3 | 3 | 33 | 48 No Mistakes |

### PUNCTUATION
| 3 | 3 | 33 | 44 Terminal Punctuation |
| 14 | 14 | 64 | 43 Use of Comma |
| 7 | 7 | 71 | 48 Other Punctuation |
| 5 | 5 | 60 | 52 Overpunctuation |
| 3 | 3 | 100 | 51 No Mistakes |

### USAGE AND EXPRESSION
| 6 | 6 | 33 | 41 Verbs |
| 3 | 3 | 67 | 55 Personal Pronouns |
| 4 | 4 | 50 | 54 Modifiers |
| 9 | 9 | 44 | 56 Context/No Mistakes |
| 3 | 3 | 33 | 46 Conciseness/Clarity |
| 11 | 11 | 73 | 59 Appropriateness |
| 7 | 7 | 43 | 59 Organization |

### VISUAL MATERIALS
| 32 | 32 | 50 | 44 Map Reading |
| 6 | 6 | 17 | 39 Locating/Describing |
| 7 | 7 | 43 | 38 Direction/Distance |
| 8 | 8 | 63 | 49 Interpreting Data |
| 11 | 11 | 64 | 47 Living Conditions |
| 19 | 19 | 53 | 45 Graphs and Tables |
| 12 | 12 | 58 | 47 Reading/Comparing |
| 7 | 7 | 43 | 41 Relationships |

### REFERENCE MATERIALS
| 8 | 8 | 75 | 79 Alphabetizing |
| 8 | 8 | 88 | 60 Using an Index |
| 8 | 8 | 38 | 53 Using a Dictionary |
| 12 | 12 | 50 | 55 Encyclopedias |
| 7 | 7 | 43 | 33 General References |

### MATH CONCEPTS
| 9 | 9 | 56 | 54 Number Systems |
| 4 | 4 | 0 | 43 Equations |
| 4 | 4 | 100 | 69 Whole Numbers |
| 8 | 8 | 25 | 45 Fractions |
| 8 | 8 | 38 | 56 Decimals and Percent |
| 9 | 9 | 33 | 39 Geometry/Measurement |

### MATH PROBLEM SOLVING
| 13 | 13 | 54 | 43 Single-Step Problems |
Multi-Step Problems
| 11 | 11 | 36 | 59 Integers/Currency |
| 8 | 8 | 25 | 38 Fractions/Decimals |

### MATH COMPUTATION
| 5 | 5 | 80 | 64 Whole Numbers: + / − |
| 6 | 6 | 83 | 55 Whole Numbers: × / ÷ |
| 6 | 6 | 50 | 46 Fractions: + / − |
| 8 | 8 | 25 | 40 Fractions: × / ÷ |
| 8 | 8 | 50 | 52 Decimals: + / − |
| 10 | 10 | 0 | 50 Decimals: × / ÷ |

### HIGHER ORDER THINKING SKILLS
| 42 | 42 | 57 | 48 Reading Comp |
| 35 | 35 | 51 | 54 Lang Usage/Express |
| 56 | 56 | 45 | 43 Work Study Skills |
| 29 | 29 | 28 | 46 Mathematics |

### SOCIAL STUDIES
| 19 | 19 | 37 | 45 History |
| 26 | 26 | 42 | 51 Patterns and Systems |
| 22 | 22 | 45 | 48 High Order Thinking |

### SCIENCE
| 9 | 9 | 44 | 51 Nature/Life Science |
| 9 | 9 | 33 | 50 Earth and Space |
| 18 | 18 | 61 | 42 Physics/Chemistry |
| 9 | 9 | 78 | 56 Health and Safety |
| 27 | 27 | 59 | 47 High Order Thinking |

Copyright © 1988 The Riverside Publishing Company. All rights reserved.

EX 11 - 88

Integrated Math
Semester Exam
Answer Sheet

Name _____
Hour ___ 4th

1. C
2. (scribble)
3. A
4. D
5. D
6. C
7. C
8. B
9. A
10. D

11. B
12. D
13. B
14. A
15. B
16. C
17. B
18. D
19. C
20. B

21. B
22. D
23. A
24. A
25. C
26. D
27. C
28. C
29. C
30. A

# wrong ___14___ = $\frac{+16}{30} \times \frac{10}{10} = \frac{1600}{300}$

FPD-AZ-03057-0087

**EX 11 - 89**

1 Solve: $m + 92 = 131$

a) 48    ..... b) −87    c) 39    d) 223

) Solve: $z − 39 = 61$

a) 22    b) 100    c) 47    d) 53

) Solve: $19.68 = s − 14.58$

a) 34.26    b) 5.10    c) 41.79    d) 16.24

0) Solve: $18x = 711$

a) 28.16    b) 53.79    c) 14.87    d) 39.5

⑪ Solve: $\frac{x}{1} = 1$

a) −1    b) 1    c) 0    d) 3

⑫ Solve: $5.5m = 100.1$

a) 551    b) 94.6    c) 18.2    d) 17.8

⑬ Solve: $71 \le x + 49$

a) $x \ge 22$    b) $x > 22$    c) $x < 22$    d) $x = 22$

⑭ Solve: $\frac{x}{2} \ge 54$

a) $x \ge 27$    b) $x \le 108$    c) $x \le 27$    d) $x \ge 108$

FPD-AZ-03057-0088

Integrated Math I
Semester Exam

1) List the next 3 numbers in the pattern.

100, 94, 88, 82,

a) 78, 74, 70    b) 88, 94, 100    c) 76, 70, 64    d) 50, 47, 44, 41

2) Write the expression as a power, then evaluate.

$11 \times 11 \times 11 \times 11$

a) $11^3$, 1331    b) $11^4$, 14,641    c) $4 \times 11$, 44    d) $22^2$, 484

3) Evaluate the expression.    $\sqrt{5.63}$

a) 2.37    b) 5.63    c) 3.49    d) 1.98

4) Evaluate the expression.

a) 3.2    b) $\frac{1}{7}$    $(3^3 + 15) \div \sqrt{49}$    c) 9    d) 6

5) Evaluate the expression for $m = 8$ and $n = 4$.

$n(m - n) + mn$

a) 50    b) 66    c) 64    d) 48

6) Distribute:    $2(y + 12)$

a) $2y + 24$    b) $26y$    c) $2y + 12$    d) $y + 24$

FPD-AZ-03057-0089

20) Identify any symmetry of the figure.



a) 3 lines     b) $90°, 180°$     c) 2 lines, $180°$    d) 1 line, $90°$

#21 -#23 use the figure at the right.



21) Write another name for the line $\overline{fg}$.

a) $\overline{gi}$     b) $\overline{eg}$     c) $\overline{ek}$     d) $\overline{fL}$

22) Which 2 lines are parallel?

a) c + d     b) a + c     c) b + d     d) a + b

23) List all angles whose measure is $87°$.

a) 7, 5, 13, 15    b) 7, 5, 1, 3    c) 7, 15, 9, 11    d) 7, 9, 2, 4

24) Classify the triangle by its sides and angles

FPD-AZ-03057-0090

EX 11 - 92

5) Plot the integers on a number

$-4, -3, 3, 4$

a)

0

c)

0

b)

0

d)

0

6) Order the integers from least to greatest.

$0, -1, 12, -5, -13$

a) $-13, 12, -5, -1, 0$

c) $-13, -5, -1, 0, 12$

b) $12, 0, -1, -5, -13$

d) $0, -1, -5, 12, -13$

7) Simplify the expression

$-6x - 6x - 6$

a) $12x - 6$        b) $-6$        c) $-18x$        d) $-12x - 6$

8) Solve: $21p - 73 - 46p = 27$

a) $-4$        b) $-16$        c) $4$        d) $12$

19) Solve: $\frac{2}{3}t - 18 = \frac{1}{3}t - 20$

a) $6$        b) $-6$        c) $17$        d) $-23$

FPD-AZ-03057-0091

c) 30    d) 32

If. $\triangle PQR \cong \triangle UYS$, then $\angle S \cong$ ?

a) $\angle P$          b) $\angle Q$          c) $\angle Y$     d) $\angle R$

$\triangle GHI \sim \triangle JKL$. What is the length of $\overline{KL}$?

a) 12          c) 4

b) 6          d) 5

A figure has vertices at $(-5,1), (-3,0), (-3,3), (-1,2)$. What are the coordinates of the figure after reflecting the figure about the y-axis?

a) $(5,1), (3,0), (3,3), (1,2)$    c) $(5,-1), (3,0), (3,-3), (1,-2)$

b) $(-5,-1), (-3,0), (-3,-3), (-1,-2)$   d) $(-5,1), (-3,0), (-3,3), (-1,2)$

FPD-AZ-03057-0092

a) 7, 5, 13, 15    b) 7, 5, 1, 3    c) 7, 15, 9, 11    d) 7, 9, 2, 4

24) Classify the triangle by its sides and angles.



a) Scalene, right    c) Scalene, acute

b) Isosceles, right    d) isosceles, acute

25) Classify the triangle by its sides and angles.

a) Scalene, acute    c) isosceles, obtuse

b) equilateral, right    d) Scalene, obtuse

26) Find the perimeter of the polyon.

a) 48    b) 36    c) 32    d) 30

27) Find the area of the polygon.

a) 60    b) 68    c) 30    d) 32

28) If. △PQR ≅ △UYS, then ∠S ≅ ?

a) ∠P

FPD-AZ-03057-0093

PLEASE PRINT                 **14 – 17 YEAR EPSDT TRACKING FORM**

| Clinic Code: | Time: | Provider: | Affil— | Discipline— | Initials— 10/C |
|---|---|---|---|---|---|
| NAME  Mitchell Leymond | | | | AHCCCS I.D. | DATE OF BIRTH |
| DATE 7-31-96 | AGE 14 ½ 10 months | HT 66.5 | PERCENTILE | WT 258# | PERCENTILE | BP 120/60 |

☐ **INTERVAL HISTORY** ( Parental Concerns, School Progress, Behavior Problems)

Comments  Sports PE-HS-

Vital Signs:
T 98²
P 72
R 30

**NUTRITIONAL ASSESSMENT** ☑ Adequate  ☐ Inadequate  ☐ Referred

**SENSORY SCREEN**
Vision normal?          ☐ YES  ☑ NO    (20/100 Right  20/100 Left  20/100 Both)
Hearing/speech normal?  ☑ YES  ☐ NO    (By history) (eye exam beginning of July) Prescription made.

**DEVELOPMENTAL ASSESSMENT** Is development normal for age?    ☐ YES  ☐ NO

---

**PHYSICAL EXAM**
Are the following normal?

| | Yes | No | Refd |
|---|---|---|---|
| Skin | / | | |
| HEENT | / | | |
| Teeth | / | | |
| Nodes | / | | |
| Heart | / | | |
| Lungs | / | | |
| Abdomen | / | | |
| Ext. Gen. | / | | |
| Extremities | / | | |
| Spine (scoliosis) | / | | |
| Neuro. | / | | |
| 2°Sexual Dev. | / | | |

**Dental referral (required):**
☐ Routine  ☐ For Problem

☐ TB test (optional)

**COMMENTS, ASSESSMENT & PLAN**

well child

@ UA, CBC ret + Abt                +↑ 8-92

**IMMUNIZATIONS**

Given? (indicate which ones)_____

Immunizations current?  ☐ Yes  ☐ No  ☐ Unknown
(if yes documentation should be in chart)

**ANTICIPATORY GUIDANCE**

☐ Car safety, seat belts     ☐ Nutrition                      ☐ Physical activity
☐ Smoking, Alcohol, Drugs    ☐ Sexual education and S.T.D.'s  ☐ Other
☐ Pregnancy Prevention       ☐ Motorcycle safety, helmets

| Revisit Plan  JAL | Clinician(print)  Brian W Marshall | Signature |
|---|---|---|

IHS Addressograph  050323
MITCHELL, LEZMOND LANE
9      91    1    004
NAO-136 (REV:12/89)
602 10 3972

On AHCCCS?  ☐ YES  ☐ NO  ☐ Pending
White Copy  –  Patient Record
Canary Copy  –  Send to:
AHCCCS EPSDT
801 E. Jefferson
Phoenix, Arizona 85034

FPD-AZ-03057-0094

EX 11 - 96

**Speed Message**

To Louella

From Rebecca

Subject PE

Date 4-19 19 95

Lezmond, Lorenzo, and Darrell should not go to PE the rest of the week. Have them stay in the room with you while Celina takes the rest of the class to the gym.

Signed RNorris

WilsonJones
GRAYLINE FORM 44-900 2-PART
©1983 · PRINTED IN U.S.A

ROUND ROCK ELEMENTARY SCHOOL

RED MESA UNIFIED SCHOOL DISTRICT NO. 27

PARENT PERMISSION FORM

I, _George Mitchell_ do hereby give my permission for my child

_Lezmond_ to go on the school sponsored field trip to

_Phoenix_ . In the event that my child should became ill or

injured while participating in this activity, I do hereby grant and give any

medical doctor or hospital my consent and authorization to render such

aid, care, or treatment that may be required on an emergency basis.

I will hold the Red Mesa dist for any ~~I am not responsible for accidents or injuries to my child~~
accident or injury to my child.

_George Mitchell_

5-1-95

FPD-AZ-03057-0132

RED MESA UNIFIED SCHOOL DISTRICT NO. 27

( )Red Mesa High School
   HCR 6100 Box 40
   TeecNosPos, Arizona  86514

( )Red Mesa Elem./Junior High
   HCR 6100 Box 40
   TeecNosPos, Arizona  86514

( )Round Rock Elem. School
   P. O. Box 'CC'
   Round Rock, Arizona  86547

## ENROLLMENT FORM

**STUDENT INFORMATION**

Teacher: _____

Name: Lezmond C. Mitchell   Census No.: 519,241   Grade: 9th

Date of Birth: 1981   Sex: F: ___ M: ✓   Date Enrolled: 9-17-81

Birth Place: Fort Defiance IHS   Date Entered: 9-17-81

Mailing Address: Box 67, Lukachukai AZ, 86507

Correct Home Location: 7 miles east of Round Rock TP

Degree Indian Blood: 4/4   Agency: Chinle   Social Security No.: 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

Father's Name: -0-   Census No.: -0-   Tribe: -0-

Mother's Name: Sherry L. Mitchell   Census No.: _____   Tribe: Navajo

Guardian's Name: George C. Mitchell   Census No: 68743   Tribe: Navajo

Father's Employer: _____   Phone Number: -0-

Mother's Employer: Reef Sunset School District   Phone Number: 209-386-4376

Guardian's Employer: -0-   Phone Number: -0-

**LANGUAGE**

Circle one of the following: (Indian)(Tribe Affiliation: Navajo    ) White   Black   Hispanic   Asian

1. What language was first spoken by this child? English

2. What language does this child speak at home? English

3. What language does the family speak most often at home? English

4. What language does this child speak with friends? English

**SPECIAL NEEDS**

Does your child require or has he/she ever received help for:   Speech Therapy _____

Learning Disabilities _____   EMH _____   Physical Handicap _____

Emotional Handicap _____   Gifted _____   Other _____

**AFFIDAVIT**

I certify that the above information is accurate and complete to the best of my knowledge.

George Mitchell
(Signature of Parent/Guardian)

Aug. 21, 1996
(Date)

**AUTHORIZATION**

I HEREBY AUTHORIZE THE RELEASE OF ACADEMIC, HEALTH AND PSYCHOLOGICAL RECORDS FOR STUDENT NAMED ABOVE:

From: _____
         (Name of Previous School and  Complete Mailing Address)

Date(s) Attended: _____

George Mitchell   Aug. 21, 1996
(Signature of Parent/Guardian)   (Date)

_____   _____
(Signature of School Official)   (Date)

WHITE — CUM     CANARY — FP     PINK — Attendance

FPD-AZ-03057-0097

EX 12 - 99

FPD-AZ-03057-0098

STATE OF ARIZON
HIGH SCHOOL ATTENDANCE RECOR

NAME  MITCHELL, Lezmond  Grade____  Year 19__ 19__  C# 519,241

Date of Birth  ℓ__-81  SS#  3977

Place of Birth  Fort Defiance  STATE AID_____

NON-STATE AID_____

Sex____ M____  Racial  4/4  Ethnic  Navajo  NON-STATE AID_____

Date Enrolled  9-21-96  PRIVATELY PAID TUITION_____

Entered From_____  OVER 21_____

Date of Withdrawal_____  TRANSPORTED_____

Reason_____

Reentered_____

Parents' Name  George/Sherry Mitchell

Occupation  N/A

Address  p.oBox 67 Lukachukai AZ, 86507

Enrolled in 1 Period = ¼ ADM
Enrolled in 2 Periods = ½ ADM
Enrolled in 3 Periods = ¾ ADM
Enrolled in 4 Periods = 1 ADM
Periods Enrolled (Maximum Four)
For Computing State Aid
19_____  19_____

ADE 40-111, Rev. 4/80

**EX 12 - 100**

OMB No. 1810-0011
Approval Expires 05/31/98

DEPARTMENT OF EDUCATION
OFFICE OF INDIAN EDUCATION
WASHINGTON, DC 20202
STUDENT ELIGIBILITY CERTIFICATION
Elementary and Secondary Education Act, Title IX, Part A

**Parents:** In order to apply for a formula grant under the Indian Education Program, your child's school must determine the number of Indian children enrolled. Any child who meets the following definition from the Act may be counted for this purpose. You are not required to complete or submit this form to the school. However, if you choose not to submit a form which contains at least the child's name, the name of the tribe, band or group, and your dated signature, your child cannot be counted by the school for funding under the Act. **Please return completed form to your child's school.**

**Definition:** *Indian means any individual, or a parent or grandparent, who is (1) a member (as defined by the Indian tribe, or band) of an Indian tribe, or band, including those Indian tribes, bands, or groups terminated since 1940, and those recognized by the State in which they reside; or (2) considered by the Secretary of the Interior to be an Indian for any purpose; or (3) an Eskimo or Aleut or other Alaska Native; or (4) a member of an organized Indian group that received a grant under the Indian Education Act of 1988 as it was in effect October 19, 1994.*

NAME OF CHILD _Lernard C. Mitchell_ Date of Birth _7/81_
(As shown on school enrollment records)

School Name _Red Mesa Unified school District_ Grade _9_

NAME OF TRIBE, BAND or GROUP _Navajo_

Tribe, Band or Group is: (check one)

| | | | Organized Indian Group meeting |
|---|---|---|---|
| _X_ Federally Recognized, including Alaska Native | ___ State Recognized | ___ Terminated | ___ #4 of the definition above |

Name of individual with tribal membership: _Lernard C. Mitchell_

Individual named is (check one): ___ Child    ___ Child's parent    _X_ Child's grandparent

Proof of membership, as defined by tribe, band, or group:

A. Membership or enrollment no. (if readily available) _68743_    **OR**

B. Other (explain) _____

Name and address of organization maintaining membership data for the tribe, band or group:
_Chinle Agency_

I verify that the information provided above is accurate:

PARENT'S SIGNATURE _George Mitchell_    DATE _Aug 21, 1996_

Mailing Address _Box 107_    Telephone _C_
_Lukachukai, AZ, 86507_

Optional: I give my permission for the school to release this form to the Indian education parent committee. (This form will not be released without your approval).

_____
Parent Signature

FPD-AZ-03057-0099

**EX 12 - 101**



# THE NAVAJO NATION

ALBERT HALL
~~PETERSON ZAH~~
PRESIDENT

THOMAS ATCITTY
~~MARSHALL PLUMMER~~
VICE PRESIDENT

UNACCEPTABLE IF ALTERED

---

## CERTIFICATE OF NAVAJO INDIAN BLOOD

**PART A (To be used if applicant is enrolled)**

CHINLE
AGENCY

June 07, 1996
DATE

I certify that ___Lezmond Charles Mitchell___ is listed on the Navajo Indian Census Roll, dated

_Jan. 01, 1940_, which is an official record of this office as being of ___1/4___ degree Navajo

Indian blood, with Roll Number ___519,241___, date of birth ___1981___.

**RECORD:** Page 247, Southern Navajo Indian Census Roll, Arizona.
Enrolled March 23, 1984

SS# -3972

VITAL STATISTIC MANAGER

### THE INFORMATION CONTAINED ON THIS DOCUMENT
### HAS BEEN TAKEN FROM THE OFFICIAL TRIBAL ROLL OF THE NAVAJO TRIBE.

TRIBAL ENROLLMENT SERVICES
CHINLE AGENCY ● P.O. BOX 2527 ● CHINLE, ARIZONA 86503

FPD-AZ-03057-0100

EX 12 - 102

9/3/71

DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
NAVAJO AREA OFFICE
WINDOW ROCK, ARIZONA

| CENSUS NO. | NAME | BIRTHDATE | RELATION |
|---|---|---|---|
| 68,743 | George C. Mitchell | -23 | Head |
| ~~Cheorkee~~ | Bobbie Joe Mitchell | 42 | Wife |
| 128,479 | Sherry Lane Mitchell | 7-58 | Daughter |
| 508,981 | Auska Kee Charles Mitchell | -66 | Son |
| 519,241 | Lezmond C. Mitchell | -81 | Grandson |

PRINTED BY THE NAVAJO TRIBAL PRINTING DEPARTMENT

FPD-AZ-03057-0101

RED MESA UNIFIED SCHOOL DISTRICT NO. 27

LANGUAGE SURVEY

The school district is required by federal regulations to have on file a document that indicates the language(s) spoken at home. This information will help the district plan a program to meet your child's needs. Thank you for your cooperation.

-------------------------------------------------------------------------

Student's Name _Lezmond C. Mitchell_    Census No. _919,241_

School _R.M.U.S.D. #27_    Grade _9th_

Interviewer: _____

Person Interviewed: _George C. Mitchell_

Relation to student _Grandfather_

_____    _____
Full Name of Father (Guardian)    Address

_Sherry L. Mitchell_  _1069 No. 7th st, Apt 67_
Full Name of Mother    Address

| | Only Navajo* | Mostly Navajo* | English & Navajo Equally | Mostly English | Only English |
|---|---|---|---|---|---|
| 1. What language was first spoken by this child? | | | | | X |
| 2. What language does this child speak at home? | | | | | X |
| 3. What language does the family of this child speak most often at home? | | | | | X |
| 4. What language does this child speak with friends? | | | | | X |

*Substitute other Language, If Navajo is not applicable _____

_George Mitchell_    _Aug 21, 1996_
Signature of Parent or Guardian    Date

FPD-AZ-03057-0102

EX 12 - 104

RED MESA HIGH SCHOOL
HCR 6100 BOX 40, TeecNosPos, AZ 86514 520-656-3574
STUDENT REPORT CARD  1996-1997

11/01/96      MITCHELL, LEZMOND
              P.O. BOX 67
              LUKACHUKAI, AZ 86507                      Grade : 9
                                                        ID # : 519241

Academic Credit ...................: 4.00
Non-Academic Credits ..............: 0.00
Cur. Qtr GPA ......................: 2.2500

| Subject | Teacher | Room | 1st | 2nd | Sem | Cr | 3rd | 4th | Sem | Cr | Abs | Td |
|---------|---------|------|-----|-----|-----|------|-----|-----|-----|----|------|----|
| EARTH SCIENCE | S-BELL | C2 | B | C | B- | 1.00 | | | | | 7/10 | 0 |
| ART I | V-JLESHER | C7 | B | A | | 1.00 | | | | | 7/10 | 1 |
| INDTECH | V-DENNISON | D2 | B | C+ | B- | 1.00 | | | | | 6/6 | 0 |
| INTEGRATED MATH I | M-KBEGAY | B11 | C | D | D | 1.00 | | | | | 6/6 | 0 |



FPD-AZ-03057-0103

SELECT

TEACHER: NO NAME GIVEN
SCHOOL:  RED MESA HS - 010227004
DISTRICT: RED MESA USD - 010227
TEST TYPE: MULTIPLE CHOICE

GRADE:  09
TEST DATE: 03/97

Age: 15 Yrs  06 Mos
Student No: 5092410000

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE | Grade Equiv |
|---|---|---|---|---|---|---|
| Total Reading | 84 | 62 | 708 | 57-5 | 53.7 | 10.8 |
| Vocabulary | 30 | 22 | 715 | 57-5 | 53.7 | 10.8 |
| Reading Comp. | 54 | 40 | 703 | 55-5 | 52.6 | 10.5 |
| Mathematics | 48 | 24 | 694 | 58-5 | 54.3 | 10.5 |
| Language | 54 | 27 | 632 | 26-4 | 36.5 | 6.5 |
| Prewriting | 15 | 8 | 624 | 24-4 | 35.1 | 5.8 |
| Composing | 15 | 7 | 625 | 28-4 | 37.7 | 6.1 |
| Editing | 24 | 12 | 642 | 33-4 | 40.7 | 7.9 |
| Basic Battery | 186 | 113 | NA | 49-5 | 49.3 | 10.5 |

NATIONAL GRADE PERCENTILE BANDS

| 1 | 10 | 30 | 50 | 70 | 90 | 99 |
|---|---|---|---|---|---|---|

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| Reading Vocabulary | 22/ 30/ 30 | | ✓ | |
| Synonyms | 10/ 16/ 16 | | ✓ | |
| Context | 7/ 7/ 7 | | | ✓ |
| Multiple Meanings | 5/ 7/ 7 | | ✓ | |
| | | | | |
| Reading Comprehension | 40/ 54/ 54 | | ✓ | |
| Recreational | 15/ 18/ 18 | | ✓ | |
| Textual | 15/ 18/ 18 | | ✓ | |
| Functional | 10/ 18/ 18 | | ✓ | |
| Initial Understanding | 10/ 10/ 10 | | | ✓ |
| Interpretation | 18/ 24/ 24 | | ✓ | |
| Critical Analysis | 6/ 10/ 10 | | ✓ | |
| Process Strategies | 6/ 10/ 10 | | ✓ | |
| | | | | |
| Mathematics | 24/ 48/ 48 | | ✓ | |
| Problem-Solving Strategies | 2/ 6/ 6 | | ✓ | |
| Algebra | 4/ 6/ 6 | | ✓ | |
| Statistics | 3/ 5/ 5 | | ✓ | |
| Probability | 3/ 6/ 6 | | ✓ | |
| Functions | 3/ 5/ 5 | | ✓ | |
| Geometry from a Synthetic Perspective | 1/ 6/ 6 | ✓ | | |
| Geometry from an Algebraic Perspective | 4/ 5/ 5 | | | ✓ |
| Trigonometry | 0/ 3/ 3 | ✓ | | |
| Discrete Mathematics | 3/ 3/ 3 | | | ✓ |
| Conceptual Underpinnings of Calculus | 1/ 3/ 3 | | ✓ | |
| | | | | |
| Language | 27/ 54/ 54 | | ✓ | |
| Prewriting | 8/ 15/ 15 | | ✓ | |
| Composing | 7/ 15/ 15 | | ✓ | |
| Editing | 12/ 24/ 24 | | ✓ | |
| Mechanics/Usage | 9/ 15/ 15 | | ✓ | |
| Spelling | 3/ 9/ 9 | ✓ | | |

STANFORD LEVEL/FORM: TASK 1/TA
1995 NORMS: Spring    National

Copy 01
Process No. 19783154-1301701-2745-00555-1

Scores based on normative data copyright © 1996 by Harcourt Brace & Company.  All rights reserved.

FPD-AZ-03057-0104

EX 12 - 106

May 13, 1997

MEMORANDUM FOR RECORD

RE: Lezmond Mitchell, Progress

This is a summary of Lezmond Mitchell's progress to date.

On April 25, 1997, George Mitchell came to my office to discuss Lezmond's progress at school. His major points were Lezmond's "D" grade in mathematics for first semester, and that he never had homework. Lezmond had a "C" in mathematics for first quarter, with his full-time substitute Keith Begay. Mr. Begay was his mathematics teacher until December 1996, when Mrs. Waters, a fully qualified mathematics teacher, took over the position.

When she received the grade book, she found inconsistencies to the "C" grade. After one month more in the second quarter, she combined the previous grading with her own to award a grade of "D" for the quarter and the first semester. The points achieved were a 57%. The major reason for the poor grade was Lezmond's failing to turn in homework. In the conference, Lezmond admitted to not doing his work. His grandfather refused to accept the idea that home work had value--but that it was all the teachers' fault.

The discussion on April 24, then moved on to his progress in English this semester. He was not doing his homework in English either, nor had he asked for help. We have instituted a homework book for him to write the assignments in. However, Lezmond has been telling his grandfather that there is still no home work. Lezmond seems to be a student who is playing the school off against his grandparents. He is a bright boy, with high capability.

This semester, he has: ten unexcused tardies, five days absence without excuse, five days in-house detention, two periods ditching, three tardies with excuse, and nine days absence at activities. For the remainder of the year, he is restricted from any further extra-curricular activities out of class.

FPD-AZ-03057-0105

Mrs. Bobbie Mitchell, his grandmother, has called several times. I have responded with this information. She feels that we are not teaching adequately, but has failed to listen to Lezmond's refusal to do homework and his inaccurate reporting to his grandfather regarding the homework. We have offered extra tutoring to Lezmond, for which he has shown no real interest. Yesterday, May 13, 1997, he was tardy getting to school. I had arranged a special counselling for him and other tardy students. On the way to the room, he intentionally ditched away from the group. I found him later and assigned him to in-house detention.

Enclosed are: his first semester examination, attendance record for first and second semester, his report card for the year, and discipline referrals.

*I did not make the statement in the second sentence above. I probably did make the statement I was concerned about what was happening to Lezmond. Also I did not refuse to listen about homework; I believe this letter is not correct information of what took place in the telephone conversation. B. J. Mitchell*

FPD-AZ-03057-0106

EX 12 - 108

RED MESA HIGH SCHOOL

25-1997    Total Student Absence Report

From Date: 01-23-97

: 519241 MITCHELL, LEZMOND

Grade: 9    Page: 1

| Date | Periods 1 2 3 4 | Date | Periods 1 2 3 4 |
|---|---|---|---|
| ·24-97 | (U) | 01-27-97 | U |
| ·30-97 | A A A A | 01-31-97 | A A A A |
| ·05-97 | U (T) | 02-19-97 | X |
| -20-97 | U | 02-21-97 | U |
| -24-97 | U | 02-25-97 | I I I I |
| -26-97 | U | 02-27-97 | T |
| -04-97 | U | 03-12-97 | X A A |
| -13-97 | A A A A | 03-14-97 | A A A A |
| -18-97 | T | 03-21-97 | I I I I |
| -31-97 | U | 04-01-97 | U |
| -07-97 | U X | 04-08-97 | X |
| -10-97 | U A | 04-11-97 | I I I I |
| -14-97 | A A A A | 04-15-97 | X X X X |
| -16-97 | A A A A | 04-17-97 | A A A A |
| -18-97 | X X X X | 04-21-97 | U |
| -22-97 | U U X | 04-23-97 | X |

U = UN Excused Tardy  – 15

T = Excused Tardy  – 2

A = Activities

X = Unexplained Absence

FPD-AZ-03057-0107

**EX 12 - 109**

FPD-AZ-03057-0108

RED MESA HIGH SCHOOL

MITCHELL, Lezmond           ID# :     519241    Grade : 10
Birthdate :        -19   Sex    M    Race    I
Mitchell, George                Home Phone :
P. O. Box 67                    Emg. Phone :
Lukachukai, AZ 86507              Locker# :

| 1 | FALL    | MEDIA         | LESHER            | C8  |
| 1 | SPRING  | U.S.STUDIES   | TWEEDIE           | B1  |
| 2 | FALL    | ADVANCED P.E. | ONEAL.G           | GYM |
| 2 | FALL    | READING       | STANFORD          | B8  |
| 2 | SPRING  | NATIVE AM LIT | HART              | B4  |
| 3 | ALLYEAR | AgSCIENCE     | DEUTSCHLE/FINLEY  | C1  |
| 4 | FALL    | GRAPHIC ARTS  | LESHER            | C7  |
| 4 | SPRING  | GRAPHIC ARTS  | CAMPBELL          | C7  |

**EX 12 - 110**

RED MESA UNIFIED SCHOOL DISTRICT NO. 27

(X)Red Mesa High School
HCR 6100 Box 40
TeecNosPos, Arizona    86514

( )Red Mesa Elem./Junior High
HCR 6100 Box 40
TeecNosPos, Arizona    86514

( )Round Rock Elem. School
P. O. Box 'CC'
Round Rock, Arizona    86547

## ENROLLMENT FORM

Teacher: _____

**STUDENT INFORMATION**

Name: _Lezmond C. Mitchell_____ Census No.: _519 - 241_ Grade: _10___

Date of Birth: _____ _1981_____ Sex: F: ____ M: _X__ Date Enrolled: _____

Birth Place: _Ft Defiance, AZ. PHS_____ Date Entered: _____

Mailing Address: _Box 67  LuKachuKai, AZ. 86507_____

Correct Home Location: _7 miles east of Round Rock T.P. One mile south of Highway_

Degree Indian Blood: _____ Agency: _____ Social Security No.: ____ _-3972___

Father's Name: _none_____ Census No.: _____ Tribe: _____

Mother's Name: _Sherry L. Mitchell____ Census No.: _____ Tribe: _Navajo/white Cherokee_

Guardian's Name: _George  Mitchell_____ Census No: _68743__ Tribe: _Navajo___

Father's Employer: ___0_____ Phone Number: _____

Mother's Employer: _Education - Unknown___. Phone Number: _____

Guardian's Employer: _none__. Phone Number: _____

**LANGUAGE**

Circle one of the following:  Indian (Tribe Affiliation: _Navajo___) White    Black    Hispanic    Asian

1. What language was first spoken by this child? _English___

2. What language does this child speak at home? _English___

3. What language does the family speak most often at home? _English___

4. What language does this child speak with friends? _English___

**SPECIAL NEEDS**

Does your child require or has he/she ever received help for:    Speech Therapy _0___

Learning Disabilities _0___    EMH _0___    Physical Handicap _0___

Emotional Handicap _0___    Gifted _0___    Other _0___

**AFFIDAVIT**

I certify that the above information is accurate and complete to the best of my knowledge.

x _George  Mitchell_____    _Aug. 18, 1997___
(Signature of Parent/Guardian)    (Date)

**AUTHORIZATION**

I HEREBY AUTHORIZE THE RELEASE OF ACADEMIC, HEALTH AND PSYCHOLOGICAL RECORDS FOR STUDENT NAMED ABOVE:

From: _____
(Name of Previous School and  Complete Mailing Address)

Date(s) Attended: _____

_____    _____
(Signature of Parent/Guardian)    (Date)    (Signature of School Official)    (Date)

WHITE — CUM    CANARY — FP    PINK — Attendance

FPD-AZ-03057-0109

**EX 12 - 111**

RED MESA UNIFIED SCHOOL DISTRICT # 27
STUDENT HEALTH SERVICES PERMIT

Student Name : _Lezmond C. Mitchell_  Sex: (Male) Female  Grade : _10_
Social Security # : _1-3972_  Census # : _519-241_  Date of Birth: _-81_
Mailing Address : _Box 67_  Home location :_7 mi east of Round Rock T.P._
_Lukachukai, AZ_  _1 mi south of Highway._
_86507_  , Child's Place of Birth : _____

CIRCLE BELOW THE HOSPITAL YOU TAKE YOUR CHILD TO FOR THEIR HEALTH CARE
Shiprock  Kayenta  (Chinle) (Tsaile)  Dennehotso  Monument Valley  Teec Nos Pos
Tuba City  Gallup  Other (please specify) : _____
HOSPITAL RECORD # ·
Mother's Maiden Name : _Sherry L. Mitchell_  Deceased : Yes[  ]  No [✓]
Tribe : _Navajo_  Place of Birth : _Ft Defiance PH_ Home Phone : _0_
Employer : _none_  Business Phone : _0_
Employer Mailing Address : _0_
Fathers Name : _Unknown_  Deceased : Yes [  ]  No [✓]
Tribe : _0_  Place of Birth : _0_  Home Phone : _0_
Employer : _0_  Business Phone : _0_
Employer Mailing Address : _0_
ADDITIONAL INFORMATION  ( if not living with parents )
Guardian's Name : _George Mitchell_  Home Phone : _0_
Guardian's Mailing Address : _Box 67 Lukachukai AZ. 86507_
Employer : _0_  Business : _0_
Employer 's Mailing Address : _0_
Give names of two people that can be contacted in your absence in case of illness or an emergency.
Name : _Mike Mitchell_  Name : _0_
Home Location : _Same as above_  Home Location : _____
Home Phone : _0_  Home Phone : _____

Please Initial the following statements and check the yes or no box so that your child may receive
services from the Health Services Department.
I give permission for my child to participate in the Fluoride Rinse and Sealant
program provided by the State Office of Dental Health. Sealants are applied
to teeth of students who are in 1st , 2nd, 6th and 7th grades only.  Yes [  ] No [  ] ____
I give permission for my child to receive Tylenol for minor aches,pains,and headaches
during school hours .  Yes [X] No [  ] ____
I give permission for my child to be seen by Physicians from Teen Life Center
during School Based Health Clinics .  Yes [X] No[  ] ____
I give permission for my child to receive curriculum on stages of growth and
development .  Yes [X] No [  ] ____
I give permission for my child to receive AIDS curriculum.  Yes [X] No [  ] ____
I give permission to Health Services personnel to obtain immunization information
from the clinic or Hospital which my child receives services. .  Yes [X] No [  ] ____
I give permission for my child to participate in Interscholastic Athletics  Yes [X] No [  ] ____

History of Illnesses listed below  please circle if your child has any of the following health problems:
Asthma  Rheumatic fever  Heart Disease  Diabetes  Tuberculosis  Scoliosis  Hearing problems
(Vision problems) Cerbral Palsey  Hepatitis  Other {please specify} _____
Alergies {specify} _____

I understand that if this permit is not signed and returned, my child will not receive transportation to any
health care clinic except in extreme emergencies. I understand that I will not be notified prior to of the
students attendance at the clinic and that the school is not responsible for the type of care given or the
decisions made by clinic personnel. I have read, had a chance to ask questions ,and understand the services
offered by the Red Mesa Health Services department.

_George Mitchell_  _Aug. 18, 1997_
(Parent / Guardian Signature)  ( Date)

FPD-AZ-03057-0110

EX 12 - 112

RED MESA HIGH SCHOOL

09-23-1997    Total Student Absence Report

From Date: 08/20/97

ID#:  519241 MITCHELL, Lezmond C.

Grade: 10    Page:  1

| Date | Periods 1 2 3 4 | Date | Periods 1 2 3 4 |
|------|-----------------|------|-----------------|
| 08/20/97 | * * * * | 08-29-97 | A A |
| 09-12-97 | A A | 09-17-97 | X |
| 09-18-97 | X T | 09-22-97 | X X X X |

| Period | Total | T | U | X | Z | M | O | 1 | I | 2 | 3 | 4 | N | A | D | C | B | P | S | H |
|--------|-------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | 2 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |

T - TARDY-EXC.                U - TARDY-UNEX.              X - ABSENT TODAY
Z - STUDENT CHECKED OUT       M - MEDICAL/DENTAL/HOSP.     O - OFFICE/COUNS/PRINCIP
1 - ILLNESS-EXC.              I - ILLNESS-UNEX.            2 - ADVERSE WEATHER
3 - REFUSAL TO ATTEND-UN      4 - OTHER REASONS-EXC.       N - OTHER REASONS-UNEXC.
A - ACTIVITY                  D - DITCHING                 C - CEREMONY
B - BEREAVEMENT               P - IN-HOUSE SUSPENSION      S - HOME SUSPENSION
H - HOMEBOUND

FPD-AZ-03057-0111

EX 12 - 113

RED MESA HIGH SCHOOL

-13-1997    Total Student Absence Report          From Date: 08/26/96

#:    519243 MITCHELL, LEZMOND          Grade: 9     Page: 1

| ate | Periods 1 2 3 4 | Date | Periods 1 2 3 4 |
|---|---|---|---|
| 1/26/96 | * * * * | 09-11-96 | * |
| )-25-96 | U | 09-30-96 | U |
| )-03-96 | 2 2 2 2 | 10-09-96 | A A |
| )-11-96 | A A | 10-14-96 | U |
| )-15-96 | N N N N | 10-23-96 | A |
| )-28-96 | 1 1 1 1 | 10-29-96 | 1 1 1 1 |
| )-30-96 | U | 12-04-96 | N N U |
| 2-06-96 | A A A A | 12-09-96 | 1 1 1 1 |
| 1-06-97 | N N N N | 01-13-97 | 2 2 2 2 |
| 1-17-97 | C C C C | 01-24-97 | U |
| 1-27-97 | U | 01-30-97 | A A A A |
| 1-31-97 | A A A A | 02-05-97 | U T |
| 2-19-97 | C | 02-20-97 | U |
| 2-21-97 | U | 02-24-97 | U |
| 2-25-97 | I I I I | 02-26-97 | U |
| 2-27-97 | T | 03-04-97 | U |
| 3-12-97 | U A A | 03-13-97 | A A A A |
| 3-14-97 | A A A A | 03-18-97 | T |
| 3-21-97 | I I I I | 03-31-97 | U |
| 4-01-97 | U | 04-07-97 | U U |
| 4-08-97 | U | 04-10-97 | U A |
| 4-11-97 | I I I I | 04-14-97 | A A A A |
| 4-15-97 | N N N N | 04-16-97 | A A A A |
| 4-17-97 | A A A A | 04-18-97 | N N N N |
| 4-21-97 | U | 04-22-97 | U U D |
| 4-23-97 | U | 04-25-97 | U |
| 04-28-97 | U | 04-29-97 | N N N N |
| 05-01-97 | N N N N | 05-07-97 | N N N N |
| 05-09-97 | N N N N | 05-12-97 | U I I I |
| 05-13-97 | I I I I | | |

FPD-AZ-03057-0112

RED MESA HIGH SCHOOL

-13-1997    Total Student Absence Report          From Date: 01-23-97

#:    519241 MITCHELL, LEZMOND          Grade: 9    Page: 1

| .te | Periods 1 2 3 4 | Date | Periods 1 2 3 4 |
|-----|-----------------|------|-----------------|
| .-24-97 | U | 01-27-97 | U |
| .-30-97 | A A A A | 01-31-97 | A A A A |
| 2-05-97 | U  T | 02-19-97 | U |
| 2-20-97 | U | 02-21-97 | U |
| 2-24-97 | U | 02-25-97 | I I I I |
| 2-26-97 | U | 02-27-97 | T |
| 3-04-97 | U | 03-12-97 | U A A |
| 3-13-97 | A A A A | 03-14-97 | A A A A |
| 3-18-97 | T | 03-21-97 | I I I I |
| 3-31-97 | U | 04-01-97 | U |
| 4-07-97 | U  U | 04-08-97 | U |
| 4-10-97 | U  A | 04-11-97 | I I I I |
| 4-14-97 | A A A A | 04-15-97 | N N N N |
| 4-16-97 | A A A A | 04-17-97 | A A A A |
| 4-18-97 | N N N N | 04-21-97 | U |
| 4-22-97 | U U D | 04-23-97 | U |
| 4-25-97 | U | 04-28-97 | D |
| 4-29-97 | N N N N | 05-01-97 | N N N N |
| 5-07-97 | N N N N | 05-09-97 | M N M N |
| 5-12-97 | U I I I | 05-13-97 | I I I I |

| eriod | Total | T | U | X | £ | M | O | 1 | F | 2 | 3 | 4 | N | A | D | C | R | I | S | H |
|-------|-------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8 | 1 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 7 | 0 | 0 | 0 | 4 | 0 | 0 |
| 2 | 12 | 1 | 6 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 5 | 7 | 0 | 0 | 0 | 5 | 0 | 0 |
| 3 | 10 | 1 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 5 | 8 | 0 | 0 | 0 | 5 | 0 | 0 |
| 4 | 17 | 0 | 10 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 5 | 9 | 1 | 0 | 0 | 5 | 0 | 0 |

| Code | | Code | | Code | |
|------|--|------|--|------|--|
| ! - TARDY-EXC. | | U - TARDY-UNEX. | | X - ABSENT TODAY | |
| : - STUDENT CHECKED OUT | | M - MEDICAL/DENTAL/HOSP. | | O - OFFICE/COUNS/PRINCIP | |
| - ILLNESS-EXC. | | F - ILLNESS-UNEX. | | 2 - ADVERSE WEATHER | |
| . - REFUSAL TO ATTEND-UN | | 4 - OTHER REASONS-EXC. | | N - OTHER REASONS-UNEXC. | |
| : - ACTIVITY | | D - DITCHING | | C - CEREMONY | |
| : - BEREAVEMENT | | I - IN-HOUSE SUSPENSION | | S - HOME SUSPENSION | |
| ! - HOMEBOUND | | | | | |

FPD-AZ-03057-0113

FPD-AZ-03057-0114

```
T - TARDY-EXC.            U - TARDY-UNEX.             X - ABSENT TODAY
Z - STUDENT CHECKED OUT   M - MEDICAL/DENTAL/HOSP.    O - OFFICE/COUNS/PRINCIP
1 - ILLNESS-EXC.          I - ILLNESS-UNEX.           2 - ADVERSE WEATHER
3 - REFUSAL TO ATTEND-UN  4 - OTHER REASONS-EXC.      N - OTHER REASONS-UNEXC.
A - ACTIVITY              D - DITCHING               C - CEREMONY
B - BEREAVEMENT           P - IN-HOUSE SUSPENSION     S - HOME SUSPENSION
H - HOMEBOUND
```

EX 12 - 116

FPD-AZ-03057-0115

07-17-1998      Total Student Absence Report                    From Date: 08/20/97

ID#:    519241 MITCHELL, Lezmond C.                Grade: 10    Page:  1

| Date | Periods 1 2 3 4 | Date | Periods 1 2 3 4 |
|------|-----------------|------|-----------------|
| 08/20/97 | * * * * | 08-29-97 | A A |
| 09-12-97 | A A | 09-18-97 | U T |
| 09-22-97 | M M M M | 09-23-97 | T |
| 09-30-97 | U | 10-08-97 | X |
| 10-09-97 | X | 10-13-97 | X |
| 10-14-97 | X | 10-15-97 | O X |
| 10-16-97 | U U | 10-20-97 | U |
| 10-21-97 | U | 10-22-97 | U U |
| 10-23-97 | U | 10-28-97 | 4 O |
| 12-02-97 | T | 12-11-97 | U |
| 12-16-97 | U | 12-17-97 | U |
| 12-18-97 | U U | 12-19-97 | U |
| 01-14-98 | U | 02-10-98 | X |
| 02-12-98 | S S S S | 02-17-98 | S S S S |
| 02-18-98 | S S S S | 02-19-98 | U |
| 02-20-98 | O T X | 02-24-98 | M M M M |
| 02-25-98 | T U | 02-26-98 | T |
| 03-03-98 | O | 03-06-98 | S S S S |
| 03-09-98 | S S S S | 03-10-98 | S S S S |
| 03-11-98 | N O | 03-12-98 | O |
| 03-17-98 | 4 4 4 4 | 03-18-98 | 4 4 4 4 |
| 03-19-98 | 4 4 4 4 | 03-20-98 | 4 4 4 4 |
| 03-30-98 | 4 4 4 4 | 03-31-98 | T |
| 04-02-98 | T | 04-14-98 | 1 1 1 1 |
| 04-15-98 | M M M M | 04-16-98 | U |
| 04-21-98 | U | 04-23-98 | U |
| 04-30-98 | X | 05-01-98 | T |
| 05-04-98 | T | 05-05-98 | T |
| 05-06-98 | T | 05-12-98 | X X X |
| 05-14-98 | U X | 05-19-98 | M M M M |
| 05-20-98 | T P | 05-21-98 | Z |
| 05-22-98 | X | 05-26-98 | X |
| 05-27-98 | X | 05-28-98 | N N N N |

| Period | Total | T | U | X | Z | M | O | 1 | I | 2 | 3 | 4 | N | A | D | C | B | P | S | H |
|--------|-------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 26 | 9 | 7 | 0 | 0 | 4 | 1 | 1 | 0 | 0 | 0 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 6 | 0 |
| | 21 | 1 | 2 | 2 | 0 | 4 | 4 | 1 | 0 | 0 | 0 | 5 | 1 | 0 | 0 | 0 | 0 | 1 | 6 | 0 |

**EX 12 - 117**

Starting Date : 08/20/97          Ending Date : 05-28-98          Page : 43

| Date | Periods 1 2 3 4 | Date | Periods 1 2 3 4 |
|------|------|------|------|
| 10      519241   MITCHELL, Lezmond C. | | | |
| 09-18-97 |    U T | 09-22-97 | M M M M |
| 09-23-97 | T | 09-30-97 |   U |
| 10-08-97 |    X | 10-09-97 |    X |
| 10-13-97 |    X | 10-14-97 |    X |
| 10-15-97 |    X | 10-16-97 |  U U |
| 10-20-97 |    U | 10-21-97 |    U |
| 10-22-97 | U  U | 10-23-97 |   T |
| 10-28-97 | 4 | 12-02-97 | |
| 12-11-97 |    U | 12-16-97 | U U U |
| 12-17-97 |  U | 12-18-97 | U U |
| 12-19-97 |    U | 01-14-98 |    U |
| 02-10-98 |    X | 02-12-98 | S S S S |
| 02-17-98 | S S S S | 02-18-98 | S S S S |
| 02-19-98 |   U | 02-20-98 |   T X |
| 02-24-98 | M M M M | 02-25-98 | T U |
| 02-26-98 | T | 03-06-98 | S S S S |
| 03-09-98 | S S S S | 03-10-98 | S S S S |
| 03-11-98 | N | 03-17-98 | 4 4 4 4 |
| 03-18-98 | 4 4 4 4 | 03-19-98 | 4 4 4 4 |
| 03-20-98 | 4 4 4 4 | 03-30-98 | 4 4 4 4 |
| 03-31-98 | T | 04-02-98 | T |
| 04-14-98 | 1 1 1 1 | 04-15-98 | M M M M |
| 04-16-98 | U | 04-21-98 | U |
| 04-23-98 | U | 04-30-98 |    X |
| 05-01-98 |   T | 05-04-98 | T |
| 05-05-98 | T | 05-06-98 | T |
| 05-12-98 |  X X X | 05-14-98 | U X |
| 05-19-98 | M M M M | 05-20-98 | T |
| 05-21-98 |    Z | 05-22-98 |  X |
| 05-26-98 |   X | 05-27-98 |    X |
| 05-28-98 | N N N N | | |

| Per | Totals | T | U | X | Z | M | 1 | I | 2 | 3 | 4 | N | C | B | S |
|-----|--------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 26 | 9 | 7 | 0 | 0 | 4 | 1 | 0 | 0 | 0 | 6 | 2 | 0 | 0 | 6 |
| 2 | 21 | 1 | 2 | 2 | 0 | 4 | 1 | 0 | 0 | 0 | 5 | 1 | 0 | 0 | 6 |
| 3 | 27 | 1 | 6 | 4 | 0 | 4 | 1 | 0 | 0 | 0 | 5 | 1 | 0 | 0 | 6 |
| 4 | 34 | 2 | 7 | 9 | 1 | 4 | 1 | 0 | 0 | 0 | 5 | 1 | 0 | 0 | 6 |

FPD-AZ-03057-0116

FPD-AZ-03057-0117

07-17-1998

DISCIPLINE INFRACTIONS

E

Name :  MITCHELL, Lezmond C.                    ID #:    519241    Grade: 10

| Num | Date | Teacher | Problem | Action | Action Date | Return Date | Weapon |
|---|---|---|---|---|---|---|---|
| 1 | 05-13-98 | Finley | language | Detention | 05-13-98 | 05-14-98 | n/a |
| 2 | 05-14-98 | Coy(Hart) | exc-tlkng | cnsl/dt | 05-14-98 | 05-15-98 | n/a |

 **STANFORD**

### TEST OF ACADEMIC SKILLS, FOURTH EDITION
### SELECT

| PUPIL HOME REPORT |
| FOR |
| LEZMOND C MITCHELL |
| Age: 17 Yrs  06 Mos |

TEACHER:  S COY
SCHOOL:   RED MESA HS - 010227004
DISTRICT: RED MESA USD - 010227
TEST TYPE: MULTIPLE CHOICE

GRADE:     10
TEST DATE: 04/98

| SUBTESTS AND TOTALS | No. of Items | Raw Score | National PR-S | National NCE | Grade Equiv | | | NATIONAL GRADE PERCENTILE BANDS |
|---|---|---|---|---|---|---|---|---|
| Total Reading | 84 | 61 | 50-5 | 50.0 | 11.3 | | | |
| Vocabulary | 30 | 21 | 50-5 | 50.0 | 10.8 | | | |
| Reading Comp. | 54 | 40 | 51-5 | 50.5 | 11.3 | | | |
| Mathematics | 48 | 16 | 26-4 | 36.5 | 8.7 | | | |
| Language | 54 | 30 | 29-4 | 38.3 | 8.1 | | | |
| Prewriting | 15 | 7 | 17-3 | 29.9 | 5.5 | | | |
| Composing | 15 | 10 | 42-5 | 45.7 | 10.0 | | | |
| Editing | 24 | 13 | 34-4 | 41.3 | 8.4 | | | |
| Basic Battery | 186 | 107 | 38-4 | 43.8 | 9.8 | | | |

NATIONAL GRADE PERCENTILE BANDS: 1    10    30  50    70    90    99

Recently this student took the *Stanford Test of Academic Skills*. This brief description of the scores presented above tells how the student did on the test, compared to the 1995 performance of students in the same grade from across the country. The Battery score is a global indication of how well the student performed on the test. The score for this student is in the low middle range for the grade, which means that performance on all subtests combined was somewhat below average.

In reading, the score is in the average range for the grade. Continued opportunities to read a variety of materials should be helpful.

The score on the Mathematics subtest is just below average for the grade. It appears that additional practice using fundamental concepts and procedures to solve problems could be helpful to future learning in mathematics.

Performance on the Language test was somewhat below average for the grade. Examination of the Prewriting, Composing, and Editing scores for this test can be helpful in guiding the student in the writing process.

It is important to keep in mind that test scores give only one picture of how a student is doing in school and that many things can affect a student's test scores. Therefore, it is important to consider other kinds of information as well. The school has more detailed information about how the student is doing.

STANFORD LEVEL/FORM: TASK 2/TA
1995 NORMS: Spring        National

Copy 01
Process No. 19883153-1382158-2036-00811-1
Rev. A based on normative data copyright © 1996 by Harcourt Brace & Company. All rights reserved

FPD-AZ-03057-0118

**EX 12 - 120**



**TEST OF ACADEMIC SKILLS, FOURTH EDITION**
SELECT

TEACHER: S COY
SCHOOL: RED MESA HS - 010227004
DISTRICT: RED MESA USD - 010227
TEST TYPE: MULTIPLE CHOICE

GRADE: 10
TEST DATE: 04/98

**STUDENT REPORT**
**FOR**
**LEZMOND C MITCHELL**
Age: 17 Yrs 06 Mos

| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE | Grade Equiv |
|---|---|---|---|---|---|---|
| Total Reading | 84 | 61 | 709 | 50-5 | 50.0 | 11.3 |
| Vocabulary | 30 | 21 | 715 | 50-5 | 50.0 | 10.8 |
| Reading Comp. | 54 | 40 | 705 | 51-5 | 50.5 | 11.3 |
| Mathematics | 48 | 16 | 678 | 26-4 | 36.5 | 8.7 |
| Language | 54 | 30 | 642 | 29-4 | 38.3 | 8.1 |
| Prewriting | 15 | 7 | 617 | 17-3 | 29.9 | 5.5 |
| Composing | 15 | 10 | 658 | 42-5 | 45.7 | 10.0 |
| Editing | 24 | 13 | 649 | 34-4 | 41.3 | 8.4 |
| Basic Battery | 186 | 107 | NA | 38-4 | 43.8 | 9.8 |

NATIONAL GRADE PERCENTILE BANDS

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| Reading Vocabulary | 21/ 30/ 30 | | ✓ | |
| Synonyms | 9/ 16/ 16 | | ✓ | |
| Context | 5/ 7/ 7 | | ✓ | |
| Multiple Meanings | 7/ 7/ 7 | | | ✓ |
| Reading Comprehension | 40/ 54/ 54 | | ✓ | |
| Recreational | 13/ 18/ 18 | | ✓ | |
| Textual | 13/ 18/ 18 | | ✓ | |
| Functional | 14/ 18/ 18 | | ✓ | |
| Initial Understanding | 10/ 10/ 10 | | | ✓ |
| Interpretation | 19/ 24/ 24 | | ✓ | |
| Critical Analysis | 7/ 10/ 10 | | ✓ | |
| Process Strategies | 4/ 10/ 10 | ✓ | | |
| Mathematics | 16/ 48/ 48 | | ✓ | |
| Problem-Solving Strategies | 4/ 6/ 6 | | | ✓ |
| Algebra | 0/ 6/ 6 | ✓ | | |
| Statistics | 2/ 6/ 6 | | ✓ | |
| Probability | 2/ 5/ 5 | | ✓ | |
| Functions | 1/ 5/ 5 | ✓ | | |
| Geometry from a Synthetic Perspective | 1/ 6/ 6 | ✓ | | |
| Geometry from an Algebraic Perspective | 2/ 5/ 5 | | ✓ | |
| Trigonometry | 2/ 3/ 3 | | ✓ | |
| Discrete Mathematics | 1/ 3/ 3 | | ✓ | |
| Conceptual Underpinnings of Calculus | 1/ 3/ 3 | | ✓ | |
| Language | 30/ 54/ 54 | | ✓ | |
| Prewriting | 7/ 15/ 15 | ✓ | | |
| Composing | 10/ 15/ 15 | | ✓ | |
| Editing | 13/ 24/ 24 | | ✓ | |
| Mechanics/Usage | 12/ 15/ 15 | | ✓ | |
| Spelling | 1/ 9/ 9 | ✓ | | |

STANFORD LEVEL/FORM: TASK 2/TA
1995 NORMS: Spring    National

Copy 01
Process No. 19883153-1382158-2036-00747-1

Scores based on normative data copyright © 1996 by Harcourt Brace & Company. All rights reserved.

FPD-AZ-03057-0119

EX 12 - 121

| CTBS/4 FORM/LEVEL A-12 GRADE 2.6 DATE 3/90 | SCORES | READING | | | LANGUAGE | | | MATHEMATICS | | | TOTL BATT | WORD ANLY | SPEL | | | SOC STD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | VOC | COMP | TOTL | MECH | EXPR | TOTL | COMP | C&A | TOTL | | | | | | |
| | NP | 23 | 51 | 38 | 11 | 50 | 35 | 78 | * 1 | 3 | 17 | 14 | 44 | | | 39 |
| | NCE | 35 | 51 | 43 | 24 | 54 | 42 | 66 | 1 | 11 | 30 | 27 | 47 | | | 44 |
| | SS | 595 | 651 | 623 | 604 | 677 | 641 | 615 | 356 | 486 | 583 | 558 | 599 | | | 630 |
| | LP | 58 | 83 | 73 | 29 | 83 | 72 | 80 | 1 | 4 | 47 | 45 | 75 | | | 72 |
| | LS | 5 | 7 | 6 | 4 | 7 | 6 | 7 | 1 | 1 | 5 | 5 | 6 | | | 6 |

E:
AR:
19

DE:
AR:
·19

DE:
AR:
·19

DE:
AR:
·19

DE:
AR:
·19

DE:
AR:
·19

DE:
AR:
·19

DE:
AR:
·19

FPD-AZ-03057-0120

EX 12 - 122

ORT CARD

## RED MESA HIGH SCHOOL
HCR 6100 BOX 40
TEECNOSPOS, AZ 86514

D ENDING 20 | 95



TO THE PARENT OR GUARDIAN OF:
MITCHELL, Lezmond C.
P. O. Box 67
Lukachukai, AZ 86507

Student ID No.:   519241          GRADE___10___

| SUBJECT | 1ST 9 WKS | 2ND 9 WKS | | SEM. GRADE | UNITS | 3RD 9 WKS | 4TH 9 WKS | | SEM. GRADE | UNITS | ABSENCES NINE WKS/SEM. | TARDIES NINE WEEKS | COMMENTS: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IA | A | A | | A | 0.00 | | | | | | 1/1 | 0 | |
| ANCED P.E. | A | A | | | 0.50 | | | | | | 0/0 | 0 | |
| IENCE | C | B | | | 0.50 | | | | | | 0/0 | 1 | |
| ENDED DAY R | | B | | | 0.00 | | | | | | 0/8 | 0 | |
| PHIC ARTS | | | | | 0.00 | | | | | | 0/0 | 0 | |

Teacher :
Room No.:

Period GPA : 3.5000
Overall GPA: 3.0000

#209

EPORT CARD

## RED MESA HIGH SCHOOL
HCR 6100 BOX 40
TEECNOSPOS, AZ 86514

RIOD ENDING D | 24 | 97



TO THE PARENT OR GUARDIAN OF:
MITCHELL, Lezmond C.
P. O. Box 67
Lukachukai, AZ 86507

Student ID No.:   519241          GRADE___10___

| SUBJECT | 1ST 9 WKS | 2ND 9 WKS | | SEM. GRADE | UNITS | 3RD 9 WKS | 4TH 9 WKS | | SEM. GRADE | UNITS | ABSENCES NINE WKS/SEM. | TARDIES NINE WEEKS | COMMENTS: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIA | A | | | | 0.00 | | | | | | 0/0 | 1 | |
| VANCED P.E. | A | | | | 0.00 | | | | | | 0/0 | 0 | |
| SCIENCE | C | | | | 0.25 | | | | | | 0/0 | 0 | |
| TOMOTIVE | C | | | | 0.00 | | | | | | 8/8 | 1 | |
| TENDED DAY R | NG | | | | 0.00 | | | | | | 8/8 | 1 | |

Teacher :
Room No.:

Period GPA : 2.4000
Overall GPA: 2.0000

FPD-AZ-03057-0121

**EX 12 - 123**

RED MESA HIGH SCHOOL
HCR 6100 BOX 40, TeecNosPos, AZ 86514 520-656-3574
STUDENT REPORT CARD 1996-1997

/10/1997   MITCHELL, LEZMOND
           P.O. BOX 67                         Grade : 9
           LUKACHUKAI, AZ 86507                ID # : 519241

ademic Credit ................: 6.00
n-Academic Credits ...........: 0.00
r. Qtr GPA ...................: 2.2500

| bject | Teacher | Room | 1st | 2nd | Sem | Cr | 3rd | 4th | Sem | Cr | Abs | Td |
|-------|---------|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| RTH SCIENCE | S-BELL | C2 | B | C | B- | 1.00 | | | | | | |
| DIA COMMUNICATI | V-JLESHER | C8 | | | | | A+ | | | 0.50 | 0/0 | 0 |
| T I | V-JLESHER | C7 | B | A | | 1.00 | | | | | | |
| GLISH I-A | E-CLARK | B5 | | | | | D- | | | 0.50 | 0/0 | 0 |
| DTECH | V-DENNISON | D2 | B | C+ | B- | 1.00 | | | | | | |
| ALTH | P-O'NEAL | HEAL | | | | | B | | | 0.50 | 0/0 | 0 |
| TEGRATED MATH I | M-KBEGAY | B11 | C | D | D | 1.00 | | | | | | |
| CH LAB I | V-BEGAY | TLAB | | | | | D | | | 0.50 | 0/0 | 0 |



# RED MESA HIGH SCHOOL
### HCR 6100 BOX 40 • TEEC NOS POS, AZ 86514 • (520) 656-3574
## STUDENT REPORT CARD 1996-1997

10/29/1996   MITCHELL, LEZMOND
             P.O. BOX 67                       Grade : 9
             LUKACHUKAI, AZ 86507              ID # : 519241

Academic Credit .........
Non-Academic Credits ....
Cur. Qtr GPA ...........

| ubject | Teacher | Room | 1st | 2nd | Sem | Cr | 3rd | 4th | Sem | Cr | Abs | Td |
|--------|---------|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| ARTH SCIENCE | S-BELL | C2 | B | | | 0.50 | | | | | 3/3 | 0 |
| RT I | V-JLESHER | C7 | B | | | 0.50 | | | | | 3/3 | 1 |
| NDTECH | V-DENNISON | D2 | B | | | 0.50 | | | | | 3/3 | 0 |
| NTEGRATED MATH I | M-KBEGAY | B11 | C | | | 0.50 | | | | | 3/3 | 0 |

FPD-AZ-03057-0122

EX 12 - 124

**'ORT CARD**

**RED MESA HIGH SCHOOL**
HCR 6100 BOX 40
TEECNOSPOS, AZ 86514

TO THE PARENT OR GUARDIAN OF:
MITCHELL, Lezmond C.
P. O. Box 67
Lukachukai, AZ 86507

**OD ENDING**

| 02 | 98 |

Student ID No.: 519241          GRADE 10

| SUBJECT | 1ST 9 WKS | 2ND 9 WKS | | SEM. GRADE | UNITS | 3RD 9 WKS | 4TH 9 WKS | | SEM. GRADE | UNITS | ABSENCES NINE WKS./SEM. | TARDIES NINE WEEKS | COMMENTS: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IA | A | A | | | 0.00 | | | | | | | | |
| TIVE AM LIT | | | | | | F | C | | | 0.00 | 15/25 | 1 | |
| ANCED P.E. | A | A | | A | 0.50 | | | | | | | | |
| DING | | B | | | 0.00 | | | | | | | | |
| CIENCE | C | B | | | 0.50 | D+ | C+ | | | 0.50 | 17/27 | 1 | |
| PHIC ARTS | | | | | 0.00 | | | | | | | | |
| PHIC ARTS | | | | | | B | C | | | 0.00 | 23/35 | 2 | |

SEE BACK FOR EXPLANATION OF LEVEL OF WORK

Teacher :
Room No.:

Period GPA : 2.0000
Overall GPA: 2.4000

#209

---

**EPORT CARD**

**RED MESA HIGH SCHOOL**
HCR 6100 BOX 40
TEECNOSPOS, AZ 86514

TO THE PARENT OR GUARDIAN OF:
MITCHELL, Lezmond C.
P. O. Box 67
Lukachukai, AZ 86507

**RIOD ENDING**

| 3 | 20 | 98 |

Student ID No.: 519241          GRADE 10

| SUBJECT | 1ST 9 WKS | 2ND 9 WKS | | SEM. GRADE | UNITS | 3RD 9 WKS | 4TH 9 WKS | | SEM. GRADE | UNITS | ABSENCES NINE WKS./SEM. | TARDIES NINE WEEKS | COMMENTS: |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIA | A | A | | | 0.00 | | | | | | | | |
| TIVE AM LIT | | | | | | F | | | | 0.00 | 10/10 | 1 | |
| VANCED P.E. | A | A | | A | 0.50 | | | | | | | | |
| SCIENCE | C | B | | | 0.50 | D- | | | | 0.25 | 10/10 | 0 | |
| TENDED DAY R | | B | | | 0.00 | | | | | | | | |
| APHIC ARTS | | | | | 0.00 | | | | | | | | |
| APHIC ARTS | | | | | | B | | | | 0.00 | 12/12 | 0 | |

SEE BACK FOR EXPLANATION OF LEVEL OF WORK

Teacher :
Room No.:

Period GPA : 2.0000
Overall GPA: 2.5000

#209

FPD-AZ-03057-0123

# RED MESA HIGH SCHOOL

June 15, 1998

Mr. George Mitchell
P.O. Box 67
Lukachukai, AZ 86507

Dear Mr. George Mitchell:

Your child/guardian, <u>Lezmond Mitchell</u>, did not return the following item(s)/library book(s), "<u>See No Evil; Blind dev ... & Pneumatics and Hydraudlic</u>". The cost of the item(s)/book(s) is <u>$14.95 + 24.95 = 39.90</u>. The school will not release any grades or transcript until the item/book is return or paid for. If you have any questions, contact the school at the telephone number listed or come by the office after July 20, 1998. Thank you.

Sincerely,

Lucille Nez
Secretary

HCR 6100 BOX 40 • TEEC NOS POS, ARIZONA • 86514
PHONE: (520) 656-3574 • FAX: (520) 656-3472

FPD-AZ-03057-0124

# RED MESA HIGH SCHOOL
HCR 6100 — BOX 40, TEEC NOS POS, AZ 86514

## STUDENT INFORMATION

| | |
|---|---|
| First Name | Lezmond |
| Middle Name | C. |
| Last Name | [MI]TCHELL |

Address: [P].O. Box 67  City: Lukachukai  State: AZ  Zip: 86507

Guardian: [G]eorge & Sherry L. Mitchell

School Attended: [L]MJH

[8]th   Sex: M

-81

## SCHOOL INFORMATION

School Name: **RED MESA HIGH SCHOOL**

School Address: HCR 6100 — BOX 40, TEEC NOS POS, AZ 86514

School Accredited By: ☒ State System  ☐ Reg. Accred. Assoc.

School Phone Number: (602) 656-3511

Public ☒  Non-Public ☐

Enrollment in Grades: 9 10 11 12

### CLASS RECORD
Include Subjects Failed or Repeated

| | SUBJECTS | 1ST SEM. | 2ND SEM. | CREDIT OR UNIT |
|---|---|---|---|---|
| | Earth Science | B | C | 1 |
| | Art I | B | A | 1 |
| | IndTech | B | C+ | 1 |
| 9 | Integrated Math I | C | D | 1 |
| | Media Communication | A+ | A | 1 |
| | English I-A | D- | D- | 1 |
| | Health | B | B | 1 |
| | Tech Lab I | D | D | 1 |
| | Media | A | A | 1 |
| | Advanced P.E. | A | A | 1 |
| | Ag Science | C | B | 1 |
| 10 | Extended Day Reading | | B | ½ |
| | Native American Literature | F | C | ½ |
| 7 | Ag science | D+ | C+ | 1 |
| -8 | Graphic Arts | B | C | 1 |
| | U.S. Studies | C | B | 1 |

FILE

RANK IN CLASS _____ BASED ON _____ SEMESTERS
☐ APPROX. _____ IN CLASS OF _____
GRADE POINT AVERAGE _____

### TRANSCRIPT REQUEST

| Date Sent | Destination |
|---|---|

### OUTSTANDING ACTIVITIES, HONORS, AWARDS

| DATE | NAME OF TEST | RAW OR STD. SCORE | %ILE SCORE | NORM GROUP |
|---|---|---|---|---|

SIGNATURE _____ DATE _____
POSITION _____

FPD-AZ-03057-0125

**EX 12 - 127**

FPD-AZ-03057-0126

MITCHELL, Lezmond



**Red Mesa High School**

School Identification

Lezmond Michell

97-98

# Official Notice of Pupil Withdrawal
### ARIZONA PUBLIC SCHOOLS

PUPIL'S NAME: _Mitchell, Lezmond_ 9-4-, 19 98

SEX: M ☑ F ☐ AGE: 16 GRADE LEVEL 11

ENTRY DATE: 8-17-98 WITHDRAWAL DATE: 9-3-98

REASON FOR WITHDRAWAL: TRANFERING

PARENT OR GUARDIAN APPROVAL _George Mitchell_

INFORMATION CERTIFIED CORRECT ACCORDING TO RECORDS.

School: RED MESA H.S. Dist. # 27

(Authorized Signature) _Jane H. Kesh_

Note: Parent or Guardian must sign this form attesting to the reason for withdrawal. Consultation with Parent or Guardian is mandatory. If Parent or Guardian is unable to sign, school official may, providing he indicates why Parent's or Guardian's signature is not obtainable.

ADE 41-123, REV 3/76

ISSUED BY SUPT. OF PUBLIC INSTRUCTION IN COMPLIANCE WITH TITLE 15, CH. 3, ARS. 15.307

**EX 12 - 128**

HOME OF THE REDSKINS

**RED MESA UNIFIED SCHOOL DISTRICT NO. 27**

HCR 6100 — BOX 40
TEEC NOS POS, ARIZONA 86514

HENRY E. SCHMITT, PH.D.
SUPERINTENDENT

(520) 656-3511
FAX: (520) 656-3510

STUDENT: _Leonard Mitchell_ GRADE: _11_ DATE: _9-4-98_

REASONS FOR WITHDRAWAL: _Transfer_

| Period Subject | Book Owed | Lost | Grade(s) | Teacher Signature |
|---|---|---|---|---|
| 1. English 10 | Ø | | | |
| 2. Spanish I | Book returned Spanish for Mastery 1 | | | VSagg |
| 3. World Hist. | Ø | | A | P. Brow |
| 4. Media 2 | | | | |
| 5. | | | | |

A.   Locker

B.   Nurse

C.   PE Supplies, Uniforms, Etc.

D.   Others-Federal Programs, Counselor

E.   Library Books-Librarian

Security - 1st 577 _Jerome_

_____

_____

_____

List below library fines or fees owed the school, and names of books lost and price of the book (cost to replace it).

Still got's two books out from the library

- "See No Evil"

- "Pneumatics + Hydraudlics"

RETURN TO OFFICE AFTER COMPLETION.

_____
Secretary

RED MESA ELEMENTARY SCHOOL   •   RED MESA HIGH SCHOOL   •   ROUND ROCK SCHOOL
GOVERNING BOARD
Johnny Descheny   •   James Tsosie
Harrison W. Begay   •   Martha Saggboy   •   Kado Holiday

FPD-AZ-03057-0127

EX 12 - 129

C

RED MESA UNIFIED SCHOOL DISTRICT NO. 27

( X )Red Mesa High School
HCR 6100 Box 40
TeecNosPos, Arizona   86514

( )Red Mesa Elem./Junior High
HCR 6100 Box 40
TeecNosPos, Arizona   86514

( )Round Rock Elem. School
P. O. Box 'CC'
Round Rock, Arizona 86547

ENROLLMENT FORM

Teacher: _____

**STUDENT INFORMATION**

Name: _Lezmond Mitchell_ Census No.: 519,241 Grade: 11

Date of Birth: _____ -81 Sex: F: ___ M: X Date Enrolled: 8-11-98

Birth Place: _Fort Difiance_ Date Entered: 9-17-81

Mailing Address: _Box 67 Lukachukai AZ. 86507_

Correct Home Location: _7 miles east of Round Rock Trading Post_

Degree Indian Blood: 1/4 Agency: _____ Social Security No.: 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

Father's Name: _____ 0 _____ Census No.: __ 0 __ Tribe: _ 0 _

Mother's Name: _Sherry L. Mitchell_ Census No.: 124,479 Tribe: _Navajo_

Guardian's Name: _George Mitchell_ Census No: 68,743 Tribe: _Navajo_

Father's Employer: _____ 0 _____ Phone Number: _ 0 _

Mother's Employer: _____ 0 _____ Phone Number: _ 0 _

Guardian's Employer: _____ 0 _____ Phone Number: _ 0 _

**LANGUAGE**

Circle one of the following: (Indian)(Tribe Affiliation: _Navajo_ ) White   Black   Hispanic   Asian

1. What language was first spoken by this child? _____

2. What language does this child speak at home? _English_

3. What language does the family speak most often at home? _English_

4. What language does this child speak with friends? _English_

**SPECIAL NEEDS**

Does your child require or has he/she ever received help for:    Speech Therapy _No_

Learning Disabilities _No_    EMH _No_    Physical Handicap _No_

Emotional Handicap _No_    Gifted _No_    Other _ 0 _

**AFFIDAVIT**

I certify that the above information is accurate and complete to the best of my knowledge.

_George Mitchell_                                    _Aug. 10, 1998_
(Signature of Parent/Guardian)                        (Date)

**AUTHORIZATION**

I HEREBY AUTHORIZE THE RELEASE OF ACADEMIC, HEALTH AND PSYCHOLOGICAL RECORDS FOR STUDENT NAMED ABOVE:

From: _____
(Name of Previous School and Complete Mailing Address)

Date(s) Attended: _____

_____    _____    _____    _____
(Signature of Parent/Guardian)    (Date)    (Signature of School Official)    (Date)

WHITE — CUM        CANARY — FP        PINK — Attendance

FPD-AZ-03057-0128

EX 12 - 130

9/4/98

To Whom it may concern:

I am Lezmond Charles Mitchell legal guardian (Parent). I have in the past had Bobbi + George C. Mitchell as the Lezmond's Legal Guardian, due to the fact that I was living in California. I am now revoking their right as legal guardians for my son Lezmond Charles Mitchell.

Thank you for your cooperation.

Shug Lane Mitchell

FPD-AZ-03057-0129

Jim,

In my grade book for last year are progress reports verifying his work. Progress reports were sent home by me through you. Anyway, you know where they are if you want them.

Sandra



SEP 1998
Received
Principal's Office
R.M.H.S.

FPD-AZ-03057-0130

*TEST OF ACADEMIC SKILLS, FOURTH EDITION*

| | STUDENT REPORT FOR |
|---|---|
| TEACHER: BIBBOY | LEZMOND C MITCHELL |
| SCHOOL: ROUGH ROCK | Age: 18 Yrs 06 Mos |
| DISTRICT: ROUGH ROCK COMM SCH | Student No: 6021039720 |
| TEST TYPE: MULTIPLE CHOICE | |

GRADE: 12
TEST DATE: 03/00



| SUBTESTS AND TOTALS | No. of Items | Raw Score | Scaled Score | National PR-S | National NCE | Grade Equiv |
|---|---|---|---|---|---|---|
| Total Reading | 84 | 61 | 722 | 61-6 | 55.9 | PHS |
| Vocabulary | 30 | 22 | 727 | 57-5 | 53.7 | PHS |
| Reading Comp. | 54 | 39 | 719 | 61-6 | 55.9 | PHS |
| Mathematics | 48 | 15 | 678 | 22-3 | 33.7 | 8.7 |
| Language | 54 | 31 | 643 | 27-4 | 37.1 | 8.2 |
| Prewriting | 15 | 13 | 692 | 64-6 | 57.5 | PHS |
| Composing | 15 | 7 | 629 | 19-3 | 31.5 | 6.4 |
| Editing | 24 | 11 | 630 | 17-3 | 29.9 | 6.3 |
| Science | 40 | 22 | 705 | 73-6 | 62.9 | PHS |
| Social Science | 40 | 19 | 672 | 66-6 | 58.7 | PHS |
| Using Information | 62 | 37 | 701 | 67-6 | 59.3 | PHS |
| Thinking Skills | 171 | 97 | 681 | 50-5 | 50.0 | 12.8 |
| Basic Battery | 186 | 107 | NA | 41-5 | 45.1 | 10.9 |
| Complete Battery | 266 | 148 | NA | 50-5 | 50.3 | PHS |

**NATIONAL GRADE PERCENTILE BANDS**

1   10   30   50   70   90   99

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| **Reading Vocabulary** | 22/ 30/ 30 | | ✓ | |
| Synonyms | 12/ 16/ 16 | | ✓ | |
| Context | 5/ 7/ 7 | ✓ | | |
| Multiple Meanings | 5/ 7/ 7 | | ✓ | |
| **Reading Comprehension** | 39/ 54/ 54 | | ✓ | |
| Recreational | 14/ 18/ 18 | | ✓ | |
| Textual | 10/ 18/ 18 | | ✓ | |
| Functional | 15/ 18/ 18 | | | ✓ |
| Initial Understanding | 7/ 10/ 10 | | ✓ | |
| Interpretation | 18/ 24/ 24 | | ✓ | |
| Critical Analysis | 6/ 10/ 10 | | ✓ | |
| Process Strategies | 8/ 10/ 10 | | | ✓ |
| **Mathematics** | 15/ 48/ 48 | ✓ | | |
| Problem-Solving Strategies | 4/ 6/ 6 | | | ✓ |
| Algebra | 2/ 6/ 6 | ✓ | | |
| Statistics | 4/ 6/ 6 | | ✓ | |
| Probability | 0/ 5/ 5 | ✓ | | |
| Functions | 1/ 5/ 5 | ✓ | | |
| Geometry from a Synthetic Perspective | 1/ 6/ 6 | ✓ | | |
| Geometry from an Algebraic Perspective | 2/ 5/ 5 | | ✓ | |
| Trigonometry | 0/ 3/ 3 | ✓ | | |
| Discrete Mathematics | 1/ 3/ 3 | | ✓ | |
| Conceptual Underpinnings of Calculus | 0/ 3/ 3 | ✓ | | |
| **Language** | 31/ 54/ 54 | | ✓ | |
| Prewriting | 13/ 15/ 15 | | ✓ | |
| Composing | 7/ 15/ 15 | ✓ | | |
| Editing | 11/ 24/ 24 | ✓ | | |
| Mechanics/Usage | 10/ 15/ 15 | | ✓ | |
| Spelling | 1/ 9/ 9 | ✓ | | |

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| **Science** | 22/ 40/ 40 | | ✓ | |
| Earth & Space Science | 10/ 13/ 13 | | | ✓ |
| Physical Science | 5/ 14/ 14 | | ✓ | |
| Life Science | 7/ 13/ 13 | | ✓ | |
| Science Process Skills | 17/ 32/ 32 | | ✓ | |
| **Social Science** | 19/ 40/ 35 | | ✓ | |
| History | 4/ 10/ 9 | | ✓ | |
| Geography | 5/ 9/ 7 | | ✓ | |
| Civics & Government | 5/ 8/ 7 | | | ✓ |
| Economics | 4/ 8/ 8 | | ✓ | |
| Culture | 1/ 5/ 4 | ✓ | | |
| **Using Information** | 37/ 62/ 59 | | ✓ | |
| **Thinking Skills** | 97/171/167 | | ✓ | |

STANFORD LEVEL/FORM: TASK 3/SA
1995 NORMS:  Spring    National

OTHER INFO: 00                    Copy 02
Process No. 10020618-0960654-4630-00792-2

Scores based on normative data copyright © 1996 by Harcourt Brace & Company. All rights reserved.

FPD-AZ-04059-0104

EX 13 - 133

*TEST OF ACADEMIC SKILLS, FOURTH EDITION*

| | | | STUDENT REPORT with |
| --- | --- | --- | --- |

**STUDENT REPORT with PERFORMANCE STANDARDS FOR LEZMOND C MITCHELL**

TEACHER: BIBBOY
SCHOOL: ROUGH ROCK
DISTRICT: ROUGH ROCK COMM SCH
TEST TYPE: MULTIPLE CHOICE

GRADE:    12
TEST DATE: 03/00

Age: 18 Yrs 06 Mos
Student No: 6021039720

| SUBTESTS AND TOTALS | No. of Items | Raw Score | PERFORMANCE STANDARD |
| --- | --- | --- | --- |
| Total Reading | 84 | 61 | LEVEL 2 |
| Vocabulary | 30 | 22 | LEVEL 2 |
| Reading Comp. | 54 | 39 | LEVEL 2 |
| Mathematics | 48 | 15 | LEVEL 1 |
| Language | 54 | 31 | LEVEL 1 |
| Prewriting | 15 | 13 | LEVEL 2 |
| Composing | 15 | 7 | LEVEL 1 |
| Editing | 24 | 11 | LEVEL 1 |
| Science | 40 | 22 | LEVEL 2 |
| Social Science | 40 | 19 | LEVEL 2 |

Performance Standards are content-referenced scores that reflect what students know and should be able to do in given subject areas. The Stanford Performance Standards were determined by expert panels of educators, who judged each test question on the basis of how students at different levels of achievement should perform. These expert judgments yielded four categories or levels of student performance.

Level 1 indicates little or no mastery of fundamental knowledge and skills.

Level 2 denotes partial mastery of the knowledge and skills that are fundamental for satisfactory work. At the high school level, this is higher than minimum competency skills.

Level 3 represents solid academic performance, indicating that students are prepared for the next grade. At the high school level, this indicates preparedness for democratic citizenship, responsible adulthood, and productive work.

Level 4 signifies superior performance beyond grade-level mastery. At the high school level, this shows readiness for rigorous college courses, advanced technical training, or employment requiring advanced academic achievement.

**N O T E S**

STANFORD LEVEL/FORM: TASK 3/SA
1995 NORMS: Spring    National

OTHER INFO: 00    Copy 02
Process No. 10020618-0960654-4630-00793-2

Scores based on normative data copyright © 1996 by Harcourt Brace & Company. All rights reserved.

FPD-AZ-04059-0105

EX 13 - 134

# STANFORD

**TEST OF ACADEMIC SKILLS, FOURTH EDITION**

TEACHER: BIGBOY
SCHOOL: ROUGH ROCK HIGH
DISTRICT: ROUGH ROCK
TEST TYPE: MULTIPLE CHOICE

GRADE: 12
TEST DATE: 10/99

**STUDENT REPORT
FOR
LEZMOND C MITCHELL**
Age: 19 Yrs 01 Mos

| SUBTESTS AND TOTALS | No. of Items | National PR-S | National NCE | Local PR-S | Local NCE | Grade Equiv |
|---|---|---|---|---|---|---|
| Total Reading | 84 | 58-5 | 54.3 | 99-9 | 99.0 | PHS |
| Vocabulary | 30 | 30-4 | 39.0 | 92-8 | 79.6 | 9.1 |
| Reading Comp. | 54 | 70-6 | 61.0 | 99-9 | 99.0 | PHS |
| Mathematics | 48 | 38-4 | 43.6 | 88-7 | 74.7 | 9.7 |
| Language | 54 | 28-4 | 37.7 | 91-8 | 78.2 | 8.2 |
| Prewriting | 15 | 57-5 | 53.7 | 97-9 | 89.6 | PHS |
| Composing | 15 | 27-4 | 37.1 | 75-6 | 64.2 | 8.1 |
| Editing | 24 | 18-3 | 30.7 | 58-5 | 54.3 | 6.3 |
| Science | 40 | 48-5 | 48.9 | 89-8 | 75.8 | 11.6 |
| Social Science | 40 | 42-5 | 45.7 | 88-7 | 74.7 | 10.4 |
| Using Information | 62 | 50-5 | 50.0 | 95-8 | 84.6 | 11.8 |
| Thinking Skills | 171 | 40-5 | 44.7 | 96-9 | 86.9 | 10.2 |
| Basic Battery | 186 | 41-5 | 45.3 | 94-8 | 82.9 | 9.6 |
| Complete Battery | 266 | 42-5 | 46.0 | 92-8 | 80.3 | 10.1 |



NATIONAL GRADE PERCENTILE BANDS

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| Reading Vocabulary | 18/ 30/ 30 | | ✓ | |
| Synonyms | 10/ 16/ 16 | | ✓ | |
| Context | 4/ 7/ 7 | ✓ | ✓ | |
| Multiple Meanings | 4/ 7/ 7 | | ✓ | |
| | | | | |
| Reading Comprehension | 41/ 54/ 54 | | ✓ | |
| Recreational | 15/ 18/ 18 | | ✓ | |
| Textual | 12/ 18/ 18 | | ✓ | |
| Functional | 14/ 18/ 18 | | ✓ | |
| Initial Understanding | 7/ 10/ 10 | | ✓ | |
| Interpretation | 19/ 24/ 24 | | ✓ | |
| Critical Analysis | 8/ 10/ 10 | | | ✓ |
| Process Strategies | 7/ 10/ 10 | | ✓ | |
| | | | | |
| Mathematics | 17/ 48/ 48 | | ✓ | |
| Problem-Solving Strategies | 2/ 6/ 6 | | ✓ | |
| Algebra | 1/ 6/ 6 | ✓ | | |
| Statistics | 3/ 6/ 6 | | ✓ | |
| Probability | 2/ 5/ 5 | | ✓ | |
| Functions | 3/ 5/ 5 | | ✓ | |
| Geometry from a Synthetic Perspective | 0/ 6/ 6 | ✓ | | |
| Geometry from an Algebraic Perspective | 2/ 5/ 5 | | ✓ | |
| Trigonometry | 1/ 3/ 3 | | ✓ | |
| Discrete Mathematics | 2/ 3/ 3 | | | ✓ |
| Conceptual Underpinnings of Calculus | 1/ 3/ 3 | | ✓ | |
| | | | | |
| Language | 31/ 54/ 54 | | ✓ | |
| Prewriting | 12/ 15/ 15 | | ✓ | |
| Composing | 8/ 15/ 15 | | ✓ | |
| Editing | 11/ 24/ 24 | ✓ | | |
| Mechanics/Usage | 9/ 15/ 15 | | ✓ | |
| Spelling | 2/ 9/ 9 | ✓ | | |

| CONTENT CLUSTERS | RS/ NP/ NA | Below Average | Average | Above Average |
|---|---|---|---|---|
| Science | 17/ 40/ 40 | | ✓ | |
| Earth & Space Science | 7/ 13/ 13 | | ✓ | |
| Physical Science | 5/ 14/ 14 | | ✓ | |
| Life Science | 5/ 13/ 13 | | ✓ | |
| Science Process Skills | 13/ 32/ 32 | | ✓ | |
| | | | | |
| Social Science | 15/ 40/ 40 | | ✓ | |
| History | 5/ 10/ 10 | | ✓ | |
| Geography | 4/ 9/ 9 | | ✓ | |
| Civics & Government | 3/ 8/ 8 | | ✓ | |
| Economics | 3/ 8/ 8 | | ✓ | |
| Culture | 0/ 5/ 5 | ✓ | | |
| | | | | |
| Using Information | 31/ 62/ 62 | | ✓ | |
| | | | | |
| Thinking Skills | 89/171/171 | | ✓ | |

STANFORD LEVEL/FORM: TASK 3/SA
1995 NORMS: Fall    National

Copy 01

Process No. 19926769-3261914-4129-00251-1

Scores based on normative data copyright © 1996 by Harcourt Brace & Company.   All rights reserved.

FPD-AZ-04059-0106

OTHER INFORMATION

FPD-AZ-04059-0107

EX 13 - 136

# PARENT/SCHOOL COMPACT
## TITLE 1
## 1999-2000

Rough Rock Secondary School has been designated as a Title 1 school with a School wide Project. All students in Rough Rock High School are considered Title 1 students and are eligible for educational services, which have been developed by a committee of teachers, administrators, and parents. The following are the expectations of the school and from the parents by which we agree will provide the best education for our students.

As a staff we will:
Give our best effort.
Continuously expand your child's educational ability.
Expect high quality performance.
Expect socially acceptable behavior.
Teach, with respect, our highly diverse population.
Discipline with dignity.

As a parent I will:
Contact the school with any concerns.
Work with the school so my child can gain full potential from the educational experience.
Help teach responsible behavior to my child.
See that my child attends school regularly.
Encourage reading and interactive activities and limit television.
Stress the importance of doing your best to my child.
Set aside time each day for homework.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

I have read and agree to the above compact expectations. I will discuss them with my child.

_Leynard C. Mitchell_ x _Leynard C. Mitchell_
Student Name                        Parent Signature

_7-14-99_
Date

FPD-AZ-04059-0108

# Rough Rock
# Secondary School

Rough Rock Trading Post # PTT
HC 61 Box 1480
Chinle, Arizona 86503

## PARENTAL CHOICE AND CONSENT FORM
## FOR STUDENTS TO ATTEND
## ROUGH ROCK HIGH SCHOOL

I want to request that my child(ren) to be enrolled at Rough Rock Community School to take advantage of its unique programs at Rough Rock Community School.

I am aware that Rough Rock Community School offers a unique and attractive Navajo Studies program, a horsemanship program, and rodeo sports. The program will offer my child(ren) the Navajo Language and Cultural learning in an organized setting and facilitated by well trained staff. I trust that my child(ren) will take to heart, their acquired cultural knowledge because they will know who they are and become proud of who they are. I value the Navajo ways and I want my children to capture the beauty and sacredness of our Navajo Culture through Rough Rock Community School's educational program.

x _Lezmauel C. Mitchell_      7-14-99
Signature   ☐Parent    ☐Legal Guardian      Date

_Lezmand C. Mitchell_
Student Name

FPD-AZ-04059-0109

RECEIVED MAR    2009

## STUDENT CUMULATIVE RECORDS AT ROUGH ROCK COMMUNITY SCHOOL ELEMENTARY / SECONDARY DIVISION

As required by law, Rough Rock's elementary school does hereby notify you of the rights of students and parents concerning student cumulative school records.

Rough Rock's elementary school maintains a cumulative record on each student at the school. These folders may contain any or all of the following: directory information, standardized test scores and/or interpretations, narrative summaries by teachers assessing learning potential and actual progress, incident reports which may influence the learning process, accident reports, and a record of report card marks.

These records are maintained in the school vault and in the adjoining anteroom to offices. Access to said records is limited. Those having access by virtue of their professional responsibilities at the school include faculty members, counselors, dormitory supervisors and school administrators. Their right to view student records exists only as a means by which they may enhance the teaching/learning process. Use of records is restricted to those with legitimate needs to better understand the myriad forces which impinge upon a student in the quest for educational excellence.

The practice of Rough Rock's elementary school is to include in cumulative records any item generated by a professional teacher, administrator, counselor or dorm supervisor and to maintain such records indefinitely. It is also the policy of the school to allow access to such records by the students themselves as soon as they have reached their eighteenth birthday.

Should any parent, guardian or eligible student object to the inclusion of any specific portion of the cumulative record material (with the exception of report card marks), that offending portion of the record will be destroyed. If instead, the parent or eligible student wishes to insert something of his own devising into the record, such will be accepted and placed into the record, with its provenance duly noted.

Information designated as "Directory Information" will be made available as a matter of public record upon request during any time that a student is actively enrolled at the school. If such active enrollment is ended, said directory information will be considered a confidential record, as is the rest of the child's cumulative folder.

The ultimate raison d'etre for cumulative records is to enhance educational opportunities for students at Rough Rock's elementary school. Only to and for this end, are such records maintained.

## TSÉ CH'ÍZHÍ ÁŁCHÍNÍ YÁZHÍ DA'ÓŁTA'Í BINAALTSOOS AHÍHINIIDÉEHGO SINILÍGÍÍ

Bee haz'áanii áníigo ółta'í binaaltsoos ahíhiniidééhígíí éí ółta'í t'áá bí dóó bimá dóó bizhé'é dóó t'áá háíshíí aniséé shíí bídéét'i'go bee báhaz'á. Éí nił fishjáán álnééh.

Tsé Ch'ízhí Áłchíní Yázhí Da'ółta'íjí, ółta'í binaaltsoos ahíhiniidééhígíí t'áá ałtso ółta'í bá hadadít'é dóó hasht'e' sinil. Díí naaltsoos hadadít'éego sinilígíí éí:

1. Hooghan haz'ánídóó bee ééhózinígíí.
2. Íhoo'aah bee na'óhonitaahígíí éí doodago bíhoo'áá'ígíí hazhó'ó yaa níhálne'ígíí.
3. Ółta'í íhool'aahgo naaltsoos bee hadadít'éhígíí.
4. Haashíí hoot'jíhgo íhoo'aah yihodiiłt'éhígíí naaltsoos bee hadít'éhígíí.
5. Atídzaago naaltsoos bee hadilyaaígíí dóó.
6. Íhool'áa'go naaltsoos bikáá' níhídzóohgo hahinidééhígíí.

Díí naaltsoos éí bidá'deelkaal dóó baa hóchį'go sinil. Doo t'óó bóhólnííhígíí yidínóol'jįłgo bee haz'áa da. Bá'olta'í dóó áłchíní yich'į yádaałti'ídóó da'nijahjí nidaalnishígíí dóó ółta' binaat'áanii da t'éiyá yidínóol'įįłgo bá bee haz'á. Íhoo'aahígíí ółta'í bee bíká at'oolwoł éí biniiyé binaaltsoos dínóol'įįł. Binahjį' yá'átéehgo ółta'í baa nitsíhákeesgo hazhó'ó íhool'aah dooleeł.

Hooghan haz'ánídóó bee ééhózinígíí éí doo baa hóchį'da. Háída yókeedgo, yidínóołjįłgo bá bee haz'á. Ółta'í doo ákwe'é ółta' góó éiyá nahjį' haaltsos dóó baa hóchį' yileeh. Naaltsoos ahíhiniidééhígíí t'áá át'é baa hóchį'ígíí t'áá bił.

Díí naaltsoos ahíhiniidééhígíí nááná ła' naaltsoos bíidooltsoígo bee haz'á. T'áá éí ałdó' binahjį' t'áá haada níłtsogo ółta'í bee bíká e'elwo'. Éí bá'ółta'í dóó olta' binaat'áanii dóó ółta'gi áłchíní yich'į' yádaałti'ígíí éí doodago da'nijahjí nidaalnishígíí hadeidiilaaígíí hasht'é sinil. Bee haz'áani áníigo éí naaltsoos ółt'af dóó bimá dóó bizhé'é yidínóol'jįłgo bee haz'á. Áádóó Ółta'í tseebííts'áadah bináhahgo índa t'áá sáhí nidi binaaltsoos yidínóol'jįłgo bá bee haz'á.

Nááná háida, amá dóó azhé'é dóó anisóhé danilínígíí dóó ółta'í t'áá bí naaltsoos ła' doo ákót'éego dóó doo íł nilíigóó éí nahjį' hadooltsos nízingo bá bee haz'á. Nidi ółta'í íhool'áá'go naaltsoos bikáá' bá níhídzóohgo hahinidééhígíí éí doo nahjį' hódoolnííł da. Áádóó t'áá háida naaltsoos ła' ółt'í bá hadideeshłííł dóó atah deestsos nízingo bá bee haz'á áko nidi áłtsé bee łá aleeh.

Ts'ída aláahdi biniiyé díí naaltsoos ahíhiniidéehgo hasht'e' sinilígíí éí áłchíní t'áá áníít'éego íhwiidool'áál hwiinidzin kwe'é Tsé Ch'ízhí Áłchíní Yázhí Da'ółta'íjí.

_Leonard C. Mitchell_

FPD-AZ-04059-0088

### STUDENT CUMULATIVE RECORDS AT ROUGH ROCK COMMUNITY SCHOOL ELEMENTARY / SECONDARY DIVISION

As required by law, Rough Rock's elementary school does hereby notify you of the rights of students and parents concerning student cumulative school records.

Rough Rock's elementary school maintains a cumulative record on each student at the school. These folders may contain any or all of the following: directory information, standardized test scores and/or interpretations, narrative summaries by teachers assessing learning potential and actual progress, incident reports which may influence the learning process, accident reports, and a record of report card marks.

These records are maintained in the school vault and in the adjoining anteroom to offices. Access to said records is limited. Those having access by virtue of their professional responsibilities at the school include faculty members, counselors, dormitory supervisors and school administrators. Their right to view student records exists only as a means by which they may enhance the teaching/learning process. Use of records is restricted to those with legitimate needs to better understand the myriad forces which impinge upon a student in the quest for educational excellence.

The practice of Rough Rock's elementary school is to include in cumulative records any item generated by a professional teacher, administrator, counselor or dorm supervisor and to maintain such records indefinitely. It is also the policy of the school to allow access to such records by the students themselves as soon as they have reached their eighteenth birthday.

Should any parent, guardian or eligible student object to the inclusion of any specific portion of the cumulative record material (with the exception of report card marks), that offending portion of the record will be destroyed. If instead, the parent or eligible student wishes to insert something of his own devising into the record, such will be accepted and placed into the record, with its provenance duly noted.

Information designated as "Directory Information" will be made available as a matter of public record upon request during any time that a student is actively enrolled at the school. If such active enrollment is ended, said directory information will be considered a confidential record, as is the rest of the child's cumulative folder.

The ultimate raison d'etre for cumulative records is to enhance educational opportunities for students at Rough Rock's elementary school. Only to and for this end, are such records maintained.

### TSÉ CH'ÍZHÍ ÁŁCHÍNÍ YÁZHÍ DA'ÓŁTA'Í BINAALTSOOS AHÍHINIIDÉEHGO SINILÍGÍÍ

Bee haz'áanii áníigo ółta'í binaaltsoos ahíhiniidééhígíí éí ółta'í t'áá bí dóó bimá dóó bizhé'é dóó t'áá háíshįį aniséé shįį bídéét'i'go bee báhaz'á. Éí niłíishjáán álnééh.

Tsé Ch'ízhí Áłchíní Yázhí Da'ółta'íjí, ółta'í binaaltsoos ahíhiniidééhígíí t'áá ałtso ółta'í bá hadadít'é dóó hasht'e' sinil. Díí naaltsoos hadadít'éego sinilígíí éí:

1. Hooghan haz'ánídóó bee ééhózinígíí.
2. Íhoo'aah bee na'óhonitaahígíí éí doodago bíhoo'ą́ą́'ígíí hazhó'ó yaa náhálne'ígíí.
3. Ółta'í fhooł'aahgo naaltsoos bee hadadít'éhígíí.
4. Haashįį hoot'įįhgo fhoo'aah yihodiiłt'éhígíí naaltsoos bee hadít'ehígíí.
5. Atídzaago naaltsoos bee hadilyaaígíí dóó.
6. Íhooł'ą́a'go naaltsoos bikáá' níhídzóohgo hahinidééhígíí.

Díí naaltsoos éí bidá'deelkaal dóó baa hóchį'go sinil. Doo t'óó bóhólníhígíí yidínóoł'jįłgo bee haz'áa da. Bá'olta'í dóó áłchíní yich'į yádaałti'ídóó da'nijahjí nidaalnishígíí dóó ólta' binaat'áanii da t'éiyá yidínóoł'jįłgo bá bee haz'á. Íhoo'aahígíí ółta'í bee bíká at'oolwoł éí biniiyé binaaltsoos dínóol'jįł. Binahjį' yá'átéehgo ółta'í baa nitsíhákeesgo hazhó'ó fhooł'aah dooleeł.

Hooghan haz'ánídóó bee ééhózinígíí éí doo baa hóchį'da. Háida yókeedgo, yidínóołjįłgo bá bee haz'á. Ółta'í doo ákw'é ółta' góó éiyá nahjį' haaltsos dóó baa hóchį' yileeh. Naaltsoos ahíhiniidééhígíí t'áá át'é baa hóchį'ígíí t'áá bił.

Díí naaltsoos ahíhiniidééhígíí nááná ła' naaltsoos bíidooltsołgo bee haz'á. T'áá éí ałdó' binahjį' t'áá haada nítsogo ółta'í bee bíká e'elwo'. Éí bá'olta'í dóó olta' binaat'áanii dóó ólta'gi áłchíní yich'į' yádaałti'ígíí éí doodago da'nijahjí nidaalnishígíí hadeidiilaaígíí hasht'é sinil. Bee haz'áani áníigo éí naaltsoos ółt'aí dóó bimá dóó bizhé'é yidínóoł'jįłgo bee haz'á. Áádóó Ółta'í tseebííts'áadah bináhahgo índa t'áá sáhí nidi binaaltsoos yidínóoł'jįłgo bá bee haz'á.

Nááná háida, amá dóó azhé'é dóó aniséhé danilínígíí dóó ółta'í t'áá bí naaltsoos ła' doo ákót'éego dóó doo ił nilįįgóó éí nahjį' hadooltsos nízingo bá bee haz'á. Nidi ółta'í fhooł'ą́a'go naaltsoos bikáá' bá níhídzóohgo hahinidééhígíí éí doo nahjį' hódoolnííł da. Áádóó t'áá háida naaltsoos ła' ółt'í bá hadideeshłííł dóó atah deestsos nízingo bá bee haz'á áko nidi áłtsé bee łą́ ałech.

Ts'ída aláahdi biniiyé díí naaltsoos ahíhiniidééhgo hasht'e' sinilígíí éí áłchíní t'áá áníít'éego fhwiidooł'ááł hwiinidzin kwe'é Tsé Ch'ízhí Áłchíní Yázhí Da'ółta'íjí.

Yízhí /George Mitchell/

September 14, 1998

FPD-AZ-04059-0089

# ROUGH ROCK COMMUNITY SCHOOL
## ENROLLMENT FORM

Student's Name _Lezmond Mitchell_    Grade _12 th_    ID # _____

oc. Sec # _3972_    Census # _519,241_ DOB: _7-81_    Sex: ☒M ☐F

Location of Residence _9pm 6.5 mile East of Round Rock TP_
Example: 1 mile N of Trading Post, BIA House #100, or 1 ¼ miles E of Highway

Mailing Address _PO Box 170_    City _Lukachukai_    State _AZ_    Zip _86507_

Home Phone _602/418-7593_    Birth Place _Ft Defiance_    Tribe _1/4 Navaho 1/4 Anglo_

Degree of Indian Blood _____    Chapter _Round Rock_    Agency _Chinle 2 Spanish_

Clan _____    Becheii _Tachijnii_    Born For _Spanaud_    Binali _____

Mother's Name _Sherry Mitchell_    Census # _____    Tribe _Navaho_

Address _Ft Defiance_    Soc. Sec. # _____

Employment _Window Rock School Dist_    Address _____    Phone # _____

Father's Name _n/a_    Census # _n/a_    Tribe _____

Address _n/a_    Soc. Sec. # _n/a_

Employment _n/a_    Address _n/a_    Phone # _____

| Name of brothers | Date of Birth | Name of sisters | Date of Birth |
|---|---|---|---|
| none | | none | |
| | | | |
| | | | |
| | | | |
| | | | |

Pertinent Information (Health, include allergies, etc.) _no_

### Language Survey

1. What language does the student speak most often? _English_
2. What language does the family speak at home? _English_
3. What language did the student first learn to speak? _English_
4. Language of grandparents? _English_

### Previous School Information

School Last attended _Rough Rock High School_    Dates _1998 & 1999_

Address of school _RRTP Box PTI_ _Rough Rock_ _AZ_ _86503_
    Street or Box     City     State     Zip

Last grade completed _11th_    Have you ever attended RRCS ☒ Yes ☐ No

Emergency contact (name, phone #, location of home) _George Mitchell 50 602/418-7593_

Parent Signature _Lezmond C. Mitchell_ Date _7-14-99_

FPD-AZ-04059-0090

EX 14 - 141

# ROUGH ROCK COMMUNITY SCHOOL
## 1998-99

Name: __MITCHELL, Lezmond Charles__    Sex: __Male__    Census#: __519241__

Birthdate: ____, 1981__    Birthplace: __Fort Defiance, Arizona__

Teacher: _____    Tribe: __Navajo__

Date Entered: _____    Social Security #: ____-3972__

Mother Tongue: _____    Grade: __11__

Father: _____    C#: _____

Mother: __Sherry L. Mitchell__    C#: _____

Community: __Round Rock__    CHC#: _____

Count Week ____ (B)    (SP)    (IN)    (GT)    (D)    (IRG)

Mailing Address: __Post Office Box 67 - Lukachukai, Arizona 86507__

Γ ˙ present in 1998-99 _____

School last year: __Red Mesa High School__    Location: __7 miles E of Round Rock Tdg. Po__

Clan _____    Born for: _____

Bichell __Táchii'nii__    Binali _____

I am legally responsible for the applicant and hereby apply for his/her admission to school. I give my consent to emergency operations, psychiatric treatment, and dental or minor surgery, if such procedure becomes necessary while the child is in school. I also approve such inoculations and treatment in the field of preventive medicine as may be deemed necessary by medical personnel.

*George Mitchell*

(Signature and date signed)  9/14/98

In case of emergency: _____

This applicant is duly admitted to Rough Rock Community School as a student, having met the criteria for admission as promulgated by the Rough Rock School Board.

_____
Executive Director    (Date Signed)

FPD-AZ-04059-0091

EX 14 - 142



# THE
# NAVAJO
# NATION

PETERSON ZAH
PRESIDENT

MARSHALL PLUMMER
VICE PRESIDENT

UNACCEPTABLE IF ALTERED

CERTIFICATE OF NAVAJO INDIAN BLOOD

Part A
(To be used if applicant is enrolled)

CHINLE
AGENCY

June 17, 1991
DATE

I certify that _____ Lezmond Charles Mitchell _____ is listed on the Navajo

Indian Census Roll, dated __ January 1, 1940 , Which is an official record of

this office as being ___ 1/4 ___ Degree of Navajo Indian Blood, and with Roll

Number ___ 519,241 _____ , date of birth ___ ___ ___ , 1981 _____ .

RECORD:      Page 247, Southern Arizona Census Roll.
             ED:  03-23-84

Vital Statistics Tech.-I



OFFICE
JCY
RIBE
527
CHINLE, ARIZONA  86503

FPD-AZ-04059-0092

EX 14 - 143



# THE NAVAJO NATION

PETERSON ZAH
PRESIDENT

MARSHALL PLUMMER
VICE PRESIDENT

UNACCEPTABLE IF ALTERED

## CERTIFICATE OF NAVAJO INDIAN BLOOD

Part A
(To be used if applicant is enrolled)

CHINLE
AGENCY

June 17, 1991
DATE

I certify that _____ Lezmond Charles Mitchell _____ is listed on the Navajo

Indian Census Roll, dated ___ January 1, 1940 , Which is an official record of

this office as being ___ 1/4 ___ Degree of Navajo Indian Blood, and with Roll

Number ___ 519,241 ___ , date of birth _____ , 1981 _____ .

RECORD:    Page 247, Southern Arizona Census Roll.
ED:    03-23-84

Vital Statistics Tech.-I

SS# _____ -3972

TRIBAL ENROLLMENT OFFICE
CHINLE AGENCY
THE NAVAJO TRIBE
P.O. BOX 2527
CHINLE, ARIZONA  86503

FPD-AZ-04059-0093

EX 14 - 144

Certified Copy of Vital Record

STATE OF ARIZONA
DEPARTMENT OF HEALTH SERVICES - VITAL RECORDS SECTION
CERTIFICATE OF LIVE BIRTH

BIRTH NO.    81-033011
B 102-

| NAME OF CHILD | A. First | B. Middle | C. Last | | | |
|---|---|---|---|---|---|---|
| | LEZMOND | CHARLES | MITCHELL | | | |

| SEX | TYPE OF BIRTH (Single, twin, triplet, etc.) SPECIFY | IF MULTIPLE BIRTH (Born first, second, etc.) SPECIFY | DATE OF BIRTH Month Day Year | HOUR |
|---|---|---|---|---|
| MALE | SINGLE 3A | 3B | 4A 1981 | 4B 9:46 AM |

| PLACE OF BIRTH | A. County | B. Town or City | C. Hospital or Clinic (if home birth, give street address) |
|---|---|---|---|
| | APACHE | FORT DEFIANCE | PHS INDIAN HOSPITAL |

| FATHER'S NAME | A. First | B. Middle | C. Last | DATE OF BIRTH Month Day Year | PLACE OF BIRTH State or Country |
|---|---|---|---|---|---|
| | | | | 7 | 8 |

| MOTHER'S MAIDEN NAME | A. First | B. Middle | C. Last | DATE OF BIRTH Month Day Year | PLACE OF BIRTH State or Country |
|---|---|---|---|---|---|
| | SHERRY | LANE | MITCHELL | 10 1958 | 11 KANSAS |

| MOTHER'S USUAL RESIDENCE | A. State | B. County | C. Town or City | D. Zip Code |
|---|---|---|---|---|
| | ARIZONA | APACHE | TSAILE | 86556 |

| STREET ADDRESS OR R.F.D. | IN CITY LIMITS? | MOTHER'S MAILING ADDRESS (If different from Item 12) |
|---|---|---|
| 12 P. O. BOX # 45 | 12F. YES ☐ NO ☐ | 13 |

| THE INFORMATION LISTED IN ITEMS 1-13 IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | PARENT OR INFORMANT'S SIGNATURE 14A | RELATIONSHIP TO CHILD 15 MOTHER | DATE SIGNED 16 |
|---|---|---|---|
| I ATTENDED THE BIRTH OF THIS CHILD WHO WAS BORN ALIVE AT THE PLACE, TIME, AND DATE ENTERED ABOVE | ATTENDANT'S SIGNATURE (Type name below line) 17A Rita Gamprel | TITLE ☐ MD ☐ DO ☒ OTHER (specify) CNM 18 | DATE SIGNED 19 9/17/81 |

SUPPLEMENTARY ENTRIES

| DATE REGISTERED | REG. FILE NO. | REGISTRAR'S SIGNATURE | REG. DISTRICT | DATE REC'VD IN STATE OFFICE |
|---|---|---|---|---|
| 16 Oct. 1981 | 594 | Brenda Morgan | 0187 | OCT 23 1981 |

STATE OF ARIZONA
COUNTY OF MARICOPA } SS                                    DATE ISSUED    JAN 13 1997

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, DEPARTMENT OF HEALTH SERVICES, PHOENIX, ARIZONA issued under the authority of A.R.S. 36-341, and by direction of:

JAMES E. SARN, M.D., M.P.H., Director
Arizona Department of Health Services
State Registrar

ALFONSO BRAVO
Assistant State Registrar

This copy not valid unless prepared on safety paper displaying state seal in color and impressed with raised seal of issuing agency.

FPD-AZ-04059-0094

**EX 14 - 145**

*CENSUS*

9/3/71

UNITED STATES
**DEPARTMENT OF THE INTERIOR**
BUREAU OF INDIAN AFFAIRS
NAVAJO AREA OFFICE
WINDOW ROCK, ARIZONA

*FAMILY CARD*

| CENSUS NO. | NAME | BIRTHDATE | RELATION |
|---|---|---|---|
| 68,743 | George C. Mitchell | 02- -23 | Head |
| Cheorkee | Bobbie Joe Mitchell | 01-05-42 | Wife |
| 128,479 | Sherry Lane Mitchell | -58 | Daughter |
| 508,981 | Auska Kee Charles Mitchell | -66 | Son |
| 519,241 | Lezmond C. Mitchell | -81 | Grandson |

PRINTED BY THE NAVAJO TRIBAL PRINTING DEPARTMEN

FPD-AZ-04059-0095

**EX 14 - 146**



FPD-AZ-04059-0096

EX 14 - 147



FPD-AZ-04059-0097

## POWER OF ATTORNEY AND
## PARENTAL CONSENT TO TEMPORARY GUARDIANSHIP

STATE OF ARIZONA )

:SS

County of Apache )

I, Sherry Lane Mitchell, reside in Shonto Prep Tech Middle/High School House #774, in Shonto , Arizona, do depose and solemnly swear that:

1.  I am the natural mother of Lezmond Charles Mitchell, DOB 9-17-81.

2.  I authorize George C. Mitchell and Bobbi Jo Mitchell, an adult, whose address is Post Office Box 67, Lukachukai, Arizona 86507, on whose care the minor child has been entrusted, the powers that I have regarding the care, custody, and control of my minor child.

3.  This consent is to assure that school officials of_____. That the temporary custodian, George C. Mitchell and Bobbi Jo Mitchell, is authorized to act on behalf with full parental authority on any matter, including my minor child's education, health care, athletic activities, social activities, other extracurricular pursuits, and any public benefits my minor child may be entitled to under law.

4.  I further authorize George C. Mitchell and Bobbi Jo Mitchell to consent to x-ray examination, anesthetic, medical, surgical, or dental diagnosis or treatment, and hospital care to be rendered to minor child under the general or special supervision and on the advice of any physician, surgeon or dentist licensed to practice and, further, to consent to any other matters in which George C. Mitchell and Bobbi Jo Mitchell judgement is necessary or beneficial to the child.

5.  I further appoint George C. Mitchell and Bobbi Jo Mitchell, my true and lawful attorney solely for the purpose of performing all the parental responsibilities as I might perform myself with regard to my minor child.

6.  This guardianship arrangement will begin September 14, 1998, and will expire automatically on August 1, 2002, unless I revoke it at an earlier time.

7.  I have given this consent of my own free will.

Sherry Lane Mitchell

SWORN TO and SUBSCRIBED before me this 14th day of Sept. 1998

NOTARY PUBLIC
STATE OF ARIZONA
COCONINO COUNTY
LAURA J. NEKOLEK
MY APPOINTMENT EXPIRES 1/15/99

FPD-AZ-04059-0098

**EX 14 - 149**

TRANSCRIPTS

FPD-AZ-04059-0099

EX 14 - 150

# ROUGH ROCK COMMUNITY HIGH SCHOOL
### Rough Rock School Board, Inc.
Chinle, AZ 86503

## TRANSCRIPT
This School is Accredited by the North Central Association of Schools and Colleges

Student: MITCHELL, Lezmond Charles   Social Security number: ____-__-3972

Birthdate: _____, 1981   Navajo Census number: 519241

| Marking Period | Course | Mark | Credit |
|---|---|---|---|
| 1998-99, First sem. | Animal Sci | C | .50 |
| | English 10 | B | .50 |
| | Navajo Lit I | D | .50 |
| | Navajo Arts/Crafts | C | .50 |
| | Convers Nav I | F | .00 |
| | Computer I | C | .50 |
| | Speech | B | .50 |
| 1998-99, Second sem. | Advan Welding II | B | .50 |
| | Animal Sci | B | .50 |
| | Nav Lit | D | .50 |
| | Nav Arts/Crafts II | D | .50 |
| | Convers Nav I | F | .00 |
| | Intro to Const | B | .50 |
| | Speech | B | .50 |

Date: Graduated:_____   Rank in graduating Class: _____ of _____

_____   _____
Date Issued                 Signature            Title

FPD-AZ-04059-0100

## STUDENT INFORMATION

| st Name | First Name | Middle Name |
|---|---|---|
| MITCHELL | Lezmond | C. |

me Address: P.O. Box 67 — City: Lukachukai — State: AZ — Zip: 86507

rent or Guardian: George & Sherry L. Mitchell

evious School Attended: RMJH

te of Birth: -81 — Sex: M — Date of Graduation: Month / Date / Year

## SCHOOL INFORMATION

School Name: **RED MESA HIGH SCHOOL**

School Address: HCR 6100 — BOX 40, TEEC NOS POS, AZ 86514

School Accredited By: ☒ State System ☐ Reg. Accred. Assoc.

School Phone Number: (602) 656-3511

Public ☒  Non-Public ☐

Enrollment in Grades: 9  10  11  12

| | |
|---|---|
| *English, I, II, III, Amer. Lit. IV | ✗ ✗ ✗ ½ ½ ½ ½ ½ |
| *American History | ½ ½ |
| *American Government | ✗ |
| *Arizona Constitution/History | ½ |
| *Free Enterprise | ✗ |
| *Geography | ½ |
| *World History | ½ |
| *Mathematics | ✗ ✗ ½ ½ ½ ½ |
| *Science | ✗ ✗ ✗ ✗ ✗ |
| *Physical Education | ✗ ✗ |
| *Health | ✗ |
| *Vocational or Fine Arts Class | ✗ ✗ |
| Elective Credits (8) | ✗ ✗ ✗ ✗ ✗ ✗ ✗ ✗ ✗ ✗ ½ ½ |

## CLASS RECORD
Include Subjects Failed or Repeated

### MARKS

| YEAR | SUBJECTS | 1ST SEM. | 2ND SEM. | CREDIT OR UNIT |
|---|---|---|---|---|
| 9 | Earth Science | B | C | 1 |
| | Art I | B | A | 1 |
| | IndTech | B | C+ | 1 |
| | Integrated Math I | C | D | 1 |
| | Media Communication | A+ | A | 1 |
| | English I-A | D- | D- | 1 |
| 96 97 | Health | B | B | 1 |
| | Tech Lab I | D | D | 1 |
| 10 | Media | A | A | 1 |
| | Advanced P.E. | A | A | 1 |
| | Ag Science | C | B | 1 |
| | Extended Day Reading | | B | ½ |
| | Native American Literature | F | C | ½ |
| 97 98 | Ag science | D+ | C+ | 1 |
| | Graphic Arts | B | C | 1 |
| | U.S. Studies | C | B | 1 |
| 11 | | | | |
| 12 | | | | |

RANK IN CLASS _____ BASED ON _____ SEMESTERS

☐ APPROX. _____ IN CLASS OF _____

GRADE POINT AVERAGE _____

### TRANSCRIPT REQUEST

| Date Sent | Destination |
|---|---|

OUTSTANDING ACTIVITIES, HONORS, AWARDS

| DATE | NAME OF TEST | RAW OR STD. SCORE | %ILE SCORE | NORM GROUP |
|---|---|---|---|---|

SIGNATURE _____ DATE _____

POSITION _____

FPD-AZ-04059-0101

**EX 14 - 152**

Rough Rock Community School

RRTP #PTT  HC61 Box 1480
Chinle, AZ 86503

Mitchell, Lezmond C

P. O. Box 170
Lukachukai, AZ 85607
PARENT/GUARDIAN

Ms. Sherry L. Mitchell

| | | | |
|---|---|---|---|
| SEX | Male | | |
| DOB | | /81 | |
| SS# | | -3972 | |
| ENTRY DT | 07/14/99 | | |
| WITHDRAW DT | | | |
| GRADUATION | 05/24/00 | | |



## ACADEMIC HISTORY

| DATE | LEVEL | TITLE | MARK | CREDIT |
|---|---|---|---|---|
| 12/20/96 | 09 | Art I | B | 0.500 |
| | | *Earth Science | B | 0.500 |
| | | *Eng. 1-A | D | 0.500 |
| | | *Health | B | 0.500 |
| | | *Ind Tech | B | 0.500 |
| | | *Integrated Math I | C | 0.500 |
| | | *Media Communication | A | 0.500 |
| | | *Tech Lab I | D | 0.500 |
| 05/30/97 | | *Art I | A | 0.500 |
| | | *Earth Science | C | 0.500 |
| | | *Eng. 1-A | D | 0.500 |
| | | *Health | B | 0.500 |
| | | *Ind Tech | C | 0.500 |
| | | *Integrated Math I | D | 0.500 |
| | | *Media Communication | A | 0.500 |
| | | *Tech Lab I | D | 0.500 |
| | | GPA 2.375 | | 8.000 |
| 12/19/97 | 10 | *Advanced P.E. | A | 0.500 |
| | | *Ag Science | D | 0.500 |
| | | *Ag Science | C | 0.500 |
| | | *Graphic Arts | B | 0.500 |
| | | *Media | A | 0.500 |
| | | *Native Amer. Literature | F | 0.000 |
| | | *US History | C | 0.500 |
| 05/29/98 | | *Ag Science | C | 0.500 |
| | | *Ag Science | B | 0.500 |
| | | *Extended Day Reading | B | 0.500 |
| | | *Graphic Arts | C | 0.500 |
| | | *Media | A | 0.500 |
| | | *Nav Amer Lit | C | 0.500 |
| | | *PE | A | 0.500 |
| | | *US Studies | B | 0.500 |
| | | GPA 2.600 | | 7.000 |
| 12/17/98 | 11 | Animal Sci | C | 0.500 |
| | | GEOMETR I | C | 0.500 |
| | | Conv. Nav. I | F | 0.000 |
| | | Eng 11 | B | 0.500 |
| | | Nav Lit | D | 0.500 |
| | | Nav. A/C II | C | 0.500 |
| | | Speech | B | 0.500 |
| 05/27/99 | | Adv Weld II | B | 0.500 |
| | | Animal Sci | B | 0.500 |
| 05/27/99 | 11 | Conv. Nav. I | F | 0.000 |
| | | Intro To Const. | B | 0.500 |
| | | Nav Lit | D | 0.500 |
| | | Nav A/C II | D | 0.500 |
| | | Speech | B | 0.500 |
| | | GPA 1.929 | | 6.000 |
| 12/16/99 | 12 | Adv Weld | B | 0.500 |
| | | Alg. I | F | 0.000 |
| | | Eng 11 | C | 0.500 |
| | | Eng 12 | B | 0.500 |
| | | Geom. | F | 0.000 |
| | | Government | B | 0.500 |
| | | Ldrship | A | 0.500 |
| 05/23/00 | | Acct | C | 0.500 |
| | | Adv Weld | C | 0.500 |
| | | Eng 12 | C | 0.500 |
| | | Geom. | D | 0.500 |
| | | Gov | C | 0.500 |
| | | Pre-Alg | D | 0.500 |
| | | GPA 1.923 | | 5.500 |

## ACADEMIC STANDING

| S.DT. | TOTAL CREDITS | GPA CREDITS | GPA | CLASS RANK |
|---|---|---|---|---|
| 06/05/00 | 26.500 | 29.000 | 2.224 | 22/45 |

## AUTHORIZATION

X _____

TITLE _____    DATE _____

Rev. 06/98

SCHOOLMASTER ®

©1990 OLYMPIA COMPUTING CO., INC.
ALL RIGHTS RESERVED
(800) 733-0922

FPD-AZ-04059-0102

EX 14 - 153

" ACHIEVEMENT DATA"

## 1998-1999

STANFORD Achievement Test Series, Ninth Edition

MITCHELL    LEZMOND    C
GR: 11    AGE: 18-07    GENDER: MALE
LEVEL: TASK 2    FORM: SA
TEST: MULTIPLE CHOICE
TEST DATE: 04/99 1995 NORMS: SPRING    NATIONAL

| SCORE TYPE | TOTAL READING | READING VOCAB | READING COMP | MATH | LAN-GUAGE | PRE-WRITING |
|---|---|---|---|---|---|---|
| RS | 63 | 18 | 45 | 18 | 37 | 12 |
| SS | 720 | 701 | 733 | 686 | 663 | 677 |
| N/PR-S | 62-6 | 32-4 | 77-7 | 32-4 | 46-5 | 59-5 |
| N/NCE | 56.4 | 40.2 | 65.6 | 40.2 | 47.9 | 54.8 |
| PS LVL | 2 | 2 | 3 | 1 | 1 | 2 |

| SCORE TYPE | COM-POSING | EDITING | SCIENCE | SOCIAL SCIENCE | USING INFO | THNKG SKILLS | BASIC BATTERY | COMPL BATTERY |
|---|---|---|---|---|---|---|---|---|
| RS | 13 | 12 | 24 | 26 | 38 | 110 | 118 | 168 |
| SS | 700 | 640 | 699 | 693 | 698 | 688 | NA | NA |
| N/PR-S | 73-6 | 25-4 | 69-6 | 85-7 | 66-6 | 63-6 | 47-5 | 58-5 |
| N/NCE | 62.9 | 35.8 | 60.6 | 71.8 | 58.7 | 57.0 | 48.5 | 54.4 |
| PS LVL | 3 | 1 | 2 | 3 | | | | |

## 1999-2000

STANFORD Achievement Test Series, Ninth Edition

MITCHELL    LEZMOND    C
GR: 12    AGE: 18-06    GENDER: MALE
LEVEL: TASK 3    FORM: SA
STUDENT NO.: 6021039720    TEST: MULTIPLE CHOICE
OTHER INFO.: 00
TEST DATE: 03/00 1995 NORMS: SPRING    NATIONAL

| SCORE TYPE | TOTAL READING | READING VOCAB | READING COMP | MATH | LAN-GUAGE | PRE-WRITING |
|---|---|---|---|---|---|---|
| SS | 722 | 727 | 719 | 678 | 643 | 692 |
| N/PR-S | 61-6 | 57-5 | 61-6 | 22-3 | 27-4 | 64-6 |
| N/NCE | 55.9 | 53.7 | 55.9 | 33.7 | 37.1 | 57.5 |
| GE | PHB | PHB | PHB | 8.7 | 8.2 | PHS |
| PS LVL | 2 | 2 | 2 | 1 | 1 | 2 |

| SCORE TYPE | CON-POSING | EDITING | SCIENCE | SOCIAL SCIENCE | USING INFO | THNKG SKILLS | BASIC BATTERY | COMPL BATTERY |
|---|---|---|---|---|---|---|---|---|
| SS | 629 | 630 | 705 | 672 | 701 | 681 | NA | NA |
| N/PR-S | 19-3 | 17-3 | 73-6 | 66-6 | 67-6 | 50-5 | 41-5 | 50-5 |
| N/NCE | 31.5 | 29.9 | 62.9 | 58.7 | 59.3 | 50.0 | 45.1 | 50.3 |
| GE | 6.4 | 6.3 | PHS | PHS | PHS | 12.8 | 10.9 | PHS |
| PS LVL | 1 | 1 | 2 | 2 | | | | |

## 2000-2001

## 2001-2002

FPD-AZ-04059-0103

ROUND ROCK ELEMENTARY AND JUNIOR HIGH SCHOOL

DATE: __12-8-95__

Dear __Mr. Mitchell_____,

Your son/daughter/or ward, __Lezmond_____, was referred to my office on

__12-8-95__, for __Smoking_____

_____

During our meeting the student was:

_____ Returned to class after our discussion.

_____ Returned to class after being reprimanded.

_____ Restricted from attending school and **all** school functions until parent/guardian conference is held with the principal, school counselor and/or teacher (s).

_____ Restricted from school indefinitely with a recommendation for expulsion.

__X__ Suspended for __3__ days. May return to school on __12-13-95__.

_____ Recommend to the School Board for Disciplinary Hearing.

_____ Restricted from classes for _____ days. (In-school suspension.)

_____ In-school detention assigned for _____ days.

_____ Other._____

This notice is being sent to you to keep you informed of your child's behavior in school. We ask you to cooperate with us by:

__X__ Speaking with your son or daughter concerning this matter.

_____ Attending a conference with the principal as noted above.

__X__ Attending a parent/principal conference **before** the student will be readmitted to school.

_____ Attending a Disciplinary Hearing with the School Board scheduled for_____ at_____ a.m. / p.m.

_____ Arranging to spend a complete day at school with your child.

_____ Other._____

Mitchell 12/13/95
1:45 - RDORRIS

Sincerely,

Rebecca L Norris
Round Rock School Principal/Head Teacher

xc: Student File

FPD-AZ-03057-0133

**EX 15 - 155**

ROUND ROCK ELEMENTARY AND JUNIOR HIGH SCHOOL

DATE: 12-8-95

Dear    Mr. Mitchell

Your son/daughter/or ward,   Lezmond   , was referred to my office on

12-8-95   , for   Smoking


During our meeting the student was:

_____ Returned to class after our discussion.

_____ Returned to class after being reprimanded.

_____ Restricted from attending school and all school functions until parent/guardian conference
is held with the principal, school counselor and/or teacher (s).

_____ Restricted from school indefinitely with a recommendation for expulsion.

__X__ Suspended for _3_ days.  May return to school on _12-13-95_ .

_____ Recommend to the School Board for Disciplinary Hearing.

_____ Restricted from classes for_____days. (In-school suspension.)

_____ In-school detention assigned for_____days.

_____ Other._____

This notice is being sent to you to keep you informed of your child's behavior in school.  We ask
you to cooperate with us by:

__X__ Speaking with your son or daughter concerning this matter.

_____ Attending a conference with the principal as noted above.

__X__ Attending a parent/principal conference before the student will be readmitted to school.

_____ Attending a Disciplinary Hearing with the School Board scheduled for_____
at_____a.m. / p.m.

_____ Arranging to spend a complete day at school with your child.

_____ Other._____


Sincerely,

*Rebecca L. Norris*

Round Rock School Principal/Head Teacher


xc:   Student File

FPD-AZ-03057-0134

Lyle Miller

Every side I got back, Lorenzo has been trying to get at me, by saying stuff to staff about my grandfather hitting me on my back, and other things. Ether they are pyshical, or mental. When I got back, I did nothing to him, didn't touch him, didn't say nothing. I know what he is going to say, will propoly be said by his follow freiends because they do anything to protect him. Even if it means by lying. I don't have any witness or anything. I just have my story.

Two days lunch detention

(R.NORRIS)    Lezmond Mitchell

Talked to Mitchell         3-6-95
        (Grandfather)    Math
He said that he has told    Lezmond just to fight.
                            12:53

FPD-AZ-03057-0135

ROUND ROCK ELEMENTARY AND JUNIOR HIGH SCHOOL

DATE: 4-18

Dear George ,

Your son/daughter/or (ward) Lezmond , was referred to my office on

4-18 , for getting involved in a situation that did not concern him which resulted in Lezmond wrestling with another student. The other student got hurt.

During our meeting the student was:

X  Returned to class after our discussion.

___ Returned to class after being reprimanded.

___ Restricted from attending school and all school functions until parent/guardian conference is held with the principal, school counselor and/or teacher (s).

___ Restricted from school indefinitely with a recommendation for expulsion.

___ Suspended for ___ days. May return to school on _____.

___ Recommend to the School Board for Disciplinary Hearing.

___ Restricted from classes for afternoon days. (In-school suspension.) detention

___ In-school detention assigned for ___ days.

___ Other. _____

This notice is being sent to you to keep you informed of your child's behavior in school. We ask you to cooperate with us by:

___ Speaking with your son or daughter concerning this matter.

___ Attending a conference with the principal as noted above.

___ Attending a parent/principal conference before the student will be readmitted to school.

___ Attending a Disciplinary Hearing with the School Board scheduled for _____ at ___ a.m. / p.m.

___ Arranging to spend a complete day at school with your child.

___ Other. This is the 3rd time Lezmond has been sent to the office. Another referral could mean a three day suspension

Sincerely,

P NORRCI

Round Rock School Principal/Head Teacher

xc:  Student File

FPD-AZ-03057-0136

## NOTICE TO PARENTS

1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASON(S) FOR REFERRAL:**

☐ CUTTING CLASS
☐ EXCESSIVE TARDINESS
☐ ANNOYING CLASSMATES
☐ DESTRUCTION OF SCHOOL PROPERTY

☐ LACK OF CLASS MATERIALS
☐ LACK OF COOPERATION
☐ RUDE, DISCOURTEOUS
☐ _____

☐ RESTLESS, INATTENTIVE
☐ EXCESSIVE TALKING
☐ MISCHIEF

**ACTION TAKEN PRIOR TO REFERRAL:**

☒ CHECKED STUDENT'S FOLDER
☒ HELD CONFERENCE WITH STUDENT
☐ CONSULTED COUNSELOR

☐ DETAINED STUDENT AFTER SCHOOL
☐ CHANGED STUDENT'S SEAT
☐ TELEPHONED PARENT

☐ HELD CONFERENCE WITH PARENT
☐ SENT PREVIOUS REPORT HOME
☐ _____

**PRESENT ACTION AND RECOMMENDATION(S):**

☐ STUDENT REGRETS INCIDENT, COOPERATIVE
☒ RECURRING INCIDENTS WILL BE REPORTED

☐ STUDENT WILL MAKE UP TIME
☐ STUDENT PLACED ON PROBATION

☐ STUDENT SUSPENDED
☐ CASE REFERRED TO:
X Detention

☐ Lezmond involved himself in an incident that did not even remotely concern him. In the process, he took another student to the floor and hurt him.

WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER

FORM 73 B    School Service Co. Inc., Grayslake, IL 60030

FPD-AZ-03057-0137

Darrell started this by trying to get Gary's cap away from him. Lezmond and Lorenzo got involved on their own. Once the boys got the cap they were throwing it to each other, and Mrs. Barton broke it up.

When the boys got inside, they started trying to get Gary's cap again. This time Lezmond took Gary to the ground, and held him down. During this time, Gary got hit on the head with a basketball. He was crying because of this.

At first Lezmond explained what happened, but he left out some critical details; like hitting him on the head with the ball. Lorenzo didn't seem to have too much to do with this; just playing with the hat. Lezmond said that holding him down didn't count as fighting. "I wasn't hitting or punching him."

Gary settled down after being in the office for a few minutes. He chose to stay in the office instead of going right back to class,

4-18-95
R NORPEL

FPD-AZ-03057-0138

To Ms. Harris,

I am sorry for what I have done to you, and the entire Round Rock school District. I due acept any punisment that you have for me, and would like to apolgize to the person in charge of Project Love. I am sorry that you had to apolgize to the person in charge of project love. And I'm embarrass by what I did.

Sorry,
Lezlnard Mitchell

FPD-AZ-03057-0139

## DISCIPLINARY REFERRAL

STUDENT'S NAME: Lezmond Mitchell
TIME: 10:12
DATE OF INCIDENT: 05-11-95
CLASS - GRADE: 9th
DATE: 05-11-95
TEACHER: Alina White

### NOTICE TO PARENTS
1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASON(S) FOR REFERRAL:**
- [ ] CUTTING CLASS
- [ ] EXCESSIVE TARDINESS
- [ ] ANNOYING CLASSMATES
- [x] DESTRUCTION OF SCHOOL PROPERTY
- [ ] LACK OF CLASS MATERIALS
- [ ] LACK OF COOPERATION
- [ ] RUDE, DISCOURTEOUS
- [ ] _____
- [ ] RESTLESS, INATTENTIVE
- [x] EXCESSIVE TALKING
- [ ] MISCHIEF

**ACTION TAKEN PRIOR TO REFERRAL:**
- [x] CHECKED STUDENT'S FOLDER
- [x] HELD CONFERENCE WITH STUDENT
- [ ] CONSULTED COUNSELOR
- [ ] DETAINED STUDENT AFTER SCHOOL
- [ ] CHANGED STUDENT'S SEAT
- [ ] TELEPHONED PARENT
- [ ] HELD CONFERENCE WITH PARENT
- [ ] SENT PREVIOUS REPORT HOME
- [x] _____

**PRESENT ACTION AND RECOMMENDATION(S):**
- [ ] STUDENT REGRETS INCIDENT, COOPERATIVE
- [ ] RECURRING INCIDENTS WILL BE REPORTED
- [ ] STUDENT WILL MAKE UP TIME
- [ ] STUDENT PLACED ON PROBATION
- [ ] STUDENT SUSPENDED
- [ ] CASE REFERRED TO:

[ ] In computer class Lezmond got a hold of keyboard cleaner spray and inhaled the chemical.   Suspended for 3 days

FORM 73 B   School Service Co. Inc., Grayslake, IL 60030   WHITE - PARENTS   YELLOW - OFFICE   PINK - TEACHER

---

## DISCIPLINARY REFERRAL

STUDENT'S NAME: Lezmond Mitchell
TIME: 1:45
DATE OF INCIDENT: 3-27-95
CLASS - GRADE: Science
DATE: 3-27-95
TEACHER: Sabin

### NOTICE TO PARENTS
1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASON(S) FOR REFERRAL:**
- [ ] CUTTING CLASS
- [ ] EXCESSIVE TARDINESS
- [x] ANNOYING CLASSMATES
- [ ] DESTRUCTION OF SCHOOL PROPERTY
- [x] LACK OF CLASS MATERIALS
- [x] LACK OF COOPERATION
- [x] RUDE, DISCOURTEOUS
- [x] stole my stapler
- [ ] RESTLESS, INATTENTIVE
- [x] EXCESSIVE TALKING
- [ ] MISCHIEF

**ACTION TAKEN PRIOR TO REFERRAL:**
- [ ] CHECKED STUDENT'S FOLDER
- [ ] HELD CONFERENCE WITH STUDENT
- [ ] CONSULTED COUNSELOR
- [ ] DETAINED STUDENT AFTER SCHOOL
- [ ] CHANGED STUDENT'S SEAT
- [ ] TELEPHONED PARENT
- [ ] HELD CONFERENCE WITH PARENT
- [ ] SENT PREVIOUS REPORT HOME
- [ ] _____

**PRESENT ACTION AND RECOMMENDATION(S):**
- [ ] STUDENT REGRETS INCIDENT, COOPERATIVE
- [ ] RECURRING INCIDENTS WILL BE REPORTED
- [ ] STUDENT WILL MAKE UP TIME
- [ ] STUDENT PLACED ON PROBATION
- [ ] STUDENT SUSPENDED
- [ ] CASE REFERRED TO:

[ ] Explained what happened; admitted stealing stapler; seems to have an attitude w/ Sabin. I'll see him Tuesday, April 4, 1995.   Lunch detention pay for stapler. J.C.

FORM 73 B   School Service Co. Inc., Grayslake, IL 60030   WHITE - PARENTS   YELLOW - OFFICE   PINK - TEACHER

FPD-AZ-03057-0140

EX 15 - 162

ROUND ROCK ELEMENTARY AND JUNIOR HIGH SCHOOL

DATE: _____

Dear George

Your son/daughter/or ward, Lezmond, was referred to my office on 5-16, for sniffing/inhaling Keyboard Cleaner.

During our meeting the student was:

_____ Returned to class after our discussion.

_____ Returned to class after being reprimanded.

_____ Restricted from attending school and all school functions until parent/guardian conference is held with the principal, school counselor and/or teacher (s).

_____ Restricted from school indefinitely with a recommendation for expulsion.

__X__ Suspended for 3 days. May return to school on May 19.

_____ Recommend to the School Board for Disciplinary Hearing.

_____ Restricted from classes for ____ days. (In-school suspension.)

_____ In-school detention assigned for ____ days.

_____ Other. _____

This notice is being sent to you to keep you informed of your child's behavior in school. We ask you to cooperate with us by:

__X__ Speaking with your son or daughter concerning this matter.

_____ Attending a conference with the principal as noted above. Already completed

_____ Attending a parent/principal conference before the student will be readmitted to school.

_____ Attending a Disciplinary Hearing with the School Board scheduled for _____ at ____ a.m. / p.m.

_____ Arranging to spend a complete day at school with your child.

_____ Other. _____

Sincerely,

R Norris
Round Rock School Principal/Head Teacher

Student File

FPD-AZ-03057-0141

**EX 15 - 163**

## DISCIPLINARY REFERRAL

STUDENT'S NAME: Raymond Mitchell

CLASS - GRADE: 7th   DATE: 5-11-95

TEACHER: Clare White

DATE OF INCIDENT: 5-11-95

### NOTICE TO PARENTS

1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASON(S) FOR REFERRAL:**

- [ ] CUTTING CLASS
- [ ] EXCESSIVE TARDINESS
- [ ] ANNOYING CLASSMATES
- [x] DESTRUCTION OF SCHOOL PROPERTY
- [ ] LACK OF CLASS MATERIALS
- [ ] LACK OF COOPERATION
- [ ] RUDE, DISCOURTEOUS
- [ ] _____
- [ ] RESTLESS, INATTENTIVE
- [ ] EXCESSIVE TALKING
- [ ] MISCHIEF

**ACTION TAKEN PRIOR TO REFERRAL:**

- [ ] CHECKED STUDENT'S FOLDER
- [ ] HELD CONFERENCE WITH STUDENT
- [ ] CONSULTED COUNSELOR
- [ ] DETAINED STUDENT AFTER SCHOOL
- [ ] CHANGED STUDENT'S SEAT
- [ ] TELEPHONED PARENT
- [ ] HELD CONFERENCE WITH PARENT
- [ ] SENT PREVIOUS REPORT HOME
- [ ] _____

**PRESENT ACTION AND RECOMMENDATION(S):**

- [ ] STUDENT REGRETS INCIDENT, COOPERATIVE
- [ ] RECURRING INCIDENTS WILL BE REPORTED
- [ ] STUDENT WILL MAKE UP TIME
- [ ] STUDENT PLACED ON PROBATION
- [ ] STUDENT SUSPENDED
- [ ] CASE REFERRED TO: _____

- [ ] In computer class _____ Suspended for 3 days

WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER

FORM 73 B    School Service Co. Inc., Grayslake, IL 60030

---

## DISCIPLINARY REFERRAL

STUDENT'S NAME: Raymond Mitchell

CLASS - GRADE: Science   DATE: 3-27-95

TEACHER: Sabin

TIME: 1:45   DATE OF INCIDENT: 3-27-95

### NOTICE TO PARENTS

1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASON(S) FOR REFERRAL:**

- [ ] CUTTING CLASS
- [ ] EXCESSIVE TARDINESS
- [x] ANNOYING CLASSMATES
- [ ] DESTRUCTION OF SCHOOL PROPERTY
- [ ] LACK OF CLASS MATERIALS
- [x] LACK OF COOPERATION
- [x] RUDE, DISCOURTEOUS
- [x] Stole my stapler
- [ ] RESTLESS, INATTENTIVE
- [x] EXCESSIVE TALKING
- [ ] MISCHIEF

**ACTION TAKEN PRIOR TO REFERRAL:**

- [ ] CHECKED STUDENT'S FOLDER
- [ ] HELD CONFERENCE WITH STUDENT
- [ ] CONSULTED COUNSELOR
- [ ] DETAINED STUDENT AFTER SCHOOL
- [ ] CHANGED STUDENT'S SEAT
- [ ] TELEPHONED PARENT
- [ ] HELD CONFERENCE WITH PARENT
- [ ] SENT PREVIOUS REPORT HOME
- [ ] _____

**PRESENT ACTION AND RECOMMENDATION(S):**

- [ ] STUDENT REGRETS INCIDENT, COOPERATIVE
- [ ] RECURRING INCIDENTS WILL BE REPORTED
- [ ] STUDENT WILL MAKE UP TIME
- [ ] STUDENT PLACED ON PROBATION
- [ ] STUDENT SUSPENDED
- [ ] CASE REFERRED TO: _____

- [ ] Explained what happened admitted stealing stapler. Seems to have an attitude w/ Sabin. I'll see him Tuesday April 4 1995  Lunch detention pay for stapler #

WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER

FORM 73 B    School Service Co. Inc., Grayslake, IL 60030

FPD-AZ-03057-0142

EX 15 - 164

Norris: I guess 3 5th grade opens in to complain. Here is what they said. Herman Tsosie and Derrick Bighorn were calling Katrina Begay - Bohrr. (It's her Nick-name but she doesn't like the cops calling her by that name.)

~~Raymond~~ was trying to get Kyle to use motions w/ hands and a pencil. They showed me how it was done by Raymond. They said it was Nasty. (Motions were made to to look like someone JACKING OFF!).

Frazier



Rebecca                    8:00

Orlando Shay (kg) mother
Ramona Elcitty come
in this morning. She
said Lezmond (5th) hit
his son in the mouth
sometimes yesterday.

9-8-95

I spoke w/ Lezmond and
he admitted to calling
Jennifer names, but he
had no idea about hitting
Orlando. He was
very sure that he
had not even been in
the RR w/ the little
ones. We talked about
name calling ect

FPD-AZ-03057-0144

October 3, 1995
12:30

Lezmond, Darrell, and Brent were caught throwing clay at girls in Science class. Lezmond was told to come in at lunch for detention, but he did not show up. Later the same day, the same boys were caught doing the same thing. The girls reported them the second time. The next day at lunch, the same boys were caught going through Ingrid's bag. After getting these three reports, I revoked all privileges for the rest of this week. The boys are to leave on the 3:30 bus. They may not attend practice, play in the games, or participate in any special activities. They will also have lunch detention in the office for this week. The coaches have been notified. The boys were told that the next report of this kind, may result in being suspended.

October 4th

Mrs. Begay, mother of Geraldine and Priscilla, came in and complained that Lezmond Mitchell had been taking food off their trays, taking a bite, and then putting it back.

October 5th

Celina sent Lezmond and Gary in because they were caught messing around. Lezmond picked up a rock and threw it toward Gary. Lezmond said that he was just trying to scare Gary, and that he threw it at the ground. The boys had been playing tag.

Lorenzo was given lunch detention for this week, and he was absent Wednesday. When he returned Thursday, I added detention for Monday and Tuesday. He may not stay for practice on detention days. I will give him these days to stay out of mischief. If he does, he may play in the game next week with Red Mesa.

FPD-AZ-03057-0145

EX 15 - 167

Gilbert

ject Loss of privileges

Date Oct 3 ___ 19 95

ezmond, Brent, and Darrell K. have lost
all privileges for this week. This means they
may not stay after school for any reason. They
may not go to the game, attend student
council meetings, and they have lunch detention
with me. I'll explain the details to you
later.

Signed Rebecca L. Norris

WilsonJones
RAYLINE FORM 44-900 2-PART
983 • PRINTED IN U.S.A.

- 5 -

FPD-AZ-03057-0146

| STUDENT'S NAME | | DISCIPLINARY REFERRAL | CLASS - GRADE | DATE |
|---|---|---|---|---|
| Lezmond Mitchell | | Grandparent of Kendra Shay reported this incident | 8 | 2-14-96 |
| TIME | DATE OF INCIDENT | | TEACHER | |
| 8:40 | 2-13-96 | | E. Noggs, Principal | |

**NOTICE TO PARENTS**

1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASON(S) FOR REFERRAL:**      X Taking another students papers & destroying the

☐ CUTTING CLASS            ☐ LACK OF CLASS MATERIALS       ☐ RESTLESS, INATTENTIVE

☐ EXCESSIVE TARDINESS       ☐ LACK OF COOPERATION          ☐ EXCESSIVE TALKING

☐ ANNOYING CLASSMATES       ☐ RUDE, DISCOURTEOUS            ☐ MISCHIEF

☐ DESTRUCTION OF SCHOOL PROPERTY   ☐ Picking on a second grade girl on

                                      the bus

**ACTION TAKEN PRIOR TO REFERRAL:**

☐ CHECKED STUDENT'S FOLDER      ☐ DETAINED STUDENT AFTER SCHOOL   ☐ HELD CONFERENCE WITH PARENT

☐ HELD CONFERENCE WITH STUDENT  ☐ CHANGED STUDENT'S SEAT          ☐ SENT PREVIOUS REPORT HOME

☐ CONSULTED COUNSELOR           ☐ TELEPHONED PARENT               ☐ _____

**PRESENT ACTION AND RECOMMENDATION (S):**

☐ STUDENT REGRETS INCIDENT, COOPERATIVE   ☐ STUDENT WILL MAKE UP TIME    ☐ STUDENT SUSPENDED

☒ RECURRING INCIDENTS WILL BE REPORTED    ☐ STUDENT PLACED ON PROBATION  ☐ CASE REFERRED TO:

☐ Conference with principal. He was told to completely leave the little ones alone. Another incident will result in bus privileges being revoked.

FORM 73 B      School Service Co. Inc., Grayslake, IL 60030        WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER

FPD-AZ-03057-0147

1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASON(S) FOR REFERRAL:**

☐ CUTTING CLASS
☐ EXCESSIVE TARDINESS
☐ ANNOYING CLASSMATES
☐ DESTRUCTION OF SCHOOL PROPERTY

☐ LACK OF CLASS MATERIALS
☐ LACK OF COOPERATION
☐ RUDE, DISCOURTEOUS
☐ _____

☐ RESTLESS, INATTENTIVE
☐ EXCESSIVE TALKING
☒ MISCHIEF

**ACTION TAKEN PRIOR TO REFERRAL:**

☐ CHECKED STUDENT'S FOLDER
☒ HELD CONFERENCE WITH STUDENT
☐ CONSULTED COUNSELOR

☐ DETAINED STUDENT AFTER SCHOOL
☐ CHANGED STUDENT'S SEAT
☐ TELEPHONED PARENT

☐ HELD CONFERENCE WITH PARENT
☐ SENT PREVIOUS REPORT HOME
☐ _____

**PRESENT ACTION AND RECOMMENDATION(S):**

☐ STUDENT REGRETS INCIDENT, COOPERATIVE
☐ RECURRING INCIDENTS WILL BE REPORTED
☐ _Smoking cigarette_

☐ STUDENT WILL MAKE UP TIME
☐ STUDENT PLACED ON PROBATION

☐ STUDENT SUSPENDED
☐ CASE REFERRED TO:
_____

FORM 73 B    School Service Co. Inc., Grayslake, IL 60030    **WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER**

4-18-86

Lezmond can't keep his mouth shut —
He wants to do his work in the office.

Stayed in the office ( lunch detention.

FPD-AZ-03057-0148

EX 15 - 170

# DISCIPLINARY REFERRAL

**UDENT'S NAME** *ezmond*

**DATE OF INCIDENT** 4-30-96

**CLASS - GRADE**

**DATE**

**TEACHER**

## NOTICE TO PARENTS

1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

*Reported by Classma...*

**REASON(S) FOR REFERRAL:**

- [ ] CUTTING CLASS
- [ ] EXCESSIVE TARDINESS
- [ ] ANNOYING CLASSMATES
- [ ] DESTRUCTION OF SCHOOL PROPERTY
- [ ] LACK OF CLASS MATERIALS
- [x] LACK OF COOPERATION
- [x] RUDE, DISCOURTEOUS *To M. Sabn*
- [ ] _____
- [x] RESTLESS, INATTENTIVE
- [ ] EXCESSIVE TALKING
- [ ] MISCHIEF

*Classmate talked to him*

**ACTION TAKEN PRIOR TO REFERRAL:**

- [x] CHECKED STUDENT'S FOLDER
- [ ] HELD CONFERENCE WITH STUDENT
- [ ] CONSULTED COUNSELOR
- [ ] DETAINED STUDENT AFTER SCHOOL
- [ ] CHANGED STUDENT'S SEAT
- [ ] TELEPHONED PARENT
- [ ] HELD CONFERENCE WITH PARENT
- [ ] SENT PREVIOUS REPORT HOME
- [ ] _____

**PRESENT ACTION AND RECOMMENDATION (S):**

- [ ] STUDENT REGRETS INCIDENT, COOPERATIVE
- [ ] RECURRING INCIDENTS WILL BE REPORTED
- [ ] STUDENT WILL MAKE UP TIME
- [ ] STUDENT PLACED ON PROBATION
- [ ] STUDENT SUSPENDED
- [ ] CASE REFERRED TO: _____

- [ ] *Suspension for 5 days*

FORM 73 B    School Service Co. Inc.; Grayslake, IL 60030        **WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER**

---

**STUDENT'S NAME** Lezmond Mitchel

**TIME** 2:30 pm

**DATE OF INCIDENT** 04-30-96

# DISCIPLINARY REFERRAL

**CLASS - GRADE** 8th

**DATE** 04-30-96

**TEACHER** White

## NOTICE TO PARENTS

1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASON(S) FOR REFERRAL:**

- [ ] CUTTING CLASS
- [ ] EXCESSIVE TARDINESS
- [ ] ANNOYING CLASSMATES
- [ ] DESTRUCTION OF SCHOOL PROPERTY
- [ ] LACK OF CLASS MATERIALS
- [ ] LACK OF COOPERATION
- [x] RUDE, DISCOURTEOUS
- [ ] _____
- [ ] RESTLESS, INATTENTIVE
- [ ] EXCESSIVE TALKING
- [ ] MISCHIEF

**ACTION TAKEN PRIOR TO REFERRAL:**

- [ ] CHECKED STUDENT'S FOLDER
- [ ] HELD CONFERENCE WITH STUDENT
- [ ] CONSULTED COUNSELOR
- [ ] DETAINED STUDENT AFTER SCHOOL
- [ ] CHANGED STUDENT'S SEAT
- [ ] TELEPHONED PARENT
- [ ] HELD CONFERENCE WITH PARENT
- [ ] SENT PREVIOUS REPORT HOME
- [ ] _____

**PRESENT ACTION AND RECOMMENDATION (S):**

- [ ] STUDENT REGRETS INCIDENT, COOPERATIVE
- [ ] RECURRING INCIDENTS WILL BE REPORTED
- [ ] STUDENT WILL MAKE UP TIME
- [ ] STUDENT PLACED ON PROBATION
- [ ] STUDENT SUSPENDED
- [ ] CASE REFERRED TO: *5 day suspension*

- [ ] *Lezmond started cursing for no reason ... who passed him by the restroom I asked him not to used foul language but still continued He also was telling the*

FORM 73 B    School Service Co. Inc. Grayslake, IL 60030        **WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER**

FPD-AZ-03057-0149

**EX 15 - 171**

Date: ___May 1, 1996___

Dear ___Mr. Mitchell___,

Your son/~~daughter~~, ___Lezmond___, was referred to my office on ___4-29, 30___, for picking on a second grade student, provoking a fight with a visitor, and talking rudely and disrespectfully to a teacher.

During our meeting the student was:

_____ Returned to class after our discussion.

_____ Returned to class after being reprimanded.

_____ Restricted from attending school and ALL school functions until parent/guardian conference is held with the principal, school counselor and/or teacher(s).

_____ Restricted from school indefinitely with a recommendation for expulsion.

__X__ Suspended for __5__ days. May return to school on ___May 8, 96___.

_____ Recommend to the School Board for Disciplinary Hearing.

_____ Restricted from classes for _____ days. (In-school suspension).

_____ In-school detention assigned for _____ days.

_____ Other: _____

This notice is being sent to you to keep you informed of your child's behavior in school. We ask you to cooperate with us by:

__X__ Speaking with your son or daughter concerning this matter.

_____ Attending a conference with the principal as noted above.

__X__ Attending a parent/principal conference BEFORE the student will be readmitted to school.

_____ Attending a Disciplinary Hearing with the School Board scheduled for _____ at _____ a.m./p.m.

__X__ Arranging to spend a complete day at school with your child.

_____ Other: _____

Sincerely,

_Rebecca L. Norris_
Round Rock School Principal/Head Teacher

FPD-AZ-03057-0150

EX 15 - 172

# DISCIPLINARY REFERRAL

T'S NAME

CLASS - GRADE: 9

DATE

DATE OF INCIDENT

TEACHER

## NOTICE TO PARENTS

1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**ASON(S) FOR REFERRAL:**

CUTTING CLASS

EXCESSIVE TARDINESS

ANNOYING CLASSMATES

DESTRUCTION OF SCHOOL PROPERTY

- ☐ LACK OF CLASS MATERIALS
- ☐ LACK OF COOPERATION
- ☐ RUDE, DISCOURTEOUS
- ☐
- ☐ RESTLESS, INATTENTIVE
- ☐ EXCESSIVE TALKING
- ☒ MISCHIEF

**TION TAKEN PRIOR TO REFERRAL:**

☐ CHECKED STUDENT'S FOLDER

☐ HELD CONFERENCE WITH STUDENT

☐ CONSULTED COUNSELOR

- ☐ DETAINED STUDENT AFTER SCHOOL
- ☐ CHANGED STUDENT'S SEAT
- ☐ TELEPHONED PARENT
- ☐ HELD CONFERENCE WITH PARENT
- ☐ SENT PREVIOUS REPORT HOME
- ☐

**ESENT ACTION AND RECOMMENDATION(S):**

☐ STUDENT REGRETS INCIDENT, COOPERATIVE

☐ RECURRING INCIDENTS WILL BE REPORTED

- ☐ STUDENT WILL MAKE UP TIME
- ☐ STUDENT PLACED ON PROBATION
- ☐ STUDENT SUSPENDED
- ☐ CASE REFERRED TO:

ORM 73 B    School Service Co. Inc., Grayslake, IL 60030    **WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER**

---

# DISCIPLINARY REFERRAL

DENT'S NAME

CLASS - GRADE: 9

DATE

DATE OF INCIDENT

TEACHER

## NOTICE TO PARENTS

1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASON(S) FOR REFERRAL:**

☐ CUTTING CLASS

☐ EXCESSIVE TARDINESS

☐ ANNOYING CLASSMATES

☐ DESTRUCTION OF SCHOOL PROPERTY

- ☐ LACK OF CLASS MATERIALS
- ☐ LACK OF COOPERATION
- ☐ RUDE, DISCOURTEOUS
- ☐
- ☐ RESTLESS, INATTENTIVE
- ☐ EXCESSIVE TALKING
- ☒ MISCHIEF

**ACTION TAKEN PRIOR TO REFERRAL:**

☐ CHECKED STUDENT'S FOLDER

☐ HELD CONFERENCE WITH STUDENT

☐ CONSULTED COUNSELOR

- ☐ DETAINED STUDENT AFTER SCHOOL
- ☐ CHANGED STUDENT'S SEAT
- ☐ TELEPHONED PARENT
- ☐ HELD CONFERENCE WITH PARENT
- ☐ SENT PREVIOUS REPORT HOME
- ☐

**PRESENT ACTION AND RECOMMENDATION(S):**

☐ STUDENT REGRETS INCIDENT, COOPERATIVE

☐ RECURRING INCIDENTS WILL BE REPORTED

- ☐ STUDENT WILL MAKE UP TIME
- ☐ STUDENT PLACED ON PROBATION
- ☐ STUDENT SUSPENDED
- ☐ CASE REFERRED TO:

ORM 73 B    School Service Co. Inc., Grayslake, IL 60030    **WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER**

FPD-AZ-03057-0151

EX 15 - 173

## DISCIPLINARY REFERRAL

STUDENT'S NAME: Lezmond Mitchell

TIME: 9:00 Am   DATE OF INCIDENT: 9/11/96

CLASS - GRADE: 9   DATE: 9/11/96

TEACHER: Abel Joe / Peggie (Sox)

### NOTICE TO PARENTS
1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASON(S) FOR REFERRAL:**
- [ ] CUTTING CLASS
- [ ] EXCESSIVE TARDINESS
- [ ] ANNOYING CLASSMATES
- [ ] DESTRUCTION OF SCHOOL PROPERTY
- [ ] LACK OF CLASS MATERIALS
- [ ] LACK OF COOPERATION
- [ ] RUDE, DISCOURTEOUS
- [ ] Shooting Water Gun in Class
- [ ] RESTLESS, INATTENTIVE
- [ ] EXCESSIVE TALKING
- [x] MISCHIEF

**ACTION TAKEN PRIOR TO REFERRAL:**
- [x] CHECKED STUDENT'S FOLDER
- [ ] HELD CONFERENCE WITH STUDENT
- [ ] CONSULTED COUNSELOR
- [ ] DETAINED STUDENT AFTER SCHOOL
- [ ] CHANGED STUDENT'S SEAT
- [ ] TELEPHONED PARENT
- [ ] HELD CONFERENCE WITH PARENT
- [ ] SENT PREVIOUS REPORT HOME
- [ ] _____

**PRESENT ACTION AND RECOMMENDATION(S):**
- [x] STUDENT REGRETS INCIDENT, COOPERATIVE
- [x] RECURRING INCIDENTS WILL BE REPORTED
- [ ] STUDENT WILL MAKE UP TIME
- [ ] STUDENT PLACED ON PROBATION
- [ ] STUDENT SUSPENDED
- [ ] CASE REFERRED TO:

And Dealt with Severity

FORM 73 B   School Service Co. Inc., Grayslake, IL 60030   WHITE - PARENTS   YELLOW - OFFICE   PINK - TEACHER

---

## DISCIPLINARY REFERRAL

STUDENT'S NAME: Mitchell, Lezmond

TIME: ___   DATE OF INCIDENT: 2-24-97

CLASS - GRADE: ___   DATE: 2/24/97

TEACHER: Mr. Poehlee

### NOTICE TO PARENTS
1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASONS FOR REFERRAL:**
- [ ] CUTTING CLASS
- [x] EXCESSIVE TARDINESS
- [ ] ANNOYING CLASSMATES
- [ ] DESTRUCTION OF SCHOOL PROPERTY
- [ ] LACK OF CLASS MATERIALS
- [ ] LACK OF COOPERATION
- [x] RUDE, DISCOURTEOUS
- [ ] _____
- [ ] RESTLESS, INATTENTIVE
- [ ] EXCESSIVE TALKING
- [ ] MISCHIEF

**ACTION TAKEN PRIOR TO REFERRAL:**
- [ ] CHECKED STUDENT'S FOLDER
- [ ] HELD CONFERENCE WITH STUDENT
- [ ] CONSULTED COUNSELOR
- [ ] DETAINED STUDENT AFTER SCHOOL
- [ ] CHANGED STUDENT'S SEAT
- [ ] TELEPHONED PARENT
- [ ] HELD CONFERENCE WITH PARENT
- [ ] SENT PREVIOUS REPORT HOME
- [ ] _____

**PRESENT ACTION AND RECOMMENDATION(S):**
- [ ] STUDENT REGRETS INCIDENT, COOPERATIVE
- [ ] RECURRING INCIDENTS WILL BE REPORTED
- [ ] STUDENT WILL MAKE UP TIME
- [ ] STUDENT PLACED ON PROBATION
- [ ] STUDENT SUSPENDED
- [ ] CASE REFERRED TO:

[x] In House Detention 2 days

WHITE - PARENTS   YELLOW - OFFICE   PINK - TEACHER

FPD-AZ-03057-0152

EX 15 - 174

Desmond Mitchell          9-11-96

I was sitting down, and my friend was next to me, and he had the water gun. So I said let me see it, and I shot the water gun a couple a times at one of the girls in front of me. The gun is not mine, but I did shoot it off.

Donovan —

    Send to Parents —

FPD-AZ-03057-0153

EX 15 - 175

## NOTICE TO PARENTS

1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASONS FOR REFERRAL:**

☐ CUTTING CLASS

☐ EXCESSIVE TARDINESS

☐ ANNOYING CLASSMATES

☐ DESTRUCTION OF SCHOOL PROPERTY

☐ LACK OF CLASS MATERIALS

☑ LACK OF COOPERATION

☑ RUDE, DISCOURTEOUS

☑ _profanity & 2nd time fighting_

☐ RESTLESS, INATTENTIVE

☑ EXCESSIVE TALKING

☐ MISCHIEF

**ACTION TAKEN PRIOR TO REFERRAL:**

☑ CHECKED STUDENT'S FOLDER

☑ HELD CONFERENCE WITH STUDENT

☐ CONSULTED COUNSELOR

☑ DETAINED STUDENT AFTER SCHOOL

☐ CHANGED STUDENT'S SEAT

☐ TELEPHONED PARENT

☐ HELD CONFERENCE WITH PARENT

☑ SENT PREVIOUS REPORT HOME

☐ _____

**PRESENT ACTION AND RECOMMENDATION (S):**

☐ STUDENT REGRETS INCIDENT, COOPERATIVE

☐ RECURRING INCIDENTS WILL BE REPORTED

☐ STUDENT WILL MAKE UP TIME

☐ STUDENT PLACED ON PROBATION

☑ STUDENT SUSPENDED

☐ CASE REFERRED TO:

☑ _After 2nd fight in student folder, student aggressively fought w/ another student 3rd time_

WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER

October 15, 1996
Lezmond Mitchell
Foul language on bus, 10/3/96

FPD-AZ-03057-0154

E    DATE OF INCIDENT    TEACHER
2-24-97    Poerker

## NOTICE TO PARENTS
1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

REASONS FOR REFERRAL:

☐ CUTTING CLASS               ☐ LACK OF CLASS MATERIALS      ☐ RESTLESS, INATTENTIVE
☐ EXCESSIVE TARDINESS         ☐ LACK OF COOPERATION          ☐ EXCESSIVE TALKING
☐ ANNOYING CLASSMATES         ☐ RUDE, DISCOURTEOUS            ☐ MISCHIEF
☐ DESTRUCTION OF SCHOOL PROPERTY  ☒ Excessive Tardies - Rudeness to Principal

ACTION TAKEN PRIOR TO REFERRAL:

☐ CHECKED STUDENT'S FOLDER    ☐ DETAINED STUDENT AFTER SCHOOL  ☐ HELD CONFERENCE WITH PARENT
☐ HELD CONFERENCE WITH STUDENT ☐ CHANGED STUDENT'S SEAT        ☐ SENT PREVIOUS REPORT HOME
☐ CONSULTED COUNSELOR         ☐ TELEPHONED PARENT             ☐ _____

PRESENT ACTION AND RECOMMENDATION (S):

☐ STUDENT REGRETS INCIDENT, COOPERATIVE  ☐ STUDENT WILL MAKE UP TIME    ☐ STUDENT SUSPENDED
☐ RECURRING INCIDENTS WILL BE REPORTED   ☐ STUDENT PLACED ON PROBATION  ☐ CASE REFERRED TO:

☐ __2 Days In House Detention__

WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER

---

STUDENT'S NAME                         CLASS - GRADE    DATE
EZMOND MITCHELL   **DISCIPLINARY REFERRAL**   Tech Lab   4-7-97
:40    DATE OF INCIDENT                     TEACHER
4-7-97    /                                 LT Begay

## NOTICE TO PARENTS
1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

REASON(S) FOR REFERRAL:

☐ CUTTING CLASS  7 unexcused  ☐ LACK OF CLASS MATERIALS      ☐ RESTLESS, INATTENTIVE
☐ EXCESSIVE TARDINESS          ☐ LACK OF COOPERATION          ☐ EXCESSIVE TALKING
☐ ANNOYING CLASSMATES          ☐ RUDE, DISCOURTEOUS            ☐ MISCHIEF
☐ DESTRUCTION OF SCHOOL PROPERTY  ☒ Abusing a Rest Room Pass.

ACTION TAKEN PRIOR TO REFERRAL:

☐ CHECKED STUDENT'S FOLDER     ☐ DETAINED STUDENT AFTER SCHOOL  ☐ HELD CONFERENCE WITH PARENT
☐ HELD CONFERENCE WITH STUDENT ☐ CHANGED STUDENT'S SEAT         ☐ SENT PREVIOUS REPORT HOME
☐ CONSULTED COUNSELOR          ☐ TELEPHONED PARENT              ☐ _____

PRESENT ACTION AND RECOMMENDATION (S):

☐ STUDENT REGRETS INCIDENT, COOPERATIVE  ☐ STUDENT WILL MAKE UP TIME   ☐ STUDENT SUSPENDED
☐ RECURRING INCIDENTS WILL BE REPORTED   ☐ STUDENT PLACED ON PROBATION ☒ CASE REFERRED TO: TSC

Student left at 2:40 and did not return.
Jesko 4-11-97 1/2 Day Detention

RM 73 B   School Service Co. Inc., Grayslake, IL 60030   WHITE - PARENTS   YELLOW - OFFICE   PINK - TEACHER

FPD-AZ-03057-0155

**EX 15 - 177**

**TIME** | **DATE OF INCIDENT** 2-24-97 | **TEACHER** Posiner

### NOTICE TO PARENTS
1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASONS FOR REFERRAL:**
- ☐ CUTTING CLASS
- ☐ EXCESSIVE TARDINESS
- ☐ ANNOYING CLASSMATES
- ☐ DESTRUCTION OF SCHOOL PROPERTY
- ☐ LACK OF CLASS MATERIALS
- ☐ LACK OF COOPERATION
- ☐ RUDE, DISCOURTEOUS
- ☒ EXCESSIVE TARDIES - RUDENESS TO PRINCIPAL
- ☐ RESTLESS, INATTENTIVE
- ☐ EXCESSIVE TALKING
- ☐ MISCHIEF

**ACTION TAKEN PRIOR TO REFERRAL:**
- ☐ CHECKED STUDENT'S FOLDER
- ☐ HELD CONFERENCE WITH STUDENT
- ☐ CONSULTED COUNSELOR
- ☐ DETAINED STUDENT AFTER SCHOOL
- ☐ CHANGED STUDENT'S SEAT
- ☐ TELEPHONED PARENT
- ☐ HELD CONFERENCE WITH PARENT
- ☐ SENT PREVIOUS REPORT HOME
- ☐ _____

**PRESENT ACTION AND RECOMMENDATION (S):**
- ☐ STUDENT REGRETS INCIDENT, COOPERATIVE
- ☐ RECURRING INCIDENTS WILL BE REPORTED
- ☐ STUDENT WILL MAKE UP TIME
- ☐ STUDENT PLACED ON PROBATION
- ☐ STUDENT SUSPENDED
- ☐ CASE REFERRED TO:

☒ 2 Days In House Detention

WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER

---

**STUDENT'S NAME** LEZMOND MITCHELL | **DISCIPLINARY REFERRAL** | **CLASS - GRADE** Tech Lab | **DATE** 4-7-97

**TIME** 2:40 | **DATE OF INCIDENT** 4-7-97 | | **TEACHER** CTBegay

### NOTICE TO PARENTS
1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASON(S) FOR REFERRAL:**
- ☒ CUTTING CLASS   7 unexcused
- ☒ EXCESSIVE TARDINESS
- ☐ ANNOYING CLASSMATES
- ☐ DESTRUCTION OF SCHOOL PROPERTY
- ☐ LACK OF CLASS MATERIALS
- ☐ LACK OF COOPERATION
- ☐ RUDE, DISCOURTEOUS
- ☒ ABUSING A REST ROOM PASS.
- ☐ RESTLESS, INATTENTIVE
- ☐ EXCESSIVE TALKING
- ☐ MISCHIEF

**ACTION TAKEN PRIOR TO REFERRAL:**
- ☐ CHECKED STUDENT'S FOLDER
- ☒ HELD CONFERENCE WITH STUDENT
- ☐ CONSULTED COUNSELOR
- ☐ DETAINED STUDENT AFTER SCHOOL
- ☐ CHANGED STUDENT'S SEAT
- ☐ TELEPHONED PARENT
- ☐ HELD CONFERENCE WITH PARENT
- ☐ SENT PREVIOUS REPORT HOME
- ☐ _____

**PRESENT ACTION AND RECOMMENDATION (S):**
- ☐ STUDENT REGRETS INCIDENT, COOPERATIVE
- ☐ RECURRING INCIDENTS WILL BE REPORTED
- ☐ STUDENT WILL MAKE UP TIME
- ☐ STUDENT PLACED ON PROBATION
- ☐ STUDENT SUSPENDED
- ☒ CASE REFERRED TO: TSO

☒ STUDENT LEFT at 2:40 AND DID NOT RETURN.
Lesko 4-11-97 ½ Day Detention

FORM 73 B    School Service Co. Inc., Grayslake, IL 60030    WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER

FPD-AZ-03057-0156

EX 15 - 178

## DISCIPLINARY REFERRAL

TUDENT'S NAME: es mund mitchell

CLASS - GRADE: 3/20/97

ME: 2:10

DATE OF INCIDENT: 3/20/97

TEACHER: O'Neal

### NOTICE TO PARENTS
1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASONS FOR REFERRAL:**
- ☐ CUTTING CLASS
- ☑ EXCESSIVE TARDINESS  6th Time
- ☐ ANNOYING CLASSMATES
- ☐ DESTRUCTION OF SCHOOL PROPERTY
- ☐ LACK OF CLASS MATERIALS
- ☐ LACK OF COOPERATION
- ☐ RUDE, DISCOURTEOUS
- ☐ 
- ☐ RESTLESS, INATTENTIVE
- ☐ EXCESSIVE TALKING
- ☐ MISCHIEF

**ACTION TAKEN PRIOR TO REFERRAL:**
- ☐ CHECKED STUDENT'S FOLDER
- ☐ HELD CONFERENCE WITH STUDENT
- ☐ CONSULTED COUNSELOR
- ☐ DETAINED STUDENT AFTER SCHOOL
- ☐ CHANGED STUDENT'S SEAT
- ☐ TELEPHONED PARENT
- ☐ HELD CONFERENCE WITH PARENT
- ☐ SENT PREVIOUS REPORT HOME
- ☑ Extra Work

**PRESENT ACTION AND RECOMMENDATION (S):**
- ☐ STUDENT REGRETS INCIDENT, COOPERATIVE
- ☐ RECURRING INCIDENTS WILL BE REPORTED
- ☐ STUDENT WILL MAKE UP TIME
- ☐ STUDENT PLACED ON PROBATION
- ☐ STUDENT SUSPENDED
- ☑ CASE REFERRED TO: ISU

☑ one day In House       ½ Day In House Detention
3-20-97

J. Lesher    WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER

---

## DISCIPLINARY REFERRAL

STUDENT'S NAME: Mitchell, Lezmond

CLASS - GRADE: 

DATE: 2/24/97

TIME: 

DATE OF INCIDENT: 2-24-97

TEACHER: Mr. Poehlee

### NOTICE TO PARENTS
1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASONS FOR REFERRAL:**
- ☐ CUTTING CLASS
- ☑ EXCESSIVE TARDINESS
- ☐ ANNOYING CLASSMATES
- ☐ DESTRUCTION OF SCHOOL PROPERTY
- ☐ LACK OF CLASS MATERIALS
- ☐ LACK OF COOPERATION
- ☑ RUDE, DISCOURTEOUS
- ☐ 
- ☐ RESTLESS, INATTENTIVE
- ☐ EXCESSIVE TALKING
- ☐ MISCHIEF

**ACTION TAKEN PRIOR TO REFERRAL:**
- ☐ CHECKED STUDENT'S FOLDER
- ☐ HELD CONFERENCE WITH STUDENT
- ☐ CONSULTED COUNSELOR
- ☐ DETAINED STUDENT AFTER SCHOOL
- ☐ CHANGED STUDENT'S SEAT
- ☐ TELEPHONED PARENT
- ☐ HELD CONFERENCE WITH PARENT
- ☐ SENT PREVIOUS REPORT HOME
- ☐ 

**PRESENT ACTION AND RECOMMENDATION (S):**
- ☐ STUDENT REGRETS INCIDENT, COOPERATIVE
- ☐ RECURRING INCIDENTS WILL BE REPORTED
- ☐ STUDENT WILL MAKE UP TIME
- ☐ STUDENT PLACED ON PROBATION
- ☐ STUDENT SUSPENDED
- ☐ CASE REFERRED TO:

☑ In House Detention   2 days

WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER

FPD-AZ-03057-0157

**EX 15 - 179**

RED MESA HIGH SCHOOL
1-520-656-3574

## Student Disciplinary Notice

Date: 10/28/97

Dear: _____

Your daughter/son/ward, _____Lezprich_____, was referred to my office

today for _____

_____

**As a result of our meeting, the student was:**

___  Counseled and returned to class with a warning.

___  Restricted from attending school and all school functions until a parent
conference is held.

___  Assigned to In-school suspension for _____ days.

**This notice is being sent to you to keep you informed of your child's behavior in
school. We ask you to cooperate with us by:**

___  Speaking with your son/daughter concerning this matter.

___  Attending a conference with the Principal.

**Parent Conference held** __10/28_____, **with the following results:**

___  Suspended from school beginning _____ to _____, to
return to school on _____.

___  Required to attend counseling sessions. _____

✓  Other disciplinary action taken: _returned to class of_
_counseling_

Sincerely,


_____
James D. Lesher, Acting Principal


FPD-AZ-03057-0158

RED MESA HIGH SCHOOL
1-520-656-3574

## Student Disciplinary Notice

Date: _10/28/07_

Dear: _____

Your daughter/son/ward, _____, was referred to my office

today for _____

_____

### As a result of our meeting, the student was:

___ Counseled and returned to class with a warning.

___ Restricted from attending school and all school functions until a parent conference is held.

___ Assigned to In-school suspension for _____ days.

**This notice is being sent to you to keep you informed of your child's behavior in school. We ask you to cooperate with us by:**

___ Speaking with your son/daughter concerning this matter.

___ Attending a conference with the Principal.

**Parent Conference held _____, with the following results:**

___ Suspended from school beginning _____ to _____, to return to school on _____.

___ Required to attend counseling sessions. _____

___ Other disciplinary action taken: _____
_____

Sincerely,

_____
James D. Lesher, Acting Principal

FPD-AZ-03057-0159

# DISCIPLINARY REFERRAL

STUDENT'S NAME: esmond Mitchell

DATE OF INCIDENT: 9:55   1/15/98

TEACHER: Failey

## NOTICE TO PARENTS
1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASONS FOR REFERRAL:**
- CUTTING CLASS
- EXCESSIVE TARDINESS
- ANNOYING CLASSMATES
- DESTRUCTION OF SCHOOL PROPERTY
- ☐ LACK OF CLASS MATERIALS
- ☐ LACK OF COOPERATION
- ☐ RUDE, DISCOURTEOUS   ☑ Smoking "B" building East Side
- ☐ RESTLESS, INATTENTIVE
- ☐ EXCESSIVE TALKING
- ☐ MISCHIEF

**ACTION TAKEN PRIOR TO REFERRAL:**
- CHECKED STUDENT'S FOLDER
- HELD CONFERENCE WITH STUDENT
- CONSULTED COUNSELOR
- ☐ DETAINED STUDENT AFTER SCHOOL
- ☐ CHANGED STUDENT'S SEAT
- ☐ TELEPHONED PARENT
- ☐ HELD CONFERENCE WITH PARENT
- ☐ SENT PREVIOUS REPORT HOME
- ☐ _____

**PRESENT ACTION AND RECOMMENDATION (S):**
- STUDENT REGRETS INCIDENT, COOPERATIVE
- RECURRING INCIDENTS WILL BE REPORTED
- ☐ STUDENT WILL MAKE UP TIME
- ☐ STUDENT PLACED ON PROBATION
- ☐ STUDENT SUSPENDED
- ☐ CASE REFERRED TO: _____

WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER

---

STUDENT'S NAME: ezmond Mitchell

TIME: 10 am   DATE OF INCIDENT: 5/14/98

# DISCIPLINARY REFERRAL

CLASS - GRADE: 10   DATE: 5/14/98

TEACHER: Ploy for Shat

## NOTICE TO PARENTS
1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASONS FOR REFERRAL:**
- ☐ CUTTING CLASS
- ☐ EXCESSIVE TARDINESS
- ☐ ANNOYING CLASSMATES
- ☐ DESTRUCTION OF SCHOOL PROPERTY
- ☐ LACK OF CLASS MATERIALS
- ☑ LACK OF COOPERATION
- ☑ RUDE, DISCOURTEOUS
- ☐ Never shuts up
- ☑ RESTLESS, INATTENTIVE
- ☑ EXCESSIVE TALKING
- ☐ MISCHIEF

FILE

**ACTION TAKEN PRIOR TO REFERRAL:**
- ☐ CHECKED STUDENT'S FOLDER
- ☐ HELD CONFERENCE WITH STUDENT
- ☐ CONSULTED COUNSELOR
- ☐ DETAINED STUDENT AFTER SCHOOL
- ☐ CHANGED STUDENT'S SEAT
- ☐ TELEPHONED PARENT
- ☐ HELD CONFERENCE WITH PARENT
- ☐ SENT PREVIOUS REPORT HOME
- ☐ _____

**PRESENT ACTION AND RECOMMENDATION (S):**
- ☐ STUDENT REGRETS INCIDENT, COOPERATIVE
- ☑ RECURRING INCIDENTS WILL BE REPORTED
- ☐ STUDENT WILL MAKE UP TIME
- ☐ STUDENT PLACED ON PROBATION
- ☐ STUDENT SUSPENDED
- ☐ CASE REFERRED TO: _____

I've counsel student on matter and have asked student to have a subject related, structured questioning/answers, when talking as asked. EMG (BwT)

WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER

FPD-AZ-03057-0160

EX 15 - 182

RED MESA HIGH SCHOOL
1-520-656-3574

## Student Disciplinary Notice

Date: _2- 12-98_

Dear: _George Mitchell_

Your daughter/son/ward, _LEZMOND_ , was referred to my office

today for _THROWING A CHUNK OF PLASTERBOARD_

_AT Mr. TWEEDIE_

As a result of our meeting, the student was:

    _____ Counseled and returned to class with a warning.

    _____ Restricted from attending school and all school functions until a parent conference is held.

    _____ Assigned to In-school suspension for _____ days.

This notice is being sent to you to keep you informed of your child's behavior in school. We ask you to cooperate with us by:

    XXX Speaking with your son/daughter concerning this matter.

    _____ Attending a conference with the Principal.

**Parent Conference held** _____, **with the following results:**

    XXX Suspended from school beginning _2/12/98_ to _2/18/98_, to return to school on _2/19/98_.

    _____ Required to attend counseling sessions. _____

    _____ Other: _____

Sincerely,

_James D. Lesher_

James D. Lesher, Principal

2/12
17
18
19- return

cc:    Student File
        BMT
        Counselor

FPD-AZ-03057-0161

EX 15 - 183

RED MESA HIGH SCHOOL
1-520-656-3574

## Student Disciplinary Notice

Date: _2 - 12 - 98_

Dear: _George Mitchell_

Your daughter/son/ward, _LEZMOND_ , was referred to my office

today for _THROWING A CHUNK OF PLASTERBOARD_

_AT Mr. TWEEDIE_ .

As a result of our meeting, the student was:

_____ Counseled and returned to class with a warning.
_____ Restricted from attending school and all school functions until a parent conference is held.
_____ Assigned to In-school suspension for _____ days.

This notice is being sent to you to keep you informed of your child's behavior in school. We ask you to cooperate with us by:

XXX Speaking with your son/daughter concerning this matter.
_____ Attending a conference with the Principal.

Parent Conference held _____, with the following results:

XXX Suspended from school beginning _2/12/98_ to _2/18/98_, to return to school on _2/19/98_ !
_____ Required to attend counseling sessions. _____
_____
_____ Other: _____

Sincerely,

_James N. Lesher_
James D. Lesher, Principal

cc:   Student File
      BMT
      Counselor

FPD-AZ-03057-0162

Red Mesa High School
HCR 6100 Box 40
Teec Nos Pos, Arizona 86514
(520) 656-3574

Student Disciplinary Notice

March 6, 1998

Dear Mr. Mitchell:

Your daughter/son/ward, Lezmond Mitchell, was referred to my office today for **ditched 3rd hour on 3/5/98; lying to teacher about a staff**.

**As a result of our meeting, the student was:**

X Counseled and returned to class with a warning.
  Restricted from attending school and all school functions
  until a parent conference is held.
  Assigned to In-School suspension for _____ days.

**This notice is being sent to you to keep you informed of your child's behavior in school. We ask you to cooperate with us by:**

X Speaking with your son/daughter concerning this matter.
X Attending a conference with the Principal.

**Parent Conference held** _____, **with the following results.**

X Suspended from school beginning _3/6/98_ to _3/10/98_, to return to school on _3/11/98_ .

  Required to attend counseling sessions. _____

X Other. _____

Sincerely,

*James D. Lesher*
James D. Lesher, Principal

cc: Student file
  BMT
  Counselor

FPD-AZ-03057-0163

Red Mesa High School
HCR 6100 Box 40
Teec Nos Pos, Arizona  86514
(520) 656-3574

Student Disciplinary Notice

March 6, 1998

Dear Mr. Mitchell:

Your daughter/son/ward, <u>Lezmond Mitchell</u>, was referred to my office today for **ditched 3rd hour on 3/5/98; lying to teacher about a staff**.

**As a result of our meeting, the student was:**

    Counseled and returned to class with a warning.
____Y____   Restricted from attending school and all school functions
    until a parent conference is held.
_____   Assigned to In-School suspension for _____ days.

**This notice is being sent to you to keep you informed of your child's behavior in school. We ask you to cooperate with us by:**

____Y____   Speaking with your son/daughter concerning this matter.
____X____   Attending a conference with the Principal.

**Parent Conference held** _____, **with the following results.**

____X____   Suspended from school beginning _3/6/98_ to _3/10/98_, to
    return to school on __3/11/98__.

_____   Required to attend counseling sessions. _____

____X____   Other. _____

Sincerely,

*James M. Lesher*
James D. Lesher, Principal

cc:   Student file
      BMT
      Counselor

*WOULD LIKE TO HAVE COUNSELING*

*BEHAVIOR MODIFICATION BETTER GRADES?*

FPD-AZ-03057-0164

EX 15 - 186

Red Mesa High School
HCR 6100 Box 40
Teec Nos Pos, Arizona  86514
(520) 656-3574

Student Disciplinary Notice

March 6, 1998

Dear Mr. Mitchell:

Your daughter/son/ward, Lezmond Mitchell, was referred to my office today for **ditched 3rd hour on 3/6/98; lying to teacher about a staff**.

**As a result of our meeting, the student was:**

_____ Counseled and returned to class with a warning.
___X___ Restricted from attending school and all school functions
  until a parent conference is held.
_____ Assigned to In-School suspension for _____ days.

**This notice is being sent to you to keep you informed of your child's behavior in school. We ask you to cooperate with us by:**

___X___ Speaking with your son/daughter concerning this matter.
___X___ Attending a conference with the Principal.

**Parent Conference held** _____, **with the following results.**

___X___ Suspended from school beginning _3/6/98_ to _3/10/98_, to
  return to school on _3/11/98_.

_____ Required to attend counseling sessions. _____
  _____

___X___ Other. _____

Sincerely,

*James D. Lesher*
James D. Lesher, Principal

cc:    Student file
       BMT
       Counselor

FPD-AZ-03057-0165

**DISCIPLINARY REFERRAL**

STUDENT'S NAME: ~~Fz~~mon D Mitchell

CLASS - GRADE: 10    DATE: 5/14/98

DATE OF INCIDENT: 5/14/98    TIME: O am

TEACHER: Clay for Hart

## NOTICE TO PARENTS

1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASONS FOR REFERRAL:**

- [ ] CUTTING CLASS
- [ ] EXCESSIVE TARDINESS
- [ ] ANNOYING CLASSMATES
- [ ] DESTRUCTION OF SCHOOL PROPERTY
- [ ] LACK OF CLASS MATERIALS
- [x] LACK OF COOPERATION
- [x] RUDE, DISCOURTEOUS
- [ ] _Never shuts up_
- [ ] RESTLESS, INATTENTIVE
- [x] EXCESSIVE TALKING
- [ ] MISCHIEF

FILE

**ACTION TAKEN PRIOR TO REFERRAL:**

- [ ] CHECKED STUDENT'S FOLDER
- [ ] HELD CONFERENCE WITH STUDENT
- [ ] CONSULTED COUNSELOR
- [ ] DETAINED STUDENT AFTER SCHOOL
- [ ] CHANGED STUDENT'S SEAT
- [ ] TELEPHONED PARENT
- [ ] HELD CONFERENCE WITH PARENT
- [ ] SENT PREVIOUS REPORT HOME
- [ ] _____

**PRESENT ACTION AND RECOMMENDATION (S):**

- [ ] STUDENT REGRETS INCIDENT, COOPERATIVE
- [x] RECURRING INCIDENTS WILL BE REPORTED
- [ ] STUDENT WILL MAKE UP TIME
- [ ] STUDENT PLACED ON PROBATION
- [ ] STUDENT SUSPENDED
- [ ] CASE REFERRED TO:

_I've counsel student on matter and have asked student to have a subject related, structured questioning/answers, when talking as asked. EMG (BwT)_

WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER

---

**DISCIPLINARY REFERRAL**

STUDENT'S NAME: Desmond Mitchell

CLASS - GRADE:    DATE: 1/15/98

DATE OF INCIDENT: 1/15/98    TIME: 9:55

TEACHER: Failey

## NOTICE TO PARENTS

1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

**REASONS FOR REFERRAL:**

- [ ] CUTTING CLASS
- [ ] EXCESSIVE TARDINESS
- [ ] ANNOYING CLASSMATES
- [ ] DESTRUCTION OF SCHOOL PROPERTY
- [ ] LACK OF CLASS MATERIALS
- [ ] LACK OF COOPERATION
- [ ] RUDE, DISCOURTEOUS
- [x] _Smoking "B" Building East Side_
- [ ] RESTLESS, INATTENTIVE
- [ ] EXCESSIVE TALKING
- [ ] MISCHIEF

**ACTION TAKEN PRIOR TO REFERRAL:**

- [ ] CHECKED STUDENT'S FOLDER
- [ ] HELD CONFERENCE WITH STUDENT
- [ ] CONSULTED COUNSELOR
- [ ] DETAINED STUDENT AFTER SCHOOL
- [ ] CHANGED STUDENT'S SEAT
- [ ] TELEPHONED PARENT
- [ ] HELD CONFERENCE WITH PARENT
- [ ] SENT PREVIOUS REPORT HOME
- [ ] _____

**PRESENT ACTION AND RECOMMENDATION (S):**

- [ ] STUDENT REGRETS INCIDENT, COOPERATIVE
- [ ] RECURRING INCIDENTS WILL BE REPORTED
- [ ] STUDENT WILL MAKE UP TIME
- [ ] STUDENT PLACED ON PROBATION
- [ ] STUDENT SUSPENDED
- [ ] CASE REFERRED TO:

- [ ] _____

WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER

FPD-AZ-03057-0166

**EX 15 - 188**

**DISCIPLINARY REFERRAL**

DENT'S NAME: egmond Mitchell

CLASS - GRADE: 11

DATE: 9/3/98

: 805    DATE OF INCIDENT: 9/3/98

TEACHER:

## NOTICE TO PARENTS
1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

EASONS FOR REFERRAL:
- [ ] CUTTING CLASS
- [ ] EXCESSIVE TARDINESS
- [ ] ANNOYING CLASSMATES
- [ ] DESTRUCTION OF SCHOOL PROPERTY
- [ ] LACK OF CLASS MATERIALS
- [x] LACK OF COOPERATION
- [x] RUDE, DISCOURTEOUS
- [ ] RESTLESS, INATTENTIVE
- [x] EXCESSIVE TALKING
- [ ] MISCHIEF

profanity & 2nd time fighting

ACTION TAKEN PRIOR TO REFERRAL:
- [x] CHECKED STUDENT'S FOLDER
- [x] HELD CONFERENCE WITH STUDENT
- [ ] CONSULTED COUNSELOR
- [x] DETAINED STUDENT AFTER SCHOOL
- [ ] CHANGED STUDENT'S SEAT
- [ ] TELEPHONED PARENT
- [ ] HELD CONFERENCE WITH PARENT
- [x] SENT PREVIOUS REPORT HOME
- [ ] _____

PRESENT ACTION AND RECOMMENDATION (S):
- [ ] STUDENT REGRETS INCIDENT, COOPERATIVE
- [ ] RECURRING INCIDENTS WILL BE REPORTED
- [ ] STUDENT WILL MAKE UP TIME
- [ ] STUDENT PLACED ON PROBATION
- [x] STUDENT SUSPENDED
- [ ] CASE REFERRED TO:

[x] after 2nd fight in student folder, student aggressively fought w/ another student 3rd time

WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER

---

**DISCIPLINARY REFERRAL**

TUDENT'S NAME: Legmond Mitchell

CLASS - GRADE: 11

DATE: 8/31/98

IME: 405    DATE OF INCIDENT: 8/28/98

TEACHER: Bus #118 Curley

## NOTICE TO PARENTS
1. The purpose of this report is to inform you of a disciplinary incident involving the student.
2. You are urged to appreciate the action taken by the teacher and to cooperate with the corrective action initiated today.

REASONS FOR REFERRAL:
- [ ] CUTTING CLASS
- [ ] EXCESSIVE TARDINESS
- [ ] ANNOYING CLASSMATES
- [ ] DESTRUCTION OF SCHOOL PROPERTY
- [ ] LACK OF CLASS MATERIALS
- [ ] LACK OF COOPERATION
- [ ] RUDE, DISCOURTEOUS
- [ ] RESTLESS, INATTENTIVE
- [ ] EXCESSIVE TALKING
- [ ] MISCHIEF

profanity & fighting

ACTION TAKEN PRIOR TO REFERRAL:
- [ ] CHECKED STUDENT'S FOLDER
- [ ] HELD CONFERENCE WITH STUDENT
- [ ] CONSULTED COUNSELOR
- [ ] DETAINED STUDENT AFTER SCHOOL
- [ ] CHANGED STUDENT'S SEAT
- [ ] TELEPHONED PARENT
- [ ] HELD CONFERENCE WITH PARENT
- [ ] SENT PREVIOUS REPORT HOME
- [ ] _____

PRESENT ACTION AND RECOMMENDATION (S):
- [ ] STUDENT REGRETS INCIDENT, COOPERATIVE
- [ ] RECURRING INCIDENTS WILL BE REPORTED
- [ ] STUDENT WILL MAKE UP TIME
- [ ] STUDENT PLACED ON PROBATION
- [ ] STUDENT SUSPENDED
- [ ] CASE REFERRED TO:

[x] 3 days afternoon & after school detention loss of football practice

WHITE - PARENTS    YELLOW - OFFICE    PINK - TEACHER

FPD-AZ-03057-0167

EX 15 - 189

# RED MESA HIGH SCHOOL
## Student Disciplinary Notice

Date: September 3, 1998

Dear: Mr. George Mitchell

Your son/daughter/ward, Lezmond Mitchell ✓, was referred to my office on

September 3, 1998 for fighting (2nd offense)

As a result of our meeting, the student was:

___ Counseled, and returned to class with warning.

xx Restricted from attending school and all school functions until a parent conference is held.

Parent Conference held: _____, with following results:

___ Assigned to detention for _____ days. (In-school suspension.)

xx Suspended from school beginning: Setpember 4, 1998 to: September 17, 1998, to return to school on _____.

___ Required to attend counseling sessions with _____ Substance Abuse Counselor.

___ Other disciplinary action taken: _____

This notice is being sent to you to keep you informed of your child's behavior in school. We ask you to cooperate with us by:

___ Speaking with your son/daughter concerning this matter.

___ Attending a conference with the Principal.

___ Attending a disciplinary hearing with the School Board on _____, at _____ in _____.

___ In order for your child to return to school, you are required to make arrangements with the school to spend a full day at school with your child.

*I will be on site at Red Mesa High School with my son/daughter on _____

Parent/Guardian Signature: _____

Student Signature: _____

Sincerely,

James D. Lesher, Principal

File:    Student file
         Principal

FPD-AZ-03057-0168

# CELEBRATING 30 YEARS OF NAVAJO EDUCATION
# ROUGH ROCK SCHOOL BOARD, INC.
## Tse' ch'izhi' Dine' Bi'o'lta'
RRDS #PTT  HC61 – Box 1480
Chinle, Arizona 86503

## LETTER OF SUSPENSION

_Dec 2, 1999_

TO THE PARENTS OF: _Lezmond Mitchell_

This is to notify you that your son/daughter has been suspended from Rough Rock High School for a period of _(2) two_ days ( _Dec. 2, and Dec 6th._
or until parent conference scheduled for:
_Tuesday Dec 7th_ in my office.
_(8:00 am)_

Reason for this out of school suspension:

_2.0 Resisting Authority / & Endangerment_
The provisions for this suspension are: _(Refused to Report to By School Suspension)_

1. _Mandatory / Required parent conference_
2.
3. _George Mitchell, telephoned, & talked Set conference for Tuesday 12-7-99_
4. _left message for Sherry Mitchell a Window Rock_

If you have any questions regarding this matter, please call me at any time during the school day, 520-728-3523.

Sincerely,

John Fontes, V. Principal
High School

Cc:
Maye Bigboy, Principal
Cindy John, Middle School
Harry Claw, Manager
Gib Rogers, High School Counselor
Ray Yazzie, Security

Ben Atene, Residential Counselor
Laura Williams, Residential Counselor
Elsie Yazzie, Manager
Judy Yazzic, Home Liaison
Glenna Chee, Attendance

FPD-AZ-03056-0377

EX 15 - 191

# CELEBRATING 30 YEARS OF NAVAJO EDUCATION
# ROUGH ROCK SCHOOL BOARD, INC.

Tse' ch'izhi' Dine' Bi' 'lta'
RRDS #PTT  HC61 – Box  30
Chinle, Arizona  86503

## LETTER OF SUSPENSION

_Jan 13_____, 2000

TO THE PARENTS OF: _Le'mond Mitchell_

This is to notify you that your son/daughter has been suspended from Rough Rock High School for a period of _(4) four_ days ( _Jan 13, and Jon 18-20 th. 2000_
or until parent conference scheduled for:
_Jon. 24, 2000_____ in my office.

Reason for this out of school suspension:
_2.0 Resisting Authority. Foul/bad vote._

The provisions for this suspension are:

1. _Conference with Mr. Fontes & Scott_
2.
3. _Also will be on In School Suspension (1) Day upon_
4. _Return. —_

If you have any questions regarding this matter, please call me at any time during the school day, 520-728-3523.

Sincerely,

John Fontes, V. Principal
High School

Cc:
Maye Bigboy, Principal
Cindy John, Middle School
Harry Claw, Residential Counselor
Gib Rogers, High School Counselor

Ben Atene, Residential Counselor
Geneva Nez, Residential Counselor
Elsie Yazzie, Manager
Judy Yazzie, Home-Liaison
Glenna Chee, Attendance

FPD-AZ-03056-0378

**EX 15 - 192**

**Rough Rock Community School**
**RRTP Box PTT**
**Chinle, AZ 86503**

**Memo**

Date: 1-13-2000

To: Teachers and Staff

From: John Fontes, Assistant Principal

Re: <u>**Out of School Suspension**</u>            <u>**In School Suspension**</u>

Lamanda, Gonnie

Leemond, Mitchell

Ronelda Charley

Samantha Tom

Marlena Begay (make up 1/12)

⊗ Eric Ben pm

⊗ Jeremy Bahe

FPD-AZ-03056-0379

# CELEBRATING 30 YEARS OF NAVAJO EDUCATION
# ROUGH ROCK SCHOOL BOARD, INC.
### Tse' ch'izhi' Dine' Bi 'lta'
RRDS #PTT  HC61 – Box 180
Chinle, Arizona  86503

## LETTER OF SUSPENSION

*4-13* , *2000*

TO THE PARENTS OF: *Leonard Mitchell*

This is to notify you that your son/daughter has been suspended from Rough Rock High School for a period of ___8___ days ( *1357* ) *April 17-27th, 2000.*
or until parent conference scheduled for:

*Monday May 15th 2000*    in my office. *Verbal + Hearing office*
            *8:15 am.*    *— Due Process Hearing "*

Reason for this out of school suspension: *18.0  Sale and/or Distribution of a controlled substance (marijuana)*
*19.0  Violation of Behavior Contract*

The provisions for this suspension are:

1. *Student not allowed on campus H.S or Dorm area*
2. *during suspension*
3. _____
4. _____

If you have any questions regarding this matter, please call me at any time during the school day, 520-728-3523.

Sincerely,

John Fontes, V. Principal
High School

Cc:
Maye Bigboy, Principal
Cindy John, Middle School
Harry Claw, Residential Counselor
Gib Rogers, High School Counselor

Ben Atene, Residential Counselor
Geneva Nez, Residential Counselor
Elsie Yazzie, Manager
Judy Yazzie, Home Liaison
Glenna Chee, Attendanc

FPD-AZ-03056-0380

EX 15 - 194

ge Daily Attendance From 08/16/99 to 08/31/99

Grade Level

Excused Codes: ET, ED, FA, PA, HB   Unexcused Codes: SA, UT, UA, SD

Periods: 1, 2, 3, 4, 5, 6

Attendance Thresholds: Whole: 51, 3/4: 0, 1/2: 50, 1/4: 0

| Student Name | Entry Date | Exit Date | Mem Days | Non-Mem Days | Sched Days | Days Pres | Days Exc | Days Unexc |
|---|---|---|---|---|---|---|---|---|
| Mitchell, Lezmond C | | | 10.00 | 0.00 | 10.00 | 10.00 | 0.00 | 0.00 |
| | | | | | | 9.50 | | 2.50 |

FPD-AZ-03056-0381

Average Daily Attendance From 09/01/99 to 09/29/99          (16.00 Normal Track Days)
By Grade Level
Excused Codes: ET, ED, FA, PA, HB    Unexcused Codes: SA, UT, UA, SD
Periods: 1, 2, 3, 4, 5, 6
Attendance Thresholds: Whole: 51,  3/4: 0,  1/2: 50,  1/4: 0

| Student Name | Entry Date | Exit Date | Mem Days | Non-Mem Days | Sched Days | Days Pres | Days Exc | Days Unexc |
|---|---|---|---|---|---|---|---|---|
| Mitchell, Lezmond C | | | 16.00 | 0.00 | 16.00 | 16.00 | 0.00 | 0.00 |
| | | | | | | | | 1.00 |

FPD-AZ-03056-0382

EX 15 - 196

age Daily Attendance From 10/04/99 to 10/28/99          (15.00 Normal Track Days)

Grade Level

xcused Codes: ET, ED, FA, PA, HB    Unexcused Codes: SA, UT, UA, SD

Periods: 1, 2, 3, 4, 5, 6

Attendance Thresholds: Whole: 51, 3/4: 0, 1/2: 50, 1/4: 0

| Student Name | Entry Date | Exit Date | Mem Days | Non-Mem Days | Sched D | Days | Days | Days |
|---|---|---|---|---|---|---|---|---|
| | | | 15.00 | 0.00 | 15.00 | 15.00 | 0.00 | 0.00 |
| Mitchell, Lezmond C | | | 15.00 | 0.00 | 15.00 | 11.00 | 0.00 | 4.00 |

FPD-AZ-03056-0383

**EX 15 - 197**

Average Daily Attendance From 12/01/99 to 12/16/99    (10.00 Normal Track Days)
By Grade Level
Excused Codes: ET, ED, FA, PA, HB   Unexcused Codes: SA, UT, UA, SD
Periods: 1, 2, 3, 4, 5, 6
Attendance Thresholds: Whole: 51,  3/4: 0,  1/2: 50,  1/4: 0

| Student Name | Entry Date | Exit Date | Mem Days | Non-Mem Days | Sched Days | Days Pres | Days Exc | Days Unexc |
|---|---|---|---|---|---|---|---|---|
| Mitchell, Lezmond C | | | 10.00 | 0.00 | 10.00 | 6.00 | 0.00 | 4.00 |

FPD-AZ-03056-0384

age Daily Attendance From 01/03/00 to 01/31/00    (16.00 Normal Track Days)
Grade Level
xcused Codes: ET, ED, FA, PA, HB    Unexcused Codes: SA, UT, UA, SD
Periods: 1, 2, 3, 4, 5, 6
Attendance Thresholds: Whole: 51, 3/4: 0, 1/2: 50, 1/4: 0

| Student Name | Entry Date | Exit Date | Mem Days | Non-Mem Days | Sched Days | Days Pres | Days Exc | Days Unexc |
|---|---|---|---|---|---|---|---|---|
| Mitchell, Lezmond C | | | 16.00 | 0.00 | 16.00 | 9.50 | 0.00 | 6.00 |

FPD-AZ-03056-0385

EX 15 - 199

...age Daily Attendance From 02/01/00 to 02/29/00         (16.00 Normal Track Days)
...Grade Level
...xcused Codes: ET, ED, FA, PA, HB    Unexcused Codes: SA, UT, UA, SD
Periods:  1, 2, 3, 4, 5, 6
Attendance Thresholds: Whole: 51,  3/4: 0,  1/2: 50,  1/4: 0

| Student Name | Entry Date | Exit Date | Mem Days | Non-Mem Days | Sched Days | Days Pres | Days Exc | Days Unexc |
|---|---|---|---|---|---|---|---|---|
| Mitchell, Lezmond C | | | 16.00 | 0.00 | 16.00 | 14.00 | | |

FPD-AZ-03056-0386

**EX 15 - 200**

age Daily Attendance From 02/01/00 to 02/29/00          (16.00 Normal Track Days)

y Grade Level

Excused Codes: ET, ED, FA, PA, HB   Unexcused Codes: SA, UT, UA, SD

Periods: 1, 2, 3, 4, 5, 6

Attendance Thresholds: Whole: 51, 3/4: 0, 1/2: 50, 1/4: 0

| Student Name | Entry Date | Exit Date | Mem Days | Non-Mem Days | Sched Days | Days Pres | Days Exc | Days Unexc |
|---|---|---|---|---|---|---|---|---|
| Mitchell, Lezmond C | | | 16.00 | 0.00 | 16.00 | 14.00 | 0.00 | 2.00 |

FPD-AZ-03056-0387

age Daily Attendance From 03/01/00 to 03/23/00          (14.00 Normal Track Days)
Grade Level
xcused Codes: ET, ED, FA, PA, HB    Unexcused Codes: SA, UT, UA, SD
Periods: 1, 2, 3, 4, 5, 6
Attendance Thresholds: Whole: 51, 3/4: 0, 1/2: 50, 1/4: 0

| Student Name | Entry Date | Exit Date | Mem Days | Non-Mem Days | Sched Days | Days Pres | Days Exc | Days Unexc |
|---|---|---|---|---|---|---|---|---|
| Mitchell, Lezmond C | | | 14.00 | 0.00 | 14.00 | 9.50 | ~.~~ | 1.50 |

FPD-AZ-03056-0388

Average Daily Attendance From 05/01/00 to 05/24/00    (15.00 Normal Track Days)
By Grade Level
Excused Codes: ET, ED, FA, PA, HB    Unexcused Codes: SA, UT, UA, SD
Periods: 1, 2, 3, 4, 5, 6
Attendance Thresholds: Whole: 51,  3/4: 0,  1/2: 50,  1/4: 0

| Student Name | Entry Date | Exit Date | Mem Days | Non-Mem Days | Sched Days | Days Pres | Days Exc | Days Unexc |
|---|---|---|---|---|---|---|---|---|
| Mitchell, Lezmond C | | | 15.00 | 0.00 | 15.00 | 12.50 | 0.00 | 2.50 |

FPD-AZ-03056-0389

RED MESA HIGH SCHOOL

09-23-1997    Total Student Absence Report                From Date: 08/20/97

ID#:    519241 MITCHELL, Lezmond C.                  Grade: 10    Page:  1

| Date | Periods 1 2 3 4 | | | | Date | Periods 1 2 3 4 | | | |
|------|---|---|---|---|------|---|---|---|---|
| 08/20/97 | * | * | * | * | 08-29-97 | | A | A | |
| 09-12-97 | | | A | A | 09-17-97 | | | | X |
| 09-18-97 | | | X | T | 09-22-97 | X | X | X | X |

| Period | Total | T | U | X | Z | M | O | 1 | I | 2 | 3 | 4 | N | A | D | C | B | P | S | H |
|--------|-------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | 2 | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |

T - TARDY-EXC.                 U - TARDY-UNEX.               X - ABSENT TODAY
Z - STUDENT CHECKED OUT        M - MEDICAL/DENTAL/HOSP.      O - OFFICE/COUNS/PRINCIP
1 - ILLNESS-EXC.               I - ILLNESS-UNEX.            2 - ADVERSE WEATHER
3 - REFUSAL TO ATTEND-UN       4 - OTHER REASONS-EXC.       N - OTHER REASONS-UNEXC.
A - ACTIVITY                   D - DITCHING                 C - CEREMONY
B - BEREAVEMENT                P - IN-HOUSE SUSPENSION       S - HOME SUSPENSION
H - HOMEBOUND

FPD-AZ-03057-0111

EX 15 - 204

RED MESA HIGH SCHOOL

-13-1997   Total Student Absence Report          From Date: 08/26/96

#:   519241 MITCHELL, LEZMOND          Grade: 9     Page: 1

| Date | Periods 1 2 3 4 | Date | Periods 1 2 3 4 |
|------|-----------------|------|-----------------|
| 1/26/96 | * * * * | 09-11-96 | " |
| )-25-96 | U | 09-30-96 | U |
| )-03-96 | 2 2 2 2 | 10-09-96 | A A |
| )-11-96 | A A | 10-14-96 | U |
| )-15-96 | N N N N | 10-23-96 | A |
| )-28-96 | 1 1 1 1 | 10-29-96 | 1 1 1 1 |
| )-30-96 | U | 12-04-96 | N N U |
| 2-06-96 | A A A A | 12-09-96 | 1 1 1 1 |
| 1-06-97 | N N N N | 01-13-97 | 2 2 2 2 |
| 1-17-97 | C C C C | 01-24-97 | U |
| 1-27-97 | U | 01-30-97 | A A A A |
| 1-31-97 | A A A A | 02-05-97 | U T |
| 2-19-97 | C | 02-20-97 | U |
| 2-21-97 | U | 02-24-97 | U |
| 2-25-97 | I I I I | 02-26-97 | U |
| 2-27-97 | T | 03-04-97 | U |
| 3-12-97 | U A A | 03-13-97 | A A A A |
| 3-14-97 | A A A A | 03-18-97 | T |
| 3-21-97 | I I I I | 03-31-97 | U |
| 4-01-97 | U | 04-07-97 | U U |
| 4-08-97 | U | 04-10-97 | U A |
| 4-11-97 | I I I I | 04-14-97 | A A A A |
| 4-15-97 | N N N N | 04-16-97 | A A A A |
| 4-17-97 | A A A A | 04-18-97 | N N N N |
| 4-21-97 | U | 04-22-97 | U U D |
| 04-23-97 | U | 04-25-97 | U |
| 04-28-97 | U | 04-29-97 | N N N N |
| 05-01-97 | N N N N | 05-07-97 | N N N N |
| 05-09-97 | N N N N | 05-12-97 | U I 1 I |
| 05-13-97 | I I I I | | |

FPD-AZ-03057-0112

RED MESA HIGH SCHOOL

-13-1997    Total Student Absence Report          From Date: 01-23-97

#:   519241 MITCHELL, LEZMOND              Grade: 9    Page: 1

| te | Periods 1 2 3 4 | Date | Periods 1 2 3 4 |
|----|------|------|------|
| -24-97 | U | 01-27-97 | U |
| -30-97 | A A A A | 01-31-97 | A A A A |
| 2-05-97 | U  T | 02-19-97 | U |
| 2-20-97 | U | 02-21-97 | U |
| 2-24-97 | U | 02-25-97 | I I I I |
| 2-26-97 | U | 02-27-97 | T |
| 3-04-97 | U | 03-12-97 | U A A |
| 3-13-97 | A A A A | 03-14-97 | A A A A |
| 3-18-97 | T | 03-21-97 | I I I I |
| 3-31-97 | U | 04-01-97 | U |
| 4-07-97 | U  U | 04-08-97 | U |
| 4-10-97 | U  A | 04-11-97 | I I I I |
| 4-14-97 | A A A A | 04-15-97 | N N N N |
| 4-16-97 | A A A A | 04-17-97 | A A A A |
| 4-18-97 | N N N N | 04-21-97 | U |
| 4-22-97 | U U D | 04-23-97 | U |
| 4-25-97 | U | 04-28-97 | D |
| 4-29-97 | N N N N | 05-01-97 | N N N N |
| 5-07-97 | N N N N | 05-09-97 | N N N N |
| 5-12-97 | U I I I | 05-13-97 | I I I I |

| eriod | Total | T | U | X | E | N | O | 1 | F | 2 | 3 | 4 | N | A | D | C | R | I | S | H |
|-------|-------|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8 | 1 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 7 | 0 | 0 | 0 | 4 | 0 | 0 |
| 2 | 12 | 1 | 6 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 7 | 0 | 0 | 0 | 5 | 0 | 0 |
| 3 | 10 | 1 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 8 | 0 | 0 | 0 | 5 | 0 | 0 |
| 4 | 17 | 0 | 10 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 8 | 1 | 0 | 0 | 5 | 0 | 0 |

| | | |
|---|---|---|
| ' - TARDY-EXC. | U - TARDY-UNEX. | X - ABSENT TODAY |
| : - STUDENT CHECKED OUT | N - MEDICAL/DENTAL/HOSP. | O - OFFICE/COUNS/PRINCIP |
| - ILLNESS-EXC. | F - ILLNESS-UNEX. | 2 - ADVERSE WEATHER |
| . - REFUSAL TO ATTEND-UN | 4 - OTHER REASONS-EXC. | N - OTHER REASONS-UNEXC. |
| , - ACTIVITY | D - DITCHING | C - CEREMONY |
| , - BEREAVEMENT | I - IN-HOUSE SUSPENSION | S - HOME SUSPENSION |
| , - HOMEBOUND | | |

FPD-AZ-03057-0113

RED MESA HIGH SCHOOL

25-1997    Total Student Absence Report

From Date: 01-23-97

519241 MITCHELL, LEZMOND

Grade: 9    Page: 1

| .e | Periods 1 2 3 4 | Date | Periods 1 2 3 4 |
|----|-----------------|------|-----------------|
| ·24-97 | (U) | 01-27-97 | U |
| ·30-97 | A A A A | 01-31-97 | A A A A |
| ·05-97 | U (T) | 02-19-97 | X |
| -20-97 | U | 02-21-97 | U |
| -24-97 | U | 02-25-97 | I I I I |
| -26-97 | U | 02-27-97 | T |
| -04-97 | U | 03-12-97 | X A A |
| -13-97 | A A A A | 03-14-97 | A A A A |
| -18-97 | T | 03-21-97 | I I I I |
| -31-97 | U | 04-01-97 | U |
| -07-97 | U X | 04-08-97 | X |
| -10-97 | U A | 04-11-97 | I I I I |
| -14-97 | A A A A | 04-15-97 | X X X X |
| -16-97 | A A A A  For leave | 04-17-97 | A A A A |
| -18-97 | X X X X | 04-21-97 | U |
| -22-97 | U U X | 04-23-97 | X |

U = UnExcused Tardy   – 15
T = Excused Tardy   – 2
A = Activities
X = UnExplained Absence

FPD-AZ-03057-0107

FPD-AZ-03057-0114

T - TARDY-EXC.            U - TARDY-UNEX.            X - ABSENT TODAY
Z - STUDENT CHECKED OUT   M - MEDICAL/DENTAL/HOSP.   O - OFFICE/COUNS/PRINCIP
1 - ILLNESS-EXC.          I - ILLNESS-UNEX.          2 - ADVERSE WEATHER
3 - REFUSAL TO ATTEND-UN  4 - OTHER REASONS-EXC.     N - OTHER REASONS-UNEXC.
A - ACTIVITY              D - DITCHING               C - CEREMONY
B - BEREAVEMENT           P - IN-HOUSE SUSPENSION    S - HOME SUSPENSION
H - HOMEBOUND

EX 15 - 208

FPD-AZ-03057-0115

```
07-17-1998        Total Student Absence Report          From Date:  08/20/97

ID#:     519241  MITCHELL, Lezmond C.                Grade: 10      Page:   1

                        Periods                                Periods
Date                    1 2 3 4          Date                  1 2 3 4
---------------------------------------------------------------------------------
08/20/97                * * * *          08-29-97                  A A
09-12-97                    A A          09-18-97                  U T
09-22-97                M M M M          09-23-97              T
09-30-97                    U            10-08-97                  · X
10-09-97                      X          10-13-97                    X
10-14-97                      X          10-15-97              O     X
10-16-97                  U   U          10-20-97                    U
10-21-97                      U          10-22-97              U     U
10-23-97                      U          10-28-97              4 O
12-02-97                  T              12-11-97                    U
12-16-97                U                12-17-97              U
12-18-97                U   U            12-19-97                    U
01-14-98                    U            02-10-98                    X
02-12-98                S S S S          02-17-98              S S S S
02-18-98                S S S S          02-19-98                  U
02-20-98                O T   X          02-24-98              M M M M
02-25-98                T   U            02-26-98              T
03-03-98                  O              03-06-98              S S S S
03-09-98                S S S S          03-10-98              S S S S
03-11-98                N O              03-12-98                  O
03-17-98                4 4 4 4          03-18-98              4 4 4 4
03-19-98                4 4 4 4          03-20-98              4 4 4 4
03-30-98                4 4 4 4          03-31-98              T
04-02-98                T                04-14-98              1 1 1 1
04-15-98                M M M M          04-16-98              U
04-21-98                U                04-23-98              U
04-30-98                      X          05-01-98                    T
05-04-98                T                05-05-98              T
05-06-98                T                05-12-98                X X X
05-14-98                U   X            05-19-98              M M M M
05-20-98                T P              05-21-98                    Z
05-22-98                  X              05-26-98                X
05-27-98                      X          05-28-98              N N N N


Period  Total  T  U  X  Z  M  O  1  I  2  3  4  N  A  D  C  B  P  S  H
---------------------------------------------------------------------------------
  1       26   9  7  0  0  4  1  1  0  0  0  6  2  0  0  0  0  0  6  0
          21   1  2  2  0  4  4  1  0  0  0  5  1  0  0  0  0  1  6  0
```

EX 15 - 209

RED MESA HIGH SCHOOL
Student Absences Report
Starting Date : 08/20/97    Ending Date : 05-28-98    Page : 43

| Date | Periods 1 2 3 4 | Date | Periods 1 2 3 4 |
|---|---|---|---|
| 10  519241 MITCHELL, Lezmond C. | | | |
| 09-18-97 | U T | 09-22-97 | M M M M |
| 09-23-97 | T | 09-30-97 | U |
| 10-08-97 | X | 10-09-97 | X |
| 10-13-97 | X | 10-14-97 | X |
| 10-15-97 | X | 10-16-97 | U U U |
| 10-20-97 | U | 10-21-97 | U |
| 10-22-97 | U U | 10-23-97 | T |
| 10-28-97 | 4 | 12-02-97 | |
| 12-11-97 | U | 12-16-97 | U U |
| 12-17-97 | U | 12-18-97 | U U |
| 12-19-97 | U | 01-14-98 | U |
| 02-10-98 | X | 02-12-98 | S S S S |
| 02-17-98 | S S S S | 02-18-98 | S S S S |
| 02-19-98 | U | 02-20-98 | T X |
| 02-24-98 | M M M M | 02-25-98 | T S U |
| 02-26-98 | T | 03-06-98 | S S S S |
| 03-09-98 | S S S S | 03-10-98 | S S S S |
| 03-11-98 | N | 03-17-98 | 4 4 4 4 |
| 03-18-98 | 4 4 4 4 | 03-19-98 | 4 4 4 4 |
| 03-20-98 | 4 4 4 4 | 03-30-98 | 4 4 4 4 |
| 03-31-98 | T | 04-02-98 | T |
| 04-14-98 | 1 1 1 1 | 04-15-98 | M M M M |
| 04-16-98 | U | 04-21-98 | U |
| 04-23-98 | U | 04-30-98 | X |
| 05-01-98 | T | 05-04-98 | T |
| 05-05-98 | T | 05-06-98 | T T |
| 05-12-98 | X X X | 05-14-98 | U X |
| 05-19-98 | M M M M | 05-20-98 | T |
| 05-21-98 | Z | 05-22-98 | X |
| 05-26-98 | X | 05-27-98 | X |
| 05-28-98 | N N N N | | |

| Per | Totals | T | U | X | Z | M | 1 | I | 2 | 3 | 4 | N | C | B | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 26 | 9 | 7 | 0 | 0 | 4 | 1 | 0 | 0 | 0 | 6 | 2 | 0 | 0 | 6 |
| 2 | 21 | 1 | 2 | 2 | 0 | 4 | 1 | 0 | 0 | 0 | 5 | 1 | 0 | 0 | 6 |
| 3 | 27 | 1 | 6 | 4 | 0 | 4 | 1 | 0 | 0 | 0 | 5 | 1 | 0 | 0 | 6 |
| 4 | 34 | 2 | 7 | 9 | 1 | 4 | 1 | 0 | 0 | 0 | 5 | 1 | 0 | 0 | 6 |

FPD-AZ-03057-0116

FPD-AZ-03057-0117

07-17-1998

DISCIPLINE INFRACTIONS

Name :  MITCHELL, Lezmond C.                ID #:    519241    Grade: 10

| Num | Date | Teacher | Problem | Action | Action Date | Return Date | Weapon |
|-----|------|---------|---------|--------|-------------|-------------|--------|
| 1 | 05-13-98 | Finley | language | Detention | 05-13-98 | 05-14-98 | n/a |
| 2 | 05-14-98 | Coy(Hart) | exc-tlkng | cnsl/dt | 05-14-98 | 05-15-98 | n/a |