*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

<u>Employment</u>

16.    Levy Restaurants (Bank One Ballpark, Phoenix, Arizona), 7/2001-8/2001

<u>Miscellaneous</u>

17.    Photographs



# *Levy Restaurants*
## Sports & Entertainment





# FAX TRANSMITTAL

| DATE | 2/26/2002 | | # OF PAGES INCLUDING COVER | 24 |
|---|---|---|---|---|
| TO | Toni Solomon | | FROM | Troy |
| COMPANY | Levy Restaurants | | DEPARTMENT | HQ |
| RECIPIENT FAX # | 312-280-2939 | | | |
| RECIPIENT PHONE # | 312-335-5020 | | SENDER PHONE # | 602-462-3074 |

## COMMENTS:

____ As Requested  ____ As Discussed  ____ For Review  ____ For Approval

Lezmond Mitchell ; Levy file.

____ Original To Follow By Mail

If there are any problems with this transmission, please call (602) 462-3000  Thank you

FPD-AZ-04059-0004

EX 16 - 212

Levy Restaurants File

FPD-AZ-04059-0005

# APPLICATION FOR EMPLOYMENT

Applicant: This pre-employment questionnaire is strictly for the purpose of helping us make our hiring decisions. For this reason, it is important that you complete this application completely and truthfully. Do not leave any blank spaces.

WE ARE AN EQUAL OPPORTUNITY EMPLOYER. WE DO NOT DISCRIMINATE WITH REGARD TO RACE, SEX, RELIGION, COLOR, NATIONAL ORIGIN, CITIZENSHIP STATUS, DISABILITY UNRELATED TO JOB ABILITY, AGE, MARITAL STATUS, PARENTAL STATUS, MILITARY DISCHARGE STATUS, SOURCE OF INCOME, OR OTHER FACTORS WHICH MAY BE REGULATED BY STATUTE OR ORDINANCE WITH RESPECT TO ANY EMPLOYMENT DECISION, INCLUDING, BUT NOT LIMITED TO, HIRING.

## PERSONAL INFORMATION

Name: Lezmond Mitchell

Street Address: 1429 S. 13th St

Date: 7-10-02

Phone: (602) 340-0797

Apartment Number:

City: Phoenix   State: AZ   Zip: 85034

Alternate: (602) 353-8881

Social Security Number: -3972

Are you over 16 years old? ☑ YES ☐ NO

Are you over 18 years old? ☑ YES ☐ NO

If you are applying for a server or bartender position, are you over 21 years old? ☐ YES ☑ NO

Are you a citizen or lawful resident of the United States entitled to accept employment in this country? ☑ YES ☐ NO
(The sole purpose of this question is to ensure compliance with laws governing unauthorized employment in the United States.)

In case of emergency, notify: Randy Reed

Address: 1421 W. Peoria Ave. #2   City/State: Phoenix AZ.   Zip: 85029

Phone: (602) 870-3968

## EMPLOYMENT DESIRED

Are you seeking full or part-time employment? ☑ Full ☐ Part-Time

Are you currently working at any Levy Restaurant or at the corporate office? ☐ YES ☑ NO

### HOURS AVAILABLE

|  | SUN | MON | TUE | WED | THU | FRI | SAT |
|---|---|---|---|---|---|---|---|
| FROM | 10 a.m. |  |  |  |  |  |  |
| TO | 10 p.m. |  |  |  |  |  |  |

At which location are you applying? Stand Worker B.O.B   For what position(s) are you applying? Stand Worker

If hired, when would you be able to start work? ASAP   If hired, what rate of pay do you expect to receive? 7-8/hr

Have you ever applied for a job at any Levy Restaurant or at the corporate office? ☑ YES ☐ NO

If yes, when and where did you apply? Here at B.O.B. when it was ProDine

Have you previously worked at any Levy Restaurant or at the corporate office? ☑ YES ☐ NO

If yes, when and where? From Aug. 00 To Oct. 00 Location B.O.B

Why did you leave? Moved

How did you learn about this job? ☐ Newspaper Advertisement   ☐ Employee (Name)
☑ Own Initiative   ☐ Other (Specify)

*Levy Restaurants*

FPD-AZ-04059-0006

EX 16 - 214

# REFERENCE

Please list an individual, not related to you, whom you have known for at least one year, and whom we may contact as an additional reference:

Name _Mike Martinez_

Street Address _____ Phone (__) 353 - 8881

How long have you known this person? _3_     City/State _____ Zip _____

Is this a personal or business contact? _Business_

# UNITED STATES MILITARY DUTY

Have you served in the United States military? ☐ YES ☑ NO

Are you currently in the national guard or military reserves? ☐ YES ☑ NO

# GENERAL WORK EXPERIENCE

Check any of the following areas in which you have experience or special skills:

- ☑ Bartending
- ☑ Kitchen: Cook, etc.
- ☐ Restaurant Bus Person
- ☐ Restaurant Host/Hostess
- ☐ Waiter/Waitress
- ☐ Bookkeeping/Accounting
- ☑ Customer Service
- ☑ Janitorial
- ☑ Maintenance
- ☑ Sales
- ☐ Shipping and Receiving
- ☑ Switchboard/Telephone
- ☑ Typing/Wordprocessing
- ☐ Other

# EDUCATION

| SCHOOL | NAME AND LOCATION OF SCHOOL | MAJOR COURSE OF STUDY | DID YOU GRADUATE? | NO. OF YEARS COMPLETED | TYPE OF DEGREE DIPLOMA OR CERTIFICATION |
|---|---|---|---|---|---|
| College(s) | | | | | |
| | | | | | |
| High School | Rough Rock AZ | | Yes | 4 | H.S. Diploma |
| Elementary | Round Rock AZ | | Yes | 8 | Diploma |
| Other (Include trade or vocational schools, licenses and certifications) | | | | | |

Do you plan to return to school? ☐ YES ☑ NO   If yes, when? _____ where? _____

# OTHER PERSONAL HISTORY

Have you ever been convicted of any violations of the law? (Do not include minor traffic offenses.) ☑ YES ☐ NO

If your answer is "yes", please explain _____

# JOB ABILITIES

Is there any essential aspect of the job for which you are applying that you are unable to perform? ☐ YES ☑ NO

If your answer is "yes", please explain _____

How many days of work did you miss in the last 12 months for any reason? (Do NOT include periods of unemployment.) 0



### < < < Policy Against Harassment, Including Sexual Harassment

It is the policy of Levy Restaurants that it will not tolerate or condone any form of harassment, whether verbal or physical, that is based on race, color, religion, sex (including pregnancy), sexual orientation, national origin, age, disability, citizenship status, marital status, or status as a veteran.

Sexual harassment deserves special mention. For the purposes of this policy, "sexual harassment" is defined as unwelcome or unwanted conduct of a sexual nature (verbal or physical) when (i) submission to or rejection of this conduct by an individual is used as a factor in decisions affecting hiring, evaluation, termination, earnings, advancement, assigned duties or any other term or condition of employment or career development; or (ii) this conduct interferes with an individual's employment or creates an intimidating, hostile or offensive work environment.

Examples of sexual harassment include, but are not limited to: unwanted sexual advances; demands for sexual favors in exchange for favorable treatment or continued employment; repeated unwanted sexual jokes, flirtations, advances or propositions; verbal abuse of a sexual nature; graphic, verbal commentary about an individual's body; discussion about sexual prowess or sexual deficiencies; leering, whistling, touching, pinching, assaulting, coerced sexual acts or suggestive insulting, obscene comments or gestures; and display in the workplace of sexually suggestive objects or pictures.

This behavior is unacceptable in the workplace itself and in other work-related settings such as business-related social events.

_Individuals Covered Under the Policy._ This policy covers all employees. The Company will not tolerate, condone or allow any of the above types of harassment that affect the workplace, whether engaged in by fellow employees, supervisors, customers, or other non-employees who conduct business with Levy Restaurants. Levy Restaurants encourages prompt reporting of all incidents of such harassment, regardless of who the offender may be.

**Employee (Print Name):** Lermonda C. Mitchell

**Employee (Signature):** Lermond C. Mitchell

**Date:** 7-11-01

**Property:** BOB

Creating
Legends
Page 11

FPD-AZ-04059-0008

EX 16 - 216

# EMPLOYMENT HISTORY
(Start with most recent and work back. Please include any military service. List and explain any periods of unemployment.)

Dates of Employment from Aug. 00 to Oct. 00

Name of Employer ProDine

Address _____ Phone ( )

Supervisor's Name Kevi _____ City & State _____ Zip _____

Position Stand Worker    Rate of Pay $ 7/hr /hourly or annually

Briefly describe duties Worked the yogurt stands, selling yogurt

Previous Position (if any) _____

Cleaning and Keeping stand clean

Reason(s) for leaving? Moved

---

Dates of Employment from _____ to _____

Name of Employer _____

Address _____ Phone ( )

Supervisor's Name _____ City & State _____ Zip _____

Position _____    Rate of Pay $ _____ /hourly or annually

Briefly describe duties _____    Previous Position (if any) _____

Reason(s) for leaving? _____

---

Dates of Employment from _____ to _____

Name of Employer _____

Address _____ Phone ( )

Supervisor's Name _____ City & State _____ Zip _____

Position _____    Rate of Pay $ _____ /hourly or annually

Briefly describe duties _____    Previous Position (if any) _____

Reason(s) for leaving? _____

---

Dates of Employment from _____ to _____

Name of Employer _____

Address _____ Phone ( )

Supervisor's Name _____ City & State _____ Zip _____

Position _____    Rate of Pay $ _____ /hourly or annually

Briefly describe duties _____    Previous Position (if any) _____

Reason(s) for leaving? _____

FPD-AZ-04059-0009

EX 16 - 217

# PLEASE READ CAREFULLY BEFORE SIGNING BELOW

I certify that the facts contained in this application (including any resume or other materials submitted by or for me) or statements made during any interviews are true, correct and complete to the best of my knowledge. I understand that falsified, concealed or omitted statements pertaining to this application shall be grounds for rejection for employment or dismissal, no matter when discovered.

I authorize investigation of all statements contained herein and also authorize my present and former employers, and any references listed to, give Levy Restaurants any and all information concerning my previous employment, educational background, criminal convictions, credit history, as well as any other pertinent information, personal or otherwise. I authorize Levy Restaurants to make an investigative consumer report whereby information is obtained through personal interviews with neighbors, friends or others with whom I am acquainted. This inquiry, if made, may include information as to my prior employment, military record, education, character, general reputation, personal characteristics, criminal record and mode of living. I understand that I have the right to make a written request to Levy Restaurants within a reasonable period of time to receive additional detailed information about the nature and scope of any such investigative consumer report that is made. If I am denied employment either wholly or partly because of information contained in a credit report from a consumer reporting agency, Levy Restaurants will advise me and supply me with the name and address of the consumer reporting agency. In consideration for Levy Restaurants' review of my application, I hereby release all parties from any and all liability for damage that may result from furnishing and receiving this information. I agree to immediately notify Levy Restaurants if I should be convicted of a felony, or any crime involving dishonesty, controlled substances, sexual misconduct or violence, while my job application is pending or, if I am hired, during my period of employment.

I agree to submit to a drug and alcohol screening process as a prerequisite to employment, if requested, or if employed, at any time during my employment as a condition of continued employment. Additionally, upon acceptance of employment, I agree to submit to a physical examination. I understand that such examinations will be conducted only where they would be similarly required for all individuals under like circumstances, and that all such physical examination results will be kept confidential. With respect to both the drug and alcohol screening process and the physical examination, I hereby hold Levy Restaurants harmless from any and all possible liability arising therefrom.

I understand and agree that, if hired, I will conform to the policies, rules, regulations and procedures of Levy Restaurants AND THAT MY EMPLOYMENT IS FOR NO DEFINITE PERIOD AND MAY, REGARDLESS OF THE DATE OF PAYMENT OF MY WAGES OR SALARY, BE TERMINATED BY LEVY RESTAURANTS OR BY ME AT ANY TIME FOR ANY REASON, OR NONE, WITH OR WITHOUT PRIOR NOTICE. I further understand that this "at will" employment relationship cannot be changed by any written document or by conduct, unless my employment is covered by a collective bargaining agreement which provides otherwise, or if such change is specifically acknowledged in writing by the President of Levy Restaurants. I also understand that completing this application does not indicate that there is a current job opening and does not obligate Levy Restaurants to hire me, and that nothing contained in this application or said to me during this employment process constitutes a guarantee of employment for any definite period of time. Furthermore, none of the employment manuals or handbooks that may be distributed to me during the course of my employment shall be construed as a contract.

Finally, I understand that during the course of my employment with Levy Restaurants, I may learn or develop certain confidential or proprietary business information, including, but not limited to, plans, procedures, methods, designs, logos, slogans, financial information, computer-based applications and schema, recipes, trade secrets and similar information. I hereby acknowledge and recognize Levy Restaurants as the exclusive owner of such confidential business information and I agree that I will not at any time disclose such information to persons not employed by Levy Restaurants, unless I have the prior written consent of the President of Levy Restaurants.

Date 7 - 10 - 0 1     Signature _Raymond C. Mitchell_

Signature of Interpreter _____

Print Interpreter's Name _____

*Please use additional sheets if necessary to add to any of your prior responses*

FPD-AZ-04059-0010

**EX 16 - 218**



# EMPLOYEE ACKNOWLEDGEMENT FORM

I, _Lezmond C. Mitchell_, acknowledge that I have received copies of the Employee Handbook and Training Manual. I understand that I am to read and understand the contents of the manuals and applicable company grooming guidelines and that if I have any questions I am to ask my supervisor or a representative of the Human Resources Department. I also acknowledge that I have viewed the Levy TV Creating Legends video and have filled out the contents of this workbook to the best of my knowledge. I further understand that I am to abide by the rules, regulations, policies and procedures set forth by the company and that Levy Restaurants reserves the right to change the contents of the Manuals at any time, with or without notice, at its discretion.

Employee Signature: _Lezmond C. Mitchell_  Date: _7-11-01_

Supervisor's Signature: _TN Holloway_  Date: _7-11-01_

# LIQUOR LIABILITY FORM

I, _Lezmond C. Mitchell_ am employed at _B.O.B._.
Part of my duties will be to serve alcoholic beverages to persons who may be legally permitted to consume alcohol. I was directed to read information regarding Liquor Liability. I understand that, before I serve any alcohol, I am to read and fully understand the contents of the Levy Liquor Philosophy and that if I have any questions, I am to ask my supervisor. I also understand that, it is my responsibility to obtain all required alcohol service certification.

I agree, as a condition of my continued employment, to exercise my best efforts to avoid serving minors, intoxicated persons and people who may cause problems to themselves or others as a consequence of the alcohol that I serve them. I will check all suspected minors for valid identification. In addition to not serving minors and intoxicated persons, I agree to promptly report any of such people to my supervisor or the manager, whomever is on duty. I understand and acknowledge that knowingly serving alcohol to an intoxicated person or known alcoholic, and serving alcohol to a minor, whether or not knowingly, are grounds for disciplinary action up to and including termination.

Employee Signature: _Lezmond C. Mitchell_  Date: _7-11-01_

Supervisor's Signature: _TN Holloway_  Date: _7-11-01_

**Creating Legends Page 12**

FPD-AZ-04059-0011

# LEVY PERSONNEL ACTION FORM

## ALWAYS COMPLETE THIS SECTION

| File Number | Unit Name |
|---|---|

Last Name: Mitchell    First Name: Lezmond    M.I.    Social Security Number: -3972

**(Please check one)   NEW HIRE ☐    RE-HIRE ☐**

Street Address: 1429 S. 13th St.    City: Phoenix    State: AZ    Zip: 85034    Telephone Number: ( )

| Effective Date | Department Code | Position | Status | Rate of Pay |
|---|---|---|---|---|
| 7/10/01 | 1 508868 | Steward | ☐ Full Time ☒ Part Time ☐ On Call/Casual | $ 7.00 ☒ Hourly ☐ Weekly |

| Date of Birth | Marital Status ☐ Single ☐ Married | No. of Previous Seasons Worked* (*S & E Only) | EEO Code | Union Employee ☐ Yes, Local # ___ ☐ No |
|---|---|---|---|---|

## [Please check all that apply]   CHANGES

**☐ SALARY/WAGE CHANGE**

Effective Date:

| Change Rate From: $ ☐ Hourly ☐ Weekly | To: $ ☐ Hourly ☐ Weekly | Reason: |
|---|---|---|

**☐ TRANSFER**    Effective Date:

| From Unit & Position | To Unit & Position |
|---|---|

**☐ NAME CHANGE TO**    Last ___    First ___    M.I. ___

**☐ ADDRESS CHANGE TO**    Street ___    City ___    State ___    Zip ___    Telephone Number ( )

**☐ MARITAL STATUS CHANGE TO** ☐ Married ☐ Single    **☐ EMPLOYMENT STATUS CHANGE TO** ☐ Full Time ☐ Part Time ☐ On Call/Temp    Reason: ___    Effective Date:

## SPECIAL PAY

PLEASE CHECK ONE:  ☐ Vacation  ☐ Retro  ☐ Sick  ☐ Bereavement  ☐ Jury Duty  ☐ Leave of Absence*
☐ Bonus/Incentive  ☐ Party Pay  ☐ Borrowed Labor*  ☐ Uniform Deduction  ☐ Miscellaneous

Date(s) From: ___    Date(s) To: ___    Total Hours: ___

Department Code: ___    Pay Rate: $ ___    ☐ Hourly ☐ Daily ☐ Weekly   Total Amount $ ___

☐ Check here to transfer $ only

Primary Unit: ___    Borrowing Unit: ___

Reason/Description: ___

*Additional forms/information must be supplied.*

INITIATED BY SIGNATURE & DATE: _Kevin M. Jean_ 7/10/01

APPROVAL SIGNATURE
G.M./Director of Operations/Dept. Head: ___    Required for all hourly & salaried employee changes

APPROVAL SIGNATURE
V.P. of Operations & Regional D.O.: ___    V.P. of Operations ___    Regional D.O. ___    Required for all salaried employee changes

APPROVAL SIGNATURE
Vice President of Human Resources: ___    Required for all salaried employee wage increases

APPROVAL SIGNATURE
President & Chief Operating Officer: ___    Required for all salaried employee wage increases

WHITE COPY - Personnel File        GREEN COPY - Human Resources        PINK COPY - Payroll Department

FPD-AZ-04059-0012

**EX 16 - 220**

# LEVY RESTAURANTS
# NEW HIRE CHECKLIST

Unit: __1808681__

Position: __Stand worker__

Hire Date: __7/10/01__

Employee Number: _____

Employee Name: __Lezmond C. Mitchell__

Address: __1429 S. 13th St.__

City, State, and Zip: __Phoenix AZ. 85034__

Telephone: __602 - 340 - 0797__

Date and Time Scheduled for Creating Legends: __7-11-01 / Wed__

## Documents Completed and Received Prior to Start Date:

- ✓ Signed Employment Application
- ✓ Reference Check Form
- ✓ Personnel Action Form
- ✓ Federal Tax Form
- ✓ I-9 Form
- _____ Employee Acknowledgement Form
- _____ Liquor Liability Form
- _____ Employee Handbook Received
- _____ Training Manuals Received
- _____ Nametag/ID Badge Received
- _____
- _____

Name of Manager Completing this Form __[signature]__    Date: __7/10/01__

ENTERED 7-13-01

FPD-AZ-04059-0013

# Form W-4 (2001)

**Purpose.** Complete Form W-4 so your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2001 expires February 18, 2002.

**Note:** You cannot claim exemption from withholding if (1) your income exceeds $750 and includes more than $250 of unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. They will help you figure the number of withholding allowances you are entitled to claim. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 919, How Do I Adjust My Tax Withholding? for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2001. Get Pub. 919 especially if you used the Two-Earner/Two-Job Worksheet on page 2 and your earnings exceed $150,000 (Single) or $200,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

## Personal Allowances Worksheet (Keep for your records)

A Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . . . . . . **A** __1__

B Enter "1" if: { • You are single and have only one job; or
• You are married, have only one job, and your spouse does not work; or
• Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less. } . . . **B** ____

C Enter "1" for your **spouse**. But, you may choose to enter -0- if you are married and have either a working spouse or more than one job. (Entering -0- may help you avoid having too little tax withheld.) . . . . . . . **C** __0__

D Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . . **D** __0__

E Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) . . **E** __1__

F Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . . **F** ____
(Note: Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

G **Child Tax Credit** (including additional child tax credit):
• If your total income will be between $18,000 and $50,000 ($23,000 and $63,000 if married), enter "1" for each eligible child.
• If your total income will be between $50,000 and $80,000 ($63,000 and $115,000 if married), enter "1" if you have two eligible children, enter "2" if you have three or four eligible children, or enter "3" if you have five or more eligible children. . . **G** __2__

H Add lines A through G and enter total here. (Note: This may be different from the number of exemptions you claim on your tax return.) ▶ **H** __2__

For accuracy, complete all worksheets that apply. {
• If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
• If you are single, have more than one job and your combined earnings from all jobs exceed $35,000, or if you are married and have a working spouse or more than one job and the combined earnings from all jobs exceed $60,000, see the Two-Earner/Two-Job Worksheet on page 2 to avoid having too little tax withheld.
• If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below. }

---

Cut here and give Form W-4 to your employer. Keep the top part for your records.

---

**Form W-4**
Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ For Privacy Act and Paperwork Reduction Act Notice, see page 2.

OMB No. 1545-0010

**2001**

| 1 Type or print your first name and middle initial | Last name | 2 Your social security number |
|---|---|---|
| Lezmond C. | Mitchell | ___-__-3972 |

Home address (number and street or rural route)
1429 S. 13th St.

City or town, state, and ZIP code
Phoenix AZ 85034

3 ☑ Single ☐ Married ☐ Married, but withhold at higher Single rate.
Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box.

4 If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new card. ▶ ☐

5 Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) **5** __2__

6 Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . **6** __S__

7 I claim exemption from withholding for 2001, and I certify that I meet both of the following conditions for exemption.
• Last year I had a right to a refund of all Federal income tax withheld because I had no tax liability and
• This year I expect a refund of all Federal income tax withheld because I expect to have no tax liability.
If you meet both conditions, write "Exempt" here . . . . . . . . ▶ **7**

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

Employee's signature
(Form is not valid unless you sign it.) ▶ _Lezmond C. Mitchell_      Date ▶ 7-10-01

8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.)  | 9 Office code (optional) | 10 Employer identification number |

Cat. No. 10220Q

FPD-AZ-04059-0014

Case 3:09-cv-08089-DGC    Document 9-4    Filed 08/06/09    Page 13 of 48

**ARIZONA FORM**
**A-4**

# Employee's Arizona Withholding Percentage Election

Type or print your full name
Lezmond C. Mitchell

Your social security number
___-__-3972

Home address (number and street or rural route)
1429 S. 13th St.

City or town, state, and ZIP code
Phoenix AZ, 85034

### Arizona Withholding Percentage Election Options (choose only one).

1. ☐ My annual compensation is $15,000 or more. I choose to have Arizona withholding at the rate of (check only one box) ☑17%  ☐ 20%  ☐ 22%  ☐ 28%  ☐ 32% of the federal tax withheld.

2. ☑ My annual compensation is less than $15,000. I choose to have Arizona withholding at the rate of (check only one box)  ☑ 10%  ☐ 17%  ☐ 20%  ☐ 22%  ☐ 28%  ☐ 32% of the federal tax withheld.

3. ☐ I hereby elect an Arizona withholding percentage of zero, and I certify that I meet BOTH of the following qualifying conditions for this election:
   - I had NO Arizona tax liability for the prior taxable year, AND
   - I expect to have NO Arizona tax liability for the current taxable year.

I certify that I have made the percentage election marked above.

Signature Lezmond C. Mitchell

ADOR 06-0041 (2000)

Date 7-10-01

ENTERED

FPD-AZ-04059-0015

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0136
**Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form. ANTI-DISCRIMINATION NOTICE. It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because of a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

| Print Name: Last | First | Middle Initial | Maiden Name |
|---|---|---|---|
| Mitchell | Lezmond | Charles | Mitchell |

| Address (Street Name and Number) | Apt. # | Date of Birth (month/day/year) |
|---|---|---|
| 1429 South 13th Street | | 1981 |

| City | State | Zip Code | Social Security # |
|---|---|---|---|
| Phoenix | Arizona | 85034 | -3977 |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
☐ A citizen or national of the United States
☐ A Lawful Permanent Resident (Alien # A ____)
☐ An alien authorized to work until ___/___/___
   (Alien # or Admission #) ____

Employee's Signature: _Lezmond C. Mitchell_       Date (month/day/year): 7-10-01

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature: _____    Print Name: _____

Address (Street Name and Number, City, State, Zip Code): _____    Date (month/day/year): _____

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List B and one from List C as listed on the reverse of this form and record the title, number and expiration date, if any, of the document(s).

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Document title: _____ | | Driver license State of Arizona | | Social Security Card Social Security Administration |
| Issuing authority: _____ | | D01172002 | | 3977 |
| Document #: _____ | | 9.17.46 | | |
| Expiration Date (if any): __/__/__ | | | | __/__/__ |
| Document #: _____ | | | | |
| Expiration Date (if any): __/__/__ | | | | |

CERTIFICATION - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) 7/10/01 and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment).

Signature of Employer or Authorized Representative: _____    Print Name: KERI M. REAM    Title: Concessions Manager

Business or Organization Name: Levy Premium Foodservice Limited Partnership    Address (Street Name and Number, City, State, Zip Code): 401 East Jefferson, Phoenix, Arizona, 85004    Date (month/day/year): 7/10/01

**Section 3. Updating and Reverification.** To be completed and signed by employer.

A. New Name (if applicable) _____

B. Date of rehire (month/day/year) (if applicable) _____

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title: _____    Document #: _____    Expiration Date (if any): __/__/__

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative: _____    Date (month/day/year): _____

Form I-9 (Rev. 11-21-91) N

FPD-AZ-04059-0016

# TERMINATION NOTIFICATION

EMPLOYEE NAME: LEZMOND MITCHELL
LOCATION: BOB
FILE NUMBER:

ADDRESS:
HIRE DATE:
SOCIAL SECURITY NUMBER: A12

TELEPHONE:
LAST DAY WORKED: 8/3/01 8/5/01
POSITION: STAND WORKER

DATE TERMINATED: 8/8/01
RATE OF PAY: $7.00/HR

## VOLUNTARY LEAVING

- 13-Reason unknown
- 14-Personal reasons
- 15-Medical reasons
- 16-Failed to return from leave of absence
- 17-Walked off job
- 18-Accepted other employment
- 19-School obligations
- 20-Job dissatisfaction
- 21-Job abandonment
- 22-In lieu of discharge
- 23-After reprimand
- 24-To relocate
- 25-To relocate with spouse
- 26-Domestic obligations
- 27-Transportation problems
- 28-Conflict with other job
- 29-Pregnancy
- 30-Self employment
- 31-Military service obligations
- 32-No notice or reason given
- 33-Other

## RETIREMENT

- 70-No other information available
- 71-Voluntary with pension
- 72-Voluntary without pension
- 73-Involuntary with pay
- 74-Involuntary without pension

## DISCHARGES

- 37-No other Information
- 38-Excessive absenteeism
- 39-Inability to work due to illness
- 40-Excessive tardiness
- 41-Gross misconduct
- 42-Violation of company policy
- 43-Insubordination
- ✓ 44-Unsatisfactory work performance; no misconduct
- 45-Under the apparent influence of an intoxicant
- 46-Mutual agreement; no misconduct
- 47-Physically unable to perform job
- 48-Alleged sexual harassment
- 49-Fighting on the job
- 50-Unauthorized removal of company property
- 51-Falsification of employment application
- 52-Failed drug test
- 53-Falsification of company records
- 54-Sleeping on the job
- 55-Refusal to join/maintain union membership
- 56-Probationary period; no misconduct
- 57-Other

## MISCELLANEOUS

- 85-Failed to call in upon completing assignment
- 86-Unavailable to work
- 87-Unable to contact employee to offer work
- 88-Refusal of work
- 89-Disciplinary suspension
- 90-Commissioned agent
- 91-Deceased
- 92-School employee under contract

## LEAVE OF ABSENCE

- 61-No other information available
- 62-Personal
- 63-Medical
- 64-Family Leave
- 65-Involuntary with pay
- 66-Involuntary without pay

## LACK OF WORK

- 01-Lack of work
- 02-Reduction in hours
- 03-Temporary layoff
- 04-Completed temporary assignment
- 05-Location closed
- 06-On call basis
- 07-Hired part-time; hours fluctuate
- 08-Labor dispute
- 09-Vacation shutdown

## LABOR DISPUTE

- 78-No other information available
- 79-Member of striking union
- 80-Refusal to cross picket line
- 81-Company lockout

ENTERED 8-27-01

EXPLANATION: CASH HANDLING

PLEASE COMPLETE THE FOLLOWING:

IS EMPLOYEE ENROLLED IN HEALTH INSURANCE?  ☐ YES  ☒ NO    DENTAL INSURANCE?  ☐ YES  ☒ NO    401K?  ☐ YES  ☒ NO

HAS 1-800-628-9829 (P.I.D.=90576; PASSWORD=[686) BEEN CALLED TO REPORT THE TERMINATION?  ☐ YES

SEVERANCE PAY (IF ANY) $ Ø    VACATION PAY (IF ANY) $ Ø    FROM _____ TO _____

EMPLOYER SIGNATURE: _William S. Cutler_    TODAY'S DATE: 8-2-01

PRINT NAME: BILL CUTLER    DATE COPIES WERE SENT TO CORP OFFICE: _____

ORIGINAL – Employee File    PINK COPY – Payroll    YELLOW COPY – Human Resources

FEB-26-02 TUE 05:17 PM    LEVY RESTAURANTS    FAX NO. 8024623060    P. 14

FPD-AZ-04059-0017

EX 16 - 225

# LEVY RESTAURANTS

## EMPLOYEE DISCIPLINARY REPORT FORM

Name of Employee _LEZMOND MITCHELL_ Date _Aug. 1, 2001_

Unit _BOB_

Has Employee been warned previously? __X__ Yes ___ No

If so, Date of Warning _____

Type of Prior Warning Received _WRITTEN - CASH HANDLING_

Warned By _BILL CUTLER_

Description of Incident _CASH/P.O.S SHORT $94.75_

Date of Occurrence _7/31/01_ Nature of Occurrence: _X_ Substandard Work ___ Conduct ___ Tardiness

Time of Occurrence _PM_ ___ Carelessness ___ Disobedience

Place of Occurrence _STAND 126_ ___ Uncooperative

Action To Be Taken _SUSPENDED PENDING THE OUTCOME OF AN INVESTIGATION. PHONE BILL CUTLER 602-462-3023 FRIDAY AFTERNOON 1PM. TERMINATED 8/8/01 FINAL CHECK TO BE PREPARED & AVAILABLE ON MONDAY 8/13_

Employee Statement _____

**THE ABSENCE OF ANY STATEMENT FROM THE EMPLOYEE INDICATES HIS/HER AGREEMENT WITH THE REPORT AS STATED.**

Supervisor's Signature _William Scott_   Print Name _Bill Cutler_   Date _8/1/01_

Employee Signature _Lezmond Mitchell_   Print Name _Lezmond Mitchell_   Date _8-1-01_

FPD-AZ-04059-0018

Case 3:09-cv-08089-DGC Document 9-4 Filed 06/08/09 Page 17 of 48

# Levy Restaurants
## Sports & Entertainment

---

**MEMORANDUM**

**TO:** Craig

**FROM:** Bill

**SUBJECT:** Termination

**DATE:** August 8, 2001

---

Please be advised that I have terminated the employment of stand workers Sherawn Limbs and Lexmond Mitchell for cause.

Please prepare their final checks for pickup on Monday, August 13.

Thank you in advance for your timely response.

Cc: Human Resouces

FPD-AZ-04059-0019

**EX 16 - 227**

Case 3:09-cv-08089-DGC Document 9-4 Filed 06/08/09 Page 18 of 48

## TRAINING ACKNOWLEDGMENT FORM

I, _Lezmond Mitchell_ acknowledge that I have received a copy of the Training Manual for my position.

I verify that (i) I have read or will read the Training Manual, (ii) and the contents have been reviewed with me by my manager, _Alan George_. I further understand that I am to abide by the rules, regulations, policies and procedures set forth in the Training Manual and that Levy Restaurants reserves the right to change the contents of the Training Manual at any time, with or without notice, at its discretion.

Employee (Print Name) _Lezmond Mitchell_

Employee Signature _Lezmond Mitchell_

Date _7-12-01_

Manager (Print Name) _ALLAN GEORGE_

Manager Signature _Allan George_

Date _7-12-01_

Unit _Camp 13.0.5_



FPD-AZ-04059-0020

Case 3:09-cv-08089-DGC   Document 9-4   Filed 06/08/2060   Page 19 of 48



# Levy Restaurants
## At Bank One Ballpark
### CONCESSIONS QUESTIONNAIRE

1. I can enter the Ballpark:

   a. Any place where ushers will let me
   (b.) at the Southeast corner of the Ballpark marked "Levy Restaurants Administrative Office"
   c. at the Levy Restaurants loading dock
   d. all the above

2. A proper and complete concession uniform consists of:

   a. a smock
   b. dark slacks or skirt
   c. appropriate headwear
   d. open toe shoes or sandals
   e. any decorative item such as a bandanna scarf, hat, etc.
   f. dark colored shorts
   g. lots of jewelry so I stand out
   h. clean, fresh jeans
   i. an ID badge
   j. short sleeved, collared, white shirt or blouse





3. Before starting to work or after using the restrooms, I don't need to wash my hands since I am a clean person.          T   (F)

4. Work schedules are posted at the employee entrance and I am responsible for knowing my schedule.          (T)   F

5. When I get to my stand I sign in at:

   a. nowhere – they know who I am
   (b.) my assigned work location on the stand lead's time sheet
   c. my friend signs me in and out
   d. I don't sign in – I am not in need of a paycheck and do this for fun.



6. I can work in whatever serving line needs help.          (T)   F

7. Customers should be:

   a. ignored – maybe they'll go away
   b. greeted with a smile
   c. served quickly with a thank you
   d. none of the above
   (e.) b and c



8. If I go on break, the assistant lead should lock my cash drawer.          (T)   F

9. Condiment stands for regular concession stands have:

   a. mustard
   b. catsup
   c. relish
   d. napkins
   e. hot sauce
   f. onions









FPD-AZ-04059-0021

10. Condiment stands:
  a. should never be cleaned since they will get dirty again anyway
  b. should be cleaned before the gates open
  c. should be cleaned periodically as time permits
  d. none of the above
  **(e.)** b and c

11. We don't need to use ice scoops because they are too slow.        T    **(F)**

12. Only serve food and drink which you would consume yourself.
Quality is very important.                                           **(T)**    F

13. I don't need to sign the stand cash sheet because it isn't my money and
I don't care what they do with it.                                    T    **(F)**

14. If a customer asks for a refill of a cup:
  a. do it – it is your job to please customers
  b. do it – and save the company the cost of a new cup
  c. do it – it is not necessary to use a new cup
  d. all of the above
  **(e.)** none of the above

15. Any guards, ushers, players, band members or maintenance person is
entitled to one free drink and one hot dog per event.                T    **(F)**

16. If a hot dog falls on the floor or a cup is crushed:
  a. just throw it away – quality is important
  b. sell it anyway
  **(c.)** tell the Stand Manager and then put it in the box with
      the other spoiled items
  d. give it to another stand worker to sell

17. Soft drink cups should be:
  **(a.)** filled ¾ full of ice
  b. filled ¾ full of ice unless a customer tells me differently
  c. it doesn't matter how much ice I fill
  d. none of the above

18. I can drink as much non-alcoholic beverage as I want as long as I
don't waste it and use only my employee cup.                         **(T)**    F

19. Each beer should have a ½ to ¾ inch foam head.                    **(T)**    F

20. Slow business periods:
  a. should be used to clean any area which I was unable to do sooner
  b. should be used to prepare for rush periods
  c. may be used for breaks if the Stand Lead approves
  d. none of the above
  **(e.)** a, b and c

21. I should check the I.D. of anyone who doesn't appear to be at least
30 years old.                                                        **(T)**    F

22. I am allowed to bring books, backpacks, oversized purses, radios, etc. to
my work station.                                                     T    **(F)**

FPD-AZ-04059-0022

23. I am aware that Levy Restaurants employs service agents who evaluate all aspects of concessions service. Reports filed by service agents may be the basis for corrective action.     **T**    F

24. I don't need to keep current on upcoming games since they'll call me if they need me.     T    **F**

25. All Arizona Diamondbacks games are mandatory so I am expected to work unless excused by management.     **T**    F

26. Carry trays, lids and straws should be freely given to customers since it is our job to be extra nice to guests.     T    **F**

27. I am personally responsible for all my cash, so no one else is to operate my cash drawer or my P.O.S. terminal.     **T**    F

28. Breaks:
    a. are to be no longer than 10 minutes
    b. can only be taken if and when the Stand Lead approves
    c. are to be taken only with a valid break pass
    d. may not always be possible
    e. are not allowed within 45 minutes of the start of game until the beginning of the 6th inning
    **f. all of the above**

29. I am not permitted to consume any food on the job, but I am entitled to a 50% discount at grill stand 105.     **T**    F

30. I should always:
    a. suggest larger sizes
    b. suggest additional items
    c. be very pushy – that will increase sales
    d. all of the above
    **e. a and b**

31. I should always count back all change, cash and coins to insure I didn't make a mistake.     **T**    F

32. Personal checks, Canadian currency and foreign travel checks are okay.     T    **F**

33. U.S. Traveler's Checks are acceptable payment with stand lead or assistant lead approval and proper identification.     **T**    F

34. Bills larger than $50.00 are okay, as long as they are approved by an assistant lead.     **T**    F

35. In order to achieve the goal of providing Bank One Ballpark patrons with the highest quality food service available, we must attain which of the following objectives:
    a. fast service – 10 to 20 seconds per guest
    b. quality products – if you're not proud of our products, don't serve them
    c. friendly and courteous service – friendly smiles
    d. accuracy – no shortages or overages
    **e. all of the above**

36. Another stand worker can sell me change when I need it.     T    **F**

FPD-AZ-04059-0023

EX 16 - 231

## LEVY RESTAURANTS
## EMPLOYEE ACKNOWLEDGMENT FORM

I, _Lezmond Mitchell_ acknowledge that I have received a copy of the Employee Handbook dated as of December 1997. I understand that I am to read and understand the contents of the Employee Handbook and that if I have any questions, I am to ask my supervisor or a representative of the Human Resources Department. This Employee Handbook supercedes and replaces any previous Employee Handbook that I have received. I further understand that I am to abide by the rules, regulations, policies and procedures set forth in the Employee Handbook and that Levy Restaurants reserves the right to change the contents of the Employee Handbook at any time, with or without notice, at its discretion.

**Employee's Signature:** _Lezmond Mitchell_ **Date:** _7-11-01_

**Supervisor's Signature:** _A. Holloway_ **Date:** _7-11-01_

## LEVY RESTAURANTS
## EMPLOYEE LIQUOR LIABILITY FORM

I, _Lezmond Mitchell_, am employed at _B.O.R._ (location). Part of my duties will be to serve alcoholic beverages to persons who may be legally permitted to consume alcohol. I was directed to read information regarding Liquor Liability. I understand that, before I serve any alcohol, I am to read and fully understand the contents of the Levy Liquor Philosophy and that if I have any questions, I am to ask my supervisor. I also understand that, where applicable, it is my responsibility to obtain all required alcohol service certification.

I agree, as a condition of my continued employment, to exercise my best efforts to avoid serving minors, intoxicated persons and people who may cause problems to themselves or others as a consequence of the alcohol that I serve them. I will check all suspected minors for valid identification. In addition to not serving minors and intoxicated persons, I agree to promptly report any of such people to my supervisor or the manager, whomever is on duty.

I understand and acknowledge that knowingly serving alcohol to an intoxicated person or known alcoholic, and serving alcohol to a minor, whether or not knowingly, are grounds for disciplinary action up to and including termination.

**Employee's Signature:** _Lezmond Mitchell_ **Date:** _7-11-01_

**Supervisor's Signature:** _A. Holloway_ **Date:** _7-11-01_

### File original in employee's file

FPD-AZ-04059-0024

EX 16 - 232

# LEVY RESTAURANTS

## EMPLOYEE DISCIPLINARY REPORT FORM

Name of Employee: **LEZMOND MITCHELL**    Date **7/27/01**

Unit **BOB**

Has Employee been warned previously?    ___ Yes    **✗** No

If so, Date of Warning _____

Type of Prior Warning Received _____

Warned By _____

Description of Incident **CASH/P.O.S SHORT ($2.50)**

Date of Occurrence **7/26/01**    Nature of Occurrence: **✓**Substandard Work    ___ Conduct    ___ Tardiness

Time of Occurrence **PM**    ___ Carelessness    ___ Disobedience

Place of Occurrence **STAND 129**    ___ Uncooperative

Action To Be Taken **WRITTEN WARNING: FURTHER SIMILAR BEHAVIOR, OR ANY OTHER VIOLATION OF COMPANY POLICY, MAY RESULT IN FURTHER DISCIPLINARY ACTION UP TO AND INCLUDING TERMINATION**

Employee Statement _____

THE ABSENCE OF ANY STATEMENT FROM THE EMPLOYEE INDICATES HIS/HER AGREEMENT WITH THE REPORT AS STATED.

Supervisor's Signature _____    Print Name **BILL CUTLER**    Date **7/27/01**

Employee's Signature _____    Print Name **Lezmond Mitchell**    Date **7-27-01**

FPD-AZ-04059-0025

**EX 16 - 233**

## OSHA'S BLOODBORNE PATHOGEN PROGRAM TRAINING
## ATTENDANCE SHEET

Location: _Bankone BallPark Stand # 126_

Date: _2/31/01_

Manager/Supervisor Name: _____

I have attended the Levy Restaurants on-site OSHA Bloodborne Pathogen standard training program on the date noted above.

Employee Name (Please Print)                    Signature

Rigo Rodriguez                                  Rigo Rod
Leonard Mitchell                                Mitchell
Guadalupe E. Leyva
Lyle Cody
Beatrice Laura Newcomb
Neil DeSanti                                    7-31-2001

RM-19 3/1-98

FPD-AZ-04059-0026

37.  The P.O.S. terminal can tell exactly how much money I must have.  Ⓣ  F

38.  Personal checks are not accepted, however Visa, MasterCard, and Discover credit cards are accepted at every service position in the ballpark.  Ⓣ  F

39.  I am personally responsible to insure that I don't serve minors or intoxicated persons alcoholic beverages.  Ⓣ  F

40.  When using my employee courtesy cup in a concession stand, I must always use a lid and straw.  Ⓣ  F

41.  I am only permitted to sell up to 32 ounces of beer, 1 liter of wine or 4 ounces of liquor at one time to any customer for that person's consumption.  Ⓣ  F

42.  The average service time per guest is supposed to be:
     a.  the longer the better because it proves I give good service
     Ⓑ  fastest, most courteous service with average service time of 10-20 seconds
     c.  service time is not important
     d.  it is impossible to control service time

43.  In the event of a robbery, I should:
     a.  protect money and merchandise at all cost
     b.  try to get a good description of the person(s)
     c.  call the office immediately
     d.  chase down the culprits
     Ⓔ  b and c above

44.  The Stand Lead is primarily responsible for stand operations and the Assistant Stand Lead is primarily responsible for cash control.  Ⓣ  F

45.  If an authorized Levy Restaurants manager request food or beverage, I am to do as requested and inform the Stand Lead so that it can be properly documented.  Ⓣ  F

46.  When accepting payment from a customer, I should:
     a.  always verify what bill they gave me
     b.  place the bill on top of your drawer until transaction is complete
     c.  count back change to customer
     Ⓓ  all the above

47.  All prices include sales tax.  Ⓣ  F

48.  After closing, it is okay to take any spoilage home with me as long as I make the Stand Lead aware of what I'm taking.  T  Ⓕ

49.  Everyone working for Levy Restaurants at Bank One Ballpark must have a current Food Handler's Certificate.  Ⓣ  F

50.  Working at Bank One Ballpark is going to be very hard, fast paced, exciting and fun.  Ⓣ  F

FPD-AZ-04059-0027

EX 16 - 235



# Levy Restaurants
## Sports & Entertainment

Vera 3-6



# FAX TRANSMITTAL



| DATE | 2/26/2002 | # OF PAGES INCLUDING COVER | 22 |
|---|---|---|---|
| TO | Tom Salimou | FROM | Troy Holloway |
| COMPANY | Levy Restaurants | DEPARTMENT | HR |
| RECIPIENT FAX # | 312-280-2939 | | |
| RECIPIENT PHONE # | 312-335-5620 | SENDER PHONE # | 602-462-3094 |

COMMENTS:

\_\_\_\_ As Requested      \_\_\_\_ As Discussed      \_\_\_\_ For Review      \_\_\_\_ For Approval

Lezmond Mitchell- Prodine Employee File

\_\_\_\_ Original To Follow By Mail

If there are any problems with this transmission, please call (602) 462-3000  Thank you

FPD-AZ-04059-0028

**EX 16 - 236**

FPD-AZ-04059-0029

Certification Card.

Carry it with you as evidence of your skills and knowledge in the responsible sale and consumption of alcohol.

## Congratulations!

By successfully completing the TIPS (Training for Intervention ProcedureS) program, you have taken your place in the forefront of a nationwide movement to reduce the tragedies resulting from the misuse of alcohol.

By using the techniques you have learned, and by taking a positive approach towards alcohol use, you will help to provide a safer environment for your patrons, peers and/or colleagues. As a professional server or seller of alcohol, we value your participation in the TIPS program.

If you have any information you think would enhance the TIPS program, or if we can assist you in any way, please contact us at 703-524-1200. Thank you for your dedication to the responsible sale and consumption of alcohol.

Sincerely,

Megan Smiley
Director of Training

**IMPORTANT:** Keep a copy of this card for your records. Write down your certification number because you will need it when contacting TIPS. For assistance or additional information, contact Health Communications, Inc. by using the information provided on the reverse side of your certification card. There is a minimal charge for a replacement card if your original card becomes lost, damaged or stolen.

TIPS® CONCESSIONS    SSN:    6    1-3972
Issued: 09/06/2000    Expires: 08/30/2003
ID #:    01033429    D.O.B.:    7/1981

LEZMOND MITCHELL
1421 W PEORIA AVE # 2
PHOENIX, AZ 85004

TRAINED IN ARIZONA LAW
Janet Adams, 24852, MB

# NEW HIRE DATA FORM

**ProDine**

**Social Security Number** 3 9 7 2

**Last Name** Mitchell

**First Name** Hermond

**MI** C

**Gender**
☑ F = Female
M = Male

**Ethnicity** I
B = African American
A = Asian    I = American Indian
H = Hispanic    W = Caucasian

**Marital Status** S
S = Single
M = Married

**Citizenship** Y
Y=Yes
N=No
V=Visa

**Veteran Status** N
B = Vietnam Vet, Disabled
N = Not a Vet
V = Vietnam Vet, Not Disabled
D = Other Vet, Disabled
O = Other Vet, Not Disabled

**Physical Status** N
N = Not Disabled
A = Disabled, Accom.
Y = Disabled, No Accom.

**Birth Date** MM / DD 81 / YY

**Hire Date** 8 / 28 / 00
MM / DD / YY

**Address** 1421 W. Peoria Ave. #2

**City** Pheonix

**State** AZ

**Zip** 85029

**Area Code** 602 **Home Phone** 870 - 3968

**Area Code** **Pager**

## EMERGENCY CONTACT INFORMATION

**Name** George Mitchell

**Relationship** Grandfather

**Area Code** 602 **Phone** 418 - 7593

## PAYROLL INFORMATION

P30 (Part Time 30 hrs.)

**Division** 180

**Department** 8681

**Rate** $7.00 **Job Code** B1120 **Job Title** Yosurt Worker

**Completed by** [signature] **Title** **Date** 8/28/00

**Approved by** [signature] **Title** **Date** 8/28/00

ENTERED m 8/29/00

FPD-AZ-04059-0031

EX 16 - 239

# Form W-4 (2000)

**Purpose.** Complete Form W-4 so your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7, and sign the form to validate it. Your exemption for 2000 expires February 16, 2001.

**Note:** You cannot claim exemption from withholding if (1) your income exceeds $700 and includes more than $250 of unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return.

**Basic Instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. They will help you figure the number of withholding allowances you are entitled to claim. However, you may claim fewer (or zero) allowances.

**Child tax and higher education credits.** For details on adjusting withholding for these and other credits, see Pub. 919, How Do I Adjust My Tax Withholding?

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 prepared for the highest paying job and zero allowances are claimed for the others.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2000. Get Pub. 919 especially if you used the Two-Earner/Two-Job Worksheet on page 2 and your earnings exceed $150,000 (Single) or $200,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

## Personal Allowances Worksheet (Keep for your records.)

A  Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . . . . . A **1**

B  Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less. . . . B **1**

C  Enter "1" for your spouse. But, you may choose to enter -0- if you are married and have either a working spouse or more than one job. (Entering -0- may help you avoid having too little tax withheld.) . . . . . C ___

D  Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . . D ___

E  Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) . . E **1**

F  Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit . . F ___

G  Child Tax Credit:
- If your total income will be between $18,000 and $50,000 ($23,000 and $63,000 if married), enter "1" for each eligible child.
- If your total income will be between $50,000 and $80,000 ($63,000 and $115,000 if married), enter "1" if you have two eligible children, enter "2" if you have three or four eligible children, or enter "3" if you have five or more eligible children . . . G ___

H  Add lines A through G and enter total here. Note: This may be different from the number of exemptions you claim on your tax return. ▶ H **3**

For accuracy, complete all worksheets that apply.
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
- If you are single, have more than one job and your combined earnings from all jobs exceed $34,000, OR if you are married and have a working spouse or more than one job and the combined earnings from all jobs exceed $60,000, see the Two-Earner/Two-Job Worksheet on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below.

--------------------- Cut here and give Form W-4 to your employer. Keep the top part for your records. ---------------------

**Form W-4**
Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ For Privacy Act and Paperwork Reduction Act Notice, see page 2.

OMB No. 1545-0010

**2000**

1  Type or print your first name and middle initial: *Lermond C.*    Last name: *Mitchell*    Your social security number: *59 72*

Home address (number and street or rural route): *142 W. Peoria Ave #2*

City or town, state, and ZIP code: *Phoenix AZ 85029*

3  ☒ Single  ☐ Married  ☐ Married, but withhold at higher Single rate.
Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box.

4  If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new card. ▶ ☐

5  Total number of allowances you are claiming (from line H above OR from the applicable worksheet on page 2)  5 **3**

6  Additional amount, if any, you want withheld from each paycheck  6 $

7  I claim exemption from withholding for 2000, and I certify that I meet BOTH of the following conditions for exemption:
- Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability AND
- This year I expect a refund of ALL Federal income tax withheld because I expect to have NO tax liability.
If you meet both conditions, write "EXEMPT" here  7

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

Employee's signature (Form is not valid unless you sign it) ▶ *Lermond C. Mitchell*

Date ▶ *8-28-0*

8  Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.)

9  Office code (optional)

10  Employer identification number

Cat. No. 10220Q

**ARIZONA FORM**
**A-4**

# Employee's Arizona Withholding Percentage Election

Type or print your full name

Lezmond   Charles   Mitchell

Home address (number and street or rural route)

1421   W.   Peoria   Ave   #2

City or town, state, and ZIP code

Pheonix   AZ   85029

Your social security number

6 — —3972

## Arizona Withholding Percentage Election Options (choose only one).

1. ☐  My annual compensation is $15,000 or more   I choose to have Arizona withholding at the rate of (check only one box)   ☐ 17%   ☐ 20%   ☐ 22%   ☐ 28%   ☐ 32%  of the federal tax withheld.

2. ☑  My annual compensation is less than $15,000. I choose to have Arizona withholding at the rate of (check only one box)   ☑ 10%   ☐ 17%   ☐ 20%   ☐ 22%   ☐ 28%   ☐ 32%  of the federal tax withheld.

3. ☐  I hereby elect an Arizona withholding percentage of zero, and I certify that I meet BOTH of the following qualifying conditions for this election:

   • I had NO Arizona tax liability for the prior taxable year, AND
   • I expect to have NO Arizona tax liability for the current taxable year.

I certify that I have made the percentage election marked above.

Signature _Lezmond C. Mitchell_

ADOR 06-0041 (2000)

Date _8-28-00_



FPD-AZ-04059-0033

**EX 16 - 241**

Department: Concessions                    Position Hired For: Yosurt Worker
Rate of Pay: $7.00

## INTERVIEWER'S QUESTION AND EVALUATION FORM

(Must be completed by hiring manager)

Applicant's Name: Lezmond Mitchell          Today's Date: 8/28/00

1. Which position is/should this candidate be applying for?

☐ Concession Stand Worker   ☐ Food Runner        ☐ Kitchen Staff       ☐ Suite Server
☐ Stand Manager             ☐ Catering           ☐ Club Seat Server    ☐ Bartender
☐ Vendor/Hawker             ☐ Bar Back           ☑ Other Yosurt Worker
                            ☐ Warehouse-Laundry

2. How did you find out about this opening? AZ Rep.

3. Are you at least 19 years of age?  Y (N)

4. Are you currently a student? (Y)/N  If yes, where? _____

5. How long have you lived at current address? 3 mo.

6. Is the phone number on the application your home phone? 602 870 3968

7. Have you ever worked in any of the following areas?

   ☐ Bartending      Describe: _____
   ☐ Cashier         Describe: _____
   ☐ Catering        Describe: _____
   ☐ Concessions     Describe: _____
   ☑ Kitchen Staff   Describe: Dishwasher
   ☑ Restaurant Staff Describe: _____
   ☐ Wait Staff      Describe: _____

8. What accomplishments in your life are you most proud of?
   Getting done with high school.

9. Give me a specific example of your ability to adapt to changes.
   yes can change.

10. If you could change something about yourself - what would it be?
    nothing!

11. Give me a specific example of a situation in which you had to deal with unhappy people/customers.
    talk it out with customer try to fix or
    get manager.

FPD-AZ-04059-0034

Case 3:09-cv-08089-DGC Document 9-4 Filed 06/08/2060 Page 33 of 48

12. Which of your past jobs was the most difficult and why?

no problems,

13. How would you settle a disagreement with another co-worker?

after work talk it out with Manager.

14. Give me your definition of honesty.

Come in, do the Job
No lieng.

15. Why do you want to work at the America West Arena or Bank One Ballpark?

Needs a Job.

16. Why should we hire you?

will do the Job.

17. Can you work evenings and weekends? ✓ Days? _____

Times available: Mon - Fri _____ am/pm to _____ am/pm

Sun & Sat _____ am/pm to _____ am/pm

|  | STRENGTH | WEAKNESS |
|---|---|---|
| Appearance (clean fingernails, clothes, hair) | ✓ | |
| Communication Skills (understands questions and answers them directly) | ✓ | |
| Positive Disposition (cooperative and willing to follow directions) | ✓ | |
| Outgoing Personality (aggressive, perky and sales oriented) | ✓ | |

Comments: _____

OVERALL RATING: Above 4 3 2 1 Average 4 3 ②1 Below 2 1 Hire Yes
No
Maybe

Manager's Signature: _____ Refer to H.R.

FPD-AZ-04059-0035

EX 16 - 243

**ProDine**

## PRODINE, INC.
### a Viad Corp Company

## HOURLY APPLICATION FOR EMPLOYMENT
### GENERAL INFORMATION

| Name | (Last) Mitchell | (First) Lezmond | (Middle) Charles | Phone (602)-870-3968 | Date 8/29/00 |

Present Address (Street) 1421 W. Peoria Ave #2 (City) Phoenix (State) AZ (Zip) 85029

Social Security No. -3972

Position Applying For: Coffee Vendor    ☑ Full time ☐ Part-Time

Date Available: ASAP

Are you over 18 years of age? ☑ Yes ☐ No    If not, please state your age: _____

Have you ever applied to or been employed by ProDine, ViadCorp or any of its subsidiaries?    ☐ Yes ☑ No

If yes, please give dates and details:

Do you have a relative currently employed by ProDine, ViadCorp or any of its subsidiaries?    ☐ Yes ☑ No
If yes, state their name and company working for:    Name:_____    Company:_____

Can you provide documents which establish your right to work in the U.S.?    ☑ Yes ☐ No
If not, do you have a work permit or alien registration card which allows you to legally work in the U.S.?    ☐ Yes ☐ No

Note: Documents which establish work authorized and identity will be required prior to employment.

Have you been convicted of a felony in the past 7 years?    ☐ Yes ☑ No    If yes, please give details on separate sheet.

Are you restricted as to what days of work or hours per day you may work?    ☐ Yes ☑ No

If yes, please describe your restrictions:

### EDUCATIONAL BACKGROUND

| | No. of Years Attended | Graduated Yes/No | Subjects | Grade Average |
|---|---|---|---|---|
| High School (or elementary school if you did not attend HS) Name: Round Rock High School Location: Round Rock AZ Are you presently in a work study program? No | 4 | Yes | | 3.2 |
| Culinary or Food Service School Name: Location: | | | | |
| College/University Name: Location: | | | | |

Special qualifications, skills, talents, knowledge or other related experience:
Use to be a dishwasher for a seafood kitchen

ProDine agrees and complies with all statutes that protect people from discrimination on the basis of race, color, religion, sex, national origin, age or disability. ProDine affirmatively supports equality of opportunity in all aspects of employment.

Notice: ProDine, Inc. desire to provide a safe, efficient and healthy workplace for all its employees. To help us achieve this goal, we may request applicants to take and pass a pre-employment drug screen test.

## CUSTOMER QUALITY EXPERIENCE
### "SERVING UP QUALITY IN EVERYTHING WE DO"

FPD-AZ-04059-0036

**EX 16 - 244**

# EMPLOYMENT HISTORY

Please list all full-time and part-time jobs, giving last job first. Please include all military service.
(Use additional sheet of paper if necessary)

| Name of Company: Pappa's Foods Inc. | Address: | | City: Phoenix | State: AZ | Zip: 85029 |
|---|---|---|---|---|---|
| Job Held: Dishwasher | | Supervisor: | | Phone No: | |
| Date Started: June 00 | Date Left: Aug. 00 | Rate of Pay: $7.50 | | Reason for Leaving: laid off | |

May we contact your current employer? ☑ Yes ☐ No
May we contact you at your current place of employment? ☑ Yes ☐ No

| Name of Company: | Address: | | City: | State: | Zip: |
|---|---|---|---|---|---|
| Job Held: | | Supervisor: | | Phone No: | |
| Date Started: | Date Left: | Rate of Pay: | | Reason for Leaving: | |

May we contact your current employer? ☐ Yes ☐ No
May we contact you at your current place of employment? ☐ Yes ☐ No

| Name of Company: | Address: | | City: | State: | Zip: |
|---|---|---|---|---|---|
| Job Held: | | Supervisor: | | Phone No: | |
| Date Started: | Date Left: | Rate of Pay: | | Reason for Leaving: | |

May we contact your current employer? ☐ Yes ☐ No
May we contact you at your current place of employment? ☐ Yes ☐ No

| Name of Company: | Address: | | City: | State: | Zip: |
|---|---|---|---|---|---|
| Job Held: | | Supervisor: | | Phone No: | |
| Date Started: | Date Left: | Rate of Pay: | | Reason for Leaving: | |

May we contact your current employer? ☐ Yes ☐ No
May we contact you at your current place of employment? ☐ Yes ☐ No

| Name of Company: | Address: | | City: | State: | Zip: |
|---|---|---|---|---|---|
| Job Held: | | Supervisor: | | Phone No: | |
| Date Started: | Date Left: | Rate of Pay: | | Reason for Leaving: | |

May we contact your current employer? ☐ Yes ☐ No
May we contact you at your current place of employment? ☐ Yes ☐ No

## PLEASE READ CAREFULLY BEFORE SIGNING

This Company adheres to a policy of non-discrimination with respect to age, sex, race, religion, national origin or disability. The Age Discrimination in Employment Act of 1967 as amended prohibits discrimination on the basis of age with respect t individuals who are at least 40 years of age.

A routine inquiry may be made during the processing of this application that will provide information concerning your employment record and/or education. Information as to the nature and scope of this inquiry will be provided upon written request.

Applicants accepted for employment are hereby notified that employment and compensation can be terminated, with or without cause or notice at any time at the option of either the Company or employee. No representative of the Company other than the Chief Operating Officer of ProDine has any authority to enter into any agreement for employment of any specified period of time or to make any agreement contrary to the foregoing.

In signing this application, applicant agrees that all information printed here has been read and understood and that the information provided by the undersigned is true and complete and that any misinterpretation, falsification or willful omission may be sufficient reason for refusal of employment or dismissal after employment.

Applicant's Signature _Leonard C. Mitchell_        Date _6-28-00_

FPD-AZ-04059-0037





FPD-AZ-04059-0038

EX 16 - 246



**ProDine, Inc.**
**General Orientation**
## EMPLOYEE ACKNOWLEDGEMENT

Lezmond Mitchell

Print Employee Name

Yogurt

Department or Service Group Name

3972

Employee Social Security #

8-30-00

Today's Date

## ALWAYS HONEST

I acknowledge that I have read and understand the "Always Honest" material presented. I know that it is ProDine's commitment that I will never feel pressure to violate any law for any reason. I know that I must never violate any federal, state or local laws and that I have a duty to report any suspected illegal or unethical conduct to the "Always Honest" hotline or to my supervisor.

_Lezmond Mitchell_
Employee Signature

## HAZARD COMMUNICATION

I acknowledge that I have seen/read the "RIGHT TO KNOW" Hazard Communication video/information. I understand how to read a "MATERIAL SAFETY DATA SHEET" (MSDS) and I know where they are located.

_Lezmond Mitchell_
Employee Signature

## EMPLOYEE LOCKER ROOM - RELEASE OF LIABILITY

In consideration of being allowed to use the locker rooms at America West Arena and/or Bank One Ballpark, I hereby release ProDine, Inc., America West Arena and Bank One Ballpark and their respective subsidiaries, affiliates, directors, officers, employees, agents and successors from any and all claims, demands, actions or causes of action whatsoever and from any and all liability for lost, stolen or damaged property related to my using the locker room. This release shall be binding upon my heirs, administrators, executors and assigns. I further understand that all lockers are the exclusive property of America West Arena, Bank One Ballpark, and ProDine, Inc., and as such, may be inspected at any time, with or without notice by any authorized agent of the America West Arena, Bank One Ballpark or ProDine, Inc.

_Lezmond Mitchell_
Employee Signature

## EMPLOYEE HANDBOOK

I hereby acknowledge that I have received a copy of the ProDine, Inc. employee handbook, a guide to policies, procedures and employee benefits. I understand that the statements contained in this manual constitute management and employee guidelines only and they are in no way to be interpreted as a contract between the company and any of its employees. I further understand that the company reserves the right to change, modify, add, and delete any of its work rules and policies at any time.

_Lezmond Mitchell_
Employee Signature

FPD-AZ-04059-0039

## DRUG-FREE WORKPLACE POLICY

I have received a summary of the Drug-Free Workplace Policy of ProDine, Inc. In addition, I have been provided the opportunity to read the Drug-Free Workplace Policy in its entirety. I understand that I am required to follow that policy. I also understand that failure to comply with this policy is the basis for corrective action, up to and including termination.

_____
Employee Signature

## ALCOHOL AWARENESS

The sales of alcoholic beverages (beer, wine, liquor) at the America West Arena and Bank One Ballpark is a very important part of our service to the patrons. We do recognize and are concerned with the potential misuse of alcoholic beverages. Although abuse of alcoholic beverages is a society wide concern, we have challenged and committed ourselves, our company, our service groups and our employees to assist in the reduction of alcohol abuse. As a result, we subscribe to the following practices.

- No person under the age of 21 is to be served alcoholic beverages.

- No person under the age of 19 years is to serve alcoholic beverages.

- If a person is obviously intoxicated, that person will not be served alcoholic beverages.

- You must be absolutely certain that a person is of legal age to be served alcoholic beverages. If you are not certain, you must check their I.D. Please remember that it is better to be safe. We card everyone under the age of 30.

- From time to time we may deem it appropriate to place restrictions on the sales and service of alcoholic beverages. When those restrictions are in place, we expect complete and unequivocal support and implementation.

Failure to comply with these principles and practices may make you personally liable and will result in your termination.

Please indicate, with your signature, your intentions to comply with these principles and practices. You are in receipt of the Arizona Liquor Law Pamphlet; and have attended the Basic Alcohol Awareness and Training for Intervention Procedures of Alcohol.

_____
Employee Signature

FPD-AZ-04059-0040

**EX 16 - 248**



**ProDine, Inc.**
**General Orientation**
**EMPLOYEE QUIZ**

# HAZARD COMMUNICATION STANDARDS

① MSDS stands for

    a. May Someday Determine Safety
    b. Multiple Supply Data Sheets
    (c.) Material Safety Data Sheets
    d. Many Steps Deter Safety

② Where are the MSDS manuals located?

    (a) In each work station
    b. Only in the grill stands
    c. Only in the yogurt portables
    d. In the administrative office

③ Who is authorized to read the MSDS manuals?

    a. Managers
    b. Safety Inspectors
    c. An employee using cleanser to mop floors
    (d.) All of the above

④ When transferring chemicals into a container other than its original container

    a. Make sure the color of the bottle matches the color of the chemical
    b. Pour the chemical into the container over a sink used for prepping food
    (c.) You MUST label the new container accurately
    d. Never take the time to label the new container

⑤ The information provided in the MSDS manuals is designed to

    a. Inform employees of the hazardous chemicals they may be exposed to
    b. Inform employees of any hazardous chemical reactions which may occur when combining chemicals
    c. Explain the proper chemical-to-water ratio needed for some products
    (d) All of the above

1

FPD-AZ-04059-0041

# BLOODBORNE PATHOGENS

① If an exposure incident occurs

     a. Report it only if you are sure the source blood is infected
     ⓑ Report it immediately so that proper follow-up procedures can be followed
     c. Mention it only to your physician in confidence
     d. None of the above

② If a co-worker sustains an injury which causes bleeding, you should

     a. Find out if the customer you are assisting is a doctor
     b. Continue working and ignore him/her
     ⓒ Immediately contact your supervisor
     d. Be sympathetic by asking if the injury is painful

③ The two most common bloodborne diseases in the workplace are

     a. Hepatitis A and HIV
     b. Influenza and The Common Cold
     ⓒ HIV and Hepatitis B
     d. Syphilis and MSDS

④ Which of the following are potential routes of entry for bloodborne pathogens

     a. Mucous membranes of the eye
     b. Broken skin
     c. Accidental penetration by a sharp, contaminated object
     ⓓ All of the above

⑤ Handling all blood or other potentially infectious material as if it were, in fact, infectious is referred to as

     a. University Prudence
     ⓑ Universal Precautions
     c. Contamination Control
     d. Exposure Prevention

2

FPD-AZ-04059-0042

EX 16 - 250

## SAFETY

① If you are injured on the job you must notify

    **a.** Your Manager
    b. The first person you see after the accident
    c. Your doctor
    d. Your parents

② Which of the following are guidelines for safe lifting?

    a. Check to make sure the ground is clean and free of any spills or debris prior to lifting
    b. Always bend at the knees
    c. Keep your back as straight as possible
    **d.** All of the above

③ Milk crates may be used for

    a. Standing on to reach items on high shelves
    b. Additional trash when the receptacles are too full
    c. Sitting on when your feet are tired from standing
    **d.** Milk

④ Some precautionary measures which may assist in preventing slips are

    a. Wearing good rubber shoes with a slip-resistant sole
    b. Rubber floor mats in commonly "slick" areas, such as sinks and grills
    c. Immediately cleaning up any spills which may occur
    **d.** All of the above

⑤ When using a warmer to steam hot dogs, you should

    a. Open the door as quickly as possible
    **b.** Open the door with extreme caution allowing steam to escape before removing the hot dogs
    c. Remove the hot dogs immediately so as to prevent the customer from waiting too long
    d. Make sure the temperature is well above 275° prior to opening the door

3

FPD-AZ-04059-0043

EX 16 - 251

## ALWAYS HONEST

①    T    (F)    You are working and someone gives you a $50.00. You make change as if it were a $20.00. The guest does not return to say anything about receiving the wrong change. In this case, it is okay to put the change in your pocket.

②    T    (F)    You have handed a customer their final bill and you notice that they didn't give you the tip you think you deserve. You add an additional tip to the credit card slip without the guests knowledge. This is an acceptable industry standard since you are a hard worker.

③    T    (F)    It is 4:00 p.m. and you have spent the day drinking a six-pack of beer. Since you feel all right, it is okay to come to work.

④    T    (F)    It is okay to pay different ethnic people different wages because they may not make that much in another country and they should be happy with what they are getting.

⑤    T    (F)    If you are working for a company and the supervisor makes sexual advances towards you, it is probably a good idea to go along with what they are asking so you don't lose your job for refusing them.

⑥    (T)    F    It is very important to tell the truth about you citizenship, even if it means you may not be hired.

⑦    T    (F)    You get busy and don't have time to get your Food Handlers Card. You decide to continue to work without because it really is not important to have.

⑧    T    (F)    If someone is telling an ethnic joke and everyone laughs, you really shouldn't be concerned. If everyone is laughing, it must be okay.

⑨    T    (F)    You open a bag of hot dog buns and notice there is mold on several of the buns. It is okay to throw away the moldy buns and use the rest of them.

⑩    T    (F)    You are running late and your friend, who is working in your same department is already at work. It is okay for him/her to clock/sign you in so that you do not appear to be late.



4

FPD-AZ-04059-0044

EX 16 - 252

## ALCOHOL

1. (T) F    Alcohol is classified as a depressant.

2. T (F)    Food and coffee will sober up an intoxicated person

3. T (F)    Staggering is a classic legal sign of visible intoxication.

4. (T) F    Title 4 is the section of the law that deals with spirituous liquor.

5. T (F)    In Arizona, liquor laws may only be enforced by the Arizona Department of Liquor Licenses and Control.

6. T (F)    Keeping a gun in the establishment is a good way to protect innocent customers in the event of a fight.

7. T (F)    A birth certificate is an acceptable form of identification to accept from a person wishing to purchase alcohol in Arizona.

8. (T) F    It is illegal for a server of alcohol to be unfamiliar with the Arizona liquor laws.

9. (T) F    In Arizona, specific statutes establish liability for sale to underage and/or intoxicated customers.

10. T (F)    The primary basis for determining visible intoxication is a BAC (Blood Alcohol Content) of .10 percent.

11. (T) F    State law requires that when asked by licensees or their employees, a customer must prove his/her age.

12. T (F)    An average drink of hard liquor (1 oz.) contains nearly twice as much alcohol as a 12 oz. beer or a 5 oz. wine.

13. (T) F    Any employee of a licensed liquor establishment may be sued in a civil case for illegally selling alcohol to an intoxicated person.

14. (T) F    It is unlawful to serve a disorderly person spirituous liquor.

15. T (F)    Alcohol must be purchased by 1:15 A.M. on a licensed premise.

16. (T) F    All customers must be off the premises by 1:30 A.M.

17. T (F)    Credit cards may not be accepted solely for the purchase of alcoholic beverages.

18. T (F)    An employee who is involved in serving alcoholic beverages may not give a drink away to a customer but he may buy a drink for a customer.

19. (T) F    A 16 year old bus boy can legally clear partially consumed alcoholic beverages from a table.

20. (T) F    You must be 18 years old to purchase tobacco.

5

FPD-AZ-04059-0045



Your Name: _Lernond  MAcbell_
(please print)

Social Security #: _____ : : ___ -3972

Service Group Name: _____

# CONCESSIONS
# Questionnaire





FPD-AZ-04059-0046

10. Condiment stands:
    a.   should never be cleaned since they will get dirty again anyway
    b.   should be cleaned before the gates open
    c.   should be cleaned periodically as time permits
    d.   none of the above
    **(e.)**   b and c

11. We don't need to use ice scoops because they are too slow.   T   **(F)**

12. Only serve food and drink which you would consume yourself.
Quality is very important.   **(T)**   F

13. I don't need to sign the stand cash sheet because it isn't my money and
I don't care what they do with it.   T   **(F)**

14. If a customer asks for a refill of a cup:
    a.   do it – it is your job to please customers
    b.   do it – and save the company the cost of a new cup
    c.   do it – it is not necessary to use a new cup
    d.   all of the above
    **(e.)**   none of the above

15. Any guards, ushers, players, band members or maintenance person is
entitled to one free drink and one hot dog per event.   T   **(F)**

16. If a hot dog falls on the floor or a cup is crushed:
    a.   just throw it away – quality is important
    b.   sell it anyway
    **(c.)**   tell the Stand Manager and then put it in the box with
        the other spoiled items
    d.   give it to another stand worker to sell

17. Soft drink cups should be:
    a.   filled ¾ full of ice
    **(b.)**   filled ¾ full of ice unless a customer tells me differently
    c.   it doesn't matter how much ice I fill
    d.   none of the above

18. I can drink as much non-alcoholic beverage as I want as long as I
don't waste it and use only my employee cup.   T   **(F)**

19. Each beer should have a ¼ to ¾ inch foam head.   **(T)**   F

20. Slow periods:
    a.   should be used to clean any area which I was unable to do sooner
    b.   should be used to prepare for rush periods
    c.   may be used for breaks if the Stand Manager approves
    d.   none of the above
    **(e.)**   a,b and c

21. I should check the I.D. of anyone who doesn't appear to be at least
30 years old.   **(T)**   F

22. I am allowed to bring books, backpacks, oversized purses, radios, etc. to
my work station.   T   **(F)**

FPD-AZ-04059-0047

23. I am aware that ProDine employs service agents who evaluate all aspects of concessions service. Reports filed by service agents may be the basis for corrective action.  (T)  F

24. I don't need to keep current on upcoming games since they'll call me if they need me.  T  (F)

25. All Arizona Diamondbacks games are mandatory so I am expected to work unless excused by management.  (T)  F

26. Carry trays, lids and straws should be freely given to customers since it is our job to be extra nice to guests.  T  (F)

27. I am personally responsible for all my cash, so no one else is to operate my cash drawer or my P.O.S. terminal.  (T)  F

28. Breaks:
   a. are to be no longer than 10 minutes
   b. can only be taken if and when the Stand Manager approves
   c. are to be taken only with a valid break pass
   d. may not always be possible
   e. are not allowed within 45 minutes of the start of game until the beginning of the 6th inning
   (d.) all of the above

29. I am not permitted to consume any food on the job, but I am entitled to a 50% discount at grill stand 105.  (T)  F

30. I should always:
   a. suggest larger sizes
   (b.) suggest additional items
   c. be very pushy – that will increase sales
   d. all of the above
   e. a and b

31. I should always count back all change, cash and coins to insure I didn't make a mistake.  (T)  F

32. Personal checks, Canadian currency and foreign travel checks are okay.  T  (F)

33. U.S. travelers checks are acceptable payment with manager or assistant manager approval and proper identification.  (T)  F

34. Bills larger than $50.00 are okay, as long as they are approved by an assistant manager.  (T)  F

35. In order to achieve the goal of providing Bank One Ballpark patrons with the highest quality food service available, we must attain which of the following objectives:
   a. fast service – 10 to 20 seconds per guest
   b. quality products – if you're not proud of our products, don't serve them
   c. friendly and courteous service – friendly smiles
   d. accuracy – no shortages or overages
   (e.) all of the above

36. Another stand worker can sell me change when I need it.  T  (F)

FPD-AZ-04059-0048

37.  The P.O.S. terminal can tell exactly how much money I must have.    (T)    F

38.  Personal checks are not accepted, however Visa, MasterCard, and Discover credit cards are accepted at every service position in the ballpark.    (T)    F

39.  I am personally responsible to insure that I don't serve minors or intoxicated persons alcoholic beverages.    (T)    F

40.  Generally, the best policy on a request for ice, water, etc. is to get the stand manager to handle it.    T    (F)

41.  I am only permitted to sell up to 32 ounces of beer, 1 liter of wine or 4 ounces of liquor at one time to any customer for that person's consumption.    (T)    F

42.  The average service time per guest is supposed to be:
     a.  the longer the better because it proves I give good service
     (b.)  fastest, most courteous service with average service time of 10-20 seconds
     c.  service time is not important
     d.  it is impossible to control service time

43.  In the event of a robbery, I should:
     a.  protect money and merchandise at all cost.
     b.  try to get a good description of the person(s)
     c.  call the office immediately
     d.  chase down the culprits
     (e.)  b and c above

44.  The Stand Manager is primarily responsible for stand operations and the Assistant Stand Manager is primarily responsible for cash control.    (T)    F

45.  If an authorized ProDine manager request food or beverage, I am to do as requested and inform the Stand Manager so that it can be properly documented.    (T)    F

46.  When accepting payment from a customer, I should:
     a.  always verify what bill they gave me
     b.  place the bill on top of your drawer until transaction is complete
     c.  count back change to customer
     (d.)  all the above

47.  All prices include sales tax.    T    (F)

48.  After closing, it is okay to take any spoilage home with me as long as I make the Stand Manager aware of what I'm taking.    T    (F)

49.  Everyone working for ProDine at Bank One Ballpark must have a current Food Handler's Certificate.    (T)    F

50.  Working at Bank One Ballpark is going to be very hard, fast paced, exciting and fun.    (T)    F

FPD-AZ-04059-0049

EX 16 - 257



FPD-AZ-02023-0186