*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

Miscellaneous

17.    Photographs



Lezmond is on

Morro Bay

FPD-AZ-02033-0064



Lezmond, gary, Brent

Mesa Verde

FPD-AZ-02033-0066

EX 17 - 262