*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

<u>Miscellaneous</u>

17.    Photographs

Lezmond Mitchell making a speech to the class of 2000. They have all left us and have gone to college.

Eleanor Wilson all dressed up during her last day at Rough Rock. "I thank my mom, my dad, ...."







Rough Rock Seniors all ready to move on and on to college.

EX 17 - 263



FPD-AZ-05065-0236

EX 17 - 264