*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

17.    Miscellaneous

18.    Photographs

19.    Interview Transcript of Lezmond Mitchell with Law Enforcement, 11/4/2001

20.    Interview of Lezmond Mitchell with Law Enforcement, 11/4/2001

21.    Interview of Lezmond Mitchell with Law Enforcement, 11/5/2001

22.    Interview of Lezmond Mitchell with Law Enforcement, 11/29/2001

**SHERRY LANE MITCHELL**

Vital Records

23.    Birth Certificate, 5/27/1958

24.    Dept. of Interior/BIA and Tribal Enrollment Records

School Records

25.    Cherokee High School, Cherokee, North Carolina,1971-76

26.    Dine Community College formerly Navajo Community College, Tsaile, Arizona, 1978-1981

FPD-AZ-05065-0243

EX 17 - 266



FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    11/01/2001

      The following is a verbatim transcript of an interview between Federal Bureau of Investigation (FBI) Special Agent (SA) Raymond A. Duncan, Jr., SA Trace Kirk, Criminal Investigator (CI) Leander L. Morris and Lezmond Mitchell.  The interview took place on November 4, 2001 at 8:53 p.m. at the Chinle Department of Criminal Investigation Service in Chinle, Arizona.

Investigation on    11/04/2001    at  Chinle, Arizona

File #  198A-PX-70309 & 198N-PX-70323                    Date dictated  11/04/2001

by    SA Raymond A. Duncan, Jr./clp

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

FPD-AZ-02049-0100

EX 18 - 267

198A-PX-70309 & 198N-PX-70323    2
RADJr:clp
Tape 1 of 1

CI MORRIS:    Today's date is November 04, 2001.  The time is 8:53 p.m. at night and this is the Chinle Department of Criminal Investigations Service in Chinle, Arizona. Present is Special Agent Ray Duncan, Special Agent Trace Kirk and myself, Criminal Investigator Leander L. Morris and Lezmond Mitchell.  And he's going to provide information from his experience.

MITCHELL:    Pretty much, um..

SA KIRK:    Start talking about, regarding what you told me earlier about your hitchhiking.

MITCHELL:    Pretty much, we're hitchhiking.  I don't remember how it started hitchhiking, we're just hitchhiking, fucking partying out somewhere.  We got picked up by a lady, I think she was going towards Window Rock or something like that.

SA KIRK:    Where were you?

MITCHELL:    We were in like, I think we're at like, Wheatfields, or else Crystal, somewhere around that area hitchhiking.

SA KIRK:    Okay.

MITCHELL:    Then...

SA DUNCAN:    Who were you with?

MITCHELL:    Johnny.

SA DUNCAN:    Johnny have a last name?

MITCHELL:    Orsinger.

SA DUNCAN:    Was anybody else there with you?

MITCHELL:    No.

SA DUNCAN:    Do you know what time of day it was?

MITCHELL:    It was like, that night, man.  I don't remember 'cause we were just like, drinking and shit and I don't know, that old lady, she picked us up.  I guess that girl was in the truck.

SA DUNCAN:    What kind of truck did they drive?

FPD-AZ-02049-0101

EX 18 - 268

198A-PX-70309 & 198N-PX-70323    3
RADJr:clp
Tape 1 of 1


MITCHELL:      It was just a, I think it was a Ford or, I don't know,
               it was like silver, quad cab.  I don't know, it was
               just big.  Got in, start.,

SA DUNCAN:     Where did you guys sit when you got in the truck?

MITCHELL:      I had sit, I sat in the back seat behind the passenger
               and Johnny had sit behind the driver in the backseat.

SA DUNCAN:     Okay.  Did you ask them to take you anywhere?

MITCHELL:      We just told them we're going towards Gallup.

SA DUNCAN:     Were you heading towards Gallup, were you walking
               towards Gallup?

MITCHELL:      I don't know, I think we were like coming back from
               Gallup, or no, I don't know, all I know is we got
               picked up somewhere.  Fucking, to me it's either like
               Crystal or else fucking, I don't know man.  We just
               picked up by her.  And then here she pulled off
               somewhere where she was going to drop us off.  I don't
               remember that shit.

SA DUNCAN:     Did she say anything to you?

MITCHELL:      She just trying to ask me my name and stuff and here, I
               don't remember what I said to her.  Probably gave her a
               bullshit name or something.

SA DUNCAN:     Did Johnny say anything to her?

MITCHELL:      Not really.  Probably a couple of things.

SA DUNCAN:     Do you remember what he might have said?

MITCHELL:      Not really.

SA DUNCAN:     Okay, so you guys were picked up hitchhiking and she
               pulled over at some point along the road?

MITCHELL:      She pulled over somewhere, where I guess we were going
               to supposedly get off at, I just remember seeing Johnny
               just start fucking stabbing her and shit and then
               fucking..

SA DUNCAN:     Where did he stab her at?

FPD-AZ-02049-0102

198A-PX-70309 & 198N-PX-70323     4
RADJr:clp
Tape 1 of 1

MITCHELL:   Like around, throat area, neck, the front of the throat right here..

SA DUNCAN:   Did he say anything?

MITCHELL:   ..slicing her and shit.  Just, I don't remember if he was saying anything.  I just know, fucking, he was just slicing the shit out of her and fucking stabbing her and shit, fucking here, I remembered like, fucking, where ever we pulled over there was rides passing by, like either that old lady or somebody, that little girl, they were trying jumping out and that inside light came on, the interior light, here I remember he was telling, Yo, what the fuck are you doing?  Fucking cover the light with your hand.

SA DUNCAN:   Who was saying that?

MITCHELL:   Johnny was.

SA DUNCAN:   He was telling that to you?

MITCHELL:   And then here I remembered reaching up, probably somewhere at that, during that time, I had my hand over that little girl's mouth 'cause she was screaming some too.  But I didn't kill her, I didn't kill that little girl.  And then here fucking Johnny was trying, I guess after that old lady died and he was trying to tell me help her, help him get her into the back seat.

SA DUNCAN:   And he's referring to the girl, the little girl?

MITCHELL:   No, to the old lady.

SA DUNCAN:   The old lady, okay.

MITCHELL:   I said fuck that, man, you do it yourself, something like that, I don't know, I don't know what the fuck I said.  I just know I, I don't want to fucking help lift her, help get her in the back, here he did all that by himself.  Then when he put that, when that old lady was in the back seat, fucking, right there, I didn't want to be anywhere near her, so I jumped up front, jumped shotgun, then here that's when I picked up that little girl, set her in the back, something I was telling her like, be quiet, some shit like that, don't say nothing, get down, like, get down so like no one see you, something like that man, I don't know.

FPD-AZ-02049-0103

198A-PX-70309 & 198N-PX-70323     5
RADJr:clp
Tape 1 of 1


SA DUNCAN:   And you were saying this to her?

MITCHELL:    I was saying that to her.  Then here next thing you
             know, Johnny just came up, just sliced her throat too
             and shit.  Fucking, I don't know if he stabbed her,
             man, I just remember, fucking me, I was like kinda
             pissed, 'cause I was like, I don't know, even to this
             day, man, I think there was no reason to kill that
             little girl.  No reason for it all 'cause I don't know,
             I don't know why I'm thinking like that, but just
             thought there was no reason, kinda remember, kinda
             being pissed off at him for like doing that shit.  Then
             right there where ever we were at, Johnny started
             driving.  I just remember fucking, the truck was like,
             moving like it hit something, like fucking he reversed
             it, I think he reversed it, probably backed up into
             something, I don't know man.  Then we took off, started
             going back towards, down towards Tsaile, but fucking,
             right there man, me I just started drinking again, just
             like, fuck, sat shot gun just started reaching for my
             shit, start drinking.  Somewhere along there I blacked
             out, then we got into Tsaile, kinda just, just, I don't
             know, just remember us being on a dirt road, fucking
             taking all these roads way back into the fucking
             mountains at Tsaile somewhere.

SA DUNCAN:   Do you remember Johnny saying anything while you're
             driving with him after this happened?

MITCHELL:    Not really, man.

SA DUNCAN:   So you're on dirt roads in Tsaile?

MITCHELL:    When we had stopped, where ever we're at, at Tsaile,
             right there I kinda, probably just a little bit snap,
             not totally snap, but just a little bit.  Remember
             Johnny was trying to tell me, help me get the fucking
             bodies out of the truck.  Right there I just helped him
             get the bodies out, then he was trying to tell me help
             him drag them somewhere.  I said fuck that man, you did
             that shit.

SA DUNCAN:   Did you know where you were?

MITCHELL:    Not really, I just knew we were up in the mountains
             somewhere.

SA DUNCAN:   Could Johnny say where you were?


FPD-AZ-02049-0104

198A-PX-70309 & 198N-PX-70323       6
RADJr:clp
Tape 1 of 1

MITCHELL:    Sh, not at that time man, not at that time, not at that time.  Couple days later, yeah, but not at that time.

SA DUNCAN:   Where did he tell you were a couple of days later?

MITCHELL:    He said we went up somewhere, up in Tsaile to where like, his uncles, one of his uncles, his property is up there.  He said his uncle is fucking not alive no more, man, he's dead.  Like the rest of that family, they don't go up there.

SA DUNCAN:   Did he give you his uncle's name?

MITCHELL:    Like I said earlier, probably either like a Raymond or Reginald or I don't know, Reggie, Reggie rings a bell.

SA DUNCAN:   Okay.

MITCHELL:    But I'm not positive about that name, last or first name.

SA DUNCAN:   All right.  When you took the bodies out at that location, what did you do with them?  You and Johnny.

MITCHELL:    Like I said, Johnny was trying to ask me to help him drag it, I told him fuck that, you go drag it yourself.  Me, I just started grabbing some more liquor and just started fucking drinking again.

SA DUNCAN:   Did you see what Johnny did with them?

MITCHELL:    I just saw him dragging them off into the brush or whatever.  I don't know.  I know he was taking a while out there though.  He was taking that old lady out there first, dragging her, dragging her.  I don't know where, how far off he dragged her or anything.  I don't know that shit.

SA DUNCAN:   Can you remember anything about that location?  Was it a open field or a forest?  Can you describe it from memory?

MITCHELL:    I remember just seeing fucking trees that grow up there in the mountains like oak or pine or some shit like that.

SA DUNCAN:   Are there any structures in that area, buildings, housing?

FPD-AZ-02049-0105

198A-PX-70309 & 198N-PX-70323      7
RADJr:clp
Tape 1 of 1


MITCHELL:      I think just like a fucking, like a chaha'oh.

SA DUNCAN:     What is that?

CI MORRIS:     Shade house.

MITCHELL:      Shade house.

SA DUNCAN:     Shade house, okay.  So something like that is near that?

MITCHELL:      But it didn't have the oak around it, the leaves?

SA DUNCAN:     Right.

MITCHELL:      But it's just the frame of the chaha'oh.  That shade house, just the frame.  There's no leaves around it, but it was small, it's not like a big one like how some of these Navajos make, like a small one just to work like on cars and shit.  Pull your car in there or something that.  That's all I remember man.  Fucking seeing around there.  I think there's, might be, damn, I know I saw some trash laying around there, but it looked like it was old, like a trash pile, like where they burn trash, but it wasn't like in a barrel or anything, it was just laying there on the ground.

SA DUNCAN:     Okay.  Did you hear any sounds in that area, livestock or cars or anything like that?

MITCHELL:      Nah, man.  I just remember it was fucking freezing ass that night, a little bit, not as bad as what it was getting like, a couple of nights ago.  But fucking.. other than that..

SA DUNCAN:     Did Johnny put the two bodies in the same location?

MITCHELL:      I can't tell you that, but it looked like he dragged them off into the same location, but I don't know man.

SA DUNCAN:     Do you know if he attempted to do anything to conceal them, like bury them or set a fire or anything like that?

MITCHELL:      He didn't say nothing.  I didn't ask, that same night or a couple of days, all I asked him was like where in the hell we were at, where those bodies are and then he says up at Tsaile, up at my uncle's property, his land, said it's well hidden, no one barely goes up there.

FPD-AZ-02049-0106

198A-PX-70309 & 198N-PX-70323     8
RADJr:clp
Tape 1 of 1

That's it.  Then I didn't ask him about the bodies, I didn't ask him if he fucking tried to do anything with them, whatever.

SA DUNCAN:   Do you remember driving away from that, were you coming down a hill or was it flat?  Do you remember anything about the elevation?

MITCHELL:   Just, it was probably a little hilly, I don't know. Just, some parts were flat, but not like, off the top of my head.

SA DUNCAN:   Okay.  How long did it take you to get from that location to the highway?

MITCHELL:   I don't know.

SA DUNCAN:   Can you say it was a long time or a short time?

MITCHELL:   It felt like a long time, but I mean, when you're drinking and shit, everything feels like a long time. But then there's a couple of things that might feel like it just took a second, shit I couldn't tell you. It felt like a long time getting, I don't know, it just felt like a long time getting back down to the highway.

SA DUNCAN:   Did Johnny and you have a conversation once you left that spot?  Did you talk in the truck?

MITCHELL:   Not really man.  I remember any conversations 'cause I know I just started drinking when he was trying to drag the bodies off.  I was just drinking, drinking, just kicking back, drinking, drinking, then fucking here, all of a sudden, he's all, let's go.  Then I was still drinking, then we took off, shit I don't even remember making it back to the highway man.  Truly, I don't remember making it back to that highway.

SA KIRK:   Describe the road as you described to me earlier Lezmond.

MITCHELL:   The road?  I know the road is pretty fucked up man. It's like a car can't get back there.  I can tell you that much now.  'Cause like when we, he was driving on it, fucking, every, it was just bouncing all over the place inside man.  I know a car can't get to it, I know that.  Probably a truck, probably the smallest vehicle that can get back there is probably like a four wheeler

FPD-AZ-02049-0107

198A-PX-70309 & 198N-PX-70323       9
RADJr:clp
Tape 1 of 1

    or dirt bike.  Probably a blazer might get it back there, but I don't know man.

SA DUNCAN:    When you left that location, where did you go?

MITCHELL:    We just started fucking driving, probably coming back down to Round Rock or some shit, I don't know.  Here, probably fucking blacked out during that whole time. Sometime early that morning, I fucking snapped out big time.  Here me and Johnny were on the highway again, walking.  Fucking right there man, guess fucking, we were probably like right by Round Rock lake, but on the highway walking towards Gregory's house.

SA DUNCAN:    Where did the truck go?

MITCHELL:    That night?  No, until like fucking here, like a couple of days later, Johnny said he stashed it somewhere way the fuck up on the east side of Round Rock, over by a canyons or some shit.  Here where my grandfather, my family are from, guess they're over there.  Guess, I don't know, during that time I blacked out, I don't know if I'm the one that said go that way or what, just stash the truck.  I don't know man.  Fucking, just too fucked up that night.

SA DUNCAN:    Okay, so the next thing you remember you were walking on the road by Round Rock lake?  Who were you with?

MITCHELL:    Just Johnny.

SA DUNCAN:    Still with Johnny?  Okay.  Where did you go?

MITCHELL:    That morning, damn, I don't know, I remember we seen buses pass by us.  Like school buses?  Here fucking those were passing by us when I snapped out.  Here it was kind of blue out, outside, the sky was blue, like dark blue.  Here we just went back to Gregory's, walked it up, me I went in, fucking here, I had blood on my clothes.  Not a lot, but fucking, I still had blood on my clothes man.

SA DUNCAN:    Do you remember what clothes you were wearing?

MITCHELL:    Just a pair of black pants and a white shirt with a black hooded sweater, long sleeve.

SA DUNCAN:    Do you still have them?

FPD-AZ-02049-0108

198A-PX-70309 & 198N-PX-70323     10
RADJr:clp
Tape 1 of 1


MITCHELL:      Nah man, burnt that shit.

SA DUNCAN:     You burned it?  Where at?

MITCHELL:      In that trash can next to Gregory's, the one that you
               walked over to man.

SA DUNCAN:     Okay.  So you don't have that clothing.

MITCHELL:      No, it was burned.

SA DUNCAN:     What did you do when you got to Gregory's?

MITCHELL:      I didn't say nothing to those guys.  Most of them were
               crashed out, um.

SA DUNCAN:     Who was there at Gregory's when you got there?

MITCHELL:      Gregory was there, Jake was there, their little brother
               Jeffrey was there, Jackie was probably there, but she
               was probably over at her grandma's, that's their sister
               too.  Those three, Jake, Jackie, and Jeffrey, those
               three were probably getting ready for school that
               morning.  That's when I walked in, I just remember
               seeing Jake first and he was building a fire and he's
               all like, long night?  I said yep, fucking kick ass
               party.  So I told him, walked into the room, Gregory
               was crashed out and his bitch was there too, man,
               fucking, they were both crashed out.

SA DUNCAN:     Do you know her name?

MITCHELL:      Alberta.  Then here fucking, they were crashed out
               there.  I just changed real quick, put on some other
               clothes and here I went into the bathroom, shit, we
               don't have, there's no running water in that house,
               man, we got busted for stealing water.  So they shut it
               off from us.  And just grabbed water, jugs of water,
               washed my hands 'cause I know I still had some blood on
               'em.  I don't know when the fuck I got those blood on
               'em, probably just touching the seat and shit, 'cause I
               remember the seat was kinda soaked, plus probably
               dragging those bodies out, 'cause I think I helped
               grabbed her hand or something, drag her out.  I don't
               know man.

SA DUNCAN:     Do you remember if when you took off your clothes, if
               you had that butterfly knife with you at all?


FPD-AZ-02049-0109

198A-PX-70309 & 198N-PX-70323      11
RADJr:clp
Tape 1 of 1

MITCHELL:       Nah uh, that butterfly knife wasn't with me.

SA DUNCAN:      Did you have any kind of knife with you?

MITCHELL:       Not at that time, when I got back to that house.  I
                know I didn't have it on me, until the next, actually,
                well the same day that morning.  Here Johnny gave it
                back to me, I said fucking go wash that shit off,
                covered in blood and shit.

SA DUNCAN:      And who's knife did he give to you?  Was it yours or
                was it his?

MITCHELL:       It was, both of them were his, but here he gave me that
                butterfly, 'cause here I drew this guy with the knife
                that he used already.

SA DUNCAN:      Okay.  So he gave you the knife and he told you to
                clean it?

MITCHELL:       Clean it and then here I cleaned it and everything and
                then here he was like, damn, I already have a knife,
                you can go ahead and keep that one.  Said all right,
                just kept it.

SA DUNCAN:      Okay.  Did anything else happen at Gregory's house that
                morning?

MITCHELL:       Huh uh man, after I washed my hands and shit, I just
                went straight to bed, crashed out.  Johnny, he crashed
                there too, crashed on that top bunk and here I was on
                the bottom one, we just crashed.  Then later that day
                we woke back up probably like towards the evening,
                like, I don't know, three, four, me I got up, went over
                to the grandma's house, took a shower, kinda of got
                around, and then fucking, that's when Johnny probably
                broke out that blade to me and told me wash it,
                whatever.  Then I started, right there too, I was kinda
                fucking hanging man, and then plus dope was dry around
                here for a while too.  Just for like a couple of days,
                I didn't have no dope to smoke on to kill my hangover.
                That's when I fucking walked back to Kellywoods,
                fucking grab some more forties again.  They were
                partying man.

SA DUNCAN:      Do you remember what day that was?

MITCHELL:       Tuesday, I don't know.

FPD-AZ-02049-0110

198A-PX-70309 & 198N-PX-70323     12
RADJr:clp
Tape 1 of 1


SA DUNCAN:   Okay.

MITCHELL:   I know though, fucking when we took off, I don't know how me and Johnny started hitchhiking towards Window Rock, we were in that area, I don't know man.  I know fucking that, earlier that day, we were drinking, then here, shit I don't know man, just drinking that entire day and shit.

SA DUNCAN:   This is the day following you going to Gregory's house?

MITCHELL:   I think so, I'm not sure.

SA DUNCAN:   So did you start hitchhiking toward Window Rock again that day?

MITCHELL:   I don't know.  I don't know man, I think I did, I'm not sure.

SA DUNCAN:   Okay.

             Can you talk to us a little bit about Halloween? October 31st, that would have been a Wednesday.

MITCHELL:   That Halloween night,

SA DUNCAN:   Start off in the morning and go through the whole day. If you can remember as much as you can.

MITCHELL:   Pretty much that whole day, man, I was just drinking, fucking just in and out, drinking, drinking, drinking.

SA DUNCAN:   Do you know where you were drinking at?

MITCHELL:   Not really.

SA DUNCAN:   Do you remember who you were with?

MITCHELL:   Probably like, with, like, one or two guys and I think some girl too man.  I don't know.  Well, I think it was, I don't think it was none of those guys, I don't think it was Gregory or Jimmie or none of those guys. I don't think I was drinking with them.

SA DUNCAN:   Okay.  Did you go anywhere on Halloween?

MITCHELL:   I don't know man, I just know fucking here, somehow, I don't know we got back to that truck man.  I don't know where that truck, I just know Jake and Jason, said yo

FPD-AZ-02049-0111

198A-PX-70309 & 198N-PX-70323    13
RADJr:clp
Tape 1 of 1

man, let's go, let's go fucking cruise.  We went cruising, here,

SA DUNCAN:    Was it Jason?  You were with Jason?  What's Jason's last name?

MITCHELL:    Kinlicheenie.

SA DUNCAN:    Kinlicheenie, okay.  And who else were you with?

MITCHELL:    And Jake Nakai.

SA DUNCAN:    Jake Nakai, okay.

MITCHELL:    Jakegory Nakai.  Somehow those two, I don't know man, they got that truck.  I don't know if Johnny took 'em up there, whatever.  They just got that truck, said let's go cruise, let's go cruise.  Me, I didn't even fucking recognize that truck too man.  I just got in. Fuck that.  When I got in, I recognized something, it was that smell of that fucking blood.  That's when I knew that it was that truck.  I was kinda fucking, yeah I was drunk and shit, but I still remember that smell of that blood man.  That shit doesn't go away.

SA DUNCAN:    Who was driving?

MITCHELL:    I think it was Jason at that point.  I'm not sure. Yeah, it was Jason.

SA DUNCAN:    Okay, did you guys go anywhere?

MITCHELL:    I don't know man.  I just know fucking somehow we ended up over at the other side of the mountain and it was already dark and fucking here, I don't know man, Jake just broke out a mask to me.

SA DUNCAN:    What kind of mask was it?

MITCHELL:    I don't remember.

SA DUNCAN:    You don't remember?

MITCHELL:    I think it fucking was like a vampire one, man.  I'm not sure

SA DUNCAN:    Okay.  So Jake gave you a vampire mask?

MITCHELL:    It was bald though, like bald head on it?

FPD-AZ-02049-0112

198A-PX-70309 & 198N-PX-70323      14
RADJr:clp
Tape 1 of 1


SA DUNCAN:    Did he give you anything else?

MITCHELL:    Fucking that twelve gauge.

SA DUNCAN:    Twelve gauge?  What did that look like?

MITCHELL:    It was black, it had fucking, I don't know, it was just a twelve gauge man, all I knew was it was a twelve gauge.

SA DUNCAN:    Okay.  Did he give you anything else?

MITCHELL:    Nah man, there right there, he said help me, help us do this shit man.  Let's go do this shit, let's go do this.  Fucking me, man, drinking, fuck it though, let's go, fucking let's go do it.

SA DUNCAN:    Where were you at?

MITCHELL:    I don't know, somewhere close to the store, parked.

SA DUNCAN:    Do you know what town you were in?

MITCHELL:    I just remember seeing that store right there.  We're over here somewhere, then the highway was like this, now I think about, yeah, I know I was in Red Valley, because I passed through there and shit.  But at that time, I didn't know we were in there.  I didn't know we were there and here fucking I don't know, some shit, I think I said fuck it, let's go do it now.  Then we started pulling in down there.

SA DUNCAN:    Did Jake and Jason wear anything similar to what they gave you?

MITCHELL:    Just masks man, that's all I remember.  They had their own masks too.  Clothes, I can't tell you what the hell I was wearing or anything.

SA DUNCAN:    Did you see any other weapons?

MITCHELL:    Nah uh.  Until we got up to the store, then I knew Jake he had fucking something in his hand, he was trying to tell that lady to get down on the ground, shut up, then me, fucking trying to look around for some other people some other store workers.  That's when I saw one other person and here she was trying to make a getaway for it.  Then here, fucking, I don't know man, I think I

FPD-AZ-02049-0113

EX 18 - 280

198A-PX-70309 & 198N-PX-70323    15
RADJr:clp
Tape 1 of 1

tripped over something or almost tripped over something, trying to like, make my way over to her, yo, fucking don't try it or some shit like that, don't try, don't try to go for it.  Cooperate, nothing will happen.  Jake was saying the same shit to that lady. Cooperate, nothing will happen. Then here I just remembered everything just went quick man, we just started hitting the money, grabbed all the money and shit.  I remember somehow, fucking, Jake found where that safe was then here he just said it's over there, it's over there.  Then I went over there.  That's when I opened it and right there, told them go get me a bag. Then I started taking money out of the safe.  I think that's how it went, I don't know man.

SA DUNCAN:    Do you remember what Jason did?

MITCHELL:    I think, I don't know man.  I just got gas or something, I don't know.

SA DUNCAN:    Okay.

MITCHELL:    And then,

SA DUNCAN:    Did you see any purple gloves?

MITCHELL:    I don't know if those guys gave me some or I don't know, I don't remember.

SA DUNCAN:    Could they have given you some?

MITCHELL:    Possibly, possibly.

SA DUNCAN:    Did you see them wearing any?

MITCHELL:    Not really man, I wasn't paying attention to shit like that.

SA DUNCAN:    Okay.  So you're at the safe and you're getting the money.  What happens after that?

MITCHELL:    I think I'm the one that tied those two ladies up, I know I didn't tie 'em real good man.  Fucking probably if I tied them real good they probably wouldn't have gotten out of that safe.  Here that fucking whatever that shit is.  I don't know.

SA DUNCAN:    Okay.

FPD-AZ-02049-0114

198A-PX-70309 & 198N-PX-70323      16
RADJr:clp
Tape 1 of 1


MITCHELL:       I just remember telling them, just cooperate, said all
                right, all right, all right.  That's all they were
                saying to me.  Then I remember probably, I closed the
                door, that big ass safe door.  Closed it on 'em, then
                that's when I exited out.

SA DUNCAN:      Did you say anything when you left?  Did you see
                anybody else?

MITCHELL:       Just saw an old lady walking in man, looking at her,
                said fuck her, took off.

SA DUNCAN:      Is that all you said to her?

MITCHELL:       I didn't say nothing to her, I don't think so, man.
                And then I know there was another truck that pulled in.
                I think that old lady was in a car, I'm not sure.  I
                know I remember seeing a truck kinda pulling in.  So I
                don't know.  I just got into the fucking truck man, we
                were all happy and I just started drinking again.

SA DUNCAN:      Who drove?

MITCHELL:       I think it was Jason.  I'm not sure.  Me, I just
                started drinking, started making our way towards the
                mountain.  I kinda snapped during that shit, during the
                time of the robbery, kinda snapped a little bit.

SA DUNCAN:      When you say you snapped?

MITCHELL:       Like, kinda like, like um, not fully conscious of what
                I was doing but I knew like, we're doing some shit.

SA DUNCAN:      Did you become more aware of what was going on?

MITCHELL:       Yeah, like that was what I mean, more aware of what I
                was doing.  And then I just, I remember we just making
                our way to the mountain, yeah, I was just drinking.
                Jake's all happy.  Jason too.  Yeah, I was just
                drinking, keeping quiet.  Fucking, we got onto some
                dirt road up at the mountains and shit.

(End of side A, tape 1 of 1)


FPD-AZ-02049-0115

FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    12/13/2001

On Sunday, November 4, 2001, Federal Bureau of Investigation (FBI) Special Agent (SA) Raymond A. Duncan, Jr., and Navajo Department of Criminal Investigations (NDCI) Criminal Investigators (CIs) Michael Henderson and Darrell Boye of the Window Rock District contacted LEZMOND MITCHELL, see descriptive data below following his Navajo Nation tribal arrest for aggravated assault. MITCHELL was asked if he understood the English language which he indicated he did. MITCHELL was then advised of his rights via FD-395 Advice of Rights form. MITCHELL was read the Waiver of Rights statement and asked if he understood the Waiver of Rights statement which he did. MITCHELL then agreed to waive his rights and answer questions.

MITCHELL was asked if he could his activities during time period of October 27, 2001, through November 4, 2001, the date of his arrest. MITCHELL indicated that on the past Sunday, October 27, 2001, he recalled being out all night partying. MITCHELL could not recall who if anyone he was with. MITCHELL said he was cruising around Round Rock, Arizona, on foot. MITCHELL said on Saturday night he left his residence approximately 9:00 p.m., and walked to Kellywood Harry's house and purchased 40oz beers and left.

MITCHELL said he spent Saturday evening at Round rock lake partying. MITCHELL recalled he saw some people who he id not know. After an undetermined period of time, MITCHELL, said he blacked out from drinking. MITCHELL said on Sunday Morning, he woke up at the lake and walked back to Kellywood's house to purchase some more beer. MITCHELL said he spent part of Sunday drinking the beer under the bridge and later blacked out again. MITCHELL said he drank mor and blacked out again. MITCHELL said on Monday, he woke up under the bridge and got up and walked back to Round Rock. MITCHELL said he had to take care of some business and was having some problems with his girlfriend Delilah. MITCHELL on Monday he planned on selling dimes im Round Rock but had no customers. MITCHELL said on Tuesday, Wednesday and Thursday he also attempted to sell dimes but business was also slow.

MITCHELL did recall selling marijuana to one customer who he described as some fool from many Farms, Arizona. MITCHELL could

Investigation on ___11/04/01___ at _Chinle, Arizona_____

File # _198A-PX-70309 & 198N-PX-70323_____    Date dictated _11/16/2001____

by  _SA Raymond A. Duncan, Jr. / rad_____

....................... of the FBI. It is the property of the FBI and is loaned to your agency;

FPD-AZ-02049-0116

FD-302a (Rev. 10-6-95)

198A-PX-70309 & 198N-PX-70323

Lezmond Charles Mitchell                    11/04/01

Continuation of FD-302 of _____ , On _____ , Page ___2___

not recall the name of the man who he sold to but said it was
possibly Tom a navajo guy.  MITCHELL said his business of selling
marijuana remained slow until Friday November 2, 2001.  MITCHELL
said he was able to sell marijuana on Friday but could not recall
the names of his customers. MITCHELL said he wanted to go back to
Kellywood's to purchase more bee but he fought off the urge.  On
Friday night, MITCHELL  said he stayed at Greg's (Gregory Nakai's)
house.

        MITCHELL said he saw his girlfriend on Saturday, November
3, 2001.  MITCHELL said they had gotten over their problems and
planned to go to Farmington.  MITCHELL said he and his girlfriend
caught a ride to Farmington, New Mexico, with a friend Randy.  In
Farmington MITCHELL said he purchased a keyboard, and he was trying
to change his dirty money for clean money.  MITCHELL said he
purchased the keyboard because he was interested in musical
production and he was attempting to start a records label, East
Side Productions/Low Life Studios.  MITCHELL said he purchased the
keyboard from the Radio Shack at the Farmington Mall.  MITCHELL
said he returned home from Farmington between 7:30 and 8:00 p.m.

        MITCHELL was asked if he recalled any other information
regarding his activities that week.  MITCHELL then said on Monday,
October 29, 2001 he recalled driving to Gallup, New Mexico to meet
with a lawyer.  MITCHELL was asked if he was represented by a
lawyer and he indicated he was not.  MITCHELL was advised that
his Miranda Rights were still in effect and he was offered an
opportunity to call a lawyer and he declined.  MITCHELL then said
he was driven to Gallup by his Aunt Shirley Comb.  MITCHELL said he
was going to attempt to speak with a lawyer regarding an incident
that occurred at Round Rock Lake in August.  MITCHELL said he did
not meet with the lawyer.  MITCHELL said his aunt Shirley waited
for him in Gallup, while he shopped at the Gallup Mall.  MITCHELL
said he returned from Gallup later that night.

        MITCHELL said on the day he went to Gallup, he had
originally planned to travel to Shiprock, New Mexico, where Gregory
Nakai's mother lived.  MITCHELL said a couple of days before his
trip to Gallup, Daisy, Gregory's mother got into a fight and her
car was later damaged and that prevented him from going to
Shiprock.  MITCHELL said that he most recently saw Daisy last night
on November 3, 2001, when she got home from work.  MITCHELL said he
spoke to Daisy about going to Shiprock, but she indicated he did
not have time.

**FPD-AZ-02049-0117**

FD-302a (Rev. 10-6-95)

198A-PX-70309 & 198N-PX-70323

Lezmond Charles Mitchell                    11/04/01

Continuation of FD-302 of _____ , On _____ , Page __3__

      MITCHELL was asked if he saw any of his friends during the week, including; Jimmie Nakai, Jr., Jakegory Nakai, Gregory Nakai, Jason Kinlicheenie, Johnny Orsinger or Teddy Orsinger. MITCHELL said he saw Gregory, and Jakegory every night because he lived with them at their house. MITCHELL said he last saw Jimmie Nakai on October 18 or 19. MITCHELL said he last saw Jason Kinlicheenie, his cousin, the previous week. MITCHELL added that he had made some "bud runs" and Jason and Johnny might have been with him.

      MITCHELL was asked what he did on Halloween, and he said he grabbed some movies from the Round Rock Trading Post. Mitchell said he went with Jason and rented the movies: <u>Animal,</u> and <u>Slumber Party Massacre.</u> MITCHELL said he remained home on Halloween night.

      MITCHELL was asked if he was involved or had knowledge in the disappearance of Tiffany Lee a nine year old Navajo juvenile or her Grandmother Alyce Slim. MITCHELL said he had no knowledge of Lee or Slim. MITCHELL was asked if he had stolen a GMC pick up earlier that week and used it during the robbery of the Red Valley Trading Post on Halloween night. MITCHELL indicate he did not steel a GMC pick up and was not involved in the robbery of the Red Valley Trading Post on Halloween.

      MITCHELL was asked if he was willing to consent to a polygraph examination regarding his statements, and he consented to the examination.

      LEZMOND MITCHELL is described as follows:

| | |
|---|---|
| Name: | LEZMOND CHARLES MITCHELL |
| Sex: | Male |
| Race: | American Indian (Navajo) |
| DOB: | /1981 (20 years old) |
| SSN: | -3972 |
| Address: | 1 ½ Miles East of Junction of IR 12 and US 191 Round Rock, Arizona |
| Miscellaneous: | Height:  5'7" Weight:  225 lbs. Hair:    Black Eyes:    Brown |

FPD-AZ-02049-0118

D-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    11/06/2001

Lezmond Charles Mitchell, date of birth,        '81, Social Security Account Number,       -3972, was re-contacted at the scene of a homicide investigation. Mitchell had been brought to the scene by Navajo Criminal Investigators to help investigators locate bodies (and body parts) of the victims of the homicide. Mitchell had agreed to help investigators when he was initially interviewed the previous day (11/04/01.) Mitchell was reminded of the rights contained in the FD-395, Advice of Rights form that he had signed the previous day. He stated that he knew what his rights were. He further stated: "Ask your questions!"

Mitchell was told that a preliminary examination of the body of the older female victim indicated what appeared to be numerous stab wounds. Mitchell was also told that Johnny Orsinger had admitted to some of the stab wounds but insisted that Mitchell had also stabbed the older female victim. Mitchell then admitted that he did stab the older female several times at the same time Orsinger was stabbing her while they were all in the victim's truck. Mitchell said that he was so drunk (at the time of the murder) that he could not remember how many times he stabbed this individual. He said that he used the "butterfly knife" (that was seized from him when he was arrested the previous day) to stab this "older woman."

Mitchell was asked about his role in the little girl's death. Mitchell seemed to think for a long time. He then replied, "Well, the evidence is probably going to show and/or the witnesses are going to say that I did cut her throat. I may as well admit it. I did it. I cut her throat twice." Mitchell said that he cut her throat while he and the girl were standing near where the bodies (were then) located. When asked if he had, subsequent to slashing her throat twice, pointed to the little girl, who was still standing and saying to Orsinger, "Look this bitch won't die. Lay down and die, bitch!" Mitchell said that he did not remember clearly but did say something like that. After the little girl laid down as commanded, Mitchell and Orsinger obtained one large rock each. Orsinger threw his rock on the girl's head. Mitchell followed with his rock. Mitchell recalled that they each threw or dropped their respective rocks on the girl's head several times.

Investigation on    11/05/2001    at Tsalie, AZ

File # 198A-PX-70309                               Date dictated    11/06/2001

by    Trace L. Kirk

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

FPD-AZ-03055-0024

EX 20 - 286

302a (Rev. 10-6-95)

198A-PX-70309

tinuation of FD-302 of ___Lezmond, Charles Mitchell___ , On _11/05/2001_ , Page ___2.___

Mitchell and Orsinger then pulled the body of the older woman from the truck to the area where the young girl was located. Orsinger left for a short time and came back with a shovel and axe. Mitchell does not know where Orsinger located these tools. While Mitchell dug a hole in the ground near the bodies, Orsinger cut the heads and hands off the bodies with the axe. He also removed the clothing, glasses and other identifying items from the body. Both Orsinger and Mitchell threw the heads and hands into the hole. Mitchell described approximately where this hole had been located, pointing in the general direction using his cuffed hands and chin to signal in the general direction. He recalled that these body parts were less than a foot deep in ground in a pile. The clothing and other personal items were placed in the back of the bed of truck.

After they buried the body parts and pulled the torsos into the wooded area, they drove to an area about 150 yards from the area of the bodies. They burned the clothing and identifiable items from the truck. Mitchell pointed again with his hands and chin to an area, already marked by investigators with orange flags, as the area for this fire.

After burning the aforementioned items, Mitchell and Orsinger descended to a small creek near where they burned the clothing. The duo washed the blood from their knives, hands and faces in the stream. They then left the area. Mitchell does not know what they did with the axe nor shovel. He said that he did wash both his and Orsinger's knives the next day in alcohol.

FPD-AZ-03055-0025

EX 20 - 287

FD-302 (Rev. 10-6-95)

-1-

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    12/17/2001

On Thursday, November 29, 2001, Federal Bureau of Investigation (FBI) Special Agents (SA) Raymond A. Duncan, Jr., and Kent R. Hush contacted LEZMOND MITCHELL following his arrest in Window Rock, Arizona and transport to Flagstaff, Arizona for an initial appearance. Prior to MITCHELL's initial appearance, he was asked if he was willing to answer additional questions regarding the investigation into the deaths of Tiffany Lee and Alyce Slim. MITCHELL indicated he was willing to answer questions. MITCHELL was then advised of his Miranda Rights contained in FD-395, Advice of Rights form. MITCHELL was then read the waiver of rights which he indicated he understood and signed the waiver of rights indicating his willingness to answer questions. Form FD-395 was witnessed by SA Duncan and Hush.

MITCHELL was asked if he could recall his activities on October 28, 2001. MITCHELL said he was in Round Rock, Arizona, and he made plans to travel to Gallup, New Mexico, to purchase liquor. MITCHELL indicated that he hitchhiked to Gallup on a Friday or Saturday night with Johnny Orsinger. MITCHELL indicated that he had consumed a couple of forty ounce bottles of beer prior to going to Gallup. Once in Gallup, MITCHELL said he and Johnny ate and then bought liquor. MITCHELL said that he and Johnny Orsinger then walked around the north side of Gallup and then decided to go to the Gallup Mall.

In the mall, MITCHELL said that he and Johnny went to a knife store and there they bought one butterfly knife. MITCHELL said Johnny then stole a, "claw knife". MITCHELL was asked whose idea it was to purchase the knives and he indicated that it was Johnny Orsinger's idea to get the knives. MITCHELL said that he and Orsinger then walked in the area of the mall by the Walmart and Sizzler.

MITCHELL said that he and Orsinger then decided to return to Round Rock and began walking north on Highway 666. MITCHELL said that he and Orsinger were hitchhiking and they were picked up by a trucker. MITCHELL said it was in the area of Yah-Ta-Hey, New Mexico, when they were picked up. MITCHELL described the trucker as a "wetback". MITCHELL added that he believed the truck driver was from El Paso, Texas or Chouchilla, Mexico. MITCHELL stated

Investigation on    11/29/2001    at    Flagstaff, Arizona

File #  198A-PX-70309; 198N-PX-70323                    Date dictated    12/13/2001

SA Kent R. Hush

by  SA Raymond A. Duncan, Jr./clp

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

FPD-AZ-03055-0031

FD-302a (Rev. 10-6-95)

198A-PX-70309; 198N-PX-70323

Continuation of FD-302 of ___Lezmond Mitchell_____, On _11/29/2001__, Page ___2___

that he told the driver that they wanted to go to Window Rock, Arizona. MITCHELL said that they drove north on Highway 666 and when they approached the intersection of Highway 264 and 666, the truck driver told them that he was going north on Highway 666. MITCHELL said that they then were dropped off and began walking towards Window Rock on Highway 264.

MITCHELL said they were out of money and he was carrying the liquor they had purchased in Gallup in a blue bag. MITCHELL was unclear if he was picked up and driven to Window Rock or if he had walked all the way to Window Rock with Orsinger. MITCHELL said that they were in one town, possibly Tse Bonito, Window Rock, or Fort Defiance, when he and Orsinger met a driver of a pickup truck. MITCHELL said that he told the driver that they needed a ride to Round Rock, Arizona. MITCHELL said that the driver of the truck agreed to take them part of the way and drove them north in the vicinity of Sawmill, Arizona. MITCHELL said that he believes they traveled on or near a road by the name of Old "Something" Road, whoever he could not recall the exact name of the road. MITCHELL said the driver told them she was going to drop them off.

MITCHELL said when the driver pulled over and asked them to get out, Johnny Orsinger began cutting the driver. MITCHELL said that after Orsinger had attacked the driver, he asked for his assistance in putting the driver in the back seat of the truck. MITCHELL said that he then also took a little girl who was in the front passenger seat out of the front seat and placed her in the back of the truck. MITCHELL said that Johnny then got into the drivers seat and he got into the front passenger seat and they began driving the truck. MITCHELL said that Johnny then hit something while driving the truck. MITCHELL was asked if he assisted Orsinger in stabbing the driver, an elderly female. MITCHELL indicated that he thought that he stabbed her. MITCHELL was told that the woman had suffered 28 stab wounds. MITCHELL then estimated that he stabbed the woman between four and five times. MITCHELL was then asked if anyone had harmed the little girl. MITCHELL said that either he or Johnny had told the little girl to open the door and as she was going to get out, MITCHELL said that Johnny reached up and "sliced her". MITCHELL said that he shut the door and the little girl was sitting in the seat just looking at them. MITCHELL said that Johnny was instructing him to cover up the light on the inside of the truck. MITCHELL said that he covered the light and began, "freaking out", as cars were passing them. MITCHELL was asked again how many times that he had stabbed the elderly female and he again stated that he believes he stabbed

FPD-AZ-03055-0032

EX 21 - 289

FD-302a (Rev. 10-6-95)

198A-PX-70309; 198N-PX-70323

Continuation of FD-302 of ___Lezmond Mitchell___ , On __11/29/2001__ , Page ___3___

her between four and five times. MITCHELL was asked again if anyone had injured the little girl and MITCHELL said that he placed the girl in the back and he thinks that Johnny cut the little girl's throat.

MITCHELL was then asked where they drove after the driver had been killed and the little girl had been placed in the back of the truck. MITCHELL said Johnny got into the drivers seat, backed up and crashed the truck and then reversed and drove off. MITCHELL said he believed they drove over something. MITCHELL said that after Johnny had trouble driving the truck, he changed places with him and got into the drivers seat. MITCHELL said he then drove the truck to Tsaile, Arizona. MITCHELL said Johnny Orsinger then directed him to a place in the mountains. MITCHELL said once they arrived at the location that Johnny had indicated, Johnny asked him to help drag the bodies out of the truck. At the spot where Johnny Orsinger had directed them, MITCHELL was asked if he had in fact cut the little girl's throat at that location. MITCHELL then denied cutting the little girl's throat. MITCHELL was asked if at any time he had thrown any type of rock on the girl. MITCHELL said that Johnny threw a rock on the girl approximately two times and he believed that he threw a rock at the girl's head approximately two times.

MITCHELL was asked if the heads were removed from the bodies along with the hands on the night that they had killed the two people. MITCHELL said that he believed that that happened that night. MITCHELL was asked whose idea it was to remove the heads and hands. MITCHELL replied that he believed it was Johnny Orsinger's idea, rationalizing that if it was his idea, he would have cut off the feet also. MITCHELL said that he and Orsinger then drug the elderly lady out of the truck and then Johnny had left. MITCHELL said that he began digging a hole and then later helped bury the lady and little girl's head and hands in the hole. MITCHELL was asked if he thought the little girl was alive when the rocks were thrown at her head. MITCHELL said that he believed that she was alive as Johnny had cut her throat and she was crying. MITCHELL said that Johnny had cut the little girl's throat in the truck.

MITCHELL was asked questions about the robbery that occurred on Halloween night on October 31, 2001, in Red Valley, Arizona. MITCHELL said that Jakegory Nakai initially brought up the idea of robbing the store saying they should do something on Halloween, something like a 211 (a robbery). MITCHELL believed

FPD-AZ-03055-0033

EX 21 - 290

FD-302a (Rev. 10-6-95)

198A-PX-70309; 198N-PX-70323

Continuation of FD-302 of ___Lezmond Mitchell___ ,On _11/29/2001_ ,Page __4__

that Jakegory had mentioned this between one and two weeks prior to Halloween. MITCHELL was asked where the masks had come from that they used in the robbery. MITCHELL said that he did not know where they had come from and had only seen them on the day of the robbery. MITCHELL was asked if he had planned the robbery and he said that Jakegory had asked him since he had gotten the truck that they should go ahead and do the robbery.

———————— MITCHELL provided no further information and the interview was terminated.

FPD-AZ-03055-0034

EX 21 - 291

CERTIFICATE OF LIVE BIRTH

(Do Not Write in This Box)

**KANSAS STATE BOARD OF HEALTH**
Division of Vital Statistics

JUN 16 1958

Registrar's Number _177_

'58  015916

BIRTH NUMBER

1. PLACE OF BIRTH
a. County _Cowley_  0182

b. City, Town, or Location _Arkansas City_

c. Name of Hospital (If Not in Hospital, Give Street Address) or Institution _Memorial Hospital_

d. Is Place of Birth Inside City Limits? Yes ☒  No ☐

2. USUAL RESIDENCE OF MOTHER
a. State _Kansas_  b. County _Cowley_ 0182

c. City, Town, or Location _Arkansas City_

d. Street Address _1925 North 6th_

e. Is Residence Inside City Limits? Yes ☒  No ☐

f. Is Residence on a Farm? Yes ☐  No ☒

THE CHILD

3. FULL NAME (Type or Print)
First _Sherry_  _Lane_  Middle _Nizhoni_  _Ateed_  Last _Mitchell_

4. SEX _Female_
5a. THIS BIRTH  Single ☒  Twin ☐  Triplet ☐
5b. IF TWIN OR TRIPLET (this child born) 1st ☐  2nd ☐  3rd ☐
6. DATE OF BIRTH (Month) (Day) (Year) _58_

FATHER OF CHILD

7. FULL NAME  First _George_  Middle _Charlie_  Last _Mitchell_
8. COLOR OR RACE _Indian_

9. AGE (At time of this birth) _29_ Years
10. BIRTHPLACE (State or Foreign country) _Arizona_
11a. USUAL OCCUPATION _Instructor_
11b. KIND OF BUSINESS OR INDUSTRY _Chiloco_

MOTHER OF CHILD

12. FULL MAIDEN NAME  First _Bobby_  Middle _Joe_  Last _Erwin_
13. COLOR OR RACE _white_

14. AGE (At time of this birth) _16_ Years
15. BIRTHPLACE (State or Foreign country) _Kansas_
16. PREVIOUS DELIVERIES TO MOTHER (Do NOT include this child)
a. How many other children are now living? _0_
b. How many other children were born alive but are now dead? _0_
c. How many fetal deaths (fetuses born dead at ANY time after conception)? _0_

17a. MOTHER'S MAILING ADDRESS _Same_

17b. PARENT'S VERIFICATION
I hereby certify that the above information is correct to the best of my knowledge and belief. _Mr. George C. Mitchell_
Signature _5-21-58_ Date

I hereby certify that this child was born alive on the date stated above.
18a. Signature
18c. Address

18b. Attendant At Birth  M.D. ☒  D.O. ☐  OTHER (Specify) ☐
18d. Date Signed

19. Date Rec'd By Local Registrar  JUN 12 1958
20. Registrar's Signature

FPD-AZ-02045-0003

EX 22 - 292

*CENSUS*

9/3/71

UNITED STATES
**DEPARTMENT OF THE INTERIOR**
BUREAU OF INDIAN AFFAIRS
NAVAJO AREA OFFICE
WINDOW ROCK, ARIZONA

*FAMILY CARD*

| CENSUS NO. | NAME | BIRTHDATE | RELATION |
|---|---|---|---|
| 68,743 | George C. Mitchell | 02- -23 | Head |
| Cheorkee | Bobbie Joe Mitchell | 01-05-42 | Wife |
| 128,479 | Sherry Lane Mitchell | -58 | Daughter |
| 508,981 | Auska Kee Charles Mitchell | -66 | Son |
| 519,241 | Lezmond C. Mitchell | -81 | Grandson |

PRINTED BY THE NAVAJO TRIBAL PRINTING DEPARTMEN

FPD-AZ-04059-0095

**EX 23 - 293**



# THE NAVAJO NATION

KELSEY A. BEGAYE
PRESIDENT

TAYLOR McKENZIE, M.D.
VICE PRESIDENT

**UNACCEPTABLE IF ALTERED**

## MARITAL STATUS & FAMILY PROFILE

**Marriage** _____First_____   **Sex** _____Male_____   **Roll Number** _____068,743_____
  (1st, 2nd, 3rd, etc.)

**Name** ___MITCHELL, George, DOB: 00-00-1923___   **Tribe** _____Navajo_____

**Date of Marriage** _____December 07, 1955_____   **How** _____State License_____
            DOB: 01-05-1942            (Tribal Custom/Tribal License/State License)

**Married to whom** ___MITCHELL, Bobbie Joe___   **Roll Number** _____Non-Indian_____

**If Divorced, When** _____No Records_____   **Where** _____No Records_____
              (Date)                    (Place)

**If Divorced, How** _____No Records_____

### CHILDREN BORN OF THIS MARRIAGE

| ROLL NUMBER | SEX | NAME | BIRTH DATE | DECEASE DATE |
|---|---|---|---|---|
| 128,479 | F | MITCHELL, Sherry Lane | -1958 | |
| 508,981 | M | MITCHELL, Auska Kee Charles | -1966 | |
| | | ***** | | |
| | | ***** | | |
| | | ***** | | |
| | | ***** | | |
| | | ***** | | |
| | | ***** | | |
| | | ***** | | |
| | | ***** | | |
| | | ***** | | |

THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS
WHOSE CONFIDENTIALITY IS PROTECTED BY FEDERAL AND STATE LAW
REDISCLOSURE IS PROHIBITED.

March 29, 2002
DATE

VITAL STATISTICS MANAGER
VST/

**VITAL RECORDS & TRIBAL ENROLLMENT PROGRAM**
THE NAVAJO NATION ♦ P.O. BOX 3240 ♦ WINDOW ROCK, ARIZONA 86515

FPD-AZ-05079-0006

EX 23 - 294

Official Transcript
(Seal)

# U.S. Department of the Interior
## Bureau of Indian Affairs
### CHEROKEE HIGH SCHOOL
### CHEROKEE, N. C. 28719

#### HIGH SCHOOL SCHOLASTIC RECORD

**STUDENT NAME:** Mitchell, Sherry Lane                **SEX:** F

| ENROLLED: 01/05/76 | FROM WHAT SCHOOL: Valley High Albuquerque, N.M. |

**BIRTH DATE:** /58

**PLACE OF BIRTH:** Arkansas City, Kansas

**RESIDES WITH:**

**PARENT /GUARDIAN:** George Mitchell

**HOME ADDRESS:**

| SUBJECT | WEEKS PER YEAR | LENGTH OF PERIOD | TIMES PER WEEK | 1S | 2S | FINAL MARKS | CREDIT |
|---|---|---|---|---|---|---|---|
| YEAR 1971-72 Rough Rock, Az. | | | | | | | |
| English I | | | | B | A | | 1 |
| World Gov't | | | | A | B | | 1 |
| Home Ec. | | | | B | A | | 1 |
| Gen Science | | | | B | A | | 1 |
| Algebra (beg) | | | | B | B | | 1 |
| P. Ed. | | | | A | A | | ½ |
| Arts & Crafts | | | | A | B | | ½ |
| Auto Mech. | | | | B | B | | 1 |
| | | | | | | | |
| YEAR 1972-73 Rough Rock, Az. | | | | | | | |
| English II | | | | A | A | | 1 |
| SS-Latin Am. | | | | A | A | | 1 |
| Phy Science | | | | A | A | | 1 |
| Algebra | | | | B | B | | 1 |
| Home Ec. | | | | A | A | | 1 |
| Typing | | | | A | A | | 1 |
| Shorthand | | | | B | A | | 1 |
| P. Ed. | | | | A | A | | ½ |
| | | | | | | | |
| YEAR 1973-74 Rough Rock, Az. | | | | | | | |
| English III | | | | A | A | | 1 |
| Algebra II | | | | A | A | | 1 |
| Biology | | | | A | A | | 1 |
| SS-Europe | | | | A | A | | 1 |
| Navajo Lang. | | | | C | B | | 1 |
| Home Ec. | | | | B | B | | 1 |
| P.Ed. | | | | A | A | | ½ |
| Typing-Shorthand | | | | A | A | | 1 |
| | | | | | | | |
| YEAR 1974-75 Valley High, Albuquerque, N.M. | | | | | | | |
| U.S. History | | | | | | | |
| Soc. Psych. | | | | (No Credits) | | | |
| P.E. Boys/Girls | | | | Audit | | | |
| Lang Skills | | | | | | | |
| Chemistry | | | | | | | |

| ☐ Withdrew | School | |
| ☐ Was or Will Be Graduated | Accredited By | ☐ State System ☐ Reg. Accred. Assoc. |

**GRADUATION DATE AND TOTAL CREDITS:**
May 21, 1976

**ATTENDANCE AND CLASS STANDING**

| | 9TH | 10TH | 11TH | 12TH |
|---|---|---|---|---|
| DAYS PRESENT | | | | 87 |
| DAYS ABSENT | | | | 93 |
| CLASS STANDING | | | | 5 |
| NO. IN CLASS | | | | 41 |

**TEST RECORD**

| DATE | NAME OF TEST | Raw or Std. Score | Percentile Score | Norm Group |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OUTSTANDING ACTIVITIES, HONORS, AWARDS**

93-100—A;    85-92—B;    75-84—C;    70-74—D;    Below 70—NC;    Incomplete—I

Date

EX 24 - 295

Official Transcript
(Seal)

# U.S. Department of the Interior
# Bureau of Indian Affairs
### CHEROKEE HIGH SCHOOL
### CHEROKEE, N. C. 28719

## HIGH SCHOOL SCHOLASTIC RECORD

STUDENT NAME: _____ Mitchell, Sherry Lane _____          SEX: __F__

ENROLLED: 01/05/76          FROM WHAT SCHOOL:
Valley High
Albuquerque, N.M.

| SUBJECT | WEEKS PER YEAR | LENGTH OF PERIOD | TIMES PER WEEK | GRADES | | | |
|---|---|---|---|---|---|---|---|
| | | | | 1S | 2S | FINAL MARKS | CREDIT |
| **YEAR** 1975-76 Valley High-Cherokee | | | | | | | |
| English IV | | | | C+ | 83 | 83 | 1 |
| U.S. History | | | | 84 | 92 | 88 | 1 |
| Chemistry | | | | 82 | 93 | 87 | 1 |
| Crafts | | | | A | X | | ½ |
| Yearbook | | | | C | X | | ½ |
| Leather/Weaving | | | | X | 98 | 98 | ½ |
| Ceramics | | | | X | 95 | 95 | ½ |
| YEAR Home Ec. IV | | | | X | 93 | 93 | ½ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **YEAR** | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **YEAR** | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **YEAR** | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

BIRTH DATE: _____ √58 _____

PLACE OF BIRTH: ___ Arkansas City, Kansas ___

RESIDES WITH: _____

PARENT / GUARDIAN: George Mitchell

HOME ADDRESS: _____

☐ Withdrew          School
☐ Was or Will Be    Accredited      ☐ State System
   Graduated        By              ☐ Reg. Accred. Assoc.

**GRADUATION DATE AND TOTAL CREDITS:**

**ATTENDANCE AND CLASS STANDING**

| | 9TH | 10TH | 11TH | 12TH |
|---|---|---|---|---|
| DAYS PRESENT | | | | |
| DAYS ABSENT | | | | |
| CLASS STANDING | | | | |
| NO. IN CLASS | | | | |

**TEST RECORD**

| DATE | NAME OF TEST | Raw or Std. Score | Percentile Score | Norm Group |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OUTSTANDING ACTIVITIES, HONORS, AWARDS**

X = No grade       93-100—A;     85-92—B;     75-84—C;     70-74—D;     Below 70—NC;     Incomplete—I

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
Form 5-6207   Mar. 1970

# PERMANENT SCHOOL CENSUS CARD

☆ GPO : 1973 O - 508-342

| NAME (Last, First, Middle) _Mitchell, Sherry L._ | | DEGREE OF INDIAN BLOOD 3/4 | | MALE ☐  FEMALE ☒ | | CENSUS OR OTHER NUMBER | | LIVES WITH | DATE OF BIRTH |
|---|---|---|---|---|---|---|---|---|---|

| FATHER (Last, First, Middle) _Mitchell, George_ | 4/4 | RESTRICTED  UNRESTRICTED | TRIBE _Navajo_ | P.O. | PARENT 58 |
|---|---|---|---|---|---|

| MOTHER (Last, First, Middle) _Mitchell, Bobbi_ | 1/2  ? | RESTRICTED  UNRESTRICTED | TRIBE _Choctaw_ P.O. | GUARD, | IF INELIGIBLE OR EMPLOYED |
|---|---|---|---|---|---|

| YEAR | SCHOOL ATTENDED | ENTRANCE DATE | REASON FOR LATE ENTRANCE | GRADE | MILES TO PUB. SCHOOL | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | JAN. | FEB. | MAR. | APR. | MAY | JUNE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | | | | | | | | | | | | 12 15 | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 75 | _Valley H.S._ | 1-5-76 | 8 | 12 | | | | | | | | 19 | 15 | 23 | 18 | 12 | | 87 |
| 19 76 | _Albuquerque_ | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | |

## CODE

**AUTHORITY FOR DATE OF BIRTH**
1. Birth certificate
2. Baptismal certificate
3. Bible record
4. Child's statement
5. Parent's statement
6. ------------------

**REASONS FOR LATE ENTRANCE**
1. Illegal nonattendance
2. Illness of ----------------
3. Death of ----------------
4. Quarantined
5. Speaks no English
6. Broken family
7. Order of doctor
8. _Transfer_
9. ------------------

**PHYSICAL/MENTAL DEFICIENCIES**
(speech, hearing, visual, etc.)
_____
_____
_____

**IF EMPLOYED, STATE HOW**
1. Office work
2. At home
3. In service (maid, cook, etc.)
4. Skilled trade
5. Unskilled labor
6. Factory, mine, or oil
7. ------------------

EX 24 - 297

Yes+ <u>12th grade - 75-76</u>

| English IV | 82 | 83 | 83 | 1 |
| Chemistry | 82 | 93 | 87 | 1 |
| adv. P.E. | X | 87 | 87 | $\frac{1}{2}$ |
| Weaving | X | 98 | 98 | $\frac{1}{2}$ |
| History | 84 | 92 | 88 | 1 |
| Ceramics | X | 95 | 95 | $\frac{1}{2}$ |
| adv. Home Ec. | X | 93 | 93 | $\frac{1}{2}$ |
| Crafts | A | X | X | $\frac{1}{2}$ |
| Yearbook | C | X | X | $\frac{1}{2}$ |

$$/6$$

Graduated May 21, 1976

EX 24 - 298

```
                    Unofficial DC College Transcript
                    For Student or Internal Dine' use only

Student:    Sherry Mitchell                Student ID:   32646
Soc Sec #:          -4128                  Birth Date:        /58
Major:      Liberal Arts                   Issued On:    03/03/09
====================================================================

--------- Fall Semester 1978 ---------
ENG 111  Freshman English I     3.00  B
SOC 111  Intro to Sociology     3.00  A

       attempt     earn     points     gpa
ses     6.00       6.00      21.00     3.500
cum     6.00       6.00      21.00     3.500

------- Summer Session One 1980 ------
EDU 288  Mgmt Functns Oper Er   2.00  A
HUM 150  Man and the Arts       3.00  A
RHB 101  Intro to Rehab Profe   3.00  A

       attempt     earn     points     gpa
ses     8.00       8.00      32.00     4.000
cum    14.00      14.00      53.00     3.785

--------- Fall Semester 1980 ---------
BIO 100  Principles of Biolog   4.00  B
FST 105  General Vocabulary     1.00  B
MTH 100  Intermediate Algebra   3.00  RPT
             ** Repeated-under **
NIS 221  Navajo History to Wo   3.00  C
RHB 201  Overview of Handicap   3.00  B

       attempt     earn     points     gpa
ses    14.00      11.00      30.00     2.727
cum    28.00      25.00      83.00     3.320

-------- Spring Semester 1981 --------
ART 115  Beginning Drawing      3.00  B
BIO 191  Anatomy & Physiology   4.00  C
FST 141  Peer Tutor Training    3.00  A
MTH 100  Intermediate Algebra   3.00  C
             ** Replaces A Prior Course **
NIS 293  North American Ind M   3.00  B
PER 121  Skills                 1.00  W

       attempt     earn     points     gpa
ses    17.00      16.00      44.00     2.750
cum    45.00      41.00     127.00     3.097

--------- Fall Semester 1981 ---------
CHM 115  General Chemistry I    5.00  C
CHM 115L CHM 115 Laboratory     0.00  LB
             ** Lab Grade **
FST 142  Peer Tutoring          3.00  A
MTH 115  College Algebra/Trig   4.00  W

Transfer work from Northern Arizona University
ENG 103  English Composition    3.00  B
HIS 291  US History to 1865     3.00  C
HPR 171  Swimming               1.00  A
```

```
HRP 171   Tennis                      1.00   A
MAT 105   Fundamntal Math             2.00   B
PSY 151   Intro to Psychology         3.00   B

Transfer work from Northland Pioneer College
EDU 102   Health & Safety            1.00   A
EDU 104   Cooperative Plan           1.00   A
EDU 105   Guidance Princ             1.00   A
EDU 106   Group Activities           1.00   A
EDU 107   Teaching Aids              1.00   B
EDU 108   Teacher Observ Child       1.00   A
EDU 114   Mathmact Concept           1.00   A
EDU 116   Sci for Perschool          1.00   A
EDU 123   Music & Dance              2.00   B


      attempt     earn      points     gpa
ses    12.00      8.00       22.00    2.750
cum    57.00     49.00      149.00    3.040
```

===============================================================================
The Family Educational Rights and Privacy Act of
1974 prohibits the release of this information
without the student's written consent.
===============================================================================

**EX 25 - 300**

02/27/2009 08:44 FAX

| -4128 | | | | |
|---|---|---|---|---|
| 4128 | MITCHELL, Ms. | SHERRY | L. | **STUDENT STATUS** |
| SOCIAL SECURITY NUMBER | NAME          Last | First | Middle or Maiden | JUN 5 1978 |

| P.O. Box 547 | KAYENTA, AZ | | 86033 | /58 | ARKANSAS CITY, KS |
|---|---|---|---|---|---|
| ADDRESS          Street | City | State | Zip Code | Birthdate | Place of Birth |

UNOFFICIAL

| PARENT OR GUARDIAN NAME | ADDRESS          Street | | City | State | Zip Code |
|---|---|---|---|---|---|
| CHEROKEE | CHEROKEE, | | NC | MAY, 1976 | |
| HIGH SCHOOL | City | State | Date graduated | Rank In Graduating Class | 5  J  7 |

---

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 MITCHELL SHERRY L          SUMMER I 78

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| HPR | 171 | SWIMMING | 1.0 | A |
| PSY | 151 | INTRODUCTION TO PSYCHOLOGY | 3.0 | B |

| SGPA | 3.250 | SEM.PTS | 13.0 | SEM.CR.HRS. | 4.0 |
| CGPA | 3.250 | CUM.PTS | 13.0 | CUM.CR.HRS. | 4.0 |

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 MITCHELL SHERRY L          SUMMER I 79

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| ENG | 103 | ENGLISH COMPOSITION | 3.0 | B |
| MAT | 105 | FUNDAMENTALS OF MATHEMATICS | 2.0 | B |
| HPR | 171 | TENNIS | 1.0 | A |

| SGPA | 3.166 | SEM.PTS | 19.0 | SEM.CR.HRS. | 6.0 |
| CGPA | 3.200 | CUM.PTS | 32.0 | CUM.CR.HRS. | 10.0 |

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 MITCHELL SHERRY L          SUMMER II 79

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| HIS | 291 | U.S. HISTORY TO 1866 | 3.0 | C |
| ART | 120 | BEGINNING DRAWING | 3.0 | C |
| HPR | 171B | BOWLING | 1.0 | B |

| SGPA | 2.000 | SEM.PTS | 12.0 | SEM.CR.HRS. | 6.0 |
| CGPA | 2.750 | CUM.PTS | 44.0 | CUM.CR.HRS. | 16.0 |

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 MITCHELL SHERRY L          SPRING 82

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| CHM | 122 | UNIVERSITY CHEMISTRY | 3.0 | D |
| CHM | 250 | INTEGRATED CHEMISTRY LAB II | 1.0 | F |
| MAT | 109 | INTERMEDIATE ALGEBRA | 2.0 | DR |
| HPR | 171 | JOGGING-PHYSICAL COND | 1.0 | D |
| PSY | 415 | ABNORMAL PSYCHOLOGY | 3.0 | CR |
| SOC | 300 | CONTEMPORARY SOCIAL PROBLEMS | 3.0 | B |
| LA | 499 | CONTEMPORARY DEVELOPMENTS | 3.0 | B |

| SGPA | 2.166 | SEM.PTS | 26.0 | SEM.CR.HRS. | 11.0 |
| CGPA | 2.500 | CUM.PTS | 70.0 | CUM.CR.HRS. | 27.0 |

---

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 MITCHELL SHERRY L          SUMMER I 82

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| MAT | 109 | INTERMEDIATE ALGEBRA     REPEAT | 2.0 | B |
| MBI | 205 | ELEMENTS IN MICROBIOLOGY | 5.0 | DR |

| SGPA | 1.571 | SEM.PTS | 11.0 | SEM.CR.HRS. | 7.0 |
| CGPA | 2.393 | CUM.PTS | 79.0 | CUM.CR.HRS. | 32.0 |

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 MITCHELL SHERRY L          SUMMER II 82

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| HE | 381 | CULTURE AND THE HOME | 3.0 | C |
| PSY | 415 | ABNORMAL PSYCHOLOGY     REPEAT | 3.0 | C |

| SGPA | 2.000 | SEM.PTS | 12.0 | SEM.CR.HRS. | 6.0 |
| CGPA | 2.361 | CUM.PTS | 85.0 | CUM.CR.HRS. | 35.0 |

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 MITCHELL SHERRY L          FALL 82

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| BIO | 300 | EDIBLE PLANTS | 1.0 | B |
| MAT | 112 | COLLEGE ALGEBRA-TRIGONOMETRY | 4.0 | DE |
| HUM | 481 | RECENT TRENDS | 3.0 | DE |
| BIO | 135 | MED ANATOMY AND PHYSIOLOGY | 4.0 | FR |
| HE | 198 | MLE:  PARENTING | 1.0 | A |
| LA | 199 | PERSONAL LAW:  INSURANCE | 1.0 | A |
| LA | 199 | PERSONAL LAW:  EMPLOYMENT | 1.0 | A |
| SOC | 399 | LIFE CYCLE:  AGING | 1.0 | FR |
| SC | 180 | PROBLEMS IN COMMUNICATION | 3.0 | C |

| SGPA | 1.666 | SEM.PTS | 20.0 | SEM.CR.HRS. | 6.0 |
| CGPA | 2.187 | CUM.PTS | 105.0 | CUM.CR.HRS. | 43.0 |

Navajo Community (Junior) College, Tsaile, Arizona, attended 1978-81.
Northland Pioneer (Junior) College, Holbrook, Arizona, attended 1978-80.
Accepted 64.0 semester hours credit between the Junior Colleges.

        2.187      Cum.Pts. 105.0   (64.0 CR)        107.0

NORTHERN ARIZONA UNIVERSITY · FLAGSTAFF, ARIZONA

☑ 002/003

**EX 26 - 301**

02/27/2009 08:44 FAX

PAGE 2

STUDENT STATUS

| SOCIAL SECURITY NUMBER | NAME | Last | First | Middle or Maiden |
|---|---|---|---|---|

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  MITCHELL  SHERRY J          SPRING 83

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| BIO | 135 | MED ANATOMY AND PHYSIOLOGY RPT | 4.0 | AR |
| BIO | 136 | MED ANATOMY AND PHYSIOLOGY | 4.0 | FR |
| HE | 156 | NUTRITION | 3.0 | AR |
| PSY | 349 | DEVELOPMENTAL PSYCHOLOGY | 3.0 | C8 |
| MAT | 113 | COLLEGE ALGEBRA | 3.0 | U8 |
| MAT | 113 | COLLEGE ALGEBRA | 3.0 | B |

SGPA 0.428     SEM.PTS    6.0 SEM.CR.HRS    6.0
CGPA 1.790     CUM.PTS  111.0 CUM.CR.HRS. 113.0

**UNOFFICIAL**

NORTHERN ARIZONA UNIVERSITY FLAGSTAFF, ARIZONA

003/003

**EX 26 - 302**