*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

School Records-Foster Hemil

37.    Marshall Islands High School, 1974-1979

38.    Dine College, formerly Navajo Community College, Tsaile, Arizona, 1979-1980

Employment Records

39.    Verification letter re employment, Majuro, Marshall Islands, MH, 4/21/2009

## TRANSCRIPT REQUESTS

Name of Student: _Foster Hermie_

| Place Transcript was sent | Date | |
|---|---|---|
| DSC | 2/8/79 | no charge |
| M. d. C | 2/9/79 | no charge |
| | 2-21-79 | paid $1.00 |
| Santa Ana Univ, Calif. | 2/9/82 | pa. $1.00 none |
| CCE | 9/18/84 | nP | fhf |
| Brigham Young Uni. | 2/12 | pd. $1.00 on fk |
| Tokwe Yuk woman Club | 2/12 | pd. $1.00 mfk |

EX 37 - 388

## MARSHALL ISLANDS HIGH SCHOOL
### Majuro, Marshall Islands
### 96960

Date _____ 11-27-78

Dear _____
**Foster Hemil**
Our Attendance Records show that you now have _____
Absences. The Attendance Policy state that wh **three**        3
Unexcused Absences you will be dismissed from school.       **five**      5
that if you get _____ (  ) more unexcused absences before the end of
the semester the **two** ou2 will be dismissed from school.
occured on the following dates.

| Date | Period (s) |
|------|------------|
| 10/2/78 | 1st |
| 10/3/78 | 7th |
| 106/78 | 1st |
| 10/30/78 | 1st |
| 112/0/78 | 2nd, 3rd |
| 11/21/78 | 1st - 3rd |

The Attendance Policy also states that when you have
unexcused absences you will put on Probation for the **three** (3)
the semester. This letter is to inform you that as of this date
you are on Probation for excessive unexcused absences. Please be
careful.

_____          _____
Alan E. Fowler, Asst. Principal          Student, MIHS

EX 37 - 389

MARSHALL ISLANDS HIGH SCHOOL
Majuro, Marshall Islands
96960

Date _____
11-27-78

Dear _____
Foster Hemil

Our Attendance Records show that you now have _____
Absences. The Attendance Policy state that when you have **three** 3
Unexcused Absences you will be dismissed from school. This **five** 5
that if you get ____ ( ) more unexcused absences before the end of
the semester th **two or** 2 will be dismissed from school. Your absences
occured on the following dates.

| Date | Period (s) |
|------|-----------|
| 10/2/78 | 1st |
| 10/3/78 | 7th |
| 106/78 | 1st |
| 10/30/78 | 1st |
| 112/0/78 | 2nd, 3rd |
| 11/21/78 | 1st - 3rd |

The Attendance Policy also states that when you have
Unexcused absences you will put on Probation for the **three** (3) of
the semester. This letter is to inform you that as of this date
you are on Probation for excessive unexcused absences. Please be
careful.

Alan E. Fowler, Asst. Principal                    Student/MIHS

MARSHALL ISLANDS HIGH SCHOOL
Majuro, Marshall Islands
96960

Date: 4/30/79

Dear Foster Hemil

Our Attendance records show that you now have three 3 unexcused absences. The Attendance Policy states that ten five (5) unexcused absences you will [illegible] School. This means that if you get two 2 absences before the end of the semester that you will fail school. Your absences occurred on the following dates:

Date

| | |
|---|---|
| 1/30/79 | 2nd, 3rd |
| 1/31/79 | 2nd, 3rd |
| 2/6/79 | 5th - 7th |
| 3/27/79 | 3rd, 5th |
| 3/30/79 | 7th |
| 4/26/79 | 1st |
| 4/27/79 | 1st |

The Attendance Policy also states that Members that three 3 unexcused absences you will be on Probation for the [illegible] semester. This period is an indication that as a final warning prohibition for excessive unexcused absences. Please be [illegible]

Alan E. Fowler
Alan R. Fowler, Jr., Principal

PRE-REGISTRATION SHEET

| _HEMIL_ | _FOSTER_ | _M_ | _10_ |
|---|---|---|---|
| Last | First | Sex | Grade |

**PLEASE** READ THE PRE-REGISTRATION INSTRUCTIONS CAREFULLY BEFORE FILLING OUT THIS SHEET.

English I _____          General Math II _E-2_          Boatbuilding II _____

English II _R_           Shop Math _____               Drafting I _E-4_

English III _____        Algebra I _____               Drafting II _____

English IV _____         Adv. Alg. I _____             Drafting III _____

College Prep Eng. II _____     Geometry _____          Homemaking I _____

College Prep Eng. III _____    Algebra II _____        Homemaking II _____

College Prep Eng. IV _____     Bus. Arith. _____       Homemaking III _____

Micronesian Culture _____      Intro. to Elem. Math _____    Sewing I _____

World Geography _E-1_          P.E. (boys) _____       Sewing II _____

Principles of Gov't _____      P.E. (girls) _____      Sewing III _____

U.S. History _____             Comp. Shop _____        Typing I _____

World History _____            Agriculture I _____     Typing II _____

Pacific Area Studies _____     Agriculture II _____    Secretarial Careers _____

Gen. Science/Health _R_        Agriculture III _____   Bookkeeping & Acct. I _____

Adv. Physical Sci. with Lab _____   Building Trades I _E-3_   Bookkeeping & Acct. II _____

Atoll Ecology _____            Building Trades II _____   General Business _____

General Biology with Lab _____     Building Trades III _____   Marshallese Handicraft _____

Advanced Biology with Lab _____    Mechanics Trades I _E-5_   Study Hall _____

Chemistry with Lab _____       Mechanics Trades II _____   Office Aide _____

Radio _____                    Mechanics Trades III _____

General Math I _____           Boatbuilding I _____

Check by: _____

-34-

**EX 37 - 392**

NO. OF COPIES

NAVAJO COMMUNITY COLLEGE
TSAILE, ARIZONA
86556
REQUEST FOR TRANSCRIPT OF RECORD

TRIBAL CENSUS NO.

SOCIAL SECURITY NUMBER

MR.
MISS
MRS.

Date of Birth          Former Name or Names

PRINT: STUDENT'S LAST NAME    FIRST NAME    MIDDLE NAME

CURRENTLY ENROLLED?        YES ( )        NO ( )

STREET
ADDRESS

TSAILE ( )        SHIPROCK ( )        EXTENSION

CITY
STATE
ZIP CODE

IF NOT ENROLLED LAST SEMESTER ATTENDED _____

SEND "AS IS"

MAIL TO: (PRINT HARD FOR USE IN WINDOW ENVELOPE)

INCLUDE WORK IN PROGRESS
SEND ONLY AFTER CURRENT GRADES POSTED
SEND ONLY AFTER DEGREE POSTED
HOLD FOR CHANGE OF GRADE
UPDATED AND/OR CORRECTED TRANSCRIPT

ALLOW ONE WEEK FOR PROCESSING. FILL OUT AN
ADDITIONAL REQUEST IS A SECOND COPY IS TO L
SENT TO ANOTHER PERSON, FOR EACH TRANSCRIP
THERE IS A FEE OF $1.00.

Signature of Student

WHITE: Mailed with Transcript    PINK: Student's Folder    YELLOW: Mailed to Student

To be filled in by Registrar

Date:    March 10, 1975

Mr. Foster Hemil
Name of Student

On    March 7, 8, 9, 1975    you were reported missing from the [illegible] when the bed check was taken by the dormitory supervisor. This is in violation of the dormitory rules and regulations. As was explained to you at the meeting of all dormitory students on September 9, 19[illegible] and as is stated in the copy of the rules and regulations which each dormitory student received, all dormitory students must be inside the dormitory before [illegible] p.m. on Monday, Tuesday, Wednesday, Thursday, and Sunday and inside the dormitory before 12:00 midnight on Friday, Saturday, nights before holidays, and during vacations. Students who violate any rules of the dormitory will be warned the first time in writing, put on probation in the dormitory after the second offense, and dismissed from the dormitory after the third offense. This is your  Third  offense. Therefore this letter is your letter of  Dismissal

Very careful in the future. Remember after the third offense you will no longer be allowed to stay in the dormitory or eat in the cafeteria.

Assistant Principal, MIHS

Foster Hemil
Student

EX 37 - 394

September 10, 1974

Dear   Mr. Foster Hemil

Our records show that you have registered for school and that you are a resident of the dormitory.  At the general meeting of all students which was held during the first period yesterday, 9 September 1974, it was announced that there would be a meeting of all dormitory students in the Galley at 7:00 P.M. in the evening.  This announcement was also posted in the Galley.

When roll was taken at this meeting you were not present.  This means that you are not familiar with the dormitory regulations and other information that was discussed at this meeting.  Because of your absence you now have one violation of the dormitory regulations.  When you have three violations you will be put out of the dormitory.  This is a very serious matter and I would suggest that you give it some serious thought. If you are put out of the dormitory it will mean that you will have to find some other place to sleep and eat.  Two more violations of the dormitory regulations this year and you will be dismissed from the dormitory.

William C. Nelson, Principal
Marshall Islands High School

Student

March 3, 1975
Date

Foster Hemil
_____
Name of Student

On February 28, 1975 _____ you were reported missing from the dormitory when
Date
the bed check was taken by the dormitory supervisor. This is in violation
of the dormitory rules and regulations. As was explained to you at the
meeting of all dormitory students on October 9, 1974 and as is stated
in the copy of the rules and regulations which each dormitory student
received, all dormitory students must be inside the dormitory before 10:00
p.m. on Monday, Tuesday, Wednesday, Thursday, and Sunday and inside the
dormitory before 12:00 midnight on Friday, Saturday, nights before
holidays, and during vacations. Students who violate any rules of the
dormitory will be warned the first time in writing, put on probation for
the dormitory after the second offense, and dismissed from the dormitory
after the third offense. This is your ____Second____ offense.
Therefore this letter is your letter of ____Probation____
Please be very careful in the future. Remember after the third offense you
will no longer be allowed to stay in the dormitory or eat in the Cafeteria.

_____          _____
Assistant Principal, TILS                 Student

EX 37 - 396

Date: April 3, 1975

Dear Mr. Hemil

Our Attendance Records show that you now have ___three___ 3 absences. The Attendance Policy states that when you have ___five___ 5 Unexcused Absences you will be dismissed from school. This means that if you get ___two___ (2) more Unexcused Absences before the end of the semester then you will be dismissed from school. Your absences occured on the following dates;

| Date | Period |
| --- | --- |
| 2-6-75 | 2nd |
| 2-21-75 | 3rd |
| 4-2-75 | All day |

The Attendance Policy also states that when you have ___three___ (3) Unexcused Absences you will be put on Probation for the remainder of the semester. This letter is to inform you that as of this date you are on Probation for excessive Unexcused Absences. Please be careful.

Principal, Marshall Islands High School

Foster Hemil
Student, MIHS

EX 37 - 397

DATE: 12-4-75

Dear Foster Hemll :

Our Attendance Records show that you now have three     (3 ) Unexcused absences. The Attendance Policy states that when you have five     (5 ) Unexcused Absences you will be dismissed from school. This means that if you get two  (2 ) more Unexcused Absences before the end of the semester then you will be dismissed from school. Your absences occured on the following dates.

| Date | Period (s) |
|------|------------|
| 11-24-75 | 1st Period |
| 12-2-75 | 1st Period |
| 12-3-75 | 1st Period |
| | |

The Attendance Policy also states that whne you have three     (3 ) Unexcused Absences you will put on Probation for the remainder of the semester. This letter is to inform you that as of this date you are on Probation for excessive Unexcused Absences. Please be careful.

William C. Nelson
Principal, MIHS

Foster Hemll
Student, MIHS

EX 37 - 398

MARSHALL ISLANDS HIGH SCHOOL

ATTENDANCE RECORD

| HEMIL | Foster | M | 9th |
|-------|--------|---|-----|
| Last Name | First Name | Sex | Grade |

| DATE | PERIOD 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | | DATE | PERIOD 1st | 2nd | 3rd | 4th | 5th | 6th | 7th |
|------|-----|-----|-----|-----|-----|-----|-----|---|------|-----|-----|-----|-----|-----|-----|-----|
| 12/10 | u | | | u | | | | | | | | | | | | |
| 12/12 | u | | | E | | | | | | | | | | | | |
| 3/6/75 | | u | | | | | | | | | | | | | | |
| 3/21/75 | | | u | | | | | | | | | | | | | |
| 4/2/75 | u | | | | | | > | | | | | | | | | |
| 4/17 | E | | | | | | | | | | | | | | | |
| 4/18 | E | | | | | | | | | | | | | | | |

EX 37 - 399

MARSHALL ISLANDS HIGH SCHOOL

ATTENDANCE RECORD

| Hemil | Foster | M | 10th |
|-------|--------|---|------|
| Last Name | First Name | Sex | Grade |

| DATE | PERIOD | | | | | | | NAME | | | | | | | |
|------|--------|---|---|---|---|---|---|------|---|---|---|---|---|---|---|
| | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | | | | | | | | |
| 11/24/75 | u | | | | | | | | | | | | | | |
| 12/9/75 | u | | | | | | | | | | | | | | |
| 12/3/75 | u | | | | | | | | | | | | | | |
| 2/13/76 | u | | u | | u | | | | | | | | | | |
| 2/27/76 | u | | | | | | | | | | | | | | |
| 3/10/76 | u | | | | u | | | | | | | | | | |
| 3/11/76 | u | | | | | | | | | | | | | | |
| 4/5/76 | 4 | | | | | | | | | | | | | | |
| 4/6/76 | 4 | | | | | | | | | | | | | | |
| 4/9/76 | 4 | | | | | | | | | | | | | | |
| 4/8/76 | u | | | | | | | | | | | | | | |

EX 37 - 400

TRUST TERRITORY OF THE PACIFIC ISLANDS
District Department of Education
Majuro, Marshall Islands 96960

April 11, 1977-

Mr. Foster Hemil
Marshall Islands High School
Majuro, Marshall Islands  96960

Dear  Mr. Hemil:

I am very pleased to inform you that you are one of a select  group
of Marshall Islands High School students who have made the Honor
List for superior academic achievement during the spring semester,
1976-77.  The criteria for selection to this honored group are to
earn a grade-point-average of 3.00 and no grade below a C.   Your GPA
for the semester was 3.33

This indication of your outstanding achievement is an accomplishment
to which your teachers and others at Marshall Islands High School
point with justifiable pride.  But more importantly, it should be a
matter of great satisfaction to yourself.  If there is a strong
relationship between grades and what one really learns, and we believe
there is, then you have not only strengthened yourself but also your
Marshall Islands and the larger community.

I wish you continued success in your future high school work.

Very sincerely yours,

Tony Jetnil
Principal, MIHS

**EX 37 - 401**

Hemil, Foster

| Last Name | First Name | GRADE: 10 |
|-----------|-----------|-----------|

Home Island _____  Male _____  Age _____
                               Sex

Father's Name _____  Mother's Name _____

Dropped for unexcused
absences 4/2/76 AEF     CLASS SCHEDULE          N. B.

| Period | Subject | Room | | Teacher |
|--------|---------|------|---|---------|
| 1 | Eng. II  Sec. 3 | C-23 | 3 | |
| 2 | Gen. Math II | C-5 | 11 | |
| 3 | Boy's  P.E. | S-1 | 23 | |
| 4 | Science/Health | B-2 | 12 /16 | |
| 5 | Lunch | | | |
| 6 | Eng. II  Sec. 3 | C-23 | 3 | |
| 7 | Bldg. Trades I | V-3 | 27 | |

EX 37 - 402

Date 11-24-76

Name   **Foster Hemil**

Our Attendance Records show that you now have  three  (3 ) Unexcused
Absences.  The Attendance Policy states that when you have five  (5 )
Unexcused Absences you will be dismissed from school.  This means that
if you get  **two**  (2 ) more Unexcused Absences before the end of the
semester then you will be dismissed from school.  Your absences occured
on the following dates:

|            Date            |         Period (s)        |
| :------------------------: | :-----------------------: |
|          11-8-76           |          All Day          |
|          11-9-76           |          All Day          |
|          11-22-76          |          All Day          |
|                            |                           |
|                            |                           |

The Attendance Policy also states that when you have  three  (3 )
Unexcused Absences you will put on Probation for the remainder of the
semester.  This Letter is to inform you that as of this date  you are
on Probation for excessive Unexcused Absences.  Please be careful.

_____         _____
Alan E. Fowler, Asst. Principal           Student's Name

EX 37 - 403

Last Name          First Name          Section II          Grade:          9th

*Eberyk   Kwas*

Home Islands          Sex          M          16

          Age

*Hemil   Lezmon*          *I BY Zakies*

Father's Name          Mother's Name

CLASS SCHEDULE

| Period | Subject | Room | Teacher |
|--------|---------|------|---------|
| 8:00 | Study Hall Sec. IV | Library | 10 |
| 9:00 | English I Section II | C-8 | 3 |
| 10:00 | Micro. Culture Section II | D-1 | 8 |
| 11:00 | General Math I Section II | B-2 | 19 |
| 12:00 | Lunch | | |
| 1:00 | Comp. Shop / Home Ec. Section II | V-4/A-3 | 28/32 |
| 2:00 | English I Sec. II | C-8 | 3 |

EX 37 - 404

Section II                Grade:        9th

Last Name                First Name

*Ebeyer, Kway*

Home Islands                    Sex                                    16
                                                                      Age

*Hemil Lermo*                              *EBY Zakies*

Father's Name                              Mother's Name

CLASS SCHEDULE

| Period | Subject | Room | Teacher |
|--------|---------|------|---------|
| 8:00 | Study Hall Sec. IV | Library | 10 |
| 9:00 | English I Section II | C-8 | 3 |
| 10:00 | Micro. Culture Section II | D-1 | 8 |
| 11:00 | General Math I Section II | B-2 | 19 |
| 12:00 | Lunch | | |
| 1:00 | Comp. Shop / Home Ec. Section II | V-4/A-3 | 28/32 |
| 2:00 | English I Sec. II | C-8 | 3 |

MADISON ELEMENTARY HIGH SCHOOL
ATTENDANCE RECORD

Hemil                    Foster                          M                    10
Last Name              First Name                       Sex

| DATE | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th |
|------|-----|-----|-----|-----|-----|-----|-----|
| 9/28/76 | E | | | | | | |
| 11/8/76 | U | | | | | | |
| 11/9/76 | U | | | | | | |
| 11/22/76 | U | | | | | | |
| 2/18/77 | | | | | | | u |
| 3/15/77 | u | | | | | | |
| 4/20/77 | | | | | | | u |

| DATE | 1st | 2nd | 3rd | 4th |
|------|-----|-----|-----|-----|

EX 37 - 406

| Hemil, Foster | 10th | 1975-76 |
|---|---|---|
| Student's Name | Student's Grade | School Year |

| Per. No. | Subject | 1st. Qrt. | 1st. Sem. | 3rd. Qrt. | 2nd. Sem. | Teacher Initials | | |
|---|---|---|---|---|---|---|---|---|
| 1. | Eng. II Sec. 3 | B | A⁓ | A | | 7B | 7/4 | 7B |
| 2. | Gen. Math II | A | A- | C | | R | R | R |
| 3. | Boy's P.E. | C | B | B | | | | |
| 4. | Science/ Health | B | B+ | B | | | | w/ |
| 5. | Lunch | | | | | | | |
| 6. | English II Sec. 3 | B | A⁓ | A | | 7B | 7/B | 7/B |
| 7. | Bldg. Trades I | B+ | A | A | | | | |
| 8. | | | | | | | | |
| 9. | | | | | | | | |
| 10. | | | | | | | | |

$$\frac{18}{6} \quad \frac{22}{6} \quad \frac{20}{6}$$

EX 37 - 407

MARSHALL ISLANDS HIGH SCHOOL
ATTENDANCE RECORD

| HEMIL | Foster | M | 12 |
|---|---|---|---|
| Last Name | First Name | Sex | Grade |

| DATE | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th | | DATE | 1st | 2nd | 3rd | 4th | 5th | 6th | 7th |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-9-78 | u | | | | | | | ½ | | | | | | | | |
| 10-3-78 | | | | | | | u | ½ | | | | | | | | |
| 10-6-78 | u | | | | | | | ½ | | | | | | | | |
| 10-30-78 | u | | | | | | | ½ | | | | | | | | |
| 11-20-78 | | u | w | | | | | ½ | | | | | | | | |
| 11-21-78 | u | u | u | | | | | ½ | | | | | | | | |
| 1-3?-?? | E | ? | | | | | | | | | | | | | | |
| 1-3?-?? | ? | u | u? | | | | | | | | | | | | | |
| 1-3?-?? | | u | ? | | | | ? | | | | | | | | | |
| ?-?-?? | | | | | u | A | u | | | | | | | | | |
| ?-?-?? | | | ? | | ? | | | | | | | | | | | |
| ?-?-?? | | | | | | | u | | | | | | | | | |
| 4/?/? | u | | | | | | | | | | | | | | | |
| 4/?/? | v | | | | | | | | | | | | | | | |
| ?/?/79 | v | | | | | | | | | | | | | | | |

HEMIL, Foster
_Student's Name_

12
_Student's Grade_

1978-79
_School Year_

| Per. No. | | 1st Qrt. | 1st Sem. | 3rd Qrt. | 2nd Sem. | Teacher Initials | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Government | B | B+ | B+ | A- | | | | |
| 2. | English IV | | A+ | B | B- | | | | |
| 3. | Typing I | A | A | A- | A | | | | |
| 4. | L U N C H | | | | | | | | |
| 5. | Building III | B+ | A | A | A- | | | | |
| 6. | Building III | B+ | B | A | A- | | | | |
| 7. | Building III | B+ | A- | A | A- | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |

14/5        28/6        22/6        23/6
5
3.2         3.67                    3.83

EX 37 - 409

11-17-77
11-18-77
12-12-77
12-20-77
1-18-78
2-27-78
4-6-78
4-7-78
4-11-78
5-16-78

EX 37 - 410

Hemil, Foster
Student's Name

11th
Student's Grade

1977-78
School Year

| Per. No. | | 1st Qrt. | 1st Sem. | 3rd Qrt. | 2nd Sem. | Teacher Initials | | |
|---|---|---|---|---|---|---|---|---|
| 1. | Algebra I | A | A A | A | A | MAK MAK | MAK | MAK |
| 2. | Building Trades II | A | A | B | B | | | |
| 3. | Building Trades II | B+ | A- | A- | A | | | |
| 4. | Lunch | | | | | | | |
| 5. | English III | B+ | B+ | B | X | | | |
| 6. | Shop Math | A | A | A | A | EW | EW EW | EW |
| 7. | Business Arithmetic | C | C | X | X | NCM2 | | |
| 8. | Constr. Electricity | | | B | B | | RZ | |
| 9. | | | | | | | | |
| 10. | | | | | | | | |

20/6   21/6   21/6

EX 37 - 411

Hemil, Foster
_____
Student's Name

10th
_____
Student's Grade

1976-77
_____
School Year

| Per. No. | Subject | 1st. Qrt. | 1st. Sem. | 3rd. Qrt. | 2nd. Sem. | Teacher Initials | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Gen. Science/Health | B | A- | B | A | | | | |
| 2. | World Geography | A- | A | A | A | | | | |
| 3. | Gen. Math II | B | A | B | A | | | | |
| 4. | English II | B+ | A | A | A | | | | |
| 5. | Lunch | | | | | | | | |
| 6. | English II | B | A | B | B | | | | |
| 7. | Building I | B | B+ | B | B | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |

$\frac{19}{6}$   $\frac{23}{6}$   $\frac{20}{6}$

| | HEMIL, Foster | | 9th | | | 1974 - 75 |
|---|---|---|---|---|---|---|
| | Student's Name | | Student's Grade | | | School Year |

| Per No. | Subject | 1st. Qrt. | 1st. Sem. | 3rd. Qrt. | 2nd. Sem. | Teacher Initials |
|---|---|---|---|---|---|---|
| 1. | Study Hall Sec. IV | | | | | |
| 2. | English I Sec. II | C | B | B | B | DS |
| 3. | Micro. Cult. Sec. II | B - | B+ | B | B+ | |
| 4. | Gen. Math I Sec. II | B | C | C | B | |
| 5. | L U N C H | | | | | |
| 6. | Comp. Shop | C+ | B | B | B | R |
| 7. | English I Sec. II | C | B | B | A | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |

$\frac{12}{5}$ $\frac{8}{3}$ $\frac{14}{5}$ $\frac{14}{5}$ $\frac{16}{5}$

2.40      2,800   2.80   3.2

Admissions Office
Brigham Young University — HC
Box 1973
Laie, Hawaii 96762

Educational Assistance Committee
Yokwe Yuk Women's Club
Box 448
APO San Francisco, CA 96555

EX 37 - 414

# High School Information
## Brigham Young University - Hawaii Campus



Information on this form is needed for all applicants with less than 24 semester hours of college/university credit. Please fill out the top section of the page and have an official from your high school (counselor, or principal) complete the remainder and forward to BYU—HC Admissions Office.

HEMIL / FOSTER / LEZMOND

Surname (Family Name)     First (Given Name)     Middle or Maiden Name

PO Box 906    MAJURO, MARSHALLS    96960

Home Address    Street or P.O. Box    City    State    Country    Zip Code

## REMAINDER OF PART C TO BE COMPLETED BY HIGH SCHOOL COUNSELOR OR PRINCIPAL:

Please complete and return to: Admissions Office, BYU Box 1973, Laie, Hawaii 96762. Your recommendation is an important factor in the admission process and in scholarship evaluation. Information reported will be held confidential.

| TEST | | | STANDARD SCORES | | | |
|---|---|---|---|---|---|---|
| American College Test (ACT) | Eng. | Math | Soc. Sci. | Nat. Sci. | Composite | |
| Schol. Apt. Test (SAT) | V | Q | | | Total | |

TOEFL EXAMINATION RESULTS (FOREIGN STUDENTS) TOTAL SCORE _____

SCHOOL CERTIFICATE EXAM RESULTS (FOREIGN STUDENTS) Subject _____ Score _____

Subject _____ Score _____ Subject _____ Score _____

Subject _____ Score _____ Subject _____ Score _____

UNIVERSITY ENTRANCE/MATRICULATION EXAM RESULTS (FOREIGN STUDENTS)

Subject _____ Score _____ Subject _____ Score _____

Subject _____ Score _____ Subject _____ Score _____

Subject _____ Score _____

OTHER EXAMINATION RESULTS (PLEASE IDENTIFY EXAM & EXPLAIN RESULTS)

_____

Marshall Islands High School

Name of High School      Graduation Date: Mo. Day Year

P. OBox 1   mayuo   marshall Islands   TTPI   96960

High School Address    City    State/Country    Zip

Applicant's native language Marshalliav    Other languages spoken English

Applicant's rank in graduating class is exactly ✓ or approximately __1__ in a class of 81 students.

In your opinion, how will the student rate in university competition? ☑ Superior   ☐ Average   ☐ Satisfactory   ☐ Below Average

Please circle the percentage which indicates your overall rating of this student compared with others in his graduating class. Consider citizenship, personality, group acceptance, and social behavior.   Highest 1%   5%   10%   15%   20%   (30%)   50%   Other

Accumulative grade-point average of applicant (Grades 9 to present) 3.543

Indicate what grading scale is used at your high school.

| | Examples | | Your System | Other |
|---|---|---|---|---|
| A = 90–100% | A = 4.00 | A = 1.00 | A = 4.00 | |
| B = 80–89% | B = 3.00 | B = 2.00 | B = 3.00 | |
| C = 70–79% | C = 2.00 | C = 3.00 | C = 2.00 | |
| D = 60–69% | D = 1.00 | D = 4.00 | D = 1.00 | |
| F = Below 60% | F = 0.00 | F = 0.00 | F = 0.00 | |

Additional Comments: _____

Signed _____ Position Counselor Date 2/12/98

Thank you for your assistance.

## OFFICIAL HIGH SCHOOL TRANSCRIPTS MUST BE ATTACHED

Return to: BYU—HC ADMISSIONS OFFICE

PERMANENT ACADEMIC RECORD
# MARSHALL ISLANDS HIGH SCHOOL
MAJURO, MARSHALL ISLANDS  96960          P.O. BOX 167

## STUDENT INFORMATION

Name of Student
**HEMIL, Foster**

Mailing Address
**MIHS Majuro, Marshall Islands  96960**

Parent or Guardian                                    Date of Birth

Previous secondary school attended  Date Left        Date of Entry MIHS

[] Withdrew [X] Was ~~XXXXXxxxx~~ graduated  Date  **6/79**

### SCHOOL INFORMATION

| ENROLLMENT IN GRADES | | HONORS MARK |
|---|---|---|
| 9 | 12 | A + B |

PASSING MARK         COL RECOMMENDING

D         MARK         C

LOWEST NUMERICAL EQUIVALENT

| A | B | C | D |
|---|---|---|---|
| 91 | 81 | 71 | 61 |

MAKRING SYSTEM HIGH TO LOW

A    B    C    D    F

| CLASS PERIODS | 50 MIN. 5 TIMES A WK. 36 WKS. A YR. |

CLASS RANK [X] EXACTLY  [] APPROXIMATELY

6 SEMESTERS _____ IN CLASS OF _____

7 SEMESTERS _____ IN CLASS OF _____

FINAL RANK  **1**  IN CLASS OR  **81**

ALL SUBJECTS GIVEN CREDIT.  ALL STUDENTS

A-4    B-3    C-2    D-1    F-0

### ADDITIONAL INFORMATION

Grade Point Average  **3.543**

### CLASS RECORD
### INCLUDE SUBJECTS FAILED OR REPEATED

| YEAR | SUBJECTS | 1ST SEM | 2ND SEN | CRED OR UNIT |
|---|---|---|---|---|
| 9 | English I | B | B | 1 |
| | Micro. Culture | B+ | B+ | 1 |
| | General Math I | C | B | 1 |
| | Comp. Shop | B | B | 1 |
| 19 74 | English I | B | A | 1 |
| 19 75 | Study Hall | | | |
| | | | | |
| 10 | English II (2 hrs. course) | A- | A | 2 |
| | Gen. Science/Health | A- | A | 1 |
| | World Geography | A | A | 1 |
| | General Math II | A | A | 1 |
| 19 76 | Building I | B+ | B | 1 |
| 19 77 | | | | |
| | | | | |
| 11 | Algebra I | A | A | 1 |
| | Building II (2 hrs. course) | A | A | 2 |
| | English III | B+ | A | 1 |
| | Shop Math | A | A | 1 |
| 19 77 | Business Arithmetic | C | | 1/2 |
| 19 78 | Const. Electricity | | B | 1/2 |
| | | | | |
| 12 | Government | B+ | A- | 1 |
| | English IV | A+ | B- | 1 |
| | Typing I | A | A | 1 |
| | Building III | A | A- | 1 |
| 19 78 | Building III | B | A- | 1 |
| 19 79 | Building III | A- | A- | 1 |

Date_____ Signature_____ Title_____

EX 37 - 416



TRUST TERRITORY OF THE PACIFIC ISLANDS
DISTRICT DEPARTMENT OF EDUCATION
MAJURO, MARSHALL ISLANDS 96960

February 8, 1977

Foster,Hemil
Marshall Islands High School
Majuro, Marshall Islands 96960

Dear Foster,

I am very pleased to inform you that you are one of a select group of Marshall Islands High School students who have made the Honor Roll List for superior academic achievement during the fall semester, 1976-77. The criteria for selection to this honored group are to earn a grade-point-average of 3.00 and no grade below a C. Your GPA for the semester was 3.83.

This indication of your outstanding achievement is an accomplishment to which your teachers and others at Marshall Islands High School point with justifiable pride. But more importantly, it should be a matter of great satisfaction to yourself. If there is a strong relationship between grades and what one really learns, and we believe there is, then you have not only strengthened yourself but also your Marshall Islands and the larger community.

I wish you continued success in your future high school work.

Very sincerely yours,

Tony Detali
Principal, MIHS

## Diné College
Admissions Office
PO Box 67
Tsaile, AZ 86556

.

HEMIL FOSTER L                                                    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


BOX 56, MAJURO MI                                     80-07-72        M


                    Fall 1979
         MTH   011   ARITH & BEG ALGE   A    3    12
         FST   102   HOW TO STUDY       B    1     3
         FST   105   GEN VOCABULARY     A    1     4
         FST   101   ASSERT TRAINING    B    1     3
         ENG   100   COMM W/S           B    3     9
         ENG   131   RDNG SPEC PURPOS   B    2     6
         BIO   100   PRIN BIO I         W    2
         MTH   015   MTH FOR TRADES     A    3    12
            Units = 14.    Grd Pts = 49.    GPA: 3.50


                    Spring 1980
         MTH   100   INTERMEDIATE ALG   F    3
         BUS   213   ADV TYPING         W    3
         PED   121   VOLLYBALL/SFTBAL   B    1     3
         ENG   111   FRESHMAN ENG I     F    3
         PED   121   GUNS & ARCHERY     B    1     3
         FST   104   SPELL EFFICIENTL   B    1     3
         MTH   011   ARITH MTH LAB
         BUS   213   ADV TYPING LAB     W
         BUS   111   BEG TYPING         C    3     6
            Units = 12.    Grd Pts = 15.    GPA: 1.25


                    Fall 1980
0603     MCO   160   VIDEOTAPE PRODUC   B    3     9
0806     PER   111   FOUNDATION OF PE   D    3     3
0807     PER   121   SKILLS-SOFTBALL    A    1     4
0812     PER   121   SKILLS-BOWLING     A    1     4
1504     ENG   111   FRESHMAN ENG I     W    3
1705     MTH   100   INTERMED ALGEBRA   W    3
            Units = 8.    Grd Pts = 20.    GPA: 2.50


                    Spring 1981
0860     HEE   111   PER & COMM HLTH    D    3     3
1510     ENG   111   FRESHMAN ENG I     F    3
1728     MTH   100   MTH 100  LAB
1731     MTH   100   INTERMED ALGEBRA   F    3
2345     NIS   113   NAV CONVER I       F    3
2393     NIS   111   FOUND NAV CULT     C    3     6
            Units = 15.    Grd Pts = 9.    GPA: 0.60


***** End Transcript Semester Line Printing Section *****



                        0.000



Unofficial Transcript

**EX 38 - 418**





REPUBLIC OF THE MARSHALL ISLANDS
**OFFICE OF THE PUBLIC SERVICE COMMISSION**
P.O. BOX 90 • Majuro, Marshall Islands MH 96960
TEL: 692-625-8298/8498 • FAX: 625-3382 •

April 21, 2009

**TO WHOM IT MAY CONCERN**

RE: **Employment Verification for Mr. Foster Hemil (Deceased)**

This serves to verify that Mr. Foster Hemil (deceased) father of Mr. Foster Hemil Jr. was an employee of the Ministry of Education, Government of the Republic of the Marshall Islands from April 25, 1996 to December 1, 2002.

Thank you and if there are any questions, please do contact the undersigned at the above telephone numbers.

Ernest Lanki
Deputy Commissioner

**EX 39 - 420**

P.2

TYPE OR PRINT IN
PERMANENT INK
SEE HANDBOOK FOR
INSTRUCTIONS



## Ministry of Health Services
### REPUBLIC OF THE MARSHALL ISLANDS
# CERTIFICATE OF DEATH

FILE NUMBER BY REGISTRAR

**DECEASED**

| DECEASED - NAME FIRST | MIDDLE | LAST | SEX | DATE OF DEATH (MONTH, DAY, YEAR) |
|---|---|---|---|---|
| Foster | | EMIL | Male | December 01, 2002 |

AGE - LAST BIRTHDAY YEARS: 43 — UNDER 1 YEAR MOS / DAYS — UNDER 1 DAY (CHECK) — DATE OF BIRTH (MONTH, DAY, YEAR) July 03, 1959 — COUNTRY OF DEATH: Marshalls

ATOLL OR ISLAND GROUP OF DEATH: Majuro — HOSPITAL OR DISPENSARY NAME (IF NOT IN EITHER, GIVE VILLAGE, MUNICIPALITY, ISLAND): Majuro Hospital — HOSPITAL, UNIT RECORD NUMBER: #16747

ATOLL/ISLAND OF BIRTH: Kwajalein, Marshalls — CITIZEN OF WHAT COUNTRY: RepMar — MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY): Married — SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME): Diana Jamodre

SOCIAL SECURITY NUMBER: 04-052685 — USUAL OCCUPATION (GIVE KIND OF WORK DONE DURING MOST OF WORKING LIFE, EVEN IF RETIRED): Chief Food-Services — KIND OF BUSINESS OR INDUSTRY: Education (RMI)

RESIDENCE - MARSHALL ISLANDS: Marshalls — ATOLL OR ISLAND GROUP: Majuro — VILLAGE OR HAMLET, MUNICIPALITY, ISLAND: Darrit, Majuro

**PARENTS**

| FATHER - NAME FIRST | MIDDLE | LAST | MOTHER - MAIDEN NAME FIRST | MIDDLE | LAST |
|---|---|---|---|---|---|
| Emil | | Lejmon | Aibe | | Zackios |

INFORMANT - NAME: Diana J. Hemil — ADDRESS: Darrit, Majuro, Marshall Islands — DATE INFORMATION WAS GIVEN: December 02, 2002

**CAUSE**

PART I DEATH WAS CAUSED BY (ENTER ONLY ONE CAUSE PER LINE FOR (a), (b) AND (c))

IMMEDIATE CAUSE

(a) LIVER FAILURE

DUE TO, OR AS A CONSEQUENCE OF:

CONDITIONS, IF ANY WHICH GAVE RISE TO IMMEDIATE CAUSE (a), STATING THE UNDERLYING CAUSE LAST

(b) CHRONIC LIVER DISEASE

DUE TO, OR AS A CONSEQUENCE OF:

(c) CHRONIC ACTIVE HEPATITIS B-INFECTION

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART II OTHER SIGNIFICANT CONDITIONS CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (a)

AUTOPSY (YES OR NO): NO

**MEDICAL ATTENDANT**

I CERTIFY THAT I ATTENDED THE DECEASED AND THAT DEATH OCCURRED ON THE DATE AND TO THE BEST OF MY KNOWLEDGE FROM THE CAUSES SHOWN — NAME OF PHYSICIAN: Virgilio Villaroya, MD — SIGNATURE — DATE SIGNED (MONTH, DAY, YEAR): December 02, 2002

**NO MEDICAL ATTENDANT**

OFFICIAL REPORT AND FINDINGS OF INVESTIGATION WHERE APPLICABLE WERE REVIEWED BY — NAME OF PHYSICIAN — SIGNATURE — DATE SIGNED (MONTH, DAY, YEAR)

ACCIDENT, SUICIDE, HOMICIDE, OR UNDETERMINED (SPECIFY) — DATE OF INJURY (MONTH, DAY, YEAR) — HOW INJURY OCCURRED (ENTER NATURE OF INJURY IN PART I OR PART II, ITEM 17)

**INJURY**

INJURY AT WORK (YES OR NO) — PLACE OF INJURY HOME, FARM, ROAD, DOCK, ETC. — LOCATION (VILLAGE, HAMLET, ETC.)

**DIST. HEALTH SERVICES**

I CERTIFY THAT I HAVE REVIEWED THIS CERTIFICATE FOR COMPLETENESS AND ACCURACY (I HAVE ADDED INFORMATION ON INJURY WHEN APPLICABLE) — SIGNATURE OF SECRETARY OF HEALTH SERVICES OR AUTHORIZED DEPUTY: Kenner Briand, MBBS — DATE SIGNED (MONTH, DAY, YEAR): December 03, 2002

NAME OF REGISTRAR: Chut — SIGNATURE — DATE RECEIVED BY REGISTRAR (MONTH, DAY, YEAR): 12-3-2002

1990 Revision

Apr 21 09 05:48p

EX 39 - 421