*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

**GEORGE MITHCELL**

Vital Record
44.   Death Certificate, 1/3/2004

Miscellaneous

45.   Affidavit of Birth of Charley Bitse (George's Mother), 1883

46.   Guardianship Records re Lezmond

47.   George Mitchell Memorial Tribute & Obituary, 6/11/2005

**BOBBI JO MITCHELL**

Vital Records

48.   Birth Certificate, 1/5/1942

49.   Death Certificate, 5/20/2005

Medical Records

50.   Lovelace Health Systems, Albuquerque, New Mexico, 1975-1985

51.   Mission St. Joseph's, Asheville, North Carolina, 1976

52.   High Desert Medical, Lancaster, California, 2000-2001

02280

CERTIFICATE OF DEATH - Certified by Medical Investigator

(NOTE: If death is due to accident, homicide, trauma, or unknown causes, refer case to Medical Investigator)

Certified by Physician  XX    Bernalillo    Albuquerque
County of Death    City, Town, Location

## DECEASED

| DECEDENT - NAME First | Middle | Last | SEX | DATE OF DEATH (mo, day, yr) |
|---|---|---|---|---|
| 1. George | C. | MITCHELL | 2. M | 3. Jan 3, 2004 |

| DATE OF BIRTH (mo, day, yr) 4. March 2, 1923 | AGE - last birthday 5a. 80 | UNDER 1 YEAR 5b. MOS. DAYS | UNDER 1 DAY 5c. HOURS MINS. | RACE - Specify White, Black, Native American, etc. 6a. Native American | IF NATIVE AMERICAN, Specify Tribal Affiliation (e.g. Zia, Jicarilla, Navajo, etc.) 6b. Navajo |

DECEDENT HISPANIC?  6c. X NO  ☐ Yes Specify:    Spanish ☐  Mexican ☐  Cuban ☐  Puerto Rican ☐  Other ☐  ☐ Specify

EDUCATION OF DECEDENT - Indicate highest grade completed  7. 0 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 XX

PLACE OF DEATH - Name of hospital or other facility (if neither, give street and number or location)
8a. University of New Mexico Hospital

8b. HOSPITAL  XX Inpatient  ☐ ER/Outpatient  ☐ DOA    OTHER  ☐ Nursing Home  ☐ Residence  ☐ Other (Specify)

| STATE OR COUNTRY OF BIRTH 9. Arizona | CITIZEN OF WHAT COUNTRY 10. U.S.A. | MARRIED, NEVER MARRIED, WIDOWED, DIVORCED - Specify 11. Married | SURVIVING SPOUSE (If wife, give birth name) 12. Bobbi Jo Erwin | WAS DECEDENT EVER IN U.S. ARMED FORCES 13. X YES ☐ NO |

| SOCIAL SECURITY NUMBER 14. 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 | USUAL OCCUPATION (Kind of work done during most of working life, even if retired) 15a. School Teacher/Administrator | KIND OF BUSINESS OR INDUSTRY Kindergarden thru Eighth Grade School |

| RESIDENCE - State 16a. Arizona | County 16b. Apache | City, Town or Location 16c. Chinle | INSIDE CITY LIMITS? 16d. ☐ YES X NO |

STREET AND NUMBER OR LOCATION  16e. 7½ miles Southwest of Lukachukai, AZ    ZIP CODE 16f. 86507

## PARENTS

| FATHER - NAME First Middle Last 17. Unknown  Unknown  Unknown | MOTHER - BIRTH NAME First Middle Last 18. Charlie  N/A  Bitsuie |

| INFORMANT - NAME (Type or print) 19a. Bobbi Jo Mitchell | MAILING ADDRESS Street/RFD No. 19b. P.O. Box 170 | City/Town Lukachukai | State AZ | Zip 86507 |

## DISPOSITION

METHOD OF DISPOSITION  20a. ☐ Burial  X Cremation  ☐ Removal from State  ☐ Donation  ☐ Entombment  ☐ Other (Specify)

CEMETERY/CREMATORY - Name  20b. Sunset Memorial Park

| LOCATION City/Town 20c. Albuquerque | State NM | FUNERAL SERVICE LICENSEE or PERSON ACTING AS SUCH - Signature 21a. ▶ [signature] | LICENSE NUMBER 21b. FSP535 |

| FACILITY - NAME 21c. French Mortuary, Inc. | FACILITY - ADDRESS Street/RFD No. City/Town State 21d. 10500 Lomas Blvd. NE  Albuquerque  NM |

## CERTIFICATION

CERTIFIER'S SIGNATURE - On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated.
22a. ▶ [signature]

☐ Office of Medical Investigator
☐ Tribal/Military Authority
X Certified Physician

| DATE SIGNED (mo, day, yr) 22c. Feb 15, 2004 | HOUR OF DEATH 22d. |
| PRONOUNCED DEAD (mo, day, yr) 22e. Jan 3, 2004 | PRONOUNCED DEAD (hour) 22f. 6:45 pm |

TYPE/PRINT NAME  22b. Kurt B. Nolte, MD
ADDRESS  UNM Hospital

MANNER OF DEATH  22g. X NATURAL  ☐ ACCIDENT  ☐ SUICIDE  ☐ HOMICIDE  ☐ UNDETERMINED

DATE FILED AT NMRHS (mo, day, yr)  23a. March 11, 2004

STATE REGISTRAR'S SIGNATURE  23b. ▶ [signature]

| WAS AN AUTOPSY PERFORMED? 24a. XX YES  ☐ NO | If yes, were findings considered in determining cause of death? 24b. XX YES  ☐ NO | LOCATION WHERE AUTOPSY WAS PERFORMED (CITY, STATE) 24c. Albuquerque, New Mexico |

| WAS RECENT SURGICAL PROCEDURE PERFORMED? 25a. ☐ YES  XX NO | IF YES, SPECIFY TYPE OF PROCEDURE 25b. | DATE OF PROCEDURE 25c. | If Female: 26a. ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant within past year ☐ Unknown if pregnant within the past year | If yes, estimated length of preg 26b. |

DESCRIBE HOW INJURY OCCURRED (COMPLETE FOR ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED)
27a.

| HOUR OF INJURY 27b. | DATE OF INJURY - (mo, day, yr) 27c. |

## CAUSE OF DEATH

INJURY AT WORK  27d. ☐ YES  ☐ NO  | PLACE OF INJURY - Specify home, farm, street, etc. 27e. | LOCATION Street/RFD No. City/Town State 27f. |

28. PART I. Enter the diseases, injuries or complications which caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause per each line.

Approximate interval between onset and death

IMMEDIATE CAUSE (Final disease or condition resulting in death.)  →  a. Nocardiosis
DUE TO (OR AS A CONSEQUENCE OF):

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury which initiated events resulting in death) LAST
b. Idiopathic pulmonary fibrosis
DUE TO (OR AS A CONSEQUENCE OF):

c.
DUE TO (OR AS A CONSEQUENCE OF):

d.

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

SHADED AREAS FOR MEDICAL INVESTIGATOR - LEGAL OFFICER USE ONLY

541809

2484588

WARNING: IT IS ILLEGAL TO ALTER, COPY OR COUNTERFEIT THIS CERTIFICATE.
ADVERTENCIA: ES ILEGAL ATERAR, COPIAR O FALSIFICAR ESTE CERTIFICADO.

NMVRHS 904  REV. 5/01

NEW MEXICO VITAL RECORDS AND HEALTH STATISTICS
CERTIFIED COPY OF VITAL RECORD
This is a true and exact reproduction of all or part of the document officially registered and filed with the New Mexico Vital Records and Health Statistics, Public Health Division, Department of Health.

[signature] Donna Dossey
State Registrar

DATE ISSUED MARCH 24, 2009



# THE NAVAJO NATION

KELSEY A. BEGAYE
PRESIDENT

TAYLOR McKENZIE, M. D.
VICE PRESIDENT

UNACCEPTABLE IF ALTERED

## AFFIDAVIT OF BIRTH

March 29, 2002

**I CERTIFY THAT OFFICIAL RECORDS SHOW** _____ Charley Bitse _____,

**ROLL NUMBER** _____ 068,739 _____ **WAS BORN** _____ 00-00-1883 _____,

**IN THE VICINITY OF, OR AT** _____ Lukachukai, Arizona _____,

**AND IS THE** _____ Daughter _____ **OF** _____ Unknown _____ **ROLL NUMBER** _____ Unknown _____,

**AND** _____ Unknown _____ **ROLL NUMBER** _____ Unknown _____.

**RECORDED:** September 10, 1928.

VITAL STATISTICS MANAGER
VST/

THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM RECORDS
WHOSE CONFIDENTIALITY IS PROTECTED BY FEDERAL AND STATE LAW
REDISCLOSURE IS PROHIBITED.

**VITAL RECORDS & TRIBAL ENROLLMENT PROGRAM**
THE NAVAJO NATION ♦ P.O. BOX 3240 ♦ WINDOW ROCK, ARIZONA 86515

FPD-AZ-05079-0008

DI    RTMENT OF HEALTH AND HUMAN SERVIC'
PUBLIC HEALTH SERVICE
INDIAN HEALTH SERVICE

## CONSENT OF PARENT OR LEGAL GUARDIAN OR OTHER PERSON ¹
## WHO HAS PRIMARY RESPONSIBILITY FOR THE CARE OF THE CHILD

**(Before completing this form, please read information on reverse side.)**

Name of Student *Lezmond C. Mitchell*    Birth Date _____ , ___ /81

I(We), *George*

have read the Consent Form for the Indian Health to arrange for or to provide the following health services for this child:

1. Health care including medical examinations, routine laboratory studies, x-ray procedures, and skin tests.

2. Dental care including dental examinations, preventive use of fluorides and necessary emergency dental care.

3. Mental health services including evaluation and treatment as necessary.

4. Emergency health care for accidents or illness.

5. Transportation of the child to and/or from another health facility for these services.

☒ **I hereby give consent for all of the above services.**

☐ **Exceptions or Special Instructions:** _____

_____

Signed *George Mitchell*

Address *P. O. Box 167 JuKaahuKa*  x'/3

Relationship *Grandfather*

Date *8/18/95*    Valid Until: *1995-96*

### PLEASE RETURN THIS FORM TO THE SCHOOL

*(The third page of this form is for you to keep)*

¹ Person is defined as one who in the absence of the parent or legal guardian provides a home for the child such as next of kin.

IHS-47
(10/86)

COPY 2...(SCHOOL)

EX 46 - 587

## STUDENT CUMULATIVE RECORDS AT ROUGH ROCK COMMUNITY SCHOOL ELEMENTARY / SECONDARY DIVISION

As required by law, Rough Rock's elementary school does hereby notify you of the rights of students and parents concerning student cumulative school records.

Rough Rock's elementary school maintains a cumulative record on each student at the school. These folders may contain any or all of the following: directory information, standardized test scores and/or interpretations, narrative summaries by teachers assessing learning potential and actual progress, incident reports which may influence the learning process, accident reports, and a record of report card marks.

These records are maintained in the school vault and in the adjoining anteroom to offices. Access to said records is limited. Those having access by virtue of their professional responsibilities at the school include faculty members, counselors, dormitory supervisors and school administrators. Their right to view student records exists only as a means by which they may enhance the teaching/learning process. Use of records is restricted to those with legitimate needs to better understand the myriad forces which impinge upon a student in the quest for educational excellence.

The practice of Rough Rock's elementary school is to include in cumulative records any item generated by a professional teacher, administrator, counselor or dorm supervisor and to maintain such records indefinitely. It is also the policy of the school to allow access to such records by the students themselves as soon as they have reached their eighteenth birthday.

Should any parent, guardian or eligible student object to the inclusion of any specific portion of the cumulative record material (with the exception of report card marks), that offending portion of the record will be destroyed. If instead, the parent or eligible student wishes to insert something of his own devising into the record, such will be accepted and placed into the record, with its provenance duly noted.

Information designated as "Directory Information" will be made available as a matter of public record upon request during any time that a student is actively enrolled at the school. If such active enrollment is ended, said directory information will be considered a confidential record, as is the rest of the child's cumulative folder.

The ultimate raison d'etre for cumulative records is to enhance educational opportunities for students at Rough Rock's elementary school. Only to and for this end, are such records maintained.

## TSÉ CH'ÍZHÍ ÁŁCHÍNÍ YÁZHÍ DA'ÓŁTA'Í BINAALTSOOS AHÍHINIIDÉEHGO SINILÍGÍÍ

Bee haz'áanii áníigo ółta'í binaaltsoos ahíhiniidééhígíí éí ółta'í t'áá bí dóó bimá dóó bizhé'é dóó t'áá háíshįį aniséé shįį bídéét'i'go bee báhaz'á. Éí nił íishjáán álnééh.

Tsé Ch'ízhí Áłchíní Yázhí Da'ółta'íjí, ółta'í binaaltsoos ahíhiniidééhígíí t'áá ałtso ółta'í bá hadadít'é dóó hasht'e' sinil. Díí naaltsoos hadadít'éego sinilígíí éí:

1. Hooghan haz'ánídóó bee ééhózinígíí.
2. Íhoo'aah bee na'óhonitaahígíí éí doodago bíhoo'áá'ígíí hazhó'ó yaa náhálne'ígíí.
3. Ółta'í íhooł'aahgo naaltsoos bee hadadít'éhígíí.
4. Haashįį hoot'įįhgo íhoo'aah yihodiiłt'éhígíí naaltsoos bee hadít'éhígíí.
5. Atídzaago naaltsoos bee hadilyaaígíí dóó.
6. Íhooł'áa'go naaltsoos bikáá' níhídzóohgo hahinidééhígíí.

Díí naaltsoos éí bidá'deelkaal dóó baa hóchį'go sinil. Doo t'óó bóhólníihígíí yidínóoł'įįhgo bee haz'áa da. Bá'olta'í dóó áłchíní yich'į yádaałti'ídóó da'nijahjí nidaalnishígíí dóó ólta' binaat'áanii da t'éiyá yidínóoł'įįhgo bá bee haz'á. Íhoo'aahígii ółta'í bee bíká at'oolwoł éí biniiyé binaaltsoos dínóol'įįł. Binahjį' yá'átééhgo ółta'í baa nitsíhákeesgo hazhó'ó íhooł'aah dooleeł.

Hooghan haz'ánídóó bee ééhózinígíí éí doo baa hóchį'da. Háida yókeedgo, yidínóołįįłgo bá bee haz'á. Ółta'í doo ákw'é ółta' góó éiyá nahjį' haaltsos dóó baa hóchį' yileeh. Naaltsoos ahíhiniidééhígíí t'áá át'é baa hóchį'ígíí t'áá bił.

Díí naaltsoos ahíhiniidééhígíí nááná ła' naaltsoos bíidooltsołgo bee haz'á. T'áá éí ałdó' binahjį' t'áá haada níłtsogo ółta'í bee bíká e'elwo'. Éí bá'ółta'í dóó olta' binaat'áanii dóó ółta'gi áłchíní yich'į' yádaałti'ígíí éí doodago da'nijahjí nidaalnishígíí hadeidiilaaígíí hasht'é sinil. Bee haz'áani áníigo éí naaltsoos ółt'aí dóó bimá dóó bizhé'é yidínóoł'įįłgo bee haz'á. Áádóó Ółta'í tseebííts'áadah bináhahgo índa t'áá sáhí nidi binaaltsoos yidínóoł'įįłgo bá bee haz'á.

Nááná háida, amá dóó azhé'é dóó aniséhé danilínígíí dóó ółta'í t'áá bí naaltsoos ła' doo ákót'éego dóó doo ił nilíjgóó éí nahjį' hadooltsos nízingo bá bee haz'á. Nidi ółta'í íhooł'áa'go naaltsoos bikáá' bá níhídzóohgo hahinidééhígíí éí doo nahjį' hódoolníił da. Áádóó t'áá háida naaltsoos ła' ółt'í bá hadideeshłíił dóó atah deestsos nízingo bá bee haz'á áko nidi áłtsé bee lá alech.

Ts'ída aláahdi biniiyé díí naaltsoos ahíhiniidééhgo hasht'e' sinilígíí éí áłchíní t'áá áníít'éego íhwiidooł'ááł hwiinidzin kwe'é Tsé Ch'ízhí Áłchíní Yázhí Da'ółta'íjí.

Yizhí George Mitchell

September 14, 1998

FPD-AZ-05084-0003

## ROUGH ROCK COMMUNITY SCHOOL
### ENROLLMENT FORM

Student's Name _Lezmond Mitchell_        Grade _12 th_        ID # _____

oc. Sec _3972_        Census # _519,241_ DOB: _81_    Sex: ☒M ☐F

Location of Residence _9pm 6.5 mile East of Round Rock TP_

Example: 1 mile N of Trading Post, BIA House #100, or 1 ¼ miles E of Highway

Mailing Address _PO Box 170_    City _Lukachukai_    State _AZ_    Zip _86507_

Home Phone _602/418-7593_    Birth Place _Ft Defiance_    Tribe _1/4 Navaho 1/4 Anglo_

Degree of Indian Blood _____    Chapter _Round Rock_    Agency _Chinle 2 Spanish_

Clan _____    Becheii _Tachinii_    Born For _Spaniard_    Binali _____

Mother's Name _Sherry Mitchell_    Census # _____    Tribe _Navaho_

Address _Ft Defiance_    Soc. Sec. # _____

Employment _Window Rock School Dist_    Address _____    Phone # _____

Father's Name _n/a_    Census # _n/a_    Tribe _____

Address _n/a_    Soc. Sec. # _n/a_

Employment _n/a_    Address _n/a_    Phone # _____

| Name of brothers | Date of Birth | Name of sisters | Date of Birth |
|---|---|---|---|
| none | | none | |
| | | | |
| | | | |
| | | | |
| | | | |

Pertinent Information (Health, include allergies, etc.) _no_

### Language Survey

1. What language does the student speak most often? _English_
2. What language does the family speak at home? _English_
3. What language did the student first learn to speak? _English_
4. Language of grandparents? _English_

### Previous School Information

School Last attended _Rough Rock High School_    Dates _1998 & 1999_

Address of school _RRJP - Box PTT_ _Rough Rock_ _AZ_ _86503_
      Street or Box    City   State   Zip

Last grade completed _11th_        Have you ever attended RRCS ☒ Yes ☐ No

Emergency contact (name, phone #, location of home) _George Mitchell    52 602/418-7593_

Parent Signature _Lezmond C. Mitchell_ Date _7-14-99_

FPD-AZ-05084-0004

EX 46 - 589

# ROUGH ROCK COMMUNITY SCHOOL
## 1998-99

Name: __MITCHELL, Lezmond Charles__    Sex: __Male__    Census#: __519241__

Birthdate: ____7, 1981____    Birthplace: __Fort Defiance, Arizona__

Teacher: _____    Tribe: __Navajo__

Date Entered: _____    Social Security #: ____-3972__

Mother Tongue: _____    Grade: __11__

Father: _____    C#: _____

Mother: __Sherry L. Mitchell__    C#: _____

Community: __Round Rock__    CHC#: _____

Count Week ____ (B)    (SP)    (IN)    (GT)    (D)    (IRG)

Mailing Address: __Post Office Box 67 - Lukachukai, Arizona 86507__

Γ ˙ present in 1998-99 _____

School last year: __Red Mesa High School__    Location: __7 miles E of Round Rock Tdg. Po.__

Clan _____    Born for: _____

Bicheii __Táchii'nii__    Binali _____

I am legally responsible for the applicant and hereby apply for his/her admission to school. I give my consent to emergency operations, psychiatric treatment, and dental or minor surgery, if such procedure becomes necessary while the child is in school. I also approve such inoculations and treatment in the field of preventive medicine as may be deemed necessary by medical personnel.

_George Mitchell_
(Signature and date signed)  9/14/98

In case of emergency: _____

This applicant is duly admitted to Rough Rock Community School as a student, having met the criteria for admission as promulgated by the Rough Rock School Board.

_____
Executive Director    (Date Signed)

FPD-AZ-05084-0005

EX 46 - 590







EX 47 - 593





EX 47 - 595

# George C. Mitchell

## 1922-2004

### Home

George Mitchell was not an Erwin, nor was he descended from an Erwin, but he was a member of our extended family. George was a Native American, and was born in a one-room log cabin in northeastern Arizona on the Navajo Indian Reservation near Canyon de Chelly. George was a unique individual, but to fully appreciate his life one must know a little about the trials of the Navajo prior to his birth.

While it is not practical here to outline the origins or early history of the Navajo people, a few insights and facts concerning them will be helpful in knowing and understanding George. Perhaps the *Long Walk*, and the events leading up to it, is a good place to start.

After the Revolutionary War American pioneers pushed westward towards the Pacific Ocean. The Louisiana Purchase in 1803 opened up vast areas to settlement; the Treaty of Ghent ended the War of 1812 with Great Britain, but it also eventually gave us the Oregon Territory. Spain ceded Florida to the United States in 1819; Texas was brought into the Union in 1845; California became the thirty-first state in 1850, and the Gadsden Purchase was culminated in 1853. These were the major events that shaped the current boundaries of our nation. Most of us feel a sense of patriotic pride when we think about our country's growth and expansion in these broad terms.

What we may not think about, however, are the hundreds of Indian tribes, large and small, that lived there prior to our arrival. While the Spanish, French and British had penetrated these various areas as explorers, traders and trappers, they did not, for the most part, stay as permanent settlers. The Americans, on the other hand, were pioneers, seeking land for home sites and farms, and they planned to stay. Our nation was only a few decades old, but the native peoples, and their ancestors, had occupied the mountains and prairies for thousands of years, and were not inclined to welcome the newcomers with open arms. They could not, however, hold back the winds of change.

By 1860 the tribes living in the original thirteen colonies had been defeated or eliminated; several tribes in the southeast had been relocated to the Oklahoma Indian Territory via the *Trail of Tears*, and the Texas Rangers had largely annihilated the tribes within the borders of their new state. An ongoing campaign by the U.S. Army in the West had decimated the plains Indians, such as the Apache and Comanche, and had set up reservations to corral the rest. Some pueblo dwellers in remote areas, such as the Hopi, managed to escape the major attention of the military, but the Navajo, who were mainly herders, and tended to roam over vast areas, did not. While the Navajo were not normally a warring tribe, as were the Apache and Comanche, they could be provoked, and it was inevitable that there would be confrontations.

In the early 1860s the Civil War was being fought in earnest east of the Mississippi River, and large numbers of the  frontier troops had been transferred east to bolster the Union armies. Several of the more militant tribes were quick to take advantage of the situation. Small bands raided unprotected white farms and small settlements. Brig. Gen. James H. Carleton was sent to the frontier with orders to stop the raids by any means he deemed necessary, and he went about it with a vengeance. Although the Navajo were not Carleton's primary target, they felt his wrath as well, and by the beginning of 1863 they were basically a defeated people.

General Carleton had apparently received poor intelligence, for he believed—according to dispatches sent to Washington—that the Navajo were planning a joint offensive with the Mescalero Apaches against his weakened frontier forts. Nothing could have been further from the truth. Nevertheless, in the spring of 1863, after having defeated the Mescaleros, he turned his forces toward the Navajo. On June 15, 1863 General Carleton, with

EX 47 - 596

Case 3:09-cv-08089-DGC    Document 10-5    Filed 06/08/09    Page 14 of 45

Colonel Kit Carson and one thousand troops, left Santa Fe and marched towards Navajo country. Word was sent that they must surrender by July 20, or, in Carleton's words, "Every Navajo that is seen will be considered as hostile and treated accordingly." In the meantime the Navajo people were preparing for the worst, not by fighting, but by fleeing to the mountains and desert canyons. In late July Carson moved up to Fort Defiance. From there patrols of troops were sent into the field.

Most of the Navajos, however, had disappeared, deserting their fields and even some of their livestock. Some sought safety along the San Juan River and in the wild area north of Monument Valley, but most of the tribe fled west, beyond the Hopi villages. Some went as far as the Grand Canyon and to the area around Navajo Mountain. Nevertheless, Carleton directed Carson to "scorch the earth of the Navajo," feeling that the Indians could be starved into submission. The order was given to "round

up all of the Navajo livestock, burn all of their fields, and destroy all of their food caches." After the winter snows fell it was an easy task to round up the cold and starving Navajos. They surrendered in small groups at first, and then by the hundreds.

On March 4, 1864 a group of over twenty-four hundred men, women and children left Fort Defiance on the **Long Walk** to Fort Sumner and the Bosque Redondo  The spirit of the Navajo people had been broken. The march can easily be compared to the Bataan Death March of WW2. The old ones who fell behind were left to die; men who could not keep up, and who appeared to be able-bodied, were shot by the military escort. When the group struggled into Fort Sumner in New Mexico one hundred and ninety-seven had been left behind on the trail, either dead or dying. Another group of eight hundred left Fort Defiance on March 20, and an additional one hundred and forty-six were added along the way. By the time this group reached Bosque Redondo on May 11, one hundred and ten had perished.

The reservation at Bosque Redondo near the Pecos River in eastern New Mexico was little more than a concentration camp. The Navajo people were starved and abused, and when some managed to slip away they were hunted down and killed like rabid animals. This went on for over two years, but the horrors of the camp soon got the attention of influential people in Washington. On September 19, 1866, Secretary of War Edwin M. Stanton relieved General Carleton of his command, and transferred him to an obscure post in Louisiana. In the meantime the Navajo Nation had been decimated to a population of less than 8000 thousand souls.

The misery of the Navajo did not immediately end, however. It was not until June 1, 1868 that a treaty was signed by twenty-nine Navajo headmen and several representatives of the United States. Although the document gave them a three and one half million acre reservation, it was only about ten percent of the territory they once roamed. Nevertheless, they were finally going home. By actual count 7304 men, women and children made the trek back to their historical home territory. Today their reservation encompasses 26,000 square miles, and includes a large part of Arizona, as well as parts of New Mexico and Utah. The population now exceeds 210,000, and about sixty percent of Navajos are twenty-four years old or younger.

Let's now fast forward a bit. In 1887 Congress passed the Compulsory Indian Education Law. In the beginning the actual schooling was to be handled by various secular groups. The Presbyterians were "awarded" the Navajo. Boarding schools were established at various points on the reservations, and agents scoured the countryside for students to fill them. Children were forcibly removed from their families, often at gunpoint. It is said that agents at times found children herding or working in fields and took them away in their buckboards, not knowing, or caring, who their parents were. At the boarding schools the children were often beaten, handcuffed, bound in leg irons, or starved for days for trying to escape. Long story short, the program was a dismal failure.

It was not until 1917 that Congress enacted a statute that was designed to ensure that Indian children got a decent education, one intended to be comparable to that in available in white public schools. However, due to the fact that most Navajo families preferred to live separately from others, often in out-of-the-way places, and the fact that school buses were not yet in general use, the boarding school concept continued, albeit with more concern for the parents.

EX 47 - 597



Charlie Mitchell, George's father, experienced the beginning of the Indian school program. He was about eight when taken from his home by force. He was sent to the boarding school at Chinle, which was enclosed by a high fence. His traditional long hair was cut, and he was forced to wear "white man's" clothing. He was also given a white man's name. No one seems to know how it was selected, but it stuck with him throughout his life, and he passed it along to his children and grandchildren. Although his limited education was force-fed, it was sufficient to allow him to be a member of the Navajo Nation Police Force for many years, and he apparently did not resist when it was time for his children to attend the later boarding schools.

George's father, as a member of the Navajo Tribal Police, was often away from the his family for days at a time. Thus it fell upon the family to care for the chickens, sheep and other livestock that augmented the family food supply. The family home site, located near Lukachukai, about thirty miles northwest of Canyon de Chelly, was, and is, located in a somewhat barren area. There was little there for the family's animals to graze on. About a mile away, however, there is an unnamed canyon that is frequently wet from rains and flashfloods, providing precious moisture for grass and willows along the banks of the wash. It was there that George and his brothers took the family's horses and herds of goats and sheep to graze. It is thought that it was during these periods of solitude, while tending the animals, that George became determined to seek his fortune in the white man's world.

George C. Mitchell was nineteen, and just out of high school when WW2 started. He enlisted in the United States Navy, and after basic training was assigned sea duty, spending most of his four-year/duration enlistment at sea. He was part of the original crew of the aircraft carrier USS Bonhomne Richard, commissioned November 26, 1944.

George was honorably discharged in late 1945, and soon after, using his G.I. Bill benefits, enrolled in Northern Arizona University at Flagstaff as an Education major. He was a dedicated student, and graduated from NAU in 1950, eager to make his mark in the world.

In 1956 George was teaching at the Chilocco Indian School in Chilocco, Oklahoma. Chilocco is almost on the state line between Oklahoma and Kansas, and is less than ten miles from Arkansas City, Kansas. It so happened that Arkansas City was where Bobbi Jo Erwin, daughter of Jesse Carroll Erwin and Mary Protzman Erwin, was a student at the local high school.

How George and Bobbi Jo met, and the details of the courtship, is not known, but they were married in Arkansas City on December 9, 1956. George was thirty-four (their marriage certificate says twenty-six) and Bobbi Jo was seventeen. Although Bobbi Jo's mother signed a form consenting to the marriage, there was, as the saying goes, "Hell to pay" when Bobbi's father learned of it when he returned home from a construction job.

Nevertheless, Bobbi Jo and George set up housekeeping in Chilocco, and George continued to teach there. Their first child, a daughter they named Sherry Lane, was born in May 1958 in the Arkansas City Hospital. During the summer of 1966 the family moved to Hanford, California. George taught in the local schools there until 1972. In the interim Auska, a son, was born in 1967; Sherry graduated from the eight grade at Kit Carson Elementary School in 1972, and Bobbi Jo earned a BA Degree at Fresno Pacific College.

The family then returned to Arizona, and to the Navajo Reservation. George took a job at Round Rock School, in Round Rock, which is only seven miles from where he was born. His parents had passed on by this time, and the family took over the reservation home site lease that had been in the family for several generations. Bobbi Jo, who had not graduated from high school, but who had recently earned a BA, was anxious to continue her education. Strongly encouraged and supported by her husband, she enrolled at Northern Arizona University at Flagstaff, George's alma mater. There she earned an MA, as well as an Ed.D degree.

George Mitchell spent the rest of his professional career working in the Round Rock School District. He first taught elementary classes at Round Rock, but was soon elevated to principal, and ended his career as the school

EX 47 - 598

district superintendent.

Although George had spent many years away from the Navajo Nation, first as a student, then service in the Navy during WW2, followed by time spent earning a college degree, and finally teaching jobs in Oklahoma and California, he was, nonetheless, very proud of his Navajo heritage. After he returned to the area of his birth and ancestors he became very involved in Navajo affairs. He had spent years in the "white man's world," and he was anxious to learn more about his ancestors and his culture.

George retired in the early 1990s, but he remained active. He became involved in several cultural projects, often directing them. He wrote poetry, as well as several literary pieces, all with *The People* as the subject. At the time of his death he was writing a history-based novel about the Navajo in the eighteenth-century, and the trials they endured with the Spanish invaders. It remains unfinished. He also became active in the Native American Church. Although the family had attended both Protestant and Catholic churches during the time spent in Oklahoma and California, George felt that the Native American Church better served his spiritual needs.

George C. Mitchell passed away January 3, 2004; he was eighty-two. Bobbi Jo, retired less than two years, followed him in May 2005. Both of their lives were celebrated in a Native American Church memorial service on June 11, 2005.

George Mitchell was as a very unique individual, and while he was one of the *Diné*, "The People," he was a member of the Erwin extended family as well. He was proud of his heritage, but left the land of his ancestors to quench his thirst for worldly knowledge. His vision and drive allowed him to accomplish something that few of his people did in his generation, and that was to graduate from a major university. He also dedicated his life to working with children; what better legacy could one have. It was my privilege, as well as an honor, to have known him.

*Don Erwin*

**Top**

**Home**


The canyon where George and his brothers cared for the family's animals


With a buddy in San Diego


George as a college student at NAU in Flagstaff after WW2


George Mitchell's mother at her loom


In later years in traditional ceremonial dress


The Mitchell family ceremonial hogan (ho-gon)

EX 47 - 599

Case 3:09-cv-08089-DGC    Document 10-5    Filed 06/08/09    Page 17 of 45



3/13/2009 11:22 AM

**EX 47 - 600**

Case 3:09-cv-08089-DGC   Document 10-5   Filed 06/08/09   Page 18 of 45



**EX 47 - 601**



**EX 47 - 602**

Case 3:09-cv-08089-DGC    Document 10-5    Filed 06/08/09    Page 20 of 45



3/13/2009 11:23 AM

EX 47 - 603



**EX 47 - 604**

DEPARTMENT OF COMMERCE
BUREAU OF THE CENSUS    STANDARD CERTIFICATE OF LIVE BIRTH    18    9337
STATE BOARD OF HEALTH    Registrar's No. _185_    DO NOT WRITE IN THIS SPACE
Division of Vital Statistics, State of Kansas

1. PLACE OF BIRTH:
a) County _Cowley_
(b) City or town _Cambridge_
(If outside city or town limits write RURAL)
(c) Name of hospital or institution: _____
(If not in hospital or institution give street number or location)
(d) Mother's stay before delivery:
In hospital or institution _____ In this community _2 yr._
(Specify whether years, months, or days)

2. USUAL RESIDENCE OF MOTHER:
(a) State _Kansas_
(b) County _Cowley_
(c) City or town _Cambridge, Kans._
(If outside city or town limits write RURAL)
(d) Street No. _____
(If rural give location)

3. Full name of child _Bobby Joe Erwin_

4. Date of birth _Jan 5, 42_
(Month) (Day) (Year)

5. Sex _male_    6. Twin or triplet _____    If so—born 1st, 2d, or 3d _____
7. Number months of pregnancy _9_
8. Is mother married? _yes_

FATHER OF CHILD
9. Full name _Jessie Carrol Erwin_
10. Color or race _W_    11. Age at time of this birth _34_ yrs.
12. Birthplace _Langton_ _Kansas_
(City, town, or county) (State or foreign country)
13. Usual occupation _Tractor Operator_
14. Industry or business _Construction_

MOTHER OF CHILD
15. Full maiden name _Mary Dene Protzman_
16. Color or race _W_    17. Age at time of this birth _34_ yrs.
18. Birthplace _Geuny_ _Kansas_
(City, town, or county) (State or foreign country)
19. Usual occupation _House wife_
20. Industry or business _Own Home_

21. Children born to this mother:
(a) How many other children of this mother are now living? _two_
(b) How many other children were born alive but are now dead? _X_
(c) How many children were born dead? _X_

22. Mother's mailing address for registration notice:
_Mrs J. C. Erwin_
_Cambridge Ka_

23. I hereby certify that I attended the birth of this child who was born alive at the hour of _2_ a.m. on the date above stated and that the information given was furnished by _Mrs Erwin_, related to this child as _Mother_.

24. Date received by local registrar _1-15-42_
25. Registrar's own signature _Fay L. House_
26. Date on which given name added _____ by _____ Registrar

Attendant's own signature _Wilt Green M.D._
M.D., midwife, or other _____ Date signed _1-8-42_
Address _Cambridge Kansas_

EX 48 - 605



This is a true and correct copy of the official record on file in the Office of Vital Statistics, Topeka, Kansas, certified on the date stamped below.

2009 JAN 21 PM 12: 32

*Elizabeth W. Saadi*

Elizabeth W. Saadi, Ph.D.
Acting State Registrar
Office of Vital Statistics
Department of Health & Environment

A04355906

It is in violation of KSA 65-2422d(g) to "prepare or issue any certificate which purports to be an original, certified copy or copy of a certificate of birth, death or fetal death, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**

# CERTIFICATE OF DEATH
## STATE OF NEW MEXICO

**United States of America, State of New Mexico**
**New Mexico Vital Records and Health Statistics**

SAN JUAN 05073 FARMINGTON

County of Death | City, Town, Location

Note: If death is due to accident, homicide, trauma, or unknown causes, refer case to Medical Investigator.

**FOR STATE OFFICE USE ONLY**

### DECEASED

1. DECEDENT-NAME: First: BOBBI  Middle: JO  Last: MITCHELL
2. SEX: F
3. DATE OF DEATH (mo, day, yr): MAY 20, 2005

4. DATE OF BIRTH (mo, day, yr): JAN. 5, 1942
5a. AGE-last birthday: 63
5b. UNDER 1 YEAR MOS. / DAYS | UNDER 1 DAY HOURS / MINS.
6a. RACE - Specify White, Black, Native American, etc.: WHITE
6b. IF NATIVE AMERICAN, Specify Tribal Affiliation (e.g. Zia, Jicarilla, Navajo, etc): N/A

6c. Is Decedent Hispanic? (If yes, more than one may be checked): [X] No  [ ] Yes, Specify: [ ] Cuban [ ] Spanish [ ] Other [ ] Puerto Rican [ ] Mexican
7. EDUCATION OF DECEDENT - Indicate highest grade completed: 0 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 [X]

8a. PLACE OF DEATH - Name of hospital or other facility (If neither, give street and number or location): SAN JUAN REGIONAL MEDICAL CENTER
8b. HOSPITAL: [X] Inpatient [ ] ER/Outpatient [ ] DOA   OTHER: [ ] Nursing Home [ ] Residence [ ] Other (Specify)

9. STATE OR COUNTRY OF BIRTH: KANSAS
10. CITIZEN OF WHAT COUNTRY: USA
11. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED - Specify: WIDOWED
12. SURVIVING SPOUSE (If wife, give birth name): N/A
13. WAS DECEDENT EVER U.S. ARMED FORCES: [ ] Yes [X] No

14. SOCIAL SECURITY NUMBER: 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
15a. USUAL OCCUPATION (Kind of work done during most of working life, even if retired): ADMINISTRATOR/SCHOOL PSYCHOLOGIST
15b. KIND OF BUSINESS OR INDUSTRY: PUBLIC SCHOOL

16a. RESIDENCE - State: ARIZONA
16b. County: APACHE
16c. City, Town or Location: LUKACHUKAI
16d. INSIDE CITY LIMITS: [ ] Yes [X] No

16e. STREET AND NUMBER OR LOCATION: 7.3 MILES SW OF LUKACHUKAI JUNCTION
16f. ZIP CODE: 86507

### PARENTS

17. FATHER - NAME: First: JESSIE  Middle: CARROL  Last: ERWIN
18. MOTHER - BIRTH NAME: First: MARY  Middle: DENE  Last: PROTZMAN

19a. INFORMANT - NAME (Type or print): SHERRY MITCHELL
19b. MAILING ADDRESS Street/RFD No.: P.O. BOX 170, City/Town: LUKACHUAI, State: ARIZONA 86507

### DISPOSITION

20a. METHOD OF DISPOSITION: [ ] Burial [X] Cremation [ ] Removal from State [ ] Donation [ ] Entombment [ ] Other (Specify)
20b. CEMETERY/CREMATORY - Name: FARMINGTON CREMATION SOCIETY

20c. LOCATION: City/Town: FARMINGTON  State: NEW MEXICO
21a. FUNERAL SERVICE LICENSEE or PERSON ACTING AS SUCH - Signature: X _Kerry L. Gooch_
21b. LICENSE NUMBER: DD0059

21c. FACILITY - NAME: ALTERNATIVE CHOICE
21d. FACILITY - ADDRESS Street/RFD No.: 2415 E. 20TH ST. City/Town: FARMINGTON State: NEW MEXICO

### CERTIFICATION

22a. Certified by (Check One): [ ] Office of Medical Investigator [X] Certified Physician [ ] D.O. [ ] Tribal/Military Authority
22b. Certifiers Signature: On the basis of examination and/or investigation, in my opinion, death occurred at the time, date and place and due to the cause(s) stated. X _____
Type/Print Name: GENTIANA VOINESCU MD 87401 622 W. MAPLE, STE.H FARMINGTON, NM
Mailing Address (City, State and Zip Code):
22c. DATE SIGNED (mo, day, yr): 5/20/2005
22d. HOUR OF DEATH: 0535
22e. PRONOUNCED DEAD (mo, day, yr): MAY 20, 2005
22f. PRONOUNCED DEAD (hour): 0535
22g. MANNER OF DEATH: [X] NATURAL [ ] ACCIDENT [ ] SUICIDE [ ] HOMICIDE [ ] UNDETERMINED

23a. DATE FILED AT NMVRHS (mo, day, yr): May 24, 2005
23b. REGISTRAR'S SIGNATURE: X _LaVone J Sandoval_   555596

24a. WAS AN AUTOPSY PERFORMED? [ ] Yes [X] No
24b. If yes, were findings considered in determining cause of death? [ ] Yes [ ] No
24c. LOCATION WHERE AUTOPSY WAS PERFORMED (CITY, STATE):

25a. WAS RECENT SURGICAL PROCEDURE PERFORMED? [X] Yes [ ] No
25b. IF YES, SPECIFY TYPE OF PROCEDURE: RIGHT FEMORAL ORIF
25c. DATE OF PROCEDURE: 2/16/2005
26a. If Female: [ ] Pregnant at time of death [ ] Not pregnant, but pregnant within 42 days of death [ ] Not pregnant within past year [X] Unknown if pregnant within the past year [ ] Not pregnant 43 days to 1 year before death
26b. If yes, estimated length of pregnancy:

### CAUSE OF DEATH

27a. DESCRIBE HOW INJURY OCCURRED (COMPLETE FOR ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED)
27b. HOUR OF INJURY:
27c. DATE OF INJURY - (mo, day)
27d. INJURY AT WORK: [ ] Yes [ ] No
27e. PLACE OF INJURY - Specify home, farm, street, etc.
27f. LOCATION ADDRESS Street/RFD No. City/Town State

28. PART I. Enter the diseases, injuries or complications which caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause per each line.

| | | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death.) → a. | NON-HEALING SACRAL DECUBITUS | MONTHS |
| DUE TO (OR AS A CONSEQUENCE OF): b. | PATHOLOGICAL RIGHT FEMORAL FRACTURE | MONTHS |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury which initiated events resulting in death) LAST. DUE TO (OR AS A CONSEQUENCE OF): c. | RENAL OSTEODISTROPHY | YEARS |
| DUE TO (OR AS A CONSEQUENCE OF): d. | | |

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.
ESRD - WITHDRAWING HD, DM, HTN, CAD, OBESITY, PULMON. EMBOLISM, OSA HYPOTHYROID

SHADED AREAS FOR MEDICAL INVESTIGATOR - LEGAL OFFICER USE ONLY

NMVRHS 904 REV 10/03

2484584

**WARNING: IT IS ILLEGAL TO ALTER, COPY OR COUNTERFEIT THIS CERTIFICATE.**
**ADVERTENCIA: ES ILEGAL ATERAR, COPIAR O FALSIFICAR ESTE CERTIFICADO.**

CERTIFIED COPY OF VITAL RECORD
This is a true and exact reproduction of all or part of the document officially registered and filed with the New Mexico Vital Records and Health Statistics, Public Health Division, Department of Health.

_Donna Dassey_
State Registrar
DATE ISSUED MARCH 24, 2009

EX 49 - 607

# ⚛ LOVELACE HEALTH SYSTEMS

P.O. Box 8312, Albuquerque, NM  87198-8312

Date: _6/3/02_

RE: _Bobbie Jo Mitchell_

☒ Enclosed are the Lovelace records you requested on the above patient.

☐ We are unable to process your request without a signed authorization. Enclosed is a Lovelace Authorization form for release of patient information that must be signed by the patient. If the patient is unable to sign, this form must be signed by the patient's parent in the case of a minor, and or legal guardian/next of kin.

☐ Patient is deceased. An affidavit or other legal documentation which demonstrates the requestor is the legal representative of the estate must be presented prior to any release of records.

☐ The information you have requested requires a special authorization. For your convenience this form has been enclosed. Please sign and date the authorization and return to our office for processing. Once we have received proper authorization, we will forward the information to you (or the requesting party). Patients age 12 and older must sign their own release form. Please note: all releases for Mental Health records expire within 90 days.

☐ We are unable to identify the patient from the information you have given. Please provide the following information:

☐  Patient's Full name at the time of treatment          ☐ Other_____ ⱷ16-75 Or____
☐  Patient's Social Security #_____/_____/_____
☐  Patient's Lovelace Medical Record #_____
☐  Patient's Date of Birth _____/_____/_____
☐  Patient's Address_____
☐  Patient's Maiden Name (if applicable)_____
☐  Date of Treatment (Hospital Discharge Date or Clinic Visit Date) _____
☐  Patient's Treating Physician
☐  Treatment Location

☐ The information you have requested is not available at this time. It will be forwarded to you when it becomes available.

---

*Other: This information has been disclosed to you from records whose confidentiality is protected by state law. State law prohibits you from making any further disclosure of such information without the specific written consent of the person to whom such information pertains, or as otherwise permitted by state law*

---

Please contact our office if you have any questions. Our telephone number is : (505) 262-7107

Thank you for your assistance.

Release of Information
Medical Record Department

MedRecRel 2002
/lc

FPD-AZ-03056-0499

EX 50 - 608

FROM : THERESE QUETONE    FAX NO. :505-898-2342    May. 21 2002 03:57AM  P4

STATE OF _N.M_ )
)
COUNTY OF _Bernalille_ )

## AFFIDAVIT OF BUSINESS RECORDS CUSTODIAN

I, _Nettie Gallegos_, being first duly sworn upon my oath, state as follows:

1.     I am the _Manager_ of _Release of Information_ and the custodian of the records of _Lovelace_. I supervise all record keeping at _____ _Lovelace_ and am familiar with its record keeping practices.

2.     I have examined the document consisting of _12_ pages attached to this affidavit. They are an exact copy of the records of _Bobbi Mitchell_, retrieved from the permanent records of _Bobbi Mitchell_.

3.     The records were made and kept in the routine course of business, at or near the time of the events recorded, and not prepared in anticipation of litigation.

4.     The records were made or kept by an employee of _Lovelace_ who has personal knowledge of the facts recorded.

5.     The records are the standard records used by _Lovelace_ and it is the regular practice of _Lovelace_ to make such records.

_Nettie Gallegos_
Signature

Before me the undersigned, a Notary Public for _Bernalillo_ County, State of _New Mexico_, personally appeared _Nettie Gallegos_, and acknowledged the execution of this instrument on the _5th_ day of _June_, 200_2_.

_Erelda Romero_
Notary Public

My commission expires: _July 19, 2004_

OFFICIAL SEAL
Erelda Romero
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires:_July 19, 2004_

FPD-AZ-03056-0500

**EX 50 - 609**

LOVELACE MEDICAL CENTER ALBUQUERQUE, NEW MEXIC

Date and Sign All Notes

4-10-85 Brief Discussion on what diabetes is-instructed in urine Testing - encouraged to do some walking - Discussed general Skin + Foot care. will see diabetes clinic instructor next visit + will call DR. conway next week.

B. Zaskowski LPn

MITCHELL, BOBBIE JO 4/9/85 Dr. Conway
LMC# 29 54 94

Mrs. Mitchell is a forty-three year old Indian female referred over for evaluation by Dr. Hasbrouck in Cayenta, Arizona. Patient has been seen here in the past for possible pituitary abnormality and has an extremely complicated past history. Suffice to say that in the past she was found to have an enlarged sella by 1975 and underwent pituitary surgery and turned out to have an empty sella and developed a CFS leak which prevented very extensive exploration of the pituitary area. In any event, postoperatively she was evaluated and found to have intact pituitary function. When seen here in 1975 by Dr. Kaminsky, tomography failed to reveal obvious abnormality of the pituitary. When seen here in 1975 she had some galactorrhea. Prolactin levels, however, were normal and subsequent evaluation revealed that most everything was intact. The reason for exploration is not clear other than she was felt to have a pituitary adenoma. At that time, additionally, she was found

to have an abnormal glucose tolerance test but was not really advised of it. A subsequent diagnosis of diabetes was established in 1981 and she has been on oral hypoglycemics since then. She has most recently been treated with Micronase and a 1,000 calorie diet, although she finds following a 1,000 calorie diet very difficult. At the present time she has polydipsia and polyuria and is not testing her blood or her urine. She does try to follow a diet but notes that the best she can do is about 1200-1500 calories per day. She has had no visual compromise but does note occasional difficulty with her legs, particularly tingling in her feet and aching in her calves. Occasional lancinating pains are noted in her legs especially if she is very tired. At the present time the principle difficulties that she has had over the past several months are increasing fluid retention with leg swelling, heat intolerance and diaphoresis in the form of hot flashes. She has had increasing difficulty with the pains in her feet and legs to the extent that occasionally these keep her from sleeping at night. Additionally, she notes that the fluid retention has become a real problem. Her

fingertips have been swelling. They have turned blue off and on over the past few weeks. She has been placed on a diuretic for this and has been using Dyazide on a p.r.n. basis with little control of the swelling. She notes that weight has always been a problem for her since her earliest pregnancy at about age twenty-two. She has been unable to get her weight under 200 pounds since then. She gets down close but is incapable of effecting any further weight loss. She also notes that over the years there has been a problem with emotional distress. In the late sixties or early seventies when there was a suspicion of a pituitary tumor was made she really got emotionally upset. She obtained some brief counseling but didn't feel it was particularly effective and didn't really resolve the difficulties. At the present time it seems to be a continuing difficulty in that she tires easily, doesn't sleep well at night, frequently awakens early on the morning and can't get back to sleep.

Form N

FPD-AZ-03056-0501

EX 50 - 610

Date and Sign All Notes

At the present time she has no difficulty with frequent headaches and no

visual difficulties as noted above.  She continues to have difficulties with lactation.  She has had no chest pain, no shortness of breath and no palpitations.  There have been no gastrointestinal difficulties and no genitourinary symptoms except for the nocturia and some daytime frequency.

Her Past Medical History in addition to the outlined pituitary problems noted above, includes bilateral salpingo-oophorectomy in about 1977. She also has a history of thyroid dysfunction and is currently taking .1 mg. of Synthroid.  She does note that if she takes that regularly on a continuing basis, after about two weeks, she starts having heat intolerance and palpitations.  The reason for introduction of this medication is not clear.  She only notes that it was started following her pituitary surgery.

Her Family History is positive for diabetes in that her father had the disease although he died with meningitis.  Her mother is alive and well

though she has had a history of cancer of the cervix.  She has three full sibs and two half sibs.  They are all in good health.

Her Review of Systems except as noted above is essenitally noncontributory,

PHYSICAL EXAMINATION:  She is a grossly obese Indian female in no distress.  Weight is 246 pounds.  Blood pressure with a wide cuff is 140/84 both supine and sitting.  Pulse is 80 and regular.
HEENT:  Entirely unremarkable.  Fundi benign.
NECK:  Supple without adenopathy.  I am not able to detect any thyroid tissue but she does have a very thick, short neck.
CHEST:  Clear to percussion and auscultation.
BREAST:  Reveals no mass.  However, compression of both nipples expresses a small amount of mucoid material.
HEART:  Not clinically enlarged.  Heart tones are of good quality.  No murmurs or gallops are noted.

ABDOMEN:  Soft and nontender.  No organs or masses are palpable but her degree of obesity clearly compromises the exam.  Bowel sounds are active and no bruits are noted.
PELVIC:  Not carried out.  External genitals appear normal.
EXTREMITIES:  Free of swelling and tenderness.  Pulses are present and equal bilaterally.
SKIN:  Warm and slightly scaly at the elbows and knees.  There is a moderate degree of intertrigo under each breast and in each inguinal area.
NEUROLOGIC:  Reveals no obvious motor deficit.  Sensory examination suggests hyperpathia and a little decrease in pin prick from about mid shin down.  Deep tendon reflexes are barely perceptible at the ankle and the knee and are 2+ biceps and triceps.

Laboratory studies carried out by Dr. Hasbrouck reveal an elevated liver function abnormalities, elevated fasting blood sugar and anormal T4 in August 1984.

LOVELACE MEDICAL CENTER

FPD-AZ-03056-0502

EX 50 - 611

CAVELAGE MEDICAL CENTER

**MEXICO**

IMPRESSION:
1. Diabetes mellitus, poorly controlled at the present time with liver function abnormalities, most likely secondary to fatty liver associated with poor diabetic control.
2. Questionable hypothyroidism, currently on replacement.
3. Exogenous obesity, very likely essential, must consider the possibility of underlying Cushing's syndrome.
4. Status postop bilateral salpingo-oophorectomy.
5. What I interpret as rather severe situational depression of a chronic nature.

DISPOSITION:
1. The situation is reviewed with the patient and her husband. I really feel that instruction in basic information about her diet and the underlying diabetic problem itself is essential. We will try to carry that out tomorrow. Additionally, I feel like some baseline parameters and repeat of blood sugar and liver function studies is in order. We

will obtain a hyperthyroid profile, SMA-12 and an overnight dexamethasone cortisol level to include or exclude the possibility of Cushing's disease. Finally, we have suggeseted the possibility that the depression is contributing to all of the above and have suggested that perhaps some counseling or certainly some change in lifestyle may be helpful with this. Additionally, I really feel that a lady of this age who has had ovarian excision should really be on exogenous estrogen. We have discussed this in detail and will plan to start this in the immediate future. She will obtain the above studies and communicate with us by phone and we will summarize our findings and send them to her physician in Cayenta. We have asked that she return here in four to six months for assessment and review of our previous findings.

MC/dm
4/9-4/11

MARTIN CONWAY, M.D.
Endocrinology

FPD-AZ-03056-0503

2-22-85

Dr. Conway,

This letter will introduce you to Bobbi Jo Mitchell. I have followed Mrs. Mitchell for her problem of adult onset diabetes since 8-21-84. Diagnosis was first made in 11-83. Pt. was instituted on Micronase 5mg Q. day in 10-84. Weight loss has been encouraged.

Weight has stayed stable in 240-245 lb. range. Fasting blood sugars have remained at ~ 240 mg/dl. Compliance with meds has been only fair.

Has h/o empty sella syndrome diagnosed in 1976. Had pituitary surgery at that time. No tumor found. Has been on Synthroid 0.1mg Q. day for many years.

Work-up at N.I.H. at one point showed normal pituitary function. Was labeled as polycystic ovarian disease. Is S/P hysterectomy & bilateral salpingo-oophorectomy in 11-78.

SMAC done here in 8-84 showed a T4 of 8.5 (4.5-13.0 Normal) while on Synthroid 0.1mg Q.D.

FPD-AZ-03056-0507

BUN- 13        Cr- 0.6

GGTP- 348 - (0-45)              Cholesterol - 298
SGOT - 93 - (0-41)             Thyglyceride - 369
SGPT - 148 - (0-45)

11-84          Hep B Sagn - Negative.
Urine albumins have been 1-2+.
I have presumed increased liver enzymes 2° to
fatty liver.

Pts' main complaints at this time are fluid
retention in ankles & hands. Also complains of
much perspiration. She has requested referral
to an endocrinologist for opinion regarding
her problems.

Thank you,

Douglas J. Hasbrouck MD.
                    Hasbrouck
Douglas J. Hasbrouck MD
Box 67
Kayenta, AZ 86033

FPD-AZ-03056-0508

C/# 29-54-94

Mayo Clinic

Rochester, Minnesota 55901
Telephone 507 282-2511

Bahram Mokri, M.D.
Department of Neurology

June 9, 1975

Neil I. Kaminsky, M. D.
Lovelace-Bataan Medical Center
5200-5400 Gibson Boulevard S.E.
Albuquerque, New Mexico   87108

RE:  Mrs. Bobbi Jo Mitchell
Mayo Clinic #3-136-229

Dear Doctor Kaminsky:

Mrs. Bobbi Jo Mitchell who was recently seen at the Mayo Clinic has asked us to send you a medical report. Since you are well familiar with this patient's past history and current complaints I shall not repeat them at this point.

Neurological examination was entirely normal. Skull x-ray revealed a large sella and the anterior-inferior aspect of the floor of the sella appeared to be somewhat indistinct. Spiral tomograms of the sella revealed slight asymmetry on the left floor of the sella, however, this was not felt to be clinically definitely significant. The cortex of the sella was intact.

The patient was then seen in our Sections of Internal Medicine and Endocrinology by Dr. A. A. Frethem who carried out the initial general medical evaluation and interview. The patient was not able to remain here for an adequate endocrine workup and indeed, she had to leave in two days. It was Doctor Frethem's feeling that she had what sounded like a good endocrine care at home and was currently under a good endocrine workup at Lovelace Clinic under your direction. It was the patient's desire and our suggestion that she re-establish contact with you at the Lovelace Clinic for the completion of her endocrine workup as had been planned by you. There was no way with her limits on time that all this could be done here at this time. Doctor Frethem and I have discussed the situation fully with the patient.

The patient was then seen by Dr. E. R. Laws, Jr. of our Section of Neurological Surgery who reviewed the x-rays and tomograms. Doctor Laws could not be sure that there was a tumor. He commented that if endocrine workup suggests a pituitary tumor then the patient should have an angiogram. I realize that Doctor Laws has discussed his findings and views with you in his telephone conversation.

FPD-AZ-03056-0509

**EX 50 - 615**

Neil I. Kaminsky, M. D.                    -2-                June 9, 1975
RE:  Mrs. Bobbi Jo Mitchell  (3-136-229)

     The following tests were also carried out which were either
negative or within limits of normal:  chest x-ray, electrocardiogram,
complete blood count and differential count, sedimentation rate, serology,
serum sodium, potassium, calcium, phosphorus, total protein, glucose,
alkaline phosphatase, SGOT, total bilirubin, uric acid and creatinine.
Wake and sleep EEG was normal.  An eye examination carried out in the
Section of Ophthalmology was normal.  A formal visual field testing was
scheduled but the patient could not keep the appointment because of her
time limitations.  ENT examination was normal.

     I hope this letter contains some of the information that you may
need.  Should you require any further details of this patient's evaluation
or if I can be of further help, please write to me.

Sincerely yours,

B. Mokri, M. D.

BM:lkh
cc:  F. A. Barada, Jr., M. D.
    PHS Indian Hospital
    Fort Defiance, Arizona    86504

FPD-AZ-03056-0510

EX 50 - 616

April 21, 1975

Marlene E. Haffner, M.D.
PHS Indian Hospital
Window Rock, Arizona

Dear Marlene:

This note concerns Bobbi Jo Mitchell, Lovelace Clinic Number 29-54-94. I am
enclosing a xerox copy of my initial note on her. A copy of this letter will
be forwarded to Dr. Andy Barada at Fort Defiance. In summary, I saw Bobbi Jo
for the first time on the 31st of March, 1975. She had been referred by Dr.
Barada for evaluation of breast secretions and irregular menstrual periods.
There was some question of an enlarged sella. No abnormalities were found on
physical examination and galactorrhea was not demonstrated. Sella turcica
tomograms were done by our radiology department and it was felt by Dr. Coin
that there was a suspicious expansion of the right side of the sella turcica,
which was compatible with an expanding intrasellar lesion on that right side.
A serum prolactin was subsequently drawn and the general plan was the following:

If the prolactin was unequivocally elevated we would proceed with further diag-
nostic studies (arteriogram and pneumoencephalogram) with the thought of doing
a transnasal hypophysectomy. If the prolactin was normal, we would probably go
ahead an do a perphenazine test to see if prolactin would rise as it does in a
normal individual or stay constant as it does in patients with a pituitary tumor
(these tests done at Fort Defiance were uninterpretable since the specimens
arrived at Dr. Buckman's lab in a thawed state). It was my feeling that we
should definitely not proceed to the more complicated tests unless we had good
biochemical confirmation of a pituitary tumor. Therefore, if her serum prolac-
tin was normal and if she had normal prolactin dynamics following perphenazine,
further studies would not be done but rather she would simply be followed on a
yearly basis.

Since seeing her initially, I have received numerous telephone calls from her
and her husband. It is absolutely impossible for me being this distance away
from Fort Defiance to assume primary medical care for all of her problems. I
have strongly urged her to have her day-to-day medical matters followed by the
physicians in Fort Defiance and I would function as a consultant only.

Finally, I have told her that we see many patients with pituitary tumors and
it is absolutely certain that all of her problems can't be explained on the
basis of a pituitary neoplasm if indeed she does have one.

FPD-AZ-03056-0511

- 2 -

Once again, I will be most happy to logically follow this workup, going step by step, depending upon the results of our studies. I think we would be remiss in doing any aggressive procedures without significant documentation of their necessity.

If I can supply any further information to you, please feel free to contact me.

Sincerely yours,


Neil I. Kaminsky, M.D.
Endocrinology Section

NIK/nh

Encl.

FPD-AZ-03056-0512

EX 50 - 618

MEMORIAL MISSION HOSPITAL
ASHEVILLE, N. C.

533609-6                                                                    321431

BLUE CROSS

MITCHELL        BOBBI        JO        ERWIN                9-10-76    10:30
PO BOX 639        APT 22-A GOVT COMPOUND                    7/5/76  11 20
CHEROKEE        NC        28719                             259A2    37.00    .25
JACKSON                        099        497-3451          M. WATTS              247    XXB10
35Y  1-5-42        CAMBRIDGE KANSAS    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          OTAG WORK UP
F    O        M        GCM        X        X        NONE

GEORGE        CHARLIE        MITCHELL        HUSB           9-9-76              XX
PO BOX 639        APT-22-A GOVT COMPOUND                              1-29X-76
CHEROKEE        NC        28719
X        XX                            497-3451
BUREAU OF INDIAN AFFAIRS        CHEROKEE                    NONE
TEACHER SUPV                5 MOS    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            GEORGE MITCHELL    HUSB
BOBBI JO ERWIN MITCHELL        LEAVER-BUREA OF IND AFF.    SAME ASPT
CHEROKEE                TEACHER        5 MOS               497-3451    SAME

COMPLETE FOR MEDICAL STATISTICS AND INSURANCE

                                                            7920
                                                            7910
Empty Sac Syndrome                                          477F
Pregnancy, SUSPECTED, NO EVIDENCE OF ACTIVITY              2530

FPD-AZ-03056-0086

**MEMORIAL MISSION HOSPITAL**
ASHEVILLE, N. C.

OTHER AGEN

Account Number: 521482-2                                           521431

| PATIENT LAST NAME | FIRST NAME | MIDDLE NAME | MAIDEN NAME |
|---|---|---|---|
| MITCHELL | BOBBI | JO | ERWIN |

RXBX   P O BOX 659       APT 22 A GOVT. COMPOUND
CHEROKEE                 NC              28719

DATE ADMITTED: 1-29-76     TIME ADMITTED: 4:10

| COUNTY OF RESIDENCE | COUNTY CODE | TELEPHONE NUMBER |
|---|---|---|
| JACKSON | 099 | 497 3451 |

2-7-76           37.00        25

N WATTS   I.P.W.   247   10

| AGE | BIRTHDATE | BIRTHPLACE | SOCIAL SECURITY NUMBER |
|---|---|---|---|
| 34Y | 1-5-42 | CAMBRIDGE KANSAS | 384 38 8562 |

DIAG WORK UP

| SEX | RACE | MARITAL STATUS | SCHOOL'S INITIALS | BLUE CROSS | VETERAN | VOLUNTARY |
|---|---|---|---|---|---|---|
| F | O | M | G C M | X | X | NONE |

XX OUTPATIENT   EMERGENCY

| RESPONSIBLE PARTY FIRST NAME | MIDDLE NAME | LAST NAME | RELATION TO PATIENT |
|---|---|---|---|
| GEORGE | CHARLIE | MITCHELL | HUSB |

DATE OF RESERVATION: 12-17         PATIENT PREADMITTED  1 yes  X no  /FDL

P O BOX 639

INSURANCE INFORMATION
PATIENT: NONE

CHEROKEE       NC       28719       OTHER:
497 3451

OWN XX   OTHER                                    VERIFIED BY TT

EMPLOYER: BUREAU OF INDIAN AFFAIRS   CHEROKEE NC

DENOMINATION AND CHURCH: NONE

OCCUPATION: TEACHER SUPV   HAS BEEN W/ BUREAU 18 YEARS   5MO   525 62 9411

IN AN EMERGENCY NOTIFY: GEORGE MITCHELL   RELATION TO PATIENT: HUSB

NAME OF SPOUSE: BOBBI JO ERWIN MITCHELL   EMPLOYER: BUREAU OF IND AFFAIRS

ADDRESS: SAME AS PT

ADDRESS OF EMPLOYER: CHEROKEE NC   OCCUPATION: TEACHER   HOW LONG: 5MO

DAY TELEPHONE: 497 3451   EVENING TELEPHONE: SAME   CONSENT MINOR: XX yes  no

SERVICE:

COMPLETE FOR MEDICAL STATISTICS AND INSURANCE

PRIMARY DIAGNOSIS  1. Acromegaly, probably secondary to chromophobe adenoma
of the pituitary.
2. Severe chronic anxiety

SECONDARY DIAGNOSIS 3. Exogenous obesity

H-ICDA
253.0
226.2
310.0
277.0

COMPLICATIONS

PRIMARY SURGERY

Three vessel cerebral arteriogram. (2-2-76 JRS)          99.0
Pneumoencephalogram. (2-4-76 JRS)                        95.0

SECONDARY SURGERY

HOSPITAL INFECTIONS
C.C.U.
I.C.U.
AMBULATORY

DISCHARGE STATUS   ALIVE   OTHER   DEAD   DEAD   AUTOPSY   DIAGNOSIS ONLY

N Watts                                          2-23-76

PATIENT CHART

FPD-AZ-03056-0105

| NURSE'S NAME: O. Heaty | SECTION BELOW FOR USE BY X-RAY DEPARTMENT ONLY | IMPRINT IN THIS AREA ONLY |
|---|---|---|
| REFERRING PHYSICIAN: S.E.Watts | CODE: 101 | MITCHELL ROBBT JO E20/1 |
| PATIENT CAN STAND ☐ / ☑CANNOT STAND ☐ | TECHNICIAN: | SCN 28 36192 |
| WHEEL CHAIR ☑ STRETCHER ☐ BEDSIDE ☐ | NO. 24797 | 34Y FON |
| XRAY EXAMINATION | DATE 2-4-76 | 1-29-76 WATTS E 321481 |
| Pneumaencephalogram and CSF. | PNEUMO | 321482-7 |
| 2.4.76 | | PB EX 130 AMT 27A GOV.T COMP |
| | | Memorial Mission Hospital, Asheville, N.C. |

XRAY REPORT

XRAY ROOM NO. _____1_____

| VIEW | CM | MA | KV | TIME | | VIEW | CM | MA | KV | TIME | | VIEW | CM | MA | KV | TIME | | VIEW | CM | MA | KV | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |

24797

PNEUMOENCEPHALOGRAM: With the patient in the sitting position, a lumbar puncture was performed without difficulty at the L3-4 interspace with a No. 20 gauge needle. Clear colorless CSF was obtained and specimens were sent to the lab. Opening pressure to the level of the foramen magnum was noted. A total of 40 cc's of air was introduced and 7 cc's of aliquots into the subarachnoid space with appropriate withdrawal of approximately ½ this volume of cerebral spinal fluid. The study demonstrated good filling of the ventricular system and the arachnoid cisterns. The ventricles appeared to be of normal size without evidence of idsplacement. The aqueduct and 4th ventricle were seen and normal in size and shape. There was good filling of the basilar cisterns and of the interpeduncular cisterns without evidence of suprasellar extension of tumor. A small amount of cortical air was present without significant atrophy noted.

IMPRESSION: Unremarkable pneumoencephalogram without evidence of tumor extension from the sella turcica.

t -24

J.R. STEINFELD, M.D.

FPD-AZ-03056-0106





## HIGH DESERT MEDICAL GROUP ☙ HERITAGE HEALTH CARE

### CERTIFICATION

I, the undersigned, being the Custodian of Records for HIGH DESERT MEDICAL GROUP and HERITAGE HEALTH CARE, certify that all the records described and called for in the attached___authorization_____were reproduced in the medical records department under my direction and control.

Certification is hereby given that all records described below and attached hereto are true and complete reproductions of the original records so documented, and

Certification is hereby given that the attached copies are of the best quality that can be obtained from the original and/or microfiched medical record, when reproduced by the medical records personnel.

Medical Records of: *Bobbi jo Erwin Mitchell*

Treatment Date(s): *Any & all Records*

*[signature]*

Clara A. Hauke, R.H.I.T.
Director, Medical Records Dept.

*4/9/09*
Date

43839 N. 15ᵀᴴ St. West • P.O. Box 7007 • Lancaster, CA 93539 • (661) 726-3800

**EX 52 - 622**

# PATIENT CUMULATIVE REPORT
ANTELOPE VALLEY HOSPITAL
1600 WEST AVENUE J, LANCASTER, CALIFORNIA 93534  (661) 949-5600
HARRY C. PAPPAS, M.D. MEDICAL DIRECTOR OF THE LABORATORY
G.I. VARAPRASATHAN, M.D.  PATHOLOGIST

Patient Name: **MITCHELL, Bobbi J**
Physician:  **AHMED, JAVEED**
Patient Age:  59Y Sex:  **F**
Patient Number: 110120920

Diagnosis: RA
Consulting Physician: *******A COPY OF THIS REPORT WAS SENT TO: *******
GREIF, RUSSEL, , 1672 W. AVE J  SUITE 105, Lancaster, CA, 93534
DULGEROFF, ANTHONY, , 1669 WEST AVE J, Lancaster, CA, 93534

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* HEMATOLOGY \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| REFERENCE RANGE | UNITS | | 05/01 18:10 | |
|---|---|---|---|---|
| 4.2-10.2 | x10^9/L | WBC | 5.8 | |
| 4.0-5.6 | x10^12/L | RBC | 4.35 | |
| 12.7-16.3 | g/dL | HGB | **12.4** | L |
| 37.0-48.0 | % | HCT | **36.7** | L |
| 81.0-97.0 | fl | MCV | 84.5 | |
| 27.0-32.0 | PG | MCH | 28.6 | |
| 32.0-36.0 | g/dL | MCHC | 33.8 | |
| 11.0-14.2 | % | RDW | **14.9** | H |
| 130-400 | x10^9/L | PLT | 183 | |
| 6.8-9.6 | fl | MPV | 8.6 | |
| 43.0-75.4 | % | NEUT % | 55.4 | |
| 16.4-46.8 | % | LYMPH % | 29.8 | |
| 3.5-13.1 | % | MONO % | 11.9 | |
| 0.0-7.0 | % | EO % | 2.3 | |
| 0.0-1.6 | % | BASO % | 0.6 | |
| 1.6-5.2 | x10^9/L | NEUT # | 3.2 | |
| 1.2-3.2 | x10^9/L | LYMPH # | 1.7 | |
| 0.2-1.0 | x10^9/L | MONO # | 0.7 | |
| 0.0-0.5 | x10^9/L | EO # | 0.1 | |
| 0.0-0.3 | x10^9/L | BASO # | 0.0 | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* HEMATOLOGY MISC. \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| Collection Date | REFERENCE RANGE | UNITS | | Result |
|---|---|---|---|---|
| 05/01/2001 18:10 | 0-20 | mm/HR | SED RATE - WIN | 50 H |

Admit Date:       05/01/2001
Discharge Date:  05/01/2001
Date Printed:     05/01/2001 21:00

Patient Name:  **MITCHELL, Bobbi J**
Location:        OPR
                 DISCH (OUTPATIE
Medical Record Number:  **777196**
Page Number: 2

EX 52 - 623

J

PATIENT NAME: MITCHELL, B BI J
DOB: 05-JAN-1942 AGE: 58    SEX: F
PATIENT ID : 166752

PHYSICIAN    : DULGEROFF, ANTHONY J

ACCESSION   : 7027675-6
REQUISITION: 01975310-7

COLLECTED   : None Given
RECEIVED    : 05-DEC-00
REPORTED    : 06-DEC-00

5601 Oberlin Dr
San Diego, L. 92121
858-455-1221   800-859-6046
#05-8023
ZZZ580237

**LabCorp**®

60824-5

HDMG - INTERNAL MEDICINE
1669 W. AVE J
ATTN: LAB
LANCASTER, CA 93534

ROUTE:25179-021

TESTING PERFORMED AT THE ABOVE ADDRESS UNLESS NOTED OTHERWISE
San Diego Laboratory Medical Director : Dennis M. Frisman, M.D.

COMMENTS  : HM-661-942-1710

TEST REQUEST: CORTISOL, FREE URINE.

| TEST NAME | RESULT | UNITS | REF-RANGE | PLAB |
|-----------|--------|-------|-----------|------|

***** CORTISOL, FREE URINE *****
Cortisol (Ur), Free              16      mcg/L                         BN
    Not Established
Cortisol (Ur), Free                      mcg/24 hr    <105
    No total volume submitted.
    Unable to calculate 24
    hour result.

PERFORMING LABS LEGEND :

    BN   LABCORP BURLINGTON
         1447 YORK COURT
         BURLINGTON, NC 272152230
         Med. Dir.: FRANK HANCOCK MD

PAGE 1  FINAL REPORT  MITCHELL, BOBBI J  7027675-6  06-DEC-2000  1:28 PM8

REPORT          ©2000 Laboratory Corporation of America® Holdings
All Rights Reserved

EX 52 - 624

PATIENT NAME: MITCHELL,BOBBI J
DOB: 05-JAN-1942 AGE: 58    SEX: F
PATIENT ID  : 166752

PHYSICIAN   : DULGEROFF,ANTHONY J

ACCESSION   : 6958007-1
REQUISITION: 61975309-6

COLLECTED   : 17-NOV-00   4:50 N
RECEIVED    : 18-NOV-00
REPORTED    : 19-NOV-00    NON-FASTING
                          ROUTE:25179-001

5601 Oberl  Dr
San Diego, CA 92121
858-455-1221    888-877-4326
#05-8023
ZZZ580237

60824-5

HDMG - INTERNAL MEDICINE
1669 W. AVE J
ATTN: LAB
LANCASTER, CA 93534

**LabCorp®**

TESTING PERFORMED AT THE ABOVE ADDRESS UNLESS NOTED OTHERWISE
San Diego Laboratory Medical Director : Dennis M. Frisman, M.D.

TEST REQUEST: VENIPUNCTURE, TSH,HIGH SENSITIVITY, SERUM,
              THYROXINE, FREE, DIRECT, SERUM,
              TRIIODOTHYRONINE, FREE, SERUM.

| TEST NAME | RESULT | UNITS | REF RANGE | FLAB |
|---|---|---|---|---|
| ***** THYROID ***** | | | | |
| TSH | 1.05 | uIU/mL | 0.35-5.50 | |
| ***** THYROXINE; FREE, DIRECT, SERUM ***** | | | | |
| FREE THYROXINE(FT4) | 1.21 | ng/dL | 0.70-1.53 | |
| ***** TRIIODOTHYRONINE, FREE, SERUM ***** | | | | |
| T3, Free | 2.1 LOW | pg/mL | 2.3-4.2 | BN |

PERFORMING LABS LEGEND

BN  LABCORP BURLINGTON
    1447 YORK COURT
    BURLINGTON, NC 27215-2230
    Med. Dir: FRANK  HANCOCK MD

PAGE 1   FINAL REPORT  MITCHELL,BOBBI J  6958007-1   20-NOV-2000   3:04 AM

**REPORT**

©2000 Laboratory Corporation of America® Holding
All Rights Reserved

EX 52 - 625

# PROGRESS NOTES

**ANTHONY J. DULGEROFF, M.D.**

APPT TIME_____

ARRVL TIME_____

EXAM ROOM __(3)__

PROV IN RM_____

DISCH TIME_____

DATE __4/30/01__

AGE __59__

HT. __5'5__, WT. __294__

BP __179/81__ P __82__

R __18__ T __98.0__

LMP __Sept.__

LAST PAP __99__

LAST MAMMO __99__

TETANUS __95__

PNEUMOVAX __94__

INFLUENZA· __11/00__

MMR __illness__

ALLERGIES __NKA__

SMOKING HX __Non__

DURATION_____

AMOUNT_____

COUNSELLED TO DC

YES    NO

MEDS. __See POS__

_63127729-0_

SEAT BELT

(YES)    NO

DIABETES FOOT EXAM

YES    NO

DIABETIC RETINAL EXAM

YES    NO

HGBA1C_____

YES    NO

MITCHELL ,BOBBI J MRN:166752
DOB: 01/05/42 SEX: F PCP: 12 DULGEROFF MD
44246 20TH ST EAST APT 3
LANCASTER ,CA 93535
951-7293 HM:     WK:661 264 1111 DOS:04/30/01
1: 200 BLUE CROSS XDB384388562 :
2: :

Pt Routine Checkup

Recheckup 154/82

HDMG-258 Rev. 5/98

## PROGRESS NOTES

ANTHONY J. DULGEROFF, M.D.

| APPT TIME | |
| --- | --- |
| ARRVL TIME | |
| EXAM ROOM (15) | |
| PROV IN RM | |
| DISCH TIME | |
| DATE 1/10/01 | |
| AGE 58 | |
| HT. 5'5, WT. 393 | |
| BP 184/78 P 88 | |
| R. 18 T 98.5 | |
| LMP Hypt. | |
| LAST PAP 99 | |
| LAST MAMMO 99 | |
| TETANUS 95 | |
| PNEUMOVAX 94 | |
| INFLUENZA 11/00 | |
| MMR illness | |
| ALLERGIES NKA | |
| | |
| SMOKING HX Non | |
| DURATION | |
| AMOUNT | |
| COUNSELLED TO DC | |
| YES NO | |
| MEDS. Xanax, Miacalcin | |
| Prilosec, Cytomel | |
| Actos, Synthroid | |
| Glucotrol, Claritin | |
| Prempro, Cardizem | |
| Lasix, Ataican | |
| SEAT BELT Rocaltrol Arava | |
| YES NO Relafen, Tums | |
| DIABETES FOOT EXAM | |
| YES NO | |
| DIABETIC RETINAL EXAM | |
| YES NO | |
| HGBA1C | |
| YES NO | |

MITCHELL ,BOBBI J MRN:166752
DOB: 01/05/42 SEX: F PCP: 12 DULGEROFF
44246 20TH ST EAST APT 3
LANCASTER ,CA 93535
HM:    000 0000 WK:661 264 1111 DOS:01/
1: 200 BLUE CROSS XDB384388562 :
2: :

Pt. flu visit

HDMG-258 Rev. 5/98

ANTHONY S. DULGEROFF, M.D.

**PROGRESS NOTES**

MITCHELL        , BOBBI        166752

APPT TIME_____

ARRVL TIME_____

EXAM ROOM __(16)__

PROV IN RM_____

DISCH TIME_____

DATE __11-17-00__    New pt. B.S. 149, to establish

AGE __58__

HI. 5'5 WT. _285_

BP _164/78_ P _82_

R _18_ T _97.8_

LMP _Hyst_

LAST PAP _99_

LAST MAMMO _99_

TETANUS _95_

PNEUMOVAX _94_

INFLUENZA _11/00_ _99_

MMR _illness_

ALLERGIES _NKA_

SMOKING HX _Non_

DURATION

AMOUNT

COUNSELLED TO DC

YES      NO

MEDS. _Xanax .25mg PRN_

_Prilosec 20mg ÷ gd_

_Actos 45mg ÷ gd_

_Glucotrol 15mg gd_

_Prempro ÷ gd_

_Lasix 40mg ÷ gd_

SEAT BELT

(YES)    NO _Rocaltrol .25 ÷ gd_

DIABETES FOOT EXAM

YES    NO _Synthroid 0.2mg ÷ gd_

DIABETIC RETINAL EXAM _Claritin 10mg ÷ gd_

YES    NO _Atacand 32mg ÷ gd_

HGBA1C _Cardizem 120mg CD ÷ gd_

YES    NO _Arava 20mg ÷ gd_

_Miacalcin Nasal Spray_

HDMG-258 Rev. 5/98    _Timolol gd_