*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

Employment Records of Bobbi Jo Mitchell

53.   Personnel Records from Dos Palos Unified School District, Dos Palos, California, School District, 1996-1998

DOS PALOS ORO LOMA UNIFIED SCHOOL DISTRICT

**CERTIFICATED PERSONNEL**

**PROFESSIONAL GROWTH RECORD**

Teacher's Name _Bobbi Jo ERWIN - MITCHELL_

BA - FRESNO PACIFIC

MA - No. ARIZ UNIV.

Ed.D. - No. ARIZ. UNIV.

| Course Number | Description of Course | Units Earned | Grade Received | Place where Course was taken | Semester | Year | Date Information Recorded | Total Units |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Total Units Pd.

EX 53 - 629

PAGE: 1
DATE: 07/23/90

NAME: MITCHELL, BOBBI J          ID: 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 (CONT)



NORTHERN ARIZONA UNIVERSITY
FLAGSTAFF, ARIZONA 86011

| COURSE | TITLE | HOURS GRADE | COURSE | TITLE | HOURS GRADE |
|---|---|---|---|---|---|

FALL 1984
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN  3.0 NET   0.0 PTS     0.0

SPRING 1985
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN  3.0 NET   0.0 PTS     0.0

SUMMER-1ST 5 WEEKS 1985
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN  3.0 NET   0.0 PTS     0.0

SUMMER-2ND 5 WEEKS 1985
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN  3.0 NET   0.0 PTS     0.0

SPRING 1986
ESE 550 EDUC LRNG DISABLED                    3.0 A
SEM GPA  4.00 EARN  3.0 NET   3.0 PTS    12.0

FALL 1986
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN  3.0 NET   0.0 PTS     0.0

SPRING 1987
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN  3.0 NET   0.0 PTS     0.0

FALL 1987
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN  3.0 NET   0.0 PTS     0.0

SPRING 1988
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN  3.0 NET   0.0 PTS     0.0

FALL 1988
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN  3.0 NET   0.0 PTS     0.0

SPRING 1989
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN  3.0 NET   0.0 PTS     0.0

FALL 1989
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN  3.0 NET   0.0 PTS     0.0

CUM GPA  3.86 EARN 109.0 NET  63.0 PTS  243.0

DOCTOR OF EDUCATION                         12/15/89
EDUCATIONAL ADMINISTRATION

————————————END OF ACADEMIC RECORD————————————

GRADING SYSTEM: A - EXCELLENT; B - GOOD; C - AVERAGE; D - PASSING; F - FAILURE; P - PASSING; I - INCOMPLETE; W - WITHDRAWAL; AU - AUDIT; IP - RESEARCH IN PROGRESS;
NOTE: (*) Classes repeated or deleted under University policy; (X) Classes so designated do not earn hours toward graduation; (WI) WRITING INTENSIVE.
Northern Arizona University vigorously pursues Affirmative Actions and Equal Opportunity in its employment, recruitment, activities and programs.
Under the provisions of the Family Rights and Privacy Act, this document may not be released to a third party without written consent of the student.

EX 53 - 630

| 384 38 8562 | MITCHELL, MRS. | BOBBI | Jo | | STUDENT STATUS |
|---|---|---|---|---|---|
| SOCIAL SECURITY NUMBER | NAME     Last | | First | Middle or Maiden | JUN 5 1978 |

| Box 305 | LUKACHUKAI, | AZ | 86503 | 1/5/42 | CAMBRIDGE, KS | GRAD SPECIAL |
|---|---|---|---|---|---|---|
| ADDRESS     Street | City | State | Zip Code | Birthdate | Place of Birth | 8-9-77 |

GRAD REGULAR

| PARENT OR GUARDIAN NAME | ADDRESS     Street | City | State | Zip Code |
|---|---|---|---|---|

| GED NAU | FLAGSTAFF, | AZ | 1964 | | 5 | J | 7 |
|---|---|---|---|---|---|---|---|
| HIGH SCHOOL | City | State | Date graduated | Rank In Graduating Class | | | |

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 MITCHELL BOBBI J     PRE-SESS 78

| DEPT | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| ESE | 380 | INTRO EDUC EXCEPTIONAL CHILD | *3.0 | B |

| SGPA | 0.000 | SEM.PTS | 0.0 SEM.CR.HRS | 0.0 |
| CGPA | 0.000 | CUM.PTS | 0.0 CUM.CR.HRS. | 0.0 |

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 MITCHELL BOBBI J     SUMMER I 78

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM HRS. | GRADE |
|---|---|---|---|---|
| ESE | 655 | ADV ASSESS REMED LEARN PROB | 3.0 | B |
| ESE | 654 | EDUC EMOTIONALLY DISTURBED | 3.0 | A |

| SGPA | 3.500 | SEM.PTS | 21.0 SEM.CR.HRS | 6.0 |
| CGPA | 3.500 | CUM.PTS | 21.0 CUM.CR.HRS. | 6.0 |

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 MITCHELL BOBBI J     SUMMER II 78

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM HRS. | GRADE |
|---|---|---|---|---|
| FFD | 610 | INTRODUCTION TO RESEARCH | 3.0 | A |
| ESE | 650 | METH MAT SPECIAL EDUC | 3.0 | B |
| HPR | 171 | SWIMMING | *1.0 | 9 |

*Undergraduate credit

| SGPA | 3.588 | SEM.PTS | 21.0 SEM.CR.HRS | 16.0 |
| CGPA | 3.588 | CUM.PTS | 42.0 CUM.CR.HRS. | 12.0 |

FALL 1978

OFFICIAL WITHDRAWAL     10/ 23 / 1978

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 MITCHELL BOBBI J     SPRING 79

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM HRS. | GRADE |
|---|---|---|---|---|
| EAD | 721 | TECH ADMIN LEADERSHIP | 3.0 | A |
| EAD | 725 | SUPERVISION OF INSTRUCTION | 3.0 | A |
| EFD | 685 | GRADUATE RESEARCH | 3.0 | A |
| ESE | 650 | METH MAT SPECIAL EDUC | 3.0 | A |

ACADEMIC HONORS - DEANS LIST

| SGPA | 4.000 | SEM.PTS | 36.0 SEM.CR.HRS | 12.0 |
| CGPA | 3.714 | CUM.PTS | 78.0 CUM.CR.HRS. | 24.0 |

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 MITCHELL BOBBI J     SUMMER I 79

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| EAD | 690 | PRINCIPLE EDUC ADMIN | 3.0 | A |
| EAD | 730 | ARIZONA SCHOOL LAWS | 3.0 | A |

| SGPA | 4.000 | SEM.PTS | 24.0 SEM.CR.HRS | 6.0 |
| CGPA | 3.777 | CUM.PTS | 102.0 CUM.CR.HRS. | 30.0 |

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 MITCHELL BOBBI J     SUMMER II 79

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| EAD | 735 | SCHOOL FINANCE | 3.0 | A |
| EFD | 630 | SCHOOL LAW FOR TEACHERS | 3.0 | A |

| SGPA | 4.000 | SEM.PTS | 24.0 SEM.CR.HRS | 6.0 |
| CGPA | 3.818 | CUM.PTS | 126.0 CUM.CR.HRS. | 36.0 |

August 11, 1979:     Granted Master of Arts in
                     Education Degree
          Major:     Educational Administration

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 MITCHELL BOBBI J     FALL 79

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| MAT | 107 | INTRODUCTION TO ALGEBRA | 2.0 | B |
| EAD | 715 | THEORY EDUC ADMIN | 3.0 | A |
| EAD | 720 | DIR READINGS ADMIN SUPER | 3.0 | A |
| EAD | 727 | ELEMENTARY SCHOOL ADMIN | 3.0 | A |

| SGPA | 4.000 | SEM.PTS. | 24.0 SEM.CR.HRS. | 8.0 |
| CGPA | 4.000 | CUM.PTS. | 24.0 CUM.CR.HRS. | 8.0 |

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 MITCHELL BOBBI J     SPRING 80

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM HRS. | GRADE |
|---|---|---|---|---|
| EAD | 608 | FIELD WORK EXPERIENCE | 9.0 | A |
| ECI | 675 | PRINCIPLES CURR CONSTRUCTIO | 3.0 | 7 |

| SGPA | 0.000 | SEM.PTS | 0.0 SEM.CR.HRS | 9.0 |
| CGPA | 4.000 | CUM.PTS | 24.0 CUM.CR.HRS. | 17.0 |

STUDENT STATUS

| CIAL SECURITY NUMBER | NAME | Last | First | Middle or Maidun |
|---|---|---|---|---|

**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 MITCHELL BOBBI J          SPRING 80**

| DEPT | NUMBER | DESCRIPTIVE TITLE | SEM. HRS | GRADE |
|---|---|---|---|---|
| ECI | 675 | PRINCIPLES CURR CONSTRUGEE 280 | 3.0 | A |

| SGPA 4.000 | SEM.PTS. 12.0 SEM.CR.HRS. | 3.0 |
| CGPA 4.000 | CUM.PTS. 38.0 CUM.CR.HRS. | 20.0 |

**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 MITCHELL BOBBI J          FALL 1980**

| DEPT | NUMBER | DESCRIPTIVE TITLE | SEM. HRS | GRADE |
|---|---|---|---|---|
| BME | 634 | TEST AND EVAL OF MINOR OF SW | 3.0 | A |
| EAD | 746 | INTERNSHIP | 3.0 | 06 |
| EFD | 712 | PSYCHOLOGICAL FOUND EDUC | 3.0 | A |
| PS | 499 | CONTEMPORARY DEVELOPMENTS | 3.0 | A |

ACADEMIC HONORS - DEANS LIST

| SGPA 4.000 | SEM.PTS 36.0 SEM.CR.HRS | 12.0 |
| CGPA 4.000 | CUM.PTS 72.0 CUM.CR.HRS. | 32.0 |

**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 MITCHELL BOBBI J          SPRING 81**

| DEPT | NUMBER | DESCRIPTIVE TITLE | SEM. HRS | GRADE |
|---|---|---|---|---|
| EAD | 725 | LEGAL ASPECT SCHOOL ADMIN | 3.0 | A |
| EAD | 732 | DATA PROCESS SCHOOL ADMIN | 3.0 | 07 |
| EAD | 731 | BUDGET CONTROL | 3.0 | A |
| EFD | 672 | COMPARATIVE EDUCATION | 3.0 | A |

| SGPA 4.000 | SEM.PTS 36.0 SEM.CR.HRS | 9.0 |
| CGPA 4.000 | CUM.PTS 108.0 CUM.CR.HRS. | 41.0 |

**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 MITCHELL BOBBI J          SUMMER I 81**

| DEPT | NUMBER | DESCRIPTIVE TITLE | SEM. HRS | GRADE |
|---|---|---|---|---|
| CC | 580 | THE COMMUNITY COLLEGE | 3.0 | A |
| PSY | 525 | INTRODUCTORY STATISTICS | 3.0 | 07 |

| SGPA 4.000 | SEM.PTS 12.0 SEM.CR.HRS | 3.0 |
| CGPA 4.000 | CUM.PTS 120.0 CUM.CR.HRS. | 44.0 |

**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 MITCHELL BOBBI J          SUMMER II 81**

| DEPT | NUMBER | DESCRIPTIVE TITLE | SEM. HRS | GRADE |
|---|---|---|---|---|
| MAT | 270 | APPLIED STATISTICS | 3.0 | 04 |
| PSY | 625 | INTERMEDIATE STATISTICS | 3.0 | 09 |

| SGPA 0.000 | SEM.PTS 0.0 SEM.CR.HRS | 0.0 |
| CGPA 4.000 | CUM.PTS 120.0 CUM.CR.HRS. | 44.0 |

**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 MITCHELL BOBBI J          SPRING 81**

| DEPT | NUMBER | DESCRIPTIVE TITLE | SEM. HRS | GRADE |
|---|---|---|---|---|
| EAD | 732 | DATA PROCESS SCHOOL ADMSEE 281 | 3.0 | A |

| SGPA 4.000 | SEM.PTS. 12.0 SEM.CR.HRS | 3.0 |
| CGPA 4.000 | CUM.PTS. 132.0 CUM.CR.HRS. | 47.0 |

**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 MITCHELL BOBBI J          PRE-SESS 81**

| DEPT | NUMBER | DESCRIPTIVE TITLE | SEM. HRS | GRADE |
|---|---|---|---|---|
| PSY | 625 | INTRODUCTORY STATISTICSSEE 281 | 3.0 | A |

| SGPA 4.000 | SEM.PTS. 12.0 SEM.CR.HRS | 3.0 |
| CGPA 4.000 | CUM.PTS. 144.0 CUM.CR.HRS. | 50.0 |

**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 MITCHELL BOBBI J          FALL 81**

| DEPT | NUMBER | DESCRIPTIVE TITLE | SEM. HRS | GRADE |
|---|---|---|---|---|
| EFD | 620 | RESEARCH DESIGN | 3.0 | 07 |
| EFD | 673 | INTERNATIONAL EDUCATION | 3.0 | A |
| EFD | 798 | DISSERTATION SEMINAR | 3.0 | 06 |
| PSY | 625 | INTERMEDIATE STATISTICS | 3.0 | B |

| SGPA 3.500 | SEM.PTS 21.0 SEM.CR.HRS | 9.0 |
| CGPA 3.928 | CUM.PTS 165.0 CUM.CR.HRS. | 59.0 |

**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 MITCHELL, BOBBI          INC & WIP FINAL. FALL 81**

| DEPT | NUMBER | DESCRIPTIVE TITLE | SEM. HRS | GRADE |
|---|---|---|---|---|
| EAD | 720 | DIR READINGS ADM SUPERV   SEE1/79 | 3.0 | 06 |
| EFD | 620 | RESEARCH DESIGN   SEE1/81 | 3.0 | A |

| SCPA 4.000 | SEM.PTS. 12.0 SEM.CR.HRS. | 6.0 |
| CGPA 3.944 | CUM.PTS. 213.0 CUM.CR.HRS. | 65.0 |

CONTINUED ON

NORTHERN ARIZONA UNIVERSITY FLAGSTAFF, ARIZONA

EX 53 - 632

| SCIAL SECURITY NO. | NAME (LAST) | (FIRST) | (MIDDLE OR MAIDEN) | STUDENT STATUS |
|---|---|---|---|---|
| 384 38 8562 | MITCHELL, MRS. | BOBBY JO | | |

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  MITCHELL BOBBI J                    SPRING 82

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS | GRADE |
|---|---|---|---|---|
| EAD | 738 | SCHOOL BUILDING PROBLEMS | 3.0 | B |
| EAD | 799 | DISSERTATION | 6.0 | 10 |
| EAD | 799 | DISSERTATION | 3.0 | 10 |
| HPR | 171 | SWIM FITNESS | 1.0 | 08 |

| SGPA | 3.000 | SEM.PTS | 9.0 | SEM.CR.HRS | 3.0 |
|---|---|---|---|---|---|
| CGPA | 3.894 | CUM.PTS | 222.0 | CUM.CR.HRS. | 68.0 |

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  MITCHELL BOBBI J                    SUMMER I 82

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| EAD | 799 | DISSERTATION | 2.0 | 06 |
| EPS | 797 | COMPUTER STATISTICS | 3.0 | 07 |

| SGPA | 0.000 | SEM.PTS | 0.0 | SEM.CR.HRS | 2.0 |
|---|---|---|---|---|---|
| CGPA | 3.894 | CUM.PTS | 222.0 | CUM.CR.HRS. | 70.0 |

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  MITCHELL, BOBBI      WIP FINAL.    SPRING 1983

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| EPS | 797 | COMPUTER STATISTICS       SEE 382 | 3.0 | B |

| SGPA | 3.000 | SEM.PTS. | 9.0 | SEM.CR.HRS. | 3.0 |
|---|---|---|---|---|---|
| CGPA | 3.850 | CUM.PTS. | 231.0 | CUM.CR.HRS. | 73.0 |

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  MITCHELL BOBBI J                    SUMMER II 84

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| EAD | 799 | DISSERTATION | 3.0 | 10 |

| SGPA | 0.000 | SEM.PTS | 0.0 | SEM.CR.HRS | 0.0 |
|---|---|---|---|---|---|
| CGPA | 3.850 | CUM.PTS | 231.0 | CUM.CR.HRS. | 73.0 |

*THE WORD COPY APPEARS IF COLOR COPIED

EX 53 - 633

| STUDENT ID NO. | NAME - LAST | FIRST | MIDDLE | MAIDEN (IF MARRIED) | SEX |
|---|---|---|---|---|---|
| | MITCHELL, | Bobbi | Jo | | F |

Mr. & Mrs. Jessie C. Erwin
NAME OF PARENT OR GUARDIAN

Cambridge, Kansas    1-5-42
PLACE AND DATE OF BIRTH

PERMANENT RECORD

| DEPT. | COURSE NUMBER | COURSE TITLE | UNITS ATTEMP | UNITS ALL'WD | GRADE | GRADE POINTS |
|---|---|---|---|---|---|---|
| | | **Fall 1970** | | | | |
| ang | 190 | Ind St-Navajo Language | | 4 | CR | |
| sy | 118 | Developmental Psych | 4 | 4 | B | 12 |
| sy | 128 | Group Dyn & Leadership | 5 | 5 | A | 20 |
| ib | 102 | Bib Lit: General Epistles | 4 | 4 | B | 12 |
| | | Term Total | 13 | 17 | | 44 |
| | | | | | | |
| | | **Winter 1971** | | | | |
| og | 116 | Political Geography | 4 | 4 | B | 12 |
| | 151 | Chr & Cont Thought | 4 | 4 | B | 12 |
| oc | 145 | Marriage & Family | | | *I | |
| ang | 190 | Ind St-Navajo Language | | 4 | CR | |
| sych | 152 | Abnormal Psychology | 4 | 4 | A | 16 |
| | | Term Total | 12 | 16 | | 40 |
| | | Cum Total | 25 | 33 | | 84 |
| | | | | | | |
| | *Incomplete made 6-11-71 | | | | | |
| oc | 145 | Marriage & Family | 4 | 4 | B | 12 |
| | | Adj Term Total | 16 | 20 | | 52 |
| | | Adj Cum Total | 29 | 37 | | 96 |
| | | | | | | |
| | | **Spring 1971** | | | | |
| | 63 | Man and Philosophy | 4 | 4 | C | 8 |
| sych | 105 *** | Educational Psychology | 4 | 4 | B | 12 |
| sych | 145 | Social Psychology | 4 | 4 | B | 12 |
| oc | 187 | Racial & Cultural Minorities | 4 | 4 | A | 16 |
| luc | 100 | Soc Found of Education | | | *I | |
| | 110 | Contemporary Issues | 1 | 1 | A | 4 |
| | | Term Total | 17 | 17 | | 52 |
| | | Cum Total | 46 | 54 | | 148 |
| | | | | | | |
| | | **Summer 1971** | | | | |
| sych | 175 | Psych Practicum | | | ** I | |
| | | Cum Total | 46 | 54 | | 148 |
| | *Incomplete Removed 8-30-71 | | | | | |
| luc | 100 | Soc Found of Education | 4 | 4 | A | 16 |
| | | Adj Cum Total | 50 | 58 | | 164 |
| | **Incomplete Removed 10-6-71 | | | | | |
| sych | 175 | Psych Practicum | 4 | 4 | A | 16 |
| | | Adj Cum Total | 54 | 62 | | 180 |
| | | Continued on page two | | | | |

Continued on page two

# PACIFIC COLLEGE OF FRESNO

### 1717 S. CHESTNUT AVE.
### FRESNO, CALIFORNIA 93702

Name Change To:
FRESNO PACIFIC COLLEGE
Effective September 9, 1977

HIGH SCHOOL:   GED Test

GRADUATION DATE:    1963

DEGREE

MAJOR

MINOR

GRADUATION DATE

TRANSCRIPTS...
IN A SEALED...
OFFICIAL

GRADING SYSTEM:

A — Excellent, 4 pts
B — Good, 3 pts
C — Satisfactory, 2 pts
D — Passing, 1 pt
F — Failure, 0 pts
FW— Withdrew failing, 0 pts

Grades not computed in GPA

P — Pass
V — Audit
I — Incomplete
W — Withdrew
CR — Credit
NC — No credit

UNIT OF CREDIT:   A quarter unit represents a 50-minute class period for one quarter of 11 weeks.
(Semester system prior to September 1969)

REQUIRED FOR GRADUATION: 186 quarter units, plus C average.

Date_____                    _____ Registrar

EX 53 - 634

| | | | | | MAIDEN (IF MARRIED) | SEX |
|STUDENT ID NO.|NAME - LAST|FIRST|MIDDLE| | | |

PERMANENT RECORD

r. & Mrs. Jessie C. Erwin — Cambridge, Kansas — 1-5-42

NAME OF PARENT OR GUARDIAN — PLACE AND DATE OF BIRTH

| Pt. | COURSE NUMBER | COURSE TITLE | UNITS ATTEMP | UNITS ALL'WD | GRADE | GRADE POINTS |
|---|---|---|---|---|---|---|
| | | Page 2 Cumulative totals continued | 54 | 62 | | 180 |
| | | | | | F | 7.1 |
| | | | | 1 | CR | |
| | | UPR DIST NAT PRO | 5 | 5 | A | 20 |
| | | INO ST SOC THEORY | 4 | 4 | B | 12 |
| | | MOD ENG GRAMMAR | 5 | 5 | C | 10 |
| | | PSYCH OF PERSON | 4 | 4 | A | 16 |
| | | SENIOR SEMINAR | 4 | 4 | B | 12 |
| | | TERM TOTAL | 22 | 23 | | 70 |
| | | CUM TOTAL | 76 | 85 | | 250 |

Arizona State University — — — — — — —
1965-1966
Credit Allowed        9    9        27

College of Sequoias — — — — — — —
1968-1970
Credit Allowed   102½  93½   328½

Fresno State College — — — — — — —
Summer 1969
Credit Allowed        9    9        22½

Fresno State College Extension —
Fall 1967
Credit Allowed       1½   1½        4½

Cum Total   198  198   632½

Completes Graduation Requirements
B.A. Degree – Behavioral Science Major – December 17, 1971

***Post-baccalaureate credit – see Page three

TRANSCRIPTS MUST BE DELIVERED
IN A SEALED ENVELOPE TO BE
OFFICIAL

# PACIFIC COLLEGE of FRESNO

1717 S. CHESTNUT AVE.
FRESNO, CALIFORNIA 93702

HIGH SCHOOL: GED Test

GRADUATION DATE: 1963

DEGREE   Bachelor of Arts

MAJOR   Behavioral Science
Name Change To:
FRESNO PACIFIC COLLEGE
Effective September 9, 1977

MINOR

GRADUATION DATE   December 17, 1971

GRADING SYSTEM:
A – Excellent, 4 pts
B – Good, 3 pts
C – Satisfactory, 2 pts
D – Passing, 1 pt
F – Failure, 0 pts
FW– Withdrew failing, 0 pts
Grades not computed in GPA
P – Pass
V – Audit
I – Incomplete
W – Withdrew
CR – Credit
NC – No credit
UNIT OF CREDIT: A quarter unit represents a 50-minute class period for one quarter of 11 weeks.
(Semester system prior to September 1969)

REQUIRED FOR GRADUATION: 186 quarter units, plus C average.

Date_____

Registrar

EX 53 - 635

| STUDENT ID NO. | NAME LAST | FIRST | MIDDLE | MAIDEN (IF MARRIED) | SEX |
|---|---|---|---|---|---|

Mr. & Mrs. Jessie C. Ervin
NAME OF PARENT OR GUARDIAN

Cambridge, Kansas    1-5-42
PLACE AND DATE OF BIRTH

**PERMANENT RECORD**

| TP. | COURSE NUMBER | COURSE TITLE | UNITS ATTEMP. | UNITS ALL'WD | GRADE | GRADE POINTS |
|---|---|---|---|---|---|---|
| | | Page three | | | | |
| | | POST-BACCALAUREATE STATUS | | | | |
| | | POST-BACCALAUREATE CREDIT ALLOWED FROM UNDERGRADUATE PROGRAM | | | | |
| ch | 105 | Educational Psychology | 4* | 4 | B | 12 |
| | 110 | Cont Issues | | 1 | CR | |
| c | 107 | Curr & Inst Mat & Proc | 5 | 5 | A | 20 |
| | | Credit Allowed | 9 | 10 | | 32 |
| 84 | 39 0562 | MITCHELL BOBBI | | | W | 72 |
| SY | 124 | STATISTICS | | | V | |
| SY | 174 | COUNSEL GUIDANCE | 4 | 4 | A | 16 |
| SOC | 175 | SOC PRACT TEACH | 2 | 2 | A | 8 |
| PEO | 159 | AFRICA | 4 | 4 | A | 16 |
| SOC | 108 | CURR INST MAT PRO | 5 | 5 | A | 20 |
| | | TERM TOTAL | 15 | 15 | | 60 |
| | | CUM TOTAL | 24 | 25 | | 92 |
| | | **Spring 1972** | | | | |
| | 175 | Field Experience | | | V | |
| c | 109 | Curr & Inst Mat & Proc | 4 | 4 | A | 16 |
| d | 132 | Directed Teaching | 10 | 10 | A | 40 |
| a | 133 | Direct Teaching Seminar | 2 | 2 | A | 8 |
| c | 199 | Prob Elem Teach | 4 | 4 | A | 16 |
| | | Term Total | 20 | 20 | | 80 |
| | | Cum Total | 44 | 45 | | 172 |

cludes Audio-Visual Aids

| | | **Summer 1972** | | | | |
|---|---|---|---|---|---|---|
| luc | 187 | Indian Cultural Heritage Study | 6 | 6 | A | 24 |
| | | Term Total | 6 | 6 | | 24 |
| | | Cum Total | 50 | 51 | | 196 |

**TRANSCRIPTS MUST BE DELIVERED IN A SEALED ENVELOPE TO BE OFFICIAL**

# PACIFIC COLLEGE of FRESNO

1717 S. CHESTNUT AVE.
FRESNO, CALIFORNIA 93702

HIGH SCHOOL: GED Test

GRADUATION DATE: 1963

DEGREE

MAJOR

Name Change To:
FRESNO PACIFIC COLLEGE
Effective September 9, 1977

MINOR

GRADUATION DATE

GRADING SYSTEM:

A — Excellent, 4 pts
B — Good, 3 pts
C — Satisfactory, 2 pts
D — Passing, 1 pt
F — Failure, 0 pts
FW— Withdrew failing, 0 pts

Grades not computed in GPA

P — Pass
V — Audit
I — Incomplete
W — Withdrew
CR — Credit
NC — No credit

1971-72 — High Honors

UNIT OF CREDIT: A quarter unit represents a 50-minute class period for one quarter of 11 weeks.
(Semester system prior to September 1969)

REQUIRED FOR GRADUATION: 186 quarter units, plus C average.

Date_____    Registrar

| STUDENT ID NO. | NAME — LAST | FIRST | MIDDLE | MAIDEN (IF MARRIED) | SEX | PERMANENT RECORD |
|---|---|---|---|---|---|---|

Cambridge, Kansas 1-5-42

PLACE AND DATE OF BIRTH      PARENT OR GUARDIAN

| PT. | COURSE NUMBER | COURSE TITLE | QUARTER SYSTEM | | | | SEMESTER SYSTEM | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | UNITS ATTEMP | UNITS ALL'WD | GRADE | GRADE POINTS | UNITS ATTEMP | UNITS ALL'WD | GRADE | GRADE POINTS |
| | | In-Service Education | | | | | | | | |
| Inc | 345 | **Spring 1975**<br>Innov in Teach Math | | | | | | 3 | CR | |

# PACIFIC COLLEGE
# OF FRESNO

1717 S. CHESTNUT AVE.
FRESNO, CALIFORNIA 93702

DEGREE

MAJOR

Name Change To:
FRESNO PACIFIC COLLEGE
MINOR    Effective September 9, 1977

GRADUATION DATE

GRADING SYSTEM:
A — Excellent, 4 pts.
B — Good, 3 pts.
C — Satisfactory, 2 pts.
D — Passing, 1 pt.
Grades not computed in GPA
CR — Credit
NC — No Credit
V — Audit
I — Incomplete
W — Withdrew

NUMBERING SYSTEM:
1 - 99 — Lower Division
100 - 199 — Upper Division
200 - 299 — Graduate
300 - 399 — In-Service Education

TRANSCRIPTS MUST BE DELIVERED
IN A SEALED ENVELOPE TO BE
OFFICIAL

Registrar

Date ____

EX 53 - 637

# Fresno Pacific College

**STUDENT PERMANENT RECORD**

1717 S. Chestnut Avenue
Fresno, CA 93702

10 Aug 1992          PROFESSIONAL DEV.

THE FACE OF THIS DOCUMENT HAS A COLORED INK BACKGROUND

Student Name **Bobbi Jo Mitchell**
S.S. No. **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**    Birth Date **05 Jan 1942**
I.D. No. **0012779**    Sex **Female**

| COURSE NO. | COURSE TITLE | GRADE | CREDITS CALCULATED | CREDITS COMPLETED | GRADE POINTS | TERM GPA | TOTAL GPA |
|---|---|---|---|---|---|---|---|
| | **Term of 89/SS** | | | | | | |
| ED311 .775 | TOTAL READING I | CR | 0.0 | 1.0 | 0.0 | | |
| | | | 0.0 | 1.0 | 0.0 | 0.000 | 0.000 |
| | **Term of 89/FA** | | | | | | |
| ED311 .776 | TOTAL READING WORKSHOP PART 2 | CR | 0.0 | 1.0 | 0.0 | | |
| | | | 0.0 | 1.0 | 0.0 | 0.000 | 0.000 |
| | **Term of 91/SS** | | | | | | |
| ED342 .270 | HILT OLE PROGRAM - LANGUAGE | CR | 0.0 | 6.0 | 0.0 | | |
| | | | 0.0 | 6.0 | 0.0 | 0.000 | 0.000 |

TOTALS   CRED.CALC = 0.00   CRED.CPT = 8.00   GRADE.PTS = 0.00   GPA = 0.000

**TRANSCRIPTS MUST BE DELIVERED IN A SEALED ENVELOPE TO BE OFFICIAL**



REGISTRAR

The Family Educational Rights and Privacy Act of 1974 prohibits the release of this information without the student's written consent. Public Law 93-380, S513

**TRANSCRIPT OFFICIAL ONLY WITH SIGNATURE AND COLLEGE SEAL**

EX 53 - 638

# Fresno Pacific College

1717 S. Chestnut Avenue
Fresno, CA 93702

0 Aug 1992 — GRADUATE

E FACE OF THIS DOCUMENT HAS A COLORED INK BACKGROUND

**STUDENT PERMANENT RECORD**

Student Name **Bobbi Jo Mitchell**
S.S. No. 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   Birth Date 05 Jan 194?
I.D. No. 0012779   Sex Female

| COURSE NO. | | COURSE TITLE | GRADE | CREDITS CALCULATED | CREDITS COMPLETED | GRADE POINTS | GPA TERM | GPA TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | **Term of 88/SP** | | | | | | |
| EDUC | 266 | CAREER VOCTNL GUIDANCE & EDUC | A | 3.0 | 3.0 | 12.0 | | |
| | | | | 3.0 | 3.0 | 12.0 | 4.000 | 4.000 |
| | | **Term of 88/SS** | | | | | | |
| EDUC | 269A | LAWS & REGULATIONS OF SPEC ED | A | 2.0 | 2.0 | 8.0 | | |
| EDUC | 269B | COORDINATION OF SPEC EDUC | A | 3.0 | 3.0 | 12.0 | | |
| | | | | 5.0 | 5.0 | 20.0 | 4.000 | 4.000 |
| | | **Term of 90/FA** | | | | | | |
| EDUC | 291B | FIELD EXPERIENCES | IP | 0.0 | 0.0 | 0.0 | | |
| | | | | 0.0 | 0.0 | 0.0 | 0.000 | 4.000 |
| | | **Term of 91/SP** | | | | | | |
| EDUC | 209B | COUNSELING THEORY & TECHNIQUES | A | 3.0 | 3.0 | 12.0 | | |
| EDUC | 210 | EDUCATION & CAREER PLANNING | A | 3.0 | 3.0 | 12.0 | | |
| | | | | 6.0 | 6.0 | 24.0 | 4.000 | 4.000 |
| | | **Term of 91/SS** | | | | | | |
| EDUC | 202F | CLINICAL INDV/GROUP INTERVENTN | A | 3.0 | 3.0 | 12.0 | | |
| EDUC | 291A | CASE STDY PRACT: GROUP PROCESS | CR | 0.0 | 3.0 | 0.0 | | |
| EDUC | 291B | FIELD EXPERIENCES | CR | 0.0 | 4.0 | 0.0 | | |
| | | | | 3.0 | 10.0 | 12.0 | 4.000 | 4.000 |
| | | **Term of 91/FA** | | | | | | |
| EDUC | 202 | SEMINAR IN SCHOOL PSYCHOLOGY | A | 4.0 | 4.0 | 16.0 | | |
| EDUC | 202A | ASSESSMENT I | IP | 0.0 | 0.0 | 0.0 | | |
| EDUC | 202G | NEUROPSYCHOLOGY OF LEARNING | A | 3.0 | 3.0 | 12.0 | | |
| | | | | 7.0 | 7.0 | 28.0 | 4.000 | 4.000 |
| | | **Term of 92/SP** | | | | | | |
| EDUC | 202A | ASSESSMENT I | CR | 0.0 | 4.0 | 0.0 | | |
| EDUC | 202B | SUPERVISED EXPERIENCE | IP | 0.0 | 0.0 | 0.0 | | |
| EDUC | 202D | ASSESSMENT II | CR | 0.0 | 4.0 | 0.0 | | |
| EDUC | 202H | EARLY INTERVEN/DEVEL. ASSESS | A | 4.0 | 4.0 | 16.0 | | |
| | | | | 4.0 | 12.0 | 16.0 | 4.000 | 4.000 |
| | | **Term of 92/SS** | | | | | | |
| EDUC | 202B | SUPERVISED EXPERIENCE | CR | 0.0 | 5.0 | 0.0 | | |
| EDUC | 202E | PSYCH OF PERSONLTY/PERS ASSESS | A | 4.0 | 4.0 | 16.0 | | |
| | | | | 4.0 | 9.0 | 16.0 | 4.000 | 4.000 |

TOTALS   CRED.CALC = 32.00   CRED.CPT = 52.00   GRADE.PTS = 128.00   GPA = 4.000

TRANSCRIPTS MUST BE DELIVERED
IN A SEALED ENVELOPE TO BE OFFICIAL

The Family Educational Rights and Privacy Act of 1974 prohibits the release of this information without the student's written consent. Public Law 93-380, S513

TRANSCRIPT OFFICIAL ONLY WITH SIGNATURE AND COLLEGE SEAL

EX 53 - 639

*College of the Sequoias*

PERMANENT RECORD

VISALIA CALIFORNIA

NAME  Mitchell, Bobbi Jo (Mrs.)        ADDRESS 12845 Lacey Blvd., Hanford, California

PARENT OR GUARDIAN                     ADDRESS

PLACE OF BIRTH  Cambridge, Kansas      DATE OF BIRTH 1/5/42   DATE ENTERED 9/3/68   WITHDREW

HIGH SCHOOL LAST ATTENDED              HIGH SCHOOL GRADUATION DATE        RE-ENTERED        WITHDREW

| COURSE AND NUMBER | UNITS ATTEMP. | UNITS PASS. | GRADE | GRADE POINTS | COURSE AND NUMBER | UNITS ATTEMP. | UNITS PASS. | GRADE | GRADE POINTS |
|---|---|---|---|---|---|---|---|---|---|
| ARIZONA STATE UNIVERSITY | | | | | COLLEGE OF THE SEQUOIAS | | | | |
| IE 490 Prob Tchr Ind Child* 1st Sem. 1965-66 | 3 | 3 | B | 9 | 80720    FALL    69 | | | | |
| | | | | | BIO 1B ANIMAL | 3.0 | 3.0 | B | 9.0 |
| IE 498 Prosem Ind Ed Nav C * FALL 1965 | 3 | 3 | B | 9 | MUS 21 BEG PIANO | 1.0 | 1.0 | B | 3.0 |
| Cumulative total | 0 | 0 | | 0 | HIST 8A AMERICAS | 3.0 | 3.0 | B | 9.0 |
| COLLEGE OF THE SEQUOIAS | | | | | ART 3 CRAFTS | 2.0 | 2.0 | A | 8.0 |
| | | | | | ECON 1A PRINCIPLES | 3.0 | 3.0 | C | 6.0 |
| 80720    FALL    68 | | | | | ART 1A HISTORY | 3.0 | 3.0 | A | 12.0 |
| ANTHRO 2 CULTURAL | 3.0 | 3.0 | A | 12.0 | SEMESTER | 15.0 | 15.0 | | 47.0 |
| BIO 1A PLANT | 3.0 | 3.0 | A | 12.0 | CUMULATIVE | 51.0 | 51.0 | | 164.0 |
| ENG 52 WRIT | 3.0 | 3.0 | B | 9.0 | | | | | |
| POL SCI 5 GOVT | 3.0 | 3.0 | A | 12.0 | 80720    SPRING    70 | | | | |
| SEMESTER | 12.0 | 12.0 | | 45.0 | MATH 53 INTER ALG | 3.0 | 3.0 | C | 6.0 |
| CUMULATIVE | 12.0 | 12.0 | | 45.0 | HIST 8B AMERICAS | 3.0 | 3.0 | B | 9.0 |
| | | | | | P E 9A SWIMMING | .5 | .5 | A | 2.0 |
| 80720    SPRING    69 | | | | | MUS 22A INTER PIANO | | | W | |
| POL SCI 2 COMP GOVT | 3.0 | 3.0 | B | 9.0 | HIST 4B WESTERN CIV | 3.0 | 3.0 | B | 9.0 |
| MATH 51 ALGEBRA | 3.0 | 3.0 | C | 6.0 | ENG 1B LIT | 3.0 | 3.0 | A | 12.0 |
| GEOG 1 PHYSICAL | 3.0 | 3.0 | B | 9.0 | HYGIENE 1 COED | 2.0 | 2.0 | A | 8.0 |
| ENG 1A COMPOSITION | 3.0 | 3.0 | B | 9.0 | SOC 1A INTRO | 3.0 | 3.0 | B | 9.0 |
| PSYCH 1A GENERAL | 3.0 | 3.0 | B | 9.0 | SEMESTER | 17.5 | 17.5 | | 55.0 |
| SEMESTER | 15.0 | 15.0 | | 42.0 | CUMULATIVE | 68.5 | 68.5 | | 219.0 |
| CUMULATIVE | 27.0 | 27.0 | | 87.0 | | | | | |
| 80720    SUMMER    69 | | | | | | | | | |
| GEOG 2 REGIONAL | 3.0 | 3.0 | A | 12.0 | | | | | |
| MATH 52 GEOMETRY | 3.0 | 3.0 | B | 9.0 | | | | | |
| SEMESTER | 6.0 | 6.0 | | 21.0 | | | | | |
| CUMULATIVE | 33.0 | 33.0 | | 108.0 | | | | | |
| FRESNO STATE COLLEGE SUMMER 1969 | | | | | | | | | |
| Math 140 Ar Alg Rat'l Nm * | 3 | 3 | C | 6 | | | | | |
| Spch 3 Fund Oral Comm | 3 | 3 | B | 9 | | | | | |
| Semester total | 3 | 3 | | 9 | | | | | |
| Cumulative total | 36 | 36 | | 117 | | | | | |

EXPLANATION OF COLLEGE GRADES AND GRADE POINTS PER UNIT

| | |
|---|---|
| A EXCELLENT | 4 |
| B GOOD | 3 |
| C AVERAGE | 2 |
| D BARELY PASSED | 1 |
| INC. INCOMPLETE | 0 |
| F FAILURE | 0 |
| U UNSATISFACTORY | 0 |
| W WITHDRAWAL | 0 |
| WP WITHDRAWAL WITH PASSING GRADE | 0 |
| WF WITHDRAWAL WITH FAILING GRADE | 0 |
| S SATISFACTORY | 0 |
| NC NON-CREDIT | 0 |

REQUIREMENTS

HYGIENE REQT. Fulfilled
AM. HIST. & INST. REQ'T Fulfilled
MAJOR     Liberal Arts
OBJECTIVE  Social Science

DATE OF GRADUATION    June 6, 1970

TRANSCRIPTS SENT
Copy to Mitchell        10/17/69
Fresno State            12/1/69
Fresno State            12/3/69
Pacific Coll.           12/12/69
Fresno State            2/25/70
Fresno State            2/25/70
FresnoPacific C.        2/25/70
FresnoPacificC.         6/19/70
FresnoPacificC.         6/19/70
FresnoState             6/19/70
Fresno State            6/19/70
Copy to Mitchell        6/19/70
Pacific College         1/29/70
Ariz. Dept of Ed.       7/12/73

ACTIVITIES
* No Credit Granted
Deans' List-Fall 1968
President'sList-Fall 196
Alpha Gamma Sigma
President's List-Spr. 197
TRANSCRIPTS SENT CON'T.
Ariz.Dept.of Educ.7/12/7
Copy to Mitchell 7/13/7
Copy to Mitchell 7/9/7
Copy to Mitchell 7/9/7

Yes        A. Strom        JUL 9 1975

EX 53 - 640

Document #970087273

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

# Commission on Teacher Credentialing
## issues this document to

### BOBBI JO MITCHELL



Clear Pupil Personnel Services Credential
Specialization: School Counseling; School Psychology

R51D   This credential authorizes the holder to perform pupil personnel services in the specialization or specializations named above in grades twelve and below, including preschool, and in classes organized primarily for adults.

Valid: September 1, 1997 to September 1, 2002

R69   To renew this credential, the holder needs to submit only an application form and fee to the Commission within six months prior to the expiration date printed above. The renewal period is five years.

\*   \*   \*   \*   \*

Executive Director, Commission on Teacher Credentialing        Chair, Commission on Teacher Credentialing        Governor, State of California        Superintendent of Public Instruction        President, State Board of Education

EX 53 - 641

DOCUMENT #920126875

# State of California

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

# Commission on Teacher Credentialing

## issues this document to

### BOBBI JO MITCHELL

Clear Pupil Personnel Services Credential

Specialization: School Counseling; School Psychology

R51D  This credential authorizes the holder to perform pupil personnel services in the specialization or specializations named above in grades twelve and below, including preschool, and in classes organized primarily for adults.

Valid: August 07, 1992 to September 01, 1997

R69  To renew this credential, the holder needs to submit only an application form and fee to the Commission within six months prior to the expiration date printed above. The renewal period is five years.



12/30/95

2801 Vassar #25
06

Bill Honig
**Superintendent of Public Instruction**

Chair, Commission on Teacher Credentialing

Governor, State of California

Executive Secretary, Commission on Teacher Credentialing

President, State Board of Education

EX 53 - 642

DOCUMENT #940044798

# State of California

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

# Commission on Teacher Credentialing

## issues this document to

### BOBBI JO MITCHELL

**Clear Administrative Services Credential**

**#94** This credential authorizes the holder to serve as a superintendent, associate superintendent, deputy superintendent, principal, assistant principal, supervisor, consultant, coordinator, or in an equivalent or intermediate level administrative position, in grades twelve and below, including preschool, and in classes organized primarily for adults.

**Valid: April 01, 1994 to June 30, 1999**

**R62** There are no additional requirements for the renewal of this credential; however, the term of this credential is limited by the term of the prerequisite credential. To renew this credential, the holder must also renew the prerequisite credential.

Chair, Commission on Teacher Credentialing

Executive Director, Commission on Teacher Credentialing

Governor, State of California

Acting Superintendent of Public Instruction

President, State Board of Education

EX 53 - 643

DOCUMENT #940044797

# State of California

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

# Commission on Teacher Credentialing

## issues this document to

### BOBBI JO MITCHELL

Clear Specialist Instruction Credential in Special Education

Authorized Field: Learning Handicapped

**R3LH** This credential authorizes the holder to teach handicapped children in a special class in which the primary disability is "specific learning disability" or "mentally retarded (mild)" as defined in subsection 300.5 of Title 34 of the Code of Federal Regulations, Subpart A, in grades twelve and below, including preschool, and in classes organized primarily for adults.

Valid: June 30, 1994 to June 30, 1999

**R13** There are no additional requirements for the renewal of this credential; however, the term of this credential is limited by the term of the prerequisite credential. To renew this credential, the holder must also renew the prerequisite credential.

Chair, Commission on Teacher Credentialing

Executive Director, Commission on Teacher Credentialing

Governor, State of California

Acting Superintendent of Public Instruction

President, State Board of Education

EX 53 - 644

DOCUMENT 8940044294

# State of California

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

# Commission on Teacher Credentialing

## issues this document to

### BOBBI JO MITCHELL

Clear Standard Elementary Teaching Credential

Major: Behavioral Sciences

101    This credential authorizes the holder to teach multiple-subject-matter (self-contained) classes, and to teach the subject or subjects named above as majors and minors in departmentalized classes, in grades kindergarten through nine. In addition, the holder is authorized to teach elementary level reading in continuation classes, in continuation high schools, or in high schools.

Valid: June 30, 1994 to June 30, 1999

122    To renew this credential, the holder needs to submit only an application form and fee to the Commission within six months prior to the expiration date printed above. The renewal period is five years.

Chair, Commission on Teacher Credentialing

Executive Director, Commission on Teacher Credentialing

Governor, State of California

Acting Superintendent of Public Instruction

President, State Board of Education



**1986/87**

# QUALIFIED EVALUATOR
## Certificate

This certifies that *Bobbie Jo Mitchell* has successfully met the criteria required to qualify as a QUALIFIED EVALUATOR.

Jim McAllister, Director of Professional Development
Arizona School Administrators

Dr. T. T. Haddock, Director
Qualified Evaluator's Institute

EX 53 - 646

California Basic Educational Skills Test (CBEST)
**PERMANENT VERIFICATION CARD**
**TRANSCRIPT COPY**

**Verification of Passing For:**

BCBBI  J  MITCHELL
653  E  MALGAE  ST
HANFGRD  CA    93230

| | | | |
|---|---|---|---|
| TEST DATE | 04/16/88 | REG NO | 384388562 |
| SOC. SECURITY NUMBER | 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 | DATE OF BIRTH | 01/05/42 |

THIS TRANSCRIPT IS FOR YOUR USE IT MAY BE SENT TO ANY
AGENCY REQUIRING CBEST PASSING VERIFICATION

EX 53 - 647



**DOS PALOS ORO LOMA JOINT UNIFIED SCHOOL DISTRICT**
**Administrative Evaluation**

NAME _Dr. Bobbi Erwin-Mitchell_/TITLE _Vice Principal_    SCHOOL YEAR _1996-97_

YEARS OF EXPERIENCE IN THE DISTRICT _____/_____    PERIOD COVERED _Aug. '96 - June '97_

In each of the following areas of competency, indicated by Roman numerals, the specific items are delineated as definitions of the competency. If specific areas differ, they will be marked. It is not necessarily intended that an evaluation include comments on each of them.

1 - Outstanding      2 - Above Average    3 - Average        4 - Need Improvement
5 - Unsatisfactory   6 - Not Applicable, or not Observed

## BASIS FOR EVALUATION

| DEC | MAY |
|-----|-----|
|     | 3   |

I. **STAFF RELATIONSHIPS**

a. Gains respect of associates.
b. Seeks to understand a situation before passing judgment.
c. Follows regular procedures in meeting situations.
d. Respects confidences.
e. Seeks opinions of associates when necessary.
f. Is able to maintain adequate interpersonal relationships with associates.
g. Avoids taking a problem directly to the school board.
h. Actively supports other district administrators.

Item ratings (DEC / MAY): b — 2, e — 2

**COMMENTS**

This year has been a "get acquainted" year for Dr. Mitchell. She has worked with each teacher over the year, and has gained their respect in the manner in which she uses her counseling background along with her discipline program.

| DEC | MAY |
|-----|-----|
|     | 3   |

II. **PERSONAL CHARACTERISTICS**

a. Is careful of appearance - posture, grooming, dress.
b. Speaks with well-modulated voice.
c. Follows conventional manners and accepted ethical standards.
d. Is physically fit, appears healthy and energetic.
e. Possesses enthusiasm and a good sense of humor.
f. Accepts commendations and suggestions for improvement with good grace.
g. Is self-assured.
h. Is mature in handling emergencies.

Item ratings (DEC / MAY): c — 2, g — 2, h — 1

**COMMENTS:**

Dr. Mitchell does an excellent job in the area of discipline, using pro-active strategies to avert possible confrontations. She, also, runs counseling sessions after school on conflict resolution.

EX 53 - 648

ADMINISTRATIVE EVALUATION
Page 2

|  | DEC | MAY |
|---|---|---|
|  |  | 2 |

III. **EVIDENCE OF PROFESSIONAL GROWTH**

|  | DEC | MAY |
|---|---|---|
| a |  |  |
| b |  |  |
| c |  | 1 |
| d |  |  |
| e |  |  |
| f |  |  |

   a. Endeavors to improve in his/her methods and techniques.
   b. Avails himself-herself of the opportunities offered to improve by joining professional organizations, attending workshops, summer school, professional meetings and conferences; keeps abreast of the professional literature.
   c. Is interested and enthusiastic about his/her work.
   d. Is willing to experiment with new ideas.
   e. Seeks assistance when necessary.
   f. Is loyal and respects the ethics of the profession.

**COMMENTS**

Dr. Mitchell puts in many hours above and beyond her assigned VP job.

|  | DEC | MAY |
|---|---|---|
|  |  | 2 |

IV. **SUPERVISORY PRACTICES**

|  | DEC | MAY |
|---|---|---|
| a |  |  |
| b |  | 6 |
| c |  |  |
| d |  |  |
| e |  |  |
| f |  |  |
| g |  |  |

   a. Displays leadership in approaching and handling problems.
   b. Carries on an effective inservice education program.
   c. Confers and plans efficiently and effectively.
   d. Utilizes assistance available.
   e. Stimulates groups with whom he/she works, and keeps morale high.
   f. Evidences understanding of and ability to carry out the best techniques in his/her field.
   g. Treats all staff members alike.

**COMMENTS**

EX 53 - 649

ADMINISTRATIVE EVALUATION
Page 3

| DEC | MAY | |
|-----|-----|---|
| | 3 | **V. ADMINISTRATIVE PRACTICES** |
| a | r6 | a. Organizes the school or department effectively. |
| b | | b. Delegates duties, responsibilities and functions to others effectively. |
| c | | c. Is efficient in handling office matters, as keeping records and reports, appointments, calendar for meetings. |
| d | | d. Defines duties and responsiblities of others with clarity. |
| e | 2 | e. Is effective in his/her relations with the community. |
| f | 2 | f. Takes an active part in constructive community projects. |
| g | 2 | g. Observes budget appropriations. |
| h | | h. Develops and maintains high level of morale among members of staff. |
| i | | i. Displays evidence of sound judgment. |
| j | N/A | j. Selects personnel wisely. |
| k | | k. Projects plans that are of long range significance. |
| l | | l. Interprets positively the objectives of the school system to the community at large and his/her staff. |

**COMMENTS:**

*Dr. Mitchell is doing an excellent job as a vice-principal. She needs to delegate some of the duties, so she doesn't get overwhelmed,*

**VI. EVALUATOR'S COMMENTS:**

**VII. ADMINISTRATOR'S COMMENTS:**

I have read this report and have discussed it with the evaluator.

DATE: 6-16-97    SIGNATURE _Mrs. Gayle Bonds_ ADMINISTRATOR

DATE: 6-16-97    SIGNATURE _A.J.-Erwin-Mitchell_ EVALUATOR

EX 53 - 650

**DOS PALOS ORO LOMA JOINT UNIFIED SCHOOL DISTRICT**
**Administrative Evaluation**

NAME _Bobbi Erwin-Mitchell_ TITLE _Vice-Principal_    SCHOOL YEAR _1996-97_

YEARS OF EXPERIENCE IN THE DISTRICT _____1_____ PERIOD COVERED _1996-97_

In each of the following areas of competency, indicated by Roman numerals, the specific items are delineated as definitions of the competency. If specific areas differ, they will be marked. It is not necessarily intended that an evaluation include comments on each of them.

1 - Outstanding       2 - Above Average    3 - Average       4 - Need Improvement
5 - Unsatisfactory    6 - Not Applicable, or not Observed

|     | DEC | MAY |     |     |
|-----|-----|-----|-----|-----|

**BASIS FOR EVALUATION**

DEC: 3

I. **STAFF RELATIONSHIPS**

a.
b.
c.
d.
e. 2
f.
g.
h.

a. Gains respect of associates.
b. Seeks to understand a situation before passing judgment.
c. Follows regular procedures in meeting situations.
d. Respects confidences.
e. Seeks opinions of associates when necessary.
f. Is able to maintain adequate interpersonal relationships with associates.
g. Avoids taking a problem directly to the school board.
h. Actively supports other district administrators.

**COMMENTS**

DEC: 3

II. **PERSONAL CHARACTERISTICS**

a.
b.
c.
d.
e.
f.
g. 2
h.

a. Is careful of appearance - posture, grooming, dress.
b. Speaks with well-modulated voice.
c. Follows conventional manners and accepted ethical standards.
d. Is physically fit, appears healthy and energetic.
e. Possesses enthusiasm and a good sense of humor.
f. Accepts commendations and suggestions for improvement with good grace.
g. Is self-assured.
h. Is mature in handling emergencies.

**COMMENTS:**

EX 53 - 651

P.2

ADMINISTRATIVE EVALUATION
Page 2

| DEC | MAY | |
|-----|-----|---|
| 2 | | |

III. EVIDENCE OF PROFESSIONAL GROWTH

a. Endeavors to improve in his/her methods and techniques.
b. Avails himself-herself of the opportunities offered to improve by joining professional organizations, attending workshops, summer school, professional meetings and conferences; keeps abreast of the professional literature.
c. Is interested and enthusiastic about his/her work.
d. Is willing to experiment with new ideas.
e. Seeks assistance when necessary.
f. Is loyal and respects the ethics of the profession.

COMMENTS

*Dr. Mitchell avails herself of numerous opportunities to improve her skills through attendance at workshops, conferences and professional meetings.*

| DEC | MAY | |
|-----|-----|---|
| 2 | | |
| a | | |
| b | N/A | |

IV. SUPERVISORY PRACTICES

a. Displays leadership in approaching and handling problems.
b. Carries on an effective inservice education program.
c. Confers and plans efficiently and effectively.
d. Utilizes assistance available.
e. Stimulates groups with whom he/she works, and keeps morale high.
f. Evidences understanding of and ability to carry out the best techniques in his/her field.
g. Treats all staff members alike.

COMMENTS

*Dr. Mitchell works well with the staff. She confers with them when necessary and displays leadership skills in resolving problems and/or parental concerns.*

EX 53 - 652

P.3

ADMINISTRATIVE EVALUATION
Page 3

| DEC | MAY | |
|---|---|---|
| 3 | | **V. ADMINISTRATIVE PRACTICES** |
| a N/A | | a. Organizes the school or department effectively. |
| b | | b. Delegates duties, responsibilities and functions to others effectively. |
| c | | c. Is efficient in handling office matters, as keeping records and reports, appointments, calendar for meetings. |
| d | | d. Defines duties and responsiblities of others with clarity. |
| e | | e. Is effective in his/her relations with the community. |
| f | | f. Takes an active part in constructive community projects. |
| g N/A | | g. Observes budget appropriations. |
| h | | h. Develops and maintains high level of morale among members of staff. |
| i | | i. Displays evidence of sound judgment. |
| j N/A | | j. Selects personnel wisely. |
| k | | k. Projects plans that are of long range significance. |
| l | | l. Interprets positively the objectives of the school system to the community at large and his/her staff. |

COMMENTS:

VI. EVALUATOR'S COMMENTS:

Dr. Mitchell has developed a consistent plan to keeping discipline problems in check. Students know their perameters and don't question the decision. She involves parents when necessary, and counsels those students needing additional assistance.

VII. ADMINISTRATOR'S COMMENTS:

Her half-time position keeps her busy with 520+ students. Her ability to counsel students and parents assists her in resolving some disciplinary concerns.

I have read this report and have discussed it with the evaluator.

DATE:_____ SIGNATURE_____ ADMINISTRATOR

DATE: 3-7-97 SIGNATURE Gayle Bonds EVALUATOR

DATE: 3-7-97 ADMINISTRATOR B.J. Erwin-Mitchell SIGNATURE

EX 53 - 653

## DOS PALOS ORO LOMA JOINT UNIFIED SCHOOL DISTRICT
## OFFICE OF ASSISTANT SUPERINTENDENT

### December 1, 1998

**MEMO TO:**  Payroll Department

**FROM:**      Brian Walker
              Assistant Superintendent

**SUBJECT:**   **Dr. Bobbie Mitchell's April 30, 1998 Payroll Warrant**

Please cancel Dr. Mitchell's April, 1998 payroll warrant.  She has not fulfilled her obligations to the District.

I will inform your department if there is a need for a reissuance of the warrant.

Thank you.

EX 53 - 654

COUNTY OF MERCED
**WARRANT CANCELLATION REQUEST**    S.P. _____ TREA. _____ J.E. _____    239469

WARRANT CANCEL DATA:    WARRANT NUMBER

PAYEE: __Bobbie J Erwin-Mitchell__    WARRANT DATE __04/30/98__

__1068 South 7th Street Apt 87__    BUDGET UNIT. NO. __03121__
OR FUND NO.

__Avenal CA 93204__    ACCOUNT NO. __08030__

CL _____ JOB-CODE _____

EL _____ WORK-TYPE _____

AMOUNT $ __3212.71__

VOUCHER NO./CLAIM NO. _____
AUDITOR
VENDOR NO. _____

REASON FOR CANCELLATION (ATTACH AFFIDAVIT IF LOST): __Did not earn__

oli #'s   1200    2700
50% 001-110-1220.00-7270
        00  003  000
        1920.66
        1300
50% 001-110-1510.00 7320
        00  010  000  3120
        1920.66

**WARRANT REISSUE DATA:**

PAYEE: _____

_____ AUTHORIZED OFFICIAL    _____ DATE OF REQUEST

REMARKS:

AUDITOR-CONTROLLER ACTION:

CANCELLATION PROCESSED ON J.E. # _____

REISSUE PROCESSED ON J.E. # _____

_____ VERIFIED BY    _____ DATE

AC 365

EX 53 - 655

PAYABLE AT
·ANK OF AMERICA
·ERCED CALIFORNIA

11-35/1210

19    Dos Palos - Oro Loma Unified    239469

VOID IF NOT PRESENTED TO COUNTY TREASURER
WITHIN SIX MONTHS OF DATE OF ISSUE

CODE          DISTRICT NAME
THE WARRANT IS DRAWN BY WRITTEN ORDER OF THE
GOVERNING BOARD OF THE ABOVE NAMED SCHOOL DISTRICT

**COUNTY OF MERCED**
MERCED, CALIFORNIA

| EMP. NO. | WARRANT NO. | DATE |
|---|---|---|
| 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 | 239469 | 04/30/98 |

*************** THREE THOUSAND TWO HUNDRED TWELVE AND 71/100 DOLLARS**

THE TREASURER OF MERCED COUNTY
WILL PAY TO THE ORDER OF:

| | DOLLARS | CENTS |
|---|---|---|
| PAY | $3,212 | 71 |

. COUNTY AUDITOR

BOBBIE J ERWIN-MITCHELL
1068 SOUTH 7TH STREET APT 87
AVENAL CA 93204

James L. Ball
Ronald Tiffee

⑆239469⑆ ⑈121000358⑈ 14817⑆80080⑈

**MERCED COUNTY OFFICE OF EDUCATION**          STATEMENT OF EARNINGS AND DEDUCTIONS

STRICT  19 | Dos Palos - Oro Loma Unified    0003

| | EMPLOYEE NAME | | SOCIAL SECURITY NUMBER | CHECK NUMBER | CHECK DATE |
|---|---|---|---|---|---|
| ERWIN-MITCHELL BOBBIE J | | | 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 | 03239469 | 04/30/98 |

| | NORMAL | DEDUCTIONS | ADDITIONS | OVERTIME | GROSS |
|---|---|---|---|---|---|
| CURRENT | 0.00 | 0.00 | 0.00 | 3,841.32 | 3,841.32 |
| EAR TO DATE | *** | *** | *** | *** | 25,456.86 |

| | NON TAXABLE | TAX SHELTER ANNUITIES | EARNED INCOME CREDIT | RETIREMENT | TAXABLE GROSS |
|---|---|---|---|---|---|
| CURRENT | 0.00 | 0.00 | 0.00 | 0.00 | 3,841.32 |
| EAR TO DATE | 1,450.07 | 0.00 | 0.00 | 1,450.07 | 24,006.79 |

| | FEDERAL TAX | STATE TAX | MEDICARE | SOCIAL SECURITY | SDI |
|---|---|---|---|---|---|
| CURRENT | 461.82 | 101.37 | 55.70 | 0.00 | 0.00 |
| EAR TO DATE | 4,193.81 | 1,106.97 | 369.13 | 0.00 | 0.00 |

| | VOLUNTARY DEDUCTIONS | | | | NET PAY |
|---|---|---|---|---|---|
| CURRENT | 9.72 | | | | 3,212.71 |
| EAR TO DATE | 38.88 | | | | 18,298.00 |

| | STATE EXEMPT | FEDERAL EXEMPT | VACATION | SICK LEAVE | |
|---|---|---|---|---|---|
| CURRENT | M / 01 | M / 01 | 0.00  H | 195.25  H | RET: 01 |

BAL MAY NOT REFLECT EOH

| EMPLOYEE VOLUNTARY DEDUCTIONS | | EMPLOYER CONTRIBUTION | | EARNINGS DETAIL | | | |
|---|---|---|---|---|---|---|---|
| CODE | AMOUNT | CODE | AMOUNT | TYPE | UNITS | RATE | EARNINGS |
| NS | 9.72 | INS | 10.07 | OT | 1.00 | 841.32 | H 3,841.32 |
| | | INS VIS | 24.12 | | | | |
| | | INS | 75.23 | | | | |
| | | INS HEA | 487.32 | | | | |
| | | SUI | 1.92 | | | | |
| | | W/COMP | 50.58 | | | | |
| | | MEDICARE | 55.70 | | | | |

NOT NEGOTIABLE-RETAIN FOR YOUR RECORDS

EX 53 - 656

Case 3:09-cv-08089-DGC   Document 10-6   Filed 06/08/09   Page 30 of 65

**DOS PALOS ORO LOMA**
**JOINT UNIFIED SCHOOL DISTRICT**
2041 ALMOND ST.
DOS PALOS, CA 93620

Hold per
Mr. Buller + Brian

Per Brian
12-1-98
Cancel Warrant.
W2 Info will reflect true
earnings.

EX 53 - 657



# DOS PALOS - ORO LOMA

2041 ALMOND STREET DOS PALOS, CALIFORNIA 93620 (209) 392-6101

**UNIFIED SCHOOL DISTRICT**

EDWARD L. BUTLER, SUPERINTENDENT OF SCHOOLS

February 17, 1998

Mr. Edward L. Butler
Dos Palos Oro Loma Joint Unified School District
2041 Almond Street
Dos Palos, California 93620

Mr. Butler:

This letter is to inform you of my resignation from the Dos Palos-Oro Loma Joint Unified School District.

*B-J. E. Mitchell*

Dr. Bobbi Jo Erwin-Mitchell

*Accepted effective March 31, 1998*

EX 53 - 658

## EMPLOYMENT ELIGIBILITY VERIFICATION (Form I-9)

**1  EMPLOYEE INFORMATION AND VERIFICATION:** (To be completed and signed by employee.)

| Name: (Print or Type)   Last | First | Middle | Birth Name |
|---|---|---|---|
| Mitchell | Bobbi | Jo | Bobbi Jo Erwin |

| Address: Street Name and Number | City | State | ZIP Code |
|---|---|---|---|
| 1068 So. 7th St. | Avenal | Ca | 93204 |

| Date of Birth (Month/Day/Year) | Social Security Number |
|---|---|
| 1-5-42 | 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 |

I attest, under penalty of perjury, that I am (check a box):

☑ 1. A citizen or national of the United States.

☐ 2. An alien lawfully admitted for permanent residence (Alien Number A _____ ).

☐ 3. An alien authorized by the Immigration and Naturalization Service to work in the United States (Alien Number A _____ , or Admission Number _____ . expiration of employment authorization, if any _____ ).

I attest, under penalty of perjury, the documents that I have presented as evidence of identity and employment eligibility are genuine and relate to me. I am aware that federal law provides for imprisonment and/or fine for any false statements or use of false documents in connection with this certificate.

| Signature | Date (Month/Day/Year) |
|---|---|
| Bobbie Jo Mitchell | 7-1-96 |

**PREPARER/TRANSLATOR CERTIFICATION** (To be completed if prepared by person other than the employee). I attest, under penalty of perjury, that the above was prepared by me at the request of the named individual and is based on all information of which I have any knowledge.

| Signature | Name (Print or Type) | | |
|---|---|---|---|
| Address (Street Name and Number) | City | State | Zip Code |

**2  EMPLOYER REVIEW AND VERIFICATION:** (To be completed and signed by employer.)

Instructions:

Examine one document from List A and check the appropriate box, **OR** examine one document from List B **and** one from List C and check the appropriate boxes. Provide the *Document Identification Number* and *Expiration Date* for the document checked.

| List A<br>Documents that Establish<br>Identity and Employment Eligibility | List B<br>Documents that Establish<br>Identity | and | List C<br>Documents that Establish<br>Employment Eligibility |
|---|---|---|---|
| ☐ 1. United States Passport | ☑ 1. A State-issued driver's license or a State-issued I.D. card with a photograph, or information, including name, sex, date of birth, height, weight, and color of eyes. (Specify State) ARIZONA | | ☑ 1. Original Social Security Number Card (other than a card stating it is not valid for employment) |
| ☐ 2. Certificate of United States Citizenship | | | |
| ☐ 3. Certificate of Naturalization | ☐ 2. U.S. Military Card | | ☐ 2. A birth certificate issued by State, county, or municipal authority bearing a seal or other certification |
| ☐ 4. Unexpired foreign passport with attached Employment Authorization | ☐ 3. Other (Specify document and issuing authority) | | ☐ 3. Unexpired INS Employment Authorization Specify form # _____ |
| ☐ 5. Alien Registration Card with photograph | | | |
| *Document Identification*<br># _____ | *Document Identification*<br># 384388562 | | *Document Identification*<br># 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 |
| *Expiration Date (if any)*<br>_____ | *Expiration Date (if any)*<br>1-5-02 | | *Expiration Date (if any)*<br>N/A |

**CERTIFICATION:** I attest, under penalty of perjury, that I have examined the documents presented by the above individual, that they appear to be genuine and to relate to the individual named, and that the individual, to the best of my knowledge, is eligible to work in the United States.

| Signature | Name (Print or Type) | Title |
|---|---|---|
| Linda Beam | LINDA BEAM | COORD. OF HR SKS. |

| Employer Name | Address | Date |
|---|---|---|
| Los Palos - Oro Loma, JUSD, | 2041 Almond, Nos Palos, CA 93620 | 7-16-96 |

Form I-9 (05/07/87)
OMB No. 1115-0136

U.S. Department of Justice
Immigration and Naturalization Service

EX 53 - 659



EX 53 - 660



EX 53 - 661

ADMINISTRATIVE EVALUATION
2-18-1997 9:37AM        FROM DOS PALOS-ORO LOMA 209 392 3347                    P. 1

## DOS PALOS ORO LOMA JOINT UNIFIED SCHOOL DISTRICT
### Administrative Evaluation

Dr.
NAME _Bobbi Erwin-Mitchell_/TITLE _Vice Principal_        SCHOOL YEAR _1996-97_

YEARS OF EXPERIENCE IN THE DISTRICT_____/_____        PERIOD COVERED _Aug. '96 - June '9_

In each of the following areas of competency, indicated by Roman numerals, the specific items are delineated as definitions of the competency. If specific areas differ, they will be marked. It is not necessarily intended that an evaluation include comments on each of them.

1 - Outstanding       2 - Above Average     3 - Average        4 - Need Improvement
5 - Unsatisfactory    6 - Not Applicable, or not Observed

### BASIS FOR EVALUATION

| DEC | MAY | | |
|---|---|---|---|
| | 3 | I. | **STAFF RELATIONSHIPS** |

a. Gains respect of associates.
b. Seeks to understand a situation before passing judgment.
c. Follows regular procedures in meeting situations.
d. Respects confidences.
e. Seeks opinions of associates when necessary.
f. Is able to maintain adequate interpersonal relationships with associates.
g. Avoids taking a problem directly to the school board.
h. Actively supports other district administrators.

DEC / MAY column marks: b — 2, e — 2

### COMMENTS

This year has been a "get acquainted" year for Dr. Mitchell. She has worked with each teacher over the year, and has gained their respect in the manner in which she uses her counseling background along with her discipline program.

| DEC | MAY | | |
|---|---|---|---|
| | 3 | II. | **PERSONAL CHARACTERISTICS** |

a. Is careful of appearance - posture, grooming, dress.
b. Speaks with well-modulated voice.
c. Follows conventional manners and accepted ethical standards.
d. Is physically fit, appears healthy and energetic.
e. Possesses enthusiasm and a good sense of humor.
f. Accepts commendations and suggestions for improvement with good grace.
g. Is self-assured.
h. Is mature in handling emergencies.

DEC / MAY column marks: c — 2, g — 2, h — 1

### COMMENTS:

Dr. Mitchell does an excellent job in the area of discipline, using pro-active strategies to avoid possible confrontations. She also,

EX 53 - 662

DOS PALOS ORO LOMA JOINT UNIFIED SCHOOL DISTRICT
Administrative Evaluation

NAME *Dr. Bobbi Erwin-Mitchell* / TITLE *Vice Principal*      SCHOOL YEAR *1996-97*

YEARS OF EXPERIENCE IN THE DISTRICT  *1*              PERIOD COVERED *Aug. '96 - June 9*

In each of the following areas of competency, indicated by Roman numerals, the specific items are delineated as definitions of the competency. If specific areas differ, they will be marked. It is not necessarily intended that an evaluation include comments on each of them.

1 - Outstanding      2 - Above Average      3 - Average      4 - Need Improvement
5 - Unsatisfactory   6 - Not Applicable, or not Observed

## BASIS FOR EVALUATION

| DEC | MAY | |
|-----|-----|---|
|     | 3   | **I. STAFF RELATIONSHIPS** |
| a   |     | a. Gains respect of associates. |
| b   | 2   | b. Seeks to understand a situation before passing judgment. |
| c   |     | c. Follows regular procedures in meeting situations. |
| d   |     | d. Respects confidences. |
| e   | 2   | e. Seeks opinions of associates when necessary. |
| f   |     | f. Is able to maintain adequate interpersonal relationships with associates. |
| g   |     | g. Avoids taking a problem directly to the school board. |
| h   |     | h. Actively supports other district administrators. |

### COMMENTS

This year has been a "get acquainted" year for Dr. Mitchell. She has worked with each teacher over the year, and has gained their respect in the manner in which she uses her counseling background along with her discipline program.

| DEC | MAY | |
|-----|-----|---|
|     | 3   | **II. PERSONAL CHARACTERISTICS** |
| a   |     | a. Is careful of appearance - posture, grooming, dress. |
| b   |     | b. Speaks with well-modulated voice. |
| c   | 2   | c. Follows conventional manners and accepted ethical standards. |
| d   |     | d. Is physically fit, appears healthy and energetic. |
| e   |     | e. Possesses enthusiasm and a good sense of humor. |
| f   |     | f. Accepts commendations and suggestions for improvement with good grace. |
| g   | 2   | g. Is self-assured. |
| h   | 1   | h. Is mature in handling emergencies. |

### COMMENTS:

Dr. Mitchell does an excellent job in the area of discipline, using pro-active strategies to avert possible confrontations. She, also, runs counseling sessions after school on conflict resolution.

EX 53 - 663

ADMINISTRATIVE EVALUATION
Page 2

| DEC | MAY | |
|-----|-----|-----|
| | 2 | **III. EVIDENCE OF PROFESSIONAL GROWTH** |

a.
b.

a. Endeavors to improve in his/her methods and techniques.
b. Avails himself-herself of the opportunities offered to improve by joining professional organizations, attending workshops, summer school, professional meetings and conferences; keeps abreast of the professional literature.

c. ___ 1
d.
e.
f.

c. Is interested and enthusiastic about his/her work.
d. Is willing to experiment with new ideas.
e. Seeks assistance when necessary.
f. Is loyal and respects the ethics of the profession.

**COMMENTS**

*Dr. Mitchell puts in many hours above and beyond her assigned VP job.*

| DEC | MAY | |
|-----|-----|-----|
| | 2 | **IV. SUPERVISORY PRACTICES** |

a.
b. ___ 6
c.
d.
e.

f.

g.

a. Displays leadership in approaching and handling problems.
b. Carries on an effective inservice education program.
c. Confers and plans efficiently and effectively.
d. Utilizes assistance available.
e. Stimulates groups with whom he/she works, and keeps morale high.
f. Evidences understanding of and ability to carry out the best techniques in his/her field.
g. Treats all staff members alike.

**COMMENTS**

EX 53 - 664

**ADMINISTRATIVE EVALUATION**
**Page 3**

| DEC | MAY | | |
|---|---|---|---|
| | 3 | **V.** | **ADMINISTRATIVE PRACTICES** |
| a | 6 | | a. Organizes the school or department effectively. |
| b | | | b. Delegates duties, responsibilities and functions to others effectively. |
| c | | | c. Is efficient in handling office matters, as keeping records and reports, appointments, calendar for meetings. |
| d | | | d. Defines duties and responsiblities of others with clarity. |
| e | 2 | | e. Is effective in his/her relations with the community. |
| f | 2 | | f. Takes an active part in constructive community projects. |
| g | | | g. Observes budget appropriations. |
| h | | | h. Develops and maintains high level of morale among members of staff. |
| i | | | i. Displays evidence of sound judgment. |
| j | | | j. Selects personnel wisely. |
| k | | | k. Projects plans that are of long range significance. |
| l | | | l. Interprets positively the objectives of the school system to the community at large and his/her staff. |

**COMMENTS:**

Dr. Mitchell is doing an excellent job as a vice-principal. She needs to delegate some of the duties, so she doesn't get overwhelmed

**VI. EVALUATOR'S COMMENTS:**

**VII. ADMINISTRATOR'S COMMENTS:**

I have read this report and have discussed it with the evaluator.

DATE: 6-16-97 SIGNATURE _Mrs. Gayle Bonds_ ADMINISTRATOR

DATE: 6-16-97 SIGNATURE _B. G. Evans-Mitchell_ EVALUATOR

EX 53 - 665

**DOS PALOS ORO LOMA JOINT UNIFIED SCHOOL DISTRICT**
**Administrative Evaluation**

NAME _Bobbi Erwin-Mitchell_ TITLE _Vice-Principal_    SCHOOL YEAR _1996-97_

YEARS OF EXPERIENCE IN THE DISTRICT _____1_____    PERIOD COVERED _1996-97_

In each of the following areas of competency, indicated by Roman numerals, the specific items are delineated as definitions of the competency. If specific areas differ, they will be marked. It is not necessarily intended that an evaluation include comments on each of them.

1 - Outstanding    2 - Above Average    3 - Average    4 - Need Improvement
5 - Unsatisfactory    6 - Not Applicable, or not Observed

## BASIS FOR EVALUATION

| DEC | MAY |
|-----|-----|
| 3 | |

**I.  STAFF RELATIONSHIPS**

a. Gains respect of associates.
b. Seeks to understand a situation before passing judgment.
c. Follows regular procedures in meeting situations.
d. Respects confidences.
e. Seeks opinions of associates when necessary.
f. Is able to maintain adequate interpersonal relationships with associates.
g. Avoids taking a problem directly to the school board.
h. Actively supports other district administrators.

(e) 2

**COMMENTS**

| DEC | MAY |
|-----|-----|
| 3 | |

**II.  PERSONAL CHARACTERISTICS**

a. Is careful of appearance - posture, grooming, dress.
b. Speaks with well-modulated voice.
c. Follows conventional manners and accepted ethical standards.
d. Is physically fit, appears healthy and energetic.
e. Possesses enthusiasm and a good sense of humor.
f. Accepts commendations and suggestions for improvement with good grace.
g. Is self-assured.
h  Is mature in handling emergencies.

(g) 2

**COMMENTS:**

EX 53 - 666

ADMINISTRATIVE EVALUATION
Page 2

DEC        MAY

2

a
b

III. EVIDENCE OF PROFESSIONAL GROWTH

a. Endeavors to improve in his/her methods and techniques.
b. Avails himself-herself of the opportunities offered to improve by joining professional organizations, attending workshops, summer school, professional meetings and conferences; keeps abreast of the professional literature.

c
d
e
f

c. Is interested and enthusiastic about his/her work.
d. Is willing to experiment with new ideas.
e. Seeks assistance when necessary.
f. Is loyal and respects the ethics of the profession.

COMMENTS

*Dr. Mitchell avails herself of numerous opportunities to improve her skills through attendance at workshops, conferences and professional meetings.*

DEC        MAY

2

a
b    N/A
c
d
e

f

g.

IV. SUPERVISORY PRACTICES

a. Displays leadership in approaching and handling problems.
b. Carries on an effective inservice education program.
c. Confers and plans efficiently and effectively.
d. Utilizes assistance available.
e. Stimulates groups with whom he/she works, and keeps morale high.
f. Evidences understanding of and ability to carry out the best techniques in his/her field.
g. Treats all staff members alike.

COMMENTS

*Dr. Mitchell works well with the staff. She confers with them when necessary and displays leadership skills in resolving problems and/or parental concerns.*

EX 53 - 667

ADMINISTRATIVE EVALUATION
Page 3

|     | DEC | MAY |
|-----|-----|-----|
|     | 3   |     |
| a   | N/A |     |
| b   |     |     |
| c   |     |     |
| d   |     |     |
| e   |     |     |
| f   |     |     |
| g   | N/A |     |
| h   |     |     |
| i   |     |     |
| j   | N/A |     |
| k   |     |     |
| l   |     |     |

**V. ADMINISTRATIVE PRACTICES**

a. Organizes the school or department effectively.
b. Delegates duties, responsibilities and functions to others effectively.
c. Is efficient in handling office matters, as keeping records and reports, appointments, calendar for meetings.
d. Defines duties and responsiblities of others with clarity.
e. Is effective in his/her relations with the community.
f. Takes an active part in constructive community projects.
g. Observes budget appropriations.
h. Develops and maintains high level of morale among members of staff.
i. Displays evidence of sound judgment.
j. Selects personnel wisely.
k. Projects plans that are of long range significance.
l. Interprets positively the objectives of the school system to the community at large and his/her staff.

COMMENTS:

**VI. EVALUATOR'S COMMENTS:**

Dr. Mitchell has developed a consistent plan to keeping discipline problems in check. Students know their perameters and don't question the decision. She involves parents when necessary and counsels those students needing additional assistance.

**VII. ADMINISTRATOR'S COMMENTS:**

Her half-time position keeps her busy with 520+ students. Her ability to counsel students and parents assists her in resolving some disciplinary concerns.

I have read this report and have discussed it with the evaluator.

DATE: _____ SIGNATURE _____ ADMINISTRATOR

DATE: 3-7-97 SIGNATURE Gayle Bonds EVALUATOR

DATE: 3-7-97 ADMINISTRATOR B. J. Purvis-Mitchell
SIGNATURE

EX 53 - 668

# DOS PALOS-ORO LOMA JOINT UNIFIED SCHOOL DISTRICT

*Human Resources Department*

---

# Memorandum

---

**TO:**     Wayne Tanaka
            Fiscal Department Staff

**FROM:**   Traci Hart - Coordinator

**DATE:**   5/12/98

**RE:**     Bobbi Jo Mitchell

---

This memo is to clarify the payment amount for Community Challenge Center Coordinator duties for Dr. Mitchell. The Community Challenge Grant contains five (5) "quarters". Each calendar year has two (2) "quarters" which run from January 1st to June 30th and from July 1st to December 31st.

Dr. Mitchell was told that she would be paid a stipend amount of $5000 per Grant "quarter" after full completion and fulfillment of duties for that "quarter". In a memo dated 1/15/98 (see attached), I provided directive to your department to pay Dr. Mitchell $5000 for the first Grant "quarter", January 1, 1997 to June 30, 1997. As you are aware, on Dr. Mitchell's 1997/98 employment contract, $5000 was included in her contractual salary. This amount should cover the second Grant "quarter", July 1, 1997 to December 31, 1997. (The amount was placed on Dr. Mitchell's contract prior to the arrangement made between Dr. Mitchell and Administration to pay out per "quarter" at the completion of the duties.) Dr. Mitchell is now owed a pro-rated amount for the third Grant quarter since she did not complete the full period. Please pay Dr. Mitchell the pro-rated amount from January 1, 1998 to March 31, 1998.

If you have any questions, please let me know.

cc:     Ed Butler
        Personnel File

EX 53 - 669

# STRS

## · Report of Separation
### Terminated or Retired Employees

District ___Dos Palos Oro Loma JUSD___

| | Name | SS# | Last Day of Work | Termination Date | Retirement Date | Unused Sick Days | Contract Base Days |
|---|---|---|---|---|---|---|---|
| 1 | Bobbi Jo Erwin-Mitchell | 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 | 3/31/98 | 4/1/98 | | 195.25 HRS | 203 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |

Rev 10/97

**Please submit with your payroll**

Dated : __4/6/98__

EX 53 - 670

PAY OFF   BLUE COMP SHEET

● **PAY OFF** ●

# 10 MONTH / 10 or 12 PAY
# 12 MONTH / 12 PAY

### Computation of Salary for STRS Employees

School District _Dos Palos Oro Loma Jt._

Employee's Name _Bobbi Jo Erwin-Mitchell_

Social Security Number _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_

Termination Date _4-1-98_      Payroll Date of Last Check _3-31-98_

## Computation of contract when a <u>STRS employee terminates prior to the close of the school term</u>:

| | | |
|---|---|---|
| 1) | Annual salary for the position ( if the employee worked the full year) | 61,564.00 |
| 2) | Total number of duty days in the school term (FTE Days) | 203 |
| 3) | Total duty days this employee worked | 148 |
| 4) | Total salary earned  ( line 1 divided by line 2 )  x line 3 = | 44,883.96 |
| 5) | Salary earned to date (subject to STRS — Use the Pay 510 for totals) | 41,042.64 |
| 6) | Salary to be paid on the final payroll ( line 4 - line 5 ) | 3,841.32 |

TMR   OT   8/1/97-3/31/98

## IF PAID ON EOM10D PAY SCHEDULE, COMPLETE ITEMS 7 - 10

| | | |
|---|---|---|
| 7) | Salary earned to date as reported to STRS  ( line 5 x 1.2 conversion ) _1.0909_ | 44 773.42 |
| 8) | Salary to be paid on last payroll subject to STRS  ( line 4 - line 7 )<br>(This amount has been converted, so it must be unconverted to continue) | 110.54 |
| 9) | Payline subject to STRS  ( line 8 divided by 1.2 conversion)  _unconverted_ _1.0909_<br>(Amount to be paid on final payroll) | 120.59 |
| 10) | Payline not subject to STRS  ( line 6 - line 9 )<br>(Additional amount to be paid on final payroll) | 3720.73 |
| 11) | Line 9 + line 10 must equal line 6 | 3841.32 |

## IF PAID ON EOM11D PAY SCHEDULE, CONTACT YOUR PAYROLL SUPPORT TECHNICIAN FOR ASSISTANCE

*NOTE: A certificated employee whose service is for a complete semester shall be paid not less than 1/2 of the annual salary for that position.*

BLUECOMP.XLS

EX 53 - 671

ERWIN-MITCHELL, BOBBI JO                                    TB EXP: 3-20-99

## OFFICE OF KELLY F. BLANTON
### KERN COUNTY SUPERINTENDENT OF SCHOOLS

### CERTIFICATE OF FREEDOM FROM ACTIVE TUBERCULOSIS
(Required by Education Code Section 49406)

Name _Bobbi Jo Erwin-Mitchell_ Address _H 87   1068   So. 7th St_   _Avenal, Ca. 93204._

This is to certify that the above named has submitted to an examination by me on the ____20____ day of _MARCH_ 19_95_ and was found to be free of active tuberculosis.

The examination consisted of: (check one)

____An x-ray of the lungs
_✓_ A T.B. Tine text

_Claudia Ramsey, R.N._
Name of Physician (print)

_500 S. 1st St.       Avenal_
Address                City

The results were: (check one)

_✓_Negative
____Positive

_Claudia Ramsey, R.N._
Signature

_S125843_
License Numnber

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

The examination is a condition of employment, and the expense shall be borne by the applicant. This certificate is not to exceed four years from the date shown.

Return to:    Personnel Office
              Kern County Superintendent of Schools Office
              5801 Sundale Avenue
              Bakersfield, CA 93309-2924

IO:PS:36    Rev. 1/91

EX 53 - 672



# DOS PALOS - ORO LOMA

2041 ALMOND STREET DOS PALOS, CALIFORNIA 93620 (209) 392-6101

## PERSONNEL/PAYROLL ACTION FORM

EMPLOYEE NAME: Bebbi Jo Erwin Mitchell SSN: _____

EMPLOYEE PHONE #: _____ Classification (circle one): Certificated Classified Confidential

☐ Check here if new address: _____

### NEW EMPLOYEE:

☐ New Hire   ☐ Rehire   ☐ Layoff Return
    ☐ FINGERPRINT CLEARANCE
Effective Date: _____
Job Title: _____
Site: _____
Range: _____ Step: _____
Salary: _____ Benefits: _____
Hours per day: _____ Days per Year: _____
Assignment Date: From: _____

### MASTER CHA...

*Stelle – please complete Accrued Sick & Vacation sections of form. Turn into Payroll when done*

☐ Transfer
☐ Other: _____
Effective Dat... _____

Job Title          _____ _____
Pay/Salary Rate    _____ _____
Pay/Salary Range   _____ _____
Pay/Salary Step    _____ _____
Hours per Day      _____ _____
Days per Year      _____ _____
Location           _____ _____

    ☐ Retro Pay Required: _____
**Funding Source** (specific): _____19_____
**Board Approval Date**: 3-18-98

### EMPLOYEE SEPARATION:

☒ Resigned   ☐ Retired   ☐ Layoff
☐ Discharged   ☐ Deceased
Effective Date: 3-31-98
Separation Reason: _____
_____
Notice Given: _____
Pay Through: 3-31-98
Accrued Sick Leave: 195.25 Hrs
Accrued Vacation: N/A

### REMARKS:

See letter in file.
_____
_____

### SIGNATURES/APPROVALS:

_____                    _____
Superintendent                     Date

_____                    _____
Site Administrator                 Date

John Still                         4-3-98
Human Resources                    Date

### For Fiscal Use

Position Number: _____ Date Received: 4-3-98   Fiscal Technician: Joan Lima

Account Classification: _____   Benefits Classification: _____

Fiscal Director: Wayne Tandra

Revised 2/27/97

EX 53 - 673

 

**Edward L. Butler, Superintendent of Schools**

March 20, 1998

Dr. Bobbi Jo Erwin-Mitchell
1509 Ida Street
Dos Palos, CA 93620

Dear Bobbi Jo:

At the March 19, 1998 Board of Education meeting your resignation as School Psychologist and Marks Elementary School Vice Principal from the Dos Palos - Oro Loma Joint Unified School District was regretfully accepted. I am confident that your contributions to the District will make a lasting impression for years to come. I wish you nothing but the best in your future.

Sincerely,

Edward L. Butler
Superintendent of Schools

EB\tah

| MARKS ELEMENTARY | DOS PALOS ELEMENTARY | ORO LOMA ELEMENTARY | BRYANT MIDDLE SCHOOL | DOS PALOS HIGH | WESTSIDE HIGH |
|---|---|---|---|---|---|
| (209) 392-2424 | (209) 392-2151 | (209) 364-6116 | (209) 392-6186 | (209) 392-2131 | (209) 392-2766 |

EX 53 - 674



# DOS PALOS - ORO LOMA

2041 ALMOND STREET DOS PALOS, CALIFORNIA 93620 (209) 392-6101

**UNIFIED SCHOOL DISTRICT**

EDWARD L. BUTLER, SUPERINTENDENT OF SCHOOLS

February 17, 1998

Mr. Edward L. Butler
Dos Palos Oro Loma Joint Unified School District
2041 Almond Street
Dos Palos, California 93620

Mr. Butler:

This letter is to inform you of my resignation from the Dos Palos-Oro Loma
Joint Unified School District.

*B-J. E. Mitchell*

Dr. Bobbi Jo Erwin-Mitchell

1509 IoA

*Accepted effective March 31, 1998*

| GEORGE CHRISTIAN | DOS PALOS ELEMENTARY | ORO LOMA ELEMENTARY | BRYANT MIDDLE SCHOOL | DOS PALOS HIGH | WESTSIDE HIGH |
|---|---|---|---|---|---|
| (209) 392-2766 | (209) 392-2151 | (209) 364-6116 | (209) 392-6186 | (209) 392-2131 | (209) 392-6158 |

CONTRACTS

EX 53 - 676

## DOS PALOS ORO LOMA JOINT UNIFIED SCHOOL DISTRICT
### 2041 Almond Street
### Dos Palos, CA 93620
### (209) 392-6101
### 1997-98

**NAME:** Bobbi Jo Erwin-Mitchell  SS # 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

Due to negotiations approved by the Board at the January 15, 1998 meeting, your monthly/annual salary has been changed to reflect the following:

**FROM:** Psychologist Step 6 .5 of $49,463= **TO:** Psychologist Step 6 .5 $51,268=
           $24,731.50                                   $25,634

**FROM:** Elem. VP Step 5 .5 of $56,787= **TO:** Elem. VP Step 5 .5 of $58,860 =
           $28,393.50                                 $29,430

**FROM:** MA $500 + Other $5,000        **TO:** Doctorate $1,500 + Other $5,000

**FROM:**    $4,885.42                  **TO:** $5,130.33

**RETRO:**   $1,469.46

The above will be reflected on your February 27, 1998 payroll. If you have any questions, please contact the fiscal department.

Edward L. Butler, Superintendent

1/23/98

EX 53 - 677

 

## DOS PALOS - ORO LOMA JOINT UNIFIED SCHOOL DISTRICT
2041 Almond Street
Dos Palos, California 93620

Revised Date: 7/16/97

## 1997/98 CERTIFICATED EMPLOYEE OFFER OF EMPLOYMENT

Bobbi Jo Erwin-Mitchell
1509 Ida St.
Dos Palos, CA 93620

Social Security No.: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
Years in District (1997/98):2

Notice is hereby given you, that at a meeting of the governing board of the Dos Palos - Oro Loma Joint Unified School District, held March 10, 1997, you were elected to serve as a <u>School Psychologist/Vice Principal</u> for the school year beginning July 1, 1997 and ending June 30, 1998.

Your annual salary for the school year in the above named position will be $58,625 paid in 12 payments, payable at the end of each calendar month, the first payment to be made on ~~July~~ AUG 31, 1997.

### SALARY ANALYSIS

| | | |
|---|---|---|
| **Class - Psychologist Salary Schedule** | | |
| Step 6 | Base | ($49,463) |
| | Annual Salary Total ($49,463 x .5) | $24,731.50 |
| | | |
| **Class - Elem. Vice Principal** | | |
| Step 5 | Base | ($56,787) |
| | Annual Salary Total ($56,787 x .5) | $28,393.50 |
| | | |
| **Masters' Degree** | | $500 |
| **Other (Challenge Project)** | | $5,000 |
| **Annual Salary Total** | | $58,625 |
| **Monthly Rate** | | $4,885.42 |

Your services in the above-named position will begin August 12, 1997. You will be required to render school service in the capacity above indicated for the length of the term during which the schools of the district are maintained.

Your attention is particularly directed to the provision of Education Code Section 45041 that a person... "who serves less that a full school year is entitled to receive as salary only an amount that bears the same ratio to the established annual salary for such position as the time he/she serves bears to the annual school term."

You have been classified by this Board as a <u>**Probationary**</u> Employee.

Other Conditions: Work year is 203 days for 1997/98. Special duty stipend solely contingent on Challenge Grant funding and fulfillment of duties. Salary based on Masters degree.

Signed:_____ Superintendent/Secretary to the Board

### ACCEPTANCE OF OFFER

I accept the above offer of employment, and the terms and conditions thereof, and will report for duty as directed. I recognize that it is my responsibility to provide a credential authorizing service in the assigned position and that this offer is contingent upon my providing this credential.
Consistent with Education Code 49406 requirement, I will provide proof that I am clear of Tuberculosis.

Signed:_____ Date:_____

EX 53 - 678

**DOS PAL⬤ ORO LOMA JOINT UNIFIED SCH⬤ DISTRICT**
2041 Almond Street
Dos Palos, California 93620

Date:   12/9/96

## AMENDED
## 1996/97 CERTIFICATED MANAGEMENT EMPLOYEE OFFER OF EMPLOYMENT

**BOBBI JO ERWIN-MITCHELL**
**1509 IDA ST.**
**DOS PALOS, CA 93620**

Social Security No.:   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
Years in District (1996/97): 1

Notice is hereby given you, that at a meeting of the governing board of the Dos Palos - Oro Loma Joint Unified School District, held October 13, 1996, you were elected to serve as an <u>Vice Principal (.5 FTE) & School Psychologist (.5 FTE)</u> for the school year beginning August 13, 1996 and ending June 30, 1997.

Your annual salary for the school year in the above named positions will be $51,332 paid in 12 payments, payable at the end of each calendar month, the first payment to be made on August 30, 1996, last two payments in June, 1997.

### SALARY ANALYSIS

| | | |
|---|---|---|
| **Class -- School Psychologist** | | |
| Step 5 | Base | ($47,561) |
| | Masters Degree | ($500) |
| Annual Salary Total   ($48,061 x .5) | | $24,030.50 |
| **Class -- Elem. Vice-Principal** | | |
| Step 4 | Base | ($54,603) |
| Annual Salary Total   ($54,603 x .5) | | $27,301.50 |
| **Total Annual Salary** | | $51,332. |
| **Monthly Rate** | | $4,277.67 |

Your services in the above-named positions will begin August 13, 1996. You will be required to render school service ** in the capacity above indicated for the length of the term during which the schools of the district are maintained.

Your attention is particularly directed to the provision of Section 45041 that a person... who serves less that a full school year is entitled to receive as salary only an amount that bears the same ratio to the established annual salary for such position as the time he/she serves bears to the annual school term.

You have been classified by this Board as a <u>Probationary</u> Employee in these positions.

Other Conditions:        193 days for Psychologist and 210 days for Vice-Principal for 1996/97 contract.

Signed:_____ Superintendent/Secretary to the Board
** It is understood that "school service" includes a full administrative assignment and such other duties normally required of a School Psychologist/Vice Principal in carrying out the program of the district, as may be assigned by the Assistant Superintendent and the Principal.

### ACCEPTANCE OF OFFER

I accept the above offer of employment, and the terms and conditions thereof, and will report for duty as directed. I recognize that it is my responsibility to provide a credential authorizing service in the assigned position and that this offer is contingent upon my providing this credential.
Consistent with Education Code 49406 requirement, I will provide proof that I am clear of Tuberculosis.

Signed:_____   Date:_____

EX 53 - 679

8 mo.  Vice-Principal
2 mo.  Principal - Summer School
1 yr.  SpEd Coord.
2 yrs.  Principal
_____
3 yrs  10 months.

EX 53 - 680

**Dos Palos-Oro Loma Joint Unified School District**
**Certificated Management Salary Schedule**
**1996/97**

*__Administrators__*

**Assistant Superintendent of Educational Services**

| Step 1 | 2 | 3 | 4 | 5 |
|--------|---|---|---|---|
| $66,872 | $69,029 | $71,186 | $73,343 | $75,500 |

220 days
Masters - $500

**Elementary Principal**

| Step 1 | 2 | 3 | 4 | 5 | 6 | |
|--------|---|---|---|---|---|---|
| $53,820 | $55,973 | $58,212 | $60,540 | $62,962 | $65,480 | annual |
| $250.33 | $260.34 | $270.75 | $281.58 | $292.85 | $304.56 | daily rate |

215 days

**Middle School Principal**

| Step 1 | 2 | 3 | 4 | 5 | 6 | |
|--------|---|---|---|---|---|---|
| $55,820 | $58,053 | $60,375 | $62,790 | $65,302 | $67,914 | annual |
| $259.63 | $270.01 | $280.81 | $292.05 | $303.73 | $315.88 | daily rate |

215 days

**High School Principal**

| Step 1 | 2 | 3 | 4 | 5 | 6 | |
|--------|---|---|---|---|---|---|
| $57,820 | $60,133 | $62,538 | $65,040 | $67,641 | $70,347 | annual |
| $268.93 | $279.69 | $290.87 | $302.51 | $314.61 | $327.19 | daily rate |

215 days

**Elementary Vice-Principal**

| Step 1 | 2 | 3 | 4 | 5 | 6 | |
|--------|---|---|---|---|---|---|
| $48,542 | $50,484 | $52,503 | $54,603 | $56,787 | $59,059 | annual |
| $231.15 | $240.40 | $250.01 | $260.01 | $270.42 | $281.23 | daily rate |

210 days

**Middle School Vice-Principal**

| Step 1 | 2 | 3 | 4 | 5 | 6 | |
|--------|---|---|---|---|---|---|
| $49,542 | $51,524 | $53,585 | $55,728 | $57,957 | $60,275 | annual |
| $235.91 | $245.35 | $255.16 | $265.37 | $275.99 | $287.03 | daily rate |

210 days

**High School Vice-Principal**

| Step 1 | 2 | 3 | 4 | 5 | 6 | |
|--------|---|---|---|---|---|---|
| $50,542 | $52,564 | $54,666 | $56,853 | $59,127 | $61,492 | annual |
| $240.68 | $250.30 | $260.32 | $270.73 | $281.56 | $292.82 | daily rate |

210 days

Blue
form

Effective July 1, 1996
Approved: 11/13/96

 

**Dos Palos-Oro Loma Joint Unified School District**
**Certificated Management Salary Schedule**
**1995/96**

## <u>Administrators</u>

**Assistant Superintendent of Educational Services**

| Step 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| $64,170 | $66,240 | $68,310 | $70,380 | $72,450 |

220 days
Masters - $500

**Principals**

| Step 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| $51,750 | $53,820 | $55,890 | $57,960 | $60,030 | $62,100 . |

215 days
Adult Ed - $5,000
Summer School - $1,500
Master's - $500   (Must have a master's degree for last two steps)
Oro Loma principal 1/2 - 1/2 district assignment

**Vice-Principals**

| Step 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| $48,542 | $50,094 | $51,647 | $53,199 | $54,752 |

210 days
High School VP receives $3,180 for ASB
Master's - $500   (Must have a master's degree for last two steps)

Includes 3.5% COLA for 1995/96
Effective July 1, 1995
Approved:  6/20/96

EX 53 - 682

Dos Palos-Oro Loma Joint U● ●d School District
Board Minutes - Page 5
October 17, 1996

Moved, Seconded, Passed - Mr. Spain/Mr. Goodman to hire Jill Lemos as a High School Special Ed Paraprofessional on step 3 and Shirley Hooper as a Dishwasher on Step 3.
VOTE: 6 AYES  0 NOES 1 ABSENT (Mr. Andrews)          #96-97-81

C. Appointment of Marks Elementary Vice Principal

Moved, Seconded, Passed - Dr. Brill/Mr. Spain to appoint Bobbie Jo Mitchell as 1/2 time Vice Principal for 1996-97 at Marks Elementary.
VOTE: 6 AYES  0 NOES 1 ABSENT (Mr. Andrews)          #96-97-82

D. Credential Waiver Notice/Board Authorization - following the public announcement, the following motion was made:

Moved, Seconded, Passed - Mr. Castillo/Dr. Brill to approve the following individuals who will be employed by the Dos Palos-Oro Loma Joint Unified School District for the 1996-97 school year under a credential waiver:

| | |
|---|---|
| Wendy Willis | First Grade Teacher |
| Juan Nunez | Primary Language Instruction/Spanish Teacher |
| Robert Ruiz | Primary Language Instruction/Spanish Teacher |

VOTE: 6 AYES  0 NOES 1 ABSENT (Mr. Andrews)          #96-97-83

FUTURE PLANNING :

The following items were requested to be on the next agenda:
1. Boundaries of the County Line
2. Extend expenses for legal representation for CCC

CLOSED SESSION:

At 9:04 p.m. the meeting adjourned to closed session to continue closed session agenda items III-B and III-C.  At 10:35 p.m. the meeting reconvened in open session and reported that no action was taken.

ADJOURNMENT:

Moved, Seconded, Passed - Mrs. Nordstrom/Mr. Castillo to adjourn the meeting at 10:37 p.m.
VOTE: 6 AYES  0 NOES 1 ABSENT (Mr. Andrews)          #96-97-84

NEXT REGULAR BOARD MEETING:    Thursday, November 21, 1996 at 7:30 p.m.
Marks Elementary Cafeteria

Respectfully submitted,

Edward L. Butler                          Donna Buie
Superintendent of Schools                 Secretary to the Superintendent

5

EX 53 - 683

**Dos Palos-Oro Loma Joint Unified School District**
**Certificated Support Personnel Salary Schedule**
**1996/97**

**Counselors**

| Step 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|--------|---|---|---|---|---|---|---|---|----|----|----|
| $31,279 | $33,004 | $34,730 | $36,456 | $38,182 | $39,907 | $41,633 | $43,359 | $45,084 | $46,810 | $48,536 | $50,262 |

Masters - $500
193 days

**Head Counselor**

| Step 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|--------|---|---|---|---|---|---|---|---|----|----|----|
| $36,078 | $37,804 | $39,530 | $41,255 | $42,981 | $44,707 | $46,433 | $48,158 | $51,610 | $53,335 | $55,061 | $56,787 |

Masters - $500
213 days

**Nurse**

| Step 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|--------|---|---|---|---|---|---|---|---|----|----|----|
| $30,416 | $32,141 | $33,975 | $35,701 | $37,427 | $39,152 | $40,878 | $42,604 | $44,329 | $46,055 | $47,781 | $49,507 |

Supervisor - $500
School Nursing Credential - $1,000
183 days

**Psychologist**

| Step 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|--------|---|---|---|---|---|---|---|---|
| $40,655 | $42,281 | $43,972 | $45,731 | $47,561 | $49,463 | $51,442 | $53,499 | $55,639 |

Masters - $500
193 days

Adopted: 11/13/96

EX 53 - 684

## DOS PALOS ORO LOMA JOINT UNIFIED SCHOOL DISTRICT
### 2041 Almond Street
### Dos Palos, CA 93620
### (209) 392-6101
### 1996-97

NAME Bobbie J. Erwin-Mitchell SS# 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

By action of the Board of Trustees, your monthly/annual salary has been changed to reflect the following:

FROM: Step 6 $45,540 + $500 MA          TO: Step 5 Pysch. $47,561+$500MA

MONTHLY FROM: $3,836.67                        TO: $4,005.08

RETRO $505.23

If you have any questions, please contact the fiscal department.

_____
Edward L. Butler, Superintendent

EX 53 - 685

# DOS PALOS ORO LOMA JOINT UNIFIED SCHOOL DISTRICT
## 2041 Almond Street
### Dos Palos, CA 93620
### (209) 392-6101
### 1996-97

**NAME** Bobbi Jo Erwin-Mitchell

After completion of negotiations and action of the Board of Trustees, your monthly/annual salary has been changed to reflect the following:

**FROM** Step 6 $44,000 + $500 MA   **TO**   Step 6 $45,540 + $500 MA

**MONTHLY FROM:** $3,708.34      **TO:** $3,836.67

**RETRO** -0-

If you have any questions, please contact the fiscal department.

Edward L. Butler, Superintendent

EX 53 - 686

 

## DOS PALOS - ORO LOMA JOINT UNIFIED SCHOOL DISTRICT
2041 Almond Street
Dos Palos, California 93620

Date:   6/20/96

## 1996/97 CERTIFICATED MANAGEMENT EMPLOYEE OFFER OF EMPLOYMENT

**BOBBI JO ERWIN-MITCHELL**          Social Security No.:__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___
**2801 VASSAR #25**                  Years in District (1996/97):__1__
**BAKERSFIELD, CA 93306**

Notice is hereby given you, that at a meeting of the governing board of the Dos Palos - Oro Loma Joint Unified School District, held _June 27___, 1996, you were elected to serve as an **School Psychologist** for the school year beginning August 13, 1996 and ending June 30, 1997.

Your annual salary for the school year in the above named position will be $44,500 paid in 12 payments, payable at the end of each calendar month, the first payment to be made on August 30, 1996, last two payments in June, 1997.

### SALARY ANALYSIS

| Class — School Psychologist | | |
|---|---|---|
| Step 6 | Base · | $44,000 |
| | Masters Degree | $500 |
| | | |
| Annual Salary Total | | $44,500 |
| Monthly Rate | | $3,708.34 |

Your services in the above-named position will begin August 13, 1996. You will be required to render school service ** in the capacity above indicated for the length of the term during which the schools of the district are maintained.

Your attention is particularly directed to the provision of Section 45041 that a person... who serves less that a full school year is entitled to receive as salary only an amount that bears the same ratio to the established annual salary for such position as the time he/she serves bears to the annual school term.

You have been classified by this Board as a **Probationary** Employee in this position.

Other Conditions:_____193 Day contract for 1996/97.

Signed:_____ Superintendent/Secretary to the Board
** It is understood that "school service" includes a full administrative assignment and such other duties normally required of a School Psychologist in carrying out the program of the district, as may be assigned by the Assistant Superintendent.

### ACCEPTANCE OF OFFER

I accept the above offer of employment, and the terms and conditions thereof, and will report for duty as directed. I recognize that it is my responsibility to provide a credential authorizing service in the assigned position and that this offer is contingent upon my providing this credential.
Consistent with Education Code 49406 requirement, I will provide proof that I am clear of Tuberculosis.

Signed:_Bobbi Jo Erwin-Mitchell_____   Date:_6-20-96_____

EX 53 - 687



# DOS PALOS - ORO LOMA

Edward L. Butler, Superintendent of Schools

**UNIFIED SCHOOL DISTRICT**

2041 Almond Street, Dos Palos, California 93620   (209) 392-6101   FAX (209) 392-3347

April 9, 1998

To Whom it May Concern:

This letter is to confirm the employment of Dr. Bobbi Jo Erwin-Mitchell as a School Psychologist with the Dos Palos - Oro Loma Joint Unified School District from 8/13/96 through 3/31/98. Dr. Mitchell's records indicate that she has an accumulated total of **195.25** hours of sick leave upon termination of employment with this District.

If you need any additional information please do not hesitate to contact the Human Resources Department at (209) 392-6101.

Sincerely,

Traci Hart
Coordinator of Human Resources

| MARKS ELEMENTARY | DOS PALOS ELEMENTARY | ORO LOMA ELEMENTARY | BRYANT MIDDLE SCHOOL | DOS PALOS HIGH | WESTSIDE HIGH |
|---|---|---|---|---|---|
| (209) 392-2424 | (209) 392-2151 | (209) 364-6116 | (209) 392-6186 | (209) 392-2131 | (209) 392-2766 |

EX 53 - 688

## TRAINING CONFIRMATION

This certifies that _B-J. Erwin-Mitchell_ received the following training on <u>September 24, 1997</u>.

### "HOW TO PREVENT BACK INJURIES"

*UNDERSTANDING THE CAUSES OF BACK INJURIES AND HOW TO SAFEGUARD YOURSELF BY USING PREVENTATIVE TECHNIQUES AND BEHAVIOR MODIFICATION.*

_B.J. Erwin-Mitchell_
Employee

_Traci Hart Widell_
Trainer/Instructor

_9-24-97_
Date

_____
Date

EX 53 - 689

Tracie
widell

District
office

EX 53 - 690

# DOS PALOS ORO LOMA JOINT UNIFIED SCHOOL DISTRICT
## EMPLOYEE CHANGE OF ADDRESS FORM

_Bobbi Jo Erwin-Mitchell_
**Employee Name**

_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_
**Social Security Number**

New Address to appear on payroll _1509 Ida St_
(Street)

Phone # _209-392-2811_   _Dos Palos_   _Ca_   _93620_
(City)        (State)   (Zip)

_Bobbi Jo Erwin-mitchell_
(Employee Signature)

_9-9-96_
(Date)

Original - Personnel File          Canary - Payroll

**EX 53 - 691**

## TRAINING CONFIRMATION

This certifies that _B. J. Erwin-Mitchell_ received the following training on <u>May 2, 1997</u>.

### "SEXUAL HARASSMENT IN SCHOOLS"

*HOW TO RECOGNIZE AND PREVENT SEXUAL HARASSMENT AND UNACCEPTABLE BEHAVIOR AS IT RELATES TO SEXUAL HARASSMENT.*

_____
Employee

_____
Trainer/Instructor

4-2-97
Date

5-2-97
Date

EX 53 - 692