*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

Employment Records of Bobbi Jo Mitchell

53.   Personnel Records from Dos Palos Unified School District, Dos Palos, California, School District, 1996-1998

54.   Curriculum Vitae of Bobbi Jo Mitchell, 1971-1998

Court/Law Enforcement Records

55.   Mary D. Erwin v. Jessie Carl Erwin, Cowley Co. Kansas, Case No. 26992 , Parents' Divorce Records, 4/25/1948

56.   Los Angeles Co. Sheriff's Dept., Report of Theft, 6/26/2001

Miscellaneous

57.   Death Certificate of Jessie Erwin (Bobbi Jo's Father), 4/6/1957

58.    Photographs

59.   Memorial Tribute from "The Bagpiper," the Erwin Family Newsletter

**AUSKA MITCHELL**

School Records

60.   Monument Valley High School, Kayenta, Arizona, 1981-85

FINANCE

EX 53 - 693



# DOS PALOS - ORO LOMA

2041 ALMOND STREET DOS PALOS, CALIFORNIA 93620 (209) 392-6101

## PERSONNEL/PAYROLL ACTION FORM

EMPLOYEE NAME: _Bobbi Jo Erwin Mitchel_ SSN: _____

EMPLOYEE PHONE #: _____ Classification *circle one*: Certificated Classified Confidential

☐ Check here if new address: _____

### NEW EMPLOYEE:

☐ New Hire  ☐ Rehire  ☐ Layoff Return
☐ FINGERPRINT CLEARANCE
Effective Date: _____
Job Title: _____
Site: _____
Range: _____ Step: _____
Salary: _____ Benefits: _____
Hours per day: _____ Days per Year: _____
Assignment Date: From: _____
                 To: _____

### EMPLOYEE SEPARATION:

☐ Resigned  ☐ Retired  ☐ Layoff
☐ Discharged  ☐ Deceased
Effective Date: _____
Separation Reason: _____

Notice Given: _____
Pay Through: _____
Accrued Sick Leave: _____
Accrued Vacation: _____

### MASTER CHANGES:

☐ Transfer  ☐ Adjustment
☒ Other: _SHIFT OF FUNDING SOURCES_
Effective Date: _2-1-98_

### REMARKS:

★ PLEASE SEE ATTACHED MEMO.

|  | Current: | Change to: |
|---|---|---|
| Job Title |  |  |
| Pay/Salary Rate |  |  |
| Pay/Salary Range |  |  |
| Pay/Salary Step |  |  |
| Hours per Day |  |  |
| Days per Year |  |  |
| Location |  |  |

☐ Retro Pay Required:

**Funding Source** *(specific)*: _GENERAL FUND_
**Board Approval Date.** _____

### SIGNATURES/APPROVALS:

Superintendent _____ Date _____

Site Administrator _____ Date _____

Human Resources _____ Date _1.26.98_

### For Fiscal Use

Position Number: _____ Date Received: _1-26-98_ Fiscal Technician: _____

Account Classification: _____ Benefits Classification: _____

Fiscal Director: _W. Tauda_ _1-26-98_

Revised 2/27/97

EX 53 - 694

# DOS PALOS-ORO LOMA JOINT UNIFIED SCHOOL DISTRICT
*Human Resources Department*

## Memorandum

**TO:**       Fiscal Department

**FROM:**    Traci Hart-Widell - Coordinator

**DATE:**    1/26/98

**RE:**       Community Grant Funding - Payroll

---

In anticipation of the contract about to be entered into with Anger Mangement Systems and the Community Challenge Grant Project, please shift funding for the 1/2 time School Psychologist salary for Bobbi Jo Mitchell from Grant Funds to the General Fund. This should free up resources to accomodate for the expenditures with AMS. Per discussions with Mr. Walker it is my understanding that by having Dr. McGregor on board through AMS, the District should remain in compliance with Grant requirements of a Clinical Psychologist as part of the project. The change in funding will become effective February 1, 1998.

As it currently stands, Dr. Mitchell will continue to receive the stipend for successful completion of duties of Grant Project Services (see memo dated 1/15/98). Please let me know if you have any questions.

EX 53 - 695



# DOS PALOS - ORO LOMA

2041 ALMOND STREET DOS PALOS, CALIFORNIA 93620 (209) 392-6101

## PERSONNEL/PAYROLL ACTION FORM

EMPLOYEE NAME: DR. MITCHELL                SSN: _____
EMPLOYEE PHONE #: _____  Classification (circle one) Certificated Classified Confidential

☐ Check here if new address: _____

---

### NEW EMPLOYEE:

☐ New Hire   ☐ Rehire   ☐ Layoff Return
      ☐ **FINGERPRINT CLEARANCE**
Effective Date: _____
Job Title: _____
Site: _____
Range: _____ Step: _____
Salary: _____ Benefits: _____
Hours per day: _____ Days per Year: _____
Assignment Date: From: _____
                 To: _____

### EMPLOYEE SEPARATION:

☐ Resigned   ☐ Retired   ☐ Layoff
☐ Discharged   ☐ Deceased
Effective Date: _____
Separation Reason: _____
_____
_____
Notice Given: _____
Pay Through: _____
Accrued Sick Leave: _____
Accrued Vacation: _____

### MASTER CHANGES:

☐ Transfer  ☐ Adjustment
☒ Other: Stipend for PhD = $1500
Effective Date: JULY 1, 1997

### REMARKS:

_____
_____
_____
_____

|  | Current: | Change to: |
|---|---|---|
| Job Title |  |  |
| Pay/Salary Rate |  |  |
| Pay/Salary Range |  |  |
| Pay/Salary Step |  |  |
| Hours per Day |  |  |
| Days per Year |  |  |
| Location |  |  |

### SIGNATURES/APPROVALS:

_____
Superintendent                Date

_____
Site Administrator            Date  1-21-98

_____
Human Resources               Date

☐ Retro Pay Required:
**Funding Source** (specific): _____
**Board Approval Date.** 1-15-98

---

### For Fiscal Use

Postion Number: _____  Date Received: 1-21-98  Fiscal Technician: _____

Account Classification: _____  Benefits Classification: _____

Fiscal Director: W. Mehic  1-22-98                    Revised 2/27/97





**DOS PALOS - ORO LOMA** 6 1995

2041 ALMOND STREET DOS PALOS, CALIFORNIA 93620 (209) 392-6161

RECEIVED
DOS PALOS - ORO LOMA

## Experience and Sick Leave Verification

To: _Kern County Office of Education_          Date: _9/25/96_

_Bobbie Jo Erwin-Mitchell_ SSN# _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_ , is
currently working in the Dos Palos-Oro Loma Joint Unified School District. Please
supply us with the following information so that we may complete our records.

Sincerely,

_Linda Beam_

Linda Beam
Coordinator of Human
   Resource Services

### Verification of Experience

Our records indicate that the above-named person was employed as a ___School
Psychologist___ in this district from ___9/11/95___ to ___6/30/96___.

District **DR. KELLY F. BLANTON**
Address: **KERN COUNTY**
**SUPERINTENDENT OF SCHOOLS**
~~1300 17TH STREET~~
**BAKERSFIELD CA 93301-4533**

_Barbara Renshaw_
Signature
Personnel Clerk II
Title

### California Districts Only:    Verification of Accumulated Days of Sick Leave

Our records show that the above named individual was entitled to a total of ___24___
hours of accumulated sick leave upon termination of employment with this district.

_Bettie Glen_
Signature
_Personnel Clerk II_
Title

GEORGE CHRISTIAN    DOS PALOS ELEMENTARY    ORO LOMA ELEMENTARY    BRYANT MIDDLE SCHOOL    DOS PALOS HIGH    WESTSIDE HIGH
(209) 392-2766    (209) 392-2151    (209) 364-6116    (209) 392-6186    (209) 392-2131    (209) 392-6158

EX 53 - 697

NAME OF EMPLOYER: Dos Palos-Oro Loma Unified    GROUP POLICY #: 038020    OCCUPATION/CLASS: TEACHER    DATE EMPLOYED: 08/19/96

| EMPLOYEE'S LAST NAME | FIRST NAME | MIDDLE | DATE OF BIRTH | | | SOC SECURITY # | STATE OF RESIDENCE |
|---|---|---|---|---|---|---|---|
| Mitchell | Bobbi | Jo | 1 | 5 | 42 | 384 38 8561 | Ba |

☐ Male  ☐ Single  ☐ Widowed
☐ Female ☒ Married ☐ Divorced ☐ Separated

NO. OF ELIGIBLE UNMARRIED CHILDREN: 0

Do you have other group coverage? Yes ☒ No — If Yes — Complete "Other Insurance"

Do your dependents have other group coverage? ☒ Yes ☐ No — If Yes — Complete "Other Insurance"

**DEPENDENT INFORMATION — SPOUSE AND/OR CHILDREN**

| | LAST NAME | FIRST | MIDDLE | DATE OF BIRTH Mo | Day | Year | RELATIONSHIP TO EMPLOYEE |
|---|---|---|---|---|---|---|---|
| 1 | Mitchell | George | C. | 3 | 2 | 27 | husband |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |

NAME & ADDRESS OF SPOUSE'S EMPLOYER: N/A - retired

Other Insurance Information: Person George C., Carrier/Pol # Blue Cross/Shield
Person Blue Cross/Blue Shield, R 21653418

NAME OF BENEFICIARY (LIFE ONLY): George C. Mitchell    RELATIONSHIP: husband

| | COVERAGE DESIRED | | |
|---|---|---|---|
| | EMP | DEPS | AMOUNT |
| Life/AD&D | | | |
| Dep Life | | | |
| Optional Life | | | |
| Medical | | | |
| Dental | | | |
| Vision | | | |
| Income Prot. | | | |

If the group insurance plan provides that any contributions be made by me, I authorize my employer to deduct them from my pay

7 / 1 / 96    Bobbi Jo Mitchell
Mo · Day — Year    Signature of Employee

EMPLOYER'S STATEMENT: THIS EMPLOYEE HAS BEEN ACTIVELY EMPLOYED SINCE THE DATE OF EMPLOYMENT SHOWN AND IS AT PRESENT WORKING THE REQUIRED MINIMUM NUMBER OF HOURS PER WEEK.

EMPLOYER'S SIGNATURE    EMPLOYEE'S EFFECTIVE DATE: 9/1/96

Keenan & Associates
**GROUP INSURANCE ENROLLMENT CARD**

---

NAME OF EMPLOYER:    GROUP POLICY #:    OCCUPATION/CLASS:    DATE EMPLOYED:

| EMPLOYEE'S LAST NAME | FIRST NAME | MIDDLE | DATE OF BIRTH | | | SOC SECURITY # | STATE OF RESIDENCE |
|---|---|---|---|---|---|---|---|
| | | | | 7 | 4 | | |

☐ Male  ☐ Single  ☐ Widowed
☐ Female ☒ Married ☐ Divorced ☐ Separated

NO. OF ELIGIBLE UNMARRIED CHILDREN

Do you have other group coverage? Yes ☐ No — If Yes — Complete "Other Insurance"

Do your dependents have other group coverage? ☒ Yes ☐ No — If Yes — Complete "Other Insurance"

**DEPENDENT INFORMATION — SPOUSE AND/OR CHILDREN**

| | LAST NAME | FIRST | MIDDLE | DATE OF BIRTH Mo | Day | Year | RELATIONSHIP TO EMPLOYEE |
|---|---|---|---|---|---|---|---|
| 1 | | | | 3 | 7 | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |

NAME & ADDRESS OF SPOUSE'S EMPLOYER:

Other Insurance Information: Person, Carrier/Pol #
Person, Carrier/Pol #

NAME OF BENEFICIARY (LIFE ONLY):    RELATIONSHIP:

| | COVERAGE DESIRED | | |
|---|---|---|---|
| | EMP | DEPS | AMOUNT |
| Life/AD&D | | | |
| Dep Life | | | |
| Optional Life | | | |
| Medical | | | |
| Dental | | | |
| Vision | | | |
| Income Prot. | | | |

If the group insurance plan provides that any contributions be made by me, I authorize my employer to deduct them from my pay

Mo · Day — Year    Signature of Employee

EMPLOYER'S STATEMENT: THIS EMPLOYEE HAS BEEN ACTIVELY EMPLOYED SINCE THE DATE OF EMPLOYMENT SHOWN AND IS AT PRESENT WORKING THE REQUIRED MINIMUM NUMBER OF HOURS PER WEEK

EMPLOYER'S SIGNATURE    EMPLOYEE'S EFFECTIVE DATE: 7/1/16

Keenan & Associates
**GROUP INSURANCE ENROLLMENT CARD**

| Membership Number (Soc Sec #) | Mem # | C-Type | **Enrollment Application** | **MCC** | MCC Behavioral Care of California, Inc. 661 North Brand Boulevard Suite 1130 Glendale, CA 91203 (818) 551-2200 |
|---|---|---|---|---|---|

Membership Number (Soc Sec #): 3 8 4 3 8 9 3 6 2

| Subscriber's Last Name | First Name | M.I | Birthdate | Sex | Status |
|---|---|---|---|---|---|
| MITCHELL | BOBBI | J | 01 05 42 | F | M |

Status: S-SINGLE M-MARRIED D-DIVORCED W-WIDOWED

| Address | Apartment |
|---|---|
| 1068 SO 17th ST #87 | |

| City | County | State | Zip Code |
|---|---|---|---|
| Avenal | Kings | Ca | 93264H |

| Home Phone | Work Phone | Employer's Name | Date of Hire |
|---|---|---|---|
| 209 386 4376 | | Dos Palos Oro Loma | 08 13 96 |

| Employee's Work Address | Employee Number | Union Number |
|---|---|---|
| 2041 Almond St, Dos Palos, Ca 93620 | | |

| Have you or your dependents ever been a member of MCC Behavioral Care of California, Inc.?  ☒No ☐Yes | If Yes, under what name? | Was it as a:  ☐Subscriber ☐Dependent |
|---|---|---|
| Membership Number | Group Number | Last Approx Date of Membership |

| Do you or your spouse carry any other health insurance, including MEDICARE?  ☐No ☒Yes | Name of other insurance  Blue Cross | Effective Date  1-5-77 |
|---|---|---|

| Name of policy holder | Policy Number | Name of Policy Holder's Employer | State |
|---|---|---|---|
| Blue Cross/Blue Shield | R21653415 | Retired | |

If MEDICARE, please send a copy of your health insurance card (red, white, & blue card) or Social Security Award Certificate and complete a MCC Behavioral Care of California MEDICARE information card.

| C-Code | Spouse's Social Security No. | Birthdate | Sex |
|---|---|---|---|
| | E 2 5 2 9 4 1 | 8 0 2 7 4 | M |

Is this dependent covered by Spouse's Insurance Policy?  ☐ ●Yes    Policy Number

Spouse: (First Name)  George    M.I.  Last Name (if different)

Policy Name

---

| C-Code | Student ☐No ☐Yes | Birthdate | Sex |
|---|---|---|---|

Is this dependent covered by Spouse's Insurance Policy?  ☐No ☐Yes    Policy Number

Dependent #1: (First Name)    M.I.  Last Name (if different)

Policy Name

---

| C-Code | Student ☐No ☐Yes | Birthdate | Sex |
|---|---|---|---|

Is this dependent covered by Spouse's Insurance Policy?  ☐No ☐Yes    Policy Number

Dependent #2: (First Name)    M.I.  Last Name (if different)

Policy Name

---

| C-Code | Student ☐No ☐Yes | Birthdate | Sex |
|---|---|---|---|

Is this dependent covered by Spouse's Insurance Policy?  ☐No ☐Yes    Policy Number

Dependent #3: (First Name)    M.I.  Last Name (if different)

Policy Name

---

| C-Code | Student ☐No ☐Yes | Birthdate | Sex |
|---|---|---|---|

Is this dependent covered by Spouse's Insurance Policy?  ☐No ☐Yes    Policy Number

Dependent #4: (First Name)    M.I.  Last Name (if different)

Policy Name

Please list additional dependents on a separate page and attach.

| Subscriber's Signature | Date Signed |
|---|---|
| Betty J. Mitchell | 7-1-96 |

**To be completed by Company Benefits Administrator**

| Effective Date | Group # | Div # | Benefits Mgr Sign | Co-Pay |
|---|---|---|---|---|

EX 53 - 700

# DOS PALOS ●●O LOMA JOINT UNIFIED S●●OOL DISTRICT

## VISION SERVICE PLAN ENROLLMENT FORM

### II. PERSONAL INFORMATION

| | LAST NAME | FIRST NAME | M.I. | CHECK ONE | | OTHER COVERAGE |
|---|---|---|---|---|---|---|
| 1 ☐ MALE 2 ☒ FEM | Mitchell | Bobbi | Jo | ☐ SINGLE ☒ MARRIED | ☐ WIDOWED ☐ DIVORCED | ☐ YES ☒ NO |

| AGE | BIRTHDATE MO DA YR | STREET ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| 54 | 01 05 42 | 1068 So 7th St | Avenal | Ca | 93204 |

| SOCIAL SECURITY NO. | MOD | DATE HIRED MO DA YR | EMPLOYER | DEPT. NO. | CLOCK NO. | EMPLOYEE NO. |
|---|---|---|---|---|---|---|
| 3 84 38 8 5 62 | | 08 13 96 | Dos Palos Oro Loma | | | |

### III. FAMILY INFORMATION

1. PLEASE LIST ALL ELIGIBLE FAMILY MEMBERS TO BE ENROLLED.
2. IF ADDING OR REMOVING DEPENDENTS, LIST MEMBERS TO BE ADDED OR REMOVED ONLY.

| | LAST NAME | FIRST NAME | M.I. | S.R. | AGE | BIRTHDATE | DEPENDENT DISABLED? |
|---|---|---|---|---|---|---|---|
| 3 ☒ HUSB 4 ☐ WIFE | Mitchell | George | C. | | 74 | 03 02 27 | ☐ YES ☒ NO |
| 5 ☐ SON 6 ☐ DAUGH | | | | | | | ☐ YES ☐ NO |
| 5 ☐ SON 6 ☐ DAUGH | | | | | | | ☐ YES ☐ NO |
| 5 ☐ SON 6 ☐ DAUGH | | | | | | | ☐ YES ☐ NO |

| SUBSCRIBERS SIGNATURE | DATE SIGNED |
|---|---|
| Bobbi Jo Mitchell | 7-1-96 |

EX 53 - 701

## Enrollment Application

Please Print or Type — Press Firmly



## Delta Dental Plan of California

**A**

| EMPLOYEE | | |
|---|---|---|
| Group Name __Dos PALOS ORO LOMA JUSD__ | ☐ COBRA    ☐ Extend-A-Care | Hire Date __08__ /13 /__96__  Mo. Day Yr. |

Location or Branch _____

| __384 - 38 - 8562__ | __Bobbi__ | · | __Jo__ | __Mitchell__ |
|---|---|---|---|---|
| Social Security Number | Name | First | Middle Initial | Last |

Prior Social Security Number Under Delta: __ — __ — __

Birth Date __01 05 42__    Sex ☐ Male  ☑ Female    Marital Status ☐ Single  ☑ Married  ☐ Divorced  ☐ Separated

**Employment Status**
☑ Certificated  ☐ Union  ☐ Retired
☐ Classified  ☐ Non-union  ☐ Part-time
☑ Full-time

Street Address __1067 So 7th St #87__

City __Avenal__    State __Ca__    Zip __93204__

Does Your Spouse Have a Dental Plan?  ☐ Yes  ☑ No
If Yes Who Is Covered?  ☐ Yourself  ☐ Spouse  ☐ Dependent Children
Other Insurance Company Name? _____

Do You Have Dependent Children?  ☐ Yes  ☑ No
Are You Enrolling Your Dependents (Spouse/Children) In The Delta Dental Plan?  ☑ Yes—Complete Section B  ☐ No

**For Delta Use Only**

| Group Type | S | T | V | N |
|---|---|---|---|---|

Group Number _____

Effective Date _____

Elig. Code _____

☐ 18 mos.    ☐ 36 mos.

**E | CHANGES**

**EMPLOYEE**

☐ Name Change

List New Name in Section A

Former Name:

_____

**DEPENDENT**

List Dependents affected by a change in Section B

☐ Add    ☐ Delete

Reason for Change:

_____
_____
_____

**B**

**DEPENDENTS**

| Spouse Name | First | Middle Initial | Last (if Different) | Sex M F | Birthdate Mo. Day Yr. | Marriage Date Mo. Day Yr. |
|---|---|---|---|---|---|---|
| | George | C. | / | M | 03 22 27 | 12 09 56 |

| Children Name | First | Middle Initial | Last (If Different) | Sex M F | Birthday Mo. Day Yr. | If Child is 19 or Over (Check One) Full-Time Student | Disabled |
|---|---|---|---|---|---|---|---|
| 1. | | | | | / / | | |
| 2. | | | | | / / | | |
| 3. | | | | | / / | | |
| 4. | | | | | / / | | |
| 5. | | | | | / / | | |
| 6. | | | | | / / | | |
| 7. | | | | | / / | | |

Effective Date of Change __ / __ / __    Mo. Day Yr.

**Verification:** I agree to continue membership in this program during employment and while the program is in force and I agree to comply with the terms of the group contract.

Signature **X** __Bobbi Jo Mitchell__    Date __07__ / __01__ / __96__

**C**

**COBRA**

Qualifying COBRA Event:
☐ Termination  ☐ Divorced  ☐ Medicare
☐ Retirement  ☐ Widowed  ☐ Overage Dependent
☐ Reduction in hrs.  ☐ Surviving Dependent  ☐ Legal Separation
☐ Other _____

Qualifying Date __ / __ / __    Month Day Year

__ — __ — __
Prior Social Security Number Under Delta

I understand that I may be required by the employer to pay for these benefits.

Signature **X** _____    Date __ / __ / __

**D**

**EXTEND A CARE**

Program Selected:  ☐ CDS I    ☐ CDS II

I agree to make the required contribution as specified in the group Insurance Contract. I further agree to remain enrolled in this program for at least 12 months.

Signature **X** _____    Date __ / __ / __

Delta 602 (5/88)

**Delta Dental Copy—White        Employer Copy—Canary        Enrollee Copy—Pink**

EX 53 - 702

# SISK III
**SELF-INSURED SCHOOLS OF KERN**

## BLUE CROSS ENROLLMENT FORM

**For District Use Only**
GROUP MEDICAL NO.

EFFECTIVE DATE

## I. SELECTED COVERAGE

| Type of Coverage: | ☐ COBRA<br>☐ Re-hire | Are you retired? | ☐ YES ☐ NO |
| --- | --- | --- | --- |
| ☑ New Enrollment | ☐ Re-enrollment | Do you or your Dependents have Medicare?<br>George C. | ☒ YES ☐ NO   If "YES", attach copy of Medicare card(s).<br>I do not have the card. |

## II. PERSONAL INFORMATION

1 ☐ MALE
2 ☒ FEMALE

| LAST NAME (Print) | FIRST NAME (Print) | U.I. | | BIRTHDATE |
| --- | --- | --- | --- | --- |
| Mitchell | Bobbi | JO | ☐ SINGLE<br>☒ MARRIED<br>☐ DIVORCED | MO 01 DAY 05 YR 42 |

| STREET ADDRESS | CITY | STATE | ZIP | TELEPHONE NO. |
| --- | --- | --- | --- | --- |
| 1068 So. 7th. St. | Avenal | Ca | 93204 | Area Code (209) 386-4376 |

| SOCIAL SECURITY NO. | DATE HIRED/REHIRE DATE | EMPLOYER | OCCUPATION |
| --- | --- | --- | --- |
| 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 | 08/13/96 | Dos Palos-Oro Loma Unified | School Psychologist |

## III. EMPLOYEE & FAMILY INFORMATION
Please list yourself and all eligible family members to be enrolled. (Attach additional sheets if necessary.)

| | LAST NAME | FIRST NAME | MI | SOCIAL SECURITY NUMBER | HAS OTHER HEALTH PLAN? | QUALIFIES AS IRS DEPENDENT | FULL-TIME STUDENT | DATE OF BIRTH | AGE | TOTALLY DISABLED |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| SELF | Mitchell | Bobbi | J | 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 | ☐Y ☒N | | | MO 1 DAY 5 YR 42 | 54 | ☐Y ☒N |
| SPOUSE | Mitchell | George | C | 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 | ☒Y ☐N | | | 3 12 74 | | ☐Y ☒N |
| ☐ SON<br>☐ DAUGHTER | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | ☐Y ☐N |
| ☐ SON<br>☐ DAUGHTER | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | ☐Y ☐N |
| ☐ SON<br>☐ DAUGHTER | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | ☐Y ☐N |
| ☐ SON<br>☐ DAUGHTER | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | ☐Y ☐N |
| ☐ SON<br>☐ DAUGHTER | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | ☐Y ☐N |
| ☐ SON<br>☐ DAUGHTER | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | ☐Y ☐N |
| ☐ SON<br>☐ DAUGHTER | | | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | ☐Y ☐N |
| ☐ SON<br>☐ DAUGHTER | | | | ☒ | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N | | | ☐Y ☐N |

**IV. DEDUCTION AUTHORIZATION:** If applicable, I authorize my school district to deduct from my wages the required dues.

**V. ARBITRATION AGREEMENT:** I understand any dispute between myself (and/or any enrolled family member) and SISK III (including WellPoint Life and it's affiliates) must be resolved by binding arbitration, if the amount in dispute exceeds the jurisdictional limit of the Small Claims Court, and not by law suit or resort to court process, except as California law provides for judicial review of arbitration proceedings. Under this coverage, both the member and SISK III are giving up the right to have any dispute decided in a court of law before a jury.

**VI. NON-PARTICIPATING PROVIDER:** I understand that I am responsible for a greater portion of my medical costs when I use a non-participating provider.

**VII. AUTHORIZATION TO OBTAIN OR RELEASE MEDICAL INFORMATION:** Blue Cross is authorized to obtain and release medical information in compliance with the Insurance and Privacy Protection Act, Section 56.10 et. seq. of the California Civil Code.

I hereby authorize any physician, health care practitioner, hospital, clinic, or other medical or medically related facility to furnish an agent, designee, or representative of Blue Cross of California any and all records pertaining to medical history, services rendered, or treatment given to anyone enrolled hereunder or added hereafter for purposes of review, investigation, or evaluation of an application or a claim.

I also authorize Blue Cross of California and its affiliates, or its agents, designees or representatives to disclose to a hospital or health care service plan, self-insurer, or insurer any such medical information obtained if such disclosure is necessary to allow the processing of any claim.

My coverage is under a Group Master Agreement held by SISK III. This authorization also permits disclosure to them for purposes of utilization review or financial audit.

This authorization shall become effective immediately and shall remain in effect as long as is necessary to enable Blue Cross of California and its affiliates to process claims. A photocopy of this authorization shall be as valid as the original.

| Initials | Date |
| --- | --- |
| BQM | 7-1-96 |

Applicant must initial and date this medical information authorization.

**VIII. EFFECTIVE DATE:** The effective date of coverage is subject to SISK III approval.

## IX. COBRA INFORMATION – (To be completed by the district) Check correct box indicating "Qualifying Event" causing loss of coverage.

*Employee:
☐ Termination of employment
☐ Reduction of employee's work hours

*Family Member:
☐ Death of the employee
☐ Divorce or legal separation from employee
☐ Loss of dependent child eligibility

*Other: If enrolling from a prior carrier's COBRA coverage, please indicate the qualifying event date above and write in the date of the "Qualifying Event" here

## X. SIGNATURE OF UNDERSTANDING - APPLICANT MUST SIGN

I have read and understood the provisions outlined on this form. All information on this form is correct and true. I understand that it is the basis on which coverage may be issued under the plan. Any misstatements or omissions may result in future claims being denied and/or the policy being rescinded. You are entitled to a copy of this signed authorization for your files.

X _Bobbi Jo Mitchell_    7-1-96
Employee Signature    Date

GC4099 1/96

DISTRIBUTION: WHITE - SISK Membership; CANARY -Employee

EX 53 - 703

## DOS PALOS ORO LOMA JOINT UNIFIED SCHOOL DISTRICT

### CERTIFICATED PERSONNEL FORM

NAME _Bobbi Jo Mitchell_

ADDRESS _1068 So. 7th St #87_ CITY _Avenal, Ca 93204_

PHONE _209-386-4376_

GRADE _School Psychologist_

NUMBER OF YEARS TEACHING IN DOS PALOS/ORO LOMA _1st_

COLLEGES ATTENDED _Fresno Pacific, Northern Arizona University, College of Sequoias_

CREDENTIALS HELD _(Standard Elementary)( Pupil Personnel) (Administration) Endorsements- Spec. Ed. Counseling, School Psych._

BIRTHDATE _01-05-42_ ANNIVERSARY _12-9_

SPOUSE'S NAME _George C._

CHILDREN'S NAMES _Sherry Lane / Auska Kee_

PERSON TO NOTIFY IN CASE OF EMERGENCY:

NAME _Sherry Lane Mitchell_

ADDRESS _1068 So 7th St. #87_

PHONE _209-386-4376_ CITY _Avenal, Ca 93204_

THANK YOU

8/93

EX 53 - 704

CERTIFICATED CHECK LIST

Teacher's Name _____ Bobbi Jo ERWIN - MITCHELL _____

Contract Returned _____ ✓ _____

Credential (Co. Office) _____ ✓ _____

Driver License _____

Social Security Card _____ ✓ _____

T.B. X-RAY _____ ✓ _____

Medical Exam _____ N/A _____

I-9 Immigration Form _____ ✓ _____

STRS (yellow sheet) _____ ✓ _____

W-4 Cards _____ ✓ _____

CBEST Copy _____ ✓ _____

Abuse Forms (2) _____ ✓ _____

Transcripts/Proof of Credits _____ ✓ _____

Transfer of Sick Leave _____

Health Insurance - Blue Cross _____ ✓ _____

- Vision _____ ✓ _____

- Dental _____ ✓ _____

Sick Leave Card _____

Drug & Alcohol- Free Workplace _____ ✓ _____

Oath or Affirmation Form _____ ✓ _____

Sexual Harassment _____

Worker's Compensation Designation _____ ✓ _____

EX 53 - 705

## CHILD ABUSE & NEGLECT REPORTING

California Penal Code §11165 et seq. requires that every teacher, administrative officer, supervisor of child welfare and attendance, or certificated pupil personnel employee of any public school, who has knowledge of or observes a child in his or her professional capacity or within the scope of his or her employment whom he or she knows or reasonably suspects has been a victim of child abuse shall report the known or suspected instance of child abuse to a child protective agency immediately or as soon as practically possible by telephone and shall prepare and send a written report thereof within 36 hours of receiving the information concerning the incident.

"Child Abuse" means a physical injury which is inflicted by other than accidental means on a child by another person. It also means the sexual abuse of a child or any act or omission prohibited by Penal Code Section 273a (willful cruelty or unjustifiable punishment of a child) or Section 273d (corporal punishment or injury). It also means the neglect of a child or abuse in out-of-home care.

The persons listed above, and any other person, may, but are not required to, report known or reasonably suspected episodes of mental suffering inflicted on a child or episodes where a child's emotional well-being is endangerd in any other way.

"Reasonable suspicion" means that it is objectively reasonable for a person to entertain such a suspicion, based upon facts that could cause a reasonable person in a like position, drawing when appropriate on his or her training and experience, to suspect child abuse.

When two or more persons who are required to report child abuse are present and jointly have knowledge or suspicion, they may agree that only one of them will render the required reports. Any party to such an agreement who has knowledge that the designated person failed to make the required report must thereafter make the report.

These reporting requirements are individual and no supervisor or administrator may impede or inhibit the reporting duties and no person making such a report shall be subject to any sanction for making the report.

No person who is required to make a report as set forth above shall be civilly or criminally liable for such report. Any other person who makes a report as set forth above shall not incur civil or crimal liability unless it can be proven that a false report was made and the person knew that the report was false.

### ACKNOWLEDGEMENT

I declare that I have read the statement above and understand my responsibility regarding Child Abuse Reporting.

Dated: ___7-1-96___                     _Bobbie D Mitchell_
                                              Signature

**EX 53 - 706**

### DOS PALOS ORO LOMA JOINT UNIFIED SCHOOL DISTRICT

### DUTY TO REPORT CHILD ABUSE

I, _Bobbi Jo Mitchell_, have knowledge of the child reporting requirements of Section 11166 of the California Penal Code and will comply with its provisions.

Section 11166 of the Penal Code requires any child care custodian, medical practitioner, nonmedical practitioner, or employee of a child portective agency who has knowledge of or observes a child in his or her professional capacity or within the scope of his or her employment whom he or she knows or reasonably suspects has been the victim of a child abuse to report the known or suspected instance of child abuse to a child protective agency immediately or as soon as practically possible by telephone and to prepare and send a written report thereof within thirty-six (36) hours of receiving the information concerning the incident.

"Child care custodian" includes teachers, administrative officers, supervisors of child welfare and attendance, or certificated pupil personnel employees of any public or private school; administrators of a public or private day camp; licensed daycare workers; administrators of community care facilities licensed to care for children; headstart teachers; licensing workers or licensing evaluators; public assistance workers; employees of a child care institution including, but not limited to, foster parents, group home personnel, and personnel of residential care facilities; and social workers or probation officers.

"Medical practitioner" includes physicians and surgeons, psychiatrists, psychologists, dentists, residents, interns, podiatrists, chiropractors, licensed nurses, dental hygienists, or any other person who is licensed under Division 2 (commencing with Section 500) of the Business and Professions Code.

"Nonmedical practitioner: includes state or county public health employees who treat minors for venereal disease or other condition; coroners; paramedics; marriage, family or child counselors; and religious practitioners who diagnose, examine, or treat children.

_7-1-96_
(Date)

_Bobbi Jo Mitchell_
(Name of Employee)

EX 53 - 707

DOS PAL● ORO LOMA UNIFIED SCHOOL ●STRICT

**All Personnel**                                          E 4112.3/4212.3/4312.3

## OATH OR AFFIRMATION

"I _Bobbi Jo Mitchell_, do solemnly affirm that I will support and defend the Constitution of the United States and the Constitution of the State of California against all enemies, foreign and domestic; that I will bear true faith and allegiance to the Constitution of the United States and the Constitution of the State of California; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties upon which. I am about to enter.

_Bobbi Jo Mitchell_
Signature

Certified by:

_Linda Beam_
(Person who administers the oath)

NOTE:  Pursuant to Government Code 3105, school district employee oaths are filed with a district officer or employee designated by the district.

ADOPTED:  3/10/93

EX 53 - 708

TO:    DOS PALOS ORO LOMA JOINT UNIFIED SCHOOL DISTRICT

FROM:    _Bobbi Jo Mitchell_    _School Psychologist_
          (EMPLOYEE NAME)          (POSITION)

SUBJECT:  PERSONAL PHYSICIAN DESIGNATION FORM

DATE:    _7-1-96_

I hereby request that I be treated by my personal physician in the event of any "on-the-job" work injury.

_Dr. Lusby_
Physician's Name

_Dr. Charles Kraft_
Physician's Name

_209-584-5196_
Physician's Phone Number

_Bobbi Jo Mitchell_
EMPLOYEE SIGNATURE

---

WAIVER

I waive my right to be treated by my personal physician in the event of an emergency or when my personal physician is not available.

_Bobbi Jo Mitchell_
EMPLOYEE SIGNATURE

Keenan & Associates

EX 53 - 709

Merced County
Office of Education
632 West 13th Street
Merced. CA 95340

Ronald Tiffee,
Superintendent

# Eligibility Statement For State Teachers Retirement System

An Affirmative Action/Equal Opportunity Employer

It is the responsibility of the Merced County Office of Education (MCOE) to determine the eligibility for retirement benefits of all certificated employees working within its area of jurisdiction.

This questionnaire is to be completed by all certificated employees hired by a school district or MCOE. The school district of hire will forward immediately to the following address:

> MCOE - Payroll Office
> Attn: STRS
> 632 W. 13th Street
> Merced. CA 95340

Employed By: _Dos Palos Oro Loma_ Position: _Scho_ Social Security No.: _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_
*(School District)* *(Attach copy of S.S. Card as req. by E.C. 11404)*

Employee's Name: _Mitchell    Bobbi    Jo_   (X) Female   ( ) Male
*(Please type or print name as it appears on Social Security card)* Last    First    Middle

Birthdate: _01_ _05_ _42_   Date of Hire: _08_ _16_ _96_
Month   Day   Year   Month   Day   Year

Maiden name or other names used for employment: _Erwin    Bobbi    Jo_
Last    First    Middle

Please check the box below indicating the status of certificated employees being hired:

[✓] Full-time *(Contracted teachers/administrators must become members of S.T.R.S. if they work at least 50 percent of each school month.)*

[ ] Part-time *(Teachers must become members of S.T.R.S. if they work more than 60 hours in a pay period. A pay period for school districts is not less than four weeks nor more than one calendar month.)*

[ ] Substitute *(Teachers must become members of S.T.R.S. if they work more than 100 days in a school year.)*

In addition to this position:

I am employed as a
[ ] part-time
[ ] full-time teacher in the _____
[ ] substitute

School District, County of _____

I am a member of the:

[✓] State Teachers' Retirement System.

[ ] Public Employees' Retirement System. *(Formerly "State Employees' Retirement System" or "SERS")*

[ ] University Retirement System. *(Formerly "Pension Retiring Annuity System" or "P.R.A.S.")*

[ ] Los Angeles City or San Francisco Retirement System.

[ ] _____ Retirement System.
Other

[ ] STRS Retiree

[ ] Other Retiree

Have you received a refund of contribution? [ ] Yes [✓] No   Date of refund: _____

Employee's Signature: _Bobbi Jo Mitchell_   Date: _7-1-96_

EX 53 - 710

DOS PALOS ORO LOMA UNIFIED SCHOOL DISTRICT

This is to verify that I received the notification of Policy 4020 Drug and Alcohol-Free Workplace Notice to Employees on
_____.

*Bobbi Jo Mitchell*

Employee's Signature

EX 53 - 711

PRE-EMPLOY

EX 53 - 712

Dos Palos-Oro Loma Joint Unified School District
Attn: Linda Beam/Human Resources
2041 Almond Street
Dos Palos, CA 93620

March 30, 1996

Dear Human Resource Director:

Please find enclosed my application for the position of a school psychologist in your district. Included in my packet are the following items; resume, copies of credentials, transcripts, recommendation letters, pertinent other information that may assist you in considering me for a school psychologist position.

As my resume indicates, I have a wide variety of experiences in special education and regular education. I am presently employed as a school psychologist in the Kern County Superintendents Office. I find my present position rewarding, but I would like to get involved within a school district setting.

Thank you for your consideration and I am looking forward to hearing from you soon.

Sincerely,

Bobbi Jo Erwin-Mitchell, Ed. D.
School Psychologist

EX 53 - 713



**Dos Palos-Oro Loma Joint Unified School District**
**2041 Almond Street**
**Dos Palos, CA 93620**

## APPLICATION FOR CERTIFICATED EMPLOYMENT

Complete all applicable sections as accurately and correctly as possible. An incomplete application may disqualify an applicant. Be brief, but complete. **DO NOT** substitute a resume for the requested information.
(Please print or type)

Name: _Erwin-Mitchell, Bobbi Jo_     Date: _3-29-96_

Current Address, City, State, & Zip: _2801 Vassar #25, Bakersfield, CA 93306_

Permanent Address, City, State, & Zip: _1068 So. 7th St. #87, Avenal, CA 93204_

Telephone No. _(805) 571-0881_     Alternative Telephone No.: _Mess. (209) 386-4376_

*Type of Position Desired*: Subject(s) or Grade(s)

First Preference: _School Psychologist_ Second Preference: _____

Date Available for Employment: _May 96_     Date Available for Interview: _April 96_

*California Credentials now held*:

Type: _Clear P.P.S. Counseling and Psychology_     Expires: _9-1-97_
Type: _Clear Administrative Services_     Expires: _6-30-99_
Type: _Clear Specialist Instruction/Sp. Ed_ Expires: _6-30-99_

Name of California teaching credential applied for: _____ Date of application: _____

Have you met the CBEST requirements? (x)yes   ( ) no
Has your credential ever been revoked? ( )yes   (x) no
Have you ever been dismissed or been asked to resign from any teaching position? ( )yes   (x) no
Have you ever been convicted of or pleaded guilty or no contest to a felony? ( )yes   (x) no
(A conviction may not automatically bar you from employment consideration) If yes, explain: _____

Number of semester units of graduate work beyond the issuance date of your BA or BS degree: _126_
Number beyond MA or MS: _90_
My placement papers are on file with the following placement office: _Fresno Pacific College 1717 S. Chestnut Ave._
Please attach your placement papers to this application or have them forwarded to the district _Fresno, CA 93702_

Do you speak, read, or write any language other than English? (x)yes   ( ) no
I speak (x), read (x), or write ( ) Specify Language(s): _Navajo_

*Educational Preparation* (College or University - List most recent schooling first)

| Name and location of each institution | From | To | Degree | Major | Minor |
|---|---|---|---|---|---|
| Fresno Pacific College Fresno, CA | 1970-1971 1990-1992 | | BA 1971 P.P.S. 1992 | Ed Ed | |
| Northern Arizona University Flagstaff, AZ | 1978-1989 | | MA Ed.D. | Ed. Sp.Ed. Ed. Admin | |

**Please attach a page describing your teaching philosophy, style, or additional information you feel is relevant to your application.**

_Teaching Experience_ (List all years of experience, use additional sheets, if necessary. Indicated TYPE, i.e., regular, substitute or student teaching.)

| School District | School | Grades/Subject | From/To | Type | F/T or P/T | Salary |
|---|---|---|---|---|---|---|
| Kern County | School Psy. Pre-Twelfth | | 1995-1996 | FT | | |
| Chinle Unified Sch. Dist. | Sch. Psy-Counselor Admin. | | 1993-1995 | FT | | |
| Lakeside Elem. School | RSP Specialist | | 1987-1993 | FT | | |
| | | | | | | |
| | | | | | | |

_Work Experience Other than Teaching:_

| Position | Employer | Duties | | From/To |
|---|---|---|---|---|
| See attached resume. | | | | |
| | | | | |
| | | | | |
| | | | | |

_School extra-curricular assignments you have had:_

Geography Bee - Christmas Programs
Peach Blossom - Science Fair

_Extra-curricular activities you are willing to supervise:_

Open.

_Other work and travel experience:_

See attached Resume.

_Professional References_ (include only those who have knowledge of your teaching experience: e.g., superintendents, principals, supervisors, and student teaching master teachers)

| Name | Position | Address and Phone Number |
|---|---|---|
| Mark Fulmer | Assoc. Supt. | 1905 7th St. Sanger, CA 93657 (209)875-6521 |
| Ron Madruga | Supt. | 9100 Jersey Ave. Hanford, CA 93230 (209)582-2868 |
| Joseph Bernard | Sch. Psy. | 114 W. Lacey Blvd. Hanford, CA 93230 (209)584-1441 |

**IMPORTANT NOTICE TO ALL APPLICANTS:**
I hereby certify that the answers/statements made in this application and accompanying materials are true, correct, and complete to the best of my knowledge and belief. I understand that if this application is incomplete, or false statements are made, this may disqualify me from subsequent employment with Dos Palos-Oro Loma Joint Unified School District or may result in my dismissal. I authorize the district to make any investigation of my personal or employment history and release from all liability persons/organizations reporting information required by this application. This application and all documents submitted become property of the DPOLJUSD upon receipt and cannot be returned.

3-29-96
Date

Signature

## Educational Philosophy

I recognizes the importance of, and commit myself to, the following educational and learning principles.

I believe that children are the Nation's greatest and most important resource. The schools have a duty and a responsibility to these children to encourage them to be inquisitive, creative, self-sufficient, and respectful of others. I also encourage and support the maintenance of their cultural identity by promoting student fluency in their culture and maintaining their primary language.

Education is a lifelong process that begins in the home. It is the responsibility of the school to build on the teachings of the home, to work to establish a genuine school-home partnership, and to promote parental participation in the formal education of their children. The purpose of formal education is to gain the academic knowledge and wisdom needed to successfully pursue life's aspirations.

Special and unique educational needs exist in our student population. These needs require an approach that reinforces tenets, theories, educational values, and philosophies of their culture as well as other cultures. Since each student lives in a dual society, relationships between the two societies must be identified and made an integral part of the educational process. To promote educational relevancy, positive self-concept, a strong sense of identity, maximum student your community and as a part of the broader society must be understood.

To meet the needs of our students, the schools must provide holistic educational experiences using physical, social, aesthetic, and cognitive learning processes. These experiences will start our students up the ladder of education, enabling them to reach the highest levels of knowledge and fulfillment.

I will develop and offer educational programs leading to the development of skills, knowledge, and wisdom. Students will have access to the tools they need to live in harmony with themselves, with their society, and with their environment.

EX 53 - 716

**Bobbi Jo Erwin-Mitchell**
**2801 Vassar St. #25**
**Bakersfield, California 93306**
**805-871-0881**

## EDUCATION:

| | |
|---|---|
| **July 1992** | **Fresno Pacific College**. Fresno, California, PPS Credential in Counseling and School Psychology |
| **December 1989** | **Northern Arizona University**. Flagstaff, Arizona Ed.D.  Doctorate in Education |
| **August 1979** | **Northern Arizona University**. Flagstaff, Arizona Masters of Arts in Education |
| **May 1991** | **Fresno Pacific College**. Fresno, California Bachelor of Arts in Behavioral Sciences |
| **May 1970** | **College of Sequoias**. Visalia, California Associate of Arts in Liberal Arts |

## EXPERIENCE

**1995-1996**    **School Psychologist**. Kern County Superintendent of Schools, Bakersfield, California 93301. Assessments, interpretation, report writing, attend IEP meetings, inservice on current assessment procedures, and federal and state laws. Confer with other professionals, parents, and assist as needed.

**1993-1995**    **Counselor, Interim Vice Principal, Principal, School Psychologist** Chinle School District, Chinle, Arizona 86503. Positions included, high school academic counseling, conflict resolution counseling, group counseling, vocational counseling introduced high school to student study team process, inserviced elementary schools to this process. Inserviced staff-ADHD procedures, conduct disorder behavior modification. Assessment of special education students, discipline for 1200 students, budget and attendance for the high school, total preparation for summer school program. Was involved in compliance reviews, restructuring, chaired writing of academic handbook, involved in preparation for school with in a school program, served as committee chairperson to select the associate superintendent for school district.

**Summer 1990**    **Teacher**. Shelly Baird Summer School Program of Severely Emotional Disturbed. Classroom, Hanford, California, 93230. Taught classes (all subject areas) for Kings County Selpa, 5th through 12th grade. Team counseling with Mental Health Staff.

**1987-1993**    **Resource Specialist, K-8th grades**. Lakeside Union School District. Hanford, California 93230. Program for learning disabled, school base support, advisory, students k-8th. Hmong, Spanish, and Portuguese, bilingual students included in case load. Case carrier for special education program, responsible for all academic assessment (SDC and RSP), report writing/evaluation of students the programs as new referrals, yearly, and three year evaluations. Play therapy programs, and psychological counseling under

EX 53 - 717

Bobbi Jo Erwin-Mitchell (continued page 2)

supervision of SELPA psychologists. Consultant and inservice for regular education teachers and special education parents in the areas of curriculum and remediation. Conducted and organized student study teams, and was a member of county wide special education council for Kings county. Participated in CCR of the special education program at Lakeside and was awarded commendation for the core curriculum program. Established a counseling program for students in the in-school-suspension program.

1986 - 1987    Special Education Coordinator. Ganado Unified School District, Ganado, Arizona. Promoted within District. Supervised Special Education Programs in four schools in the Ganado School system k-12, 120 special education students. Maintained official records, checked for federal and state compliance, conducted compliance review with outside monitors, inservice education for all staff including administrators. Supervised special education budget, school psychologist, and speech therapist. Wrote grants, proposals, and attended special education conferences state wide.

1985 - 1986    Teacher. Ganado Unified School District 86506. Special education 7-8th, cross categorical --all subject areas; raised funds for special education field trips, art supplies, and television with VCR.

1984 - 1985    Teacher. Kayenta Public Schools, Kayenta Unified School District, Kayenta, Arizona, 86033. Special education 9-12, cross categorical--all subject areas, sponsored cheer-leading, raised funds for special education field trips and cheerleading. Department Chairperson spring semester. Development of curriculum guide for special education focused around core curriculum.

1982 - 1984    Principal, K-8th School. Tsaile Elementary School, Chinle School District, Chinle, Arizona. Management and education facilitator for self-contained and departmentalized programs. Supervised cross categorical programs, including special education, Title IV, Chapter I, library, sports, tutorial programs, facility management, buses, kitchen, classified staff--including program aides, janitors, bus drivers, cooks, and various other programs. Inservice presenter and facilitator, community support groups, personnel, payroll, and other planning as needed to facilitate a k-9th program in a rural setting. Test scores increased during this time, and discipline problems decreased.

1980 - 1981    Consultant, Director, Teacher, and Program Evaluator. Hozhoni Foundation for the Handicapped, Flagstaff, Arizona 86002 (Temporary Position). Foundations' Program located in Pinetop, Arizona, included supervision of staff, clients, budget and program planning in a workshop setting as well as a group home for all clients. Vocational education was an integral part of the program as well as academics.

1979 - 1982    Graduate Assistant. Northern Arizona University, Flagstaff, Arizona, College of Education-Administration 86011. Semester basis-research, staff writing, substitute teaching, guest speaker in educational administration/school law. Updating of personnel files for graduate students, analysis of course work from official transcripts. Statistical analysis of data, surveys, and computer research.

EX 53 - 718



Bobbi Jo Erwin-Mitchell (continued page 3)

**Summer 1980**  **Program Developer.** University of Arizona, Tucson, Arizona (temporary position). Program planning and educational development in the area of extension work on the Navajo Reservation. Work included evaluation of existing programs dealing with vocational and agriculture implementation, supervision of staff, budget, payroll.

**Spring 1980**  **Research Analyst, Intern.** House of Representatives, Arizona State Legislature, 1700 W. Washington, Phoenix, Arizona 85007. Research, report, speech, amendment writing, analysis of impending legislation and interpretation of proposed laws dealing with budget changes for the state of Arizona--all areas of educational laws.

**1972 - 1978**  **Principal-Teacher, Supervisory Home Living Specialist, Teacher.** Bureau of Indian Affairs, Navajo/Alaska Area Offices. Principal-teacher responsibilities included teaching grades 1-8th in a one-room school, with supervision of teacher aides, planning included bilingual program, Chapter I programs, library, and budget. Supervisory Home-Living Specialist duties included supervision of staff, planning, counseling, directing of home living program for 226 student high school dormitory. Master teacher duties included working with grades k-8, teaching responsibility was held at all grade levels, bilingual program development, special education, and Regular classrooms.

**Fall 1972**  **Education Resource Coordinator-Demonstration Teacher.** Rough Rock Demonstration School, Rough Rock, Arizona (temporary position). Assisted teachers in planning, writing, and implementing objectives, gave inservice training in curriculum areas, developed a bilingual program with materials, assisted with counseling program and on-the-job training of students in career/vocational education, worked with personnel to achieve goals for Chapter I program. As education coordinator I also ran the resource library for the demonstration school, which was set up from scratch and developed into a vital part of the school program.

**1971 - 1972**  **Youth Counselor in Training.** Kings County Juvenile Authority, Hanford, California. Worked with boys and girls in an open fenced situation. Included drug, reality, and self-identity counseling. Case load ranged from 10 to 15 students. Helped students with school obligations, personal problems, arts and crafts, and recreation. Counseled with parents.

**PUBLICATIONS**  Due Process, Equalization of Finance, Learning Stations in the Self Contained Classroom, Women in Administration, Impact of Public Laws 95-561 and 93-638 on Schools

Located

on the Navajo Indian Reservation and nearby Bordertowns.

**AWARDS**  **Letter of Commendation** for Outstanding administration (Bureau Of Indian Affairs (BIA). 1975 Many Farms. Arizona. **Outstanding Service Award.** Arizona State Legislature, 1980, Presented by Governor Bruce Babbit. **Honors,** Phi Delta Kappa, Graduate Assistantship, Dean's List, President's List, Alpha Gamma Sigma, High Honors. **Teacher of the Year.** 1991-1992, Masonic Lodge.

Bobbi Jo Erwin-Mitchell (continued page 4)

## ACHIEVEMENTS

**1992**    School Psychologist Intern, Shelly Baird-School for the Developmentally Delayed, Hanford, California 93230. Full assessment of mild, moderate, severe, and profound mentally retarded students. Inserviced staff and parents.

**1991 - 1992**    School Psychologist Intern. Kings County Juvenile Hall, Hanford, California 93230. Included crises counseling, psychological and academic testing. Planning with and inservicing counselors in counseling techniques and behavior disorders. Created homework program for the Juvenile Center and trained staff to test and implement a homework program with a point system to build self-esteem. Trained clinical psychologist interns in testing methods, procedures, and report writing.

School Psychologist Intern. Lakeside Union Elementary School District. Hanford, California 93230. Duties included full assessment of students, IEP meetings, working with individual students, parents, and counseling of them. Inservice staff on behavior disorders and ADHD.

**1991 - Fall**    Counseling Intern. Lakeside Union Elementary School District, Hanford, California 93230. K-8th grades, included individual, group, and play therapy counseling.

## REFERENCES    References and/or placement file available on request.

EX 53 - 720

# Jerome C. Barrett
### 7016 Noah Ave., Bakersfield, CA 93308
### Phone: (805) 636-4813 (work); (805) 391-9112 (home)

March 19, 1996

To Whom it May Concern:

This letter of recommendation is being written at the request of Dr. Bobbi Erwin-Mitchell, a school psychologist with whom I have had the pleasure of working during the 1995-1996 school year. While I was not Dr. Mitchell's direct supervisor during this period of time, as coordinator of assessment and support, we had numerous opportunities to meet both formally and informally to discuss assessment tools, report formats, and various assessment issues during the school year. In each instance, I found her to a "quick study." She has a good understanding of special education, assessment tools, eligibility criteria, and the continuum of placement options that are available and need to be considered in determining the most appropriate and least restrictive placement in the educational setting.

As the psychologist serving "small schools" in Kern county, Dr. Mitchell had ample opportunity to work with a variety of regular education staff, resource teachers, district administrators and county office personnel. Her background as a classroom teacher and site principal helped her establish an initial level of credibility, and a good level of rapport was achieved early on and has been maintained through out the school year. She has good collaborative skills and is open to working with a variety of divergent viewpoints in order to provide the best assessment and potential placement for children needing special education services. Additionally, I found her to be thorough in her assessments and always willing to work with instructional staff in getting the assessment information into the instructional program(s).

If I had a staff opening for a school psychologist, Dr. Mitchell is the type of person that would hope to find on my interviewing list. She has good assessment skills, is hard working, dedicated to serving children, cooperative with staff at all levels and open to new ideas and techniques. I recommend her as a serious candidate to any district that is looking for a school psychologist. If I may be of additional help in evaluating Dr. Mitchell's skills, please feel free to contact me at either of the above numbers.

Sincerely,

Jerome C. Barrett
Coordinator, Assessment and Support
Kern County Superintendent of Schools Office

OFFICE OF KELLY F. BLANTON
KERN COUNTY SUPERINTENDENT OF SCHOOLS
1300 17th Street- City Centre
(805) 636-4000

March 19, 1995

To Whom It May Concern:

Dr. Bobbi Jo Mitchell has been employed by Kern County Superintendent of Schools since September, 1995. During this past six months, as a colleague, I have come to know Dr. Mitchell both personally and professionally. I have found her to be an exceptionally dedicated and capable employee as well as a remarkable person who is tireless in her efforts to reconcile the pressures of serving as a child advocate and working ethically and professionally within the limitations of the proverbial "system." It is with pleasure and without reservation that I am writing this letter of reference for her.

In my interactions with Dr. Mitchell, I have observed her to possess extensive knowledge of testing materials and assessment procedures, psychological principles and professional issues which she successfully integrates with her wealth of varied educational training and experiences. Furthermore, Dr. Mitchell is committed to ongoing professional growth in her perpetual search for methods, materials and opportunities to improve her job performance; and has been highly motivated and forthright in sharing expertise, insights and materials with colleagues in a collaborative effort to provide an even more comprehensive data base for serving each student.

Although I have not been in a position to observe Dr. Mitchell's assessment skills directly, I have staffed with her professionally on a number of cases and have had the opportunity to review her work accordingly. Dr. Mitchell's exhibits the ability and commitment to individualize her testing battery to meet the individual needs of each student, to calculate and analyze results and to develop effective written reports unique in their thoroughness, depth of interpretation, and relevance and feasibility of recommendations.

I have been impressed continually with the dedication, energy, conscientiousness, and sincerity with which Dr. Mitchell embraces her responsibilities as a school psychologist while never compromising her personal and professional ethics and, ultimately,
never losing sight of each student as an individual with his/her own strengths, weaknesses and personal as well as educational needs.

Again, I am pleased to recommend Dr. Bobbi Jo Mitchell for the position of school psychologist. If you desire, please feel free to contact me personally at work (805) 636-4852 or home (805) 588-3762.

Sincerely,

Kristina O. Speece
School Psychologist

EX 53 - 722

| 384 38 8562 | MITCHELL, MRS. | BOBBI | JO | | STUDENT STATUS |
|---|---|---|---|---|---|
| SOCIAL SECURITY NUMBER | NAME        Last | First | Middle or Malden | | JUN 5 1978 |

| Box 305 | LUKACHUKAI, | AZ | 86503 | 1/5/42 | CAMBRIDGE, KS | GRAD SPECIAL |
|---|---|---|---|---|---|---|
| ADDRESS        Street | City | State | Zip Code | Birthdate | Place of Birth | 8-9-77 |

GRAD REGULAR

| PARENT OR GUARDIAN NAME | ADDRESS        Street | City | State | Zip Code |
|---|---|---|---|---|

| GED NAU | FLAGSTAFF, | AZ | 1964 | | 5 | J | 7 |
|---|---|---|---|---|---|---|---|
| HIGH SCHOOL | City | State | Date graduated | Rank in Graduating Class | | | |

---

**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 MITCHELL BOBBI J — PRE-SESS 78**

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| ESE | 380 | INTRO EDUC EXCEPTIONAL CHILD | *3.0 | B |
| SGPA 0.000 | | SEM·PTS    0.0 SEM·CR·HRS. | 0.0 | |
| CGPA 0.000 | | CUM·PTS    0.0 CUM·CR·HRS. | 0.0 | |

**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 MITCHELL BOBBI J — SUMMER I 78**

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| ESE | 655 | ADV ASSESS REMED LEARN PROB | 3.0 | B |
| ESE | 654 | EDUC EMOTIONALLY DISTURBED | 3.0 | A |
| SGPA 3.500 | | SEM·PTS    21.0 SEM·CR·HRS | 6.0 | |
| CGPA 3.500 | | CUM·PTS    21.0 CUM·CR·HRS. | 6.0 | |

**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 MITCHELL BOBBI J — SUMMER II 78**

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| EFD | 610 | INTRODUCTION TO RESEARCH | 3.0 | A |
| ESE | 650 | METH MAT SPECIAL EDUC | 3.0 | B |
| HPR | 171 | SWIMMING | *1.0 | A |
| | | *Undergraduate credit | | |
| SGPA 3.500 | | SEM·PTS    21.0 SEM·CR·HRS. | 18.0 | |
| CGPA 3.500 | | CUM·PTS    42.0 CUM·CR·HRS. | 12.0 | |

FALL 1978

OFFICIAL WITHDRAWAL    10/ 23 / 1978

**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 MITCHELL BOBBI J — SPRING 79**

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| EAD | 721 | TECH ADMIN LEADERSHIP | 3.0 | A |
| EAD | 725 | SUPERVISION OF INSTRUCTION | 3.0 | A |
| EFD | 685 | GRADUATE RESEARCH | 3.0 | 6 |
| ESE | 650 | METH MAT SPECIAL EDUC | 3.0 | A |
| | | ACADEMIC HONORS - DEANS LIST | | |
| SGPA 4.000 | | SEM·PTS    36.0 SEM·CR·HRS | 12.0 | |
| CGPA 3.714 | | CUM·PTS    78.0 CUM·CR·HRS. | 24.0 | |

---

**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 MITCHELL BOBBI J — SUMMER I 79**

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| EAD | 690 | PRINCIPLE EDUC. ADMIN | 3.0 | A |
| EAD | 730 | ARIZONA SCHOOL LAWS | 3.0 | A |
| SGPA 4.000 | | SEM·PTS    24.0 SEM·CR·HRS | 6.0 | |
| CGPA 3.777 | | CUM·PTS    102.0 CUM·CR·HRS. | 30.0 | |

**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 MITCHELL BOBBI J — SUMMER II 79**

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| EAD | 735 | SCHOOL FINANCE | 3.0 | A |
| EFD | 630 | SCHOOL LAW FOR TEACHERS | 3.0 | A |
| SGPA 4.000 | | SEM·PTS    24.0 SEM·CR·HRS | 6.0 | |
| CGPA 3.818 | | CUM·PTS    126.0 CUM·CR·HRS. | 36.0 | |

August 11, 1979:    Granted Master of Arts in
                    Education Degree
Major:    Educational Administration

**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 MITCHELL BOBBI J — FALL 79**

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| MAT | 107 | INTRODUCTION TO ALGEBRA | 3.0 | A |
| EAD | 718 | THEORY EDUC ADMIN | 3.0 | A |
| EAD | 720 | DIR READINGS ADMIN SUPER | 3.0 | A |
| EAD | 727 | ELEMENTARY SCHOOL ADMIN | 3.0 | A |
| SGPA 4.000 | | SEM.PTS.    24.0    SEM.CR.HRS. | 8.0 | |
| CGPA 4.000 | | CUM.PTS.    24.0    CUM.CR.HRS. | 8.0 | |

**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 MITCHELL BOBBI J — SPRING 80**

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| EAD | 608 | FIELD WORK EXPERIENCE | 9.0 | 7 |
| ECI | 675 | PRINCIPLES CURR CONSTRUCTIO | 3.0 | 7 |
| SGPA 0.000 | | SEM·PTS    0.0 SEM·CR·HRS | 9.0 | |
| CGPA 4.000 | | CUM·PTS    24.0 CUM·CR·HRS. | 17.0 | |

CONTINUED ON

EX 53 - 723

STUDENT STATUS

| CIAL SECURITY NUMBER | NAME | Last | First | Middle or Maiden | |
|---|---|---|---|---|---|

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 MITCHELL BOBBI J                    SPRING 80

| DEPT | NUMBER | DESCRIPTIVE TITLE | SEM. HRS | GRADE |
|---|---|---|---|---|
| SCI | 675 | PRINCIPLES CURR CONSTRUSEE 280 | 3.0 | A |

| SGPA | 4.000 | SEM.PTS: 12.0 SEM.CR.HRS | 3.0 |
|---|---|---|---|
| CGPA | 4.000 | CUM.PTS: 36.0 CUM.CR.HRS. | 20.0 |

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 MITCHELL, BOBBI J                    FALL 1980

| DEPT | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| BME | 634 | TEST AND EVAL. OF MINOR OF SW | 3.0 | A |
| EAD | 746 | INTERNSHIP | 3.0 | 06 |
| EFD | 712 | PSYCHOLOGICAL FOUND EDUC | 3.0 | A |
| PS | 499 | CONTEMPORARY DEVELOPMENTS | 3.0 | A |

ACADEMIC HONORS - DEANS LIST

| SGPA | 4.000 | SEM.PTS 36.0 SEM.CR.HRS | 12.0 |
|---|---|---|---|
| CGPA | 4.000 | CUM.PTS 72.0 CUM.CR.HRS. | 32.0 |

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 MITCHELL BOBBI J                    SPRING 81

| DEPT | NUMBER | DESCRIPTIVE TITLE | SEM. HRS | GRADE |
|---|---|---|---|---|
| EAD | 733 | LEGAL ASPECT SCHOOL ADMIN | 3.0 | A |
| EAD | 732 | DATA PROCESS SCHOOL ADMIN | 3.0 | 07 |
| EAD | 737 | BUDGET CONTROL | 3.0 | A |
| EFD | 672 | COMPARATIVE EDUCATION | 3.0 | A |

| SGPA | 4.000 | SEM.PTS 36.0 SEM.CR.HRS | 9.0 |
|---|---|---|---|
| CGPA | 4.000 | CUM.PTS 108.0 CUM.CR.HRS. | 41.0 |

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 MITCHELL BOBBI J                    SUMMER I 81

| DEPT | NUMBER | DESCRIPTIVE TITLE | SEM. HRS | GRADE |
|---|---|---|---|---|
| CC | 580 | THE COMMUNITY COLLEGE | 3.0 | A |
| PSY | 525 | INTRODUCTORY STATISTICS | 3.0 | 07 |

| SGPA | 4.000 | SEM.PTS 12.0 SEM.CR.HRS | 3.0 |
|---|---|---|---|
| CGPA | 4.000 | CUM.PTS 120.0 CUM.CR.HRS. | 44.0 |

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 MITCHELL BOBBI J                    SUMMER II 81

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS | GRADE |
|---|---|---|---|---|
| MAT | 270 | APPLIED STATISTICS | 3.0 | 09 |
| PSY | 625 | INTERMEDIATE STATISTICS | 3.0 | 09 |

| SGPA | 0.000 | SEM.PTS 0.0 SEM.CR.HRS | 0.0 |
|---|---|---|---|
| CGPA | 4.000 | CUM.PTS 120.0 CUM.CR.HRS. | 44.0 |

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 MITCHELL BOBBI J                    SPRING 81

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS | GRADE |
|---|---|---|---|---|
| EAD | 732 | DATA PROCESS SCHOOL ADMSEE 281 | 3.0 | A |

| SGPA | 4.000 | SEM.PTS 12.0 SEM.CR.HRS | 3.0 |
|---|---|---|---|
| CGPA | 4.000 | CUM.PTS 132.0 CUM.CR.HRS. | 47.0 |

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 MITCHELL BOBBI J                    PRE-SESS 81

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS | GRADE |
|---|---|---|---|---|
| PSY | 525 | INTRODUCTORY STATISTICS SEE 381 | 3.0 | A |

| SGPA | 4.000 | SEM.PTS 12.0 SEM.CR.HRS | 3.0 |
|---|---|---|---|
| CGPA | 4.000 | CUM.PTS 144.0 CUM.CR.HRS. | 50.0 |

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 MITCHELL BOBBI J                    FALL 81

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS | GRADE |
|---|---|---|---|---|
| EFD | 620 | RESEARCH DESIGN | 3.0 | 07 |
| EFD | 673 | INTERNATIONAL EDUCATION | 3.0 | A |
| EFD | 798 | DISSERTATION SEMINAR | 3.0 | 06 |
| PSY | 625 | INTERMEDIATE STATISTICS | 3.0 | B |

| SGPA | 3.500 | SEM.PTS 21.0 SEM.CR.HRS | 9.0 |
|---|---|---|---|
| CGPA | 3.928 | CUM.PTS 165.0 CUM.CR.HRS. | 59.0 |

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 MITCHELL, BOBBI            INC & WIP FINAL FALL 81

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS | GRADE |
|---|---|---|---|---|
| EAD | 720 | DIR READINGS ADM SUPERV SEE1/79 | 3.0 | 06 |
| EFD | 620 | RESEARCH DESIGN SEE1/81 | 3.0 | A |

| SGPA | 4.000 | SEM.PTS. 12.0 SEM.CR.HRS. | 6.0 |
|---|---|---|---|
| CGPA | 3.944 | CUM.PTS. 213.0 CUM.CR.HRS. | 65.0 |

CONTINUED ON
PAGE ..

NORTHERN ARIZONA UNIVERSITY FLAGSTAFF, ARIZONA

EX 53 - 724

| OCIAL SECURITY NO. | NAME (LAST) | (FIRST) | (MIDDLE OR MAIDEN) |
|---|---|---|---|
| 384 38 8562 | MITCHELL, MRS. | BOBBY JO | |

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  MITCHELL BOBBI J          SPRING 82

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| EAD | 738 | SCHOOL BUILDING PROBLEMS | 3.0 | B |
| EAD | 799 | DISSERTATION | 6.0 | 10 |
| EAD | 799 | DISSERTATION | 3.0 | 10 |
| HPR | 171 | SWIM FITNESS | 1.0 | 08 |

| | | | |
|---|---|---|---|
| SGPA 3.000 | SEM.PTS   9.0 SEM.CR.HRS | 3.0 |
| CGPA 3.894 | CUM.PTS  222.0 CUM.CR.HRS. | 68.0 |

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  MITCHELL BOBBI J          SUMMER I 82

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| EAD | 799 | DISSERTATION | 2.0 | 06 |
| EPS | 797 | COMPUTER STATISTICS | 3.0 | 07 |

| | | | |
|---|---|---|---|
| SGPA 0.000 | SEM.PTS   0.0 SEM.CR.HRS | 2.0 |
| CGPA 3.894 | CUM.PTS  222.0 CUM.CR.HRS. | 70.0 |

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  MITCHELL,BOBBI      WIP FINAL.      SPRING 1983

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| EPS | 797 | COMPUTER STATISTICS        SEE 382 | 3.0 | B |

| | | | |
|---|---|---|---|
| SGPA 3.000 | SEM.PTS.   9.0   SEM.CR.HRS. | 3.0 |
| CGPA 3.850 | CUM.PTS. 231.0   CUM.CR.HRS. | 73.0 |

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  MITCHELL BOBBI J          SUMMER II 84

| DEPT. | NUMBER | DESCRIPTIVE TITLE | SEM. HRS. | GRADE |
|---|---|---|---|---|
| EAD | 799 | DISSERTATION | 3.0 | 10 |

| | | | |
|---|---|---|---|
| SGPA 0.000 | SEM.PTS   0.0 SEM.CR.HRS | 0.0 |
| CGPA 3.850 | CUM.PTS  231.0 CUM.CR.HRS. | 73.0 |

*THE WORD COPY APPEARS IF COLOR COPIED*

EX 53 - 725

NAME: MITCHELL, BOBBI J          ID: 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 (CONT)



NORTHERN ARIZONA UNIVERSITY
FLAGSTAFF, ARIZONA 86011

| COURSE | TITLE | HOURS GRADE | COURSE | TITLE | HOURS GRADE |
|--------|-------|-------------|--------|-------|-------------|

FALL 1984
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN   3.0 NET   0.0 PTS   0.0

SPRING 1985
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN   3.0 NET   0.0 PTS   0.0

SUMMER-1ST 5 WEEKS 1985
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN   3.0 NET   0.0 PTS   0.0

SUMMER-2ND 5 WEEKS 1985
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN   3.0 NET   0.0 PTS   0.0

SPRING 1986
ESE 550 EDUC LRNG DISABLEC                    3.0 A
SEM GPA  4.00 EARN   3.0 NET   3.0 PTS   12.0

FALL 1986
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN   3.0 NET   0.0 PTS   0.0

SPRING 1987
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN   3.0 NET   0.0 PTS   0.0

FALL 1987
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN   3.0 NET   0.0 PTS   0.0

SPRING 1988
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN   3.0 NET   0.0 PTS   0.0

FALL 1988
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN   3.0 NET   0.0 PTS   0.0

SPRING 1989
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN   3.0 NET   0.0 PTS   0.0

FALL 1989
EAD 799 DISSERTATION                          3.0 P
SEM GPA  0.00 EARN   3.0 NET   0.0 PTS   0.0

CUM GPA  3.86 EARN 109.0 NET  63.0 PTS  243.0

--------------------------------------------------------
DOCTOR OF EDUCATION                    12/15/89
EDUCATIONAL ADMINISTRATION
--------------------------------------------------------

-----------------END OF ACADEMIC RECORD----------------

GRADING SYSTEM: A - EXCELLENT; B - GOOD; C - AVERAGE; D - PASSING; F - FAILURE; P - PASSING; I - INCOMPLETE; W - WITHDRAWAL; AU - AUDIT; IP - RESEARCH IN PROGRESS;
NOTE: (*) Classes repeated or deleted under University policy; (X) Classes so designated do not earn hours toward graduation; (WI) WRITING INTENSIVE.
Northern Arizona University vigorously pursues Affirmative Actions and Equal Opportunity in its employment, recruitment, activities and programs.
Under the provisions of the Family Rights and Privacy Act, this document may not be released to a third party without written consent of the student.

| STUDENT ID NO. | NAME · LAST | FIRST | MIDDLE | MAIDEN (IF MARRIED) | SEX |

**PERMANENT RECORD**

Mr. & Mrs. Jessie C. Erwin   Cambridge, Kansas   1-5-42

NAME OF PARENT OR GUARDIAN · · · PLACE AND DATE OF BIRTH

| DEPT. | COURSE NUMBER | COURSE TITLE | UNITS ATTEMP | UNITS ALL'WD | GRADE | GRADE POINTS |
|---|---|---|---|---|---|---|
| | | **Fall 1970** | | | | |
| ang | 190 | Ind St-Navajo Language | | 4 | CR | |
| 'sy | 118 | Developmental Psych | 4 | 4 | B | 12 |
| Psy | 128 | Group Dyn & Leadership | 5 | 5 | A | 20 |
| Ilb | 102 | Bib Lit: General Epistles | 4 | 4 | B | 12 |
| | | Term Total | 13 | 17 | | 44 |
| | | **Winter 1971** | | | | |
| bg | 116 | Political Geography | 4 | 4 | B | 12 |
| S. | 151 | Chr & Cont Thought | 4 | 4 | B | 12 |
| oc | 145 | Marriage & Family | | | *I | |
| ang | 190 | Ind St-Navajo Language | | 4 | CR | |
| sych | 152 | Abnormal Psychology | 4 | 4 | A | 16 |
| | | Term Total | 12 | 16 | | 40 |
| | | Cum Total | 25 | 33 | | 84 |
| | | *Incomplete made 6-11-71 | | | | |
| Soc | 145 | Marriage & Family | 4 | 4 | B | 12 |
| | | Adj Term Total | 16 | 20 | | 52 |
| | | Adj Cum Total | 29 | 37 | | 96 |
| | | **Spring 1971** | | | | |
| St | 63 | Man and Philosophy | 4 | 4 | C | 8 |
| sych | 105 *** | Educational Psychology | 4 | 4 | B | 12 |
| sych | 145 | Social Psychology | 4 | 4 | B | 12 |
| oc | 187 | Racial & Cultural Minorities | 4 | 4 | A | 16 |
| duc | 100 | Soc Found of Education | | | *.I | |
| S | 110 | Contemporary Issues | 1 | 1 | A | 4 |
| | | Term Total | 17 | 17 | | 52 |
| | | Cum Total | 46 | 54 | | 148 |
| | | **Summer 1971** | | | | |
| sych | 175 | Psych Practicum | | | ** I | |
| | | Cum Total | 46 | 54 | | 148 |
| | | *Incomplete Removed 8-30-71 | | | | |
| Educ | 100 | Soc Found of Education | 4 | 4 | A | 16 |
| | | Adj Cum Total | 50 | 58 | | 164 |
| | | **Incomplete Removed 10-6-71 | | | | |
| Psych | 175 | Psych Practicum | 4 | 4 | A | 16 |
| | | Adj Cum Total | 54 | 62 | | 180 |
| | | Continued on page two | | | | |

Continued on page two

# PACIFIC COLLEGE of FRESNO

1717 S. CHESTNUT AVE.
FRESNO, CALIFORNIA 93702

Name Change To:
HIGH SCHOOL:  GED Test   FRESNO PACIFIC COLLEG'
Effective September 9, 1977

GRADUATION DATE:  1963

DEGREE

MAJOR

MINOR

GRADUATION DATE

THANSCRIPTS M
IN A SEALED
OFFICIAL

**GRADING SYSTEM:**

A – Excellent, 4 pts
B – Good, 3 pts
C – Satisfactory, 2 pts
D – Passing, 1 pt
F – Failure, 0 pts
FW– Withdrew failing, 0 pts

Grades not computed in GPA

P – Pass
V – Audit
I – Incomplete
W – Withdrew
CR – Credit
NC – No credit

UNIT OF CREDIT:  A quarter unit represents a 50-minute class period for one quarter of 11 weeks.
(Semester system prior to September 1969)

REQUIRED FOR GRADUATION: 186 quarter units, plus C average.

Date

Registrar

| | STUDENT ID NO. | NAME - LAST | FIRST | MIDDLE | MAIDEN (IF MARRIED) | SEX | PERMANENT RECORD |
|---|---|---|---|---|---|---|---|

Mr. & Mrs. Jessie C. Erwin — NAME OF PARENT OR GUARDIAN      Cambridge, Kansas   1-5-42 — PLACE AND DATE OF BIRTH

| EPT. | COURSE NUMBER | Page 2    COURSE TITLE | UNITS ATTEMP | UNITS ALL'WD | GRADE | GRADE POINTS |
|---|---|---|---|---|---|---|
| | | Cumulative totals continued | 54 | 62 | | 180 |
| P 4 | 3 C | 9547  MITCHELL, BOBBI | | | F | 7 1 |
| G S | 110***GOVT ISSUES | | | 1 | C R | |
| H C | 107***CPR HIST HAT PRO | 5 | 5 | A | 2 0 |
| O C | 120  IND ST SOC THEORY | 4 | 4 | B | 1 2 |
| H G | 135  MOD ENG GRAMMAR | 5 | 5 | C | 1 0 |
| S Y | 103  PSYCH OF PERSON | 4 | 4 | A | 1 6 |
| S | 150  SIPTOP SEMINAR | 4 | 4 | B | 1 2 |
| | | TERM TOTAL | 22 | 23 | | 7 0 |
| | | CUM TOTAL | 76 | 85 | | 250 |

Arizona State University - - - - - - - - -
1965-1966
Credit Allowed                    9          9                      27

College of Sequoias - - - - - - - - - - -
1968-1970
Credit Allowed                 102½       93½                    328½

Fresno State College - - - - - - - - - - - - - - -
Summer 1969
Credit Allowed                    9          9                      22½

Fresno State College Extension -
Fall 1967
Credit Allowed                   1½         1½                      4½

Cum Total                       198        198                    632½

Completed Graduation Requirements
B.A. Degree - Behavioral Science Major - December 17, 1971

***Post-baccalaurente credit - see Page three

TRANSCRIPTS MUST BE DELIVERED
IN A SEALED ENVELOPE TO BE
OFFICIAL

# PACIFIC COLLEGE of FRESNO

1717 S. CHESTNUT AVE.
FRESNO, CALIFORNIA 93702

HIGH SCHOOL:  GED Test

GRADUATION DATE:  1963

DEGREE    Bachelor of Arts

MAJOR    Behavioral Science

Name Change To:
FRESNO PACIFIC COLLEGE
Effective September 9, 1977

MINOR

GRADUATION DATE    December 17, 1971

GRADING SYSTEM:

A — Excellent, 4 pts
B — Good, 3 pts
C — Satisfactory, 2 pts
D — Passing, 1 pt
F — Failure, 0 pts
FW — Withdrew failing, 0 pts

Grades not computed in GPA

P — Pass
V — Audit
I — Incomplete
W — Withdrew
CR — Credit
NC — No credit

UNIT OF CREDIT:  A quarter unit represents a 50-minute class period for one quarter of 11 weeks.
(Semester system prior to September 1969)

REQUIRED FOR GRADUATION: 186 quarter units, plus C average.

Date_____

Registrar

AUG

EX 53 - 728

PERMANENT RECORD

| STUDENT ID NO. | NAME - LAST | FIRST | MIDDLE | MAIDEN (IF MARRIED) | SEX |

Mr. & Mrs. Jessie C. Erwin
NAME OF PARENT OR GUARDIAN

Cambridge, Kansas    1-5-42
PLACE AND DATE OF BIRTH

| DEPT. | COURSE NUMBER | COURSE TITLE | UNITS ATTEMP. | UNITS ALL'WD | GRADE | GRADE POINTS |
|---|---|---|---|---|---|---|
| | | Page three | | | | |
| | | POST-BACCALAUREATE STATUS | | | | |
| | | POST-BACCALAUREATE CREDIT ALLOWED FROM UNDERGRADUATE PROGRAM | | | | |
| ch | 105 | Educational Psychology | 4 | 4 | B | 12 |
| | 110 | Cont Issues | | 1 | CR | |
| ic | 107 | Curr & Inst Mat & Proc | 5 | 5 | A | 20 |
| | | Credit Allowed | 9 | 10 | | 32 |
| 84 | 39 8562 MITCHELL BOBBI | | | | V | 72 |
| SY | 124 | STATISTICS | | | V | |
| SY | 174 | COUNSEL GUIDANCE | 4 | 4 | A | 16 |
| OC | 175 | SOC PRACT TEACH | 2 | 2 | A | 8 |
| EO | 129 | AFRICA | 4 | 4 | A | 16 |
| OC | 108 | CURR INST MAT PRO | 5 | 5 | A | 20 |
| | | TERM TOTAL | 15 | 15 | | 60 |
| | | CUM TOTAL | 24 | 25 | | 92 |
| | | Spring 1972 | | | | |
| | 175 | Field Experience | | | V | |
| uc | 109 | Curr & Inst Mat & Proc | 4 | 4 | A | 16 |
| uc | 132 | Directed Teaching | 10 | 10 | A | 40 |
| un | 133 | Direct Teaching Seminar | 2 | 2 | A | 8 |
| uc | 199 | Prob Elem Teach | 4 | 4 | A | 16 |
| | | Term Total | 20 | 20 | | 80 |
| | | Cum Total | 44 | 45 | | 172 |
| | | ncludes Audio-Visual Aids | | | | |
| | | Summer 1972 | | | | |
| duc | 187 | Indian Cultural Heritage Study | 6 | 6 | A | 24 |
| | | Term Total | 6 | 6 | | 24 |
| | | Cum Total | 50 | 51 | | 196 |

TRANSCRIPTS MUST BE DELIVERED
IN A SEALED ENVELOPE TO BE
OFFICIAL

# PACIFIC COLLEGE of FRESNO

1717 S. CHESTNUT AVE.
FRESNO, CALIFORNIA 93702

HIGH SCHOOL: GED Test

GRADUATION DATE: 1963

DEGREE

MAJOR

Name Change To:
FRESNO PACIFIC COLLEGE
Effective September 9, 1977

MINOR

GRADUATION DATE

GRADING SYSTEM:

A - Excellent, 4 pts
B - Good, 3 pts
C - Satisfactory, 2 pts
D - Passing, 1 pt
F - Failure, 0 pts
FW- Withdrew failing, 0 pts

Grades not computed in GPA

P - Pass
V - Audit
I - Incomplete
W - Withdrew
CR - Credit
NC - No credit

UNIT OF CREDIT: A quarter unit represents a 50-minute class period for one quarter of 11 weeks.
(Semester system prior to September 1969)

REQUIRED FOR GRADUATION: 186 quarter units, plus C average.

1971-72 - High Honors

Date_____    _____ Registrar

ATT:

EX 53 - 729

| STUDENT ID NO. | NAME — LAST | FIRST | MIDDLE | MAIDEN (IF MARRIED) | SEX | PERMANENT RECORD |
|---|---|---|---|---|---|---|

Cambridge, Kansas  1-5-42

| PLACE AND DATE OF BIRTH | PARENT OR GUARDIAN |
|---|---|

| EPT. | COURSE NUMBER | COURSE TITLE | QUARTER SYSTEM | | | | SEMESTER SYSTEM | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | UNITS ATTEMP | UNITS ALL'WD | GRADE | GRADE POINTS | UNITS ATTEMP | UNITS ALL'WD | GRADE | GRADE POINTS |
| | | In-Service Education | | | | | | | | |
| duc | 345 | Spring 1975 Innov In Teach Math | | | | | | 3 | CR | |

## PACIFIC COLLEGE
## OF FRESNO

### 1717 S. CHESTNUT AVE.
### FRESNO, CALIFORNIA 93702

DEGREE

MAJOR

Name Change To:
FRESNO PACIFIC COLLEGE
MINOR Effective September 9, 1977

GRADUATION DATE

GRADING SYSTEM:
  A — Excellent, 4 pts.
  B — Good, 3 pts.
  C — Satisfactory, 2 pts.
  D — Passing, 1 pt.
Grades not computed in GPA
  CR — Credit
  NC — No Credit
  V — Audit
  I — Incomplete
  W — Withdrew

NUMBERING SYSTEM:
  1 - 99    — Lower Division
  100 - 199  — Upper Division
  200 - 299  — Graduate
  300 - 399  — In-Service Education

Registrar

Date _____

TRANSCRIPTS MUST BE DELIVERED
IN A SEALED ENVELOPE TO BE
OFFICIAL

EX 53 - 730



# Fresno Pacific College

1717 S. Chestnut Avenue
Fresno, CA 93702

**10 Aug 1992**     PROFESSIONAL DEV.

THE FACE OF THIS DOCUMENT HAS A COLORED INK BACKGROUND

## STUDENT PERMANENT RECORD

Student Name **Bobbi Jo Mitchell**
S.S. No. **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**     Birth Date **05 Jan 1942**
I.D. No. **0012779**     Sex **Female**

| COURSE PT. NO. | COURSE TITLE | GRADE | CREDITS CALCULATED | CREDITS COMPLETED | GRADE POINTS | GPA TERM | GPA TOTAL |
|---|---|---|---|---|---|---|---|
| | **Term of 89/SS** | | | | | | |
| ED311 .775 | TOTAL READING I | CR | 0.0 | 1.0 | 0.0 | | |
| | | | 0.0 | 1.0 | 0.0 | 0.000 | 0.000 |
| | **Term of 89/FA** | | | | | | |
| ED311 .776 | TOTAL READING WORKSHOP PART 2 | CR | 0.0 | 1.0 | 0.0 | | |
| | | | 0.0 | 1.0 | 0.0 | 0.000 | 0.000 |
| | **Term of 91/SS** | | | | | | |
| ED342 .270 | HILT OLE PROGRAM - LANGUAGE | CR | 0.0 | 6.0 | 0.0 | | |
| | | | 0.0 | 6.0 | 0.0 | 0.000 | 0.000 |

**TOTALS   CRED.CALC =   0.00   CRED.CPT =   8.00   GRADE.PTS =   0.00   GPA =   0.000**

TRANSCRIPTS MUST BE DELIVERED
IN A SEALED ENVELOPE TO BE
OFFICIAL



REGISTRAR

The Family Educational Rights and Privacy Act of 1974 prohibits the release of this information
without the student's written consent. Public Law 93-380, S513
TRANSCRIPT OFFICIAL ONLY WITH SIGNATURE AND COLLEGE SEAL



# Fresno Pacific College

**STUDENT PERMANENT RECORD**

1717 S. Chestnut Avenue
Fresno, CA 93702

**GRADUATE**

0 Aug 1992

E FACE OF THIS DOCUMENT HAS A COLORED INK BACKGROUND

Student Name **Bobbi Jo Mitchell**
S.S. No. **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**   Birth Date **05 Jan 1942**
I.D. No. **0012779**   Sex **Female**

| COURSE NO. | | COURSE TITLE | GRADE | CREDITS CALCULATED | CREDITS COMPLETED | GRADE POINTS | GPA TERM | GPA TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | **Term of 88/SP** | | | | | | |
| EDUC | 266 | CAREER VOCTNL GUIDANCE & EDUC | A | 3.0 | 3.0 | 12.0 | | |
| | | | | 3.0 | 3.0 | 12.0 | 4.000 | 4.000 |
| | | **Term of 88/SS** | | | | | | |
| EDUC | 269A | LAWS & REGULATIONS OF SPEC ED | A | 2.0 | 2.0 | 8.0 | | |
| EDUC | 269B | COORDINATION OF SPEC EDUC | A | 3.0 | 3.0 | 12.0 | | |
| | | | | 5.0 | 5.0 | 20.0 | 4.000 | 4.000 |
| | | **Term of 90/FA** | | | | | | |
| EDUC | 291B | FIELD EXPERIENCES | IP | 0.0 | 0.0 | 0.0 | | |
| | | | | 0.0 | 0.0 | 0.0 | 0.000 | 4.000 |
| | | **Term of 91/SP** | | | | | | |
| EDUC | 209B | COUNSELING THEORY & TECHNIQUES | A | 3.0 | 3.0 | 12.0 | | |
| EDUC | 210 | EDUCATION & CAREER PLANNING | A | 3.0 | 3.0 | 12.0 | | |
| | | | | 6.0 | 6.0 | 24.0 | 4.000 | 4.000 |
| | | **Term of 91/SS** | | | | | | |
| EDUC | 202F | CLINICAL INDV/GROUP INTERVENTN | A | 3.0 | 3.0 | 12.0 | | |
| EDUC | 291A | CASE STDY PRACT: GROUP PROCESS | CR | 0.0 | 3.0 | 0.0 | | |
| EDUC | 291B | FIELD EXPERIENCES | CR | 0.0 | 4.0 | 0.0 | | |
| | | | | 3.0 | 10.0 | 12.0 | 4.000 | 4.000 |
| | | **Term of 91/FA** | | | | | | |
| EDUC | 202 | SEMINAR IN SCHOOL PSYCHOLOGY | A | 4.0 | 4.0 | 16.0 | | |
| EDUC | 202A | ASSESSMENT I | IP | 0.0 | 0.0 | 0.0 | | |
| EDUC | 202G | NEUROPSYCHOLOGY OF LEARNING | A | 3.0 | 3.0 | 12.0 | | |
| | | | | 7.0 | 7.0 | 28.0 | 4.000 | 4.000 |
| | | **Term of 92/SP** | | | | | | |
| EDUC | 202A | ASSESSMENT I | CR | 0.0 | 4.0 | 0.0 | | |
| EDUC | 202B | SUPERVISED EXPERIENCE | IP | 0.0 | 0.0 | 0.0 | | — |
| EDUC | 202D | ASSESSMENT II | CR | 0.0 | 4.0 | 0.0 | | |
| EDUC | 202H | EARLY INTERVEN/DEVEL. ASSESS | A | 4.0 | 4.0 | 16.0 | | |
| | | | | 4.0 | 12.0 | 16.0 | 4.000 | 4.000 |
| | | **Term of 92/SS** | | | | | | |
| EDUC | 202B | SUPERVISED EXPERIENCE | CR | 0.0 | 5.0 | 0.0 | | |
| EDUC | 202E | PSYCH OF PERSONLTY/PERS ASSESS | A | 4.0 | 4.0 | 16.0 | | |
| | | | | 4.0 | 9.0 | 16.0 | 4.000 | 4.000 |

TOTALS   CRED.CALC = 32.00   CRED.CPT = 52.00   GRADE.PTS = 128.00   GPA = 4.000

TRANSCRIPTS MUST BE DELIVERED
IN A SEALED ENVELOPE TO BE
OFFICIAL

The Family Educational Rights and Privacy Act of 1974 prohibits the release of this information
without the student's written consent. Public Law 93-380, S513   AUG

TRANSCRIPT OFFICIAL ONLY WITH SIGNATURE AND COLLEGE SEAL

EX 53 - 732

*College of the Sequoias*

PERMANENT RECORD                                                                    VISALIA, CALIFORNIA

NAME  Mitchell, Bobbi Jo (Mrs.)          ADDRESS  12846 Lacey Blvd., Hanford, California

PARENT OR GUARDIAN                                    ADDRESS

PLACE OF BIRTH  Cambridge, Kansas    DATE OF BIRTH  1/5/42    DATE ENTERED  9/3/68    WITHDREW

HIGH SCHOOL LAST ATTENDED          HIGH SCHOOL GRADUATION DATE          RE-ENTERED          WITHDREW

| COURSE AND NUMBER | UNITS ATTEMP. | UNITS PASS. | GRADE | GRADE POINTS | COURSE AND NUMBER | UNITS ATTEMP. | UNITS PASS. | GRADE | GRADE POINTS |
|---|---|---|---|---|---|---|---|---|---|
| ARIZONA STATE UNIVERSITY | | | | | COLLEGE OF THE SEQUOIAS | | | | |
| 1st Sem. 1965-66 | | | | | 80720    FALL    69 | | | | |
| IE 490 Prob Tchr Ind Child* | 3 | 3 | B | 9 | BIO 1B ANIMAL | 3.0 | 3.0 | B | 9.0 |
| FALL 1966 | | | | | MUS 21 BEG PIANO | 1.0 | 1.0 | B | 3.0 |
| IE 498 Prosem Ind Ed Nav C * | 3 | 3 | B | 9 | HIST 8A AMERICAS | 3.0 | 3.0 | B | 9.0 |
| Cumulative total | 0 | 0 | | 0 | ART 3 CRAFTS | 2.0 | 2.0 | A | 8.0 |
| COLLEGE OF THE SEQUOIAS | | | | | ECON 1A PRINCIPLES | 3.0 | 3.0 | C | 6.0 |
| | | | | | ART 1A HISTORY | 3.0 | 3.0 | A | 12.0 |
| 80720    FALL    68 | | | | | SEMESTER | 15.0 | 15.0 | | 47.0 |
| ANTHRO 2 CULTURAL | 3.0 | 3.0 | A | 12.0 | CUMULATIVE | 51.0 | 51.0 | | 164.0 |
| BIO 1A PLANT | 3.0 | 3.0 | A | 12.0 | | | | | |
| ENG 52 WRIT | 3.0 | 3.0 | B | 9.0 | 80720    SPRING    70 | | | | |
| POL SCI 5 GOVT | 3.0 | 3.0 | A | 12.0 | MATH 53 INTER ALG | 3.0 | 3.0 | C | 6.0 |
| SEMESTER | 12.0 | 12.0 | | 45.0 | HIST 8B AMERICAS | 3.0 | 3.0 | B | 9.0 |
| CUMULATIVE | 12.0 | 12.0 | | 45.0 | P E 9A SWIMMING | .5 | .5 | A | 2.0 |
| | | | | | MUS 22A INTER PIANO | | | W | |
| 80720    SPRING    69 | | | | | HIST 4B WESTERN CIV | 3.0 | 3.0 | B | 9.0 |
| POL SCI 2 COMP GOVT | 3.0 | 3.0 | B | 9.0 | ENG 1B LIT | 3.0 | 3.0 | A | 12.0 |
| MATH 51 ALGEBRA | 3.0 | 3.0 | C | 6.0 | HYGIENE 1 COED | 2.0 | 2.0 | A | 8.0 |
| GEOG 1 PHYSICAL | 3.0 | 3.0 | B | 9.0 | SOC 1A INTRO | 3.0 | 3.0 | B | 9.0 |
| ENG 1A COMPOSITION | 3.0 | 3.0 | B | 9.0 | SEMESTER | 17.5 | 17.5 | | 55.0 |
| PSYCH 1A GENERAL | 3.0 | 3.0 | B | 9.0 | CUMULATIVE | 68.5 | 68.5 | | 219.0 |
| SEMESTER | 15.0 | 15.0 | | 42.0 | | | | | |
| CUMULATIVE | 27.0 | 27.0 | | 87.0 | | | | | |
| | | | | | | | | | |
| 80720    SUMMER    69 | | | | | | | | | |
| GEOG 2 REGIONAL | 3.0 | 3.0 | A | 12.0 | | | | | |
| MATH 52 GEOMETRY | 3.0 | 3.0 | B | 9.0 | | | | | |
| SEMESTER | 6.0 | 6.0 | | 21.0 | | | | | |
| CUMULATIVE | 33.0 | 33.0 | | 108.0 | | | | | |
| FRESNO STATE COLLEGE SUMMER 1949 | | | | | | | | | |
| Math 140 Ar Alg Ratl Nm * | 3 | 3 | C | 6 | | | | | |
| Spch 3 Fund Oral Comm | 3 | 3 | B | 9 | | | | | |
| Semester total | 3 | 3 | | 9 | | | | | |
| Cumulative total | 36 | 36 | | 117 | | | | | |

EXPLANATION OF COLLEGE GRADES AND GRADE POINTS PER UNIT

| | |
|---|---|
| A  EXCELLENT | 4 |
| B  GOOD | 3 |
| C  AVERAGE | 2 |
| D  BARELY PASSED | 1 |
| INC. INCOMPLETE | 0 |
| F  FAILURE | 0 |
| U  UNSATISFACTORY | 0 |
| W  WITHDRAWAL | 0 |
| WP  WITHDRAWAL WITH PASSING GRADE | 0 |
| WF  WITHDRAWAL WITH FAILING GRADE | 0 |
| S  SATISFACTORY | 2 |
| NC  NON-CREDIT | 0 |

REQUIREMENTS

HYGIENE REQT. Fulfilled
AM. HIST. & INST. REQT. Fill-d
MAJOR   Liberal Arts
OBJECTIVE   Social Science

DATE OF GRADUATION
June 6, 1970

TRANSCRIPTS SENT
Copy to Mitchell    10/17/69
Fresno State    12/3/69
Fresno State    12/3/69
Pacific Coll.    12/12/69
Fresno State    2/25/70
Fresno State    2/25/70
Fresno Pacific C.    2/25/70
Fresno Pacific C.    6/19/70
Fresno Pacific C.    6/19/70
Fresno State    6/19/70
Fresno State    6/19/70
Copy to Mitchell    6/19/70
Pacific College    7/29/70
Ariz. Dept of Ed    7/13/72

ACTIVITIES

* No Credit Granted
Deans' List-Fall 1968
President's List-Fall 196
Alpha Gamma Sigma
President's List-Spr. 197
TRANSCRIPTS SENT CON'T
Ariz. Dept. of Educ. 7/12/7
Copy to Mitchell 7/14/7
Copy to Mitchell 7/9/7
Copy to Mitchell 7/9/7

Yes        R. Strom        JUL 9 1975

EX 53 - 733



# Lakeside Union Elementary School District

Board of Trustees:
Randy Comfort
Vern Folley
Steve Gonsalves
Douglas Martin
Thomas Parra

RON MADRUGA, District Superintendent

9100 Jersey Avenue - Hanford, CA 93230

Telephone (209) 582-2868 - FAX (209) 582-7638

May 16, 1995

## TO WHOM IT MAY CONCERN

Dr. Mitchell was employed as a Resource Specialist Program teacher for the Lakeside Union Elementary School District for 6 years. She is bright, articulate and well educated and projects herself in a very professional manner.

Dr. Mitchell accepted responsibility beyond what is normally considered her duties as an R.S.P. teacher.

She was instrumental in initiating the Christmas program, the school's participation in the Peach Blossom Festival of Oral Interpretation, Geography Bee and the school Science Fair.

Bobbi Jo was the case carrier for our I.E.P. team for special education and the student study team coordinator. She also gave staff development inservices on special education functions and responsibilities.

She sets high standards for herself and those who are answerable to her. Bobbi Jo takes on difficult projects with a great deal of enthusiasm.

For the foregoing reasons I believe Dr. Mitchell is capable of effectively completing any task within her field that she would be assigned.

Sincerely,

Ron Madruga
Superintendent

RM/as

EX 53 - 734



 

# SANGER UNIFIED SCHOOL DISTRICT

**1905 7th STREET • SANGER, CALIFORNIA 93657 • (209) 875-6521 / 237-3171   FAX 875-4071**

April 30, 1993

To Whom it may concern:

I am pleased to recommend Dr. Bobbie Jo Erwin-Mitchell to you for consideration for the position of school psychologist. I have had the opportunity to work with Dr. Erwin-Mitchell as a student as a professional colleague for the last three years. Dr. Erwin-Mitchell was a student of mine while she was in the school psychology training program at Fresno Pacific and we have had the opportunity to consult on professional issues several times since that date.

Dr. Erwin-Mitchell presents as a quiet, thoughtful individual who gives careful consideration to the issues or concerns at hand. In working with her I have also found her to be an exceptionally capable individual. She demonstrates skills at determining the essential issues and components of problems and the ability to develop effective strategies to resolve these matters.

As a student Dr. Erwin-Mitchell demonstrated the ability to quickly grasp the subject matter and was able to integrate school psychology material with her already extensive educational training. The depth of knowledge Dr. Erwin-Mitchell brought to the school psychology training program benefited both Dr. Erwin-Mitchell and her fellow students. I have directly observed her assessment skills and her ability to develop effective written reports based upon her assessment. Dr. Erwin-Mitchell is very capable in these areas and is very skillful at developing data and recommendations that are relevant to the needs of the classroom teacher. In addition, she demonstrated a high level of empathy for the parents of the special needs students she worked with.

In my observations of Dr. Erwin-Mitchell as a professional colleague I have found her to be a considerate and caring individual. She makes an exceptional effort to assist her colleagues and to work with them to advance their needs and the needs of the students. She has gone out of her way to structure training experiences for her colleagues and has been utilized as an advisor and consultant by the psychologists she has worked with. She appears to be able to make clear judgments and assessments of teachers and other educational professionals and is able to develop assistance strategies when given the opportunity.

I am very pleased to recommend Dr. Bobbie Jo Erwin-Mitchell to you for a position as a School Psychologist/Administrator.

Sincerely,

Mark A. Fulmer, Ed.D.
Assistant Superintendent - Administrative Services

----------------------- *A Tradition of Excellence* -----------------------

| Trustees: | Bill Collins | June Heinrichs | Morry Henry | Walter Cucuk |
|-----------|--------------|----------------|-------------|--------------|
|           | Roland Nelson | Charles Johnson | Jim Daily |  |

EX 53 - 735



# Kings County Office of Education

### Gene Billingsley, Superintendent

| Location | BOARD MEMBERS | | Mailing Address |
|---|---|---|---|
| 1144 W. Lacey Boulevard | Mr. John Boogaard | Mr. Scott Clark | Kings County Government Center |
| Telephone (209) 584-1441 | Mr. Jim Focht    Mrs. Larella Howe | Mrs. Beth Rust | Hanford, CA 93230 |

August 1, 1992

To Whom It May Concern:

I had the privilege to work with Dr. Bobbi Jo Erwin-Mitchell during summer school in a program for the severely handicapped children. It is my pleasure to write this reference letter for her.

Dr. Mitchell is a very conscientious and energetic person who takes her responsibilities very seriously. She is very organized and sincere in dealing with the issues. In a very short time, she has earned the respect of teachers, administrators and other staff by her flexible approach, eagerness to learn and expertise both as a teacher and a school psychologist.

Dr. Mitchell has acquired thorough knowledge of test materials and assessment procedures. Her analysis of data is sound and objective. She has a wealth of experience in working with the learning disabled, underprivilege, and multicultural children in educational settings. This experience and strong academic background along with her skills as a psychologist and a teacher and pleasant friendly personality will be an asset to any educational institution.

If you need further information feel free to call me at (209) 582-6062 or (209) 584-1441.

Sincerely,

Girish Vasavada, Ed.D.
School Psychologist

cc: f

# Kings County
# Superintendent of Schools Office

### GENE BILLINGSLEY, Superintendent

**Location**
1144 W. LACEY BOULEVARD
Telephone (209) 584-1441

**Mailing Address**
KINGS COUNTY GOVERNMENT CENTER
Hanford, CA 93230

April 25, 1991

To Whom It May Concern:

I have had the opportunity to work with Dr. Mitchell for the last four years. In that time Dr. Mitchell has demonstrated excellent skills in working with special education students. Her organizational skills and ability to work with a wide and varied range of children has been exceptional. She has been able to successfully integrate all aspects of the core curriculum into her classroom and to provide a rich learning environment for her students. Dr. Mitchell has displayed a through understanding of the special education process as evidenced by the amount of growth and learning that takes place under her direction.

In addition to her classroom duties Dr. Mitchell has also been involved in the screening and assessment of students as well as the planning of special programs. I feel safe to say that all of her students have made significant progress across all domains.

During the 1990-1991 school year Dr. Mitchell served in a counselling internship under my direction. By June, 1991 she will receive her Pupil Personnel Credential with emphasis in counseling. She is qualified and has the ability to understand and counsel with diverse populations of students.

I would highly recommend Dr. Mitchell for any administrative, counselling, or teaching position in education.. Her knowledge, ability, and leadership would be a valuable asset to any organization.

If you have any questions please feel free to call me at 209-584-5546.

Sincerely,

Joseph A. Bernard, Ed.S.
School Psychologist

EX 53 - 737





CHINLE UNIFIED SCHOOL DISTRICT NO. 24

February 24, 1995

**To Whom It May Concern:**

Dr. Bobbi Jo Mitchell has been employed by the Chinle Unified School District since May, 1994 as a school psychologist. During the past nine months I have had the opportunity to observe her work as she has tested a number of our students that were referred.

She has worked well with my staff, the students she was testing, and their parents. I found her to be punctual, professional and thorough in her evaluations and the corresponding reports and recommendations. Additionally, she has made herself available to assist my staff and me with modifications to plans to assist students placed in the Special Education Program.

Dr. Mitchell has a sincere interest in our students and is dedicated to helping them strengthen their areas of weakness. She also has spent time with the students' parents helping them to understand the problem and the plan to assist their child.

In closing, I encourage you to consider Dr. Bobbi Jo Mitchell for openings in your district for which she is qualified.

Sincerely,

W. Marshall Hightower
Principal

Many Farms Elementary School
Many Farms, Arizona
Work (602) 781-6232
Home (602) 781-4365

P. O. Box 587, Chinle, Arizona 86503 • (602) 674-9400 • Fax (602) 674-9608

EX 53 - 738



CHINLE UNIFIED SCHOOL DISTRICT NO.24

February 27, 1994

TO WHOM IT MAY CONCERN:

Dr. Bobbie Jo Mitchell is an outstanding employee. She has many good qualities, the one most appreciated is her deep concern for students. Dr. Mitchell is well organized, logical and well qualified in several areas. She is innovative in her teaching methods, in addition, she understands and promotes, the Native American culture. Her technology training, and her "on top" of the situation style is an indicator of her ability to change and adjust to varied situations.

Dr. Mitchell is accurate in her evaluation of situations, believes in the goodness of mankind and never gives up trying to help a child. Her management/administrative style is straight forward, no frills, assumes responsibilities for tasks and does them. She never ceases in her search for materials and methods to improve her job performance. She is professional in her dealings with parents, peers, administration and students.

I recommend Dr. Bobbie Jo Mitchell for any position for which she is qualified. If I can be of further assistance please call (602) 674-9551.

Respectfully,

*Kathryn Powell*

Kathryn Powell
Vocational Director
Chinle Unified School District #24

P. O. Box 587, Chinle, Arizona 86503 • (602) 674-9400 • Fax (602) 674-9608

EX 53 - 739

For Your Information

DOCUMENT 8920126875

# State of California

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

# Commission on Teacher Credentialing

## issues this document to

### BOBBI JO MITCHELL

Clear Pupil Personnel Services Credential

Specialization: School Counseling; School Psychology

8518   This credential authorizes the holder to perform pupil personnel services in the specialization or specializations named above in grades twelve and below, including preschool, and in classes organized primarily for adults.

Valid: August 07, 1992 to September 01, 1997

869   To renew this credential, the holder needs to submit only an application form and fee to the Commission within six months prior to the expiration date printed above. The renewal period is five years.

Chair, Commission on Teacher Credentialing

Executive Secretary, Commission on Teacher Credentialing

Governor, State of California

Superintendent of Public Instruction

President, State Board of Education

EX 53 - 740

DOCUMENT #940044798     **State of California**     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

# Commission on Teacher Credentialing

## issues this document to

### BOBBI JO MITCHELL

**Clear Administrative Services Credential**

R94     This credential authorizes the holder to serve as a superintendent, associate superintendent, deputy superintendent, principal, assistant principal, supervisor, consultant, coordinator, or in an equivalent or intermediate level administrative position, in grades twelve and below, including preschool, and in classes organized primarily for adults.

**Valid: April 01, 1994 to June 30, 1999**

R62     There are no additional requirements for the renewal of this credential; however, the term of this credential is limited by the term of the prerequisite credential. To renew this credential, the holder must also renew the prerequisite credential.

| | | |
|---|---|---|
| _Jerilyn P. Harris_ | _Pete Wilson_ | _Wm. D. Dawson_ |
| Chair, Commission on Teacher Credentialing | Governor, State of California | Acting Superintendent of Public Instruction |
| Executive Director, Commission on Teacher Credentialing | | President, State Board of Education |

EX 53 - 741

ıı

DOCUMENT #940044797

# State of California

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

# Commission on Teacher Credentialing

## issues this document to

### BOBBI JO MITCHELL

Clear Specialist Instruction Credential in Special Education

Authorized Field: Learning Handicapped

**R3LH** This credential authorizes the holder to teach handicapped children in a special class in which the primary disability is "specific learning disability" or "mentally retarded (mild)" as defined in subsection 300.5 of Title 34 of the Code of Federal Regulations, Subpart A, in grades twelve and below, including preschool, and in classes organized primarily for adults.

Valid: June 30, 1994 to June 30, 1999

**R15** There are no additional requirements for the renewal of this credential; however, the term of this credential is limited by the term of the prerequisite credential. To renew this credential, the holder must also renew the prerequisite credential.

Chair, Commission on Teacher Credentialing

Executive Director, Commission on Teacher Credentialing

Governor, State of California

Acting Superintendent of Public Instruction

President, State Board of Education

EX 53 - 742



1986/87

# QUALIFIED EVALUATOR
## Certificate

This certifies that *Bobbie Jo Mitchell*
has successfully met the criteria required to qualify
as a QUALIFIED EVALUATOR.

Jim McAllister, Director of Professional Development
Arizona School Administrators

Dr. T. T. Haddock, Director
Qualified Evaluator's Institute

EX 53 - 743

California Basic Educational Skills Test (CBEST)

PERMANENT VERIFICATION CARD

TRANSCRIPT COPY

**Verification of Passing For:**

BOBBI J MITCHELL
653 E MALONE ST
HANFORD CA   93230

TEST DATE   04/16/88        REG NO   384388562

SOC. SECURITY NUMBER   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      DATE OF BIRTH   01/05/42

THIS TRANSCRIPT IS FOR YOUR USE IT MAY BE SENT TO ANY
AGENCY REQUIRING CBEST PASSING VERIFICATION

EX 53 - 744

Dos Palos-Oro Loma Joint Unified School District
Attn: Linda Beam/Human Resources
2041 Almond Street
Dos Palos, CA 93620

March 30, 1996

Dear Human Resource Director:

Please find enclosed my application for the position of a school psychologist in your district. Included in my packet are the following items; resume, copies of credentials, transcripts, recommendation letters, pertinent other information that may assist you in considering me for a school psychologist position.

As my resume indicates, I have a wide variety of experiences in special education and regular education. I am presently employed as a school psychologist in the Kern County Superintendents Office. I find my present position rewarding, but I would like to get involved within a school district setting.

Thank you for your consideration and I am looking forward to hearing from you soon.

Sincerely,

Bobbi Jo Erwin-Mitchell, Ed. D.
School Psychologist



**Dos Palos-Oro Loma Joint Unified School District**
**2041 Almond Street**
**Dos Palos, CA 93620**

 

# APPLICATION FOR CERTIFICATED EMPLOYMENT

Complete all applicable sections as accurately and correctly as possible. An incomplete application may disqualify an applicant. Be brief, but complete. **DO NOT** substitute a resume for the requested information.
(Please print or type)

Name: Erwin-Mitchell, Bobbi Jo          Date: 3-29-96

Current Address, City, State, & Zip: 2801 Vassar #25, Bakersfield, CA 93306

Permanent Address, City, State, & Zip: 1068 So. 7th St. #87, Avenal, CA 93204

Telephone No. (805) 871-0881          Alternative Telephone No.: Mess. (209) 386-437

**Type of Position Desired:** Subject(s) or Grade(s)

First Preference: School Psychologist Second Preference: _____

Date Available for Employment: May 96          Date Available for Interview: April 96

**California Credentials now held:**

Type: Clear P.P.S. Counseling and Psychology          Expires: 9-1-97

Type: Clear Administrative Services          Expires: 6-30-99

Type: Clear Specialist Instruction / Sp. Ed          Expires: 6-30-99

Name of California teaching credential applied for: _____ Date of application: _____

Have you met the CBEST requirements? (x) yes     ( ) no

Has your credential ever been revoked? ( ) yes     (x) no

Have you ever been dismissed or been asked to resign from any teaching position? ( ) yes     (x) no

Have you ever been convicted of or pleaded guilty or no contest to a felony? ( ) yes     (x) no

(A conviction may not automatically bar you from employment consideration) If yes, explain: _____

Number of semester units of graduate work beyond the issuance date of your BA or BS degree: 126

Number beyond MA or MS: 90

My placement papers are on file with the following placement office: Fresno Pacific College 1717 S. Chestnut Ave.

Please attach your placement papers to this application or have them forwarded to the district Fresno, CA 93702

Do you speak, read, or write any language other than English? (x) yes     ( ) no

I speak (x), read (x), or write ( ) Specifiy Language(s): Navajo

**Educational Preparation** (College or University - List most recent schooling first)

| Name and location of each institution | From | To | Degree | Major | Minor |
|---|---|---|---|---|---|
| Fresno Pacific College Fresno, CA | 1970-1971 1990-1992 | | BA 1971 P.P.S. 1992 | Ed Ed | |
| Northern Arizona University Flagstaff, AZ | 1978-1989 | | MA Ed.D. | Ed. Sp. Ed. Ed. Admin | |

**Please attach a page describing your teaching philosophy, style, or additional information you feel is relevant to your application.**

**_Teaching Experience._** (List all years of experience, use additional sheets, if necessary. Indicated TYPE, i.e. regular, substitute or student teaching.)

| School District | School | Grades/Subject | From/To | Type | F/T or P/T | Salary |
|---|---|---|---|---|---|---|
| Kern County | School Psy. Pre - Twelfth | | 1995-1996 | FT | | |
| Chinle Unified Sch Dist. | Sch Psy - Counselor, Admin. | | 1993-1995 | FT | | |
| Lakeside Elem School | RSP Specialist | | 1987-1993 | FT | | |
| | | | | | | |
| | | | | | | |

**_Work Experience Other than Teaching_**

| Position | Employer | Duties | | From/To |
|---|---|---|---|---|
| See attached resume. | | | | |
| | | | | |
| | | | | |
| | | | | |

**_School extra-curricular assignments you have had:_**

Geography Bee. - Christmas Programs
Peach Blossom - Science Fair

**_Extra-curricular activities you are willing to supervise:_**

Open.

**_Other work and travel experience:_**

See attached Resume.

**_Professional References_** (include only those who have knowledge of your teaching experience: e.g., superintendents, principals, supervisors, and student teaching master teachers)

| Name | Position | Address and Phone Number |
|---|---|---|
| Mark Fulmer | Assoc. Supt. | 1905 7th St. Sanger, CA 93657 (209)875-2221 |
| Ron Madruga | Supt. | 9100 Jersey Ave. Hanford, CA 93230 (209)582-2868 |
| Joseph Bernard | Sch Psy. | 114 W. Lacey Blvd. Hanford, CA 93230 (209)584-1441 |

**_IMPORTANT NOTICE TO ALL APPLICANTS:_**
I hereby certify that the answers/statements made in this application and accompanying materials are true, correct, and complete to the best of my knowledge and belief. I understand that if this application is incomplete, or false statements are made, this may disqualify me from subsequent employment with Dos Palos-Oro Loma Joint Unified School District or may result in my dismissal. I authorize the district to make any investigation of my personal or employment history and release from all liability persons/organizations reporting information required by this application. This application and all documents submitted become property of the DPOLJUSD upon receipt and cannot be returned.

3-29-96
Date

_Bobbie Jo Erwin - Mitchell_
Signature

## Educational Philosophy

I recognizes the importance of, and commit myself to, the following educational and learning principles.

I believe that children are the Nation's greatest and most important resource. The schools have a duty and a responsibility to these children to encourage them to be inquisitive, creative, self-sufficient, and respectful of others. I also encourage and support the maintenance of their cultural identity by promoting student fluency in their culture and maintaining their primary language.

Education is a lifelong process that begins in the home. It is the responsibility of the school to build on the teachings of the home, to work to establish a genuine school-home partnership, and to promote parental participation in the formal education of their children. The purpose of formal education is to gain the academic knowledge and wisdom needed to successfully pursue life's aspirations.

Special and unique educational needs exist in our student population. These needs require an approach that reinforces tenets, theories, educational values, and philosophies of their culture as well as other cultures. Since each student lives in a dual society, relationships between the two societies must be identified and made an integral part of the educational process. To promote educational relevancy, positive self-concept, a strong sense of identity, maximum student your community and as a part of the broader society must be understood.

To meet the needs of our students, the schools must provide holistic educational experiences using physical, social, aesthetic, and cognitive learning processes. These experiences will start our students up the ladder of education, enabling them to reach the highest levels of knowledge and fulfillment.

I will develop and offer educational programs leading to the development of skills, knowledge, and wisdom. Students will have access to the tools they need to live in harmony with themselves, with their society, and with their environment.

EX 53 - 748



**Bobbi Jo Erwin-Mitchell**
2801 Vassar St. #25
Bakersfield, California 93306
805-871-0881

## EDUCATION:

| July 1992 | **Fresno Pacific College**. Fresno, California, PPS Credential in Counseling and School Psychology |
| December 1989 | **Northern Arizona University**. Flagstaff, Arizona Ed.D. Doctorate in Education |
| August 1979 | **Northern Arizona University**. Flagstaff, Arizona Masters of Arts in Education |
| May 1991 | **Fresno Pacific College**. Fresno, California Bachelor of Arts in Behavioral Sciences |
| May 1970 | **College of Sequoias**. Visalia, California Associate of Arts in Liberal Arts |

## EXPERIENCE

**1995-1996**     School Psychologist. Kern County Superintendent of Schools, Bakersfield, California 93301. Assessments, interpretation, report writing, attend IEP meetings, inservice on current assessment procedures, and federal and state laws. Confer with other professionals, parents, and assist as needed.

**1993-1995**     Counselor. Interim Vice Principal, Principal, School Psychologist Chinle School District, Chinle, Arizona 86503. Positions included, high school academic counseling, conflict resolution counseling, group counseling, vocational counseling introduced high school to student study team process, inserviced elementary schools to this process. Inserviced staff-ADHD procedures, conduct disorder behavior modification. Assessment of special education students, discipline for 1200 students, budget and attendance for the high school, total preparation for summer school program. Was involved in compliance reviews, restructuring, chaired writing of academic handbook, involved in preparation for school with in a school program, served as committee chairperson to select the associate superintendent for school district.

**Summer 1990**     Teacher. Shelly Baird Summer School Program of Severely Emotional Disturbed. Classroom, Hanford, California, 93230. Taught classes (all subject areas) for Kings County Selpa, 5th through 12th grade. Team counseling with Mental Health Staff.

**1987-1993**     Resource Specialist, K-8th grades. Lakeside Union School District. Hanford, California 93230. Program for learning disabled, school base support, advisory, students k-8th. Hmong, Spanish, and Portuguese, bilingual students included in case load. Case carrier for special education program, responsible for all academic assessment (SDC and RSP), report writing/evaluation of students the programs as new referrals, yearly, and three year evaluations. Play therapy programs, and psychological counseling under

Bobbi Jo Erwin-Mitchell (continued page 2)

supervision of SELPA psychologists. Consultant and inservice for regular education teachers and special education parents in the areas of curriculum and remediation. Conducted and organized student study teams, and was a member of county wide special education council for Kings county. Participated in CCR of the special education program at Lakeside and was awarded commendation for the core curriculum program. Established a counseling program for students in the in-school-suspension program.

**1986 - 1987**  **Special Education Coordinator.** Ganado Unified School District, Ganado, Arizona. Promoted within District. Supervised Special Education Programs in four schools in the Ganado School system k-12, 120 special education students. Maintained official records, checked for federal and state compliance, conducted compliance review with outside monitors, inservice education for all staff including administrators. Supervised special education budget, school psychologist, and speech therapist. Wrote grants, proposals, and attended special education conferences state wide.

**1985 - 1986**  **Teacher.** Ganado Unified School District 86506. Special education 7-8th, cross categorical --all subject areas; raised funds for special education field trips, art supplies, and television with VCR.

**1984 - 1985**  **Teacher.** Kayenta Public Schools, Kayenta Unified School District, Kayenta, Arizona, 86033. Special education 9-12, cross categorical--all subject areas, sponsored cheerleading, raised funds for special education field trips and cheerleading. Department Chairperson spring semester. Development of curriculum guide for special education focused around core curriculum.

**1982 - 1984**  **Principal, K-8th School.** Tsaile Elementary School, Chinle School District, Chinle, Arizona. Management and education facilitator for self-contained and departmentalized programs. Supervised cross categorical programs, including special education, Title IV, Chapter I, library, sports, tutorial programs, facility management, buses, kitchen, classified staff--including program aides, janitors, bus drivers, cooks, and various other programs. Inservice presenter and facilitator, community support groups, personnel, payroll, and other planning as needed to facilitate a k-9th program in a rural setting. Test scores increased during this time, and discipline problems decreased.

**1980 - 1981**  **Consultant, Director, Teacher, and Program Evaluator.** Hozhoni Foundation for the Handicapped, Flagstaff, Arizona 86002 (Temporary Position). Foundations' Program located in Pinetop, Arizona, included supervision of staff, clients, budget and program planning in a workshop setting as well as a group home for all clients. Vocational education was an integral part of the program as well as academics.

**1979 - 1982**  **Graduate Assistant.** Northern Arizona University, Flagstaff, Arizona, College of Education-Administration 86011. Semester basis-research, staff writing, substitute teaching, guest speaker in educational administration/school law. Updating of personnel files for graduate students, analysis of course work from official transcripts. Statistical analysis of data, surveys, and computer research.

EX 53 - 750

Bobbi Jo Erwin-Mitchell (continued page 3)

**Summer 1980**      Program Developer. University of Arizona, Tucson, Arizona (temporary position).
                     Program planning and educational development in the area of extension work on the
                     Navajo Reservation. Work included evaluation of existing programs dealing with
                     vocational and agriculture implementation, supervision of staff, budget, payroll.

**Spring 1980**      Research Analyst. Intern. House of Representatives, Arizona State Legislature, 1700
                     W. Washington, Phoenix, Arizona 85007. Research, report, speech, amendment writing,
                     analysis of impending legislation and interpretation of proposed laws dealing with budget
                     changes for the state of Arizona--all areas of educational laws.

**1972 - 1978**      Principal-Teacher. Supervisory Home Living Specialist. Teacher. Bureau of Indian
                     Affairs, Navajo/Alaska Area Offices. Principal-teacher responsibilities included teaching
                     grades 1-8th in a one-room school, with supervision of teacher aides, planning included
                     bilingual program, Chapter I programs, library, and budget. Supervisory Home-Living
                     Specialist duties included supervision of staff, planning, counseling, directing of home
                     living program for 226 student high school dormitory. Master teacher duties included
                     working with grades k-8, teaching responsibility was held at all grade levels, bilingual
                     program development, special education, and Regular classrooms.

**Fall 1972**        Education Resource Coordinator-Demonstration Teacher. Rough Rock Demon-
                     stration School, Rough Rock, Arizona (temporary position). Assisted teachers in planning,
                     writing, and implementing objectives, gave inservice training in curriculum areas, develop-
                     ed a bilingual program with materials, assisted with counseling program and on-the-job
                     training of students in career/vocational education, worked with personnel to achieve
                     goals for Chapter I program. As education coordinator I also ran the resource library for
                     the demonstration school, which was set up from scratch and developed into a vital part of
                     the school program.

**1971 - 1972**      Youth Counselor in Training. Kings County Juvenile Authority, Hanford, California.
                     Worked with boys and girls in an open fenced situation. Included drug, reality, and
                     self-identity counseling. Case load ranged from 10 to 15 students. Helped students with
                     school obligations, personal problems, arts and crafts, and recreation. Counseled with
                     parents.

**PUBLICATIONS**     Due Process, Equalization of Finance, Learning Stations in the Self Contained Classroom,
                     Women in Administration, Impact of Public Laws 95-561 and 93-638 on Schools

Located

                     on the Navajo Indian Reservation and nearby Bordertowns.

**AWARDS**           Letter of Commendation for Outstanding administration (Bureau Of Indian Affairs
                     (BIA). 1975 Many Farms. Arizona. Outstanding Service Award. Arizona State
                     Legislature, 1980, Presented by Governor Bruce Babbit. Honors. Phi Delta Kappa,
                     Graduate Assistantship, Dean's List, President's List, Alpha Gamma Sigma, High Honors.
                     Teacher of the Year. 1991-1992, Masonic Lodge.

EX 53 - 751

Bobbi Jo Erwin-Mitchell (continued page 4)

## ACHIEVEMENTS

1992

**School Psychologist Intern.** Shelly Baird-School for the Developmentally Delayed, Hanford, California 93230. Full assessment of mild, moderate, severe, and profound mentally retarded students. Inserviced staff and parents.

1991 - 1992

**School Psychologist Intern.** Kings County Juvenile Hall, Hanford, California 93230. Included crises counseling, psychological and academic testing. Planning with and inservicing counselors in counseling techniques and behavior disorders. Created homework program for the Juvenile Center and trained staff to test and implement a homework program with a point system to build self-esteem. Trained clinical psychologist interns in testing methods, procedures, and report writing.

**School Psychologist Intern.** Lakeside Union Elementary School District. Hanford, California 93230. Duties included full assessment of students, IEP meetings, working with individual students, parents, and counseling of them. Inservice staff on behavior disorders and ADHD.

1991 - Fall

**Counseling Intern.** Lakeside Union Elementary School District, Hanford, California 93230. K-8th grades, included individual, group, and play therapy counseling.

## REFERENCES

References and/or placement file available on request.

EX 53 - 752

### Jerome C. Barrett
*7016 Noah Ave., Bakersfield, CA 93308*
*Phone: (805) 636-4813 (work); (805) 391-9112 (home)*

March 19, 1996

To Whom it May Concern:

This letter of recommendation is being written at the request of Dr. Bobbi Erwin-Mitchell, a school psychologist with whom I have had the pleasure of working during the 1995-1996 school year. While I was not Dr. Mitchell's direct supervisor during this period of time, as coordinator of assessment and support, we had numerous opportunities to meet both formally and informally to discuss assessment tools, report formats, and various assessment issues during the school year. In each instance, I found her to a "quick study." She has a good understanding of special education, assessment tools, eligibility criteria, and the continuum of placement options that are available and need to be considered in determining the most appropriate and least restrictive placement in the educational setting.

As the psychologist serving "small schools" in Kern county, Dr. Mitchell had ample opportunity to work with a variety of regular education staff, resource teachers, district administrators and county office personnel. Her background as a classroom teacher and site principal helped her establish an initial level of credibility, and a good level of rapport was achieved early on and has been maintained through out the school year. She has good collaborative skills and is open to working with a variety of divergent viewpoints in order to provide the best assessment and potential placement for children needing special education services. Additionally, I found her to be thorough in her assessments and always willing to work with instructional staff in getting the assessment information into the instructional program(s).

If I had a staff opening for a school psychologist, Dr. Mitchell is the type of person that would hope to find on my interviewing list. She has good assessment skills, is hard working, dedicated to serving children, cooperative with staff at all levels and open to new ideas and techniques. I recommend her as a serious candidate to any district that is looking for a school psychologist. If I may be of additional help in evaluating Dr. Mitchell's skills, please feel free to contact me at either of the above numbers.

Sincerely,

Jerome C. Barrett
Coordinator, Assessment and Support
Kern County Superintendent of Schools Office

OFFICE OF KELLY F. BLANTON
KERN COUNTY SUPERINTENDENT OF SCHOOLS
1300 17th Street- City Centre
(805) 636-4000

March 19, 1995

To Whom It May Concern:

Dr. Bobbi Jo Mitchell has been employed by Kern County Superintendent of Schools since September, 1995. During this past six months, as a colleague, I have come to know Dr. Mitchell both personally and professionally. I have found her to be an exceptionally dedicated and capable employee as well as a remarkable person who is tireless in her efforts to reconcile the pressures of serving as a child advocate and working ethically and professionally within the limitations of the proverbial "system." It is with pleasure and without reservation that I am writing this letter of reference for her.

In my interactions with Dr. Mitchell, I have observed her to possess extensive knowledge of testing materials and assessment procedures, psychological principles and professional issues which she successfully integrates with her wealth of varied educational training and experiences. Furthermore, Dr. Mitchell is committed to ongoing professional growth in her perpetual search for methods, materials and opportunities to improve her job performance; and has been highly motivated and forthright in sharing expertise, insights and materials with colleagues in a collaborative effort to provide an even more comprehensive data base for serving each student.

Although I have not been in a position to observe Dr. Mitchell's assessment skills directly, I have staffed with her professionally on a number of cases and have had the opportunity to review her work accordingly. Dr. Mitchell's exhibits the ability and commitment to individualize her testing battery to meet the individual needs of each student, to calculate and analyze results and to develop effective written reports unique in their thoroughness, depth of interpretation, and relevance and feasibility of recommendations.

I have been impressed continually with the dedication, energy, conscientiousness, and sincerity with which Dr. Mitchell embraces her responsibilities as a school psychologist while never compromising her personal and professional ethics and, ultimately,
never losing sight of each student as an individual with his/her own strengths, weaknesses and personal as well as educational needs.

Again, I am pleased to recommend Dr. Bobbi Jo Mitchell for the position of school psychologist. If you desire, please feel free to contact me personally at work (805) 636-4852 or home (805) 588-3762.

Sincerely,

Kristina O. Speece
School Psychologist

Board of Trustees:
Randy Comfort
Vern Foiley
Steve Gonsalves
Douglas Martin
Thomas Parra

# *Lakeside Union Elementary School District*

RON MADRUGA, District Superintendent

9100 Jersey Avenue · Hanford, CA 93230

Telephone (209) 582-2868 · FAX (209) 582-7638

May 16, 1995

## TO WHOM IT MAY CONCERN

Dr. Mitchell was employed as a Resource Specialist Program teacher for the Lakeside Union Elementary School District for 6 years.  She is bright, articulate and well educated and projects herself in a very professional manner.

Dr. Mitchell accepted responsibility beyond what is normally considered her duties as an R.S.P. teacher.

She was instrumental in initiating the Christmas program, the school's participation in the Peach Blossom Festival of Oral Interpretation, Geography Bee and the school Science Fair.

Bobbi Jo was the case carrier for our I.E.P. team for special education and the student study team coordinator.  She also gave staff development inservices on special education functions and responsibilities.

She sets high standards for herself and those who are answerable to her.  Bobbi Jo takes on difficult projects with a great deal of enthusiasm.

For the foregoing reasons I believe Dr. Mitchell is capable of effectively completing any task within her field that she would be assigned.

Sincerely,

Ron Madruga
Superintendent

RM/as

EX 53 - 755



# SANGER UNIFIED SCHOOL DISTRICT

**1905 7th STREET • SANGER, CALIFORNIA 93657 • (209) 875-6521 / 237-3171 FAX 875-4071**

April 30, 1993

To Whom it may concern:

I am pleased to recommend Dr. Bobbie Jo Erwin-Mitchell to you for consideration for the position of school psychologist. I have had the opportunity to work with Dr. Erwin-Mitchell as a student as a professional colleague for the last three years. Dr. Erwin-Mitchell was a student of mine while she was in the school psychology training program at Fresno Pacific and we have had the opportunity to consult on professional issues several times since that date.

Dr. Erwin-Mitchell presents as a quiet, thoughtful individual who gives careful consideration to the issues or concerns at hand. In working with her I have also found her to be an exceptionally capable individual. She demonstrates skills at determining the essential issues and components of problems and the ability to develop effective strategies to resolve these matters.

As a student Dr. Erwin-Mitchell demonstrated the ability to quickly grasp the subject matter and was able to integrate school psychology material with her already extensive educational training. The depth of knowledge Dr. Erwin-Mitchell brought to the school psychology training program benefited both Dr. Erwin-Mitchell and her fellow students. I have directly observed her assessment skills and her ability to develop effective written reports based upon her assessment. Dr. Erwin-Mitchell is very capable in these areas and is very skillful at developing data and recommendations that are relevant to the needs of the classroom teacher. In addition, she demonstrated a high level of empathy for the parents of the special needs students she worked with.

In my observations of Dr. Erwin-Mitchell as a professional colleague I have found her to be a considerate and caring individual. She makes an exceptional effort to assist her colleagues and to work with them to advance their needs and the needs of the students. She has gone out of her way to structure training experiences for her colleagues and has been utilized as an advisor and consultant by the psychologists she has worked with. She appears to be able to make clear judgments and assessments of teachers and other educational professionals and is able to develop assistance strategies when given the opportunity.

I am very pleased to recommend Dr. Bobbie Jo Erwin-Mitchell to you for a position as a School Pscychologist/Administrator.

Sincerely,

Mark A. Fulmer, Ed.D.
Assistant Superintendent - Administrative Services

*A Tradition of Excellence*

Trustees: Bill Collins    June Heinrichs    Morry Henry    Wahor Cucuk
Roland Nelson    Charles Johnson    Jim Daily

EX 53 - 756



# Kings County Office of Education

### Gene Billingsley, Superintendent

| Location | BOARD MEMBERS | | Mailing Address |
|---|---|---|---|
| 1144 W. Lacey Boulevard | Mr. John Boogaard | Mr. Scott Clark | Kings County Government Center |
| Telephone (209) 584-1441 | Mr. Jim Focht   Mrs. Larella Howe | Mrs. Beth Rust | Hanford, CA 93230 |

August 1, 1992

To Whom It May Concern:

    I had the privilege to work with Dr. Bobbi Jo
Erwin-Mitchell during summer school in a program for the
severely handicapped children. It is my pleasure to write
this reference letter for her.
    Dr. Mitchell is a very conscientious and energetic
person who takes her responsibilities very seriously. She
is very organized and sincere in dealing with the issues.
In a very short time, she has earned the respect of
teachers, administrators and other staff by her flexible
approach, eagerness to learn and expertise both as a teacher
and a school psychologist.
    Dr. Mitchell has acquired thorough knowledge of test
materials and assessment procedures. Her analysis of data
is sound and objective. She has a wealth of experience in
working with the learning disabled, underprivilege, and
multicultural children in educational settings. This
experience and strong academic background along with her
skills as a psychologist and a teacher and pleasant friendly
personality will be an asset to any educational institution.
    If you need further information feel free to call me at
(209) 582-6062 or (209) 584-1441. .

Sincerely,

Girish Vasavada, Ed.D.
School Psychologist

cc: f

EX 53 - 757

# Kings County
# Superintendent of Schools Office

### GENE BILLINGSLEY, Superintendent

Location
1144 W. LACEY BOULEVARD
Telephone (209) 584-1441

Mailing Address
KINGS COUNTY GOVERNMENT CENTER
Hanford, CA 93230

April 25, 1991

To Whom It May Concern:

I have had the opportunity to work with Dr. Mitchell for the last four years. In that time Dr. Mitchell has demonstrated excellent skills in working with special education students. Her organizational skills and ability to work with a wide and varied range of children has been exceptional. She has been able to successfully integrate all aspects of the core curriculum into her classroom and to provide a rich learning environment for her students. Dr. Mitchell has displayed a through understanding of the special education process as evidenced by the amount of growth and learning that takes place under her direction.

In addition to her classroom duties Dr. Mitchell has also been involved in the screening and assessment of students as well as the planning of special programs. I feel safe to say that all of her students have made significant progress across all domains.

During the 1990-1991 school year Dr. Mitchell served in a counselling internship under my direction. By June, 1991 she will receive her Pupil Personnel Credential with emphasis in counseling. She is qualified and has the ability to understand and counsel with diverse populations of students.

I would highly recommend Dr. Mitchell for any administrative, counseling, or teaching position in education. Her knowledge, ability, and leadership would be a valuable asset to any organization.

If you have any questions please feel free to call me at 209-584-5546.

Sincerely,

Joseph A. Bernard, Ed.S.
School Psychologist

EX 53 - 758



 CHINLE UNIFIED SCHOOL DISTRICT NO. 24

February 24, 1995

**To Whom It May Concern:**

Dr. Bobbi Jo Mitchell has been employed by the Chinle Unified School District since May, 1994 as a school psychologist. During the past nine months I have had the opportunity to observe her work as she has tested a number of our students that were referred.

She has worked well with my staff, the students she was testing, and their parents. I found her to be punctual, professional and thorough in her evaluations and the corresponding reports and recommendations. Additionally, she has made herself available to assist my staff and me with modifications to plans to assist students placed in the Special Education Program.

Dr. Mitchell has a sincere interest in our students and is dedicated to helping them strengthen their areas of weakness. She also has spent time with the students' parents helping them to understand the problem and the plan to assist their child.

In closing, I encourage you to consider Dr. Bobbi Jo Mitchell for openings in your district for which she is qualified.

Sincerely,

W. Marshall Hightower
Principal

Many Farms Elementary School
Many Farms, Arizona
Work (602) 781-6232
Home (602) 781-4365

*520*

P. O. Box 587, Chinle, Arizona 86503 • (602) 674-9400 • Fax (602) 674-9608

EX 53 - 759



CHINLE UNIFIED SCHOOL DISTRICT NO. 24

February 27, 1994

TO WHOM IT MAY CONCERN:

Dr. Bobbie Jo Mitchell is an outstanding employee. She has many good qualities, the one most appreciated is her deep concern for students. Dr. Mitchell is well organized, logical and well qualified in several areas. She is innovative in her teaching methods, in addition, she understands and promotes, the Native American culture. Her technology training, and her "on top" of the situation style is an indicator of her ability to change and adjust to varied situations.

Dr. Mitchell is accurate in her evaluation of situations, believes in the goodness of mankind and never gives up trying to help a child. Her management/administrative style is straight forward, no frills, assumes responsibilities for tasks and does them. She never ceases in her search for materials and methods to improve her job performance. She is professional in her dealings with parents, peers, administration and students.

I recommend Dr. Bobbie Jo Mitchell for any position for which she is qualified. If I can be of further assistance please call (602) 674-9551.

Respectfully,

*Kathryn Powell*

Kathryn Powell
Vocational Director
Chinle Unified School District #24

P. O. Box 587, Chinle, Arizona 86503 • (602) 674-9400 • Fax (602) 674-9608

EX 53 - 760

May 23, 1996

To Whom It May Concern:

As Program Specialist for the Kern County Superintendent of Schools Office, I have known Bobbi Jo Erwin-Mitchell since September 1996.

Dr. Mitchell has shared her knowledge of children and assessment tools with me during the course of the year. She has special insight into each child and his/her social and educational needs. Her assessments reveal far more than the usual information assimilated in our efforts to assist children. Her assessment presents a unique child rather than just a list of numerical scores.

Bobbi Jo is a self starter, and a team player. She is responsible, ethical, reliable, and very professional in her role as a psychologist. She is humorous, caring, fair, honest, and eager to help teachers, parents, students and colleagues.

Bobbi Jo has the unique experience as a Native American to have absorbed the Navaho culture, living and working on the reservation. She has also absorbed the Anglo culture having lived and worked off the reservation in the California central valley. She has acute cultural awareness and is quick to note and appreciate the cultural nuances of a new environment.

Dr. Mitchell is a person of quality. She is a special individual, both as a person and as a professional educator. I have great admiration for her professional expertise. I have particularly enjoyed her friendship and her eagerness to share her knowledge and special gifts regarding children.

*Fran Taylor*

Fran Taylor, Program Specialist
Kern County Superintendent of Schools

EX 53 - 761

SOC. SEC. NO. 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    TEACHER'S RETIREMENT NO. _____

1. NAME    MITCHELL, BOBBI JO

DATE OF BIRTH  1/5/42    PLACE OF BIRTH

2. PERMANENT HOME ADDRESS

3. IN CASE OF EMERGENCY, NOTIFY  _Sherry Lane Mitchell_, 386-437 (Daugh...)

4. LOCAL ADDRESS:  1509 JDA ST.
Dos [illegible], CA 93620

5. TELEPHONE:  39.2-2011
W4  M-1
TB:  3-20-99

6. CERTIFICATE

| | DATE ISSUED | EXPIRES | QUALIFIED TO TEACH |
|---|---|---|---|
| Pupil Pers. Svcs - Clear | 9/1/97 | 9/1/07 | School Psychology & School Counseling |
| Admin. Svcs - Clear | 4/1/94 | 6/30/99 | |
| Learning Handicapped - Clear | 6/30/94 | 6/30/99 | Sp. Ed. |
| Standard Elem. | 6/30/94 | 6/30/97 | Behavioral Sciences |

6a. CBEST ☒ YES ☐ NO    Hired 8-13-96

EDUCATIONAL EXPERIENCE IN LOCAL SCHOOLS

RESIGNED: DATE  3/31/93
RETIRED: DATE _____

| SCHOOL YEAR BEG. END. | SCHOOL or BLDG. | SCHOOL RESPONSIBILITIES | | SALARY | SCHOOL YEAR BEG. END. | SCHOOL or BLDG. | SCHOOL RESPONSIBILITIES | | SALARY |
|---|---|---|---|---|---|---|---|---|---|
| | | 7. GRADE or SUBJECTS TAUGHT | 8. SCHOOL SERVICE | | | | 7. GRADE or SUBJECTS TAUGHT | 8. SCHOOL SERVICE | |
| 96/97 | Dist. | Psychologist | Step 6 | 47,381+ | | | | | |
| 97/99 | DS | Psych-Counsel/Dir. | Step/Step 5 | 61,564. | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

EX 53 - 762

## SICK LEAVE RECORD

| YEAR | DAY RECORD | | | | | YEAR | DAY RECORD | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Balance Due End Last Year | Allowed This Year | Cumulative Total | Used This Year | Balance Due | | Balance Due End Last Year | Allowed This Year | Cumulative Total | Used This Year | Balance Due |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| MEDICAL DATA | SUPPLEMENTARY DATA |
|---|---|

EX 53 - 763

| Form **W-4** Department of the Treasury Internal Revenue Service | Em~~ployee's~~ Withholding Allowance Certificate<br>▶ For Privacy Act and Paperwork Reduction Act Notice, see reverse. | | OMB No. 1545-0010<br>**1993** |
|---|---|---|---|
| 1  Type or print your first name and middle initial<br>Bobbi Jo   Mitchell   (Erwin) | | Last name | 2  Your social security number<br>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 |
| Home address (number and street or rural route)<br>7068 So. 7th St. #87 | | 3  ☐ Single  ☒ Married  ☐ Married, but withhold at higher Single rate.<br>Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box | |
| City or town, state, and ZIP code<br>Avenal, Ca.   93204 | | 4  If your last name differs from that on your social security card, check<br>here and call 1-800-772-1213 for more information . . . . ▶ ☐ | |

5  Total number of allowances you are claiming (from line G above or from the worksheets on page 2 if they apply) . **5** 1

6  Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . . **6** $

7  I claim exemption from withholding for 1993 and I certify that I meet ALL of the following conditions for exemption:
 ● Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability; AND
 ● This year I expect a refund of ALL Federal income tax withheld because I expect to have NO tax liability; AND
 ● This year if my income exceeds $600 and includes nonwage income, another person cannot claim me as a dependent.
 If you meet all of the above conditions, enter "EXEMPT" here . . . . . . . . . . ▶ **7**

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate or entitled to claim exempt status.

Employee's signature ▶ *Bobbi Jo Mitchell*    Date ▶ 7-1    , 19 96

| 8  Employer's name and address (Employer: Complete 8 and 10 only if sending to the IRS) | 9  Office code<br>(optional) | 10  Employer identification number |
|---|---|---|
| | | |

Cat. No. 10220Q

EX 53 - 764

**EFFECTIVE DATE:** 10/1/96

**(FOR OFFICE USE ONLY)**

**ENROLLMENT FORM**

## Transamerica Occidental Life Insurance Company

### Fresno County Schools
### Accidental Death and Dismemberment Insurance Plan

| Benefit Amount (check one box only.) | Family Plan | Individual Plan |
|---|---|---|
| ☐ $500,000* ☐ $200,000 ☐ $90,000 ☐ $50,000 ☐ $20,000<br>☐ $400,000* ☐ $150,000 ☐ $80,000 ☐ $40,000 ☐ $10,000<br>☐ $300,000* ☐ $125,000 ☐ $70,000 ☐ $30,000<br>☐ $250,000 ☑ $100,000 ☐ $60,000  *Amounts in excess of $250,000 cannot exceed 10 times your annual base salary. | ☑ Yes. Please provide me with coverage for myself and family members. | ☐ Yes. Please provide me with coverage for myself only. |

| Benefit Amount | Individual Plan Cost Per Monthly Deduction | Family Plan Cost Per Monthly Deduction |
|---|---|---|
| $ 10,000 | $ .65 | $ .97 |
| 20,000 | 1.30 | 1.94 |
| 30,000 | 1.94 | 2.92 |
| 40,000 | 2.59 | 3.89 |
| 50,000 | 3.24 | 4.86 |
| 60,000 | 3.89 | 5.83 |
| 70,000 | 4.54 | 6.80 |
| 80,000 | 5.18 | 7.78 |
| 90,000 | 5.83 | 8.75 |
| 100,000 | 6.48 | 9.72 ✔ |
| 125,000 | 8.10 | 12.15 |
| 150,000 | 9.72 | 14.58 |
| 200,000 | 12.96 | 19.44 |
| 250,000 | 16.20 | 24.30 |
| 300,000 | 19.44 | 29.16 |
| 400,000 | 25.92 | 38.88 |
| 500,000 | 32.40 | 48.60 |

☑ Please deduct from my salary the premium for the additional insurance that I have indicated above.

☐ I have been given the opportunity to apply for the additional insurance but do not desire to participate.

First Name: Bobbi Jo  Last: Mitchell  Date of Birth: 1-5-42

Address: 1068 So 7th St #87

City: Avenal  State: Ca  Zip: 93204

Occupation: School Psychologist

Employer: Dos Palos - Oro Loma Unified

Beneficiary: George C. Mitchell  Relationship: husband

Spouse's Name: George C. Mitchell  Date of Birth: 3-2-27

Signature: Bobbi Jo Mitchell  Date: 7-1-96

**IMPORTANT:** All employees must complete this form for the $1000 benefit that is provided at no cost.

EX 53 - 765

**Bobbi Jo Erwin-Mitchell**
**44246 20th Street East #3**
**Lancaster, California 93535**
**661-951-7293**

## EDUCATION:

| | |
|---|---|
| **July 1992** | **Fresno Pacific College**. Fresno, California, P.P.S. Credential in Counseling and School Psychology |
| **December 1989** | **Northern Arizona University**. Flagstaff, Arizona Ed.D. Doctorate in Education |
| **August 1979** | **Northern Arizona University**. Flagstaff, Arizona Masters of Arts in Education |
| **May 1971** | **Fresno Pacific College**. Fresno, California Bachelor of Arts in Behavioral Sciences |
| **May 1970** | **College of Sequoias**. Visalia, California Associate of Arts in Liberal Arts |
| **May 1998** | **Fresno State University**, Fresno, California, Grant Writing Training |

## EXPERIENCE

**1998 to Present**    **School Psychologist** Wilsona School District, Palmdale, California. As school psychologist, refined 504 plan, assessment, report writing, attend IEP meetings . Individual and Group Counseling for elementary school students Parenting classes on a weekly basis, areas covered were anger management, developmental stages, parent skills, and laws. Wrote CCR corrections.

**1996-1998**    **Vice Principal-School Psychologist**. Dos Palos-Oro Loma Joint Unified School District, Dos Palos, California. As vice-principal serves as an educational assistant to the building principal--exercises immediate supervisory control in the areas of student discipline, guidance, athletics, and co-curricular activities. As school psychologist, refined 504 plan, assessment, report writing, IEP meetings, assisted in ordering, budget and wrote a half-million dollar grant that was funded with the Department of Health-- State of California for twenty-nine months. Administering budget and grant program as well as other duties above. Outside evaluator for Hollister Community Challenge Grant

**1995-1996**    **School Psychologist**. Kern County Superintendent of Schools, Bakersfield, California 93301. Assessments, interpretation, report writing, attend IEP meetings, in service on current assessment procedures, and federal and state laws. Confer with other professionals, parents, and assist as needed.

**1993-1995**    **Counselor, Interim Vice Principal, Principal, School Psychologist** Chinle School District, Chinle, Arizona 86503. Positions included, high school academic counseling, conflict resolution counseling, group counseling, vocational counseling introduced high

FPD-AZ-03056-0304

Bobbi Jo Erwin-Mitchell (continued page 3)

focused around core curriculum.

**1982 - 1984**    **Principal, K-8th School**. Tsaile Elementary School, Chinle School District, Chinle, Arizona. Management and education facilitator for self-contained and departmentalized programs. Supervised cross categorical programs, including special education, Title IV, Chapter I, library, sports, tutorial programs, facility management, buses, kitchen, classified staff--including program aides, janitors, bus drivers, cooks, and various other programs. In service presenter and facilitator, community support groups, personnel, payroll, and other planning as needed to facilitate a k-9th program in a rural setting. Test scores increased during this time, and discipline problems decreased.

**1980 - 1981**    **Consultant, Director, Teacher, and Program Evaluator**. Hozhoni Foundation for the Handicapped, Flagstaff, Arizona 86002 (Temporary Position). Foundations' Program located in Pinetop, Arizona, included supervision of staff, clients, budget and program planning in a workshop setting as well as a group home for all clients. Vocational education was an integral part of the program as well as academics.

**1979 - 1982**    **Graduate Assistant**. Northern Arizona University, Flagstaff, Arizona, College of Education-Administration 86011. Semester basis-research, staff writing, substitute teaching, guest speaker in educational administration/school law. Updating of personnel files for graduate students, analysis of course work from official transcripts. Statistical analysis of data, surveys, and computer research.

**Summer 1980**    **Program Developer**. University of Arizona, Tucson, Arizona (temporary position). Program planning and educational development in the area of extension work on the Navajo Reservation. Work included evaluation of existing programs dealing with vocational and agriculture implementation, supervision of staff, budget, payroll.

**Spring 1980**    **Research Analyst, Intern**. House of Representatives, Arizona State Legislature, 1700 W. Washington, Phoenix, Arizona 85007. Research, report, speech, amendment writing, analysis of impending legislation and interpretation of proposed laws dealing with budget changes for the state of Arizona--all areas of educational laws.

**1972 - 1978**    **Principal-Teacher, Supervisory Home Living Specialist, Teacher**. Bureau of Indian Affairs, Navajo/Alaska Area Offices. Principal-teacher responsibilities included teaching grades 1-8th in a one-room school, with supervision of teacher aides, planning included bilingual program, Chapter I programs, library, and budget. Supervisory Home-Living Specialist duties included supervision of staff, planning, counseling, directing of home living program for 226 student high school dormitory. Master teacher duties included working with grades k-8, teaching responsibility was held at all grade levels, bilingual program development, special education, and Regular classrooms.

**Fall 1972**    **Education Resource Coordinator-Demonstration Teacher**. Rough Rock Demonstration School, Rough Rock, Arizona (temporary position). Assisted teachers in planning, writing, and implementing objectives, gave in service training in curriculum areas, developed a bilingual program with materials, assisted with counseling program and on-the-job training of students in career/vocational education, worked with personnel to achieve

FPD-AZ-03056-0305

EX 54 - 767

Bobbi Jo Erwin-Mitchell (continued page 4)

goals for Chapter I program. As education coordinator I also ran the resource library for the demonstration school, which was set up from scratch and developed into a vital part of the school program.

**1971 - 1972**      **Youth Counselor in Training**. Kings County Juvenile Authority, Hanford, California. Worked with boys and girls in an open fenced situation. Included drug, reality, and self-identity counseling. Case load ranged from 10 to 15 students. Helped students with school obligations, personal problems, arts and crafts, and recreation. Counseled with parents.

**PUBLICATIONS**      Due Process, Equalization of Finance, Learning Stations in the Self Contained Classroom, Women in Administration, Impact of Public Laws 95-561 and 93-638 on Schools located on the Navajo Indian Reservation and nearby Border towns. After School Program Grant.

**AWARDS**      **Letter of Commendation** for Outstanding administration (Bureau Of Indian Affairs (BIA). 1975 Many Farms. Arizona. **Outstanding Service Award**. Arizona State Legislature, 1980, Presented by Governor Bruce Babbitt. **Honors**, Phi Delta Kappa, Graduate Assistantship, Dean's List, President's List, Alpha Gamma Sigma, High Honors. **Teacher of the Year**. 1991-1992, Masonic Lodge.

**ACHIEVEMENTS**

**1992**      **School Psychologist Intern.** Shelly Baird-School for the Developmentally Delayed, Hanford, California 93230. Full assessment of mild, moderate, severe, and profound mentally retarded students. In service staff and parents.

**1991 - 1992**      **School Psychologist Intern**. Kings County Juvenile Hall, Hanford, California 93230. Included crises counseling, psychological and academic testing. Planning with and inservicing counselors in counseling techniques and behavior disorders. Created homework program for the Juvenile Center and trained staff to test and implement a homework program with a point system to build self-esteem. Trained clinical psychologist interns in testing methods, procedures, and report writing.

**School Psychologist Intern**. Lakeside Union Elementary School District. Hanford, California 93230. Duties included full assessment of students, IEP meetings, working with individual students, parents, and counseling of them. In service staff on behavior disorders and ADHD.

**1991 - Fall**      **Counseling Intern**. Lakeside Union Elementary School District, Hanford, California 93230. K-8th grades, included individual, group, and play therapy counseling.

**REFERENCES**      References and/or placement file available on request.

FPD-AZ-03056-0306

IN THE DISTRICT COURT OF COWLEY COUNTY, KANSAS

Mary D. Erwin                                             Plaintiff

     vs.                                          Case No. 26992

Jessie Carl Erwin                                        Defendant

## DECREE OF DIVORCE

And now on this 26th day of April, 1940, this cause
comes regularly on for trial pursuant to assignment;  plaintiff
appears in person, with her witnesses, and by Geo. W. Stanley,
her attorney, and the defendant appears in person and by his
attorney, J. T. Boyle.

And the court after declaring that an emergency exists
and having ordered the trial of this matter to be heard forth-
with and having examined the papers and pleadings filed herein
and having heard the evidence, finds:

That the allegations contained in plaintiff's petition
are true, and that plaintiff is entitled to the relief prayed for.

That plaintiff has been an actual resident in good
faith of the State of Kansas for more than one year next preceding
the filing of her petition herein, and was at the filing thereof
and is now an actual resident of Arkansas City, Cowley County,
Kansas.

That plaintiff has performed her duty as the wife of
said defendant, but that said defendant disregarding his marriage
vows and obligations has been guilty of extreme cruelty toward
plaintiff.

That plaintiff and defendant have entered into a written
stipulation in regards to their property rights and that said separation
agreement is by the court considered and approved as a fair, just
and equitable distribution of plaintiff and defendant's property
rights.

That according to said separation agreement plaintiff is
to have as her sole and separate property, Lots 6, 6, 7, and 8,
Block 2, Parr Addition to Arkansas City, Cowley County, Kansas,
free and clear of all encumbrance, with the provision that defendant

60 - 145

FPD-AZ-03056-0454

Decree of Divorce, Erwin vs. Erwin, Case No, 26992, Cont'd

is to have the right to remove the three stall garage now located upon said property; in addition plaintiff is to have the household furniture now in the home as her sole and separate property and that defendant is to pay the telephone bill to date in the amount of approximately $35.00, Montgomery Ward and Company approximately $61.40 and Whiting Furniture Company approximately $76.60.

That defendant is to have as his sole and separate property, free from any claim of plaintiff, the following described personal property, to-wit:

1939 G.M.C. Truck and Semi-Trailer 9 Ton capacity Motor #C 22829650; Serial #13821.

1935 International 2½ to 5 ton Truck (New Motor) Motor #100595 and high lift.

HD-7W Allis Chalmers Crawler (Tractor) with Garwood Dozer and LeTourneau Carryal Scraper Serial #S25603D.

One Model D LeTourneau Carryal Scraper Serial #S256030.

One Model T DD Power Control Unit complete with DD Adapt. Neck, Shaft and control PCU#P68157TZ, Neck #N107:5T6B

Model 35 Caterpillar Tractor Serial #5C154W/ with Model 28 Tulsa Winch (Rebuilt machine with guarantee)

1934 Ford Tudor equipped with new 1945 Motor and new tires, Motor #606925.

1 three (3) stall frame garage

60 rods hog wire on adjoining lots back of place

1 fuel tank 350 Cal. on legs

All tools and extra parts

1 saw, hand

1 small baby chair

1 big doll

1 boy's bicycle

Tractor books, papers and records

3 library books

Personal effects, clothing of defendant and of son, Billie Don

1 brown pony with stocking legs

1 red and white spotted pony

1 stock rack for truck;

and all other property connected with his business.

-2-

FPD-AZ-03056-0455

EX 55 - 770

Decree of Divorce, Erwin vs. Erwin, Case No. 26992, Cont'd

That plaintiff is to have the care, custody and control of Jimmie Dean, Age 7 years, Boby Joe, Age 4 years, and Judy, age 17 months, with the provision that defendant is to have the right of visiting said minor children each Saturday and that on one Saturday in each month the defendant is to have the right of having said three minor children with him during the day time providing defendant has some competent lady with said children.

The defendant is to have the care, custody and control of Billie Don, Age 15 years, with the understanding that said son is to be permitted to visit his mother at any and all reasonable times providing said son so desires.

That defendant is to pay the sum of Sixty Dollars ($60.00) per month as and for the support of said three younger children, said payments to begin on May 1, 1940, and to be paid on the 1st of each and every month hereafter until the further order of this court, and that said payments are to be made to the Clerk of the District Court at Winfield, Kansas and by said Clerk remitted to plaintiff.

That defendant is to pay the costs of this action, including an attorney fee for plaintiff's attorney in the sum of One Hundred Dollars ($100.00).

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED that said plaintiff, Mary D. Erwin, be divorced from said defendant, Jessie Carl Erwin, upon the ground of extreme cruelty, and that the bonds of matrimony heretofore existing between said parties be dissolved, set aside, and held for naught.

AND IT IS FURTHER CONSIDERED, ORDERED, ADJUDGED AND DECREED that plaintiff shall have the household furniture as her sole and separate property and that defendant shall immediately pay the telephone bill to date in the amount of approximately $35.00, Montgomery Ward and Company a balance due on the furniture in the amount of approximately $61.40 and Whiting Furniture Company the balance due upon said furniture in the sum of approximately $75.60; in addition

-3-

FPD-AZ-03056-0456

EX 55 - 771

Decree of Divorce, Erwin vs. Erwin, Case No. 26992, Cont'd

plaintiff is to have the home described as Lots 5, 6, 7, and 8, Block 2, Parr Addition to Arkansas City, Cowley County, Kansas, as her sole and separate property, and that defendant shall forthwith deliver over to plaintiff the abstract of title, ~~———————————,~~ tax receipts, and all other papers pertaining to said home property.

AND IT IS FURTHER CONSIDERED, ORDERED, ADJUDGED AND DECREED that defendant shall forthwith remove the three stall garage and the racks now on the home property and that said defendant shall forthwith complete the construction of a woven wire fence enclosing the back yard of the home property.

AND IT IS FURTHER CONSIDERED, ORDERED, ADJUDGED AND DECREED that the defendant is to have as his sole and separate property the following described personal property, to-wit:

1939 G.M.C. Truck and Semi-Trailer 9 Ton capacity Motor #C 22829650; Serial #13821.

1935 International 2½ to 5 ton Truck (New Motor) Motor #100595 and high lift.

HD-7W Allis Chalmers Crawler (Tractor) with Garwood Dozer and LeTourneau Carryal Scraper Serial #S25603D.

One Model D LeTourneau Carryal Scraper Serial #S25603D.

One Model T DD Power Control Unit complete with RD6 Adapt. Neck, shaft and control, PCU#P68157TE, Neck #N16785TEB.

Model 35 Caterpillar Tractor Serial #5C154W/ with Model 28 Tulsa Winch (rebuild machine with guarantee)

1934 Ford Tudor equipped with new 1945 Motor and new tires, Motor #606925.

1 three (3) stall frame garage.

60 rods hog wire on adjoining lots back of place

1 fuel tank 350 Gal. on legs

All tools and extra parts

1 saw, hand

1 small baby chair

1 big doll

1 boy's bicycle

Tractor books, papers and records.

3 library books

-4-

FPD-AZ-03056-0457

EX 55 - 772

Decree of Divorce, Erwin vs. Erwin, Case No. 26992, Cont'd.

Personal effects, clothing of defendant and son, Billie Don.

1 brown pony with stocking legs

1 red and white spotted pony

1 stock rack for truck.

AND IT IS FURTHER CONSIDERED, ORDERED, ADJUDGED AND DECREED that the care, custody and control of plaintiff and defendant's three younger children, to-wit:

Jimmie Dean, Age 7 years,
Boby Joe, Age 4 years,
Judy, Age 17 months,

is to be given to plaintiff with the provision that defendant is to have the right of visiting said children each Saturday and with the further provision that one Saturday each month the defendant is to have the right of having said three children with him during the day time providing said defendant has a competent lady to be with said children.

AND IT IS FURTHER CONSIDERED, ORDERED, ADJUDGED AND DECREED that the care, custody and control of plaintiff and defendant's older child, Billie Don, Age 15 years, is to be given to defendant with the provision that said son is to be permitted to visit his mother at any and all reasonable times if said son so desires.

AND IT IS FURTHER CONSIDERED, ORDERED, ADJUDGED, AND DECREED that said defendant is to pay the sum of Sixty Dollars ($60.00) per month as and for the support of said three minor children, said payments to begin on May 1, 1946 and to be paid on the 1st of each and every month hereafter until the further order of this court and that said payments are to be made to the Clerk of this Court, Winfield, Kansas and by the Clerk remitted to plaintiff.

AND IT IS FURTHER CONSIDERED, ORDERED, ADJUDGED, AND DECREED that defendant pay the costs of this action including plaintiff's attorney fee in the amount of One Hundred Dollars ($100.00)

AND IT IS FURTHER CONSIDERED, ORDERED, ADJUDGED, AND DECREED that this Decree of Divorce shall not become absolute and take effect

-5-

FPD-AZ-03056-0458

EX 55 - 773



Decree of Divorce, Erwin vs. Erwin, Case No. 26992, Cont'd

until after the expiration of six (6) months from this 25th day of

April, 1945.

_____ JUDGE

Approved as to form:

_____
Attorney for Plaintiff

_____
Attorney for Defendant

FILED

CERTIFICATE OF CLERK OF THE DISTRICT COURT.
THE ABOVE IS A TRUE AND CORRECT COPY OF
THE ORIGINAL INSTRUMENT FILED ON THE 24
DAY OF _____ 1946, AND RECORD-
ED IN THE COURT OF THE NINETEENTH JUDICIAL
DISTRICT, COWLEY COUNTY, KANSAS, DONE THIS
21 DAY OF May , 20__

_____
CLERK OF THE DISTRICT COURT

BY _____ DEPUTY.

FPD-AZ-03056-0459

FPD-AZ-03056-0460

26992
X 77=493

Mary D Erwin
vs
Jessie bare Erwin

Journal Entry

**FILED**

MAY 24 1946

*Jessie R. Smith*
CLERK OF DISTRICT COURT

60-145—

EX 55 - 775

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT
## INCIDENT REPORT

A TRADITION OF SERVICE

DATE 6-27-01    PAGE 1 OF 3

| ACTION: | ☒ ACTIVE | NON-CRIMINAL | # OF ADULT ARRESTS | # OF SUBJECT DETENTIONS | URN # | 4 RETENTION | 01 YEAR | 09470 SEQUENTIAL | 1137 REPORTING DISTRICT | 089 STAT CODE |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ INACTIVE ☐ PENDING | | ☐ | 0 | 0 | | | | | | |

CLASSIFICATION / LEVEL / STAT CODE
**GRAND THEFT - 487 (A) PC / F / 089**

SEX OFFENSE - VICTIM INFO? YES ☐ NO ☒

CLASSIFICATION 2 / LEVEL / STAT CODE
**THEFT BY CREDIT CARD - 484G (A) PC / F / 112**

DOMESTIC VIOLENCE
☐ NON-PERSONAL (GUN, KNIFE, ETC)
☐ PERSONAL (HANDS, FEET, FIST, ETC)

CLASSIFICATION 3 / LEVEL / STAT CODE

DATE, TIME, DAY OF OCCURRENCE
B/T 6-20-01, 1100 HRS, TUESDAY / 6-27-01, 1430 HRS, WEDNESDAY

PRINTS REQUESTED ☐ BY: N/A
COMPLETED ☐    TIME
INJURY ☐ Major ☐ Minor ☐ None

LOC. OF OCCURRENCE
44246 20TH ST. E. #3, LANCASTER
BUS. NAME N/A
☐ NON-ORIGINAL

CODE: V-VICTIM    W-WITNESS    I-INFORMANT    R-REPORTING PARTY    P-PARTY

| CODE | # of | LNAME | FNAME | MNAME | SEX | RACE | ETHNIC ORIGIN | DOB | Age |
|---|---|---|---|---|---|---|---|---|---|
| V | 1 OF 1 | MITCHELL | BOBBI | JO | F | W | AMERICAN | 1-5-42 | 59 |

RES. ADDR. 44246 20TH ST. E. #3    CITY LANCASTER    ZIP 93535
VICTIM OF OFFENSE(S) (CLASSIFICATION) #: 1  2
RES. PHONE (Area Code) (661) 951-7293
BUS. ADDR. SAME AS ABOVE    CITY    ZIP
ENGLISH SPEAKING ☐ YES ☐ NO
BUS. PHONE (Area Code)

| CODE | # of | LNAME | FNAME | MNAME | SEX | RACE | ETHNIC ORIGIN | DOB | Age |
|---|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | | |

RES. ADDR.    CITY    ZIP
VICTIM OF OFFENSE(S) (CLASSIFICATION) #:
RES. PHONE (Area Code)
BUS. ADDR.    CITY    ZIP
ENGLISH SPEAKING ☐ YES ☐ NO
BUS. PHONE (Area Code)

| CODE | # of | LNAME | FNAME | MNAME | SEX | RACE | ETHNIC ORIGIN | DOB | Age |
|---|---|---|---|---|---|---|---|---|---|
| N/A | | | | | | | | | |

RES. ADDR.    CITY    ZIP
VICTIM OF OFFENSE(S) (CLASSIFICATION) #:
RES. PHONE (Area Code)
BUS. ADDR.    CITY    ZIP
ENGLISH SPEAKING ☐ YES ☐ NO
BUS. PHONE (Area Code)

CODE: S-SUSPECT    SJ-SUBJECT    M-PATIENT    S/V-SUSPECT /VICTIM    SJ /V -SUBJECT /VICTIM

| CODE | # of | LNAME | FNAME | MNAME | DRIVER'S LICENSE (STATE& No.) |
|---|---|---|---|---|---|
| S | 1 OF 1 | MITCHELL | LEZMOND | CHARLES | CA/ D3384926 |

RES. ADDR. 44246 20TH ST. E. #3    CITY LANCASTER    ZIP 93535    RES. PHONE (Area Code) (661) 951-7293
BUS. ADDR. UNEMPLOYED    CITY    ZIP    BUS. PHONE (Area Code)

| SEX | RACE | ETHNIC ORIGIN | HAIR | EYES | HGT. | WGT. | DOB | Age |
|---|---|---|---|---|---|---|---|---|
| M | W | AMERICAN | BLK | BRO | 508 | 255 | 9-9-81 | 19 |

CHARGE
WHERE DETAINED OR CITE # N.I.C.
AKA
MONIKER
BOOKING #

| CODE | # of | LNAME | FNAME | MNAME | DRIVER'S LICENSE (STATE & No.) |
|---|---|---|---|---|---|
| N/A | | | | | |

RES. ADDR.    CITY    RES. PHONE (Area Code)

**CERTIFICATION OF RECORDS**
I hereby certify that the attached record(s)
are full, true and correct copies of the original on file
and of record in my office.

BUS. ADDR.    BUS. PHONE (Area Code)

Certified by: _Wendy Phelps_ Emp# 111939

| SEX | RACE | ETHNIC ORIGIN | HAIR | EYES | HGT. | WGT. | DOB | Age |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

CHARGE
WHERE DETAINED OR CITE #

Date: 5-15-02

AKA
BOOKING #

| VEHICLE # | SUSPECT | STATUS | ☐ IMPOUNDED | LICENSE (STATE & No.) | YEAR | MAKE | MODEL | BODY TYPE | COLOR |
|---|---|---|---|---|---|---|---|---|---|
| # | VICTIM | ☐ STORED | ☐ OUTSTANDING | | | | | | |

REGISTERED OWNER N/A    IDENTIFYING FEATURES
CHP 180 SUBMITTED: ☐ YES ☐ NO    GARAGE NAME & PH.

| BY DEP. SMITH, ALEX | EMPLOYEE # 413799 | VACATION DATES 9 YRS / 0 | DEP. | | EMPLOYEE # | VACATION DATES |
|---|---|---|---|---|---|---|
| STATION LANCASTER | UNIT / CAR # 111A / 2260 | SHIFT PM | APPROVED | | EMPLOYEE # 052114 | DATE 6-27-01 TIME 1445 |

VICTIM DESIROUS OF PROSECUTION ☒ YES ☐ NO
ASSIGNMENT LAW. DB
HQ NOTIFICATION REQ: ☐ YES ☒ NO    DEP.    DATE / TIME
SPECIAL REQUEST DISTRIBUTION
SUSP / SUBJ RELEASE APPROVED BY    TIME    FCD SUBMITTED: ☐ YES ☒ NO    TT B/C BY    DATE    TIME    SECY 6/30 HW

76C300F - SH-R-49 (Rev. 12/98)

FPD-AZ-02024-0131

| DATE 6-27-01 | TIME RECEIVED 1500 HRS | TAG # 242 | URN # 401-09470-1137-089 | | PAGE 2 OF 3 |
|---|---|---|---|---|---|
| INPUT / CHECKED NCIC, CII, ETC. ☒ YES ☐ NO | EVIDENCE HELD: ☐ YES ☒ NO | EVIDENCE ENTERED IN: PATROL | NARCOTICS    SAFE | BY | |

**EVIDENCE HELD:**

☐ BLOOD  ☐ BULLET  ☐ BULLET CASING  ☐ CHECKS  ☐ CLOTHES  ☐ CREDIT CARDS  ☐ ELECTRONIC EQUIPMENT  ☐ FINGERPRINTS
☐ FOOTPRINTS  ☐ FRAUD DOCUMENTS  ☐ GSR  ☐ HAIR  ☐ JEWELRY  ☐ MISCELLANEOUS  ☐ MONEY  ☐ NARCOTICS
☐ OTHER PRINTS  ☐ PAINT  ☐ PHOTOGRAPHS  ☐ RAPE KIT  ☐ RECEIPTS  ☐ TOOLS  ☐ URINE  ☐ VEHICLE IMPOUNDED
☐ VEHICLE PARTS  ☐ WEAPONS  ☐

**PROPERTY CODE:** S-STOLEN  R-RECOVERED  L-LOST  F-FOUND  E-EMBEZZLED  D-DAMAGED  EV-EVIDENCE
(Use all applicable Codes; for example, if property is both Stolen and Recovered, Code is S/R)

**RELEASED TO**

| CODE | ITEM # | QUAN. | DESCRIPTION (Include kind of article, trade name, identifying numbers, physical description, material, color, condition, age and present market value) | SERIAL # | VALUE |
|---|---|---|---|---|---|
| S | 1 | 1 | LAPTOP COMPUTER, "DELL", 700 MHZ, BLACK, ITEM# 220-2069 | | $1400.00 |
| S | 1 | 1 | ATM MASTER CARD, "NORWEST", RED CARD, NUMBER UNKNOWN. | | |
| S | 1 | 1 | MISCELLANEOUS  U.S. CURRENCY | | $1500.00 |

## PART I STATISTICAL INFORMATION

| PROPERTY | | | TYPE OF PROPERTY | STOLEN | RECOVERED |
|---|---|---|---|---|---|
| TYPE OF PROPERTY | STOLEN | RECOVERED | JEWELRY | $ | $ |
| CLOTHING/FURS | $ | $ | LIVESTOCK | $ | $ |
| CONSUMABLE GOODS | $ | $ | LOCAL STOLEN VEHICLES | $ | $ |
| CURRENCY/NOTES | $ 1500.00 | $ | MISCELLANEOUS | $ | $ |
| FIREARMS | $ | $ | OFFICE EQUIPMENT | $ 1400.00 | $ |
| HOUSEHOLD GOODS | $ | $ | TV/RADIO/STEREO | $ | $ |

### VICTIM OF SEX CRIMES REQUEST FOR CONFIDENTIALITY

PURSUANT TO SECTION 293(e) OF THE CALIFORNIA PENAL CODE, YOU ARE INFORMED THAT YOUR NAME WILL BECOME A MATTER OF PUBLIC RECORD, UNLESS YOU REQUEST THAT IT REMAIN CONFIDENTIAL AND NOT BE A PUBLIC RECORD, PURSUANT TO SECTION 6254 OF THE GOVERNMENT CODE.

I, _____ HEREBY (DO) (DO NOT) ELECT TO EXERCISE MY RIGHT TO PRIVACY.

### SCREENING FACTORS

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | 1. SUSPECT IN CUSTODY | ☒ | ☐ | 7. GENERAL SUSPECT DESCRIPTION |
| ☒ | ☐ | 2. SUSPECT NAMED/KNOWN | ☐ | ☒ | 8. GENERAL VEHICLE DESCRIPTION |
| ☐ | ☒ | 3. UNIQUE SUSPECT IDENTIFIERS | ☐ | ☒ | 9. UNIQUE M.O. OR PATTERN |
| ☐ | ☒ | 4. VEHICLE IN CUSTODY | ☐ | ☒ | 10. SIGNIFICANT PHYSICAL EVIDENCE |
| ☐ | ☒ | 5. UNIQUE VEHICLE IDENTIFIERS | ☒ | ☐ | 11. TRACEABLE STOLEN PROPERTY |
| ☒ | ☐ | 6. WRITER / REVIEWER DISCRETION | ☐ | ☒ | 12. MULTIPLE WITNESSES |

FPD-AZ-02024-0132

EX 56 - 777

I RESPONDED TO THE INDICATED LOCATION IN REGARDS TO A 487 PC REPORT (TAG# 242). THE VICTIM STATED HER SON STOLE HER LAPTOP COMPUTER (S-1) AS HE LEFT THE INDICATED LOCATION.

THE VICTIM ADDITIONALLY STATED HER ATM/ MASTER CARD (S-2) IS ALSO MISSING. WHEN SHE CONTACTED HER BANK. SHE WAS ALSO INFORMED OF SEVERAL UNAUTHORIZED WITHDRAWS FROM HER ACCOUNT (S-3). SHE ALSO BELIEVED HER SON MADE THE WITHDRAWS FROM HER ACCOUNT BECAUSE HE HELP HER NUMEROUS TIMES AT THE ATM MACHINE DUE TO HER POOR EYE SIGHT, SO HE WOULD HAVE SEEN HER ATM ACCESS NUMBER. THE VICTIM STATED THE BANK WILL SHOW HER VIDEOS SO SHE COULD DETERMINE, IF IN FACT, HER SON ACCESSED HER ACCOUNT WITH OUT PERMISSION.

THE VICTIM STATED ON 06-26-01 SHE REALIZED HER ATM CARD (S-2) WAS MISSING. AFTER CONTACTING HER BANK ON THE SAME DATE SHE BECAME AWARE OF THE UNAUTHORIZED WITHDRAWS B/T 6-20-01 THROUGH 6-26-01. SHE SUSPECTED HER SON (S/1) BECAUSE ALL THE WITHDRAWS WOULD HAVE REQUIRED HER ACCESS NUMBER. ONLY HER SON WOULD HAVE KNOWN THAT NUMBER AS INDICATED ABOVE. ON THE EVENING OF 6-26-01 SHE QUESTIONED HER SON WHO DENIED HAVING OR USING HER ATM CARD.

ON 6-27-01 THE VICTIM ARRIVED HOME AT 1430 HRS AND OBSERVED HER SON HAD LEFT THE LOCATION (HE HAD BEEN LIVING THERE SINCE NOVEMBER 2000) WITH ALL OF HIS BELONGINGS AND HER LAPTOP COMPUTER SHE HAD RECENTLY PURCHASED.

THE VICTIM STATED THE SUSPECT HAD NO FRIENDS IN THE CALIFORNIA. SHE THINKS THE SUSPECT IS HEADING TO ARIZONA (WHERE HE ORIGINALLY GREW UP). THE VICTIM STATED THE SUSPECT HAS A GIRLFRIEND THERE, BUT SHE IS UNABLE TO PROVIDE ANY ADDITIONAL INFORMATION AT THIS TIME.

I ADVISED THE VICTIM TO CANCEL HER ATM CARD. WHEN SHE RECEIVES ADDITIONAL INFORMATION FROM THE BANK IN REGARDS TO THE IDENTITY OF THE PERSON USING HER ATM CARD, SHE SHOULD CALL THE STATION FOR A SUPPLEMENTAL REPORT.

REPORT MEMO ISSUED.

78C300F - SH.R.49 (Rev. T200)

FPD-AZ-02024-0133

EX 56 - 778

COUNTY OF LOS ANGELES - SHERIFF'S DEPARTMENT - SUPPLEMENTAL REPORT

| DATE: 07-23-01 | FILE NUMBER: | 401-09470-1137-089 | |
|---|---|---|---|
| C: GRAND THEFT, 487PC | ACTION TAKEN: | INACTIVE | |
| | CASE DISPO CODE: | 214 /64 | |
| | COURT CASE NO: | | |

| CASE INACTIVE - NO FURTHER WORKABLE INFORMATION | ( ) |
|---|---|
| CASE INACTIVE - CASE SOLVED (CLEARED) | ( X ) |

NOTE: IF THE "SOLVED" BOX IS CHECKED YOU MUST CHECK ONE OF THE

FOLLOWING ACCEPTANCE UCR CLEARANCES:

| ADULT ARRESTED | ( ) | CLEARED BY: | M. NACCARATO |
|---|---|---|---|
| JUVENILE ARRESTED | ( ) | VERIFIED BY: | C B Chabot |
| UNFOUNDED | ( ) | INACTIVATED | |
| EXCEPTIONAL | ( X ) | IN E.I. BY: | Hw 7/31/01 |

V:    MITCHELL, BOBBI

S:    MITCHELL, LEZMOND CHARLES MW/09-09-81 (NIC)

WHEN I FIRST TALKED TO THE VICTIM BACK ON 07-02-01, SHE TOLD ME THAT SHE WAS SURE THAT THE SUSPECT WAS HER SON, LEZMOND MITCHELL, BUT, HE HAS SINCE MOVED OUT OF STATE. SHE SAID THAT SHE WAS ALMOST SURE THAT SHE WOULD PROSECUTE HIM. SINCE THEN, SHE HAS NOT RETURNED MY CALLS. THEREFORE, THIS CASE WILL BE INACTIVATED UNLESS THE VICTIM CALLS ME BACK AND INFORMS ME THAT WILL FOR SURE PROSECUTE.

CERTIFICATION OF RECORDS
I hereby certify that the attached record(s)
are full, true and correct copies of the original on file
and of record in my office.
Certified by: Wendy Phelps  Emp# 118839

Date: 5-15-02

| SUBMITTED BY: | DET. M. NACCARATO | #116198 | LAN DB | APPROVED: SGT. P. KASER #108644 |
|---|---|---|---|---|

FPD-AZ-02024-0134

# CERTIFICATE OF DEATH

MICHIGAN DEPARTMENT OF HEALTH
Vital Records Section

**19049**

BIRTH No.

Local File No. **542**

| 1. PLACE OF DEATH | 2. USUAL RESIDENCE (Where deceased lived. If institution residence before admission.) |
|---|---|
| a. COUNTY  GENESEE | a. STATE  MICHIGAN    b. COUNTY  GENESEE |
| b. CITY (If outside corporate limits, write RURAL and give township)  FLINT    c. LENGTH OF STAY (in this place)  4 WKS. | c. TOWNSHIP  (Name of)  CITY OR  VILLAGE  FENTON TWP.    d. Is residence within city or incorporated village?  Yes ☐  No ☒ |
| d. FULL NAME OF (If not in hospital or institution, give street address or location)  HOSPITAL OR INSTITUTION  HURLEY HOSPITAL | e. STREET  ADDRESS  PONEMAH TRAILER PARK |

| 3. NAME OF DECEASED (Type or Print)  a. (First)  JESSIE  b. (Middle)  CARL  c. (Last)  ERWIN | 4. DATE OF DEATH  (Month)  APRIL  (Day)  6,  (Year)  1957 |
|---|---|
| 5. SEX  MALE | 6. COLOR OR RACE  WHITE | 7. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (Specify)  MARRIED | 8. DATE OF BIRTH  JULY 7, 1909 | 9. AGE (In years last birthday)  47 |

| 10a. USUAL OCCUPATION (Give kind of work done during most of working life, even if retired)  OPERATING ENGINEER | 10b. KIND OF BUSINESS OR INDUSTRY  HOLLOWAY CONST. CO. | 11. BIRTHPLACE (State or foreign country)  KANSAS | 12. CITIZEN OF WHAT COUNTRY  U.S.A. |
|---|---|---|---|
| 13. FATHER'S NAME  MICHAEL ERWIN | 14. MOTHER'S MAIDEN NAME  MINNIE FREEMAN | 15. NAME OF HUSBAND OR WIFE OF DECEASED  BEATRICE |

| 16. WAS DECEASED EVER IN U.S. ARMED FORCES  (Yes, no, or unknown) (If yes, give war or dates of service)  NO | 17. SOCIAL SECURITY NO.  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 | 18. INFORMANT'S NAME  MRS. BEATRICE ERWIN | ADDRESS  FENTON |

| 19. CAUSE OF DEATH | MEDICAL CERTIFICATION | Interval Between Onset and Death |
|---|---|---|
| Enter only one cause per line for (a), (b), and (c)  * This does not mean the mode of dying, such as heart failure, asthenia, etc., It means the disease, injury or complication which caused death. | I. DISEASE OR CONDITION DIRECTLY LEADING TO DEATH * (a) _Rt. Cerebral Encephalic malacia due_ _embolus of middle cerebral_  ANTECEDENT CAUSES  Morbid conditions, if any, giving rise to the above cause (a) stating the underlying cause last.  DUE TO (b) _artery due to Mural thrombosis_ _on site of myocardial infarction due_  DUE TO (c) _to arteriosclerotic cardiovascular dis._ _to diabetes mellitus_ | 1 mo |
| 26 yr  II. OTHER SIGNIFICANT CONDITIONS  Conditions contributing to the death but not related to the disease or condition causing death. | | 20. AUTOPSY  Yes ☒  No ☐ |

| 19a. DATE OF OPERATION | 19b. MAJOR FINDINGS OF OPERATION | |
|---|---|---|

| 21a. ACCIDENT  SUICIDE  HOMICIDE  (Specify) | 21b. PLACE OF INJURY (e.g., in or about home, farm, factory, street, office bldg., etc.) | 21c. (CITY, VILLAGE, OR TOWNSHIP)  (COUNTY)  (STATE) |
|---|---|---|
| 21d. TIME  OF  INJURY  (Month)  (Day)  (Year)  (Hour)  m. | 21e. INJURY OCCURRED  While at ☐  Not While  Work  at Work ☐ | 21f. HOW DID INJURY OCCUR? |

22. I hereby certify that I attended the deceased from _March 6_ 19 _57_ to _April 6_ 19 _57_ that I last saw the deceased alive
on _April 6_ 19 _57_, and that death occurred at _8:40 P._ m., from the causes and on the date stated above.

| 23a. SIGNATURE  Ottinger M.D. | (Degree or title) | 23b. ADDRESS  Fenton, Mich. | 23c. DATE SIGNED  4-8-57 |
|---|---|---|---|
| 24a. BURIAL, CREMATION, REMOVAL (Specify)  BURIAL | 24b. DATE  Apr.10,1957 | 24c. NAME OF CEMETERY OR CREMATORY  OAKWOOD CEMETERY | 24d. LOCATION (City, village, twp., or county)  FENTON, MICHIGAN |
| 25. DATE REC'D BY LOCAL REG.  4-8-57 | 26. REGISTRAR'S SIGNATURE  Deputy | 27. FUNERAL DIRECTOR'S SIGNATURE  Howard J. Craft | ADDRESS  Fenton |

FPD-AZ-03056-0201

# Special Resource Personnel



Tony Villela
Bilingual Teacher



Donnarae Sowell
Special Day Class Teacher



Anne Reinhart
Miller-Unruh Teacher



Bobbi Jo Mitchell
RSP Teacher



EX 58 - 781



Case 3:09-cv-08089-DGC    Document 10-7    Filed 06/08/09    Page 92 of 97

# Bobbi Jo Erwin Mitchell

### 1942—2005

Bobbi Jo Erwin Mitchell was born in Cambridge, Kansas on January 5, 1942, and passed away on May 20, 2005  in Farmington, New Mexico after a long illness. Her parents were Ida Marydean Protzman and Jesse Carroll "Jim" Erwin. Her grandparents were Michael R. Erwin and Minnie Olive Freeman.



Bobbi Jo was preceded  in death by husband George C. Mitchell, who passed in 2004. She is survived by a son, Auska Mitchell, and his wife Beverly, of Phoenix, Arizona, and a daughter, Sherry Mitchell, of Lukachukai, Arizona. She is also survived by three grandsons and one granddaughter.

Bobbi Jo Erwin married George, an elementary school teacher, before she graduated from high school. Many young ladies of the era married young, often at the expense of their education. Bobbi Jo, on the other hand—no doubt influenced by her husband's scholastic accomplishments—was determined to finish her education. Strongly encouraged and supported by her husband—who was a Navajo Native American and the first of his family to

Her life was celebrated in a Native American Church memorial service on June 11, 2005 at Lukachukai, Arizona, and her ashes were spread on the Pacific Ocean out of Redondo Beach, California on June 22.

graduate from a college or university—she began her scholastic journey.

While George was teaching at Hanford and Lemoore schools just south of  Fresno, California, she first earned a high school GED certificate at a local college. She then received a BA at Fresno Pacific College in Fresno. Later, when her husband took a teaching job in Arizona, she enrolled at Northern Arizona University in Flagstaff. There she earned an MA, as well as an  Ed.D in Education. Most would agree that her accomplishments were evidence of drive and considerable determination, especially while working part time and raising two children.

Along the way she also earned several certificates in the education field, all recognized by both California and Arizona:

- Clear Standard Elementary Teaching Credential, specializing in Behavioral Sciences

- Clear Specialist Instruction Credential in Special Education. Authorized field: Learning handicapped

EX 59 - 783

Case 3:09-cv-08089-DGC    Document 10-7    Filed 06/08/09    Page 93 of 97

· Clear Administration Services Credential

· Clear Pupil Personal Services Credential, specialization in School Counseling and School Psychology

When Bobbi Jo retired in 2002 she worked as an administrator for the Lancaster School District in Lancaster, California.

Top

Home

**EX 59 - 784**

**Permanent Record — Monument Valley High School — Kayenta, Arizona**

| NAME | Mitchell, Auska |
|---|---|
| ADDRESS | |
| Birthdate | Place |
| Father | |
| Mother | |
| Entered | Withdrew |
| Entered | Withdrew |
| Entered | Withdrew |
| Entered | Withdrew |
| Transcript sent to U of A | Date 5-3-84 |
| Transcript sent to Army | Date 6-12-85 |
| Transcript sent to | Date |
| Transcript sent to | Date |
| Transferred from* | |
| Transferred from** | |
| Program | |
| Graduated 5-25-85 | GPA: 3.111 |
| Rank 19 | Class Size 136 |
| Remarks | |
| **A = Excellent** | |
| **B = Above Average** | |

| YEAR 81-82 | I | II | Cr |
|---|---|---|---|
| English | B | C | 1 |
| Math Alg/Gen | D | A | 1 |
| P.E. /Health | B | B | 1 |
| Science | | | |
| Spanish I | C | | ½ |
| Electronics | | C | ½ |
| Concert Band | A | A | 1 |
| Typing I | D | C | 1 |
| | | | 6 |

| YEAR 83-84 | I | II | Cr |
|---|---|---|---|
| English Journ I | A | | ½ |
| U.S. History | A | C | 1 |
| Concert Band | A | A | 1 |
| Adv. Guitar | A | A | 1 |
| Teacher Aide | P | P | 1 |
| Study Hall | - | | - |
| Drama Theat | | A | ½ |
| Folklore | | B | ½ |

| YEAR 82-83 | I | II | Cr |
|---|---|---|---|
| English III/IV | C | B | 1 |
| Science Bio I | D | F | ½ |
| Math Algebra I | B | A | 1 |
| Navajo Gov't | | A | ½ |
| Health | | | |
| Drivers Ed. | B | | ½ |
| Guitar | A | A | 1 |
| Band | A | A | 1 |
| | | | 5 |

| YEAR 84-85 | I | II | Cr |
|---|---|---|---|
| English Journ II | A | | ½ |
| Government | C | C | 1 |
| Consumer Dev. | B | | ½ |
| Free Enterprise | | A | ½ |
| Adv Swim | | B | ½ |
| Adv Guitar | A | C | 1 |
| Concert Band | A | A | 1 |
| Speech | | A | ½ |
| Earth Science | A | | ½ |

MITCHELL AUSKA K    10  84   A A B C

NAME OF STUDENT / MO. YR. DATE TESTED / ENG. MATH. SOC. S. N. SCI. HIGH SCHOOL GRADES

**The American College Testing Program**



| STANDARD SCORES | | | | | COLLEGE BOUND PERCENTILES | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ENG. | MATH. | SOC. S. | N. SCI. | COMP. | ENG. | MATH. | SOC. S. | N. SCI | COMP. |
| 11 | 17 | 13 | 22 | 16 | 14 | 51 | 36 | 58 | 40 |

Mitchell, Auska

4/04

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19D | RS | N | N | 18 | 31 | 49 | | 15 | 24 | 39 | 37 | 26 | 63 |
| 11.6 | SS | N | N | 638 | 658 | 651 | | 603 | 581 | 590 | 709 | 628 | 659 |
| 4/84 | CE | N | N | 12.7 | 12.9 | 12.9 | | 10.9 | 9.8 | 10.3 | 12.9 | 12.9 | 12.9 |
| | NP | N | N | 56 | 66 | 63 | | 44 | 33 | 37 | 83 | 54 | 68 |
| | SY | N | N | 5 | 6 | 6 | | 5 | 4 | 4 | 7 | 5 | 6 |
| | NCE | N | N | 53 | 59 | 57 | | 47 | 41 | 43 | 70 | 52 | 60 |

4/03

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19C | RS | N | N | 13 | 29 | 42 | | 14 | 24 | 40 | 54 | 31 | 65 |
| 10.8 | SS | N | N | 504 | 640 | 615 | | 602 | 599 | 598 | 673 | 642 | 659 |
| 4/83 | CE | N | N | 7.0 | 12.9 | 11.0 | | 10.9 | 10.5 | 10.6 | 12.9 | 12.9 | 12.9 |
| | NP | N | N | 53 | 64 | 52 | | 51 | 48 | 48 | 79 | 66 | 75 |
| | SY | N | N | 4 | 6 | 5 | | 5 | 5 | 5 | 7 | 9 | 8 |
| | NCE | N | N | 41 | 59 | 51 | | 50 | 44 | 49 | 67 | 60 | 64 |

| Stanford TEST OF ACADEMIC SKILLS | | SCORE TYPE | READING COMP | READING VOCAB | SPELLING | ENGLISH | MATH | SOCIAL SCIENCE | SCIENCE |
|---|---|---|---|---|---|---|---|---|---|
| MITCHELL    AUSKA  K | | RS/NO POSS | 44/ 50 | 31/ 37 | 20/ 40 | 34/ 54 | 35/ 48 | | |
| GR 12   NORMS GR 12.8 | | SCALE SCORE | 730 | 727 | 684 | 690 | 744 | | |
| LEVEL TASK 2   FORM E | | NAT'L PR-S | 65 - 6 | 55 - 5 | 19 - 3 | 35 - 4 | 64 - 6 | | |
| STUDENT NO 001705722 | | NAT'L NCE | 58.1 | 52.6 | 31.5 | 41.9 | 57.5 | | |
| OTHER INFO | | GRADE EQUIV | PHS | PHS | 7.9 | 10.0 | PHS | | |
| AGE 18- 7   TEST DATE 4/15/85 | | | | | | | | | |

| SCORE TYPE | USING INFO | READING | TOTAL ENGLISH | BASIC BAT TOT | COMPLETE BAT TOT | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| RS/NO POSS | | 75/ 87 | 54/ 94 | 164/229 | | | | | | |
| SCALE SCORE | | 728 | 688 | | | | | | | |
| NAT'L PR-S | | 64 - 6 | 26 - 4 | 55 - 5 | | | | | | |
| NAT'L NCE | | 57.5 | 36.5 | 52.6 | | | | | | |
| GRADE EQUIV | | PHS | 8.7 | PHS | | | | | | |

EX 60 - 786

```
MITCHELL AUSKA K C GRADE 10
SCAN                    MALE
MONUMENT VALLEY HS ASVAB 5B
KAYENTA                 AZ CC
PLANS: UNDECIDE    02 OCT 29
        COMPOSITE SCORES
              VE  MA  PS  ME  TT  AA
CORRECT       25  26  052 26  49  33
POSSIBLE      50  40  140 40  70  50
GRADE%        63  69  61  66  76  75
GRADE/SEX%    63  68  73  60  64  72

        SUB-TEST SCORES
              GI  NO  AD  WK  AR  SP
CORRECT       06  34  16  21  12  08
POSSIBLE      15  50  50  50  20  20
GRADE%        55  59  66  76  67  47

              MK  EI  MC  CS  SI  AI
CORRECT       14  22  12  07  09  09
POSSIBLE      20  30  25  25  25  20
GRADE%        69  92  53  34  47  77
```

| TEST/LEVEL | DATE | RSS ▶ | | CA | LANG MA | NON LANG MA | TOTAL |
|---|---|---|---|---|---|---|---|

| CALIFORNIA ACHIEVEMENT TEST | | | PHON ANAL | STRUCT ANAL | READING VOCAB | COMPR | TOTAL | SP |
|---|---|---|---|---|---|---|---|---|
| LEVEL/FORM | | ▶ | | | | | | |
| GRADE | | ▶ | | | | | | |
| DATE | | ▶ | | | | | | |
| | | ▶ | | | | | | |
| | | ▶ | | | | | | |

| MA | IQ ▶ | LANG | NON LANG | TOTAL | NP ▶ | LANG | NON LANG | TOTAL |
|---|---|---|---|---|---|---|---|---|

| ELL | MECH | LANGUAGE EXPRESS | TOTAL | COMPUT | MATHEMATICS CON APP | TOTAL | TOTAL BATTERY | REFER SKILLS |
|---|---|---|---|---|---|---|---|---|

EX 60 - 787



# Diploma of Graduation

**Monument Valley High School**
**Kayenta, Arizona**

This Certifies That

## Auska Kee Charles Mitchell

Has satisfactorily completed a Course of Study prescribed for Graduation

from this School and is therefore awarded this

## Diploma

Given this twenty-fifth day of May, Nineteen hundred eighty-five.

_____
PRESIDENT OF BOARD

_____
SUPERINTENDENT

_____
PRINCIPAL

EX 60 - 788