*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

**AUSKA MITCHELL**

Medical Records

62.    Chinle Health Care Facility, Chinle, Arizona, 1986-1994

63.    Northern Navajo Medical Center, Shiprock, New Mexico, 8/2003

Miscellaneous

64.    Photographs

**THE HEMIL FAMILY**

65.    Foster Hemil's Marshall Island Children

**THE ERWIN FAMILY**

**Billy Don Erwin**

66.    Birth Certificate, 10/5/1931

67.    Death Certificate, 5/17/2002

HS-803 (2/91) P.L. 96-511 N.A.

# PCC AMBULATORY ENCOUNTER RECORD

Clinic _____ 01

Arrival Time _____ 7:57 AM/PM

New Community _____

Date Moved _____

**PROBLEM LIST UPDATE**
(Enter Problem Numbers From Health Summary)

| Remove | Change to Inactive | Change to Active |
|---|---|---|

| | AFFIL. | DIS. | INITIALS/C |
|---|---|---|---|
| PROVIDERS | 1 | 0 1 | S W |
| PRIMARY PROVIDER | 6 | 7 1 | A J |

**CHIEF COMPLAINT** c/o itchy, sore throat c̄ tingly body x 1 day. S. WALLER

TEMP 98    PULSE 88    RESP 20    B/P 120/90

**SUBJECTIVE/OBJECTIVE** Sore throat, cough (non prod.) generalized itchiness nurse 212
x 1 day. Denies Rhinorrhea, fevers, vomiting, diarrhea

HT

PE/ WNWD in NAD
HEENT Pharynx mildly erythematous, tonsils
enlarged c̄ exudate
TM's ok
neck Ⓞ adenopathy
Cor NRR
lngs clear

HEAD

VISION-UNCORRECT R

VISION-CORRECTE R

674
95-35

(FOR ADDITIONAL DOCUMENTATION USE IHS 45-3 CONTINUATION SHEET)

**OTHER TESTS/PROCEDURES ORDERED** Throat culture

| ORDERS | INI |
|---|---|
| HCT | |
| UA | |
| HCG | |
| BS | |
| CBC | |
| URINE CULTURE | |
| THROAT CULTURE | |
| STOOL CULTURE | |
| STS | |
| GC | |
| PAP | |
| PELVIC | |
| BREAST | |
| MAMMO-GRAM | |
| RECTAL | |
| CHEST X-RAY | |
| EKG | |
| SOAK | |
| SCRUB/IRRIGATE | |
| DRESSING | |
| HEP B # | |
| OPV# | |
| DPT# | |
| DT | |
| Td | |
| MMR | |
| INFLU. | |
| PROHIBIT | |
| HIBTITRE | |
| PED VAX HIB | |
| PNEUMO VAX | |
| PPD | |
| LEVEL OF SERVICE | |
| BRIEF | |
| LIMITED | |
| INTERMEDIA | |
| EXTENDED | |
| COMPREHEN | |

**PROBLEM LIST**
A-AI-C    #

**PURPOSE OF VISIT (PRINT ONLY IN THIS SECTION)**

① URI/pharyngitis (non exudative)

imm-Ørec
Ⓕ PPD

NKDA

| REPRODUCTIVE FACTORS | G | P | LC | SA | TA | LMP | FP METHOD | DATE BEGUN |
|---|---|---|---|---|---|---|---|---|

**TREATMENT PLAN** STORE PLAN FOR PROB. #          REMOVE PLAN #

STORE PLAN FOR PROB. #

**MEDICATIONS** Ø

**MEDICATIONS/TREATMENTS/PROCEDURES/PATIENT EDUCATION**

**INJURY 1ST VISIT    CAUSE**          **PLACE**    ☐ ETOH RELATED  ☐ EMPLOY. REL.

**REVISIT/REFERRAL TO:**    DATE    TIME

**PURPOSE:**

**INSTRUCTIONS TO PATIENT:**    ☐ SIGN RELEASE RECORDS
Tylenol for pain
RTC

10/27/92

PROVIDER SIGNATURE

PROV Y M J    10-27-92
NAM 022035    8462
MITCHELL, AUSKA KEE
S O    66    1 SEX 084    TRIBE
80 81 01    036-01-04
RESIDENCE
CCHCF-CHINLE, AZ.
FACILITY    DATE

AMBULATORY CARE RECORD BRIEF
(CONTINUATION SHEET)

| 28. DATE And CLINIC | 29. DIAGNOSES AND CLINICAL NOTES |
|---|---|

**WED DEC 31 1987 --- PM**

T 98³
B/P 126/90

DT given in armed forces.
PPD ⊕

074736

C/o "clogged up" ears hasn't been blowing his nose; has had ear problems in the past (chronic)

Bil impacted cerumen.
disp. carbamide peroxide drops ½ oz
A/P. mineral oil Drops ii A.D.
F/U SR in Am for removal.

Sanguino

| Pharmacist Med Record Document | Yes | No |
|---|---|---|
| Pt Counseled on Medications | ✓ | |
| Interpretation Required | | ✓ |
| Chart Reviewed | | ✓ |
| Drug Therapy Verified by Prescriber | | ✓ |
| Pt Counseled on Drowsiness/Alcohol Use | | ✓ |

9 Solomon          12/31/87

—phcy notes—
reinforced ER visit for thorough
irrigation tomorrow morning.
Neal Solomon, R.Ph.

22035          8462

ICHELL, AUSKA K. C.

| 1. LAST | T. MIDDLE | | | | Chinle Comprehensive Health Care Facility Indian Health Services | 4. REGISTRATION NO. |
|---|---|---|---|---|---|---|
| | 86 | 1 | 084 | | | |
| 81 01 | | 052 01 04 | | | | |

HRSA-45.3
10/82

U.S. GOVERNMENT PRINTING OFFICE : 1984—O-436-660

PH
Arizona 86503

(Continue on reverse

| 28. | DATE AND CLINIC | 29. | DIAGNOSES AND CLINICAL NOTES |
|-----|-----------------|-----|------------------------------|
|     |                 |     |                              |

HRSA-45-1 (Formerly HSA-45-1) (Back)
Rev. 1/84

STANDARD FORM 545 Rev.
10-75 545-108

## LABORATORY REPORT DISPLAY

REMOVE PROTECTIVE STRIP—PLACE TOP OF 3D REPORT HERE AND SUCCEEDING ONES ON LINES TO THE RIGHT

REMOVE PROTECTIVE STRIP—PLACE TOP OF 2D REPORT ON THIS LINE—RIGHT MARGIN ON BASE LINE

PROTECTIVE STRIP—PLACE TOP EDGE OF 1ST REPORT ON THIS LINE WITH RIGHT MARGIN ON BASE LINE

PRESSURE MUST BE APPLIED TO ATTACH LABORATORY REPORT

9/03/93          15:15:56

CHINLE COMPREHENSIVE HEALTH CARE FACILITY
P.O. DRAWER PH
CHINLE, AZ 86503
(602) 674-5281
CHEMISTRY REPORT

Page  1 of 1

SID: 268 9/93
NAME: MITCHELL
DATE DRAWN: 09/03/93          AUSKA KEE
TIME DRAWN: 15:01:43
CAR: 16     POS:  1
COMMENTS:

PID: 22035
LOCATION: AOPD
DOCTOR: HARDING
BIRTHDATE: ____/1966
SEX: M

| Test Name | Result | | Code | Units | Normal Range |
|---|---|---|---|---|---|
| CK | 189. | HIGH | | IU/L | 38.   —   174. |

*Mitchell, Auska Kee*

*22035*

☐ SEROLOGY (SF 551)          ☐ MISCELLANEOUS (SF 557)

☐ SPINAL FLUID (SF 555)          ☐ ASSORTED FORMS

General Services Administration and
Interagency Committee on Medical Records
Prescribed by GSA ICMR
FIRMR (41 CFR) 201-45.505

LABORATORY REPORT
DISPLAY

☆     GPO—1991—304—610

EX 62 - 822

08/11/93    23:09:31                                    Page 1 of 1

CHINLE COMPREHENSIVE HEALTH CARE FACILITY
P.O. DRAWER PH
CHINLE, AZ 86503
(602) 674-5281
CHEMISTRY REPORT

SID: 924 8/93                                    PID: 22035
NAME: MITCHELL         AUSKA KEE        LOCATION: ER
DATE DRAWN: 08/11/93                             DOCTOR: GLOYD
TIME DRAWN: 22:36:07                             BIRTHDATE:        /1966
CAR:  4    POS: 72                               SEX:
COMMENTS:

| Test Name | Result | Code | Units | Normal Range | |
|-----------|--------|------|-------|--------------|---|
| GLUCOSE | 81. | | MG/DL | 70. | — 106. |
| UREA NITROGEN | 10. | | MG/DL | 5. | — 24. |
| CREATININE | 0.9 | | MG/DL | 0.6 | — 1.4 |
| SODIUM | 149. | HIGH RE | MEQ/L | 140. | — 146. |
| POTASSIUM | 4.1 | RE | MEQ/L | 3.5 | — 5.4 |
| CHLORIDE | 109. | RE | MEQ/L | 105. | — 114. |
| BICARBONATE | 27. | | MEQ/L | 22. | — 30. |
| ALKALINE PHOS | 78. | | IU/L | 37. | — 147. |
| AST | 50. | HIGH | IU/L | 16. | — 40. |
| LDH | 202. | | IU/L | 101. | — 218. |
| CK | 230. | HIGH | IU/L | 38. | — 174. |
| TOTAL BILIRUBIN | 0.6 | | MG/DL | 0.0 | — 1.5 |
| AMYLASE | 47. | | IU/L | 12. | — 87. |

*add: Card enzymes*

CCHCF
LABORATORY
93 AUG 11 PM 11:28

Codes: RE - Rerun

08/11/93     22:52:28                                    Page  1 of  1

CHINLE COMPREHENSIVE HEALTH CARE FACILITY
P.O. DRAWER PH
CHINLE, AZ 86503
(602) 674-5281
CHEMISTRY REPORT

SID: 924 8/93                              PID: 22035
NAME: MITCHELL        AUSKA KEE          LOCATION: ER
DATE DRAWN: 08/11/93                      DOCTOR: GLOYD
TIME DRAWN: 22:36:07                      BIRTHDATE:        /1966
CAR:  4    POS: 72                        SEX:
COMMENTS:

| Test Name | Result | Code | Units | Normal Range |  |  |
|---|---|---|---|---|---|---|
| GLUCOSE | 81. | | MG/DL | 70. | – | 106. |
| UREA NITROGEN | 10. | | MG/DL | 5. | – | 24. |
| CREATININE | 0.9 | | MG/DL | 0.6 | – | 1.4 |
| SODIUM | 149. | HIGH RE | MEQ/L | 140. | – | 146. |
| POTASSIUM | 4.1 | RE | MEQ/L | 3.5 | – | 5.4 |
| CHLORIDE | 109. | RE | MEQ/L | 105. | – | 114. |
| BICARBONATE | 27. | | MEQ/L | 22. | – | 30. |
| ALKALINE PHOS | 78. | | IU/L | 37. | – | 147. |
| AST | 50. | HIGH | IU/L | 16. | – | 40. |
| LDH | 202. | | IU/L | 101. | – | 218. |
| TOTAL BILIRUBIN | 0.6 | | MG/DL | 0.0 | – | 1.5 |
| AMYLASE | 47. | | IU/L | 12. | – | 87. |

FRANK 8/11

CCHCF
LABORATORY
93 AUG 11 PM 11:07

Codes: RE – Rerun

' 30/93
O9

CHINLE COMPREHENSIVE HEALTH CARE FACILITY          PAGE 1
P.O. DRAWER PH
CHINLE. AZ 86503
(602) 674-5281/5282   EXT. 185



AUG 02 1993

:  22035          NAME: MITCHELL. AUSKA          SEX: M     AGE: 26
RD: OPA ROOM:          ATTENDING DR: J. GORMAN 6

2: 3562     DATE DRAWN:  7/30/93     TIME DRAWN: 15:43     DRAWN BY:
VIEWED BY: FL
MMENT:
=================================================================
ST                UNITS      RESULT           --EXPECTED--
-----------------------------------------------------------------

A7
    GLUCOSE          MG/DL         93     [ * ]        75      116
    UREA NITROGEN    MG/DL          8     [*  ]         8       26
    CREATININE       MG/DL        1.0     [*  ]       0.8      1.4
    SODIUM           MMOL/L       140     [ * ]       136      146
    POTASSIUM        MMOL/L       4.6     [  *]       3.5      5.0
    CHLORIDE         MMOL/L       106     [ * ]       100      110
    TCO2             MMOL/L        28     [  *]        23       30

CCHCF
LABORATORY
93 JUL 30 PH 4:11

REVIEWED BY:

**EX 62 - 825**

STANDARD FORM 545 Rev.
10-75 545-108

LABORATORY REPORT DISPLAY

**Left form:**

·1987 COULTER ELECTRONICS, INC., HIALEAH, FLORIDA

TEST: ☒ CBC  PROFILE ☐ WBC  ☐ RBC  ☐ PLT  ☐ PLOT

REQ'D BY: _____  DATE 7/30/93

PERFORMED BY: _____  DATE

CASS NO

LAB NO

I D

07/30/93  TEST NO 037

MITCHELL, AUSKA KEE
-66
01  036-01-04

CCHCF-CHINLE, AZ.

| | NORMAL VALUES | | |
|---|---|---|---|
| 10.9 | WBC × 10³ M 4.8-10.8 | | |
| 5.63 | RBC × 10⁶ M 4.7-6.1 F 4.2-5.4 | | |
| 17.8 | Hgb g/dL M 14-18 F 12-16 | | |
| 51.9 | Hct % M 42-52 F 37-47 | | |
| 92.1 | MCV fL M 80-94 F 81-99 | | |
| 31.6 | MCH pg M 27-31 | | |
| 34.3 | MCHC g/dL M 33-37 | | |
| 12.6 | RDW % M F 11.5-14.5 | | |
| 341. | PLT × 10³ M F 130-400 | | |
| 7.8 | MPV fL M 7.4-10.4 | | |
| 37.1 | LYMPH % M 20.5-51.1 | LYMPHO-PENIA | LARGE PLT |
| | MONO % M 1.7-9.3 | LYMPHO-CYTOSIS | SMALL PLT |
| 58.9 | GRAN % M 42.2-75.2 | ATYPICAL LYMPHS | PLT CLUMPS |
| 4.0 | LYMPH × 10³ M 1.2-3.4 | GRANULO-PENIA | NRBC |
| | MONO × 10³ M 0.11-0.59 | GRANULO-CYTOSIS | ANISO |
| 6.4 | GRAN × 10³ M 1.4-6.5 | BLASTS | MICRO |
| | EOS × 10³ M 0.0-0.7 | IMM GRANS/LS | MACRO |
| | BASO × 10³ M 0.0-0.2 | REVIEW NOMO-GRAM | HYPO |
| | | SEG | MONO |
| | | BAND | EOS |
| | | LYMPH | BASO |

COMMENTS

AUG 02 1993

INTERPRETIVE REPORT

**Right form:**

1987 COULTER ELECTRONICS, INC., HIALEAH, FLORIDA

TEST: ☒ CBC  PROFILE ☐ WBC  ☐ RBC  ☐ PLT  ☐ PLOT

REQ'D BY: Second  8/11  DATE 2045

PERFORMED BY: Frank 8/11  DATE

CASS NO

LAB NO  69

I D  22035

08/11/93  TEST NO

MITCHELL, AUSKA KEE
-66
01  035-01-04

| | NORMAL VALUES | | |
|---|---|---|---|
| 13.1 | WBC × 10³ M 4.8-10.8 | | |
| 5.41 | RBC × 10⁶ M 4.7-6.1 F 4.2-5.4 | | |
| 16.9 | Hgb g/dL M 14-18 F 12-16 | | |
| 48.7 | Hct % M 42-52 F 37-47 | | |
| 90.1 | MCV fL M 80-94 F 81-99 | | |
| 31.2 | MCH pg M 27-31 | | |
| 34.7 | MCHC g/dL M 33-37 | | |
| 12.7 | RDW % M F 11.5-14.5 | | |
| 329. | PLT × 10³ M F 130-400 | | |
| 7.5 | MPV fL M 7.4-10.4 | | |
| 43.5 | LYMPH % M 20.5-51.1 | LYMPHO-PENIA | LARGE PLT |
| 6.1 | MONO % M 1.7-9.3 | LYMPHO-CYTOSIS | SMALL PLT |
| 50.1 | GRAN % M 42.2-75.2 | ATYPICAL LYMPHS | PLT CLUMPS |
| 5.7 | LYMPH × 10³ M 1.2-3.4 | GRANULO-PENIA | NRBC |
| .8 | MONO × 10³ M 0.11-0.59 | GRANULO-CYTOSIS | ANISO |
| 6.6 | GRAN × 10³ M 1.4-6.5 | BLASTS | MICRO |
| | EOS × 10³ M 0.0-0.7 | IMM GRANS/LS | MACRO |
| .2 | BASO × 10³ M 0.0-0.2 | REVIEW NOMO-GRAM | HYPO |
| 52 | | SEG 2 | MONO |
| 0 | | BAND 0 | EOS |
| 46 | | LYMPH 0 | BASO |

COMMENTS
RBC's are
Normochromic
Normocytic
adq. platelets

INTERPRETIVE REPORT

**Left margin (handwritten):**
#22035
Mitchell, Auska Kee

**Bottom left printed list:**
- ☐ HEMATOLOGY (SF 549)
- ☐ CHEMISTRY III (SF 546)
- ☐ URINALYSIS (SF 550)
- ☐ MOUNTED ON STRIPS 1, 4, AND 7
- ☐ MICROBIOLOGY I (SF 553)
- ☐ SEROLOGY (SF 551)
- ☐ MICROBIOLOGY II (SF 554)
- ☐ SPINAL FLUID (SF 555)
- ☐ MISCELLANEOUS (SF 557)
- ☐ ASSORTED FORMS
- ☐ OTHER (Specify)

General Services Administration and
Interagency Committee on Medical Records
Prescribed by GSA ICMR
FIRMR (41 CFR) 201-45.505

LABORATORY REPORT
DISPLAY

☆  GPO—1991—301—777

COULTER COUNTER®

EX 62 - 826

STANDARD FORM 545 Rev.
10-75 545-108

# LABORATORY REPORT DISPLAY

SPECIMEN/LAB RPT NO

YMJ
022035                        -8402
MITCHELL, AUSKA KEE
     -66      1     084
8C 81 01        036-01-04
CCHCF-CHINLE, AZ.

PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

REQUESTING PHYSICIAN'S SIGNATURE

REPORTED BY   FRANK 8/11   TECH

REMARKS

**URINALYSIS**

| URGENCY | PATIENT STATUS |
|---|---|
| ☐ ROUTINE | ☐ BED ☐ AMB |
| TODAY ☐ | OUTPATIENT ☐ |
| ☐ PRE-OP | ☐ NP ☐ DOM |
| STAT ☐ | SPECIMEN SOURCE ☐ ROUTINE ☐ OTHER (Specify) |

MD DATE        LAB. ID NO.

PRESSURE MUST BE APPLIED TO ATTACH LABORATORY REPORTS

YMJ
022035                        -8402
MITCHELL, AUSKA KEE
     -66      1     084        CCHCF
8C 81 01        036-01-04     LABORATORY
                   93 JUL 30  PM 3: 15
CCHCF-CHINLE, AZ.

AUG 02 1993

PATIENT IDENTIFICATION—TREATING FACILITY—WARD NO.—DATE

REQUESTING PHYSICIAN'S SIGNATURE

REPORTED BY   JR 7/30/93   TECH

REMARKS

**URINALYSIS**

| URGENCY | PATIENT STATUS |
|---|---|
| ☐ ROUTINE | ☐ BED ☐ AMB |
| TODAY ☐ | OUTPATIENT ☐ |
| ☐ PRE-OP | ☐ NP ☐ DOM |
| STAT ☐ | SPECIMEN SOURCE ☐ ROUTINE ☐ OTHER (Specify) |

☐ URINALYSIS (SF 550)
☐ SEROLOGY (SF 551)
☐ SPINAL FLUID (SF 555)

☐ MICROBIOLOGY I (SF 553)
☐ MICROBIOLOGY II (SF 554)
☐ MISCELLANEOUS (SF 557)
☐ ASSORTED FORMS

#22035
mitchell, Auska Kee

General Services Administration and
Interagency Committee on Medical Records
Prescribed by GSA ICMR
FIRMR (41 CFR) 201-45.505

LABORATORY REPORT
DISPLAY

☆    GPO—1991—301—777

**EX 62 - 827**

------------------------------- Antimicrobial Susceptibility and Organism Identification Report ------------    ** FINAL *

Name : MITCHELL, AUSKA LEE
ID# : 22035                                    Ward    : EMERGENCY ROOM
                                               Service :

Date of Birth :    /1966
Sex : Male

-------------------------------------------------------------------------------

                    Specimen Number   : 0000505H
                    Specimen Source   : CLEAN CATCH              Collected : 08/11/93  22:40
                                                                 Received  : 08/11/93  22:41
                    Requesting Physician : S. GLOYD MD

-------------------------------------------------------------------------------

                              Miscellaneous Tests and Comments

                    NO GROWTH AFTER 48 HOURS


          Comments :

-------------------------------------------------------------------------------

                              Organisms Identified

Iso/Result    Identity                                    Tested      Comments
----------    ------------------------------------------  --------    -----------------------------------


                                                                                    12 31  A1




                                                                        AUG 17 1993




-------------------------------------------------------------------------------
*  Susceptibilities, if performed, appear on the following page(s).
-------------------------------------------------------------------------------
Tech :        JR                  Source    : CLEAN CATCH      Name : MITCHELL, AUSKA LEE        ** FINAL *
Report Date : 08/13/93  11:01     Collected : 08/11/93  22:40  ID # : 22035

EX 62 - 828

CHINLE COMP. HEALTH CARE FAC.          M I C R O B I O L O G Y   R E P O R T          CHINLE, ARIZONA 86503
P. O. DRAWER PH                                 S U M M A R Y                          602-674-5281 EXT 186

------------------------------ Antimicrobial Susceptibility and Organism Identification Report ------------          XX FINAL

Name : MITCHELL,AUSKA KEE
ID#  : 22035                                    Ward    : OUTPATIENT ADULT
                                                Service :                      AUG 03 1993
Date of Birth :      /1966
Sex  : Male


--------------------------------------------------------------------------------------------------------------------

                    Specimen Number  : 0001388G
                    Specimen Source  : CLEAN CATCH                    Collected : 07/30/93  15:15
                                                        C            Received  : 07/30/93  15:15
                    Requesting Physician : JOHN GORMAN PAC

--------------------------------------------------------------------------------------------------------------------

                                        Miscellaneous Tests and Comments

                        NO GROWTH AFTER 48 HOURS




            Comments :

--------------------------------------------------------------------------------------------------------------------

                                            Organisms Identified

so/Result    Identity                                        Tested    Comments
---------    ---------------------------------------------   --------  -----------------------------------------------


II 31


--------------------------------------------------------------------------------------------------------------------
    Susceptibilities, if performed, appear on the following page(s).
--------------------------------------------------------------------------------------------------------------------
:ch :                                  Source    : CLEAN CATCH        Name : MITCHELL,AUSKA KEE              XX FINAL
:port Date : 08/05     10:45           Collected : 07/30/93  15:15    ID # : 22035

EX 62 - 829

CHINLE COMP. HEALTH CARE FAC.          M I C R O B I O L O G Y   R E P O R T          CHINLE, ARIZONA 86503
    P. O. DRAWER PH                              S U M M A R Y                         602-674-5281 EXT 186

---------------------------------- Antimicrobial Susceptibility and Organism Identification Report -------------- ** FINAL *

Name : MITCHELL,AUSKA
ID# : 22035                                    Ward    : OUTPATIENT ADULT      JUN 28 1993
                                               Service :
Date of Birth :|       /1966
Sex : Male

         Specimen Number  : 002119SF                        Collected : 06/21/93  **:**
         Specimen Source  : URETHRAL CULTURE                Received  : 06/21/93  17:00

         Requesting Physician : COLLADO FNP

                                  Miscellaneous Tests and Comments

         NO N. GONORRHOEAE ISO.

         Comments :

                                      Organisms Identified

Iso/Result   Identity                                Tested    Comments
---------    ----------------------------------      --------  -------------------------

                                                                                        12 58 .J

Susceptibilities, if performed, appear on the following page(s).
--------------------------------------------------------------------------------
Tech :    JR                Source  : URETHRAL CULTURE    Name : MITCHELL,AUSKA              ** FINA

**EX 62 - 830**

MITCHELL, AUSKA KEE

NOV 10 1992

DCP

EX 62 - 831

# Nichols Institute

PAGE  1

| | | |
|---|---|---|
| )UNT NO. | 6013 | PATIENT  MITCHELL, AUSKA |

IT  CHINLE USPHS INDIAN HEALTH FACILITY
ATTENTION: LABORATORY
P.O. DRAWER PH
CHINLE          AZ 86503

AN  HARDING, ELIZABETH

QUISITION NO.  CR 9329600530    AREA 52    ROUTE 03

NOV 0 1 1993

| | |
|---|---|
| AGE | |
| SEX | |
| HOSPITAL NO. | 22035 |
| LABORATORY NO. | |
| DATE COLLECTED | 10/22/93 |
| DATE RECEIVED | 10/23/93 |
| TIME RECEIVED | 2:54 |
| DATE REPORTED | 10/26/93 |
| TIME REPORTED | 11:51 |
| REPORT STATUS | **COMPLETE** |

| TEST | RESULT | REFERENCE RANGE | UNITS | LO CO |
|---|---|---|---|---|

ID PROFILE 3                                                    *ClTm:   9:35

OPROTEIN STUDIES                                                              (MP)

| | | | | |
|---|---|---|---|---|
| olesterol | 275 | HIGH | 120-200 | mg/dL |
| iglycerides | 266 | | 36-318 | mg/dL |
| L Cholesterol | 39 | | 35-98 | mg/dL |
| L Cholesterol | 183 | HIGH | 57-130 | mg/dL |
| L/HDL Ratio | 4.69 | | | |

OPROTEIN EVALUATION

pearance          CLEAR
terpretation      IF THIS PATIENT WAS FASTING 12 HOURS OR MORE PRIOR TO
                  OBTAINING THIS SPECIMEN, THIS REPRESENTS A TYPE IIA
                  HYPERLIPOPROTEINEMIA.  TYPE IIA HYPERLIPOPROTEINEMIA
                  MAY BE PRIMARY OR SECONDARY TO HYPOTHYROIDISM,
                  NEPHROTIC SYNDROME, DYSGAMMAGLOBULINEMIA, OBSTRUCTIVE
                  HEPATIC DISEASE, ACUTE PORPHYRIA, IDIOPATHIC
                  HYPERCALCEMIA, ANDROGENIC STEROID THERAPY, KETOGENIC
                  DIETS OR EXCESSIVE INTAKE OF CHOLESTEROL AND SATURATED
                  FATTY ACIDS.  PRIOR TO ASSUMING THAT THIS
                  HYPERLIPOPROTEINEMIA IS PRIMARY IN TYPE, ALL SECONDARY
                  ETIOLOGIES SHOULD BE CAREFULLY EXCLUDED.

ronary Risk       BASED UPON THE RATIO BETWEEN THE LDL CHOLESTEROL AND
                  HDL CHOLESTEROL, THIS PATIENT HAS 1.4  TIMES THE AVERAGE
                  RISK OF DEVELOPING CORONARY HEART DISEASE. IT SHOULD BE
                  NOTED THAT THE "AVERAGE" DEGREE OF RISK FOR AMERICANS IS
                  STILL UNDESIRABLE. THE "0.5 X AVERAGE" FACTOR OR LESS
                  SHOULD BE STRIVED FOR.

RICHARD DUEL, M.D.
FASTING SPECIMEN

EX 62 - 832

# Nichols Institute



PAGE 1

| ACCOUNT NO. | 6013 | | PATIENT | MITCHELL, AUSKA |
|---|---|---|---|---|

COUNT  CHINLE USPHS INDIAN HEALTH FACILITY
ATTENTION: LABORATORY
P.O. DRAWER PH
CHINLE        AZ 86503

YSICIAN  HARDING, ELIZABETH

REQUISITION NO.  CR 9329600530      AREA  52    ROUTE  03

AGE
SEX

HOSPITAL NO.
LABORATORY NO.        22035
DATE COLLECTED        10/22/93
DATE RECEIVED         10/23/93
TIME RECEIVED            2:54
DATE REPORTED         10/26/93
TIME REPORTED           23:53
REPORT STATUS       **COMPLETE**

| TEST | RESULT | REFERENCE RANGE | UNITS | LOC/CODE |
|---|---|---|---|---|

## LIPID PROFILE 3                                              *ClTm:  9:35

### LIPOPROTEIN STUDIES                                                      (MP)

| Test | Result | | Reference Range | Units |
|---|---|---|---|---|
| Cholesterol | 275 | HIGH | 120-200 | mg/dL |
| Triglycerides | 266 | | 36-318 | mg/dL |
| HDL Cholesterol | 39 | | 35-98 | mg/dL |
| LDL Cholesterol | 183 | HIGH | 57-130 | mg/dL |
| LDL/HDL Ratio | 4.69 | | | |

### LIPOPROTEIN EVALUATION

Appearance            CLEAR
Interpretation        IF THIS PATIENT WAS FASTING 12 HOURS OR MORE PRIOR TO
                      OBTAINING THIS SPECIMEN, THIS REPRESENTS A TYPE IIA
                      HYPERLIPOPROTEINEMIA.  TYPE IIA HYPERLIPOPROTEINEMIA
                      MAY BE PRIMARY OR SECONDARY TO HYPOTHYROIDISM,
                      NEPHROTIC SYNDROME, DYSGAMMAGLOBULINEMIA, OBSTRUCTIVE
                      HEPATIC DISEASE, ACUTE PORPHYRIA, IDIOPATHIC
                      HYPERCALCEMIA, ANDROGENIC STEROID THERAPY, KETOGENIC
                      DIETS OR EXCESSIVE INTAKE OF CHOLESTEROL AND SATURATED
                      FATTY ACIDS.  PRIOR TO ASSUMING THAT THIS
                      HYPERLIPOPROTEINEMIA IS PRIMARY IN TYPE, ALL SECONDARY
                      ETIOLOGIES SHOULD BE CAREFULLY EXCLUDED.

Coronary Risk         BASED UPON THE RATIO BETWEEN THE LDL CHOLESTEROL AND
                      HDL CHOLESTEROL, THIS PATIENT HAS 1.4  TIMES THE AVERAGE
                      RISK OF DEVELOPING CORONARY HEART DISEASE.  IT SHOULD BE
                      NOTED THAT THE "AVERAGE" DEGREE OF RISK FOR AMERICANS IS
                      STILL UNDESIRABLE. THE "0.5 X AVERAGE" FACTOR OR LESS
                      SHOULD BE STRIVED FOR.

                      ---------------------
                      RICHARD JUEL, M.D.
                           FASTING SPECIMEN

EX 62 - 833

# Nichols Institute

PAGE

| | | |
|---|---|---|
| ACCOUNT NO. | C-013 | PATIENT  MITCHELL, AUSKA KEE |
| COUNT | CHINLE USPHS INDIAN HEALTH FACILITY. ATTENTION: LABORATORY P.O. DRAWER PH CHINLE              AZ 86503 | AGE 27Y  SEX M  HOSPITAL NO.  LABORATORY NO.  DATE COLLECTED 09/30/93  DATE RECEIVED 10/01/93 |
| YSICIAN | MARQUSEE | TIME RECEIVED  OCT 0 4 1993 DATE REPORTED  TIME REPORTED 10/01/93 |
| REQUISITION NO. | CR 93274006 1    AREA 52    ROUTE 58 | REPORT STATUS  **COMPLETE** |

| TEST | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|
| CREATINE KINASE (CK, CPK) | | | (MP) |
| Serum Level | 152 | 14-269 | U/l |
| CORTISOL, PLASMA OR SERUM | | *01Tm: 8:00 | (MP) |
| Time | 06:00 A.M. | | |
| Result | 0.6 | | mcg/dl |
| Normals | | 8:0 AM: 7.0-25.0 MCG/DL | |
| | | 4-5 PM: 2.0-9.0 MCG/DL | |
| ALDOLASE | | | (MP) |
| Serum Level | 6 | 2-7 | U/l |
| | FASTING SPECIMEN | | |



Cortisol Suppressed c̄ dexamethasone test

(Cushings)

**EX 62 - 834**

 Nichols Institute

PAGE    1

| | |
|---|---|
| ACCOUNT NO.    6013 | PATIENT    MITCHELL, AUSKA KEE |

CCOUNT    CHINLE USPHS INDIAN HEALTH FACILITY
ATTENTION: LABORATORY
P.O. DRAWER PH
CHINLE    AZ 86503

| | |
|---|---|
| AGE    26Y | HOSPITAL NO.    022035 |
| SEX    M | LABORATORY NO. |
| | DATE COLLECTED    08/11/93 |
| | DATE RECEIVED    08/13/93 |
| | TIME RECEIVED    2:25 |

HYSICIAN    GLOYD, SUSAN

DATE REPORTED    08/13/93
TIME REPORTED    17:02

REQUISITION NO.    CR 9322500548    AREA    52    ROUTE    03

REPORT STATUS    **COMPLETE**

| TEST | RESULT | REFERENCE RANGE | UNITS | LOC COD |
|---|---|---|---|---|
| ANTI-NUCLEAR ANTIBODIES (ANA) | | | *ClTm: 22:43 | (MP) |
| Serum, Qnt | NEGATIVE | NEGATIVE | | |
| HYPOTHYROID PROFILE 1 | | (HOU-THY4 | *ClTm: 22:43 | |
| THYROID PROFILE | | | | (MP) |
| Thyroxine (T4) | 11.7 | 5.1-12.0 | mcg/dl | |
| T3 Uptake | 30 | 27-37 | % | |
| Free Thyroxine Index | 3.5 | 1.5-4.8 | | |
| TBG (Calculated) | 24.7 | 14.0-26.0 | mcg/dl | |
| THYROID STIMULATING HORMONE (TSH)-HIGHLY SENSITIVE | | | | (MP) |
| Final | 2.4 | 0.4-6.0 | mcIU/ml | |

EX 62 - 835

STANDARD FORM 545
545-107

## LABORATORY  REPORT  DISPLAY

## Nichols Institute

PAGE                    1

| ACCOUNT NO. | 6013 | PATIENT | MITCHELL, AUSKA | | |
|---|---|---|---|---|---|
| :COUNT | CHINLE USPHS INDIAN HEALTH FACILITY | AGE | | HOSPITAL NO. | |
| | ATTENTION: LABORATORY | SEX | | LABORATORY NO. | 2203 |
| | P.O. DRAWER PH | | | DATE COLLECTED | 10/22/9 |
| | CHINLE          AZ 86503 | | | DATE RECEIVED | 10/23/9 |
| IYSICIAN | HARDING, ELIZABETH | | | TIME RECEIVED | 2:5 |
| | | | OCT 27 1993 | DATE REPORTED | 10/23/9 |
| REQUISITION NO. | CR 9329600530 | AREA 52 | ROUTE 03 | TIME REPORTED | 12:2( |
| | | | | REPORT STATUS | **COMPLETE* |

| TEST | RESULT | REFERENCE RANGE | UNITS | LO CO |
|---|---|---|---|---|
| RPR, QUANTITATIVE | | | | |
| Serum, Qnt | NON-REACTIVE | | *ClTm: 9:35 (MP) | |
| | FASTING SPECIMEN | | NON-REACTIVE | |

EX 62 - 836



**Nichols Institute**

PAGE

ACCOUNT NO.       6013

CHINLE USPHS INDIAN HEALTH FACILITY       PATIENT   MITCHELL, AUSKA KEE
ATTENTION: LABORATORY
P.O. DRAWER PH
CHINLE          AZ 86503

AGE   26Y
SEX   M              HOSPITAL NO.                2203

HARDING, ELIZABETH                            LABORATORY NO.
                                       AOPD   DATE COLLECTED          09/07/93
                                              DATE RECEIVED           09/08/93
REQUISITION NO.   CR 9325100698                TIME RECEIVED              3:44
                                              DATE REPORTED          09/08/93
                       AREA   52   ROUTE  03   TIME REPORTED            18:15
                                              REPORT STATUS      **COMPLETE**

| TEST | RESULT | REFERENCE RANGE | UNITS | LOC CODE |
|------|--------|-----------------|-------|------|
| ALDOLASE | | | | |
| Serum Level | 8   HIGH | 2-7 | U/1 | (MP) |

EX 62 - 837

Nichols Institute

PAGE

| | | |
|---|---|---|
| OUNT NO. | PATIENT | |
| CCOUNT | AGE | HOSPITAL NO. |
| CHINLE USPHS INDIAN HEALTH FACILITY | SEX  25Y | LABORATORY NO. |
| ATTENTION: LABORATORY | | DATE COLLECTED |
| P.O. DRAWER PH | | DATE RECEIVED |
| CHINLE        AZ 86503 | | TIME RECEIVED |
| PHYSICIAN | | DATE REPORTED |
| | | TIME REPORTED |
| REQUISITION NO.        AREA        ROUTE | | REPORT STATUS  **COMPLETE** |

| TEST | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|

********** MICROBIOLOGY **********

CHLAMYDIA SPP. DIRECT ANTIGEN TEST
Source   NO SOURCE GIVE

BY EIA                NEGATIVE                NEGATIVE

MITCHELL, AUSKA K. C.

HEMATOLOGY (SF 549)          MOUNTED ON STRIPS 1, 4, AND 7

MICROBIOLOGY I (SF 553)

URINALYSIS (SF 550)          MICROBIOLOGY II (SF 554)

SEROLOGY (SF 551)          MISCELLANEOUS (SF 557)

SPINAL FLUID (SF 555)          ASSORTED FORMS

General Services Administration and          LABORATORY REPORT
Interagency Committee on Medical Records     DISPLAY
PRESCRIBED BY GSA/ICMR
FIRMR (41 CFR) 201-45.505
☆U.S. GOVERNMENT PRINTING OFFICE: 1985 0-482-338

**EX 62 - 838**



-8462

YMJ
022035
MITCHELL,AUSKA KEE
-99        1        034
80  81  01    036-01-04
CCHCF-CHINLE, AZ.

NSE

J. Hammer, PA-c

EX 62 - 839

IHS-803 (5/98)          P.L. 96-511 N.A.

**PCC AMBULATORY ENCOUNTER RECORD**

Date 8-8-03

Arrival Time 1349 : ___ AM / PM

Clinic 80

Appt. ___ (Walk-in)

PROBLEM LIST UPDATE
(Enter Problem Numbers From Health Summary)

| Remove | Move to Inactive | Move to Active |
|---|---|---|

PROVIDERS

PRIMARY PROVIDER

AFFIL.   DIS.   INITIALS / CODE

| TEMP | PULSE | RESP | B/P |
|---|---|---|---|
| 98 | 90 | 16 | 1 4 4 / 8 9 |

WT. ☐ GM  ☐ KG  ☐ LB-O

HT. ☐ CM  ☐ IN

HEAD ☐ CM  ☐ IN

**CHIEF COMPLAINT**
(S) sts seen for (C)ear pain tuesday, not better, getting worse (C)NAD, afebrile, V5 stable (P) potential for infection (E) pt to WIC

**SUBJECTIVE/ OBJECTIVE**
CC: "my (L) ear is killing me" x 1 week.
S: 36 yo NA o̅ c̄ a PMH of (H)TN & (L) ear pain return to clinic
C/O "my (L) ear is killing me" x 1 week. Swollen (L) jaw. No fever?
Overall feels more energetic c̄ Vitamin & Atenolol.
Meds: see chart          Allergies: NKDA
O.V.S : afebrile
Gs : Overweight NA, o̅, anxious, nontoxic appearing
mouth: SEVERE dental caries (L) lower molar
ear: clear TM's
neck: swollen, tender (L) nodes

VISION - UNCORRECTED   R _____ L _____

VISION - CORRECTED   R _____ L _____

| ✓ | ORDER | INITIALS |
|---|---|---|
| | HCT. | |
| | UA | |
| | HCG | |
| | BS-F/BS-R | |
| | CBC | |
| | Urine culture | |
| | Throat culture | |
| | Stool culture | |
| | STS | |
| | GC | |
| | PAP | |
| | Pelvic | |
| | Breast | |
| | Mammogram | |
| | Rectal | |
| | Chest X-ray | |
| | EKG | |
| | Soak | |
| | Hep B # | |
| | Hep A # | |
| | OPV # | |
| | DTP # | |
| | DT aP # | |
| | DT | |
| | Td | |
| | MMR # | |
| | Varicella | |
| | Influenza | |
| | Hib TITER/ ActHIB # | |
| | Padvax HIB # | |
| | Pneumo Vax | |
| | PPD | mm |

Injury?  ☐ Yes  ☐ No    If yes, Date: _____   ☐ ETOH Related   ☐ Employ. Rel.

Cause: _____   Place: _____

OTHER TESTS/ PROCEDURES ORDERED

**PROBLEM LIST**  A-AI-C   #

**PURPOSE OF VISIT** *(PRINT ONLY IN THIS SECTION; DO NOT ABBREVIATE)*
dental caries
elevated blood pressure / improved

Health Factors

Rx Screener Check/Couns. Verify Y / N ( ) Other Herbal Use

**REPRODUCTIVE FACTORS**   G   P   LC   SA   TA   LMP

FP METHOD   DATE BEGUN

PROBLEM LIST NOTES
STORE NOTE FOR PROB. #

REMOVE NOTE #

STORE NOTE FOR PROB. #

**MEDICATIONS**
Atenolol 25 mg PO QD x 1 month.
Tylenol c̄ codeine Q 6h PRN #12 (twelve)
Amox: Pen VK per pharmacy based
on wt & age 250mg QID x7d
Ibuprofen per pharmacy based on wt & age
400 mg PO QID prn #30

**MEDICATIONS / TREATMENTS / PROCEDURES / PATIENT EDUCATION**
warm salt water gargle.
meds as directed
Continue & tobacco & ETOH.

RTC if sx worsen.

REVISIT/ REFERRAL TO: dental clinic   DATE 8/11/03   TIME 6:30AM

PURPOSE:
or
Return to clinic if symptoms worsen

INSTRUCTIONS TO PATIENT:   ☐ SIGN RELEASE

HR #

NAME

B DATE 051102   SEX J   TRIBE -8462

RESIDENCE MITCHELL, AUSKA KEE.SR

FACILITY

Nicolette Mc[...]-Ketchum PAC
PROV. SIGNATURE
8-8-03

| Type of Decision Making | |
|---|---|
| Straightforward | |
| Low Complexity | |
| Moderate Complexity | |
| High Complexity | |

EF

EX 63 - 840

IHS-803 (5/98)    P.L. 96-511 N.A.

**PCC AMBULATORY ENCOUNTER RECORD**

NKDA

Date 8/5/03

Arrival Time 15:13 AM/PM

Clinic ___ AC

Appt. ___ Walk-in ___

**PROBLEM LIST UPDATE**
(Enter Problem Numbers From Health Summary)

| Remove | Move to Inactive | Move to Active |
|---|---|---|
| | | 99 9 108 |

AFFIL. 1 / 2
DIS. 01 / 09
INITIALS / CODE

PROVIDERS

PRIMARY PROVIDER

TEMP 99    PULSE 9    RESP 108

B/P 154/09
WT. 924  ☐ GM ☐ KG ☐ LB-O
HT. ☐ CM ☐ IN
HEAD ☐ CM ☐ IN

**CHIEF COMPLAINT** 36y c/o ℗ ear x 1 day

**SUBJECTIVE/OBJECTIVE**

CC: (L) ear pain x 12h.
S: 36 yo NA ♂ c̄ a PMH of HTN presents to clinic c/o (L) ear pain x 12h. Plugged sensation. Constant popping. Tylenol helped relieve pain. No changes in hearing. No CP. No SOB. meds Tylenol. allergies: NKDA.

O: Vs: 169/106
GS: overweight NA ♂, anxious, nontoxic appearing
HEENT: clear tm's DX Ø bulging Ø retraction
Heart: tachy, but regular rhythm.
Lung: CTA
Skin: warm, dry ⊖ rash

Sudafed
 Øtach tobacco/week
⊕ ETOH.

R ___ L ___ VISION - UNCORRECTED
R ___ L ___ VISION - CORRECTED

renewed ears c̄ Dr. St. Pierre

| | ORDER | INITIALS |
|---|---|---|
| ✓ | HCT. | |
| | UA | |
| | HCG | |
| | BS-F/BS-R | |
| | CBC | |
| | Urine culture | |
| | Throat culture | |
| | Stool culture | |
| | STS | |
| | GC | |
| | PAP | |

| Injury? ☐ Yes ☐ No | If yes, Date: | ☐ ETOH Related | ☐ Employ. Rel. |

Cause: ___ Place: ___
rev BP 169/106. Addendum: Multiple life stressors

**OTHER TESTS/PROCEDURES ORDERED**

**PROBLEM LIST** A-AI-C #

**PURPOSE OF VISIT** *(PRINT ONLY IN THIS SECTION; DO NOT ABBREVIATE)*

(L) Eustachian tube dysfunction
HTN elevated blood pressure.

Rx Screener
Check/Couns.
Verify Y / N
Pt / Other
Herbal Use

Health Factors

| | | |
|---|---|---|
| Pelvic | | |
| Breast | | |
| Mammogram | | |
| Rectal | | |
| Chest X-ray | | |
| KG | | |
| Hep B # | | |
| Hep A # | | |
| OPV # | | |
| DTP # | | |
| DT aP # | | |
| DT | | |
| Td | | |
| MMR # | | |
| Varicella | | |
| Influenza | | |
| Hib TITER/ActHIB # | | |
| Padvax HIB # | | |
| Pneumo Vax | | |
| PPD | mm |

**REPRODUCTIVE FACTORS**   G   P   LC   SA   TA   LMP   FP METHOD   DATE BEGUN

**PROBLEM LIST NOTES STORE NOTE FOR PROB. #**   REMOVE NOTE #

**STORE NOTE FOR PROB. #**

**MEDICATIONS**

Atendol 25mg PO QD x 1 week
MVI QD #30
Chlorpheniramine 4mg 1̄ Q4-6h PRN #30
Ibuprofen 400mg 1̄-11̄ TID PRN pain #30

**MEDICATIONS / TREATMENTS / PROCEDURES / PATIENT EDUCATION**

No ETOH.
No tobacco.
Meds as directed.
Decline mental health.
RTC if sx worsen

REVISIT/REFERRAL TO: WIC 8/12/03 for DATE ___ TIME ___
PURPOSE: rev BP or ___
Return to clinic if symptoms worsen.

INSTRUCTIONS TO PATIENT: ☐ SIGN RELEASE

HR #

05AME102                            8462
ROATE CHELL, AUSKA KEE, SR
RESIDENCE 1960   1   084   002
                 011-01-04
FACILITY

SSN ___
TRIBE ___

Nicolette McDermott-Ketchum PAC
PROV. SIGNATURE

DATE 8-5-03

| | Type of Decision Making |
|---|---|
| | Straightforward |
| | Low Complexity |
| | Moderate Complexity |
| | High Complexity |

EF

EX 63 - 841

meds – Motrin,

HTN
Hean 5/05

**IHS-803 (5/98)** P.L. 96-511 N.A.

## PCC AMBULATORY ENCOUNTER RECORD

Date 06/05/83

Arrival Time 1102 ☐ AM ☐ PM

Clinic WIC 80

Appt. _____ Walk-in _____

**PROBLEM LIST UPDATE**
(Enter Problem Numbers From Health Summary)

| Remove | Move to Inactive | Move to Active |
|--------|------------------|----------------|

| | AFFIL. | DIS. | INITIALS / CODE |
|---|---|---|---|
| PROVIDERS 1 | | 09 | m P w |
| 1 | | 15 | |
| PRIMARY PROVIDER 1 | | 2 | DSB |

TEMP 98⁴  PULSE 94  RESP 18  BP (155/113)

WT. 94.4  ☐ GM ☐ KG ☐ LB-O

**CHIEF COMPLAINT**

1) 3609 = c/o ® ear Ache since Friday

**SUBJECTIVE/ OBJECTIVE**

2) NAD. Resp even unlabored. Alert.
3) Altered comfort. ® WIC TCL.
S. Pt presents c hx of ® ear pain began Friday not clearing c taking Sudafed, states usually does not have elevated BS. BP under a lot of stress, c family – family member recently been sentenced to death. Will have BP rechecked. Stressed importance of following-up on BP.
O: male – NAD VS noted. HEENT – TM ® red, over 1/2 TM, fluid present behind TM. ® dull, not non-inj. Throat, pink no swelling. Chest BS CTA = bil.

HT. ☐ CM ☐ IN

☐ CM ☐ IN

VISION - UNCORRECTED  L

VISION - CORRECTED
R  L

| ORDER | INITIALS |
|-------|----------|
| HCT. | |
| UA | |
| HCG | |
| BS-F/BS-R | |
| CBC | |
| Urine culture | |
| Throat culture | |
| Stool culture | |
| STS | |
| GC | |
| PAP | |
| Pelvic | |
| Breast | |
| Mammogram | |
| Rectal | |
| Chest X-ray | |
| EKG | |
| Soak | |
| Hep B # | |
| Hep A # | |
| OPV # | |
| DTP # | |
| DT aP # | |
| DT | |
| Td | |
| MMR # | |
| Varicella | |
| Influenza | |
| Hib TITER/ ActHIB # | |
| Padvax HIB # | |
| Pneumo Vax | |
| PPD | mm |

Injury? ☐ Yes ☐ No  If yes, Date: _____  ☐ ETOH Related  ☐ Employ. Rel.

Cause: _____  Place: _____

**OTHER TESTS/ PROCEDURES ORDERED**

**PROBLEM LIST**
A-AI-C  #

**PURPOSE OF VISIT (PRINT ONLY IN THIS SECTION; DO NOT ABBREVIATE)**

1) OM
elevated Blood pressure

Rx Screener
Check/Couns.
Verify ☐Y/N
☐Y / Other
FP Herbal Use
METHOD

**Health Factors**

mfw/o
mfw/o
DOB
m-T-G

**REPRODUCTIVE FACTORS**  G  P  LC  SA  TA  LMP

**PROBLEM LIST NOTES STORE NOTE FOR PROB. #**

REMOVE NOTE #

DATE BEGUN

**STORE NOTE FOR PROB. #**

**MEDICATIONS**

Amox 500mg TPO TID x 10days
Tylenol 325mg ii po q 4° PRN #30

**MEDICATIONS / TREATMENTS / PROCEDURES/ PATIENT EDUCATION**

HR #

NAME

_____ -8452

BOTHELL, AUSKA KEE, SR
SEX

RESIDENCE

FACILITY

SSN #

TRIBE

DATE

REVISIT/ REFERRAL TO: WIC or Any clinic  DATE ___ TIME ___

PURPOSE: BP rel within 1wk

INSTRUCTIONS: TO PATIENT: ☐ SIGN RELEASE

PROV. SIGNATURE
Denise Bartley CRN FNP

| Type of Decision Making |
|------|
| Straightforward |
| Low Complexity |
| Moderate Complexity |
| High Complexity |

EF

**EX 63 - 842**

LEARNING NEEDS ASSESSMENT

// READINESS TO LEARN
// BARRIERS
// LEARNING PREFERENCE
// METHODS OF EDUCATION

EX 63 - 843

Auska's
Family





Idalean Mitchell

## PART III — SURVIVING CHILDREN

1. Did the deceased worker have any children at the time of death who were:

Under age 18 .............................................................................. Yes: _4_ No: ___

Between age 18 and 22 attending school ..................... | If yes, indicate number next to yes. | ........... Yes: _1_ No: ___

Under a disability that began before age 22 .......... ......... Yes: ___ No: _✓_

Total Number of Children: _5_

2. List all such children in the spaces below beginning with the oldest. If the child is the grandchild, customary adopted child, etc, of the deceased worker use the column labeled 'Other' to describe the relationship of the child to the deceased worker.

WAGE EARNER NAME: FOSTER HEMIL

| Name | SS Number | Date of Birth | S t e p c h i l d | D i s a b l e d | N a t u r a l | A d o p t e d | S t e p c h i l d | O t h e r | Child's relationship to deceased wage earner |
|------|-----------|---------------|---|---|---|---|---|---|---|
| a. Dislon Hemil | | | | | ✓ | | | | Son |
| b. Junier Hemil | | | | ✓ | ✓ | | | | Son |
| c. Leonard Hemil | | | | ✓ | ✓ | | | | Son |
| d. Vina Hemil | | | | ✓ | | | ✓ | | daughter |
| e. Leroy Hemil | | | | ✓ | ✓ | | | | Son |
| f. | | | | | | | | | |
| g. ✻ NEED GC | | | | | | | | | |

3. Are all of the children named above living in the same house as you?   Yes: _✓_   No: ____

If no, give the name of the child not living with you along with the name and address of the person with whom the child is living

4. Were all the children named in item #2 living with the deceased at the time of death?   Yes: _✓_   No: ____

If no, list each child not living with the deceased at the time of death and state whether or not the child was being supported by the deceased:

5. If any of the children in item #2 are adopted children of the deceased prior to death, give the following:

| Name of Child | Adopted in Court | Date of Adoption |
|---------------|------------------|------------------|
| | Yes: ___ No: ___ | |
| | Yes: ___ No: ___ | |

STANDARD CERTIFICATE OF BIRTH

PLACE OF BIRTH

STATE BOARD OF HEALTH
DIVISION OF VITAL STATISTICS

DO NOT WRITE IN THIS SPACE

37    6867

County of _Greenwood_

Township of _____

or

City of _Severy_    No. _____ 20-1    _____ street.  Reg. No. _____

(If birth occurred in a hospital or institution give its NAME instead of street and number.)

Full Name of Child _Billy Dow Erwin_    {If child is not yet named, make supplemental report, as directed.

Sex _Male_  If plural births  {4. Twin, triplet, or other _____  {5. Number, in order of birth _____  6. Premature _No_  Full term _yes_  7. Legitimate? _yes_  8. Date of birth _Oct 5_, 19_31_ (Month, day, year)

FATHER

Full name _Jesse Carl Erwin_

MOTHER

Full maiden name _Mary dene Protzman_

10. Residence (usual place of abode) (If nonresident, give place and state) _Severy Kans._

19. Residence (usual place of abode) (If nonresident, give place and state) _Severy Kans_

11. Color or race _W_  12. Age at last birthday _23_ (Years)

20. Color or race _W_  21. Age at last birthday _18_ (Years)

13. Birthplace (city or place) _Longton_ (State or country) _Kansas_

22. Birthplace (city or place) _Severy_ (State or country) _Kansas_

14. Trade, profession, or particular kind of work done, as spinner, sawyer, bookkeeper, etc. _Trader_

15. Industry or business in which work was done, as silk mill, sawmill, bank, etc. _Sales on State road_

16. Date (month and year) last engaged in this work _____ 19 _____

17. Total time (years) spent in this work _____

23. Trade, profession, or particular kind of work done, as housekeeper, typist, nurse, clerk, etc. _Housewife_

24. Industry or business in which work was done, as own home, lawyers office, silk mill, etc. _at home_

25. Date (month and year) last engaged in this work _____ 19 _____

26. Total time (years) spent in this work _____

27. Number of children of this mother (At time of this birth and including this child) (a) Born alive and now living _1_  (b) Born alive but now dead _0_  (c) Stillborn _0_

28. If stillborn, period of gestation _____ {months or weeks  29. Cause of stillbirth _____  {Before labor _____  {During labor _____

CERTIFICATE OF ATTENDING PHYSICIAN OR MIDWIFE

I hereby certify that I attended the birth of this child, who was _born alive_ at _8-45_ m. on the date above stated (Born alive or stillborn) and (did) (did not) treat the eyes to prevent blindness.

When there was no attending physician or midwife, then the father, householder, etc., should make this return.

Given name added from supplemental report _____ (Date of) _____

(Signed) _S. F. McDonald_, M. D.

or _____, Midwife

Address _Severy Kansas_

Filed _____, 19 _____

Registrar.  18-1277  Registrar.



This is a true and correct copy of the official record on file in the Office of Vital Statistics, Topeka, Kansas, certified on the date stamped below.

2009 JAN 21 PM 2: 47

*Elizabeth W. Saadi*

Elizabeth W. Saadi, Ph.D.
Acting State Registrar
Office of Vital Statistics
Department of Health & Environment

A04363352

It is in violation of KSA 65-2422d(g) to "prepare or issue any certificate which purports to be an original, certified copy or copy of a certificate of birth, death or fetal death, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**



# OFFICE of VITAL STATISTICS

CERTIFIED COPY

## CERTIFICATE OF DEATH  0 2    0 6 6 6 3 6
## FLORIDA

LOCAL FILE NO.

| 1. DECEDENT'S NAME | FIRST | MIDDLE | LAST | | 2. SEX |
|---|---|---|---|---|---|
| | BILLY | D. | ERWIN | | Male |

| 3. DATE OF DEATH (Month, Day, Year) | 4. SOCIAL SECURITY NUMBER | 5a. AGE-Last Birthday (years) | 5b. UNDER 1 YEAR | | 5c. UNDER 1 Day | |
|---|---|---|---|---|---|---|
| May 17, 2002 | 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 | 70 | Months | Days | Hours | Minutes |

| 6. DATE OF BIRTH (Month, Day, Year) | 7. BIRTHPLACE (City and State or Foreign Country) | 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or No) |
|---|---|---|
| October 5, 1931 | Savery, Kansas | Yes |

| 9a. PLACE OF DEATH (Check only one: see instructions on other side) | 9b. INSIDE CITY LIMITS? (Yes or No) |
|---|---|
| HOSPITAL: X Inpatient ___ ER/Outpatient ___ DOA    OTHER: ___ Nursing Home ___ Residence ___ Other (Specify) | No |

| 9c. FACILITY NAME (If not institution, give street and number) | 9d. CITY, TOWN, OR LOCATION OF DEATH | 9e. COUNTY OF DEATH |
|---|---|---|
| Regional Medical Center Bayonet Point | Hudson | Pasco |

| 10a. DECEDENT'S USUAL OCCUPATION | 10b. KIND OF BUSINESS/INDUSTRY | 11. MARITAL STATUS – Married, Never Married, Widowed, Divorced (Specify) | 12. SURVIVING SPOUSE (If wife, give maiden name) |
|---|---|---|---|
| Heavy Equipment Operator | Road Construction | Married | Jacklien Narouz |

| 13a. RESIDENCE – STATE | 13b. COUNTY | 13c. CITY, TOWN, OR LOCATION | 13d. STREET AND NUMBER |
|---|---|---|---|
| Florida | Pasco | Hudson | 7900 Willowbrook Court |

| 13e. INSIDE CITY LIMITS?(Yes or No) | 13f. ZIP CODE | 14. WAS DECEDENT OF HISPANIC OR HAITIAN ORIGIN? (Specify No or Yes – If yes, specify Haitian, Cuban, Mexican, Puerto Rican, etc.) X No ___ Yes Specify. | 15. RACE – American Indian, Black, White, etc. Specify: | 16. DECEDENT'S EDUCATION (Specify only highest grade completed) | |
|---|---|---|---|---|---|
| | | | | Elementary/Secondary (0 - 12) | College (1-4 or 5 +) |
| No | 34667 | | White | | 2 |

| 17. FATHER'S NAME (First, Middle, Last) | 18. MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| Unobtainable | Mary Jacob |

| 19a. INFORMANT'S NAME (Type/Print) | 19b. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|
| Jacklien Erwin | 7900 Willowbrook Court, Hudson, Florida 34667 |

| 20a. METHOD OF DISPOSITION | 20b. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) | 20c. LOCATION – City or Town, State |
|---|---|---|
| X Burial ___ Cremation ___ Removal from State ___ Donation ___ Other (Specify) | Florida National Cemetery | Bushnell, Florida |

| 21a. SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH | 21b. LICENSE NUMBER (of Licensee) | 21c. NAME AND ADDRESS OF FACILITY |
|---|---|---|
| | 1036 | Michels & Lundquist Funeral Home, 5228 Trouble Creek Road, New Port Richey, Florida 34652 |

| 22a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) as stated. (Signature and Title) ▶ ___ M.D. | 23a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) and manner as stated. (Signature and Title) ▶ |
|---|---|
| **To be Completed by CERTIFYING PHYSICIAN Only** | **To be Completed by MEDICAL EXAMINER** |
| 22b. DATE SIGNED (Mo., Day, Yr) 5/20/02 | 22c. HOUR OF DEATH 5:05 P.M | 23b. DATE SIGNED (Mo., Day, Yr) | 23c. HOUR OF DEATH M |
| 22d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print) | 23d. MEDICAL EXAMINER'S CASE # ___ . ___ . ___ |

| 24. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER) (Type or Print) |
|---|
| Mahender M. Reddy, M.D., 7330 State Road 52, Hudson, Florida 34667 |

| 25a. SUBREGISTRAR – SIGNATURE AND DATE | 25b. LOCAL REGISTRAR – SIGNATURE | 25c. DATE REGISTERED |
|---|---|---|
| ▶ | Elaine L. Llewellyn | May 21, 2002 |

_, State Registrar_

Date Issued: **DEC 2 9 2008**

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH A WATERMARK OF THE GREAT SEAL OF THE STATE OF FLORIDA ON THE FRONT, AND THE BACK CONTAINS SPECIAL LINES WITH TEXT AND SEALS IN THERMOCHROMIC INK.

FLORIDA DEPARTMENT OF **HEALTH**

DH FORM 1946 (08-04)

25221715    **CERTIFICATION OF VITAL RECORD**



* 2 5 2 2 1 7 1 5 *

EX 67 - 848