# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CV-09-8089-MHM (MEA) |
| v. | |
| LEZMOND CHARLES MITCHELL | |

EXHIBITS 68-71 IN SUPPORT OF MOTION UNDER 28 U.S.C. §2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY, OR IN THE ALTERNATIVE, PURSUANT TO 28 U.S.C. § 2241

SEAN KENNEDY (CA bar # 145632)
Federal Public Defender
STATIA PEAKHEART (CA bar # 200363)
Deputy Federal Public Defender
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:   (213) 894-2854
Facsimile:    (213) 894-0081

Attorneys for Defendant-Movant
LEZMOND CHARLES MITCHELL