*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

**<u>Jimmy Dean Erwin</u>**

68.    Birth Certificate, 6/2/1938

69.    Report of Transfer or Discharge, Form DD214, 6/8/1968

*160-1*

## STANDARD CERTIFICATE OF BIRTH

### STATE BOARD OF HEALTH
### DIVISION OF VITAL STATISTICS

### STATE OF KANSAS

DO NOT WRITE IN THIS SPACE

7 37   8290

1. PLACE OF BIRTH

County of *Greenwood*

Township of

City of *Severy*

No. ................ (If birth occurred in a hospital or institution, give its NAME instead of street and number.) ................ street.   Reg. No. ................

2. Full Name of Child   *Sidney Dean Erwin*   { If child is not yet named, make supplemental report, as directed.

| | | | | | | |
|---|---|---|---|---|---|---|
| 3. Sex *Male* | If plural births | 4. Twin, triplet or other. Number, in order of birth | 6. Premature *No* Full term *yes* | 7. Legitimate? *yes* | 8. Date of birth (Month, day, year) |

FATHER

9. Full name   *Jesse Carl Erwin*

10. Residence (usual place of abode) (If nonresident, give place and state).. *Severy Kans.*

11. Color or race *W*   12. Age at last birthday *29* (Years)

13. Birthplace (city or place).. *Longton Kansas* (State or country)

OCCUPATION

14. Trade, profession, or particular kind of work done, as spinner, sawyer, bookkeeper, etc... *Laborer*

15. Industry or business in which work was done as silk mill, sawmill, bank, etc. *Public Works*

16. Date (month and year) last engaged in this work ............ , 19......

17. Total time (years) spent in this work ............

MOTHER

18. Full maiden name   *Ida Maryjean Rotzman*

19. Residence (usual place of abode) (If nonresident, give place and state).. *Severy Kansas*

20. Color or race *W*   21. Age at last birthday *25* (Years)

22. Birthplace (city or place).. *Severy Kansas* (State or country)

OCCUPATION

23. Trade, profession, or particular kind of work done, as housekeeper, typist, nurse, clerk, etc.. *Housewife*

24. Industry or business in which work was done as own home, lawyers' office, silk mill, etc.. *at home*

25. Date (month and year) last engaged in this work ............ , 19......

26. Total time (years) spent in this work ............

27. Number of children of this mother (At time of this birth and including this child) *2*   (a) Born alive and now living *2*   (b) Born alive but now dead *0*   (c) Stillborn *0*

28. If stillborn, period of gestation ............ { months or weeks   29. Cause of stillbirth ............   { Before labor ............   During labor ............

## CERTIFICATE OF ATTENDING PHYSICIAN OR MIDWIFE

I hereby certify that I attended the birth of this child who was *born alive* at *4 25* a. m. of the date above stated (Born alive or stillborn)

and (did) (did not) treat the eyes to prevent blindness.

{ When there was no attending physician or midwife, then the father, householder, etc., should make this return.

Given name added from a supplemental report ............ (Date of) ............

(Signed) *C. F. McDonald* .. M. D.

or ............ Midwife

Address *Severy Kansas*

Filed FEB 9 1939, 19......

Registrar.

*L. BAUERSFE~*
STATE REGISTRAR

EX 68 - 849



This is a true and correct copy of the official record on file in the Office of Vital Statistics, Topeka, Kansas, certified on the date stamped below.

2009 JAN 21 PM 12: 05

*Elizabeth W. Saadi*

Elizabeth W. Saadi, Ph.D.
Acting State Registrar
Office of Vital Statistics
Department of Health & Environment

A04355909

It is in violation of KSA 65-2422d(g) to "prepare or issue any certificate which purports to be an original, certified copy or copy of a certificate of birth, death or fetal death, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**

LEGEND: Insert N/A to the items below which are not applicable.

| | | | |
|---|---|---|---|
| **PERSONAL DATA** | 1. LAST NAME – FIRST NAME – MIDDLE NAME<br>ERWIN  JIMMEY  DEAN | 2. SERVICE NUMBER<br>AF 1650 7345 | 3 a. GRADE, RATE OR RANK<br>A/2C  (P) | b. DATE OF RANK (Day, Month, Year)<br>1 DEC 57 |

**PERSONAL DATA**

1. LAST NAME – FIRST NAME – MIDDLE NAME: ERWIN JIMMEY DEAN
2. SERVICE NUMBER: AF 1650 7345
3 a. GRADE, RATE OR RANK: A/2C (P)
b. DATE OF RANK: 1 DEC 57

4. DEPARTMENT, COMPONENT AND BRANCH OR CLASS: AIR FORCE/RegAF
5. PLACE OF BIRTH: SEVERY, KANSAS
6. DATE OF BIRTH: DAY / MONTH / YEAR 38

7 a. RACE: CAUC
b. SEX: MALE
c. COLOR HAIR: BLACK
d. COLOR EYES: HAZEL
e. HEIGHT: 5'10"
f. WEIGHT: 198
8. U.S. CITIZEN: ☒ YES ☐ NO
9. MARITAL STATUS: SINGLE

10 a. HIGHEST CIVILIAN EDUCATION LEVEL ATTAINED: GRAMMER SCHOOL-8
b. MAJOR COURSE OR FIELD: GENERAL

**TRANSFER OR DISCHARGE DATA**

11 a. TYPE OF TRANSFER OR DISCHARGE: RELEASE FROM ACTIVE MILITARY SERVICE
b. STATION OR INSTALLATION AT WHICH EFFECTED: MCCHORD AIR FORCE BASE, WASHINGTON
c. REASON AND AUTHORITY: (SDN-703) PARA 2 AFR 39-14 & HEDUSAF MSG AFPMP 1566/58, 23DEC58
d. EFFECTIVE DATE: DAY 24 / MONTH FEB / YEAR 59
12. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: 5010 ABRON (AAC)
13 a. CHARACTER OF SERVICE: HONORABLE
b. TYPE OF CERTIFICATE: DD FORM 217AF

**SELECTIVE SERVICE DATA**

14. SELECTIVE SERVICE NUMBER: NONE
15. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, COUNTY AND STATE: N/A
16. DATE INDUCTED: DAY / MONTH / YEAR N/A
17. DISTRICT OR AREA COMMAND TO WHICH RESERVIST TRANSFERRED: AFRes

**SERVICE DATA**

18. TERMINAL DATE OF RESERVE OBLIGATION: DAY 6 / MONTH JUN / YEAR 63
19. CURRENT ACTIVE SERVICE OTHER THAN BY INDUCTION
a. SOURCE OF ENTRY: ☒ ENLISTED (First Enlistment) ☐ ENLISTED (Prior Service) ☐ REENLISTED ☐ OTHER: AFQT 4-14-IV
b. TERM OF SERVICE (Years): 4
c. DATE OF ENTRY: DAY 7 / MONTH JUN / YEAR 55

20. PRIOR REGULAR ENLISTMENTS: NONE
21. GRADE, RATE OR RANK AT TIME OF ENTRY INTO CURRENT ACTIVE SERVICE: BASIC AIRMAN
22. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE: DETROIT, MICHIGAN

23. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE: 1100 NORTH OAK STREET FENTON (GENESSEE) MICHIGAN

24. STATEMENT OF SERVICE

| | | YEARS | MONTHS | DAYS |
|---|---|---|---|---|
| a. CREDITABLE FOR BASIC PAY PURPOSES | (1) NET SERVICE THIS PERIOD | 03 | 08 | 18 |
| | (2) OTHER SERVICE | 00 | 00 | 00 |
| | (3) TOTAL (Line (1) + line (2)) | 03 | 08 | 18 |
| b. TOTAL ACTIVE SERVICE | | 03 | 08 | 18 |
| c. FOREIGN AND/OR SEA SERVICE | | 02 | 07 | 29 |

25 a. SPECIALTY NUMBER AND TITLE: 62130 APR  BAKER
b. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER: 2-26.17

26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED: NONE

27. WOUNDS RECEIVED AS A RESULT OF ACTION WITH ENEMY FORCES (Place and date, if known): NONE

28. SERVICE SCHOOLS OR COLLEGES, COLLEGE TRAINING COURSES AND/OR POST-GRADUATE COURSES SUCCESSFULLY COMPLETED

| a. SCHOOL OR COURSE | b. DATES (From - To) | c. MAJOR COURSES |
|---|---|---|
| F E WARREN AFB, WYO | SEP 55 – DEC 55 | BAKING CRSE |

29. OTHER SERVICE TRAINING COURSES SUCCESSFULLY COMPLETED: NONE

**VA DATA**

30 a. GOVERNMENT LIFE INSURANCE IN FORCE: ☐ YES ☒ NO
b. AMOUNT OF ALLOTMENT: N/A
c. MONTH ALLOTMENT DISCONTINUED: N/A
31 a. VA BENEFITS PREVIOUSLY APPLIED FOR (Specify type): NONE
b. VA CLAIM NUMBER: C- N/A

**AUTHENTICATION**

32. REMARKS: BLOOD GROUP "O". NO TIME LOST. NOT ENTITLED TO MOP. PAID FOR 28 DAYS ACCRUED LEAVE. AIRMAN DID NOT COMPLETE OVERSEAS TOUR: FSSD: 19FEB59. MECH 2 CLER 3, EQP OPR 4, RAD OPR 2, TECH SP 2, CRAFT 4, ELECT 1. RE-2

33. PERMANENT ADDRESS FOR MAILING PURPOSES AFTER TRANSFER OR DISCHARGE: BOX 152 SEVERY, KANSAS
34. SIGNATURE OF PERSON BEING TRANSFERRED OR DISCHARGED: *Jimmey D. Erwin*
35 a. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER: KATHRYN S ARNOLD 2ND LT USAF AST PERS OFF
b. SIGNATURE OF OFFICER AUTHORIZED TO SIGN: *Kathryn S Arnold*

DD FORM 214
REPLACES EDITION OF 1 JUL 52 WHICH IS OBSOLETE AFTER 1 JULY 1956.
ARMED FORCES OF THE UNITED STATES
REPORT OF TRANSFER OR DISCHARGE

STATE OF KANSAS, GREENWOOD COUNTY, SS
This instrument was filed for record on the ___ day of June, A.D. 19__ at ___ o'clock A. M. and duly entered in book 7 of Discharges page 179
*Edith B. Holmes*
REGISTER OF DEEDS

Discharge Book

EX 69 - 851