*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

**Julia Olive Erwin**

70.    Birth Certificate, 9/7/1944



This is a true and correct copy of the official record on file in the Office of Vital Statistics, Topeka, Kansas, certified on the date stamped below.

2009 JAN 27 AM 10: 19

*Elizabeth W. Saadi*

Elizabeth W. Saadi, Ph.D.
Acting State Registrar
Office of Vital Statistics
Department of Health & Environment

A04364423

It is in violation of KSA 65-2422d(g) to "prepare or issue any certificate which purports to be an original, certified copy or copy of a certificate of birth, death or fetal death, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**

**EX 70 - 852**

Form I-18

DEPARTMENT OF COMMERCE
BUREAU OF THE CENSUS    **STANDARD CERTIFICATE OF LIVE BIRTH**
STATE BOARD OF HEALTH
Division of Vital Statistics, State of Kansas    Registrar's No. 344-1944

318    7265    DO NOT WRITE
IN THIS SPACE

| 1. PLACE OF BIRTH: | 2. USUAL RESIDENCE OF MOTHER: |
|---|---|
| (a) County.......... Cowley | (a) State.......... Kansas    18 |
| (b) City or township.......... Winfield <br> (If outside city or town limits write RURAL) | (b) County.......... Cowley |
| (c) Name of hospital or institution: <br> St. Mary's Hospital <br> (If not in hospital or institution give street number or location) | (c) City or town.......... Winfield <br> (If outside city or town limits write RURAL) |
| (d) Mother's stay before delivery: <br> In hospital or institution.......... In this community.......... <br> (Specify whether years, months or days) | (d) Street No.......... Rt. #4. <br> (If rural give location) |

| 3. Full name of child.......... Julia Olive Erwin | 4. Date of birth.......... -44 <br> (Month) (Day) (Year) |
|---|---|
| 5. Sex: <br> Female | 6. Twin or <br> triplet.......... | If so—born 1st. <br> 2d, or 3d.......... | 7. Number months of <br> pregnancy.......... 9 | 8. Legitimate?.......... yes |

| FATHER OF CHILD | MOTHER OF CHILD |
|---|---|
| 9. Full name.......... Jesse Carl Erwin | 15. Full maiden name.......... Mary Dean Protzman |
| 10. Color or race.......... white    11. Age at time of this birth.......... 35 yrs. | 16. Color or race.......... white    17. Age at time of this birth.......... 31 yrs. |
| 12. Birthplace.......... Longton .......... Kansas <br> (City, town, or county) (State or foreign country) | 18. Birthplace.......... Severy .......... Kansas <br> (City, town, or county) (State or foreign country) |
| 13. Usual occupation.......... Farmer | 19. Usual occupation.......... Housewife |
| 14. Industry or business.......... | 20. Industry or business.......... |

| 21. Children born to this mother: | 22. Mother's mailing address for registration notice: |
|---|---|
| (a) How many other children of this mother are now living? Three | Mrs. Jesse Carl Erwin |
| (b) How many other children were born alive but are now dead?.......... none. | Winfield, Kansas |
| (c) How many children were born dead?.......... none. | Rt. #4. |

23. I hereby certify that I attended the birth of this child who was born alive at the hour of 11:17    P.M.    m. on the date above stated
and that the information given was furnished by.......... Mrs. Erwin.........., related to this child as.......... Mother

| 24. Date received by local registrar.......... OCT 4 - 1944 | Attendant's own signature.......... M.J. Dunham |
|---|---|
| 25. Registrar's own signature.......... Y.H. Hamlin | M.D., midwife, or other.......... Date signed 9-16-44 |
| 26. Date on which given name added.......... by.......... <br> Registrar. | Address.......... Winfield |