*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

**<u>Erwin Family</u>**

71.    Family History Received from Donald Erwin

# Part Three

(By Donald D. Erwin)

# The Erwin Family
# 1865 - 1965

EX 71 - 854

## The "Itchy Foot Syndrome"

It is a recognized fact that one of the genes coursing through the veins of many Erwins is commonly referred to as the "itchy foot" gene, resulting in an affliction known as the "itchy foot syndrome." The effect is most noticeable in the male of the species, and it seems to make them believe that the grass is always greener some place else; in fact, anywhere other than where they happen to be. Those with the affliction tend to always wonder where this or that road goes. They have an urge to follow every trail in the woods and every little meandering road, just to see what is at the end. Most don't actually record their wanderings. Traveling really isn't a status thing, but merely a knawing curiousity that is like an itch that needs to be constantly scratched.

This "itchy foot" gene is more noticeable in some Erwin males than others. It was first evident in James N. Erwin (Irvine), my immigrant ancestor. It is believed that he was the only one of Alexander Irvine's nine children to leave Scotland. And although it can be argued that most emigrants to the Colonies, as well as the later frontier pioneers, were afflicted with an "itchy foot," most settled down at some point. James himself settled in Pennsylvania for a time, but after about ten years moved his family to Rowan County, North Carolina. Several of his children married and remained in or near Salisbury i n Rowan County, but his namesake, James N. Erwin, Jr., moved to Adams County, Mississippi. Isaac Erwin, another son, settled in Wesson County, Mississippi, while son John lived and died in Giles County, Tennessee.

My "itchy foot" connection was to James' grandson Joseph. This Joseph was the seventh child of Joseph, James' first-born who came into the world in Scotland, and is referred to by some as Joseph I. James' grandson, sometimes referred to as Joseph Erwin II, but known by most descendants as Joseph Erwin, Sr., married Catherine Nancy Cowan in 1792 in Rowan County. It is believed that Joseph and Catherine moved to Giles County, Tennessee about 1812, since Hezikiah, their eleventh child, was born in Salisbury in 1811, and Margaret Clementine, their twelfth child, was born in Giles County, Tennessee in 1813.

Some time around 1825, however, visions of greener pastures induced Joseph, Sr. (II), as well as Joseph, Jr. (newly married and with three small children, their first-born apparently having died in infancy), to move northwest to Henry County, Tennessee. The U.S. Censuses of 1830 and 1840 finds both families in Henry County, but the census of 1850 indicates that while Joseph Erwin, Jr. is there, Joseph, Sr. is not. Further research found that Catherine Nancy Erwin, the wife of Joseph, Sr., had passed on in 1839 and was buried in Henry County. Joseph Erwin, Sr. then removed to Mayhew, Lowndes, County, Mississippi where he lived with a son until he died about 1846.

The "itchy foot syndrome" did not affect several of the offspring of Joseph, Sr. and Joseph, Jr., for a large contingent of Erwins live today in Calloway County, Kentucky, which adjoins Henry County, Tennessee, and is just a few miles north of where Catherine Nancy Cowan Erwin is buried.

The 1850 census for Henry County also found that one of the sons of Joseph Erwin, Jr. was not there. This offspring was Thomas Johnston Erwin. In 1848 Thomas, with wife Nancy Caroline and two children, had succumbed to the "itchy foot syndrome," and moved southwest into Carroll County, Arkansas. Joseph Erwin, Jr., with wife Nancy Rebecca and several of their younger children, followed Thomas and Nancy Caroline to Carroll County about 1852.

There was a heavy affliction of "itchy foot syndrome" among the children of Thomas and Nancy Caroline. Of their eight children, only Elizabeth Erwin Epley and Joseph Johnson Erwin would live and die in Carroll County. My connection is Michael Ransellaer "Mike" Erwin, the last of eight children born to Thomas and Nancy Caroline Erwin. His case of "itchy foot syndrome," caused him to move his family to Elk County, Kansas about 1898.


Travel is fatal to prejudice, bigotry, and narrow-mindedness, and many of our people need it sorely on these accounts. Broad, wholesome, charitable views of men and things cannot be acquired by vegetating in one little corner of the earth all in one's lifetime.

Mark Twain, *The Innocents Abroad,* 1869.

**106**

# Chapter 1

# The Oklahoma Indian Territory

Beginning in the 1820s, the Federal Government relocated all Indians from the southeastern United States to the Oklahoma Territory, an area which had been part of the Louisiana Purchase. Five of the largest tribes of these Indians had come to be known as the Five Civilized Tribes because of their advanced systems of government, education and law enforcement. They were the Choctaw, Chickasaw, Cherokee, Creek and Seminole.

The most peaceful removal among the Five Civilized Tribes was the Choctaw in 1820. The other four tribes followed, with removals becoming increasingly bloody from internal skirmishes and bouts with white men. The Seminoles were the last to make the westward journey in 1842. Although a relatively peaceful move, the most tragic Indian removal to Oklahoma was that of the Cherokee. A portion of the tribe had already moved to Arkansas in the late 18th century. The rest were forced to move after the Removal Act of 1830. The Cherokees' travels across the Missouri and Arkansas wilderness during harsh winter months became known in history as the "Trail of Tears" because many members of the tribe died and were buried along the way.

One Cherokee who moved west in 1829 was Sequoyah, one of America's most honored Indians. He was intrigued with the white man's ability to write, so after twelve years of experimenting and study, Sequoyah created an eighty-six-letter syllabary for the Cherokee language. This alphabet was so efficient it could be learned in less than a month and became the standard means of communication for the Cherokee. Sequoyah's home is still standing near Sallisaw.

By 1856, each of the Five Civilized Tribes had established territorial boundaries in the frontier. These were all national domains, not reservations. The Five Civilized Tribes also formed their own individual constitutional governments, and established advanced public school systems as well. The nations had powerful judicial systems and strong economies. Some tribes even brought black slaves and freedmen with them from the East and built plantations, villages, and towns in the new "Oklahoma Indian Territory." To protect the five nations from angry Plains Indians who were upset at having to share their lands with the newcomers, the U.S. Army built several forts. These included Fort Washita near Durant, and Fort Gibson near Muskogee.

Following the destruction of the Civil War the Oklahoma Territory became a part of the booming cattle industry, ushering in the era of the cowboy. Western expansion reached the territory in the late 1800s, sparking a controversy over the fate of the land. Treaties enacted after the Civil War by the Federal Government forced the tribes to give up their communal lands and accept individual property allotments to make way for expansion. There was talk at the time of using parts of the Indian Territory for settlement by African Americans emancipated from slavery. There were strong feelings against it, however, and the government relented to the pressure, much of it coming from a group known as "Boomers," who wanted the rich lands opened to non-Indian settlement.

In the end the government decided to open the western parts of the territory to settlers by holding a total of six land runs between 1889 and 1895. Settlers came from across the nation and many European countries to stake their claims. Charles Ellis Hayworth, my maternal grandfather, participated in the second run in 1893. Many African Americans, some of whom were former slaves of Indians, took part in the runs, or accepted their allotments as tribal members. In the years that followed, black pioneers founded and settled entire communities.

**Moving West** – It was late in the 1800s that three of the four daughters of Thomas Johnston Erwin, with their husbands and many members of their extended families, started moving west from Carroll County, Arkansas to an area in the Cherokee Nation that would eventually be designated Cherokee County in the State of Oklahoma.

**Margaret Mary Erwin**, the third child of Thomas Johnston Erwin and Nancy Caroline Mathis, first married an unknown member of the Carroll County, Arkansas Epley family, probably about 1867. Evel Epley is the only known child to be born of this union. Sometime before 1876 Margaret married **William Lonner Capps,** who was born February 22, 1850 in Alabama. The only known child of Margaret's second marriage was Gorretty Capps. He was born April 26, 1876 in Carroll County and presumably lived there his entire life. He

**107**

EX 71 - 856

was buried in the Leathers Cemetery in Carroll County. Census records seem to indicate, however, that many members of the large Capps family moved westward into the Oklahoma Indian Territory starting about 1905.

Oklahoma became a state in 1907, and the 1910 census shows the William Lonner Capps family living in Tahlequah, Cherokee County.

**Laura Alice Erwin**, the fourth-born child of Thomas and Nancy Caroline, married **Stephen Parker Dickens** in 1872 in Carroll County. He was born March 26, 1848 in Springfield, Missouri and died July 5, 1897 in Green Forest, Arkansas. Laura next married James McClure Leathers about 1898 in Carroll County. It is believed that Laura and James moved to the Indian Territory near Tahlequah shortly after their marriage. It is known that they lived for a time in or near Dwight Mission in Sequoyah County, Oklahoma, for it is there that James died and was buried in 1928. Laura died April 23, 1929 in Tahlequah, and is buried in Tahlequah City Cemetery.



*Laura Erwin Dickens*

Laura & Stephen Dickens had the following children:
William Lillard Dickens, b. March 12, 1876, Green Forest, Carroll Co., AR; d. January 7, 1959 in Oklahoma
Ozenia Olive Dickens, b. April 17, 1876, Green Forest, Carroll Co., AR; d. April 14, 1947, Tahlequah, Cherokee Co., OK. She married Stephen Ellis Capps.
Gladys V. Dickens, b. April 25, 1892; d. January 17, 1920.

William Lillard Dickens married Della Adelaide Capps November 12, 1899 in Green Forest, AR. Their children were:
Velma Glee Dickens, b. April 12, 1901, Green Forest, Carroll Co., AR; d. March 1, 1977, Tahlequah, Cherokee Co.
Phynis Rea Dickens, b. July 22, 1903; d. April 22, 1997
Troy Ray Dickens, b. August 8, 1907; d. May 18, 1967
Cleburne Blaine Dickens, b, January 9, 1912; d. September 27, 1981

Velma Glee Dickens married Troyal Raymond Brooks August 28, 1927 in Tulsa, OK. They had four children, three of whom lived:
Ona Marcellette Brooks, b.               , 1928
Troyal Raymond Brooks, Jr., b.           , 1931
Glenda Sue Brooks, b.            1940



*Della Capps & Will Dickens*

Ona Marcellette Brooks married Gwynne Edwin Felton October 22, 1949. They had two sons:

Gwynne Kirkpatrick Felton, b.            , 1950
Jeffrey Markham Felton, b.          . 1953

Troyal Raymond Brooks, Jr. married Colleen Carroll McElroy January 31, 1957.
Their children are:
Kelly Brooks, b.              1960
Troyal Garth Brooks, b.             , 1962, Tulsa, OK

Glenda Sue Brooks married Garland R. "Bud" Crow.
Their children are:
Gayla Crow, b.           . 1965
Garland R. Crow, b.           , 1968



*Ozenia Dickens & Stephen Capps*

108

  

 

 

*Top-L-R: Phynis & Glee Dickens;  Glee & Troyal Brooks;*
*Garth Brooks*
*Center-L-R: Ozenia Dickens Capps, Laura Erwin Dickens,*
*Veola Capps & Stephen Capps; Mike & Minnie Erwin,*
*Della & Will Dickens*
*Bottom-L-R: Glenda Brooks Crow, Marcellette Brooks Felton*
*& Donald Dean Erwin; Cleburne Blaine Dickens*

109

EX 71 - 858

  



*Top, L-R: Johnny Walker & Troyal Brooks; Cleburne Dickens; Glee Dickens*

*Bottom: Dave & Gertie Erwin Walker's 50th wedding anniverary. Photo taken April 14, 1960 in Cherokee, OK.* **L-R top row**: *Floyd Stout, Wanda Metcalf, Johnnie Brack, India Mae Walker Brack, John Pembrooke, Marie Walker Pembrooke, Gertrude Minnie Erwin Walker, David Henry Walker, Leonard John Walker, Doraine Smith Walker, David John Walker, Hazel Pauline Walker White, Harlan White.*
**Sitting, L-R**: *Lynda Marie Metcalf Stout, Gilbert Pralle, Valerie Dawn Pralle, Marilee Lynn Metcalf Pralle, Baby girl Greer, Judith White Greer, Joquietta Walker Hodgson, Richard "Ricky" Hodgson, Robert White.*

110

EX 71 - 859

**Harriett Avarilla (Hattie) Erwin** was the sixth-born child of Thomas and Nancy Caroline Erwin. She married **John Rains Hargis** November 18, 1884 in Green Forest, Arkansas. He was born in 1861 in Missouri, the son of James Hargis and Letitia Rains. It is thought that the family moved to the Oklahoma Indian Territory shortly after their fourth, and last, child was born in 1898. John Hargis was a shoemaker and operated a shoe shop in Tahlequah. In later years Roy Yeager, a son-in-law, joined him in the shop. Family and friends knew Hattie as "Aunt Hattie" or, in some cases, "Granny Hargis."

The children of John and Hattie were:

Flossie Lutisha Hargis, b. September 11, 1885
Carroll Finis Hargis, b. March 29, 1888
Vachel Arnold Hargis, b. 1891
Clell Hargis, b. October 9, 1898

All were born in Carroll County, Arkansas, and all died in Oklahoma.



*Hattie Erwin Hargis*

John Hargis passed on February 10, 1926, but "Granny" Hargis lived until December 21, 1946. Both are buried in the family plot in the Tahlequah City Cemetery in Tahlequah, Cherokee County, OK.

Flossie Lutisha Hargis m arried Royal Bradford "Roy" Yeager August 31, 1907 in Tahlequah, Cherokee County, Oklahoma.

Their children were:

Ruth Ella Yeager, born October 10, 1908
Clell Clay Yeager, born July 28, 1910

*Rear L-R: Margaret Francis Leathers Yeager (mother of Roy), Flossie Hargis Yeager, Roy Yeager.*
*Front L-R: Clell Clay Yeager, Hattie Erwin Hargis, Ruth Ella Yeager,*
*Rue Yeager (a cousin).*



Ruth Ella Yeager married Ewell Arthur Boatright June 5, 1931 In Wagoner, Wagoner County, Oklahoma.

Their children were:

Kirk Ewell Boatright, born            , 1937
Ruth Ann Boatright, born            , 1941

*Right: Kirk Boatright, RuthYeager Boatright,*
*Ewell Boatright, Ruth Boatright*



111

EX 71 - 860