*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

**Erwin Family**

71.   Family History Received from Donald Erwin

## Chapter 2

## Dewey County, Oklahoma

**Dewey County** was created in 1892 from Original County, which consisted of Cheyenne and Arapaho tribal lands. It was originally designated as County "D" when the Cherokee-Arapaho Reservation was created in 1892, and the designation remained until the general election of 1899. It was then that the voters decided that the "D" was actually the first letter of Dewey. It is not clear which Dewey they were honoring.

**William Coleman "Cole" Erwin** married **Indiana (India) May Freeman** in Berryville, Carroll County, Arkansas on December 16, 1886. They had eight children:



1. Noble Olin Erwin, b. July 13, 1888 in Green Forest, Carroll Co., AR; d. August 1963 in Renton, King Co., WA.
2. Thomas Ernest (Tom) Erwin, b. February 1890 in Carroll Co., AR; d. bef. 1960 in Walnut Creek, Contra Costa Co., CA. He married Belle Mason. They had no children.
3. Michael Earle Erwin, b. April 1892 in Green Forest, Carroll Co., AR; d. July 11, 1929 in Billings, Yellowstone Co., MT. He married Olga. They did not have children.
4. Gertrude Minnie Erwin, b. June 7, 1893 in Green Forest, Carroll Co., AR; d. July 31, 1981 in Alva, Woods Co., OK.
5. Joseph William Erwin, b. February 5, 1896 in Green Forest, Carroll Co., AR; d. August 10, 1974 in Renton, King Co., WA.
6. Sarah Caroline (Carrie) Erwin, b. July 14, 1898 in Carroll Co., AR; d. February 29, 1968 in Springfield, Greene Co., MO. She married Harvey Edwards July 11, 1929 and died after March 1943. There were no children.

*Cole & India Erwin, ca. 1917*

7. Johnnie Thomas Erwin (dau.), b. July 1, 1900 in Carroll Co., AR; d. January 27, 1972 in Redwood City, San Mateo Co., CA.
8. Marshall Freeman Erwin, b. January 9, 1910 in Munice, Dewey Co., OK; d. August 25, 1963 in Juneau, Juneau Co., AK.

It is obvious from the above photograph that Cole and India were strikingly different in appearance. Cole was six feet two inches tall, which was tall for his generation, and she was only about five feet tall and weighed around one hundred pounds. His descendants report that he was forever looking for the gold at the end of the rainbow. He tried several things to "strike it rich" but never found the big one, although he always provided for his family. India is said to have been a loving and dutiful wife, always waiting patiently at home while Cole was away on one of his "quests."

One can obviously assume that the permanent address of Cole and India May Erwin was in Carroll County, Arkansas until at least the latter part of 1900. Their seventh child was born there, and the 1900 census, recorded on June 20, 1900, has them in Long Creek Township. Marshall Freeman Erwin was born in Munice, Dewey County, Oklahoma, in January 1910, but the 1910 census shows the family in Blaine County, Oklahoma, and Marshall is listed as being three months old.

A copy of a warranty deed dated November 14, 1892, provided by Glenna Combs, a great granddaughter of Joseph Johnson Erwin (1858-1936), indicates that when his father passed away in 1892 Cole Erwin bought the shares of his brothers and sisters and gained sole ownership of the family homestead. An attachment seems to indicate that the deed was not properly recorded, and that the problem was not corrected until October 25, 1917. It is assumed that it was at that time that his brother, Joe Erwin, assumed ownership of the farm. It is today a part of the 300-acre home farm of Glenna and Gene Combs.

Indiana May Freeman Erwin died December 3, 1918 in Eagle City, Blaine County, Oklahoma. It is reported that Cole took her death unusually hard. Marshall, his youngest child, was only eight when his mother

113

EX 71 - 861

died, and Cole left the boy with his older son Joe. Cole followed the oilfield booms in Texas, Oklahoma and Kansas, working when he could, often staying with older children between jobs. According to the *Longton Gleaner*, a newspaper in Longton, Kansas, he visited his younger brother Michael and sister-in-law Minnie in Longton several times in the 1920s.

William Coleman Erwin died December 16, 1928 in McCamey, Upton County, Texas. He and India are both buried in the Munice Cemetery in Dewey County, Oklahoma.

Following is an excerpt from an article that ran in the December 2003 issue of *The Bagpiper*. It was written by Cherie Russell Olson, a great-great granddaughter of Cole Erwin:

An interesting footnote to the "Cole" Erwin and "India" Freeman story is that when they married on 16 December, 1866 a second couple was married as well. Michael Roy "Mike" Erwin, the next youngest brother of Cole, and Minnie Olive Freeman, the sixteen-year-old sister of India, were married at the same time. Mike and Minnie are the paternal grandparents of Don Erwin, our Bagpiper editor.

It is a recognized fact that there is a gene coursing through the veins of many Erwins, and it is commonly referred to as the "itchy foot" gene. The effect is most noticeable in the male of the species, and it seems to make them believe that the grass is always greener somewhere else, in fact, anywhere other than where they happen to be.

This "itchy foot" gene is more noticeable in some Erwin males than others. It was first evident in James N. Erwin (Irvine), our immigrant ancestor. He was the only one of Alexander Irvine's nine children to leave Scotland. Although it can be argued that most emigrants to the Colonies, as well as the later pioneers, were afflicted with "itchy foot," most settled down at some point. James himself settled in Pennsylvania for a time, but after about ten years moved his family to Rowan County, North Carolina. Several of his children married and remained in or near Salisbury in Rowan County, but his namesake, James N. Erwin, Jr., moved to Adams County, Mississippi. Isaac Erwin settled in Wesson County, Mississippi, while son John lived and died in Giles County, Tennessee.

My "itchy foot" connection was James' grandson Joseph, the seventh child of Joseph, his first-born. This Joseph, sometimes referred to as Joseph Erwin II, but known by most descendants as Joseph Erwin, Sr., married Catherine Nancy Cowan in 1792 in Rowan County. It is believed that Joseph and Catherine moved to Giles County, Tennessee about 1812, since Hezikiah, their eleventh child, was born in in Salisbury in 1811, and Margaret Clementine, their twelfth child, was born in Giles County, Tennessee in 1813.

Some time around 1825, however, visions of greener pastures induced Joseph, Sr. (II), as well as Joseph, Jr. (newly married and with three small children, their first-born apparently having died in infancy), to move northeast to Henry County, Tennessee. The U.S. Censuses of 1830 and 1840 finds both families in Henry County, but the census of 1850 indicates that while Joseph Erwin, Jr. is there, Joseph, Sr. is not. Further research found that Catherine Nancy Erwin, the wife of Joseph, Sr., had passed on in 1839 and was buried in Henry County. Joseph Erwin, Sr. then removed to Mayhew, Lowndes, County, Mississippi, where he lived with a son until he died about 1846.

The "itchy foot syndrome" did not affect several of the offspring of Joseph, Sr. and Joseph, Jr., for a large contingent of Erwins live today in Calloway County, Kentucky, which adjoins Henry County, Tennessee, and is just a few miles north of where Catherine Nancy Erwin is buried.

The 1850 census for Henry County also found that one of the sons of Joseph Erwin, Jr. was not there. This offspring was Thomas Johnston Erwin. In 1848 Thomas, with wife Nancy Caroline and two children, had succumbed to the "itchy foot syndrome," and moved southwest into Carroll County, Arkansas. Joseph Erwin, Jr., with wife Nancy Rebecca and several of their younger children, followed Thomas and Nancy Caroline to Carroll County about 1852.

There was a heavy affliction of "itchy foot syndrome" among the children of Thomas and Nancy Caroline. Of their eight children, only Elizabeth Erwin Epley and Joseph Johnson Erwin would live and die in Carroll County. This Joseph was the great-grandfather of Glenna Trigg Combs. She and husband Gene own the original property homesteaded by Thomas Johnston Erwin.

My connection is William Coleman "Cole" Erwin, the seventh-born child of Thomas and Nancy Caroline. It seems apparent that Cole Erwin had a severe case of "itchy foot syndrome," for family tradition has it that he was forever going off somewhere in search of the elusive greener pasture. In his early married life he left his family in Carroll County many times as he made brief sojourns into

EX 71 - 862

neighboring counties, and even into Kansas and the adjoining Oklahoma Indian Territory. Don Erwin believes that it was Cole Erwin who acco mpanied Mike and Minnie Erwin when they migrated to Elk County, Kansas, about 1898. Family tradition hints of other families accompanying the move, probably some Freeman families, but there is also the mention of an older Erwin who "left shortly after their arrival to investigate opportunities in the 'Territory.'" This description would certainly fit Cole Erwin. He eventually moved his family to the Oklahoma Territory, and he and India are buried in Dewey County.

Descendants of Cole and India are today spread far and wide, but they are mostly in Oklahoma, California, Oregon, Washington and Alaska. The "itchy foot syndrome" DNA is continually being passed on from generation to generation, although it seems to have skipped me personally. I rarely leave my state, but I am being sorely pressured by our editor to attend the next clan "gathering" in Las Vegas...and I think I will!



*L-R: Marshall, Joe, Earle, Tom, Noble, & father, William Coleman "Cole" Erwin -1925*

115

EX 71 - 863

116

EX 71 - 864

## Chapter Three

## Elk County, Kansas

**Elk County** was established in 1875 by an act which divided Howard County into Elk and Chautauqua counties. It is located in the southeastern part of Kansas, and is bounded by Chautauqua County on the south, Montgomery and Wilson Counties on the east, Greenwood County on the north, and Butler and Cowley Counties on the west. It is thirty-one miles long by twenty-one wide, and contains 661 square miles. Basically, it comprises the northern half of what was formerly Howard County. Howard County was made up of lands acquired from the Great and Little Osage Indians by the United States Government as the result of a treaty signed in the fall of 1867.

In common with the surrounding territory, the lands that now make up Elk County were settled before they were legally open to white occupation. The first white man to locate within the limits of the county was Richard Graves in 1856. He was twice driven out by the Indians, and finally abandoned his claim. A strip of land six miles wide along the eastern border, which was legally open to settlement, formed the attraction which drew the earliest settlers. Once there, however, many of the more adventurous risked their lives to take up the rich lands in the river bottoms that still belonged to the Indians.

The first church organization was made by the Missionary Baptists in Liberty Township in 1866. The first church building to be erected was in Longton in 1871. The first newspaper was the *Howard County Ledger*, published in 1871 by Adrian Reynolds. The first marriage was between D. M. Spurgeon and Sarah Knox, and the first birth was that of Sarah F. Shipley in December 1866. The first railroad to reach Elk County was what is now the east and west line of the Atchison, Topeka & Santa Fe in 1879. Another line of the same system later entered the county from the north, and ran directly south and connected with the first line at Moline. A third line ran southeast from Longton into Montgomery County. Only the main east-west line remains.

**Longton** was the first major settlement in Elk County. A post office was established there in the fall of 1870 and J. W. Kerr – the first doctor in the area – was granted the commission of Postmaster. The post office was set up in the building which the doctor had erected for a drug store. The structure was small, and was made of hewed timbers and clapboards. Historical accounts of the time say that the good doctor did not seem to take his postal duties very seriously. It is said that when it was time to distribute the incoming mail it swas his practice to open the mail bag, pour the contents into a small depression in the dirt floor of his store room, and then tell those present to "find your own mail."



*Santa Fe Depot, Longton, ca. 1900*

The first school was taught in Longton by Miss Eleanor Smith starting in March 1870. Classes were held in a local residence, and at first numbered only a few pupils. But by March 15, 1872, a report made by Henry C. Parker, Miss Smith's successor, shows the enrollment had increased to sixty-two, with an average daily attendance of thirty-eight. A regular school building was erected in the fall of 1871, and – like the drug store – was a crude wooden structure made of hewed logs and split clapboards, also with a dirt floor. In addition it was used as a church, and the school yard served as a temporary camping place for newcomers to the area.

The *Howard County Ledger* was the first newspaper in Longton, but it was moved to Elk Falls in 1874. The *Courant*, edited by A.B. Steinberger, followed the same year, but moved to Howard in 1875. The *Longton Times* began operation in Longton in 1881. The owner and editor was F.C. Flory. It had an initial circulation of five hundred copies, and was in operation until the early 1900s.

William G. Cutler, in his book, *The History of Kansas*, described Longton:

"Longton at one time enjoyed a supremacy over the other towns in the County, and for a while it was universally believed that she was destined to become the future metropolis of Elk County, but alas! 'the best laid plans of mice and men gang aft a-glee.' Longton had her day in which she flourished, had even attained to

**117**

that point when she thought herself capable of taking on city garments, and even had elected a corps of city officials under incorporation. But there was a want of harmony among her people, and the wrangling of contesting factions began to mar her prospects. Besides this, other towns began to flourish, and Longton began to wane. Progress became checked, and in a short time the tendency was backward. Perhaps the greatest check thrown upon the improvement of Longton was the establishing of the County seat at Howard City, and the consequent stimulus to the rapid development of that place, and when it became noised abroad that this was to be the chief town of the county all interest in other places was dropped and centered upon Howard City. Thus, Longton was left to a slower growth amid bedimmed prospects, and although she may never attain to any magnitude, will yet continue a creditable town and trading point."

**Almost three decades after Longton was established** – in 1898 – Mike and Minnie Erwin, with ten year-old Odes, Dale who was eight, and Thomas, born in 1892, moved by covered wagon from Carroll County, Arkansas to Elk County, Kansas where Minnie's older half-brother Vachel Freeman lived. The trip had been in the planning stage for several weeks before they left. Details are sketchy, but it is believed another Erwin family, perhaps that of Cole and India Erwin, made the trip as well. The joint family-group traveled west from Green Forest, Arkansas into Oklahoma Territory, crossed the Grand River about where Grand Lake is now (also called Lake of the Cherokee), and on west and north into Kansas. According to my father's recollection the trip took nineteen days. Bits and pieces of family lore indicate that the other family completed the trip to Elk County, but did not stay. After only a short time, it seems, they moved down into Oklahoma. This vaguely fits with the family lore concerning Cole Erwin.

As my father told the story to Clifford many years later, there were two covered wagons, a number of mounted family members, and ninety-nine head of cattle in the caravan. My father, being the oldest son, was to help drive the family cattle. He had a two-year-old colt to ride, and his Dad had bought him a new saddle. When the wagon train reached the Grand River the spring rains were over, at least temporarily, but the water was still high. The two families decided that it was prudent to wait for the water to go down enough to make the river crossing less hazardous. The women were eager, by that point in the journey, to stop for a day or two. They took advantage of the delay, and the warm weather, to wash clothes and air bedding. The men looked after the cattle and horses, and checked the harnesses and wagons for wear. The children had to help also, but there was still plenty of time for play. In the evenings, around the campfire, there was singing and storytelling. After two days of rest, all the while watching the water recede, it was decided that it was safe to ford the river and proceed. Near Longton, in Elk County, Kansas, Mike and Minnie settled on a rented farm.

On December 16, 1886 **Michael R. "Mike" Erwin,** my grandfather, married **Minnie Olive Freeman** in Carroll County, Arkansas. It was, in fact, a double wedding. Michael's next oldest brother, William Coleman (Cole) Erwin, married Indiana May (India) Freeman during the same ceremony. Both young ladies were daughters of John Freeman and Sarah Ellen Foncannon.

Mike and Minnie were parents of the following children:



*Mike & Minnie on their wedding day*

1. Odes Herman Erwin, b. April 30, 1888 in Green Forest, Carroll Co., AR
2. Dale H. Erwin, b. October 18, 1890 in Carroll Co., AR
3. Thomas Jay Erwin, b. November 23, 1892 in Denver, Carroll Co., AR
4. Russell Vachel (Bill) Erwin, b. June 30, 1899 in Longton, Elk Co., KS
5. Michael Roy (Jack) Erwin, b. 1905 in Longton, Elk. Co., KS
6. Baby Boy Erwin, b. 1907 in Longton, Elk Co., KS…died same day
7. Jessie Carroll (Jim) Erwin, b. July 7, 1909 in Longton, Elk Co., KS
8. Evelyn Joyce (Joy) Erwin, b. April 6, 1913 in Washita, Caddo Co., OK

118

The following is an excerpt from *The Grass is Always Greener Down The Road Apiece*, by Helen Erwin Campbell:

Grandma Erwin had a quick temper and a very sharp tongue. All of her grandchildren in turn must have learned to stay out of her way most of the time, just as I did. Grandpa, in contrast, was soft-spoken with a gentle, good-natured way about him. When he was sitting in his rocking chair he had a lap that always welcomed a grandchild in need of cuddling or comforting. When Grandma started on one of her temper tirades, Grandpa just let it roll over him and went about his business.

Often Grandma liked to talk of her own childhood. She was born in 1870 in Girard, Kansas as Minnie Olive Freeman. The United States Census of 1880 placed John R. Freeman, with his wife and three daughters, in Carthage, Missouri.

My oldest brother Clifford remembered the stories Grandma told about Jessie and Frank James. Grandma's father was a friend to the outlaw brothers and often offered them a safe haven when they were running from the law. She recalled a time when she was a small girl when the James boys rode in one evening and tied their horses to the wagon in the corral. The horses were given hay to feed on, and a bale of hay was placed behind each mount, with the saddles placed on the bales.

Grandma played around the bales and was told sternly by her father, "Don't play with the saddles!" She continued to play near them, and her father finally told her, "Don't even touch those saddles."

Frank and Jessie had the saddles laid out just right so that if they had to leave in a hurry they could throw the saddles on their horses, pull up the belly cinch straps, and be gone in just a few seconds.

The James boys had supper with the Freeman family that night, and Jessie told a story about riding down to the river, with the law in hot pursuit. There was a high bank, about as high as a house. He jumped his horse into the river and he and the horse swam to the other side. When he got out of range of the law officer's guns he claimed he turned and thumbed his nose at the posse as they stood watching him on the high bank on the opposite side of the river. Clifford later told the story to Dad.

His reaction was, "Aw..., I don't think that ever happened. She just made that up."

Years later, however, Clifford discovered that there was a tourist attraction on Highway 71 in Missouri that had a plaque to mark a spot where, it claimed, Jessie James had jumped his horse into the river while running from the law. Clifford had heard the story from Grandma thirty years before.

Grandma was a tall, gaunt woman who never seemed to have an extra ounce on her. She was also slightly crippled, one leg bowed inward from the ankle up. The story she told inquisitive grandchildren was that when she was driving a buckboard when she was 16, and shortly after she was married, a front wheel of the buckboard hit a pothole and the jolt threw her off the seat. She fell in front of the wheel, which then ran over her ankle. Her leg was never properly set, thus her deformity.

It didn't seem to be much of a handicap for her though. She was an excellent cook and always set a good table. She usually had a large garden, which she tended herself. One of my most vivid memories is of a dishpan full of fresh-picked strawberries from her garden, which ended up that evening in delicious strawberry shortcake.

That bad leg never kept her from moving fast enough to swat a disobedient or rambunctious grandchild if the need arose...and for the older ones that ever-present crutch proved to be a very effective persuader. Grandma Erwin was certainly one of a kind, and if she isn't always remembered with love she is certainly remembered with awe and fond memories.

I never got to know Grandpa and Grandma Erwin very well. Dad moved us to California in 1936 when I was three, and then back to Kansas when I was fifteen. From the summer of 1948 until March of 1950, when I enlisted in the Marines, I don't think I saw them more than three or four times. As a youngster I was never very comfortable with older people, but Grandpa was easy to talk to and tended to put me at ease. Grandma, on the other hand, always made me nervous. She seemed to have a frown that was frozen on her face, and she had piercing eyes that made me feel guilty...of something.

**119**

I remember one incident that allows me to identify with the last paragraph of Helen's story above. It was about 1949, at a time when I had my mind more on teenage girls than grandparents. One Sunday I was cajoled into accompanying my folks to Severy where Grandpa and Grandma lived. After Sunday dinner (lunch to left coasters) Grandpa and Dad retired to rocking chairs on the front porch. They would chew Red Man tobacco, discuss world events, rail about the Democrats ruining the country, talk about the good old days, and periodically spit tobacco juice over into Grandma's flower beds. I liked to listen to their recollections of times past but I was beginning to have an opinion about world events. While I was brave enough to disagree with Dad when we were at home it wasn't good form in the Erwin family to disagree with him in public.

After a period of holding my opinions to myself I wandered into the kitchen where Grandma Erwin and my mother were washing the dinner dishes. I apparently made some kind of observation that Grandma Erwin thought was uncalled for, because she swung her crutch at me, striking me across the backside. My pride was the only thing that was injured, but from that point on I always tried to beg off when my folks visited my grandparents.

Jimmey Dean Erwin, the youngest son of Jessie Carroll "Jim" Erwin, lived with Grandpa and Grandma for a time when he was a child, and was probably closer to them – especially Grandma – than any of their grandchildren. When Grandma passed away her sons cleaned out her house in Severy, and



*Mike & Minnie circa 1950*

most of the family possessions were given away. Photo albums, quilts and a few other personal items, were distributed to various family members, and Jimmey received some of her photographs and personal papers. Among the items Jimmey received was a loose-leaf note book in which Grandma had written notes as well as some of her recipes. In 2003 Jimmey showed me some of these items, which by then were in bad shape. The note book – which potentially could have been very enlightening – had come apart and many of the pages had been lost. Among the remaining pages, however, were some recipes.

Candy Pudding
4 pts of sugar, ½ pt hot water, 1 pt of cream, 1 small coconut, 1 tea cup of raisins, 1 tea cup of nuts. Put cream in after candy begins to boil, a little at a time.

Sea Foam Candy
1 ½ cups white sugar, 1 ½ cups brown sugar. Let boil until candy good. Beat whites of 3 eggs, add ½ cup raisins cut up, ½ cup figs, 2 cups of nuts.

Poor Man's Pudding
1 cup molasses, 3 cups flour, 1 teaspoon soda, 1 cup raisins, 1 cup currents, 1 teaspoon cinnamon, 1 teaspoon allspice, 1 teaspoon cloves, a little nutmeg. *No directions were listed – apparently she needed to be reminded of the ingredients only.*

Vinegar Pie
1 cup vinegar, sweeten to taste. Extracts of any kind. 2 table spoons of flour. Pour boiling water on and then make a crust you can put 2 eggs in if you like and take whole for marangue.

There were a couple of other recipes that I was able to decipher, but they were not for something to eat…

Potash Soap

**120**

One pound of potash, two pounds of grease (*probably hog renderings*) and three pints of water. Soak the potash in the water for 24 hours, or boil until dissolved, then add grease, and boil until it thickens.

Soft Soap
Put the ashes in barrels, or a hopper, which is better. Pour water on every day, drain it off, and if not strong enough, pour it back, or boil it down till strong. Put straw in the barrels first, then pack ashes in. When the lye is strong enough to strip a feather, put in grease until the lye stops absorbing it. Cook until the soap looks thick. *No ingredients were listed, so either Grandma felt she didn't need reminding, or possibly the previous list was used for soft soap also.*

It was common for pioneer families to make their own soap, but in later years – especially after the family left the farm – it is unlikely that Grandma continued to do so. I'm also curious how often she used the recipe that required "1 small coconut." In early rural America – especially in Arkansas and Kansas – coconuts would have probably been hard to come by.



*Baby Boy Erwin. Born 1907*

Mike and Minnie Erwin brought eight children into the world; the sixth to be known only as "**Baby Boy Erwin**." It was always said within the family that the baby was stillborn, and was taken to the Longton Cemetery and buried almost immediately. This was in 1907, and even then rural families often buried their dead themselves. It was always assumed that since the baby was born dead the family saw no reason to give him a name.

In 2003, however, Patricia Erwin Fierst, Michael Roy "Jack" Erwin's daughter, gave me numerous old family photographs, as well as other keepsakes, that had been in the possession of Joy Erwin Jacobs, and then her father after Joy died. Among the photos was the one at the right. The notations on the back of the photo, in Minnie's hand, indicate that the baby was born alive, but died shortly thereafter. Minnie wrote,

"He is not dead when this was taken but just sank away. This is his first dress, and with flowers in his hands was buried in a white coffin."

I cannot help but wonder – especially since he was born alive – why Mike and Minnie did not give him a name. Another question is why the date of his birth is not on the cemetery marker. It reads simply, "Baby Boy Erwin."

Numerous photos of the three youngest children have been located, probably because this was an era when photographic portraits were first becoming affordable for the general public. It's also interesting to note that Mike and Minnie believed in short hair for little boys, just as I did when I was raising my family.

Mike and Minnie, often with their grown sons and their families, followed the "oil booms" in Kansas and Oklahoma for most of their lives. They did try farming from time-to-time, but Grandpa always reverted to working as a contract teamster. While following the oilfield work they often lived in primitive conditions, sometimes in tents or in a "covered wagon," but according to my father's stories this was not uncommon; everyone else had to cope with the same circumstances. Of course this was not altogether true. Many people had "regular" jobs, or were landed farmers, or were proprietors of "normal" businesses.



*Jack, Joy & Jim*

Mike Erwin and his sons were teamsters, when teamsters drove horses instead of trucks, and they were proud of their profession. They farmed at times during the early 1900s, but more often than not they followed the oil booms in Oklahoma

**121**

and Kansas as professional teamsters. When they traveled from one oil field to another they did so together in a convoy of horse- or mule-drawn wagons.

They lived in "oil field shacks," which were nothing more than a forerunner of the mobile home, although extremely primitive. These early mobile living quarters were normally about eight feet wide and twenty feet long, and mounted on skids. When it was time to move the units were winched up onto oilfield wagons (a wagon chassis only without a bed). The "shacks" and cargo wagons carrying other goods and possessions as well as the families, made up the wagon train. Most of the Erwin cousins were born in locations near where the Erwin men were working in the various oil fields. By the late 1920s and early 1930s, however, horses in the oil fields were rare. Gas-driven trucks and other mechanized machinery had taken over, and the Erwin brothers gradually went their separate ways.



*Moving day in the oilfields*

I have not been able to determine exactly when Mike and Minnie retired to Severy, but it was probably in the early to mid 1930s. They had obviously been there for some time when my parents moved back to Kansas from California in 1948. Their two-story frame house, pictured on the next page, survived for a time after Grandma's death, but according to Jimmey Dean Erwin, who currently lives in Severy (2008) the house was not occupied and was eventually torn down. Only a vacant lot now remains.



*Erwin Family unloading bridge timbers, ca. 1920*



*Erwin Family on the farm – Odes is in center rear*



*Mike & Minnie Erwin, ca. 1940*

122

EX 71 - 870











*L-1: Mike & Minnie's house in Severy, KS ca. 1950*
*L-2: L-R Dale, Nellie, Dale, Jr., Jack, Durma,*
  *Minnie, Mike. Children: Patsy, Mickey*
*L-3: Rear-Joy & Pete Jacobs, Front-Mike & Minnie*

*R-1: Minnie Olive Erwin*
*R-2: Michael R. "Mike" Erwin*
*R-3: Jim, Tom, Dale, Odes*



123

EX 71 - 871





1. Unknown, 2. Unknown, 3. Thomas J. "Tommy" Erwin, Jr., 4. Richard "Dick" Cummins, 5. Helen Virginia Erwin, 6. Michael R. "Mike" Erwin, 7. Pete Jacobs, 8. Evelyn Joyce "Joy" Erwin Jacobs, 9. Jean May Erwin, 10. Maxine Marie Erwin, 11. Billy Don Erwin, 12. Minnie Olive Freeman Erwin, 13. Flossie Erwin Austin, 14, Michael R. "Jack" Erwin, 15. Mary Protzman Erwin, 16. Ruth Christine Erwin, 17. Lois Ruth Cummins, 18. Dale A. Erwin, 19. Thomas J. Erwin, 20. Oran Austin, 21. Hannah May Downing Erwin, 22. Goldie Erwin Cummins, 23. George Michael Erwin, 24. Jessie Carl "Jim" Erwin, 25. John Cummins, 26. Jimmey Dean Erwin.

124

EX 71 - 872