*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

**Erwin Family**

71.    Family History Received from Donald Erwin

# Chapter 4

## Odes & Hazel Erwin

**Odes Herman Erwin** – my father – was born April 30, 1888 in Green Forest in Carroll County, Arkansas. In 1897, when he was nine, his father moved the family to Longton, in Elk County, Kansas where Vachel Freeman, one of Minnie's brothers, was already living. Dad recounted, years later, that he had had a two-year-old colt to ride, and that his father had presented him with a new saddle just prior to their departure.

According to family tradition, they traveled with two covered wagons and brought along ninety-nine head of cattle. For safety they traveled with others for part of the way. They crossed the Grand River in Oklahoma at about where Grand Lake is now (also called Lake of the Cherokee), and proceeded on west and north into Kansas. When they reached the river the water was still high after the spring rains, and it was necessary to wait for the water to go down enough so that it could be safely forded. After a couple of days of rest the ford was made and they moved on up into Elk County where they settled on a rented farm near Longton. The trip took nineteen days, including the stopover at the river waiting for the water to go down.



*Odes Herman Erwin*

In Elk County, as it was in most rural farm areas of the early 1900s, there was little time for idleness. While it is true that the telephone had been invented in 1869, and Thomas Edison had patented the incandescent light bulb and some folks even owned automobiles, the times and customs in rural America had changed very little from that of the 1700s and 1800s. Farming and housework were both hard, and always needed to be done, and left little time for fun or "foolishness."

Then, as now, boys under the age of about fourteen showed very little interest in girls. In the one-room country schools romance was seldom a factor because most boys and girls did not attend school past the eighth grade. In fact, many students, especially the boys, attended only sporadically and when essential farm work did not interfere.

But farm life – and its responsibilities – did leave room for *some* entertainment. Social gatherings were well publicized, people caught up on their work in order not to miss them. And a neighborhood picnic or church social was an excellent place to meet girls and boys from surrounding farms.

Dad remembered that everyone looked forward to the Fourth of July picnic. It was the first *big* event of the year after a hard and cold winter, and it was usually held at the local fair grounds. It often drew crowds from as far as *fifty* miles away. Those traveling the longest distances, in a wagon, would have to camp along the way. The Independence Day celebration of one hundred years ago was totally different from what we see today. It was just a country social gathering, except on a larger scale.



*Odes age six*

Ice was dug out of its sawdust storage for lemonade and fresh-churned ice cream, and pigs were roasted on a spit or deep-pitted. Steaks were cooked over an open fire, and ears of corn were boiled in a big pot. Red beans were commonly available as well.

Courting, sparking, keeping company, dating, no matter what words we use to describe this human phenomenon, the purpose – a hundred years ago as today – has not changed. It is a desire, as well as an instinct, to choose a companion and build a home and a life together. It was in the general atmosphere described above that Odes Erwin first met Hazel Hayworth.

125

EX 71 - 873

Helen Erwin Campbell describes Odes and Hazel in her book *The Grass is Always Greener Down The Road Apiece:*

The old adage about the attraction of opposites was certainly true when our Dad, Odes, courted and won our Mom, Hazel. They grew up in the farm community of Longton, Kansas. Odes was talkative and outgoing, needed to be around people, and was quick to judge and criticize. Hazel was quiet, passive and unassuming, only rarely showing aggression, and then only when she was really pushed. They were both hard-working. They had been born into a time and place where hard work was necessary for survival, and they were survivors.

Living in the same small community and on adjoining farms, Mom and Dad grew up knowing each other. Mom, I think, must have been very flattered and happy when the tall, good looking neighbor boy showed an interest in her. She was quite small; their wedding picture shows the top of her head coming only to his chin.

According to the February 15, 1907 issue of the Longton Gleaner, Mom and Dad were married on Sunday, February 10, at the home of Mom's Uncle Tom and Aunt Ellen Stillwell, her foster parents. The paper described my father as '...one of Longton Township's most industrious young farmers...' Apparently he was considered a good catch.

Grandpa Erwin had given Dad a buggy and a small white horse, and he did a lot of his courting in that buggy. The little horse was quiet and reliable, so often after Dad took Mom home he would tie the reins to the front of the buggy and let the little horse find its way home while he caught up on his sleep.

This worked well a number of times, but one morning Dad woke up stiff and uncomfortable, still in the buggy. The birds were starting their morning concert, the sky in the east was beginning to lighten, and his horse was tied to a fence post, still a couple of miles from home. Dad tried to sneak into the house, but his brothers caught him and demanded an explanation. The story, as Mom told it to us, was that no one ever owned up to the prank, and that Dad took a lot of ribbing from his brothers and his friends.

**Odes Herman Erwin** married **Hazel Dell Hayworth** February 10, 1907 in Longton, Elk County, Kansas.

They had eight children:



*Odes & Hazel Erwin, 1907*

1. Goldie Mae Erwin, b. December 7, 1907, Longton, Elk Co., KS; d. November 25, 1990, Topeka, Shawnee Co., KS
2. Flossie Minnie Erwin, b. January 16, 1910, Fargo, Ellis Co., OK
3. Clifford Herman Erwin, b. June 29, 1912, Wakita, Grant Co., OK; d. March 14, 1993, Wichita, Sedgwick Co., KS
4. Michael Raymond Erwin, b. September 4, 1915, Longton, Elk Co., KS; d. February 9, 1984, Madera, Madera Co., CA
5. Mary Elizabeth Erwin, b. _____ , 1918, Augusta, Butler Co., KS
6. Helen Virginia Erwin, b. _____ , 1920, Augusta, Butler Co., KS
7. Odes Harold "Bud" Erwin, b. _____ , 1924, Madison, Greenwood Co., KS
8. **Donald Dean Erwin**, b. _____ , Virgil, Greenwood Co., KS



*Odes & Hazel, 1957*

126

Hazel was seventeen and Odes was nineteen when they were married. For the first two years or so of their married life Odes farmed a rented place in Oak Valley, about a mile and a half from Longton. He also ran a dray, delivering freight from the depot to local merchants to help with family expenses. By the time their second child was born my father had moved from the farm, setting a pattern that was to last most of his life. He was a restless person, and until he reached middle age he never stayed in one place more than about two years. As a young man he applied for a homestead, but moved before the property was patented. He was afraid of being "tied down," and he would be in his fifties before he owned any real estate.

Thus began the gypsy-like existence that was to be the family's life for many years. The reasons were many: a more productive farm in the next township or the next county, or the discovery of oil in Oklahoma, or high-paying jobs for teamsters in the oil field down the road apiece, or the hiring of men with strong teams by the railroad, or....or... My father was an eternal optimist, and always seemed to believe that there was something better just out of reach. This, along with his natural wanderlust – so common in the Erwin families – caused the family to be always on the move.



*Odes, age nineteen*

In 1908 Dad and his brother Dale worked at a refinery some distance from Longton. It is thought that my mother welcomed this change, for she was – at least for a time – away from her mother-in-law's domination and quick temper. But by the end of the year Dad had tired of the  refinery job. He loaded his family and their meager possessions into a covered wagon, and drove to Fargo, Oklahoma. They stayed for a time with Grandpa Hayworth, and it is thought that Dad worked in the oil fields nearby.

For centuries the village blacksmith had been a prominent person, and it is natural that he should have been. In the early days the blacksmith made and fitted the iron rims to the heavy oak wagon wheels. He made bridle bits for horses, as well as bells and other ornamental parts of the harness. The village smithy also made crowbars, knives, plow shares, carpenter's tools, shovels and adzes. In fact, the village blacksmith made or repaired just about anything made of iron.

The blacksmith shop was a focal point of the community, a gathering place for neighbors. The open front door of the shop was the community bulletin board, posted with upcoming events, items for sale, public notices and the like. Items placed on the door were rarely taken down – just covered over – and so the blacksmith shop door became a sort of community archive as well.

With the advent of the iron horseshoe the village blacksmith also became a farrier (one who shod horses). Although the farrier and the blacksmith were often one and the same person, the skills themselves were entirely different. Although a farrier did have to know how to heat and shape a horseshoe in order to fit it to a horse's hoof, he also had to know the anatomy of the horse in order to properly fit the right kind of shoe to each individual horse. Humans have small feet, big feet, short fat feet, feet with high insteps, etc. The shoe salesperson must match the shoe to each customer's needs or wishes. Horse hooves also come in varying sizes and shapes, and the farrier must work his trade without being able to actually ask the horse how the shoe feels.



*Hazel with Goldie, Flossie, Clifford & Raymond*

When my Dad was growing up most small farmers shod their own horses and mules. Most also had a small forge, and while they might have their plowshares re-pointed in town, they probably did much of the more simple forge-welding repairs themselves. My

127

EX 71 - 875

father, at an early age, had learned the basics of blacksmithing and – as the eldest son – was taking his turn at shoeing the family horses.

My sister Helen believes that it was in 1932 that Dad moved the family to a farm just outside of Virgil, Kansas. But by the time I was born in 1933 he had already tired of farming and was operating a blacksmith shop in town. Clifford had just gotten married, and he and Helen took over the farm. Blacksmithing was something Dad had learned growing up; it was a natural sideline of handling horses and mules, and most farmers had some basic skills as a blacksmith and farrier. While Dad did some forge welding, plow share re-pointing and machinery repairs, his specialty was shoeing horses. By this time, however, tractors were gradually taking the place of the horse. Changing times had slowed the amount of work that came into his shop, and the Great Depression was gradually killing off the rest of his business.

Clifford recalled that Dad had a hay baler for several years in the late 1920s and early 1930s. He probably came into possession of it while he was still farming, but he kept it after he moved the family to town and started operating the local blacksmith shop. Bud remembered that the baler originally had a noisy one-cylinder gasoline engine for a power source, but that Dad later converted it to belt drive when he traded for an old Fordson tractor. Dad worked at blacksmithing when he could, but he baled hay on the side to make ends meet. His hay baler only remotely resembled those of today. Where today's machines are mobile and are operated by one person, Dad's baler was stationary and required a crew of five or six to operate it. Most of the family members were pressed into service to operate it. Helen remembers working on the hay baler at around ten years of age, and of the dust she had to endure.



*Odes with one of his teams in Augusta, Kansas about 1920*



*The Erwin family baling hay ca. 1930. Rear: Clifford, Raymond & Dad (back to camera), Mary, Helen & Bud.*

My father didn't have much formal education. He used to joke that he went to school only three days, and that was when one of his brothers was sick and he went to school in his place. Judging from his stories, which one always had to take with a grain of salt, it seems probable that he didn't go to school with any regularity. I gathered from his tales that he went to school during the winter months. If there were more important things to do, such as getting in a crop, the family could not spare him the time for "book learning." I believe, however, that he probably had what could be considered the equivalent of about a third grade education.

He did, however, know how to handle horses and livestock, and he could deliver a new calf as good as any vet. He knew when to plant and when to harvest, and he could shoe horses and repair farm machinery. He could not read Greek or Latin, but he could "figure" and he could read and understand the daily newspaper.

128

EX 71 - 876

Although born in the waning years of the nineteenth century, my father was a definite product of the times, and he never really got used to the twentieth century. He was never really at ease with the internal combustion engine and electronic gadgets, and always seemed to be somewhat bewildered with automobiles, airplanes, television, and all of the other modern things that we take for granted as the twenty-first century begins. He never flew in an airplane, and although he finally gave in – about 1920 – and bought a "tin lizzie," he was always somewhat mystified where automobiles were concerned. Even in his later years, when he owned

various cars that could potentially go 100 miles-per-hour he never drove over thirty-five, and then, more often than not, on the shoulder of the road.

When I was growing up – it bothers me to admit – I was always a little ashamed of the apparent backwardness of my parents. But after I became an adult, and as the years pass, I have come to understand the challenges that they faced, and their everyday struggles to survive in a world that was passing them by. Now that I have passed the proverbial "three score and ten," I realize that my parents – while neither were educated persons in the modern sense – were both very wise in the ways of the world. Now that I am somewhat wiser myself I am very proud of them indeed.



*Odes with his first truck, ca. 1929*

Odes Erwin was a gregarious person, a trait that I have often wished that I had inherited. He needed to be with other people, and he was one who never met a stranger. He could strike up a conversation with anyone. Mom was happy to just go to town once a week – on Saturday – but not my father. He liked to talk and swap yarns, and it was hard for him to be without male companionship for very long. In California, when we lived on the little dairy farm, we were only three miles from Madera. Dad would go to town, or to the little grocery store near us, for the most flimsy reason, where he was sure to find one or more of his cronies – as Mom referred to his friends behind his back. He loved to spin his yarns of the "good old days," and could almost always top whatever anyone else had to say. He was happiest, it seemed, when he was telling, or repeating, one of his many stories.

He was also a storyteller from the old school. He had a knack of taking an inconsequential event and turning it into a spellbinding story, at least it seemed so to his many grandchildren, as well as for me when I was a youngster. At those times we would listen with rapt attention, perhaps silently noting that the story was even better than the last time we heard it. My sister Helen remembered that one of her favorite yarns was one he often recounted in later years about



*Odes with his Farmall tractor, ca. 1943*

me. It seems that when I was about four my father took me to town with him, and when lunchtime came we stopped at a diner where he splurged and bought us hamburgers "with everything on it." My father, having been brought up as a poor farm boy, was used to eating anything that was put before him. He liked onions, but at the time I didn't. According to Dad's account of the incident I said, "I ain't gonna eat dos dod damn ole onions." Although Dad would curse from time-to-time himself, he didn't appreciate his children using blue

129

language. In this case, however, he apparently thought it was funny. Of course Dad appreciated his stories as much as anyone, and as he neared the punch line he would often start laughing. If the story happened to be one of his favorites he would slap his hand on his leg as tears of mirth appeared in his eyes, and he would repeat the punch line.

My father chewed tobacco. He once told Bud that, in his lifetime, he had chewed a trainload of it. It was probably not far from the truth. In his waking hours he always seemed to have a cud of tobacco in his jaw. Most of the time, however, he would spit it out when he went into the house. My mother was by nature passive, but one thing she would not tolerate was a spittoon in the house. If he chewed in the house he would have to go outside to spit, and that was just too much trouble. On a rare occasion though, Dad would spit in the wood stove while he was putting in fresh wood. His stream of tobacco juice would sizzle when it hit the hot metal, and Mom would sniff and give him a dirty look. He would ignore her, but then after a reasonable length of time to preserve his machismo he would go to the back door and toss out his "chaw."

Helen observed in her *The Grass Is Always Greener Down The Road Apiece:* "If Dad chewed a trainload, he also spit a trainload. If you were riding in the car with him, and sitting in the back, it was best to keep the window rolled up. In the old Model T he had when I was a child there were no windows to roll up – only isinglass curtains that were put on when it rained or when it was cold. Then you just hoped you would get to sit on the other side. The driver's side of the car was always splattered with tobacco juice."

Dad claimed that he started chewing tobacco when he was about eight years old, but he finally quit…when he was over seventy. He was always conscious of his health, but never saw a doctor. When, late in life, he found it necessary to go to a doctor he was told he should quit chewing. He did…cold turkey. None of us in the family ever thought that it would happen.

Dad was a loud talker, and Helen remembers that he used a lot of profanity in his early years. I suppose it is a matter of opinion and prospective, but I don't remember him that way. He did have three or four favorite expletives that he would spout on occasion, but he did not use them in his normal conversation as true profane people do. I don't believe I ever heard him use the "f" word, and he rarely cursed in front of my mother.

My father had many faults, but the one that I remember most clearly was his temper. He was well-known for his short fuse, and would lash out verbally when things did not go to his liking. He had his own way of doing things, and as far as he was concerned his way was the right way. There were certain "chores" on the farm that I was expected to perform to "earn my keep." It was his practice to patiently explain a new task to me, and the reason or reasons that it had to be done in a certain way, in other words, his way. He tended to be extremely critical if I did not immediately understand, or if I did not perform the task to his expectations.



*Odes relaxing at Bud's house, 1958*

He, like all of his brothers, seemed to have inherited an explosive temper from his mother, but he did not like to appear unreasonable or foolish, and he would often look sheepish after one of his tirades. But even when he was obviously wrong, and surely sorry for one of his outbursts, he would never apologize. He was quick to criticize, yet he would become angry if he himself was criticized. At times he would swiftly punish his children, often without finding out what the complete circumstances were surrounding the real or perceived transgression, while at other times he would completely ignore one of us stepping out of line.

He was quick to discipline his horses and mules as well, sometimes with a two by four, or whatever was at hand, yet on the other hand he was diligent in the care of all of his livestock. He always took care of their needs first. If he had a sick animal he was quick to call a vet, yet he would have had to be on his deathbed before he would call a doctor for himself. I vividly remember his almost pulpit-like admonishment whenever I wanted to "…do my chores later." "Feed your animals before you feed yourself," he would say. It is a rule that I have remembered throughout my life. While I don't own any farm animals, we have for years had a pet Queensland Heeler dog. Whenever Ruth calls me for dinner it is automatic for me to make a mental check to be certain that Liz, or Maggie – and now Annie – has been fed before I sit down at the table.

130