*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

**Erwin Family**

71.    Family History Received from Donald Erwin

My father had several favorite exhortations when I was the subject of his displeasure; one of them was, "Shit-fire boy, you haven't got the sense of a rock." Another one was, "Goddammit Donnie, get your head out of your ass and listen to what I said!" Sometimes it would just be "Goddammit Donnie...," as he walked away shaking his head, in an apparent effort to control his temper. Some parents would call out both of their child's given names if they were irritated with them, such as, "Tommy Joe...!" But for years I thought my name must surely be "Goddammit Donnie" Erwin instead of Donald Dean Erwin.

My parents, as I was growing up, listened to the radio in the evenings after the day's chores were done. Dad didn't appreciate the Bob Hope and Jack Benny type of humor, but liked situation comedies such as "Fibber McGee and Molly," and "The Great Gildersleeve." Dad had grown up with the "hillbilly" music of the Ozarks, and the weekly Saturday night "Grand Ole Opry" program was one that he rarely missed. Dad also followed the news, world as well as local. During WW2 he kept various maps that he used to follow the course of the war...especially in the South Pacific where Bud was fighting with the Third Marine Division.

Television was an enjoyable pastime for Dad as well as for Mom in their later years. Mom tended to watch the "soaps," while Dad leaned toward the game shows. As noted above, Dad had very little formal education, but he was intelligent and quick-witted, and he loved to pit his answers against the show contestants. Bud remembers asking him once why he didn't watch the many western movies that were prevalent in early television. Bud reasoned that since he had worked with horses as a youngster, and throughout most of his working life, he would like this type of entertainment. His answer was "Aw, they're not realistic." I was about ten when he also pointed out to me that horses could not run at a gallop for miles on end, and that the cowboys, lawmen and outlaws could not shoot their six-guns endlessly without reloading. He also observed that the villains, when shot, did not appear to bleed. The antics of Gene Autry and Roy Rogers did not seem as exciting to me after that.

My mother never voted, and may not have been able to name any politician save possibly the president. My father, on the other hand, was a true-blue Republican, and always voted a straight party ticket. Although basically uneducated, he followed local and national elections closely in the newspapers and on radio news broadcasts, and had an opinion on anything political. He was bitterly opposed to President Roosevelt and the New Deal. It didn't take much to set him off on a tirade against Roosevelt and the whole Democrat Party. Although Dad once worked for the WPA for a few days in the late 1930s when we were on the verge of starvation, he was bitterly opposed to anything that resembled government charity. He was also opposed to the "make work" programs that the Roosevelt administration and the Democrat-dominant Congress put into place in the 1930s. Dad would never admit that Roosevelt was largely responsible for ending the Great Depression. It was his opinion that it was WW2 that brought the country out of the Depression, and in truth it was probably a little of both.

Both of my parents, for their generation and time in history, were generally healthy. They were fortunate to have inherited, save for a tendency towards arthritis, good genes. I – as well as all of my brothers and sisters – was born at home. It is said that the doctor was only called when delivery was imminent. I don't recall either of them ever seeing a doctor for any reason during the time that I was growing up. My father said often that he couldn't afford to be sick, and while it is true that he had to milk his cows no matter how he felt, he was also reluctant to pay good money to a doctor. I'm sure that both of my parents were conscious of the need to be healthy, but it sticks out in my memory that it was my father who maintained a medicine cabinet full of over-the-counter remedies for this or that real or imagined ailment. It seemed like every time he read or heard of a new remedy he would be eager to try it out. Both of my parents were troubled with arthritis, Dad in his hands and Mom in her hands as well as in her knees and hips, and both used aspirin liberally for the pain. One remedy that Dad seemed to use religiously was "Doan's Little Liver Pills." It was never quite clear to me what this product was supposed to cure, because Dad never seemed to complain that his liver hurt. It is still a mystery to me. Another thing that I clearly remember was that my mother was constantly worried whether or not I was "regular." If I admitted that I had not "gone" she would administer castor oil. I eventually learned to lie about it.

My father, having been born in Arkansas, could very well have grown up with an Ozarks twang, but he didn't, probably because he left there for Kansas with his family when he was about nine. His speech, at least during the time period that I remember when he was already in his fifties, had a softened timbre about it, with a little Kansas nasal resonance thrown in. He did not speak slowly, nor did his voice have the often high pitched tone that is so common with many natives of Kansas and Oklahoma. His speech did, however, retain many of the grammatical peculiarities of backwoods farmer folk. Many of the "Dust Bowl" emigrants to the West during

**131**

EX 71 - 879

the Great Depression were from the hill country of the Ozarks, and they would most likely say "I haint got it," for "I haven't got it." Dad, on the other hand, would use the phrase "I ain't got it," common even today. A few of the other words or expressions that I remember him using are:

*Agoin'* (going): I'm agoin' to town.
*Agin'* (against): I'm agin' it.
*Big windy* (tall tale): He sure can tell some big windies.
*Deef* (deaf): That man is deef.
*D'reckly* (soon): I'll do that d'rectly.
*Ear bobs* (earrings): She lost one of her ear bobs.
*Fur piece* (long way): It's a fur piece up the road.
*Lolly-gagging* (loafing): Donnie! Quit lolly-gagging and get your chores done.
*Narrow between the eyes* (can't be trusted): Don't ask him. He's narrow between the eyes.
*Piddling* (weakling): She was a piddling child.
*Play pretties* (baby's toys): The baby lost his play pretty.
*Slaunchways* (sideways): The snake moved slaunchways across the yard.
*Takes after* (resembles): He takes after me.
*Young'uns* (children): You young'uns mind your manners.

He did not, however, use the expression "y'all" that is so common in the South even today. And I don't believe "Hello" was in his vocabulary, because he always greeted everyone with a hearty "Howdy!" This, however, seemed alright since most of my cowboy movie heroes said "Howdy," and I often use that expression of greeting myself. When I started to school in California the teachers were appalled at the "Oakie" manner of speech of many of the migrant children, and went to great lengths – some even used ridicule and punishment as tools – to point out that it was grammatically incorrect, as well as sounding "back-woodsy." I was thus aware – early on – of my father's speech peculiarities, and I was determined not to acquire them myself.

Like most early-day pioneer families that trace their roots to the Ozark region, my family was not demonstrative where their emotions were concerned. While my mother would occasionally give me a hug, and demonstrate her love in other ways, I cannot remember my father even once saying: "I love you." On the other hand I don't think that I ever doubted that he cared for me...in his own way. I resented his often-severe physical discipline, but many of my friends – whose families had roots in the South or in the Kansas-Oklahoma-Arkansas region – would recount similar punishment sessions. I would be angry and resentful for a while after a "whipping," but I don't recall ever seriously thinking that my Dad did not care for me.

I joined the Marines at age seventeen, and almost immediately went overseas to Japan, Korea, and after a tour at Camp Lejeune, North Carolina, it was overseas again to Iceland and Hungary. By the time I got back from Europe I was twenty-four. And although I had been home on leave a number of times in the interim, it seemed to me that it was only then that Dad really talked to me as an adult. And, as so often happens with young men, I was amazed at how much wiser my father had grown since I was a teenager. Dad's personality had also mellowed as he grew older. After Mom and Dad sold their farm just outside of Neodesha, Kansas, and moved into town, he seemed to relax. Their income was small, but it was enough, for they were used to "getting by" on very little. On one of my visits when I was stationed at Camp Lejeune, North Carolina, my mother told me that Dad was very attentive, and that she was very happy...perhaps the happiest that she had ever been. Helen recalls that on one of her visits Dad half apologized to her for his irritability in the early years. She remembers that he said, "Times were hard, and a lot of the time I wasn't sure how I would get the next meal for you all." Bud summed it up when he said, "He did the best he could with what he had." I think that pretty much says it all.

**Hazel Dell Hayworth** – my mother – was the daughter of Charles Ellis Hayworth and Melissa Stowe. She was born November 27, 1889 in Longton, Elk County, Kansas, and died February 16, 1976 in Neodesha, Wilson County, Kansas.

132

The family was living in Longton, and my mother was nine when her mother Melissa died. She was only twenty-eight, and left her husband with three small children. Shortly after her death Charles Ellis Hayworth decided to move to Woodward County, Oklahoma. He must have felt three children were too much to cope with, for he left my mother with his sister and brother-in-law, Tom and Ellen Stillwell. The Stillwell's lived on a farm that adjoined the Erwin's, and consequently my mother and father grew up knowing each other. Mom was probably very flattered when the tall good-looking neighbor boy showed an interest in her. She was quite small. I was about twelve when my mother pointed out that I was taller than she was.

My mother was a product of rural America, and although she was born late in the nineteenth century she would have been comfortable in the farm scene one hundred years earlier. She worked hard, and I rarely heard her complain about anything. She did hint though. She might say to my father: "It would be nice if..." perhaps suggesting that she needed a new pair of shoes. Times were always tough, but Dad would find a way to get her a new pair of shoes.

I have many memories of my mother, but one afternoon, while looking through an old photo album, I found a picture of my mother with an apron. As I looked at the picture many mental pictures of her flashed through my mind. Although aprons were one of her favorite articles of clothing at home she rarely allowed anyone to take a picture of her wearing one. Also, she never greeted a stranger at the front door in an apron, or wore one on a shopping trip to town.

During the week Mom wore a plain cotton "work" apron. It served to protect her dress underneath, but besides that, it doubled as a holder for removing hot pans from the oven. Those big old aprons wiped many a perspiring brow, bent over the hot wood stove, and when the weather was cold, she had a habit of wrapping it around her arms. On Sundays, or special occasions when we had company for dinner or supper (lunch or dinner to the uninitiated), she wore a starched and ironed apron. When not in use the apron hung on a special nail in the kitchen. All sorts of useful things could be found in the pockets of her aprons – safety pins, hairpins, a coin or two that might be handed out as a reward, and an extra handkerchief for children needing a nose wipe. On occasion, a corner of her apron might even used for cleaning out dirty ears.

Mom wore a variety of styles for various chores. Everyday, before preparing breakfast, she put on a fresh clean apron, and would wear it throughout the day. On the other hand, if she put on one of her big bib aprons I knew that she would be making something good to eat. Soon delicious aromas filled the kitchen – perhaps a cake, some cookies, doughnuts, or pies...her specialty. Older, faded aprons were saved for wash days and housecleaning.



*Alpha & Hazel Hayworth*



*Hazel Dell Hayworth, age seventeen*

133

EX 71 - 881

Sometimes Mom used her apron as an impromptu basket for gathering eggs. She might also use it as a temporary haven for fussy chicks, and in an emergency even for half-hatched eggs to be finished in the warming oven. Chips and kindling wood were brought into the kitchen in her "everyday" apron. From the garden, it carried all sorts of vegetables. Sometimes green beans or a few ears of corn from her vegetable garden found their way into the garment's voluminous folds. After the peas had been shelled it carried out the hulls. In the summer and fall the apron was used to bring in apricots, peaches and apples that had fallen from the trees.

Mom's aprons were works of art; handmade or sewn on her old Singer treadle sewing machine. Some of her most utilitarian aprons, especially in our poorest years, were made from flowered flour sacks. Scraps of material, a worn-out dress, and parts of Dad's old shirts, were also turned into patchwork aprons that were both attractive and functional. Every bit of material was used; nothing was wasted.

Mom wore aprons even in her last years in the rest home; she said that she didn't feel dressed without one. It will be a long time before someone invents something that will replace that "old-time apron" that served so many purposes.



*Mom with her calves, 1940*

My mother seemed to have a mystical understanding of plants. It seemed, at times, that she and her plants had some type of mutual telepathy that allowed her to communicate with them. On the farm in California my father took care of the many varieties of fruit trees that we had, and he would plant corn and watermelons – an acre or so of each – but it was my mother who planted and tended the vegetable garden. She always started her garden early in the year with radishes and green onion sets, and then followed with all of the other common varieties of vegetables and melons; except corn and watermelons, which were my father's specialties. I was always amazed that both my parents seemed to like all varieties of vegetables. I liked the radishes, green onions, corn and potatoes, but I steered clear of most everything else. I was in Marine Corps boot camp in San Diego before I suddenly discovered that I liked most vegetables also. There it was either eat a wide variety of vegetables or go hungry.

My mother's knack of growing plants was not limited to vegetables though. She liked flowers, and her favorites were geraniums, sweet peas and zinnias. She grew several varieties of geraniums. The frost would often freeze back the outside plants, so my mother would intently listen to the daily weather report on the radio. When a frost was predicted she would try to protect them by covering them during the night. Invariably, however, some would freeze. But she planned for this. She kept a pot of each of her favorite geraniums inside the house as a backup, and she would pinch off a sprig and start all over again. The sweet peas and zinnias, on the other hand, were annuals. Occasionally she would buy a package of seeds, but most of the time she harvested seeds for the following year. The sweet peas grew on vines, and I can still remember helping her string the racks next to the house for the young plants to climb on.



*With grandsons Ronnie & Bobby*

When I was growing up most farms had a flock of chickens. They provided fresh eggs as well as meat for the stew pot and frying pan. About three times a year Dad would buy fifty two-day-old baby chicks at the feed store in Madera. My mother had a simple brooder that used common light bulbs to keep the chicks warm. When they were first brought home the cover was kept low to keep them warm, and as they got older it was gradually raised until it was no longer needed.

We ate fried chicken almost everyday. And, in contrast to today's lifestyle, it was always fresh. An hour or so before mealtime Mom would look over her flock and pick out a likely-looking candidate. Since the chicken did not volunteer, she had to capture it, and she did this by using an old broomstick that had a u-shaped hook

134

EX 71 - 882

on the end. She would reach out and hook the chosen one's leg and draw it in squawking. She would then place its head under an old wash tub and pull on its legs…which separated its head from its neck. She then dropped the headless chicken on the ground, and for a few seconds it would actually run around a little without its head before dropping on the ground for a few final kicks.  She then dipped the chicken in a previously prepared pot of boiling water. This served to loosen the feathers and she would quickly pluck them off. In short order we would have fried chicken. Yum!

Mom also had a few laying hens, usually just a dozen or so. In the above process Mom always killed the roosters first, and the pullets (females) were allowed to mature to become the next generation of laying hens. Being a laying hen was not a permanent status though. Mom always kept a close eye on them and could tell when their egg production was falling off. If they did not lay at all – which was not unusual – or if their efforts were not up to par, it was into the stew pot for them – to be replaced by a younger candidate.

My mother loved all of her children, but her face took on a special glow when she could be around any of her grandchildren and great-grandchildren. This is evident in the photo on the previous page as she holds her two youngest grandsons.



*With daughters Goldie & Flossie*

Hazel Hayworth Erwin passed away in 1976, and all of her children were present at her funeral, as well as most of her grandchildren. It was a sad day, but it is an Erwin trait to remember the good things and the good times. We all remembered, but daughter Flossie said it best with her following written eulogy:

*In Loving Memory of*
Hazel (Hayworth) Erwin
1889 – 1976
WE *will remember our mother for always being there*
*over the years as we were growing up – her*
*self-sacrificing love.*
FOR *all the crisp fried chicken, homemade pies and bread that she made and*
*loved to see us eat.*

SHE *was truly blessed with a green thumb and always had many houseplants*
*and a flower garden as long as she was able to care for them.*

SHE *was a loving Grandmother as she was a Mother – each little one was a joy*
*to her.*

SHE *was a friend to every stray cat or dog – always fed them. In fact, the life of*
*many of* God's Creatures *was saved by the magic of her tender, loving*
*care.*
IN *later years, she loved to piece quilts for her children and grandchildren, and*
*they will be treasured.*
ALWAYS, *and especially the last ten years of her life when she was confined to*
*a wheelchair, she carried on an extensive correspondence with family*
*and friends.*
YES, *we will miss our mother, but we will remember her for all of these things*
*and many, many more.*

*Flossie Erwin Austin*

135

EX 71 - 883

## Chapter 5

## Dale H. Erwin

**Dale H. Erwin** was born October 18, 1890 in Carroll County, Arkansas, and died November 26, 1960 in Emporia, Lyon County, Kansas. At the age of nine he moved with his family to Elk County, Kansas. Dale married **Nellie Bennett** October 6, 1917 in Emporia, Kansas. She was born June 7, 1890, and died in Emporia. Both are buried in Cottonwood Cemetery in Emporia, Kansas.

Dale and Nellie had one child:

- **Dale A. Erwin**, born August 15, 1918 in Cushing, Payne Co., Oklahoma, and died October 13, 1981. He married Anna L. Lawless April 6, 1937 in Howard, Kansas. She was born November 3, 1919, and died April 19, 1998. Their children are:

1. Harold Eugene "Ernie" Erwin was born 1937. He married Louetta Defore. Their children are Ronda Sue & Julie Ann.

2. Joyce Marie Erwin was born May 8, 1939, and died October 27, 1997. She married Allan Royce Chadwick. Their children are Debbie Ann, Mark Allan, Andrew Royce and Lisa Marie.

3. Larry Dale Erwin was born 1940. He married Lulu June Farris. Their children are Tina Michelle, Larry Paul, June Evelyn and Angela Rene.

4. Phyllis Nadine Erwin w as born 1943. She married Jim Anderson. Their children are Joe Anderson and John Anderson.



*Dale & Nellie, 1917*



*Dale Jr., Nellie & Dale H. Erwin*



*Dale A. Erwin, ca. 1936*

**136**



*Anna L. Lawless*



*Dale H. Erwin with his mother, ca. 1920*



*Ernie, Joyce, Larry & Phyllis Erwin*



*Anna Lawless Erwin*





*Above: Joyce Erwin Chadwick*
*Left: Phyllis Erwin Anderson*

137

EX 71 - 885



*John, Phyllis, Jim & Joe Anderson*



*Matt, Debbie, John & Curtis Anderson*



*Larry, Anna, Phyllis, Ernie, Joyce, ca. 1996*



*Tom, Minnie, Odes & Dale Erwin, ca. 1960*



*Jim Anderson*



*Nellie & Dale Erwin, ca. 1958*

138

EX 71 - 886

139

EX 71 - 887