*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

**<u>Erwin Family</u>**

71.    Family History Received from Donald Erwin

## Chapter 6

## Thomas Jay Erwin

**Thomas Jay "Tom" Erwin** was born November 23, 1892 in Denver, Carroll County, Arkansas. When he was seven he moved with his parents and two older brothers to Elk County, Kansas.

Tom enlisted in the U.S. Army June 28, 1918 and served in France during WWI. He returned to the U.S. May 31, 1919 and was discharged at Camp Pike, Arkansas June 12, 1919. He married **Julia Teresa Garrigan** April 19, 1918 in Tulsa, Oklahoma, but she passed away October 16, 1918. Tom then married **Hannah May "May" Downing** December 20, 1919 in Augusta, Kansas.

May was born December 30, 1888 in Pueblo, Colorado, the eldest of seven children born to George and Jennie Belle Downing. When May was four years old her family moved to Peabody in Marion County, Kansas, and later to Latham in Butler County. At age fourteen she moved with her family to Augusta, also in Butler County, and it was there that she met Tom Erwin.

In the nineteenth and early twentieth century high school and college was a luxury for rural farm families, and May was no exception. She did not return to Augusta High for her sophomore year, instead choosing to go to work in a local department store. When she left that job five years later she was the store bookkeeper and cashier. Southwestern Bell Telephone Company was expanding their coverage and service about that time and – as a result of her previous experience – they hired May as their



*Thomas Jay Erwin*

office manager. This was an almost unheard move at the time; hiring a woman in a supervisory position. May worked for S.W. Bell until she and Tom were married in 1919.

Tom and May were the parents of five children:



1. Thomas J. "Tommy" Erwin wa s born September 5, 1920 in Augusta, Butler County, Kansas, and died July 25, 1962. He married (1) Helen May Wirth in 1943, and (2), Ethel Ruth Vaughn in 1956. Tom and Helen had one son: Robert Joseph Erwin. There was no issue from his marriage to Ethel Ruth Vaughn.
2. George Michael Erwin was born February 15, 1922 in Augusta, Butler County, Kansas, and died November 10, 1992. He married Annadell Wilson in 1941. There were two children born to this union: Patricia Ann Erwin and George Michael "Mike" Erwin, Jr.
3. Jean May Erwin was born October 28, 1923 in Augusta, Butler County, Kansas. She married Charles A. Beeler in 1945. They had two children: Barbara Jean Beeler and Charles Dennis Beeler. Charles A. Beeler died in 1993, and in 2003 Jean Erwin Beeler was living in Topeka, Kansas.

*May & Tom Erwin*

4. Ruth Christine Erwin was born            , 1926 in Hamilton, Greenwood County, Kansas. She married Garth S. Russell in 1948. Ruth and Garth raised two children. They are: David Garth Russell and Kyle Erwin Russell. In 2003 Ruth was living in Topeka, Kansas.
5. Maxine Marie Erwin was born            , 1930 in Severy, Greenwood County, Kansas. She married Ralph L. George in 1949. Maxine and Ralph have two children: Nancy Marie George and Dennis Lee George. In 2003 Maxine and Ralph were living in Topeka, Kansas.

EX 71 - 888

Tom and May lived first in Augusta, Butler County, Kansas. In the short time they lived there Tom operated a grocery store. In later years Tom recounted that many of his customers were Native Americans; tribe unknown. Tom was his own meat cutter, and he would always grin when he recalled how he approached the Indian's suspicion of the meat counter scales. Apparently he always weighed up a little less meat than they had actually ordered, this so that he could, with a flourish, could add a little more meat so that his the Indian customers would think that they were getting an extra portion. In other words, they got what they paid for, and they went away pleased, and also thinking that Tom was an honest merchant…which in fact he was.

Tom and May also owned a furniture store in Augusta, but apparently it was not successful. Daughter Maxine remembers hearing in later years that the furniture store had gone bankrupt, and speculates that perhaps the shame and disappointment of his business failure prompted her father to seek greener pastures, for in late 1923 – shortly after their third child was born – the family moved to Mountain Grove, Wright County, Missouri. No one living knows for sure what actually prompted the move, or what Tom did for a living while the family was in Missouri, but for whatever reason or circumstances, they did not stay there long. Tom and his family returned to Kansas in October 1924 and settled on a farm just outside of Hamilton.

Tom, like many Erwins, was apparently afflicted with an "itchy foot," or perhaps it was just that he, like so many others during the tough years between the two world wars, was just scrambling to make a decent living for his family. At any rate, the family next appeared in Severy, Greenwood County, Kansas. The move was sometime after Jean was born in Hamilton in 1926 and the beginning of 1929, for it is known that they were living in Severy when Grandpa Mike and Grandma Minnie bought their home there in 1929. The family first lived on a farm at the edge of Severy, but they eventually moved into town. They bought a house in the northeast part of Severy, and they were living there when Maxine was born in 1930.

At some point Tom bought into the local icehouse and blacksmith shop. Tom did the blacksmithing, and Tommy and George, even though both were very young, worked at the icehouse when not in school. George, though younger than Tommy, was always big for his age, and somehow the family always expected more of him. In addition he had a no-nonsense personality, directly opposite that of Tommy. If one of the boys had to be kept out of school to help with something it was always George.

Tom's original blacksmith shop was in a ramshackle building, so he bought a building across the street, and remodeled it by putting a new front on it made out rock. The family remembers that he took a lot of pride in his shop and in his work, and do not know why he eventually closed it down. Actually several factors probably came to bear on the waning success of his blacksmithing business. First, times were hard. No one had much cash, so much of the service type work in those days was done "on time" or by barter. Often what a customer had to barter was not something one could sell for cash, and a lot of the receivables were due from friends and neighbors and was eventually just written off. Another factor was that blacksmithing was primarily a business of shoeing horses, forge-welding broken farm machinery, and putting new points on worn out single-bottom plows. Even during the Great Depression the internal combustion engine was making inroads on the farming scene. In addition, the welding industry had developed electric arc welding machines that made forge welding, for the most part, obsolete. The bottom line was that the old fashioned country blacksmith shop just ran out of customers.

**PARENTS OF GIRL**

Mr. and Mrs. George M. Erwin, 123 E. 14th St., Junction City, announce the birth of a daughter, Patricia Ann, August 26.

*Add in Severite, August 27, 1943*

**Location Changed**
—we have moved our blacksmith equipment to the Glasco building on Kansas avenue. We solicit your patronage.
We are equipped to do general blacksmith work, and to grind your grain and roughage.

**Erwin Blacksmith Shop**

*This appeared in the Severite in 1939*

**BITTEN BY DOG**

Maxine Erwin, young daughter of Mr. and Mrs. T. J. Erwin, was bitten on the back Saturday evening by a Spitz belonging to Gerue Dixon.

The dog is reported not to have rabies; however, it has been taken to the country to be tied for ten days. This is the proper procedure in such a case. If a dog be mad, he will die within ten days when tied.

*Severite, September 5, 1940*

142

EX 71 - 889

The struggle to make ends meet in the Depression years meant that the whole family had to pitch in. May made and sold cottage cheese and Ruth delivered it. May did the gardening, the summer canning, milked the family cow, as well as did anything she could to free up the time of her men…because that's what the hard times demanded of her. Jean and Ruth competed with the other children of Severy for odd jobs to make a little cash. Ruth specifically remembers baby-sitting for local families, sometimes walking home late at night. She also recalls cleaning house for the lady that ran the Severite, a local newspaper, while Jean cleaned house for the local doctor's wife. Jean also worked in the high school office under a State of Kansas program, and at other times she waited tables in the local restaurant.

In between blacksmithing jobs Tom did other things in order to pay the bills and put food on the table. Jean, Ruth and Maxine remember that he had a portable grain mill and traveled around to local farms doing custom grinding. He and his sons also hauled various things, but primary grain, to Joplin, Missouri and then brought back fruit to sell locally. Maxine remembers that during the season they set up a fruit stand in their front yard. She was still quite young, but recalls that it was up to her to polish the apples on each top layer of each box of apples. She also remembers digging dandelions all one afternoon for one of her teachers for a dime…and was glad to get it.

In 1941 Tom went to work at the Fort Riley Army Hospital as a "ward boy," just to get into the system. One can only imagine the effect on him – a proud middle-aged man – having to perform all of the basic care tasks in the wards, such as emptying bedpans, changing soiled beds, and other unpleasant tasks, just to make a better life for his family. He stuck with it though, and was eventually transferred to the orthopedic department. There he became a highly respected plaster cast and brace technician. His previous work experience, which made him skilled at so many things mechanical, was instrumental in him becoming an innovative specialist in the field, and thus able to solve many of the special orthopedic problems of the returning WW2 veterans. Some of his work was included in a medical publication written by one of the doctors that he worked with. As a result of his work he became close with many of the patients as well as the military hospital personnel and their families. Many kept in touch well after he retired; some until he passed away.

Tom was a lifelong fan of baseball and basketball. His initial interest came about as a result of Tommy playing on the Severy High School baseball team while George played on the football team. Tom and May were both active in supporting the school teams. They went to all of the school games, and frequently had the teams over to their backyard for chili and watermelon feeds. While Tom's direct participation in school sports waned after Tom and George left the programs, his interest in sports did not. After WW2, when television arrived on the scene, Tom's interest in sports was whetted anew when it became possible to watch his favorite teams without having to brave the oftentimes cold Kansas weather.



*May & Tom Erwin*

Tom loved to play dominoes and cards, but May was a devout Methodist and emphatically forbade gambling and playing cards in the house, and felt that even possessing playing cards at all was a step towards the devil. Tom and his friends would often get together to play cards, but always somewhere else. Dominoes, however, was something May could tolerate. She didn't object to the same group of friends playing dominoes around her dining room table. When her daughters were discussing the "old days" recently they wondered how she managed to separate the two games, since both games were played with small cash wagers. They also recalled that big brother Tommy – always one to push the envelope – kept a deck of cards on a rafter in the coal shed.

After Tom retired from Federal Civil Service he and May remained in Manhattan where he worked part time buying and selling real estate, and building houses. He maintained that he needed to stay active. One of his projects was a house that incorporated wood for the walls that he had salvaged from discarded ammunition boxes from Ft. Riley; again being innovative. Another of his construction projects was a house that he built in his backyard for Mike and Minnie. It was a typical small two bedroom house with a kitchen, living room and an indoor toilet. Mike and Minnie – according to reports – watched the construction progress with enthusiasm,

143

EX 71 - 890

but when it was finished they decided that they wanted to remain in their home in Severy. It seems that they didn't like the indoor toilet; they opined that it "wasn't sanitary." Besides, they were homesick.

Tom died April 3, 1969 in Manhattan, and May passed away September 12, 1970, also in Manhattan. At the time of Tom's death their home was at 1115 Colorado Street in Manhattan. Tom and May are both buried in the Valley View Memorial Gardens Cemetery in Manhattan, Riley County, Kansas.



*Thomas J. Erwin, Jr.*



*Jean May Erwin*



*Ruth, Helen (Wirth), Jean & Maxine, ca. 1943*



*Maxine Erwin*



*Thomas J. Erwin, Jr.*



*George M. Erwin*

144





*Kim (Tommy's granddaughter) &
Bill Hall with Ashlee & Tyler*



*Ann, George & Patty Erwin*

*Tommy & Helen (Wirth) Erwin*







*Ruth (Erwin) & Garth Russell*

*Jean Erwin Beeler-2003*

*Charles & Jean Beeler*





*Left: Ralph & Maxine
(Erwin) George, 1995*

*Right: Ruth Erwin
Russell, 2003*



145

EX 71 - 892

## Chapter 7

## Russell Vachel "Bill" Erwin

**Bill Erwin** was born June 1, 1899 in Longton, Elk County, Kansas, a short time after the family arrived in Elk County from Carroll County, Arkansas. Regretfully, little is known about Bill. He married **Irene Parker**, but we don't know when or where.

Helen Erwin Campbell recalls that during the early years of the Odes and Hazel Erwin family, when Grandfather Mike and his sons – including our father – were following the oilfield work in Oklahoma and Kansas, Bill was often around our family. She remembers Uncle Bill as a colorful and flamboyant figure, and that he was fun loving and daring, as well as a practical joker.

Clifford, with a chuckle and a grin, recalled an incident when Uncle Bill cured a neighbor's dog of barking at the family's teams of horses and mules. It seems that the dog was a large shepherd, and when



*Bill, Jim & Joy*

they drove their teams by the neighbor's house the dog would rush out, barking and nipping at the heels of the horses or mules. Naturally this would agitate the animals, making them difficult to keep under control. There were other annoying dogs in the area, but Clifford remembered that Bill was especially irritated with this particular dog. At the time Bill owned a big white bulldog named Bruce. One day he brought Bruce along on the wagon. Clifford, fairly small at the time, was riding with Bill that day. Bill told him:

"You'll have to help me. You keep old Bruce covered up with this horse blanket until we get near where that dang barking dog lives."

There were several teams and wagons, and Bill was in the lead with his team of big black mules. When they got near the neighbor's house the shepherd dog came rushing out, barking as usual. Uncle Bill yanked the horse blanket off Bruce, and yelled:

"Get him Bruce!"

Bruce jumped down off the wagon and raced towards the barking dog. According to Clifford Old Bruce almost killed that shepherd. Uncle Bill told Clifford later that the dog never barked at the teams again. When they passed by the dog wouldn't even leave his yard.

Helen further recalls that the family saw a lot of Uncle Bill during the summer of 1926. She remembers that he was wild, sometimes doing downright outrageous things, but that he was also a good-natured tease, and always fun to be around. According to Helen he always seemed to find a way to liven things up. He started calling two-year-old Buddy "Bawl Baby Buddy," and Buddy called him "Bawl Baby Bill" in return. Buddy would sometimes see Bill's car turn in from the road down at the bottom of the hill.

"Here comes Bawl Baby Bill! Here comes ole' Bawl Baby Bill," Buddy would yell, his feet dancing with excitement.



*Russell Vachel "Bill" Erwin*

According to Helen, Bill had been helping Dad getting the prairie hay cut and put up in the barn that summer, but after the hay was in he never came around much. Mom later told Flossie that Bill had wanted Dad to go in partners with him and start a whiskey still in a cave in back of the house. Apparently the cave was quite large and fairly cool, even in the hot summer months. Mom used it as a cellar, and kept her canned fruit and vegetables there, as well as the fresh milk until the cream rose to the top in the big crocks. This was during the days of Prohibition, and Mom said Dad that was tempted. Times were tough, and he certainly could have used the money, but the thought of getting caught prompted him to turn down Bill's proposition.

147

EX 71 - 893

Uncle Bill was never conservative, and seldom held a conventional job. He had the reputation for always looking for ways to make an easy dollar. He did, however, work for three years as a heavy equipment operator in Canada and Alaska during WW2, helping to construct the Alaska Highway. Wages were high, and there was no place to spend it in the mountains and forests of British Columbia and the Yukon. As a result most of his wages were delegated to his savings account in his hometown bank.

After the war Bill invested most of the money he had earned working on the Alaska Highway in a traveling donkey baseball game. According to reports from various members of the family, the business he bought consisted of about thirty donkeys, and several trucks to haul them and their feed and equipment. There was a loudspeaker system to announce the progress of the game, as well as to play country music during the breaks. Apparently Bill was the announcer. He is known to have had a "gift for gab," so he was no doubt good at it. I remember that donkey ball games were, for some reason I don't understand, very popular right after the war ended. They would travel around to various small towns, similar to the way carnivals or small circuses do today. Local athletes or personalities would be chosen as players. The routine was to play baseball with standard rules, except that each player had to ride a donkey. I saw a couple of them when I was a freshman in high school. They were funny to watch, but the general public soon lost interest in such things, or perhaps became a little more sophisticated, and after a couple of years Bill's venture went out of business.

After the demise of the donkey baseball game business, Bill joined brothers Jack and Jim Erwin in operating the Erwin Brothers Construction Company. The company would take on whatever business that came along, but their specialty was road construction and other projects where they could utilize their earth moving equipment and dump trucks. This business only survived about three years or so, perhaps due to the fact that all three partners, and in fact all of Mike and Minnie Erwin's sons, were strong willed and opinionated. Any business, to be successful, needs one strong leader. Three equal bosses, pulling in different directions, spell disaster almost every time.

By 1949 Bill was broke. He took a job with the Saudi Arabian Oil Company in the Middle East. I recall him coming to my parent's farm in Neodesha. He and my father had their heads together out in the barn for a time, and then Bill unloaded several trunks, a gas welder and some other miscellaneous equipment from his pickup. He left without coming back to the house, and I never saw him again. I found out later that my Dad had loaned him $100 to get to New York where, he said, he had passage on a ship that would take him to Saudi Arabia. As far as I know the family never learned when, or if, he returned from Saudi Arabia. I do know that Bill never reclaimed the tools that he left with my father. After a couple of years Dad began selling them piecemeal here and there. It was later rumored that Bill later worked in South America where he died – country unknown – cause unknown. My father always maintained that he never knew what ultimately became of him, but we always suspected that he really did, and that perhaps Bill had gotten into some serious trouble. My Dad was always close-mouthed about any difficulty an Erwin might have encountered.

A year or so before I went into the Marine Corps, I met his wife and children, but I don't remember much about them, except that Irene was the name of his wife. I recall my father mentioning that Irene and the children went to live with Irene's people in Texas when Bill left the US for Saudi Arabia in 1949. We still don't know much about Bill's wife and children. Jimmey Erwin, son of Jessie Carl "Jim" Erwin, recollected that Bobby Dean Erwin, Bill's son, had worked for the Erwin Brothers Construction Company during its short period of operation.

An old page of a notebook, which appears to be in Grandma Minnie Erwin's handwriting, lists the children as Bobby Dean Erwin, born      1931; Virginia Olin Erwin, born     , 1933; and Phyllis Irene Erwin, born      1936. Jimmey also recalled hearing that Bill's daughters were married and living somewhere in New Mexico in the 1970s, but he couldn't remember the names of their husbands.

I retired in 1996, and shortly thereafter became interested in family research. Finding out what happened to Uncle Bill and his family was never very high on my list of genealogical priorities, but occasionally I would make an effort. I placed numerous queries on various e-bulletin boards with no nibbles at all. I had almost given up, but one day in early 2008, as I was searching the Social Security death records for another Erwin, I came across an entry for a "Vache" Erwin. Further research confirmed that Vache Erwin was, in fact, Russell Vachel "Bill" Erwin. Uncle Bill had died May 16, 1983, not in Saudi Arabia or South America as was rumored, but in Palestine, Texas. Two months later I visited Roselawn Park Cemetery in Palestine where Bill and his wife Irene are buried.

One can only speculate what may have occurred to cause Bill and his family to isolate themselves completely from their Erwin relatives, especially those who lived less than a day's drive away in Kansas. So sad!

**148**