*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

**Erwin Family**

71.    Family History Received from Donald Erwin

## Chapter 8

## Michael Roy "Jack" Erwin

**Michael Roy "Jack" Erwin** was born February 6, 1905 in Elk County, Kansas. He married (1) **Inez Pearl Auer** about 1924, (2) **June**, last name unknown, about 1940 and (3) **Durma Evelyn Johnson** about 1945. In later life, the exact date at this point not known, but probably in the early 1970s, Jack remarried Inez Pearl, his first wife. For many years – as with Bill Erwin – our knowledge of Jack and his family, and what he did in his lifetime, was limited. In June 2003, however, I was able to locate David Auer Erwin living in Tulsa, Oklahoma, and in November 2003 I visited Patricia and her husband Ed Fierst in Lee's Summit, Missouri.



*Michael Roy Erwin*

Note: Michael Roy Erwin's parents, as well as his brothers and their immediate families, always referred to him as "Jack." His immediate family, however, knew him as "Mike." In the following profile I will take the liberty (since this is my book) to refer to him as "Jack."

Jack and Inez had one child:

**David Auer Erwin** was born                     1925. He married Helen Fisher. The children of David and Helen are:
1. Michael
2. Jimmy
3. Teresa
4. Anita

Jack and Durma had two children:

**Patricia Eileen "Patsy" Erwin**, born 1947. She married Ed Fierst. Their children are:

1. Jeffrey Michael Fierst
2. Kristin Marie Fierst
3. Mark Edward Fierst



*Jessie Carl "Jim" & Michael Roy "Jack" Erwin*

**Michael Dean "Mickey" Erwin** was born June 11, 1950. Tragically, Mickey died December 4, 1980 while skydiving. He had no children.

Michael Roy Erwin "Jack" was the fifth son of Mike and Minnie Erwin, and was born in 1905, just when the oil boom was getting started in Oklahoma and Kansas. His father was a farmer at times, but mainly he was a teamster; a teamster in the true sense of the word. Mike and his sons moved around a lot, following the oilfield work. As time passed his sons married and started their own families, but, more often than not, they followed the boom together, hiring their teams of horses and mules out much the same as independent truckers do today.

Jack married Inez Pearl Auer in the early 1920s and he, like his older brothers, joined the family teamster business. He was already an experienced teamster, having been trusted by his father to handle a mature team of horses since the age of twelve. Jack was the first of Mike Erwin's sons to develop an interest in tractors, the new-fangled mechanical horses that were showing up in the industrial scene in the late 1920s and early 1930s. Soon he and all of his brothers went their own way, even though on occasion they would come to together to work a joint project. Even this became a rarity as the Great Depression got under way in earnest at the beginning of the 1930s.

EX 71 - 895

Jack was disappointed that he could not serve in the Armed Forces during WW2. He was thirty-six when the Japs bombed Pearl Harbor, and thus just over the military age limit of thirty-five. He did, however, work in construction throughout the war years, helping the war effort by being involved in the construction of many military and government projects and installations.

I met Jack only two times: once at one of the Sunday dinners at Grandpa and Grandma Erwin's house in Severy, and the other when he visited us at the farm near Neodesha, Kansas. Both meetings occurred between the summer of 1948 and March of 1950, and on neither occasion did his family accompany him. This time span covered the period when my parents moved back to Kansas from California, and when I left home to enlist in the Marine Corps. Both meetings are very clear in my memory, probably because Jack wore a tie and suit or sport coat on both occasions. I suspect that I was most impressed because – to the best of my knowledge – my father never owned a suit or neck tie at all during the time that I was growing up.

After the war Jack was in business for a time with brothers Jim and Bill in Erwin Brothers Construction Company. Things went well for a time, but as more and more of the war veterans merged into the labor force, with newer and better equipment, the resulting added competition make it difficult to make ends meet.

Jack met Durma Evelyn Johnson in South Dakota while working on a project during the war, and they were married in 1946. They chose to make their home in Iola, Kansas, and this was where both of their children were born. When Jack and his brothers went their separate ways in 1949 each kept a share of the heavy equipment. Jack utilized his



*Michael Roy "Jack" Erwin, 1955*

portion of the equipment in the Iola general area digging stock ponds and grading for construction projects. This activity ended in 1955, however, when Jack underwent lower back surgery. His doctor advised him – following his surgery – that his damaged vertebrae could not tolerate the bounce and vibration of bulldozers and other heavy equipment.

After his recuperation Jack set about disposing of his construction equipment. Patsy Erwin Fierst, Jack's daughter with Durma, remembers that even though her mother went to work for the City of Iola during Jack's recuperation period, the family's income dropped drastically. Jack and Durma – at the time – were members of the local country club. This "luxury," as well as other non-essential expenses, had to be curtailed. It seems probable that Jack went through a period of depression during the period that he could not work, for Patsy recalls that he became somewhat of a recluse for a time. She remembers visiting him in his room at home, and that it was a pleasing experience for both. She recollected that most of the time he was either reading, smoking his pipe, or cleaning his hunting rifles, with his radio playing in the



*Durma & Jack Erwin, Paul Werle (Durma's son from a previous marriage) & Patsy Erwin*

background, usually tuned to either a country western or a sports news station.

Daughter Patsy further reflected,

*"These are the things I shared with my Dad as a youngster. These memories are not in any particular chronological order....He took Mickey and me for rides in the country around Iola and made sure we got to see (and pet) farm animals (especially baby ones) whenever he could. Dad loved his red work pick-up and Ginger, our dog. She rode everywhere with him - even to work. Dad would come to visit us in the red pick-up (always pulled up through the alley and knocked on the back door) after the divorce. Dad took Mick and me to Severy several times but I don't think we ever went back after Grandma Minnie died.*

**150**

*Dad always bought me a new Easter dress for church, but never went to church with us. Dad could fix lots of things. Dad went to parties and dances, but he would much rather have stayed at home in his room. Dad played tennis with me. Dad played softball with me. Dad always bought me peanut butter logs (brown and white striped candy) back from his truck runs. Dad liked to buy me dolls, but he couldn't buy them very often. Dad took us to Kansas City a few times. He loved to walk around Union Station (the train station). He also loved to see the KC Monarchs play live (baseball). Dad always made sure Mickey and I got to go to the zoo in Kansas City and that Mom got to shop a little. These were in the 'married days.'"*

Eventually Jack and Durma divorced. Jack, like all of his brothers, was a proud individual. It was probably difficult for him to be put in a position where he could not – to his satisfaction – actively provide for his family. About 1957, and after the divorce, Jack took a job driving a truck for Falstaff Brewing Company hauling product from Omaha to southeastern Kansas. Apparently his back could tolerate an over-the-road truck driving job. He continued to live in Iola for a time, but around 1960 he moved to Florida. It is thought that his sister Joy and her husband Pete – who lived in Clearwater, Florida – encouraged him to make the move, citing better work opportunities, plus the benefits of warmer weather for aging bones.



*Durma & Michael "Mickey" Erwin*

Pete Jacobs, Jack's brother-in-law, was in the business of selling the automatic gasoline nozzles that are on each gas pump hose. Jack worked initially for Pete's company, but when Pete retired and sold his distributing business in 1965 Jack moved to Brooksville, Florida and took a job with Silver Sands Materials Company. He hauled rock and other construction materials to the Disney World site during the period it was being constructed. Patsy remembers that Silver Sands awarded him a medal certifying one million accident-free miles of driving, and that it was one of his treasured possessions. She believes that he was in his mid-seventies when he retired from Silver Sands.

Patsy remembered,

"One of the best memories I have is Ed and me visiting Dad and Inez Pearl in Florida in 1974 – before we had our children – and going for the whole day to Disney World. Dad was so proud to be able to say he watched it being built and that he had hauled rock into the area during all but the final construction stages. Dad also loved Sea World, and was able to visit there with us also."



*Jack, Durma, Patsy, Mickey*

Sometime after Pete Jacobs retired, and he and Joy were off traveling in their Airstream – probably in the early 1970s – Jack renewed his relationship with Inez Pearl. They were subsequently married, thereby making his first wife his fourth spouse as well. At the time Inez Pearl had a home in Port Richey, Florida, and Jack moved in with her there. Though retired and in his seventies, Jack was apparently not inclined to sit in a rocker. Patsy remembers that he worked at various odd jobs to "keep his hand in." He continued working at one job or other into his early eighties.

Patsy recalled this period,

*"In the years after he retired from driving a truck, he always found part-time work because Inez Pearl wanted him to spend some of his time out of the house. They lived in Port Richey, Florida the entire time they were together this second time around. The jobs included sacking at the local grocery store and gathering the grocery carts, cleaning offices at night and emptying trash, these are all I remember, but I think he did a couple of other part-time odd jobs clear up until he was in his 80's.*

*Nevertheless, Dad had some time for a few hobbies during these years. He worked with wood, and made clocks out of cypress wood. He hand made a rocking horse for my first born son and a cradle for our daughter (child #2). By the time our third child was born in 1982, Dad wasn't using his large woodworking tools as much, and then carved small things out of wood. He also tried to take up the harmonica, but without much*

**151**

EX 71 - 897

success. He LOVED the Chicago Cubs, and there was a TV channel in Florida that he could get that would allow him to watch almost every game they played. He loved to watch football too until he began to complain that it was just too violent (too much contact and injuries) for him to watch any more. Dad loved country music also, especially when the song included an organ or harmonica.

Dad loved puttering around their yard at their home (I guess it was actually her home) in Port Richey, and he planted roses and fussed about not being able to keep them blooming very long. The soil was very sandy. Port Richey is on the gulf coast side of Florida and inland about ten or eleven miles. The nearest beach was Hudson Beach and he took my family there for BBQ's when we visited them. It was wonderful family fun, with terrific memories, and I think Dad enjoyed these outings a great deal also.

There was an orange tree in their yard and he was so happy when it bore fruit. He liked the birds that the flowers and fruit trees attracted, and he loved it when he would see a wild parakeet. His best friend was his white, fluffy, female dog named Tinker. I think Tinker kept Dad young because he walked her a couple of times a day, and this was good for both of them.

Dad rode a motorcycle – not a big Harley type – but still a pretty speedy motorcycle, until he had an accident on it; he was in his 80's at the time. After that Dad rode his bicycle more, a Schwinn that I still have in my garage. He didn't feel he could ride it here in the Kansas City area.



*Jack & daughter Patsy*

He drove his car until he was 91, and never had to wear glasses for distance, only for reading. He hated to give up driving, but he knew it was time. He always loved his cars. There was his red pickup of course, but he also had a 1953 two-toned green Buick when I was little. It was his pride and joy, but it went when my parents divorced. I recall that he had a couple of Toyotas when he lived in Florida, but then he reverted to American. His last car was a Ford Tempo, and even though he had given up driving he still had it when he died.



Dad was rarely ill, and this only changed during his last year, and that was because he was just wearing out. He did have a VERY slow type of prostrate cancer, but in later years the tests showed that the cancer cell count was improving on its own!! That's why I think

*Mickey & Patsy Erwin at Grandma & Grandpa's house*

Dad just wore out. I don't believe a disease of any kind killed him. I think he just wanted to rest.

Dad always said 'I love you a bushel and a peck,' and these were also the last words he spoke to me before falling asleep and eventually passing away here at the Lee's Summit Hospital in October of 1997."



*Michael Roy "Jack" Erwin*

152

EX 71 - 898



*Patsy Erwin, 7th Grade*



*Helen Fisher Erwin with daughters Anita & Teresa, sister-in-law Patsy Erwin, and son Michael Erwin*



*David Auer Erwin, 12 yrs*



*Helen & first-born Michael*



*Anita Erwin Bell*



*David Auer Erwin, 18 yrs*



*Ed & Patsy Fierst, 1988*



*Patsy Erwin*

153

EX 71 - 899



*Jeffrey Michael Fierst, Kristin Marie Fierst
Mark Edward Fierst-2001*



*Patsy & Ed Fierst-2003*



*David & friend, 2004*



*Joy & Jack in Florida, 1993*

154

**EX 71 - 900**