*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

**Erwin Family**

71.    Family History Received from Donald Erwin

## Chapter 9

## Jessie Carroll "Jim" Erwin

**Jim Erwin** was born July 7, 1909 in Longton, Elk County, Kansas, and died April 6, 1957 in Flint, Genesee County, Michigan. He married (1) **Ida Marydean Protzman** December 15, 1930. She was born December 20, 1912 in Severy, Greenwood County, Kansas, and died January 3, 1998. Jim married (2) **Bea Petty** December 24, 1947. Bea had one son, Kenneth Winslow, from a previous marriage.

Jim and Ida had four children:

1. Billy Don Erwin was born October 5, 1931, and died in 2002.
2. Jimmey Dean Erwin was born          1938.
3. Bobby Joe Erwin (dau.) was born June 5, 1941, and died in 2005.
4. Julia Olive "Judy" Erwin was born September 7, 1945, and died in 1994.



*Jessie Carroll Erwin*

My sister Flossie was a year younger than her Uncle Jim, and since Granddad Mike and his sons followed the oilfield work together in the early days, she often found herself in the same schoolroom with him. Flossie remembered one period, probably in the second grade, and because of her extreme shyness, that she was not doing well in school. The teacher felt that it was best to hold her back a year. She remembered that Jim was very upset about it, much more so than she was. Jim was always very protective of Flossie, and didn't want to go to another room without her. The teacher managed to convince him that it was best, and he reluctantly left her behind. Flossie remembers that she was much better off without Jim in the same grade, although she was careful not to hurt Jim's feelings by telling him so.

Jim was twenty in 1929, the year of the stock market crash, and the beginning of several years of hard economic times. By then, however, he had been working as an adult, at whatever he could, for several years. He, like all of his brothers, did not graduate from high school. As a teenager he worked – for the most part – in the family's business. When he did work for others he shared his wages with his parents. When he was twenty-one he married, and by the time he was twenty-two he was a father, with a family man's responsibilities.

Jim Erwin did whatever he could to feed and clothe his family. While growing up he had lived on a farm at times, but had also been exposed to oil field construction work as his father and brothers followed the oil booms in Oklahoma and Kansas. He was a typical example of the old adage "...a Jack of all trades and a master of none." By the decade of the 1930s started, however, it was almost impossible to make a living farming – especially if one did not own land – and the teamster profession (using horses and mules) was a dying art.



*Michael Roy (Jack), Jessie Carroll (Jim), Evelyn Joyce (Joy) Erwin*

At one point, in the latter part of the 1930s, Jim operated the McIntyre Service Station in Severy, Kansas. It was a "two-pumper," which also had facilities for oil changes and chassis lubes. The gas "pumps" were of a gravity-feed type, in that the gasoline was hand-pumped to a ten-gallon glass enclosure in the top of the dispenser. The gasoline was allowed to flow by gravity to the vehicle's tank. Oil changes and lubes were performed after driving the vehicle over a "grease pit." This was a lucrative part of the business in those days,

EX 71 - 901

because the cars and trucks of the era required service every one thousand miles. A service station often sold "pop" and block ice as well.

Jim Erwin worked in the construction business, off and on, most of his life. During World War II he worked at an Army Air Force Base near Winfield, Kansas as a road grader operator. After the war he was a partner in Erwin Brothers Construction Company, which was in business from 1945 to 1949. When the business was disbanded Jim farmed for a time on 160 acres three miles north of Elk Falls, and later about a mile south of El Dorado, Kansas. Jim had kept a WD7 Caterpillar tractor when the construction business broke up, and he used it to supplement his farm income. He later worked for various construction companies in Kansas, as well as other states. He was working on a project in Michigan when he passed away.



An add in the Severite



Jim, about six years old



Julia O. "Judy" Erwin



Judy Erwin



Billy Don, Ida & Jimmey



Billy Don Erwin



Jimmey Dean Erwin

156



*Bobbi Jo Erwin*



*Jimmey & Bobbi Jo Erwin*



*Jimmey D. Erwin, age 14*



*Bea & Jim Erwin, Kenny Winslow, Jimmey Erwin*



*Jimmey D. Erwin*



*Billy Don Erwin*

157

EX 71 - 903



*Billy Don Erwin & Joy Erwin Jacobs*



*Bobbi Jo Erwin Mitchell, 2005*



*Billy Don Erwin, 2002*



**Erwin Brothers Construction Company**
*Left to Right: Bobby Dean Erwin (by truck), Billy Don Erwin (first tractor), Michael R. "Jack" Erwin (second tractor),
Dale H. Erwin (first grader), Jessie Carl "Jim" Erwin (second grader),
Russell V. "Bill" Erwin (in front of truck).*

158

EX 71 - 904

# Chapter 10

## Evelyn Joyce "Joy" Erwin

**Joy Erwin** was born April 6, 1913 in Washita, Caddo County, Oklahoma, and died in 1995 in Clearwater, Florida. She married **Arthur Lee (Pete) Jacobs** about 1925. He was born April 5, 1900 and died August 14, 1970 in Florida.

Joy and Pete did not have children. During World War II they lived in Lexington, Kentucky. Pete was never in the armed forces, so it is assumed that he worked in some sort of factory while living in Lexington. After the war Joy and Pete moved to Atlanta, Georgia, and lived there a number of years.

They later moved to Orlando, Florida, probably in 1961. They apparently didn't stay there long, however, for it is known that Pete worked in Clearwater, Florida for a distributor of gas station parts and supplies. According to Patricia Erwin Fierst, a cousin of mine who lives in Lee's Summit, Missouri, one of Pete's main products was the automatic gas pump nozzle that one sees on every gas station dispensing hose.

Pete retired in 1965, and for a year or so he and Joy traveled almost full time in their Airstream travel trailer.

Joy and Pete divorced about 1967, but they remained close and lived near one another in Florida until Pete's death in 1970.

Joy and Michael Roy "Jack" Erwin – an older brother who lived nearby and who had worked with Pete before he retired – saw each other often during the next few years. Joy passed away in 1995, and shortly thereafter Jack went to live with daughter Patsy Erwin Fierst in Lee's Summit, Missouri.



*Evelyn Joyce Erwin*



*Jack, Joy & Jim Erwin*



*Joy, at about eighteen months*

159





*Joy, ca.1930*



*Pete & Joy in 1961 at their house in Atlanta*

*Joy at eight years*



*Joy in the driver's seat*



*Joy Erwin Jacobs, ca. 1960*



*Joy, ca. 1985*

160

**EX 71 - 906**