*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

**PRIVILEGED AND OR WORK PRODUCT FROM TRIAL COUNSELS' FILES**

**FILED UNDER SEAL**

92.    Interview of Dr. Fields, 4/16/2002

93.    Social History Prepared by Vera Ockenfels, 11/2/2002

94.    Report by Dr. Morenz, 3/3/2003

# EXHIBITS 92 - 94

# FILED UNDER SEAL

Exhibits 92-94 - 1447-1514