*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

**DECLARATIONS AND TESTIMONY**

95.   Declaration of Kevin Clinton, 5/14/2009

96.   Declaration of Mary Coronado, 5/15/2009

97.   Declaration of Eric DeLuca, 6/4/2009

98.   Declaration of Karin Dunn, 5/14/2009

99.   Declaration of Rene Escalante, 5/15/2009

100.   Declaration of Padrian George, 5/20/2009

101.   Declaration of Lezmond Hemil, Jr., 5/2009

102.   Declaration of Dennie Leal, 5/31/2009

103.   Declaration of Lisa Loughridge, 5/15/2009

## DECLARATION OF KEVIN EUGENE CLINTON

I, Kevin Eugene Clinton, hereby declare as follows:

1.      My name is Kevin Eugene Clinton.  Dr. Bobbi Mitchell was my supervisor when I taught at Bernhard Marks Elementary School, in Dos Palos, California.

2.      Dr. Mitchell was a supervisor, or vice principal, as well as the school psychologist.  I recall one day when she came in while I was teaching my class and interrupted me and my class because of something she did not like.  I do not recall the specifics, but remembering Dr. Mitchell as I do, she was probably rude to me in front of my class.  I am sure I did not appreciate it but I come from a military background (I was in Operation Desert Storm) so I go with the flow.  I do remember that I did not want to get on Dr. Mitchell's bad side.

3.      I remember hearing many complaints about Dr. Mitchell from other staff members.  She did not get along well with people at the school.  Looking back, I can see how she could stress people, she was controlling to the point of being abusive.  Dr. Mitchell's personality went from one end of the spectrum to the other.  I tried to read Dr. Mitchell before approaching her.  Even so, she could be cool at times then very rough, so I learned to be cautious.

1


K.E.C..

EX 95 - 1515

4.      Celeste Wilson (formerly Celeste Bartholomew) was my wife at the time; Celeste also worked under Dr. Mitchell, but at the community center in Dos Palos, California.  Celeste was often very stressed out because of how Dr. Mitchell treated her at work.

5.      Dr. Mitchell was a very intelligent individual, too intelligent for her own good, in fact.  I cannot imagine living with or being raised by her.  I can only imagine what her grandson Lezmond went through.

6.      The school district let her go before the end of that school year, I believe it was 1998.  I do not know why Dr. Mitchell left but I am certain that the district fired or asked her to resign.

7.      On March 22, 2009, an investigator of the Office of the Federal Public Defender contacted me regarding Lezmond Mitchell.  The investigator explained to me that her Office represents Mr. Mitchell in federal court proceedings reviewing his conviction and death sentence.  Until that day, no one had ever interviewed me regarding Lezmond Mitchell or his case.  If anyone had

///

///

///

2

K.E.C..

asked me before this time about the above information, I would have been happy to provide this information and to testify to it.

I declare under the penalty of perjury of the laws of the United States of America, the foregoing is true and correct. Signed this _14th_ day of May 2009, in Merced, California.

Kevin Eugene Clinton

3

EX 95 - 1517

## DECLARATION OF MARY CORONADO

I, Mary Coronado, hereby declare as follows:

1.      My name is Mary Coronado.  In 1997, I was Dr. Bobbi Mitchell's assistant/secretary at the Community Center in Dos Palos, California.  I am currently the attendance clerk at Dos Palos High School.

2.      Dr. Mitchell wrote the grant for funding for the community center in Dos Palos.  A woman named Naomi,  Rene Escalante, and I worked for Dr. Mitchell at the center.  She had us scrubbing walls and floors, painting, cleaning and removing bird  poop until the center was in suitable condition for the kids. Dr. Mitchell was also the school psychologist and vice principal at Bernhard Marks Elementary School, but once the center was up and running, Dr. Mitchell still checked in on us on a daily basis.

3.      Dr. Mitchell was a very hard, demanding woman.  She was strange and rude.  Although she could be pleasant at times, she could be the total opposite in a minute.  I never knew what was in store for me when I saw her.  Because we could not predict her moods, Rene, Naomi and I walked on eggshells always.  I think that Dr. Mitchell was diabolical and a lunatic.  She was a Dr. Jekyll and Mr. Hyde.

1

M.C.

EX 96 - 1518

4.      Dr. Mitchell did illegal things in the community center, such as spending $600-800.00 dollars at Wal-Mart for things we needed at the center but, instead of keeping those items at the center, she mailed most of the things to the reservation, where her family lived.  We managed to keep some supplies at the center but very little.  Also, Dr. Mitchell bought personal items using the center's grant money, which she then sent to her other home on the reservation; to replace those purchased items, she treated donated items as if she had purchased them with the grant money.  I know she did this because I always accompanied Dr. Mitchell to the store, and I kept track of what the center used.  Dr. Mitchell also developed lots of films.  Those photos were not associated with the center but her personal photos.  That too, was paid for by the grant.  Dr. Mitchell was "chueca", crooked.

5.      Dr. Mitchell's attitude was:  she owned you.  She knew that the district had employed me since 1975, and that, of course, I knew many of the people at the district office, including the assistant superintendent at the time (he is now the superintendent).  Eventually, Dr. Mitchell realized that I could expose her crooked ways, so she prohibited me from going to the district office under any circumstances, even during my free time.  She made it clear to me that I was to

2

M.C.

walk away from the center when any of the board members walked into the center. I was to disappear, Dr. Mitchell told me.

6. Another example of Dr. Mitchell's crooked ways is when she and I drove to Sacramento for a special meeting regarding the community center. Dr. Mitchell told me what I had to say. Since she was my boss, I felt I had to say these things although many things were lies. Dr. Mitchell said we had to lie otherwise we could lose the community center. Even more strange, after that meeting, Dr. Mitchell drove to an office and applied for a job.

7. The kids at the community center were all terrified of Dr. Mitchell. They wanted nothing to do with her. Although the center had computers, televisions and games for the kids to enjoy, they could only use them when Dr. Mitchell said they could. If you did not obey Dr. Mitchell's orders, she would go off on whoever was in charge at the time. Dr. Mitchell yelled a lot; she did not hide her emotions when she was upset and she was upset often.

8. Dr. Mitchell hardly ever talked about her family. I knew she had a husband and a grandson because she was always complaining about them. She said she was the only one that provided for that family and complained that they needed this and that they needed that. She also called her husband a bum.

3

M.C.

9.    On Halloween that year, a friend gave me some candy and bite-size brownies, which I took to the center for the kids to enjoy.  My coworker mentioned how good the brownies looked so I gave him some.  The next day, Dr. Mitchell approached me, yelling that she was going to report me for embezzlement.  She said the candy and brownies were for the kids, not for us.  I explained to Dr. Mitchell that, to begin with, the candy had been given to me, and I was the one who had donated it to the center.  Dr. Mitchell did not want to hear any of this, she just kept saying, "You don't make these kinds of decisions."  The next day, I brought a brownie cake to the center, to replace the brownies she said I had taken from the center.  Dr. Mitchell told me, "You think you're smart bringing that brownie?  You are a thief and I'm going to report you for embezzlement."  I remember feeling as though I was living a nightmare.

10.    That evening, as I waited for my husband to pick me up right outside the center's front door, I heard Dr. Mitchell telling others that I was a thief.  When Dr. Mitchell realized I was outside the door and within hearing distance, she stormed out of the center screaming at me and accusing me of eavesdropping.  She said I had no right to be listening to her conversation and that she was going to report me.  That time, Dr. Mitchell approached me and got right in front of my

4

M.C.

face as she screamed at me.  I began to go backwards and almost fell.  I truly thought Dr. Mitchell was going to hit me that day.

11.    After that incident, I knew I had enough of Dr. Mitchell's abuse. When I got to work the next morning, I packed my personal belongings and took them to my car.  Dr. Mitchell called me to her office, and started yelling at me again about the brownies.  She said, "That's not the point.  You took something that didn't belong to you and therefore I'm going to dismiss you."  I told Dr. Mitchell, Don't worry, I'm quitting.  Shortly after that, someone told me that Dr. Mitchell wanted to talk to me.  I declined and gave the person the community center keys and left.  I went directly to the superintendent's office and told him everything.  He told me not to worry about my job, to take the rest of the week off and that he would find another position for me.

12.    The following week, Dr. Mitchell harassed me by calling me at home, and at all hours.  She also parked in driveway three or four times, and honked her horn.  I really thought, and still think, that Dr. Mitchell was crazy.  I remember when I first saw Misery, the movie starring Kathy Bates, thinking to myself that Kathy Bates' character reminded me so much of Dr. Mitchell.

13.    Also during that week, someone at the center called and told me that Dr. Mitchell wanted me to come back to work, and that if I did come back, she

5

M.C.

EX 96 - 1522

would forget all about the brownies. On the other hand, I was told, if I didn't come back to the center, Dr. Mitchell said she would make sure that no one hired me. Dr. Mitchell was evil.

14. I lost about twenty pounds that year due to the stress at the center. When I worked with Dr. Mitchell, I knew something bad was going to happen to me. I was either going to be fired by her or quit.

15. On February 24, 2009, I was contacted by an investigator of the Office of the Federal Public Defender regarding Lezmond Mitchell. The investigator explained to me that her Office represents Mr. Mitchell in federal court proceedings reviewing his conviction and death sentence. I was never interviewed previously regarding Lezmond Mitchell's case. If anyone had asked me before this time about the above information, I would have been willing to provide this information and to testify about it.

I declare under the penalty of perjury of the laws of the United States of America, the foregoing is true and correct. Signed this _/5_ day of May 2009, in Dos Palos, California.

Mary Coronado

6

EX 96 - 1523

## DECLARATION OF ERIC C. DELUCA

I, Eric C. DeLuca, hereby declare as follows:

1.    My name is Eric DeLuca. I am an inmate in an Arizona State Prison. I am currently serving a ▓▓▓▓▓▓ year sentence.

2.    From April 2002 to April 2003, I was housed at the Maricopa County Jail on Madison Street, in downtown Phoenix. I was housed in closed custody on the sixth floor of the Madison Street Jail during that year. During that same time, Lezmond Mitchell was also housed in closed custody on the sixth floor of the Madison Street Jail. Mitchell and I were not friends, but I knew who Lezmond Mitchell was. At one point, we were housed in the same pod (or section) of cells. I could see that Mitchell was very young. From the color of his jumpsuit, I knew he was a federal inmate. I remember at one point Mitchell stopped attending his trial, but I never knew why.

3.    During April 2002 to April 2003, Lezmond Mitchell was always getting high on drugs or hooch (jail-brewed alcohol). He wanted to buy whatever drugs were available inside the Madison Street Jail. I know that he was using heroin regularly because I saw him purchase it and use it. Lezmond Mitchell wanted to get enough heroin to be high on a daily basis. He often had enough money to get high

1

E.D.

on heroin daily. I remember Mitchell buying as much as $300.00 worth of heroin at a time. The heroin available in the Madison Street Jail during this time was of a very high quality, at least as good as anything I ever got on the street. If Mitchell ran out of money and wanted to get high, he could still get drugs because the closed custody inmates on the sixth floor of Madison Street Jail took care of one another. If one of us had drugs, we regularly shared drugs with other addicts whether or not they could pay for it. I was a drug user during that time. I was particularly aware of who else in our closed custody unit was a drug user like me, and Lezmond Mitchell was a drug user too. *cocaine, speed and marijuana were also available in our unit at times. (E.D.)*

4.    The few times when there was no heroin available to the inmates at Madison Street Jail, the inmates I knew made hooch, or home-brewed liquor, which they drank to get high. They made the hooch from fermented citrus fruit and Starlight mints, which were purchased through the jail commissary. If they could heat the mixture, the fermentation process sped up and the hooch was made more quickly. I saw Lezmond Mitchell drink hooch regularly during the year between April 2002 and April 2003.

2

E.D.

5.    I have never before spoken with anyone from Lezmond Mitchell's defense team.  If I had been asked, I would have willingly provided the information I have given here, and testified to it.

I declare under the penalty of perjury, under the laws of the United States of America, the foregoing is true and correct.  Signed this ____4th____ day of June, 2009.

Eric DeLuca #153954
Eric DeLuca

3                                                            E.D.

EX 97 - 1526

## DECLARATION OF KARIN DUNN

I, Karin Dunn, hereby declare as follows:

1. My name is Karin Dunn. From 1997 and 1998, I worked in the Dos Palos–Oro Loma Joint Unified School District, in Dos Palos, California, as a Resource Specialist for Special Education. At the time, Dr. Bobbi Jo Mitchell was the school psychologist and vice principal. In about 1997, I started a permanent teaching position at Dos Palos, and, before that, I was a substitute teacher for many years.

2. Because of my positions at the school, I interacted with Dr. Mitchell almost daily. Dr. Mitchell made me feel bad often, and she even made me cry at times. I remember going to my car to cry because of something she had done or said to me. For example, at my first Independent Educational Plan (IEP) meeting, I was a bit intimidated, even scared, since I was meeting with my student's parents, the school principal, and Dr. Mitchell. Dr. Mitchell scolded me in front of everyone at that meeting. I felt so bad because I had worked very hard to prepare for that meeting. Karen Weaver, another teacher, helped me deal with this situation. She basically saved my job because I wanted to quit after that meeting.

3. Dr. Mitchell worked in Dos Palos for less than two years. She was grumpy and cranky. She would say mean things to you if she wanted to. I don't

1

_K.D._
K.D.

think she was very professional behaving that way. Dr. Mitchell made me feel miserable just by being herself; in other words, Dr. Mitchell had the power to make you miserable, there was something about her essence and her personality that permeated through you and made you miserable. I often could not sleep at night because of Dr. Mitchell. My husband would tell me, "Don't let her get to you that way."

4.    It was not just that Dr. Mitchell was not personable or kind, in my view, she had poor judgment about her role in the school. For example, she overloaded me with work that was not part of my position, such as testing other teachers' students. In fact, it is my understanding, testing students was her job. I finally went to the principal, who put a stop to it.

5.    I walked on eggshells whenever Dr. Mitchell was around because I never knew what mood she would be in. I did not know if she were going to snap at me or be pleasant. She was unpredictable and moody. On rare occasions, she was pleasant. Also, I cannot picture her ever admitting she had done something wrong; in her mind, she was always right and had to have the final word. She was scary to me. It is ironic that a psychologist can be so mean and make people feel bad. At first, I thought I was the only one to whom Dr. Mitchell gave a hard time,

2

_K.D._
K.D.

EX 98 - 1528

but I began to hear from other staff that she treated them the same way she treated me.

6.    Dr. Mitchell did not talk about her personal life. I do recall that she mentioned her husband and she mentioned a daughter, but in a critical way.

7.    When Dr. Mitchell worked at the school, my daughter, Caitlin, was a fifth grader and she knew Dr. Mitchell. We still remember her – I don't mean to make fun of her but, to this day, we mimic her. When we said "Hello" to Dr. Mitchell, or "Hi Dr. Mitchell, how are you?", Dr. Mitchell always replied in a low voice, "Not good." We still joke about this till this day.

8.    Dr. Mitchell seemed to try hard; she worked a lot and seemed overloaded. She did not seem a happy person to me. I don't know where her anger and resentment came from. I think deep inside, Dr. Mitchell was a very insecure person. There was something definitely going on inside her that she had to stomp on people to make herself feel good. As far as I can recall, most everyone at the school did not like her because of the way she treated them.

9.    One day, I heard that Dr. Mitchell would be leaving the school. The District did not allow her to finish the school year. I feel somewhat bad saying this, but the day she left was a happy day for us. Finally, the dark cloud was going away. Everyone seemed joyful as the word got around that Dr. Mitchell was finally gone.

3

K.D.

It was funny to me how everyone suddenly started to talk about her openly, relieved to hear that we were not the only ones that felt like this about Dr. Mitchell.  In fact, there was a party when Dr. Mitchell left.  Someone brought a cake that said:  DING, DONG, THE WICKED WITCH IS DEAD.

10.    On March 24, 2009, an investigator of the Office of the Federal Public Defender contacted me regarding Lezmond Mitchell.  The investigator explained to me that their Office represents Mr. Mitchell in federal court proceedings reviewing his conviction and death sentence.  Until that day, no one had ever interviewed me regarding Lezmond Mitchell or his case.  If anyone had asked me before this time about the above information, I would have been happy to provide this information and to testify to it.

I declare under the penalty of perjury of the laws of the United States of America, the foregoing is true and correct.  Signed this __14__ day of May 2009, in Merced, California.

_Karin Dunn_
Karin Dunn

4

EX 98 - 1530

## DECLARATION OF RENE ESCALANTE

I, Rene Escalante, hereby declare as follows:

1.      My name is Rene Escalante.  I worked at the community center in Dos Palos, California, for about six months in 1996 or 1997.  I was twenty-seven years old.  Before I worked at the center, I had worked in the fields since the age of twelve years.

2.      Dr. Bobbi Mitchell worked at the school district, but she checked in on us at the community center in the morning, at lunch, and after 3:00 p.m.  I reported to her in her office.

3.      Before Dr. Mitchell took over the community center, there were kids there all the time, they loved to come to the center.  But, once Dr. Mitchell came on board, kids stopped showing up.  They knew, kids sense very well about people.

4.      I recall Dr. Mitchell's daughter, Sherri, because she once came to the community center.  I don't recall why she was there or what we talked about, but several of us were talking to her.  At first, Sherri was fine but once Dr. Mitchell appeared, Sherri's demeanor changed.  She was laughing and suddenly, once Dr. Mitchell walked in, she just went blank. Sherri was tense, like she could not be herself around her mother.

RG
1                                                R. E.

EX 99 - 1531

5.     Dr. Mitchell was manipulative; she enjoyed playing mind games with you. She used her degree to demean you. She gave me lists of "to do" things but she was never satisfied with my work. Dr. Mitchell was abusive. Also, Dr. Mitchell knew how to make you uncomfortable – I mean, she actually seemed to want you uncomfortable. For example, when I walked into her office, Dr. Mitchell would say, "I don't like your body language." I did not know what to respond and so I just sat down. She continued, "Now you're tapping your feet."

6.     I was not scared of Dr. Mitchell but I could not be myself around her. She intimidated me and made me feel insignificant every day I worked there. I just walked around with an awful feeling in me. Dr. Mitchell stood there, watching like a police officer. I believe she did not want anyone to be over her authority. I cannot say I ever caught her in a good day.

7.     When I worked at the community center, Dr. Mitchell tried to get Mary Coronado and me against each other. She told me, Mary said this, Mary said that then told Mary that I said this and that about her. Mary and I did not have a clue what she was talking about. I don't know exactly what happened between Mary Coronado and Dr. Mitchell but I do know that Mary seemed frustrated and upset, especially after having spoken with Dr. Mitchell. I could see it in Mary's facial expressions.

*R.E.*

2

8.      I remember clearly when Dr. Mitchell fired me.  She summoned me to her office because a lesson plan was not done to her satisfaction.  Although I tried to explain, she fired me.  I remember her saying, "Well, I'm just going to have to fire you."  I left her office in tears, feeling like a failure.  I have never felt that way in my life.  No boss had ever fired me from a job before, or since.  The feelings I experienced that day were overwhelming because I consider myself a poised and mentally healthy person.  Dr. Mitchell instilled hate in me.  I thank God for being Catholic because if I weren't, I don't know what I would have done.

9.      I do not hate many people, but I honestly have to say that Dr. Mitchell is on the top of my list.  My ex-wife to this day, blames Dr. Mitchell for our divorce.  She told me that she wished I had never come across Dr. Mitchell because I changed while I worked at the community center.  From that point forward, my wife and I started to have marital problems from which we never recovered.  We divorced in 2000.

10.      On March 30, 2009, I was contacted by an investigator of the Office of the Federal Public Defender regarding Lezmond Mitchell.  The investigator explained to me that her office represents Lezmond Mitchell in federal court proceedings reviewing his conviction and death sentence.  I was never interviewed previously regarding Lezmond Mitchell or his case.  If anyone had asked me

3

R. E.

before this time about the above information, I would have talked willingly about this information and testified to it.

I declare under the penalty of perjury of the laws of the United States of America, the foregoing is true and correct. Signed this _15_ day of May 2009, in Dos Palos, California.


Rene Escalante

4

EX 99 - 1534

Declaration of Padrian George

I, Padrian George, hereby declare as follows:

1. I am a friend of Gregory, Jimmy and Jakegory Nakai. I was staying at their house in Round Rock, Arizona on November 4, 2001, when they were arrested along with Lezmond Mitchell. Initially, I was also arrested. I was released later the same morning without being charged with any crime.

2. I first met Gregory Nakai at Red Mesa High School. Through him I met his brothers. I knew who Lezmond Mitchell was in high school, but we really didn't know each other until after we graduated.

3. I come from a broken home; my parents are not together and really never provided much of a home for me. In high school and after graduation, I often stayed at the Nakai house. I slept there many nights. I had clothes there. I ate meals there. It was like a second home for me. The Nakais always made me feel welcome. Lezmond Mitchell was in the same situation as me. He also stayed at the Nakai house many nights. That's where I got to know him.

4. During the summer and through early November of 2001 all of us, including Lezmond Mitchell, who were staying at the Nakai house used a lot of drugs and drank beer and other alcohol. We smoked marijuana and drank beer nearly every day. We also used cocaine, both as powder and as crack cocaine, ecstasy and

1

EX 100 - 1535

meth. We used any drug we could get a hold of. We used a lot of drugs. We commonly rolled our marijuana cigarettes with some other stronger drug, like cocaine or dipped our marijuana cigarettes in something stronger such as meth. We figured out how to make crack from powdered cocaine; we smoked crack whenever we could get it. Lezmond Mitchell used all the same drugs, drank as much beer or other alcohol as anyone else and stayed high when he could.

5. On the morning of November 3, 2001, at around 9:00 a.m., Gregory, Jimmy and Shaun came over to pick me up. I was staying in Sweetwater. When they came to get me, they were already high. We drove around Round Rock for awhile, smoking marijuana and waiting for Jason Kinlicheenie and Lezmond Mitchell to come back from buying beer for the group. The Navajo Reservation prohibits the sale of any alcohol, but there are bootleggers all around the Reservation where it is easy to buy beer when you want it and have the money. When Jason and Lezmond got to Round Rock with a couple of cases of beer, we all went to the Nakai house and started drinking beer. I only drank beer that night, but everyone else at the house, including Lezmond, smoked cocaine and marijuana.

6. When the police arrived early the morning of November 4, 2001, we hadn't been asleep more than a couple of hours. The whole group of us had been partying all night, continuing with the beer and the other guys smoking crack

2

cocaine and marijuana.  I think some of the guys passed out from all the drinking and the drugs they were using.

7.  I have never before spoken to anyone from Lezmond Mitchell's defense team.  If I had been asked, I would have willingly provided the information I have given here.

I declare under the penalty of perjury of the United States of America, the foregoing is true and correct.  Signed this 20th day of May, 2009.

Padrian George

3

EX 100 - 1537

## DECLARATION OF LEZMOND HEMIL

I, Lezmond Hemil, hereby declare as follows:

1.      I am the son of Foster Hemil, Jr., and Hemil. I was born on 1985, in Majuro, Marshall Islands.  My oldest brother Leroy Hemil was born on 1983, in California.  I do not know where my parents met, but I know that my father had lived in California at some time in his life, and that Leroy was born in California.  Sometime between Leroy's birth and my birth in 1985, my parents moved back to Majuro.  My younger brother, Ali, was born in Majuro, in approximately 1994.

2.      My mother, died in about 1994.  My mother, Leroy and I were visiting my mother's good friends on an atoll near Majuro, where my family lived, when my mother got very ill.  She returned to Majuro to see a doctor, leaving Leroy and me with her friends.  She died of cancer not long after returning to Majuro.

3.      After our mother died, Leroy and I stayed with the family friends.  Our father stayed in Majuro, was working for the school district.  I saw my father at my mother's funeral, but after that, I rarely saw him. Leroy had some contact with our father, but we never lived as a family with our father after our mother's death.

L.H.

1

4.    I was eight or nine years old when my mother died.  I have very few memories of life with my father, Foster Hemil, after my mother died.  However, I do remember that he drank beer every day; he drank beer like it was water.  In December 2002, my father died of illnesses related to his alcoholism.  Given how much alcohol he drank even when I was around him years ago, I was not surprised at the cause of my father's death.

5.    Last year, I moved from the Marshall Islands to Arkansas, in hopes of getting a job in Springdale.  I work for the Tyson Chicken processing plant in Springdale now.  My wife and four kids, including our 3-month-old baby, share a house with other Marshallese families.

6.    Until yesterday, May 12, 2009, I had never heard of Lezmond Charles Mitchell, and I had no idea my father had a son (Lezmond Mitchell) who was older than my brother, Leroy.  I knew that my father went to school in Arizona for a while, but I had no idea he had fathered a child then.  Also until yesterday, I had no idea my father had four children with a Diana Hemil, and I had never heard of Junior Hemil, another son of my father's with Diana.  As far as I knew, my father had only three sons, those with my mother, ████ Leroy, me, and Ali.  I believed that my father had remarried after my mother died, after 1994, but had

2

*LH*
L.H.

heard that he had only two children with that woman, not four.  I know nothing about his children with Diana or about Lezmond Mitchell and his mother.

7.    On May 12, 2009, an investigator of the Office of the Federal Public Defender contacted me about Lezmond Mitchell.  She explained that her office represents Lezmond Mitchell in federal court proceedings reviewing his conviction and death sentence.  No one never interviewed me previously regarding Lezmond Mitchell or his case.  If anyone had asked me before this time about the above information, I would have been talked willingly about this information and I would have testified to this information.

I declare under the penalty of perjury of the laws of the United States of America, the foregoing is true and correct.  Signed this _____ day of May 2009.

_____
Lezmond Hemil

3

EX 101 - 1540

## DECLARATION OF DENNIE LEAL

I, Dennie Leal, hereby declare as follows:

1.     My name is Dennie Housteen Leal.  I am four years older than Lezmond Mitchell.

2.     When I was thirteen years old, my family moved to the Navajo Reservation; we did not stay there long because by age fourteen, I lived in Colton, California.  After that, we moved to Tselani Springs, which is near Chinle, Arizona, on the Navajo Reservation.

3.     I am not exactly sure when I met Lezmond Mitchell but it was after January 1999 – I remember that because I met Lezmond after Arizona released me from Arizona State Prison Complex–Phoenix where I had served a two-year five-month sentence for armed robbery.  After my release, in 2000, I sold magazine subscriptions in various parts of southern California.  I got stranded in Coachella Valley but got temporary work at the Coachella County Fair to make enough money to buy a ticket back to the reservation.  I met Lezmond after coming back from Coachella Valley.

4.     I met Lezmond through Gregory and Jimmy Nakai Jr.  I'd met the Nakai brothers months earlier, through a friend who lived in Round Rock, where the Nakais live.

D.L.

EX 102 - 1541

5.    After that, I saw Lezmond and partied with him and the Nakai brothers about six or seven times.  On some of those occasions, our partying lasted for days, or the whole weekend.  When we got together, we smoked pot and although we usually drank beer, we definitely drank whatever alcohol was available.  We got wasted.

6.    An investigator of the Office of the Federal Public Defender contacted me regarding Lezmond Mitchell.  The investigator explained to me that her Office represents Mr. Mitchell in federal court proceedings reviewing his conviction and death sentence.  Until that day, no one had ever interviewed me regarding Lezmond Mitchell or his case.  If I had been asked previously, I would have willingly provided the information contained in this declaration, and testified to it.

I declare under the penalty of perjury and the laws of the United States of America, the foregoing is true and correct.  Signed this ___3 /___ day of May, 2009.

_____
Dennie Leal

**DECLARATION OF LISA LOUGHRIDGE**

I, Lisa Loughridge, hereby declare as follows:

1.     My name is Lisa Loughridge.  In 1996, I was a fifth grade teacher at Dos Palos-Oro Loma School District School.

2.     The school hired Dr. Mitchell in 1996 after it brought in the third graders to the school – before that (the 1995/1996 year), the school comprised only fourth and fifth graders.  Because of the increase in students that year, the school principal requested a vice principal and so Dr. Mitchell came on board.

3.     In 1996, I had a student who suffered from a severe case of ADHD (Attention Deficit Hyperactivity Disorder).  He was taking significant medication, and he and I had to take care a lot of problems because of his medication.  I decided to allow him to nap in the middle of the day.  I brought a large bean bag chair from my house where I let him lie down and sleep.  When Dr. Mitchell found out about this, she was not happy at all.  This was not acceptable to her.  She then came into my classroom often to disrupt the boy's nap or to tell me to wake him up.  After a while, I began to lie to Dr. Mitchell about the student by telling her he no longer took naps, although he still did.  I did this to get her off my back, and so she would leave him alone.  I thought this was a very strange way for a school psychologist to behave toward a child, especially one with ADHD.

1

L.L..

EX 103 - 1543

4.    In 1998, the principal had heart surgery and was out for a long time on medical leave. (In fact, she never came back to work after surgery.) Later the district announced her permanent medical leave. Not long after that, Dr. Mitchell left. She did not finish the school year.

5.    On February 24, 2009, I was contacted by an investigator of the Office of the Federal Public Defender regarding Lezmond Mitchell. The investigator explained to me that her office represents Lezmond Mitchell in federal court proceedings reviewing his conviction and death sentence. I was never interviewed previously regarding Lezmond Mitchell or his case. If anyone had asked me before this time about the above information, I would have been willing to provide this information and to testify about it.

I declare under the penalty of perjury of the laws of the United States of America, the foregoing is true and correct. Signed this __15__ day of May 2009, In Dos Palos, California.

_Lisa Loughridge_
Lisa Loughridge

2

EX 103 - 1544