*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS IN SUPPORT OF
MOTION TO VACATE SENTENCE

**DECLARATIONS AND TESTIMONY**

104.  Declaration of Auska Mitchell, 6/4/2009

105.  Declaration of Sherry Mitchell, 5/7/2009

106.  Declaration of Daisy Nakai, 5/20/2009

107.  Declaration of Gregory Nakai, 5/15/2009

108.  Declaration of Michael O'Connor, 6/3/2009

109.  Declaration of Johnny Orsinger, 6/2/2009

110.  Declaration of Freda Reed, 5/29/2009

111.  Declaration of Lorenzo Reed, Jr., 5/30/2009

112.  Declaration of Randy Reed, 5/29/2009

113.  Declaration of Tara Reed-Dayzie, 5/21/2009

# DECLARATION OF AUSKA KEE CHARLES MITCHELL

I, Auska Kee Charles Mitchell, declare as follows:

1.     My name is Auska Kee Charles Mitchell.  I am Lezmond Mitchell's uncle.  His mother, Sherry Lane Mitchell, is my sister.  She was born on 1958; I was born eight years later                1966.  Our parents were George Mitchell, a full-blooded Navajo, and Bobbi Jo Erwin, whose family was of Scottish ancestry.  They married when our mother was in her very early teens.  Our father was at least twenty years older than our mother.

2.     When I was ten months old, my family moved from the Navajo reservation to a trailer park in Hanford, California.  We lived in Hanford until I was five years old, when we returned to the reservation.  In my mind, the Hanford years were happier times because I think of my mother as affectionate back then.

3.     When we came back to the reservation, my mothers worked at a school in Many Farms.  In my mind, that period is when my mother's behavior changed.  The talk at our home was that her brain was injured when a student threw her against a brick wall.  I do not know whether this is true or not, it is just what I remember hearing around the house.  Whether that event even took place or not, that is what I think of as the dividing line between a happier, more peaceful

1

AKCM

time in my family and what came later. There is a lot I don't remember or maybe just plain don't understand because I was a child, but I do know, and remember, that my mother became, cold, changeable and suspicious.

4.      My family's return to the reservation coincided with the beginning of my attendance at school. At Kindergarten, the kids made fun of me for not speaking Navajo and called me half-breed. Consequently, I got into many fights. I remember that I had a hard time with all the changes. As an adult, I see now that I was suffering from culture shock.

5.      When my sister Sherry was in high school and I was eight or nine years old, my family moved to North Carolina. My father was the vice-principal of a Bureau of Indian Affairs (BIA) School at the Cherokee reservation. The fighting in the family was on full force by then. Once, my father got out a bow and arrow and threatened to kill my mother. Another time, my father pushed my mother against the wall and my mother pretended to lose her voice for a day or two. There were fights between Sherry and my parents also. Sherry lived in the same building as we did, but in the garage.

6.      I recall that Sherry took care of me more than our mother, especially in my younger years. It was Sherry who did the typical mother things with me,

2

AKCM

EX 104 - 1546

like arts and crafts and painting Easter eggs. After she turned eighteen or nineteen, Sherry went off to school and wasn't at home a lot. The last time I actually lived with my sister was in ~~North Carolina~~ *Chilchin before, Ate A—*. Sherry was not happy in ~~North Carolina~~ *Chilchinbeto A—* and in general. Relations were so bad between Sherry and our parents, especially our mother, that when our dad and I visited Sherry at college and brought her a gift or even supplies, like a laundry basket, Sherry said, "If it's from mom, take it back." *High A—*

7.    When I was in ~~middle~~ school I lived with Sherry for a short time after I was caught shoplifting. There was a tremendous amount of fighting among the three of them, Sherry and our parents, when I was in middle school. My mother had me see a therapist because I would snap suddenly, and because I wanted to run away from home.

8.    Although it's difficult to speak ill of my own mother, my mother had a way of either pissing you off or giving you a guilt trip. She was manipulative and would go pretty far to make you feel guilty, like the time she pretended to lose her voice. I became so angry with her once when we were in the car that I threw a coffee cup and shattered the windshield. She was harassing me, saying the same things over and over again, hounding me, as she hounded all of us in the family.

3

KCM

She refused to back off; it was her mode. My mother always had to have her way and manipulated or demeaned you until she got what she wanted. Demeaned and degraded is what I felt from the way she treated me, especially when she required that I do things like take off her shoes and socks or put on her socks and shoes. This happened from the time I was in fourth grade until I was in middle school. Her physical condition or weight didn't prevent my mother from taking care of herself but she wanted me and later Lezmond to do these basic things for her. My mother had to be waited on hand and foot, literally.

9.    My mother had a cruel streak. She always talked about how mean her father, my grandfather, had been. And, in turn, tell me that my face looked just like her father's, commenting, "You had to go and look just like him."

10.    Both my parents beat me up pretty badly with a belt when I was growing up. My mother's beatings continued until one day when I took the belt away from her. I was in the seventh or eighth grade.

11.    I couldn't wait to get out of my parents home when I graduated from high school but my father preempted that when I was still a senior in school by telling me that I had to leave. He said that I was the cause of fighting between him and my mother. To this day, I don't understand what I did. My best friend's

4

AKCM

EX 104 - 1548

family let me stay with them so I spent part of the time at his home and the rest with the school band teacher.

12.    One day when I was still at home, and we were outside by the barn at the "farm," which is what we called our reservation homesite, I had an outburst and told my parents to just go ahead and kill me – I was so upset and could not bear my parents' constant fighting any more. So, my mother told me to stand behind the truck. She then got in the truck, put it in reverse, and hit the gas. I managed to jump out of the way and avoided being hit before my mother slammed into the side of the barn.

13.    After the conflicts my mother tried to make amends by buying things. That's the way my mother showed she cared; she bought love.

14.    When it was time for me to graduate from high school, my mother refused to attend my graduation ceremony for no reason; she simply didn't want to go. My father had to drag her there. I was resentful of her that she couldn't manage to do as small a thing as attending my graduation without creating a conflict.

15.    After I left my parents' home, I could be around my mother for only a maximum of one week at a time. I couldn't handle her longer than that. My

5

AKCM

mother drove Lezmond crazy too. It was not only the way she treated everyone in the home but also how compulsive she was about cleaning, and what a control freak she was. There was no peace when she was around. Lezmond used to tell me that he had to get away from her. I told Lezmond just to wait until he turned eighteen.

16.    My mother didn't last long at her jobs and after a while she could not longer find work as a school administrator on the reservation. I don't know why but I suspect that it was my mother's personality that put her at odds with people. She had to get work farther and farther away, even in Alaska for a time. Wherever she went, she bought a household of things. When she lost her job, as she invariably did, and move back to reservation, or when she went back to the farm during the summer, we had to rent big U-Haul trucks to transport her latest acquisitions back to the reservation. I have memories of frequently moving the ever-increasing amount of things from place to place at the farm, or buy more storage units, to make more room for her stuff. All of the buildings in the farm were packed full of her crap. She even bought an old school bus and put it on the property then packed it to the brim with her belongings.

6    AKCM

EX 104 - 1550

17.    I eventually turned my back on my mother, I had to. When she became very ill and my sister refused to continue taking care of her, it was my wife who ended up tending to her. My attitude was that my mother had dug her own grave by making our lives miserable.

18.    I joined the military in 1985, when Lezmond was close to five years old. When I returned from the service and happened to be at my parents' home, I spanked Lezmond with a fly swatter. I was irritated with him because he wanted to be around me all the time. I regret doing it; I think I was responding to the general climate of conflict and anger in the house.

19.    Lezmond spent the greater part of his childhood with my parents, either both of them together or with each separately. There was a brief time when Sherry and Lezmond lived with our mother in California. I don't know why Sherry felt that she couldn't take care of her son by herself.

20.    My sister was nicer in her younger years. As time passed, she became more and more like our mother, overbearing, suspicious of everyone and unstable. Both our mother and Sherry never let anything go; they have to pursue every perceived slight to the bitter end.

7

AKCM

21.     I have a hard time figuring out my sister's behavior.  Just recently, in March 2009, our mother's brother died.  We never had much contact with Jimmy Dean Erwin but when Sherry called me to give me the news of his death, she was crying, screaming and carrying on as if she were in unbearable pain.  I didn't understand her behavior, and I still don't.

22.     I knew Lezmond smoked marijuana when he was in high school.  I found some of it when he was staying at our house.  It was a matter of concern to me, and I wanted him to stay with us at Piñon and attend our local high school but it didn't work out.  I feel that I was a good influence on Lezmond, but I don't think it was enough to counteract the influence of the bad people he was hanging around, people like Johnny Orsinger.  I told the trial team the name of a Red Mesa High School teacher, and others, who were scared to death of Johnny Orsinger.

23.     I spoke with Lezmond's trial team members several times.  They interviewed me and gave extensive details of our family history.  About one month before I testified at the penalty phase of Lezmond's trial, his defense team served me with a subpoena.  Just before I testified, I met with Lezmond's three attorneys.  They asked me if I were sure that I wanted Lezmond to receive a life sentence rather than the death penalty; I said I was sure.  Then they showed me photos of

8                                                                          AKCM

the victims' decapitated bodies. They asked me if I were still sure that Lezmond should get a life sentence; I told them I was, I told them I was certain that Lezmond should not receive the death penalty. They did not review with me, or tell me, what they planned to ask me in court.

24.    My sister did not attend the trial. I don't know why.

25.    Had Lezmond's defense team asked to testify at Lezmond's trial to the information stated herein, I would have been willing and able to do so.

I declare under penalty of perjury under the laws of the United States of America, this fourth day of June 2009.

_____
Auska Kee Charles Mitchell

9

AKCM

## DECLARATION OF SHERRY LANE MITCHELL

I, Sherry Lane Mitchell, declare as follows:

1.     My name is Sherry Lane Mitchell.  I am Lezmond Charles Mitchell's mother; Lezmond is my only child.  My mother is Bobby "Bobbi" e Jo Erwin Mitchell, and my father is George Charlie Mitchell.  I am the oldest of two children to Bobbi and George. I was born on 1958, at Arkansas City, Kansas.

2.     My brother Auska Kee Charles Mitchell is about eight years younger than I am.  He was born on 1966.  Auska has two children, Auska Jr. and Analane, and one step-son, Russell; his wife is Beverly Morgan.

3.     Our family has a home site in the Navajo reservation but we lived in several places depending on re my parents were working .  We went back and forth, often just coming to the reservation for the holidays.  I, myself, continued this practice as an adult.

4.     When I was in the second or third grade, my parents, Auska and I moved to Hanford, California.  My mother was in school and my father was working, that was about the time I became responsible for the household duties. My mother told me that taking care of Auska and the house was my job, and going to school we have our jobs. I did the laundry, the cleaning,

1

SLM

the cooking, and taking care of Auska.  My mother taught me how to cook; I learned how to make everything from scratch.

5.    Throughout my life, I have had problems with my weight.  I have educated myself about it, and I realize now that this was emotional eating; some people take out their frustrations by doing other things – I ate food.  I began packing the weight when I was very young.  After we moved to California when I was in the second or third grade, Bobbi made me take ballet lessons.  I was the biggest girl there.  I was always embarrassed at how big I was in the ballet outfit.  The ballet instructor told Bobbi that I just couldn't do it, but Bobbi wouldn't let me quit.  I took ballet from the second to the eighth grade.  This is an example of how Bobbi always ran things in my life, and demeaned me in the process.

6.    When I was in grade school, I was responsible for the housecleaning.  My mother was never satisfied with how I cleaned.  I remember a time she became angry with me because she didn't like how I vacuumed.  In those days, vacuums were made of steel.  She beat me with vacuum's steel hose all over my body and head.  After that, I told her  I'd never call her Mom or mother again.  This made her very angry, and she ordered me to call her Mother.  I never did; since then, I've always called her Bobbi.

2

SLM

7.    Not long after that my friend Violet, whose parents knew my parents, told me that my mother had announced in a ceremony, in front of a lot of people, that she didn't know if Auska was my dad's because his brother Mike Mitchell had raped her. I was so ashamed of what my mother did that I quit going to ceremonies and dances for a long time afterward. As an adult, I've come to feel that my mother beat me with the vacuum hose that time because she had been raped, learned she was pregnant.

8.    Both of my parents beat me. My mother beat me with whatever was at hand. My father beat me too. He even hit me with a hammer once. The last time he beat me, I took the belt away from him and he never was to touch me again.

9.    My parents fought each other all the time. After one of their arguments when we were in Chilchinbito, my mother stormed out of the house with a gun, and went up to the mesa. We heard the gun go off. I started to go to her, but my father said not to, "If she killed herself, she killed herself, let her go."

10.    Bobbi accused my father of having sexual exploits with other women. I learned that George was accused of molesting several children in a nearby town on the Reservation. I don't know if that is true or not.

11.    Bobbi also accused me and my father of having a sexual relationship. She told this to my face. And, I remember one time she ordered something from

3

Fingerhut, a mail-order company that often sends free gifts to the buyer. She'd ordered something from Fingerhut and the free gift had come in a blue box. She later found the blue box. She held up the box to me and said, "Is this where you keep your birth control pills?" I was not having sex with anyone, I was a girl, but she was suggesting that I needed the pills because, as she had repeatedly accused me, I was having sex with my father. I told her, "No, this is from Fingerhut – remember they send jewelry as a free gift!" and I gave it to her. She never apologized.

12.     She constantly accused me of having sex with my father. She said to me once, "You're the little shit who came between me and Dad." She also let it slip one time, when we were fighting, that my Dad insinuated this to her too, that he and I were having a sexual relationship.

13.     When I was younger, my parents and I went to ceremonies and dances at different places on the Reservation. We always got one hotel room, with one bed. Later, because my mother didn't want to be around my dad anymore, she quit going to them, so it was just me and Dad going. We still stayed in one room with one bed. I thought that was normal. My Dad dyed his hair, and people thought that Dad and I were husband and wife.

4

SLM

EX 105 - 1557

14.    Some people thought that Lezmond was George's son. I thought Bobbi fed those rumors. For example, she told Lezmond to call George "Poppa." I got mad at her, I told her George was not Lezmond's father, that Lezmond had a father. *Traditionally your are not suppose to refer to your grandfather as father.*

15.    When I was a ~~artist~~ *teenager*, ~~I remember waking up one morning and noticing a man watching~~ while I was asleep, something kissed me ~~watching~~. My father said the man was a spirit. I don't believe my father had sex *I felt whiskers, as though it was a man who hadn't shaved. I woke up and no one was there.* with me. A medicine man has told me that he thinks my father molested me. I have this vision that my father had performed a binding ceremony with me when I was little. This ceremony meant that he bound me to him and I would become his wife, which included having sex with him.

16.    My parents' fighting was a constant in our home. Auska's dream was to get away as soon as he was old enough and start his own family. My dream was to have a child and be a single parent. When I was in high school, we spent one year in North Carolina. I lived in the unheated garage of the house and slept on a shelf, which I didn't mind because I was alone and away from them. Nevertheless, my mother and I still fought. One argument turned physical; my mother choked me, I protected myself and hit her on the head. I don't remember if I hit her with an object or not. She fell and I left. I told my father to check on Bobbi because she was down. I started to walk to my job and a friend pulled up along side of me, I

5

SLM

told her that she maybe shouldn't be my friend because I may have just killed my mother.

17.    My parents interfered with my parenting.  For example, whenever I tried to show Lezmond that we had to live within my salary, my mother bought him whatever he wanted.  At the same time, they never helped me when I was in school and raising Lezmond.  I remember having to beg my dad for $30 every two weeks – this paid for my meals and living expenses in Flagstaff. At this time, Lezmond lived with my dad.

18.    Another time when we were all living together in California, my Mother were working and I was without a job.  My mother insisted that I go on welfare because they would not cover my basic needs for that short time.  My mother was so controlling she never let Lezmond do anything. Not only that, they never supported my parental authority, in fact, they sabotaged it.

19.    When Lezmond got older he wanted to live with my parents because he didn't like my rules.  However, even though Bobbi gave Lezmond the newest toy, she was cruel to him too.  For example, he was heavy as a child and, as she did to me, she berated him about his weight constantly.  This was peculiar because she was very heavy herself.  I tried to help him have confidence in himself, but she ripped him down. Later, at a Christmas when Lezmond was in the 7th grade, After trying time and time again to be a parent, I gave up and told them not to come to me when he got into drugs and trouble.

6

SLM

20.  My mother took in strays, other girls she'd treat differently from me, she treated them like loved daughters.  One time in Chinle, a woman didn't believe me that I was Bobbi's daughter.  I insisted several times that I was but I'm not sure she ever believed me.

21.  When the movie "Mommy Dearest" came out, Auska and I told Bobbi to watch it.  We told her that she was Joan Crawford, she was Mommy Dearest to us, we said, "that's the hell you put us through."

22.  I didn't tell my mother when I got pregnant by Foster Hemil.  By this time, I was so tired of their fighting and how they treated me, I just wanted out from under them. I was a student at ~~Northern Arizona Univer~~ *Navajo Community College*sity at the time.  George found out I was pregnant because he came to visit me, but he didn't tell Bobbi because they were separated at the time.  Bobbi didn't find out until after the delivery, when I was still in the hospital.  The nurse eventually forbade Bobbi from visiting me in the hospital because every time she did, my blood pressure shot up from the stress she caused me.

23.  When I delivered Lezmond, he had a cranial hematoma because he got stuck.  I nearly died from the blood loss.  At age one or two, he ~~hit a table~~, ~~and~~ hit his head on an icebox, *another* time, *he fell off the bunkbed;* *another* time he did not lose consciousness from either of these, but he had a big bump on his forehead.  I heard that he was in a car

7

EX 105 - 1560

accident when he was older, *in high school at Red Mesa* and the driver died. I don't know if Lezmond was hurt or not in that accident. *I don't know if he really was in car accident.*

24.    I was in ~~the last semesters of~~ school at ~~Northern Arizona University~~ *NCC* when Lezmond was born. I was stressed out because I needed to finish my degrees. I breast-fed him but the stress dried me up so I could no longer breast-feed him. I was so stressed that, occasionally, Lezmond had to live with Bobbi.

25.    When Lezmond was in first grade, he got into a scuffle. Another boy pushed Lezmond on top of a girl, and someone accused Lezmond of trying to have sex with the girl. He was stuck him in the back of the classroom and the teacher refused to involve him in class activities or talk to him. By the time he was in third grade, the assistant principal told me I had to move him. I did not yet have my teaching certificate so I was afraid I'd lose my job if I didn't comply, so I sent Lezmond to live with George on the reservation. I felt that Lezmond rejected me as his mother after that.

26.    Lezmond came back to live with me after that, but his behavior was getting out of control. One Christmas when Lezmond was in seventh grade, he and I were visiting my parents on the reservation. Lezmond and I got into a fight, and he refused to return to California with me. ~~Bobbi and~~ George ~~agreed to keep~~ *told Lezmond that* Lezmond. This made me angry, it was another time they didn't respect my *didn't have to listen to me, or go with me.*

8

SLM

parental authority. They did not back me up and gave him an out. Since then, I feel that they stole Lezmond from me.

27.    When Lezmond was sixteen, I returned to the reservation to work. I wanted to connect with Lezmond but my mother said she had consulted a big law firm, and said that I couldn't force Lezmond to live with me against his wishes. because that he was 16 yrs old and he had the right After that, Lezmond continued to live with George. to live where he wanted.

28.    After Lezmond graduated from high school, I went to a peyote ceremony. Lezmond bawled me out in front of everybody for being a lousy mother. Once again, my parents didn't back me up, no one came to my defense. This was the most humiliating instance of their failure to back me up.

29.    Lezmond's father is Foster Hemil, a man I met at NAU. Lezmond never met his father or his family. My father George met Foster once, when he showed up unexpectedly at my dorm at NAU when Foster and I were arguing.

30.    Bobbi and George argued all the time about how to raise Auska and me – Bobbi wanted us to speak Navajo, George wanted us to learn English. George wanted to minimize our identification as Navajos, but Bobbi wanted to instill it. I wanted to teach Lezmond the Navajo culture even though I knew that he would be misunderstood because of it; in California, he was already being picked on for being overweight.

9

SLM

31. I have thought a lot about why Bobbi was so disturbed and cruel She told me that from the time she was a girl, she had to take care of the house and her brothers, even though she wasn't the oldest, because her mother was partying and out with men.

32. ~~Bobbi was ordained as a crystal gazer.~~ When I was little, ~~she~~ Bobbi went into trances. I didn't know what was going on, I thought there was something wrong with her. ~~Bobbi passed the crystal gazing test the last she did before the night she died. Everything about the crystal I was learning about.~~ I was in the 3rd grade when her trances started. A trance would last a day or more, and the trances went on for a couple of years. During this period, she saw a psychologist. She was prescribed medication like Parvon and Valium.

33. I have attached to this declaration a copy of my present résumé. I am looking for a position as a principal ~~on~~ on the reservation, ~~—~~

34. I rarely saw Lezmond in the months before his arrest in October 2001; at that time, I was returning to the homestead only on weekends. Even so, I saw Lezmond high on drugs at least once every month.

35. My brother called me when Lezmond was arrested. My father and I went to the jail. My father told the prosecutor, ~~"keep him," he didn't want anything to do with Lezmond.~~ "We're just going to let him go, We're not going to fight for him." After that, I met several times with a woman investigator from Lezmond's defense team. The defense team told me that they wanted to find out if Lezmond has mental illness, or if mental illness runs in the family Lezmond's defense team first interviewed me while my parents were present. Later, that female investigator met with me alone,

10

SLM

and I told her a few things that I didn't want her to tell Lezmond, I said that I would tell Lezmond. I quit talking to her after I found out that Lezmond was told those certain private facts, against my express direction; I never talked about Lezmond to his defense team after that. Additionally, a male investigator from Lezmond's defense team also told me, with regard to Lezmond's guilt, that, "he's guilty, get over it." These were very hard things for a mother to hear.

36.     Auska later told me that Bobbi was telling Lezmond's defense team that I was a bad mother but she didn't tell them the truth about how she treated Lezmond and what it was like living with Bobbi and George. The result of how Lezmond's defense team treated me is that the jury heard only what Bobbi told them, the story she wanted them to hear about Lezmond. So, the jury didn't hear the information I have provided in this declaration, that is, what it was really like for me and then for Lezmond to live with Bobbi and George. Even before I quit talking to Lezmond's defense team, they never told me that I was needed to testify

///

///

///

11

on Lezmond's behalf, to tell what Lezmond's life was like. After I quit talking to them, if Greg (one of Lezmond's attorneys) had told me that I was needed to testify, I would have – they never asked.

I declare under penalty of perjury under the laws of the state of Arizona and the United States of America that the foregoing is true and correct.

Date:  May 7, 2009

SHERRY LANE MITCHELL

ADDENDUM: ~~The letter~~ a letter I wrote/to the judge before my son was sentenced. No one told me, or asked me to write it, it was something I did on my own, for my son.

12

SLM

EX 105 - 1565

## DECLARATION OF DAISY NAKAI

I, Daisy Nakai, hereby declare as follows:

1.    I am the mother of Jimmy, Jr., Gregory, and Jakegory Nakai.  I also have two younger children, Jeffrey and Jacqueline Nakai.  Their father, Jimmy Nakai, Sr.,  and I did not live together for many years before a car accident killed him in April 2007.

2.    For most of 2001, I lived with a friend in Shiprock, New Mexico.  *four of my children.* ~~██████████~~ Gregory, ~~██~~kegory, *Jeffrey and Jacqueline,* remained in our family home in Round Rock, Arizona, which 90 miles away.  My relatives, including my sister and mother, live nearby on our property in Round Rock, and they kept an eye on my kids when I lived in Shiprock.

3.    I returned to Round Rock a few days before November 4, 2001.  I stayed at my mother's home, which is about 100 yards behind the other house, where my sons were, along with my two youngest children, Jeffrey and Jacqueline.

4.    In the very early morning hours of November 4, 2001, I woke up to my sister, Shirley, calling for me.  Shirley also lives on the same family property.  She was shouting for me to come outside, she said the police were surrounding my house.  By the time I got out my mother's door, I saw my three sons, Gregory,

1

*D.N.*

Jimmy, Jr. and Jakegory, spread-eagle on the ground, face down in the dirt with police officers aiming a gun at each of them. On the ground and alongside my sons were two others, Lezmond Mitchell, ████████████ and Padrian George, who were also facedown in the dirt with police officers aiming guns at them. They must have been asleep when the police took them outside, because none were fully dressed and none had shoes on. Twelve to fifteen police cars surrounded my house. One or two police officers aimed guns at different parts of the property and my house. I was terrified.

5.    I began to move toward my sons when a police officer shouted at me to stay back, not to come any closer. The police told me to stay beyond a tree line that is between my family's house and Shirley's house. I tried to ask what was going on, why were the police aiming guns at my sons, at my mother's house, at me, but no one would answer me. I couldn't believe what I was seeing.

6.    I watched as the police took away my sons and the others, one each to a police car. After they were gone, a policeman asked me to sign something that he said would let them search the house; I didn't feel like I had a choice so I signed it. Three or four police officers went into our family house and took out several bags of things. I couldn't see what they were taking, because the police

2

D.N.

EX 106 - 1567

did not allow me to get closer to my family's house than the tree line. Shortly after, my sister and her husband took me to Chinle to see what was happening with my sons.

7. When I got to the jail at Chinle, the jailers did not allow me to talk to either Jimmy or Gregory. The police let me see Jakegory because he wasn't yet eighteen years old.

8. Several weeks after my sons' arrests, I went to the Chinle jail to retrieve my sons' belongings. When I signed in at the jail, they told me to wait for a few minutes. I thought I was waiting for someone to bring me my sons' personal things. Instead, the police arrested me on an outstanding ticket that had a warrant issued. The tribal officer who arrested me told me that I was guilty of being a bad mother and probably more than that, so he was taking me to jail.

9. I was not aware of my sons, or the other three, using drugs in our family house because I was in Shiprock for most of 2001. My sons could have been using drugs during that time and I would not have known. I knew they drank beer, but I never saw any drugs in the house.

10. I am deeply sorry for all the loss that has been suffered. If I could change things, I would.

3

D.N.

11.    No one from Lezmond Mitchell's defense team has ever spoken to me before.  If I had been asked previously, I would have willingly provided the information contained in this declaration.

I declare under the penalty of perjury and the laws of the United States of America, the foregoing is true and correct.  Signed this ___20___ day of May, 2009.

_____
DAISY NAKAI

4

D.N.

## DECLARATION OF GREGORY NAKAI

I, Gregory Nakai, hereby declare as follows:

1.     My name is Gregory Nakai.  I am an inmate in the Bureau of Prisons; in 2003, the federal court in Arizona sentenced me to life in prison.  I am now twenty-eight years old.

2.     I met Lezmond Mitchell for the first time when I was in high school. We rode the same bus to school.  Eventually, I dropped out of high school and did not see Lezmond for a year or two.  I am about a year older than Lezmond.

3.     In the summer of 2001, Lezmond showed up in Round Rock, Arizona, where I was living with my mother, Daisy Nakai, sister, and my brothers, Jimmy Jr., and Jakegory.  Lezmond came to our house, asking if he could stay with us.  I said yes, thinking he would hang out for a few days but he never left.  He came with very few clothes or other things.  I had to give him clothes so that he had some to wear.

4.     That summer, I stayed home, drinking beer with my brothers and other friends; Lezmond Mitchell was a part of this group.  Lezmond, the other guys and I smoked marijuana every day.  We smoked crystal meth and cocaine and ate mushrooms once or twice during that time; Lezmond did too.  All of us, including

1

EX 107 - 1570

Lezmond, used drugs, and whatever drugs we had, everyday.  One of the only drugs we didn't use was heroin.

5.      That summer, any money I came across went for drugs.  After August 2001, everybody's drug use increased, including Lezmond's; we used a lot more crystal meth and cocaine, and more often.  I don't remember how much we used or how much money we spent buying drugs, because no one was keeping track.  But I do remember that everyone in the house, including Lezmond, used as much drugs as we could get our hands on each day.

6.      The FBI and tribal police arrested me at my house very early in the morning on November 4, 2001, and my brothers, Jakegory and Jimmy, and Lezmond Mitchell and Johnny Orsinger.  Padrian George was at our house when the police and FBI arrested us, but the police released him the same morning.  Not long after I was arrested and put in the Chinle jail, law enforcement personnel removed me from the holding cell and asked me questions about everything.  I have seen my signature on a waiver of my rights, but I don't remember anything before or after being put in that holding cell.  I don't remember anything about the questioning or the signing of the waiver because all of us smoked a lot of marijuana

2

EX 107 - 1571

and crack cocaine that night. As a result, I don't remember anything about being interviewed by law enforcement on November 4, 2001.

7. After we were arrested, I never spoke to Lezmond Mitchell, nor did I even send or receive any messages from him. I did not talk to anyone about him either; I had my own problems. Lezmond and I were housed on opposite sides of the jail, and they held me in one wing, him in another.

8. No one from Lezmond's defense team as ever before spoken to me. If I had been asked previously, I would have willingly talked about the information contained in this declaration.

I declare under the penalty of perjury of the laws of the United States of America, the foregoing is true and correct. Signed this 15 day of May 2009.

Gregory Nakai

3

## DECLARATION OF MICHAEL O'CONNOR

I, Michael O'Connor, hereby declare as follows:

1)    My name is Michael O'Connor.    I am an Associate Professor of Law in Arizona.    I was Lezmond Mitchell's appellate counsel, *United States v. Mitchell*, 9th Cir. Case No. 03-99010 (D. Ariz. No. CR-01-1062-PCT-MHM), along with Celia M. Rumann, Esq.    Celia M. Rumann is also my spouse.

2)    In August 2007, when Celia M. Rumann and I represented Mr. Mitchell, Ms. Rumann told me that she had just learned that another Deputy Federal Public Defender in her office, Karen Wilkinson, had to withdraw from a case because her client had some relationship to the *Lezmond Mitchell* case.    I then spoke with Jon Sands, the Federal Public Defender, via a conference call that also included Celia Rumann, and one of Mr. Mitchell's trial attorneys, Deputy Federal Public Defender Gregory Bartolomei, about the issue.    I told Mr. Sands and Mr. Bartolomei that the Office had an obligation to reveal the nature of the conflict so we could properly assess it, but they refused even to tell us the client's name.    The conversation ended when Celia Rumann told me that Mr. Sands had abruptly left the room.    That is the only conversation I had with the Federal Public Defender's Office about the issue.



MOC

1

EX 108 - 1573

3)      No one in the Arizona Federal Public Defender's Office ever told me Karen Wilkinson's client's name, the extent of the conflict, when the conflict was discovered, how long it had existed before it was discovered and before she withdrew, or what the Government had charged against Karen Wilkinson's client.

4)      To the extent that any issues concerning voir dire, systemic challenges to the death penalty, or competency are found to not have been raised on appeal, neither I nor my co-counsel deliberately failed to raise these issues.    No strategic choice was made to leave these issues out. The failure to raise any meritorious record-based issues that could have been raised but were not was solely due to oversight and not choice.

I declare under the penalty of perjury of the laws of the United States of America, the foregoing is true and correct.    Signed this 3d day of June 2009.

Michael O'Connor

2

EX 108 - 1574

## DECLARATION OF JOHNNY T. ORSINGER

I, Johnny T. Orsinger, declare as follows:

1.    I am an inmate in the Bureau of Prisons; the court sentenced me to life in prison.  I am twenty-three years old.

2.    When I was a child, I bounced back and forth between my grandmother's in Albuquerque and my father's on the Navajo reservation.  I met Lezmond Mitchell for the first time when I was in the 8th or 9th grade at Red Mesa Junior High School.  At the time, I was staying with my father and his girlfriend.  I didn't get to know Lezmond then because he was a grade ahead of me in school.

3.    I met Lezmond again later, when I was in high school.  At the time, I lived with Gregory Nakai.  One day I came in and Lezmond was there with a bag of his clothes.  I asked the other guys at the house who was this new guy.  They said Lezmond Mitchell, and he'd come by asking if he could stay there for a little while.  Lezmond and I had one thing in common, we didn't have any family to permanently live with, no family member to take us in.  Both of us were out on our own, which is how both of us ended up staying at the Nakai house.

4.    A group of five or six guys lived at the Nakai house when I last stayed there in 2001:  Jimmy Nakai, Jr., Gregory Nakai, Jakegory Nakai, Lezmond and me.

1

JTO

We starved like dogs most days, without any money to get anything to eat, but at least I had a place to sleep. We listened to music or watched a movie. Other guys and girls hung out and partied with us sometimes.

5.    During this time, 2001, at the Nakais, we used a lot of drugs and drank a lot of beer. Every day, we drank as much as we could get hold of and used all the drugs we could get our hands on. On the weekend, we used even more drugs and drank more beer. We smoked marijuana, used meth, smoked or snorted cocaine, and used LSD. We smoked as much PCP as we could get and that our brains could take. We never used heroin or took pills, and we didn't take any drug with a needle, just smoked or snorted it. Staying awake for days at a time partying was very normal for us, never sleeping and not eating. Lezmond definitely used these drugs and drank beer as much as the rest of us. A typical Friday night, Lezmond drank one or two twelve-bottle cases of 40 ounce beers (called "40s"), plus he took as much drugs as he could handle; so did I. Sometimes I wonder how we survived because of the amount of drugs and beer we used during that time, it should've killed us but it didn't.

6.    In October 2001, Lezmond and I decided to go to Gallup, New Mexico. We used as much drugs as we ever did, everything we could get a hold of

2

JTO

by any means.  We didn't smoke just marijuana – we always added something to our cigarettes to make the marijuana stronger.  I always added cocaine and meth to my marijuana before I smoked it; I don't know exactly what Lezmond added to his marijuana but it was along those lines.  By the time we got to Gallup, Lezmond and I had been awake for several days drinking beer and using drugs.  We'd been awake for so many days, it felt like walking around in a cloud.  It was like we were puppets, our bodies kept moving forward, but I'm not sure how.

7.    Since I've been in prison, I've tried to put what happened out of my mind, I have to.  I remember meeting with so many people before and during the trial so if someone from Lezmond Mitchell's defense met with me, I don't remember.  If it'd been explained to me that our drug and alcohol use, and how many days we had been awake by then, could've been helpful to my case too, I would've provided the information in this declaration.

I declare under the penalty of perjury of the laws of the United States of America, the foregoing is true and correct.  Signed this 6/12 day of June 2009.

_____
Johnny T. Orsinger

3

EX 109 - 1577

## DECLARATION OF FREDA REED

I, Freda Reed, hereby declare as follows:

1.      My name is Freda Reed.  Lorenzo  and Tara Reed are my son and daughter.  I first met Lezmond Mitchell through Lorenzo.  When Lezmond was a senior at Rough Rock High School, on the Navajo Reservation – this was about December 1999 – Lorenzo asked me if  Lezmond could stay at our house.  I told Lezmond that it was okay with me if he behaved, and that everyone has chores to do in my house and that this was the only way he could stay – following my rules and helping with chores.

2.      When Lezmond lived with us, he behaved and respected everyone.  He helped me around the house.  He took on chores, just like everyone else.  He washed dishes, cleaned house, chopped wood, and did whatever I asked him to do.

3.      I went to Phoenix twice a month and felt so comfortable with Lezmond that I left him in charge of the house and my sheep.  We all trusted Lezmond, including my husband, which is saying a lot.  Lezmond was not only Lorenzo's best friend but he got along really well with everyone else.  My daughter, Tara Reed, enjoyed a brother-sister relationship with Lezmond,  and Tammy Sebahe, who is my niece, also became very close to Lezmond.

*F. R.*
F.R.

1

4.    Lezmond was a good kid.  He never came home drunk or under the influence of drugs.  He was happy to be around everyone and he loved kids.  I never asked him why he didn't want to live at home nor did I ever ask him any personal questions, but once, Lezmond did tell me that he felt lonely at home; that there was no one for him to talk to.

5.    I knew George Mitchell, Lezmond's grandfather, when he was a teacher in Round Rock.  He seemed like a nice man.  Lezmond never mentioned his grandmother Bobbi Jo, and he never talked about his mother, Sherri.  The only time I remember seeing Bobbi Jo was at a Burger King.  She and Lezmond walked in, and Lezmond promptly came over to say hello to my husband and me, but Bobbi Jo never even looked at us.  George Mitchell, on the other hand, once thanked me for allowing Lezmond to stay with me.

6.    Except the time Lezmond told me that he was lonely at home, I did not ask Lezmond about his family.  I figured Lezmond had problems at home since he preferred to be with us.

7.    Lorenzo and Lezmond were best friends.  They were like brothers.  After Lorenzo's graduation, Lezmond stayed with us for about a week.  Lezmond had been living in California and had traveled to the reservation just to attend Lorenzo's graduation.  Lorenzo and my husband dropped Lezmond off at the train

*F.R*
F.R.

2

station when he left that last time.  Lezmond called about a week or so later to see how I was doing.

8.    When I heard about the crime, I did not believe it.  Lezmond was not that type of person.  I think that Lezmond is a good kid.  On May 3,  2009, an investigator from the Office of the Federal Public Defender contacted me regarding Lezmond Mitchell.  The investigator explained to me that her Office represents Lezmond Mitchell in federal court proceedings regarding his conviction and death sentence.

I declare under the penalty of perjury and the laws of the United States of America, that the foregoing is true and correct.  Signed this ___29___ day of May, 2009.


_Freda Reed_
Freda Reed

3

EX 110 - 1580

## DECLARATION OF LORENZO REED, JR.

I, Lorenzo Reed, hereby declare as follows:

1.     My name is Lorenzo Reed, Jr.  My mother is Freda Reed, and my sister is Tara Reed.

2.     I first met Lezmond Mitchell when we attended Round Rock Elementary School, in Round Rock, Arizona, which is on the Navajo Reservation. I was in fifth grade and Lezmond was in fourth grade.  The school integrated the fourth and fifth grades, and our teacher was Lezmond's grandfather, George Mitchell.  George treated Lezmond the same as all the other students.  I had seen Lezmond a couple of years earlier but we did not become friends until this time. Lezmond did not talk about his personal life much during this period of his life.  It was not until we started high school that Lezmond told me how he felt about his mother and grandparents.

3.     During my freshman year, Lezmond and I attended different schools – I was at Rock Point and he was still at Round Rock Elementary school.  I began to smoke pot (marijuana) during my sophomore year (tenth grade).

4.     After I finished ninth grade in Rock Point, I transferred to Red Mesa High School, in Red Mesa, Arizona on the reservation, where Lezmond  and I met up again.  Lezmond and I smoked pot together at Red Mesa, but not that much

1

L.R.

EX 111 - 1581

because buying it was hard; also, we didn't have any money to buy it.  For these same reasons, we hardly drank beer.

5.     I dropped out of Red Mesa High School during my sophomore year (tenth grade).  I went back to school when I turned nineteen, and began my junior year at Rough Rock High School, in Rough Rock, Arizona, which is also on the Reservation.  Lezmond and I met up again in Rough Rock.  Because I had dropped out for more than a year and I had repeated first grade, Lezmond was now ahead of me in school, he was a senior (twelfth grade) by this time.

6.     At Rough Rock High School, Lezmond and I used pot even more, compared with when we were at Red Mesa High School. We were now smoking about five joints (marijuana cigarettes) every day.

7.     When we attended high school in Rough Rock, Lezmond opened up to me about his home.  He said that his mother, Sherri Mitchell, was mean to him and that she always put him down.  For example, Sherri told Lezmond that he was going to end up in jail before graduating from high school.  She also said other mean things to Lezmond that I cannot recall anymore, but I remember that they made Lezmond feel bad about himself.

8.     Lezmond told me that his grandmother Bobbi Mitchell was very mean and abused him.  He told me about the time his grandmother asked him to clean


L.R.

2

the oven and because she wasn't satisfied with the way he'd cleaned it, she shoved his head in the oven, hitting him on the head. Lezmond said that his grandmother told him that he was a product of rape. That really bothered Lezmond. I don't know if Lezmond believed her but it bothered him that his grandmother would tell him something like that. She also whipped Lezmond. I remember the only good thing Lezmond ever said about his grandmother is that he liked her cooking.

9. Lezmond didn't cry when he talked about how his mother and grandmother treated him, but he looked like he wanted to. Lezmond seemed sad when he talked about his mother and grandmother.

10. During Lezmond's senior year, Lezmond and I didn't see each other much during school, because Lezmond was involved in school activities, and he was on the football team. So, we mostly hung out after school and on weekends. During this year, Lezmond moved in with my family because he was lonely at his grandfather's house. Lezmond needed people to talk to – a family.

11. On weekends, we hung around, walked around the neighborhood, smoked pot, listened to music, but we rarely drank beer. My uncle, Herman Tsosie, hung around with us during this time.

3


L.R.

EX 111 - 1583

12.     Herman Tsosie, Lezmond and I got "East Side Thugs" (EST) tattoos on our arms. We weren't really a gang – just the three of us pretending to be one – and we didn't do anything ganglike. We were just goofing around.

13.     I saw Lezmond buy cocaine once. During Lezmond's senior year in high school, Lezmond and me, along with other friends, drove to Chinle in hopes of scoring (buying) some pot. Instead of pot, Lezmond bought a small bag containing cocaine. I never saw Lezmond use the drug but assumed that he did.

14.     I do not recall what Lezmond did or where he went immediately after he graduated from high school but that next summer, we both lived in Phoenix for a couple of months or so. Randy Reed, my older brother, and Chuck Goldtoothe, my uncle, lived in Phoenix at the time. I believe Lezmond went to Phoenix first and then I joined him later. I landed a job in construction and Lezmond got a job washing dishes at a restaurant. Since both Randy and Chuck didn't smoke pot, Lezmond and I hardly smoked either. Sometimes we drank beer but not that often.

15.     I returned to the reservation to finish my senior year at Rough Rock High School. Lezmond stayed in Phoenix but not for long.

16.     The Nakai brothers had a bad reputation at the reservation. I believe kids at school stopped bullying Lezmond and me after we began hanging around

4


L.R.

EX 111 - 1584

with the Nakai brothers.  Pot and beer was always available at the Nakai house and this is why everyone went there, including Lezmond and me.

17.    I met Teddy Orsinger during high school outside a trading post.  That day, I wanted to buy cigarettes but couldn't because I was underage.  Teddy Orsinger stopped by the store and agreed to buy cigarettes for me.  Later I met Johnny Orsinger at the Nakai home.

18.    Before Lezmond moved in with my family, he lived at his grandfather's house.  I visited Lezmond there around twenty times.  Of these twenty times, I saw his mother Sherri only twice.  The second time I saw Sherri was after the police arrested Lezmond.  Lezmond called me from jail to ask me if I had time to go help his mom at the house, which I did.  Sherri asked me to tear down a small shack, which took me about two days.  I remember Sherri showed no emotions about Lezmond being in jail.  She didn't seem to care about Lezmond and what he was going through.

19.    I was subpoenaed to testify at Lezmond's trial.  At the time, I was living in Phoenix, Arizona.  I remember a man knocked on my door and served me with the subpoena.  He was an older guy with grey hair; someone I had never seen before.  He told me something like, "You've been served and you need to be here at this place and at this time."  On the morning I was to testify, my aunt Rose

5                                                                L.R.

drove me and her daughter Tammy to Lezmond's attorney's office.  I believe someone told my aunt to take us there before trial.  At the attorney's office, I met two attorneys, Sears, and the other one whose name I cannot recall was an African American in his mid-to-late 30's.  They escorted me inside an office, or conference room, and the attorneys talked to me about the court proceedings, but for less than five minutes.  They told me that someone may show me pictures of the crimes and that they were very gruesome.  I remember thinking, "Why are they telling me this?"  They also told me that they were going to ask me questions about my friendship with Lezmond Mitchell. This is all they told me.

20.    On May 2, 2009, an investigator of the Office of the Federal Public Defender contacted me regarding Lezmond Mitchell.  The investigator explained to me that her Office represents Lezmond Mitchell in federal court proceedings regarding his conviction and death sentence.  If I had been asked previously, I would have willingly provided the information contained in this declaration, and testified to it.

I declare under the penalty of perjury and the laws of the United States of America, that the foregoing is true and correct.  Signed this ₂₀ day of May, 2009

Lorenzo Reed

6

EX 111 - 1586

## DECLARATION OF RANDY REED

I, Randy Reed, hereby declare as follows:

1.      My name is Randy Reed.  I have known Lezmond Mitchell since we were kids in school.  I am  two years older than my brother Lorenzo Reed.  I did not hang around with Lezmond, but Lorenzo hung out with Lezmond.

2.      I recall the time Lezmond lived at my mother's house.  At the time, I came home to visit once a month.  During those visits, I usually stayed a couple of days or so or the weekend before heading back to Phoenix.

3.      Everyone in my family appreciated and cared for Lezmond very much, especially my little brother Lorenzo.  Lezmond and Lorenzo were more than best friends, they were like brothers.

4.      In 2000, my uncle, Chuck Goldtooth, and I lived in an apartment in Phoenix, Arizona.  By that time, I had been living in Phoenix for about six years. Chuck told me that Lezmond had asked him if he could stay there with us, and Chuck asked me if that was okay with me.  I said it was okay. Lorenzo and I picked Lezmond up at the bus station.  Once there, Lezmond landed a job washing dishing at a restaurant and Lorenzo started working for a construction company. Lezmond stayed with us in Phoenix for about three months or so.

1

R.R.

5. During the time Lorenzo and Lezmond lived there, everything was okay. The guys worked all week and sometimes during weekends. When Lezmond and Lorenzo hung out, they mostly went to the mall or to the movies. I never saw Lezmond drunk or using drugs during the time he stayed there. Sometimes, we drank at the apartment but only a few beers. No one ever got drunk.

6. At the end of that summer, Lorenzo returned to Round Rock to finish high school. Lezmond stayed behind but left for what was supposed to be a weekend at the reservation but never came back. A couple of weeks later, I saw Lezmond again at my mother's house. Not long after that, I heard Lezmond had left to California.

7. The next time I saw Lezmond was on Lorenzo's graduation night at my mother's house. I drove to the graduation ceremony accompanied by Lorenzo, Herman Tsosie and Lezmond.

8. On May 3, 2009, an investigator of the Office of the Federal Public Defender contacted me regarding Lezmond Mitchell. The investigator explained to me that her Office represents Mr. Mitchell in federal court proceedings regarding his conviction and death sentence. Until that day, no one had ever interviewed me regarding Lezmond Mitchell or his case. If I had been asked

2

*R.R.*

previously, I would have willingly provided the information contained in this declaration and testified to it.

I declare under the penalty of perjury and the laws of the United States of America, the foregoing is true and correct.  Signed this ⟨29⟩ day of May, 2009.

_____
Randy Reed

3

EX 112 - 1589

## DECLARATION OF TARA REED

I, Tara Reed, hereby declare as follows:

1.      My name is Tara Reed.  I met Lezmond Mitchell in about 1999, when he was in high school.  My younger brother, Lorenzo Reed, was in school with Lezmond.  Lorenzo and Lezmond often came to our  house after school.  My baby daughter and I lived with my grand mother, Betty Goldtoothe 70 at the time.

2.      Sometime during the 1999-2000 school year, Lorenzo told my mother and me that Lezmond was not living with his parents and needed a place to stay.  I understood that Lezmond's parents were not around, but I didn't ask any questions about where they were or why they were gone.  I felt sorry for Lezmond and I was glad he was going to be staying with my family.

3.      Lezmond respected my mother's household rules.  When Lezmond stayed with my family, I never saw him drunk or high.  Lezmond was a good student, a much better student than my brother, Lorenzo.  I hoped that Lezmond would be a good influence on Lorenzo, by helping him to focus on school.  Lorenzo often took off with friends after school and did not come home until late at night.  By contrast, Lezmond came to our home from school on the bus, did his homework and helped around the house.  Lezmond was also involved in activities at school; he played football, he was on the student council and he sold

1

EX 113 - 1590

concessions at the school snack bar regularly.  The students who sold concessions at the school were volunteers; the proceeds went to support various school programs.

4.    I once heard Lezmond talking to Lorenzo about school, and encouraging Lorenzo to stay in school and to focus on bettering his life.  Lezmond told Lorenzo not to smoke so much marijuana, to stop focusing only on partying.  I heard him tell Lorenzo not to take the easy way and to be sure to finish school.  Lezmond was very different than my brother, Lorenzo.  Lezmond was all about school and sports.

5.    Lezmond babysat for me often during the time he was living with my family.  My daughter was about six months old.  Lezmond babysat my daughter for usually four or five hours at a time.  He also did chores around the house.  He washed the dishes and mopped the floor and never complained when he was asked to help with anything.  Lezmond was responsible and easy going.  It seemed to me as though Lezmond was trying hard to fit in with my family and that he really didn't have anyone else in the world he could rely on.  I considered Lezmond my little brother.

6.    I talked to Lezmond about his parents a couple of time.  Lezmond told me he did not know his father and that his mother was in California.  When I

2

asked him why he wasn't in California with his mother, Lezmond said, "Because she doesn't want me there." Lezmond told me he had been staying with his grandfather in Round Rock and that his grandmother was teaching somewhere in California. I thought it was strange Lezmond's mother left him in Round Rock while she was in Calfornia, especially since I was a mother myself. I didn't understand why a mother would chose to leave a child on his own.

7.    I knew Lezmond's grandfather, George Mitchell, because I had given Lorenzo a ride to Mr. Mitchell's home a few times when he went there to attend peyote meetings. I did not know why Lezmond stopped staying with his grandfather, only that Lorenzo told me they were going through hard times. I saw Lezmond's grandmother, Bobbie, once at their home. I greeted her, but she didn't respond. I never saw Lezmond's mother.

8.    Lezmond stayed with my family for several months. I met my husband around the same time Lezmond moved into the house. I got married and moved out a few months later. Looking back on that time, I can see that while Lezmond was upbeat around our house, he was also depressed. There were times when Lezmond sat quietly and appeared to be sad and deep in thought, thinking about something personal. It was noticeable, especially in contrast to my brother, Lorenzo, who was constantly on the go, running around with other people. I

3

didn't ever question Lezmond about what was on his mind.  I didn't want to give him more to worry about by prying into his business.

9.    If I had been asked previously, I would have willing talked about the information contained in this declaration.

I declare under the penalty of perjury and the laws of the United States of America, the foregoing is true and correct.  Signed this _21_ day of May, 2009.

_Tara Reed - Dayzie_
Tara Reed - Dayzie

4

EX 113 - 1593