SEAN K. KENNEDY (145632)
(Sean_Kennedy@fd.org)
Federal Public Defender
STATIA PEAKHEART (200363)
Deputy Federal Public Defender
(Statia_Peakheart@fd.org)
321 E. Second Street
Los Angeles, CA 90012
Telephone:   (213) 894-2854
Facsimile:   (213) 894-0081

Attorneys for Defendant-Movant
LEZMOND CHARLES MITCHELL

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LEZMOND MITCHELL,<br><br>        Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondents. | **CAPITAL CASE**<br>28 U.S.C. § 2255<br><br>Case No. CV-09-8089-MHM (MEA)<br><br>[Proposed] Protective Order |

IT IS HEREBY ORDERED, for good cause shown:

Pursuant to *Bittaker v. Woodford*, 331 F.3d 715 (9th Cir. 2003), this Court shall enter a protective order:

1.      All information that is privileged under the attorney-work product doctrine and is attorney-client communication produced or presented in this action may be used only for purposes of litigating Movant's ineffective assistance of counsel claims for relief under 28 U.S.C. § 2255 by:

(a)      Movant and the members of the legal team, i.e., lawyers, paralegals, investigators, and support staff, assigned to *Mitchell v. United States*, and persons retained by Movant's counsel to assist in § 2255 proceedings involving the Movant, including, but not limited to, outside investigators, consultants and expert witnesses; and

1

(b)    Respondent and the members of the legal team, i.e., lawyers, paralegals, investigators, and support staff, to *Mitchell  v. United States*, and persons retained by Respondent's counsel to assist in litigating the instant motion to set aside the verdict under § 2255, including, but not limited to, outside investigators, consultants and expert witnesses.

2.    This Protective Order extends to members of the legal teams and all persons retained by the parties to litigate *Mitchell  v. United States*. All such individuals shall be provided with a copy of this Protective Order.

3.    All privileged information that is presented in court shall be heard in a courtroom closed to the public. All transcripts from these proceedings shall be requested by only present counsel (the Federal Public Defender and the United States Attorney) for Movant and Respondent. All transcripts from these proceedings shall be filed under seal.

4.    Except for disclosure to the persons and agencies described in Paragraph 1, disclosure of the documents, the contents of the documents, and testimony concerning the documents or their contents shall not be made to any other persons or agencies, including, but not limited to, prosecutorial agencies and law enforcement personnel, without the Court's order.

5.    Any privileged information shall be clearly designated as such, when presented at any evidentiary hearing, by labeling the documents in a manner that does not prevent reading the text of the document.  For example, the psychiatric evaluation of Movant and the two reports, filed as Exhibits 92, 93 and 94, contain privileged information, or attorney-work-product

6.    All privileged information shall be kept under seal in a manner reflecting their confidential nature and designed to ensure that the privileged material will not become part of the public record. At the evidentiary hearing to be held in this matter, privileged testimony shall be clearly designated as such by

2

marking the transcripts of the proceeding. Any pleading, deposition transcript, discovery response or request, or other papers served on opposing counsel or filed or lodged with the court that contains or reveals the substantive content of the privileged matter shall be filed under seal, and shall include a separate caption page that includes the following confidentiality notice or its equivalent:

"TO BE FILED UNDER SEAL

THIS PLEADING OR DOCUMENT CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO A PROTECTIVE ORDER AND IS NOT TO BE OPENED NOR ITS CONTENTS DISPLAYED OR DISCLOSED"

7.    If privileged documents or documents containing privileged matters are filed with this Court, they shall be filed with the Clerk of this Court in sealed envelopes prominently marked with the caption of the case and the foregoing Confidentiality Notice. The Clerk of the Court is directed to maintain the confidentiality of any documents filed in accordance with the above. Insofar as reasonably feasible, only confidential portions of the filings shall be under seal; and the parties shall tailor their documents to limit, as much as is practicable, the quantity of material that is to be filed under seal. When a pleading or document contains only a limited amount of privileged content, either party may file a complete copy under seal and at the same time file on the public record an additional, redacted version of the document, blocking out the limited matter comprising the confidential portions.

///

///

///

3

8. This order shall continue in effect after the conclusion of the proceedings in *Mitchell  v. United States*, and specifically shall apply in the event of any retrial of all or any portion of Movant's criminal case or in any clemency proceeding.  Any modification or vacation of this order shall only be made upon notice to, and an opportunity to be heard from, both parties.

IT IS SO ORDERED

DATED: _____                   _____

HONORABLE MARY MURGUIA
UNITED STATES DISTRICT JUDGE

Presented By:

SEAN K. KENNEDY
Federal Public Defender

*    /s/ Statia Peakheart    *
STATIA PEAKHEART
Deputy Federal Public Defender

Attorneys for Movant
LEZMOND CHARLES MITCHELL

4

# CERTIFICATE OF SERVICE

XXX   I hereby certify that on ____JUNE 8, 2009____, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

VINCENT Q. KIRBY, AUSA

                                        JUNE 9, 2009
XX    I hereby certify that on _____, I served the attached document by _____MAIL_____
(insert service method: mail, courier service, in-person delivery, e-mail)
on the following, who are not registered participants of the CM/ECF System:

CAPITAL CASE STAFF ATTORNEY, EVO A. DECONCINI COURTHOUSE
405 WEST CONGRESS STREET, SUITE 1500, TUCSON, AZ

                              s/ AMY REEDY