UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**Lezmond Mitchell**
Petitioner

v.

**United States of America**
Respondent

CASE NO.  **CV-09-8089-PCT-MHM**

NOTICE TO FILER OF DEFICIENCIES IN
ELECTRONICALLY FILED DOCUMENTS

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Sealed Lodged Proposed Exhibits #14* filed by *Statia Peakheart*:

☒  A Motion to Seal must be filed separately in order for the court to rule on whether a Lodged Proposed Document can be filed under seal.

**ACTION REQUIRED BY THE FILER**

☒  The deficiency must be corrected within one (1) business day of this notice.
☒  Please file a Motion to Seal Document for the Proposed Exhibits which you want to be sealed, document #14.

Please refer to our **Electronic Case Filing Administrative Policies and Procedures Manual** which can be found at our court's website at www.azd.uscourts.gov . Click on the **Electronic Case Filing** link and then on **Administrative Policies & Procedures Manual**. The instructions for filing Sealed and Ex Parte documents can be found starting on **page 15.**

If the Motion to Seal is granted the Clerk's Office will officially file these documents under seal.