SEAN K. KENNEDY (145632)
(Sean_Kennedy@fd.org)
Federal Public Defender
STATIA PEAKHEART (200363)
Deputy Federal Public Defender
(Statia_Peakheart@fd.org)
321 E. Second Street
Los Angeles, CA 90012
Telephone:   (213) 894-2854
Facsimile:   (213) 894-0081

Attorneys for Defendant-Movant
LEZMOND CHARLES MITCHELL

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LEZMOND CHARLES MITCHELL,<br><br>        Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | **CAPITAL CASE**<br>28 U.S.C. § 2255<br><br>Case No.: CV-09-8089-MHM (MEA)<br><br>***Ex Parte* Application to File *Under Seal* Volume (#7) of Exhibits 92, 93 & 94, Memorandum of Points and Authorities**<br><br>Filed Concurrently:  Proposed Order |

Movant Lezmond Charles Mitchell, through his undersigned counsel, hereby applies to this Honorable Court for an order that Exhibits 92, 93, and 94 (filed in a volume (#7)) to Motion to Set Aside Sentence, filed on June 8, 2009, be filed under seal.

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987). Local Rule 5.6 provides that a party may request that documents be filed under seal.

This *Ex Parte* Application is based upon the Motion for Protective Order filed June 8, 2009, the memorandum of points and authorities to this *Ex Parte* Application, all files and records in this case, and such further information as may be adduced to the Court with respect to this application.

Should the Court decline to order that the lodged Document be filed under seal, Mr. Mitchell requests that the Court not make Volume (#7) of Exhibits 92-94 a part of the *public* court record, and order the Clerk to return the lodged volume to his defense counsel.

Respectfully submitted,
SEAN K. KENNEDY
Federal Public Defender

DATED: June 10, 2009            By   */s/ Statia Peakheart*
                                STATIA PEAKHEART
                                Deputy Federal Public Defender

1

### **MEMORANDUM OF POINTS AND AUTHORITIES**

In *Bittaker v. Woodford*, 331 F.3d 715 (9th Cir. 2003), the Ninth Circuit upheld the District Court's Protective Order precluding use of the petitioner's privileged materials "for any purpose other than litigating the federal habeas petition, such as barring the Attorney General from turning them over to any other persons or offices, including, in particular, law enforcement or prosecutorial agencies." *Id.* at 717. To that end, *Bittaker* specifically speaks to the method that should be followed in protecting the confidentiality of attorney-client communications and materials. The Ninth Circuit stated that the district court must "ensure compliance with . . . the limitations impose[d] on the dissemination of confidential materials." *Bittaker*, 331 F.3d at 728. Based upon *Bittaker*, the only way to ensure compliance is through a sealing order so that the confidential materials are not subject to public inspection.

Further, a *Bittaker* Protective Order is meant to extend to any potential retrial of Petitioner:

> If a prisoner is successful in persuading a federal court to grant the writ, the court should aim to restore him to the position he would have occupied had the first trial been constitutionally error-free. Giving the prosecution the advantage of obtaining the defense case file - and possibly even forcing the first lawyer to testify against the client during the second trial - would assuredly not put the parties back at the starting gate.

*Id.* at p. 722.

Movant, in this case, is filing a 28 U.S.C. § 2255 Motion to Set Aside his Sentence on June 8, 2008. In support of that Motion, Mr. Mitchell wishes to include as exhibits documents which are derived from the files of his trial counsel. If Movant submits the documents from trial counsel's file before a *Bittaker*

1

Protective Order is in place, Movant runs the risk of waiving the protections as outlined in *Bittaker*.  *Bittaker*, 313 F.3d at 719-20.

In light of this, Movant is filing this *ex parte* application for a *Bittaker* protective order concurrently with his motion.  Because Movant wishes to support his Motion with all relevant available documentation, Mitchell requests this Court grant a standard *Bittaker* Protective Order in this case concurrently with the filing of Movant's motion. Petitioner attaches to this *Ex-Parte* Application a Proposed Protective Order which includes this standard language.

## CONCLUSION

For the foregoing reasons, and the reasons cited in Motion for Protective Oder, the Court should direct the Office of the Clerk to filed under seal Volume (#7) of Exhibits 92-94, lodged on June 8, 2009.

Should the Court decline to order that the lodged volume be filed under seal, Mr. Mitchell requests that the Court not make Volume (#7) of Exhibits 92-94 a part of the *public* court record, and order the Clerk to return the lodged volume to his defense counsel.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

Date: June 10, 2009        By:   */s/ Statia Peakheart*
STATIA PEAKHEART
Deputy Federal Public Defender

Attorneys for Petitioner
LEZMOND CHARLES MITCHELL

2

**CERTIFICATE OF SERVICE**

X      I hereby certify that on  JUNE 10, 2009 , I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

 VINCENT Q. KIRBY, AUSA

X      I hereby certify that on  JUNE 10, 2009 , I served the attached document by

 MAIL

(insert service method: mail, courier service, in-person delivery, e-mail)

on the following, who are not registered participants of the CM/ECF System:

 CAPITAL CASE STAFF ATTORNEY, EVO A. DECONCINI COURTHOUSE

 405 WEST CONGRESS STREET, SUITE 1500, TUCSAN, AZ 85701-5010

 /s/ AMY REEDY

3