SEAN K. KENNEDY (145632)
(Sean_Kennedy@fd.org)
Federal Public Defender
STATIA PEAKHEART (200363)
Deputy Federal Public Defender
(Statia_Peakheart@fd.org)
321 E. Second Street
Los Angeles, CA 90012
Telephone:   (213) 894-2854
Facsimile:   (213) 894-0081

Attorneys for Defendant-Movant
LEZMOND CHARLES MITCHELL

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| LEZMOND CHARLES MITCHELL,<br><br>        Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | **CAPITAL CASE**<br>28 U.S.C. § 2255<br><br>Case No.: CV-09-8089-MHM (MEA)<br><br>**Proposed Order Granting *Ex Parte* Application and File Under Seal Volume (#7) of Exhibits 92, 93 & 94** |

IT IS HEREBY ORDERED THAT:

For Good cause shown, the Court GRANTS Movant's "*Ex Parte* Application to File *Under Seal* Volume (#7) of Exhibits 92, 93 & 94," lodged by Movant's counsel under seal on June 8, 2009, and directs the Office of the Clerk to file the lodged Volume of Exhibits 92, 93 and 94, under seal.

Dated: _____                    _____
                                                              HON. MARY H. MURGUIA
                                                              United States District Judge

1

**CERTIFICATE OF SERVICE**

X        I hereby certify that on  JUNE 10, 2009 , I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

  VINCENT Q. KIRBY, AUSA

X        I hereby certify that on  JUNE 10, 2009 , I served the attached document by

        MAIL

(insert service method: mail, courier service, in-person delivery, e-mail)

on the following, who are not registered participants of the CM/ECF System:

    CAPITAL CASE STAFF ATTORNEY, EVO A. DECONCINI COURTHOUSE

    405 WEST CONGRESS STREET, SUITE 1500, TUCSAN, AZ 85701-5010


                                                    /s/ AMY REEDY

2