**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lezmond Mitchell, | ) No. CV-09-8089-PCT-MHM |
| Petitioner, | ) DEATH PENALTY CASE |
| vs. | ) |
| | ) **ORDER** |
| United States of America, | ) |
| Respondent. | ) |
| | ) |

On June 8, 2009, Petitioner filed a "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence By A Person in Federal Custody" along with 126 supporting exhibits. (Dkts. 9-12). Petitioner has also filed motions for authorization to interview jurors (Dkt. 1), for a protective order (Dkt. 13), and to seal exhibits 92-94 (Dkt. 16). Having reviewed all of the pending motions,

**IT IS HEREBY ORDERED** that no later than 90 days after the filing date of this Order, Respondent shall file an answer to Petitioner's motion under 28 U.S.C. § 2255. Respondent's answer shall fully comply with Rule 5 of the Rules Governing Section 2255 Proceedings.

**IT IS FURTHER ORDERED** that no later than 45 days after the filing of Respondents' answer, Petitioner may file a reply.

**IT IS FURTHER ORDERED** that no later than 10 days after the filing of this Order Respondent shall file a consolidated response to Petitioner's motions to interview jurors, for

protective order, and to seal exhibits 92-94. Any consolidated reply shall be filed no later than 5 days after the filing of the response.

DATED this 26th day of June, 2009.

Mary H. Murgula
United States District Judge