SEAN K. KENNEDY (145632)
(Sean_Kennedy@fd.org)
Federal Public Defender
STATIA PEAKHEART (200363)
Deputy Federal Public Defender
(Statia_Peakheart@fd.org)
321 E. Second Street
Los Angeles, CA 90012
Telephone:   (213) 894-2854
Facsimile:   (213) 894-0081

Attorneys for Defendant-Movant
LEZMOND CHARLES MITCHELL

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| LEZMOND CHARLES MITCHELL, <br><br>        Movant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br>        Respondent. | **CAPITAL CASE** <br> 28 U.S.C. § 2255 <br><br> Case No.: CV-09-8089-MHM <br><br> **[Proposed] Order Granting** *Ex Parte* **Application and Setting Schedule For Filing of Amended  § 2255 Motion, Answer and Reply** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:

1.     No later than November 18, 2009, or 90 days after this Court rules on Mitchell's "Motion for Authorization to Interview Jurors . . .," whichever is later, Mitchell will file an amended § 2255 motion.

2.     No later than 90 days after Mitchell files the amended 28 U.S.C. § 2255 motion, Respondent shall answer the amended motion.  Respondent's answer shall fully comply with Rule 5 of the Rules Governing Section 2255 Proceedings.

///

///

///

1

3.      **N**o later than 45 days after the filing of Respondents' answer, Petitioner may file a reply.

IT IS SO ORDERED.

DATED:

_____
HON. MARY H. MURGUIA
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

VINCENT Q. KIRBY, AUSA

I further certify that on August 26, 2009, I served the attached document by first class mail on the following, who are not registered participants of the CM/ECF System:

CAPITAL CASE STAFF ATTORNEY
EVO A. DECONCINI COURTHOUSE
405 WEST CONGRESS STREET, SUITE 1500,
TUCSON, AZ 85701-5010

_____/s/_____
**AMY REEDY**