DENNIS K. BURKE
United States Attorney
District of Arizona

VINCENT Q. KIRBY
Assistant U.S. Attorney
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004
Arizona State Bar No. 6377
Telephone (602) 514-7500

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Lezmond Mitchell,<br><br>                    Movant,<br><br>        v.<br><br>United States of America,<br><br>                    Respondent. | **CV-09-8089-MHM (JI)**<br><br>**GOVERNMENT'S MOTION TO EXTEND TIME IN WHICH TO FILE A RESPONSE TO MOVANT'S PETITION TO VACATE, SET ASIDE, OR CORRECT SENTENCE** |

The United States of America, by and through undersigned counsel, respectfully request that date by which to respond to Movant's Motion now due September 28, 2009 be extended from approximately four (4) months due to the fact that the government needs more time. This request is based on the attached Memorandum of Points and Authorities.

Respectfully submitted this 22nd day of September, 2009.

DENNIS K. BURKE
United States Attorney
District of Arizona


*/s/Vincent Q. Kirby*
VINCENT Q. KIRBY
Assistant U.S. Attorney

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

On June 8, 2009, Movant filed a 214 page Motion seeking to Vacate, Set Aside or Correct a Sentence, raising 25 issues, many with subparts.  The attached exhibits totaled approximately 1600 pages.

Many of his complaints are based on ineffective assistance of trial counsel as well as some pertaining to his appellate counsel.  In particular, he complains that his attorneys failed to develop any psychiatric or substance abuse defense at trial or during the sentencing phase for which he relies heavily on three reports..  The government has never been in possession of the interview of Dr. Fields (Exhibit 92), nor the social history report of Vera Ockenfels (Exhibit 93) nor Dr. Morenz' report (Exhibit 94).  The government requested in an August 31, 2009 letter a copy of those reports, to which there has been no reply.  More importantly, the Court ordered Movant to turn over those reports within ten (10) days of its September 4, 2009 Order.  Movant's counsel has refused to comply.  As a result, the government cannot investigate any of the issues relating to these reports.

The government has also been advised that all of counsels' notes, as well as investigators' notes are with the file in the possession of Movant's counsel in Los Angeles, CA and arrangements will have to be made to review them as well.

Finally, the government has been unable to interview the trial counsel, as well as other members of their office, due to a "policy" of the Federal Public Defender's Office not to grant interviews without a written waiver of the attorney-client privilege or a court order.  An August 27, 2009 letter requesting such a written waiver has not been answered by Movant.  The government may seek the Court's assistance.  Until this issue of the waiver is resolved, the government's investigation cannot proceed.

//

//

//

For these reasons, additional time is needed..

Respectfully submitted this 22nd day of September, 2009.

DENNIS K.  BURKE
United States Attorney
District of Arizona


*/s/Vincent Q. Kirby*
VINCENT Q. KIRBY
Assistant U.S. Attorney

3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing  and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

SEAN K KENNEDY

STATIA PEAKHEART

I further certify that on September 22, 2009, I served the attached document by first class mail on the following, who are not registered participants of the CM/ECF System:

CAPITAL CASE STAFF ATTORNEY
EVO A. DECONCINI COURTHOUSE
405 West Congress Street, Suite 1500
Tucson, AZ 85701-5010

*S/Joyce Stern*

4