# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Lezmond Mitchell,                          )    No. CV-09-8089-PCT-MHM
                                           )
      Petitioner,                      )    DEATH PENALTY CASE
                                           )
vs.                                        )
                                           )
                                           )    **ORDER**
United States of America,                  )
                                           )
      Respondent.                      )
                                           )
_____        )

Respondent has moved for a four-month extension of time to file its answer to Petitioner's § 2255 motion. Respondent asserts that its investigation cannot proceed until it obtains several documents Petitioner submitted to the Court *ex parte* in support of his ineffectiveness claims and is provided an opportunity to review trial counsel's files.

Petitioner filed his § 2255 petition on June 8, 2009. On June 29, the Court directed Respondent to file an answer within 90 days. The instant motion neglects to set forth what, if any, efforts were expended on the answer during this lengthy period. The Court finds that no more than an additional sixty days is warranted. Accordingly,

**IT IS ORDERED** that Respondent's Motion to Extend Time In Which to File a Response to Movant's Petition to Vacate, Set Aside, or Correct Sentence is **GRANTED IN PART**. Respondent's answer shall be filed no later than November 30, 2009.

DATED this 2nd day of October, 2009.

Mary H. Murguia
United States District Judge