DENNIS K. BURKE
United States Attorney
District of Arizona

VINCENT Q. KIRBY
Assistant U.S. Attorney
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004
Arizona State Bar No. 6377
Telephone (602) 514-7500

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Lezmond Mitchell,<br><br>                    Movant,<br><br>          v.<br><br>United States of America,<br><br>                    Respondent. | **CV-09-8089-MHM (JI)**<br><br>**GOVERNMENT'S RESPONSE PETITIONER'S MOTION TO SEAL PRIVILEGED EXHIBITS** |

The United States of America, by and through undersigned counsel, respectfully requests that the Court deny the Motion to Seal Privileged Exhibits because he has failed to produce a compelling reason to justify such action.  This request is based on the attached Memorandum of Points and Authorities.

Respectfully submitted this 16th day of October, 2009.

DENNIS K.  BURKE
United States Attorney
District of Arizona


*/s/Vincent Q. Kirby*
VINCENT Q. KIRBY
Assistant U.S. Attorney

## MEMORANDUM OF POINTS AND AUTHORITIES

On September 4, 2009 the Court issued an Order that, in part denied Petitoner's motion to seal exhibits 92, 93 and 94 finding that the right of public access trumped sealing records unless the propene could produce a compelling reason.  It also found: "[w]hen discovery materials are attached to a motion seeking action by the court, they become subject to the presumption of access. *Rushford v. New Yorker Magazine, Inc.*, 846 F.2d 249, 252 (4th Cir. 1988)".  In this case those exhibits have been attached to his dispositive habeas Motion.  The government is now in receipt of Exhibits 92, 93 and 94.

Petitioner's citation to *Kamakana v. City and County of Honolulu*, 447 F.2d 1172 (9th Cir. 2006 actually undermines his position and clearly supports the Court's.  The Ninth Circuit upheld the unsealing of documents attached to the summary judgement motion. *Id*. 1182.  The range of documents that have traditionally been kept secret for important policy reasons falls into two very narrow categories; either grand jury transcripts or warrant materials in the midst of a pre-indictment investigation.  If the documents do not fall into either of these categories then "there is strong presumption in favor of access." *Id*. 1178.

*Kamakana* confirmed the earlier rulings that when records are attached to dispositive motions the strong presumption in favor of access applies as well.  Therefore, a compelling reason to seal is required and is found to exist if the records might be used for an improper purpose such as "to gratify private spite, promote public scandal, circulate libelous statements or release trade secrets." *Id*.  1179.  The fact that these unsealed records may lead to embarrassment, incrimination, or exposure to further litigation is not a sufficient basis.  Further, if the court determines that a compelling reason has been shown, it must articulate its factual basis "without relying on hypothesis or conjecture. *Id*.  1179.

The records in this case have been liberally quoted in the habeas Motion which is already in the public purview.  The fact that Petitioner has not chosen to place the very damaging parts of the reports into his public Motion is understandable but does not justify sealing the record. He only offers speculation as to how the information could be used in the future against him.

Petitioner has failed to produce a compelling reason to overcome the presumption of access.  The Motion to seal should be denied.

Respectfully submitted this 16th day of October, 2009.

DENNIS K.  BURKE
United States Attorney
District of Arizona


*/s/Vincent Q. Kirby*
VINCENT Q. KIRBY
Assistant U.S. Attorney

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing  and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

SEAN K KENNEDY

STATIA PEAKHEART

I further certify that on October 16, 2009, I served the attached document by first class mail on the following, who are not registered participants of the CM/ECF System:

CAPITAL CASE STAFF ATTORNEY
EVO A. DECONCINI COURTHOUSE
405 West Congress Street, Suite 1500
Tucson, AZ 85701-5010

 *S/Joyce Stern*

4