UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Lezmond Charles Mitchell, | CV-09-08089-MHM ( JI) |
| Petitioner, | |
| v. | ORDER DECLARING ATTORNEY-CLIENT PRIVILEGE WAIVED |
| United States of America, | |
| Respondent. | |

Upon motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that by virtue of Petitioner's filing of the Motion to Vacate, Set Aside or Correct Sentence, Petitioner has waived his attorney client privilege in regards to the issues that he has raised.

Excludable delay under 18 U.S.C. § 3161(F) is found to commence on _____ for a total of_____ days.

DATED this _____ day of _____, 2009.

_____
HONORABLE MARY H. MURGUIA
United States District Judge