UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LEZMOND CHARLES MITCHELL | Case No.: CV-09-8089-MHM |

**Exhibits 143-144 in Support of Amended Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, Or, in the Alternative, Pursuant to 28 U.S.C. § 2241**

---------------

**Filed Pursuant to Rule 15(a)(1),
Federal Rule of Civil Procedure**

SEAN KENNEDY (Calif. Bar No. 145632)
Federal Public Defender
STATIA PEAKHEART (Calif. Bar No. 200363)
Deputy Federal Public Defender
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-2854
Facsimile:   (213) 894-0081

Attorneys for Defendant-Movant
LEZMOND CHARLES MITCHELL

*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS 143- 144 IN SUPPORT OF
MOTION TO VACATE SENTENCE

143.  Declaration of Hilary Weaver, D.S.W., 11-03-2009

144.  Declaration of Barry Morenz, M.D., 11-12-2009

## DECLARATION OF HILARY N. WEAVER, D.S.W.

I, Hilary N. Weaver, D.S.W., declare:

1)    I am a social worker with expertise in cultural issues in the counseling process, cultural competence, with a particular emphasis on Native Americans. I am a Professor at the University of Buffalo – State University of New York (SUNY) in the Social Work program. I have taught at the University of Buffalo (SUNY) since 1993. I have a doctorate degree from Columbia University School of Social Work. A true and correct copy of my education, publications and professional experience is contained in my curriculum vitae, attached to this report as Exhibit A.

2)    Attorneys for Lezmond Mitchell have asked me to evaluate Lezmond's social history and background, with particular attention to his family, cultural, education, medical and psychiatric history. I conducted this assessment to determine what social, emotional, and intellectual factors influenced Lezmond's prenatal development, childhood, adolescence and adulthood. They asked me to determine whether Lezmond experienced childhood trauma (*i.e.*, physical and emotional abuse, deprivation, abandonment and/or neglect); and if so, to identify the possible effects of childhood maltreatment on Lezmond's subsequent social, emotional and intellectual development. In addition, they asked me to consider

1

Ex 143 - 1853

Lezmond's experiences growing up in abusive and neglectful circumstances in Arizona and California. They asked me to determine if his family, social service agencies, schools and correctional institutions failed to intervene in such a manner as to effect his social, psychological and intellectual development from birth to childhood. One goal of my evaluation is to identify social history information that could have been presented at Lezmond's capital murder trial, particularly at the sentencing or penalty phase of his trial.

3)     In reaching my professional opinion, I have reviewed extensive documentary evidence about Mr. Mitchell, his family and the trial at which he was sentenced to death, including the following:  medical and psychological records of Lezmond Mitchell; school records of Lezmond Mitchell; institutional records of Lezmond Mitchell; approximately thirty written statements of Mitchell family members and acquaintances; and the written statements of professionals who chronicle Lezmond's life in his family, at school and in his community. I attach a true and correct copy of the list of materials I reviewed as Exhibit B. I also interviewed Lezmond Mitchell at the federal penitentiary in Terre Haute, Indiana, as well as his mother, Sherry Mitchell in her home, on the Navajo reservation. Finally, I traveled to various locations on the Navajo reservation to gain familiarity with the area where Lezmond spent some of his childhood and teenage years,

2

Ex 143 - 1854

including visiting the communities of Lukachukai, Round Rock and Red Mesa, Arizona.

## Overview

4)      Lezmond Mitchell is a twenty-seven-year-old condemned inmate incarcerated on death row in Terre Haute, Indiana since December 2003. Born in September 1981, Lezmond is one-fourth Navajo, one-fourth white, and one-half Marshallese. (Ex. 2.) He is enrolled as a member of the Navajo Nation and is listed as one-quarter Navajo. (Ex. 3.) Lezmond's maternal grandparents, Bobbi Jo and George Mitchell, were his primary caretakers most of his life, at times together and more often one of them separately. George Mitchell was full-blooded Navajo, and Bobbi Jo Mitchell was white, though she claimed Native American heritage. Both Bobbi Jo and George are deceased. Lezmond's mother, Sherry Mitchell, presently lives on the Navajo reservation.

5)      Lezmond's father, Foster Hemil, was from the Marshall Islands. Foster Hemil is deceased. His death certificate lists the cause of death as liver failure secondary to chronic liver disease, which was itself due to a chronic and active Hepatitis B-infection. (Ex. 35.) Sherry Mitchell and Foster Hemil did not marry and Lezmond never met his father or any paternal family members.

3

Ex 143 - 1855

6)    Sherry was a student at Navajo Community College when she found out she was pregnant with Lezmond. She did not tell her parents she was pregnant, though her father found out when he came to visit Sherry. Sherry never told her mother; Bobbi found out when Sherry was admitted to the hospital to deliver Lezmond. Sherry wanted to establish a separate life from her parents, particularly to remove herself from their constant fighting and abusive treatment of her. (Ex. 105, ¶. 22.)

7)    Lezmond's life was marked by significant conflictual family relationships. These dysfunctional family dynamics preceded his birth and continued throughout his childhood and adolescence. Related to this was the continuous mobility in Lezmond's life. Rather than a stable, nurturing home, Lezmond experienced significant instability; he moved frequently, passed between various configurations of his three caregivers, his mother and his grandmother and grandfather. Sometimes Lezmond lived alone with one caretaker, and at other times he lived with two or three caretakers in the same home. Depending on whom Lezmond was living with, the degree of conflict at home fluctuated. Conflict and instability were the constants throughout Lezmond's childhood and adolescence.

8)    Three people had strong, shaping influences on Lezmond's life: his mother, Sherry Mitchell, and his maternal grandparents, Bobbi Jo and George

4

Ex 143 - 1856

Mitchell. It is notable that Lezmond has little recollection of any early peer relationships and the three adults noted above seem to dominate his life completely. In adolescence his peer relationships were stunted. At a time when peers typically take on increasing importance, Lezmond had only a few superficial peer relationships. He reports spending time with peers at that time in his life, but Lezmond also reports not having any close friends in whom he could confide. The brief exception to this is Lorenzo Reed, who Lezmond reports as like a brother to him and "the only really good friend I've ever had." The following sections recount the primary relationships that Lezmond had and the shaping influences they were on his social, emotional and intellectual development; the dominant sources of trauma in Lezmond's life from his childhood and adolescence, and an evaluation of the possible effects of trauma on Lezmond's subsequent responses to his life circumstances.

## The Shaping Relationships in Lezmond Mitchell's Life

### Sherry Mitchell

9)      Sherry Mitchell was the first child born to Bobbi Joe and George Mitchell in May of 1958 at Arkansas, Kansas. (Ex. 22.) During her childhood, Sherry's family moved frequently as her parents pursued different educational and employment opportunities. While some of Sherry's childhood was spent on the

5

Navajo reservation and she attended Bureau of Indian Affairs' schools, she also spent significant periods of time in California and graduated high school in North Carolina after transferring from Albuquerque, New Mexico. Sherry continued her education in Fresno, California area colleges until she attained a Bachelor degree that emphasized Early Childhood Education and Science. (Exs. 26, 27, and 28.) From 1992 to 1995, she attended a Lemoore, California college, achieving a Master of Education in Curriculum and Instruction and Administration. (Ex. 28.)

10) Despite her parents own advanced degrees in childhood development and education, Sherry suffered significant childhood abuse, particularly at the hands of her mother. Bobbi Jo was a demanding parent, assigning Sherry difficult tasks even when she was quite young. When Sherry's brother, Auska Kee Charles Mitchell, was born in 1966, Bobbi made Sherry responsible for his care. While still in elementary school, Sherry was responsible for the household cleaning and the care of her baby brother. (Ex. 105, ¶. 4.) No doubt this was difficult for a young child, yet Bobbi was never satisfied with Sherry's efforts. On at least one occasion, Bobbi's dissatisfaction with Sherry's vacuuming, resulted in her beating Sherry's body and head with the steel hose of the vacuum cleaner. (Ex. 105, ¶. 6.) Auska was also beaten regularly by both Bobbi and George, usually with a belt. (Ex. 104, ¶. 10.)

6

11)  Both of her parents beat Sherry.  As demonstrated above, Bobbi beat Sherry with whatever implement was at hand.  George also beat Sherry, often with a belt, but including at least once with a hammer.  (Ex. 105, ¶. 8.)

12)  When Sherry got older, the fights with her mother became more physical and Sherry periodically fought back.  During one argument when Sherry was in high school, Bobbi began to choke her.  Sherry reacted by hitting Bobbi on the head.  When Bobbi fell, Sherry left the house and began walking to her job.  When her friend pulled up to offer her a ride, Sherry told her perhaps she should not be her friend because she may have just killed her mother.  (Ex. 105, ¶. 16.)

13)  During one fight between George and Bobbi, Sherry saw her mother storm out of the house with a gun.  Bobbi went up to the mesa behind their house; Sherry heard the gun go off.  When Sherry started to see if her mother were okay, her father stopped her, saying, 'If she killed herself, she killed herself, let her go.'  (Ex. 105, ¶. 9.)

14)  Auska confirms the constant fighting and violence in their home.  For example, his father once got out a bow and arrow and threatened to kill their mother.  (Ex. 104, ¶. 5.)  Another time, in desperation over his parents fighting, Auska yelled that his parents should just go ahead and kill him.  "So, my mother told me to stand behind the truck.  She then got in the truck, put it in reverse, and hit the gas.  I

7

managed to jump out of the way and avoid being hit before my mother slammed the truck into the side of the barn." (Ex. 104, ¶. 12.)

15)    Besides the physical abuse, Bobbi Jo did things to humiliate and demean both Sherry and Auska. For example, Bobbi forced Sherry to take ballet classes for years, although Sherry was obese and embarrassed by her appearance in a ballet outfit. (Ex. 105, ¶. 5.) Bobbi often told Auska how mean her own father had been to her and then declared how, much to her regret, Auska looked like his maternal grandfather. (Ex. 104, ¶. 9.) On one occasion, Bobbi announced to a crowd of people that she had been raped, and consequently Sherry's younger brother, Auska, might be the son of George's brother. This was a source of deep shame to Sherry, whose friend told her about it. The shame continues to this day, as Sherry links a particular beating by her mother, to Bobbi's discovery she was pregnant. (Ex. 105, ¶. 7.) In high school, Sherry remembers her mother often telling her that she was no better than a slave.

16)    Sherry's response to these verbal assaults was to be compliant to the demands of her mother, despite their conflicts, to keep a roof over her head. Even at that, Sherry slept on a shelf in an unheated garage of her parents'' house when she was a senior in high school; she desperately wanted to be away from her parents. (Ex. 105, ¶. 16.)

8

Ex 143 - 1860

17)    Perhaps most damaging to Sherry, and ultimately to Lezmond, was Bobbi's frequent charge against Sherry that Sherry and her father had a sexual relationship. Bobbi often accused Sherry of having sex with her father, including accusing Sherry of breaking up Bobbi's relationship with George. During one argument, Bobbi insinuated that Sherry was using birth control to accommodate having sex with her father. (Ex. 105, ¶. 11-12.) It seems George also used this inference in his fights with Bobbi, insinuating that he was in a sexual relationship with Sherry. (Ex. 105, ¶. 12.)

18)    In fact, when Sherry was a child and she traveled to ceremonies with her parents, they often shared a bed. When Bobbi stopped attending ceremonies with the family, and Sherry and George traveled alone, they continued to share a bed. Sherry thought it was a normal occurrence, to share a bed with her father. It was only as an adult she began to look at her father's ambiguous relationship with her. For example, besides sharing her bed when they traveled, George dyed his hair to maintain a younger appearance. People often mistook George and Sherry for husband and wife. (Ex. 105, ¶. 13.) Sherry had a dream as a teenager, which involved someone with whiskers kissing her. When she woke up, no one was there. In a later conversation, her father told her it was a spirit she felt. As an adult, a medicine man told Sherry he believed her father molested her. (Ex. 105, ¶. 15.)

9

Ex 143 - 1861

Some degree of family dysfunction is apparent in these behaviors, whether sexual intercourse was involved or not. It may have also been a way for George to antagonize his wife further. Clearly other people in the community knew of these twisted family relationships.

19) Later in Lezmond's life, he heard these accusations and insinuations about his mother and grandfather. He did not understand what the words suggested until he was older. When Lezmond was younger, his grandmother instructed him to call his grandfather, Poppa, as though he was Lezmond's father figure. (Ex. 105, ¶. 14.) Then, during an argument in middle school, Bobbi yelled at Lezmond, saying his mother had been raped and no one knew who his father was. (Ex. 135, ¶. 13.)

20) Bobbi Jo was apparently struggling with some degree of mental illness during these years. Both Sherry and Auska describe unusual symptoms in their mother, beyond what they saw as her abusive behavior. Auska linked the change in his mother to a time when a student threw her against a brick wall; he heard talk at home about Bobbi having a brain injury. (Ex. 104, ¶. 3.) However, when Sherry was still in elementary school, she thought her mother went into long-lasting trances. Sherry remembers Bobbi was seeing a psychologist and taking prescription medications, including Darvon and Valium, during this time. (Ex. 105, ¶. 32.)

10

Ex 143 - 1862

21)    These arguments and beatings and threats to life, are grossly outside the realm of the loving, supportive environment a child needs to become a well-adjusted, functioning adult. Growing up, Sherry and Auska managed to survive in this extremely violent environment, but neither emerged unscathed. The damage done to Sherry affected every aspect of her life, including her ability to effectively parent Lezmond. Both Sherry and Auska fled home when they could do so.

22)    Sherry met Lezmond's father, Foster Hemil, when they were both college students in Arizona. Today, Sherry's presentation is that she decided to have a child and selected Hemil as an appropriate man to father her child. However, three years prior to Lezmond's birth, Sherry sought an abortion, and Hemil's background suggests a more complicated beginning to Lezmond's conception. (Ex. 65; Ex. 30.) Hemil was born in the Marshall Islands and had come to Arizona to attend community college. (Ex. 37.) He was a student at Diné College from the fall of 1979 to the spring of 1981. (Ex. 38.) Lezmond was born in September of 1981. (Ex. 2.) Sherry and Hemil had no contact after Lezmond was born, until Sherry filed a Petition for Child Support in April of 1983, in Orange County, California. She named Foster Hemil as Lezmond's father in that petition. (Ex. 32.) Hemil was already in the custody of the Orange County Sheriff's Department on burglary and sexual battery charges filed the previous month. (Ex. 40.) From the records

11

Ex 143 - 1863

available, it appears Hemil avoided a prison sentence on the burglary and sexual assault charges by agreeing to return to the Marshall Islands. He did not pay child support to Sherry for Lezmond. At the time of Hemil's death, he was the father of at least six children by four different women, including Lezmond Mitchell. (Ex. 67; Ex. 101, ¶. 6.) One of his children, Foster Hemil, Jr., Lezmond's half-brother, recently committed suicide. [Ex. 138]

23) Sherry hid her pregnancy from her parents. It was not until George came to visit Sherry at college and saw her pregnant that anyone in her family knew Sherry was expecting. Bobbi did not find out Sherry had become a mother, until after the delivery of Lezmond. (Ex. 105, ¶. 22.)

### Sherry's Relationship with Lezmond during His Childhood

24) Sherry and Lezmond lived in their own home in Chilchinbito, Arizona, on the Navajo Reservation, but away from Sherry's parents. Sherry attended college, while trying to care for Lezmond. It was a tremendous load to balance - her own education, maintaining a home for herself and Lezmond and meeting the needs of a baby. Within a year or so, Sherry concluded she could not maintain herself, her toddler son and complete her education. She needed the help of her parents. Sherry asked her parents to care for Lezmond.

12

25)     At first, Sherry maintained a strong presence in Lezmond's life, even while Bobbi or George was providing his primary care taking. This proved difficult for Sherry, as Bobbi's domineering personality continuously undermined Sherry's authority with Lezmond. Sherry found it hard to stand up to Bobbi in decisions concerning her son. Sherry fought with her mother over this, in their life long pattern. At one point, during an argument Sherry told her mother she wanted Lezmond back; she was tired of arguing over the Lezmond's care. During that argument, Bobbi became violent and hit Sherry with a porcelain figure. When Lezmond was five years old, he lived in Sanders, Arizona with his grandfather, where he started kindergarten. Part way through Lezmond's kindergarten year, George moved to Kin-Li-Chee, Arizona, also on the reservation. Lezmond lived with George and Bobbi there. Lezmond's primary memory from this time is the constant fighting in his family. (Ex. 135, ¶. 12.)

26)     For example, during one visit by Sherry and Bobbi, Lezmond was lying on the floor, trying to hit flies with a swatter. Bobbi and George were arguing over something and Sherry was about to start arguing with Bobbi. Lezmond felt the tension in the room. When a fly landed on Bobbi a second time, she grabbed the swatter and hit Lezmond on his back and legs; he covered his head with his hands

13

and she hit his hands too. This went on as neither Lezmond's grandfather nor mother intervened on his behalf. (Ex. 135, ¶. 10.)

27)    When Lezmond was six years old, Sherry relinquished his guardianship to Bobbi Jo. The document created for the legal purpose of giving Bobbi the authority to raise Lezmond states Bobbi has been supporting Lezmond for six years and has full decision making authority over him. (Ex. 33, p. 1.) In the ongoing tug-of-war over Lezmond, the following year, Sherry tried to revoke the guardianship. (Ex. 33, p. 2.)

28)    This decision is a reflection of the depth of damage done to Sherry, inflicted on her by Bobbi Jo. Sherry knew her parents were abusive; she knew her mother was demeaning, argumentative and violent. Sherry knew her mother, in particular, had been abusive to her as a child and young adult. Sherry knew her mother was already playing out the same abusive patterns on Lezmond. Knowing all of this, Sherry nonetheless left her son with her mother. This act speaks to the tremendous pressures Sherry must have felt to complete her education, to have a measure of "success" in her life. Both of her parents were well-educated. Bobbi had obtained a doctoral degree. They had given Sherry the message many times and in many ways as a child and adolescent that she had not measured up to her mother's expectations. It is likely Sherry was both told and felt she had little choice but to put

14

Ex 143 - 1866

her own education over her child's well-being. Sherry's desire to be independent and to support her child necessitated attaining a stable income. (Ex. 105, ¶. 24-25.) She hoped this would be a brief solution to her situation and told all involved that she would be able to reclaim Lezmond shortly. These things likely played a part in the decision to deliver Lezmond to the person who was a source of so much pain in Sherry's own life, Bobbi Jo. Sherry felt she had no choice; she had been so injured by her own mother that she could not recognize what she was going to Lezmond.

29)    Lezmond is clear about the pain this abandonment by his mother caused him. His strongest memory from this time in his childhood is his heartbreak in trying to figure out why his mother was leaving him behind and why she did not allow him to go with her. Throughout Lezmond's life thereafter, he knew Sherry was his biological mother and he continued to love her, he never again saw her as the primary adult in his life. In conversation with Lezmond about his mother, he recounts all of his experiences with her with a taint of great sadness.

30)    Lezmond moved to Hanford, California in 1988, where Bobbi was employed as a special education teacher. He began kindergarten again; Sherry told Lezmond he had to repeat kindergarten because he was immature. Sherry lived with Lezmond and Bobbi in Hanford that school year, while she worked as a secretary.

15

She left the area before Lezmond started first grade. Lezmond saw his grandfather, George during vacations and holidays.

31) Lezmond lived with his grandmother in California for three years, until 1991. He attended three different elementary schools during that time, transferring from public to private and back to public school. (Exs. 7, 8, 9.) The changes in schools added to the instability in Lezmond's life, due to the chaos he lived with at home. Bobbie beat Lezmond regularly with whatever she could get her hands on - broom handles, appliance parts, and a ruler. (Ex. 135, ¶. 16.) Sometimes the beatings were related to problems Lezmond had at school, but other times the beatings were completely random. For example, once when Lezmond was lying on his bed in his bedroom with headphones on, listening to music, he did not hear his grandmother calling him. When Bobbi charged into his room, she tore the headphones from his head and hit Lezmond with the cassette tape player, narrowly missing his head. (Ex. 135, ¶. 16.)

32) Lezmond's school records during this time reflect this chaos. The teachers' notes on his curriculum records indicate Lezmond's problems with self-control, motivation to finish his work, following instructions, and appropriate social behavior. (Exs. 8, 9.)

16

Ex 143 - 1868

33) During these years, Bobbi gave an outward appearance of being a concerned parental figure in Lezmond's life, available for school conferences, and participating in Lezmond's school life as a well-educated professional in the developmental needs of children. However, at home, Bobbi was cruel to Lezmond, using shame and humiliation as part of her parenting arsenal. She berated Lezmond about his weight. (Ex. 105, ¶. 19.) She frequently told him that he would not amount to anything. She called him vile names. (Ex. 135, ¶. 18.) The upheaval in Lezmond's life was all-encompassing. On any given day, Lezmond was not sure what would happen when he got home due to the persistent verbal and, sometimes, physical abuse. Even when Sherry was living with them, she did not intervene with her mother, on Lezmond's behalf. Lezmond only felt safe when his grandmother went to bed at night. (Ex. 135, ¶. 23.)

34) Sadly, though Lezmond's mother felt a determination to break what she termed the cycle of abuse she had suffered at the hands of her mother, Bobbi, she was not able to do that. At best, she ignored the abuse Bobbi inflicted on Lezmond. At worst, Sherry abused Lezmond herself. (Ex. 93, p. 9.)

35) Lezmond began third grade at Avenal Elementary School in the fall of 1990. He struggled at school. One teacher described Lezmond as likeable, but

17

acting out for his peers. (Ex. 9.) Lezmond performed below grade level on all standardized tests that year. (*Id.*)

36)    There are conflicting explanations for what prompted Lezmond to be sent to live with George in 1991. Lezmond believes his school performance prompted Bobbi to send him away. Sherry believes she had to send Lezmond to live with her father, because an assistant principal told her Lezmond had to leave the school. Sherry worked at the school, but did not yet have her teaching certificate. She feared losing her job if she did not send Lezmond to the reservation to live with his grandfather. (Ex. 105, ¶. 25.) Lezmond remembers his mother getting ready to go to work one morning, and as she went out the door, she quickly told him he was not going to school, but going with his grandfather to live in Arizona. She left without a good-bye. For Lezmond, as an 8-year-old child, this was another time when his mother abandoned him. (Ex. 135, ¶. 24.) Lezmond returned to the Navajo reservation and was placed in the third grade at Round Rock Elementary School. (Ex. 10.)

37)    At Round Rock Elementary School, Lezmond's grades improved in most subjects, however Lezmond was literate only in English. The other students in Lezmond's class were literate in the Navajo language and were beginning to learn English as their second language. It was a source of ostracism and isolation for

18

Lezmond; they teased him for his lack of Navajo language skills, even as he excelled in English classes in school. The resulting fallout for Lezmond was isolation from classmates and difficult social relationships with others. (Ex. 10.) In the fall of 1992, Lezmond entered fourth grade at Round Rock Elementary School. His grandfather was his teacher. His cumulative record again notes, Lezmond's lack of Navajo language skills. (Ex. 10.)

38) Lezmond returned to California to live with his mother for his sixth grade year. By this time, Lezmond had not lived with his mother for four or five years. When he last lived with Sherry, she had dismissed him with little notice, sending him back to the reservation when she felt his behavior at school threatened her job. This was another year of changing schools for Lezmond and now returning to his mother who previously abandoned him, all of which was extremely stressful for Lezmond.

39) Sherry's response to having Lezmond live with her again was to attempt to exert extreme control - asking her former students to report on Lezmond's conduct at school to her, requiring him to check in every thirty minutes with her when he was out of school. (Ex. 135, ¶. 26.) Sherry expressed frustration at the amount of food Lezmond ate, and the strain it placed on her budget. She was also frustrated that he did not keep his room clean, nor keep up with chores she assigned to him. Sherry

19

blamed Lezmond's "bad habits" on the lack of structure imposed on him while he lived on the Navajo reservation. Amid the arguments and struggles between Sherry and Lezmond, it is no surprise that given opportunity, Lezmond began to experiment with smoking marijuana and drinking alcohol as a method of coping with his feelings. (Ex. 135, ¶. 26.)

40)     Lezmond spent time during the summer between his sixth and seventh grade years, staying in Arizona with his grandparents. The violent atmosphere continued - both verbally and physically. Lezmond returned to California to live with his mother at the beginning of seventh grade.

41)     During the Christmas holidays, Sherry and Lezmond returned to the reservation to stay with George and Bobbi. Lezmond and his mother got into an argument; Lezmond ran away, only to be found by his grandfather six or seven hours later at the trading post. For Sherry, her memory of this argument is wrapped up in her history of the tug-of-war with her parents over Lezmond. "One Christmas when Lezmond was in the seventh grade, he and I were visiting my parents on the reservation. Lezmond and I got into a fight, and he refused to return to California with me. George told Lezmond that Lezmond did not have to listen to me, or go with me. This made me angry, it was another time when they didn't respect my

20

parental authority. They did not back me up and gave him an out. Since then, I feel they stole Lezmond from me." (Ex. 105, ¶. 26.)

42)    Lezmond stayed behind on the reservation with his grandfather, and finished seventh and eighth grades at Red Mesa Junior High School in Arizona. Lezmond's school records from these years mirror the accumulated hurt, broken family relationships, the damage done by adults who fought over him, with him, and all around him without ever putting his needs ahead of their own.

43)    Lezmond did not live with Sherry again. She saw him periodically when she was working on the reservation and sometimes she spent weekends helping her aging parents at their home. At a peyote ceremony following Lezmond's high school graduation, Lezmond told Sherry, in front of all who attended the ceremony, that she had been a "lousy mother." (Ex. 105, ¶. 28.) Rather than hearing the thread of truth in that statement, Sherry saw this as another humiliating instance of her parents' failure to back her up, this time publically. (Ex. 105, ¶. 28.)

44)    One final aspect of Sherry's influence in Lezmond's life bears noting: Sherry has a strong belief in and aspect of the Dine' that has no exact English translation or counterpart, but it is commonly referred to as "Witchcraft." Very simply put, to the Dine', to believe in witchcraft is to believe in supernatural forces or phenomena. Sherry believes that her parents, George and Bobbi Jo, were

21

involved in the "bad" or "evil" aspect of witchcraft. Sherry speaks of witchcraft as a means of explaining to herself what has happened to Lezmond.

45)   Sherry is an articulate and educated woman whose life has been dominated by extreme struggles with her parents. She experienced physical and verbal abuse and likely sexual abuse as well, at the hands of her parents. Those negative relationships between Sherry and her parents continued into her adulthood and were directly passed on to Lezmond. In spite of Sherry's stated desire to provide a stable and nurturing home for Lezmond, she replicated the dysfunctional pattern of multi-generational instability that was ultimately extremely damaging to Lezmond. Finally, Sherry does not take responsibility for her part in allowing Lezmond to be battered about, literally and figuratively, seeking refuge in an explanation anchored in witchcraft.

Ex 143 - 1874

## Bobbi Jo Erwin Mitchell

46)    Bobbi Jo, Lezmond's maternal grandmother, was born January 5, 1942 in Cambridge, Kansas. (Ex. 48.) She died in May of 2005, on the Navajo reservation in Arizona. (Ex. 49.) As a child, Bobbi's family moved frequently, oil field to oil field, chasing work opportunities throughout Kansas and Oklahoma. Bobbi's mother was married several times that further complicated the family's frequent moves. Bobbi told others she attended twenty-six public schools by the time she was in the sixth grade. (Ex. 93, p. 3.) Various records describe Bobbi as Cherokee, Kiowa, or White; in conversation Bobbi usually stated an uncertainty about her own ethnic background but thought it was some mixture of Oklahoma Indian and Anglo.

47)    Very little detail is known about Bobbi's childhood. Later in Bobbi's life, she told a co-worker that she had a difficult childhood; she described her mother as an alcoholic and said she had been forced to work hard from the time she was about nine years old. (Ex. 117, ¶. 10.)

48)    Bobbi Jo Erwin met George Mitchell in Talequah, Oklahoma. George taught at Chilocco Indian School, while he attended college at Northeastern University in Oklahoma. They married in December of 1956; Bobbi was fourteen years old and George was thirty three years old at the time of their marriage. The

23

marriage certificate application indicates Bobbi and George added three years to Bobbi's age, listing her as a seventeen year old. (Ex. 43, 48.) When their first child was born, Sherry, in 1958, Bobbi was sixteen years old. (Ex. 22.) Bobbi and George's second child, Auska, was born in 1966. (Ex. 104, ¶. 1.)

49)    Despite marrying at a very young age and giving birth to her daughter when she was only sixteen years old, Bobbi Jo completed her G.E.D. in 1963. (Ex. 53.) After her second child was born, Bobbi Jo went on to graduate from Pacific College of Fresno in 1971. (Ex. 53.) Bobbi and George moved their family frequently, in part to support her educational aspirations as well as pursue career opportunities for herself and her husband. Bobbi completed a doctorate in education in 1989 and attained her credential as a school psychologist in 1992. (Ex. 53.) She held several prominent positions such as vice principal in Dos Palos-Oro Loma Joint Unified School District, principal of Tsaile Elementary School, and school psychologist at Kern County schools, along with various teaching positions for a total of two decades. (Ex. 54.) Bobbi Jo was an extremely well-educated woman.

50)    A review of Bobbi Jo's employment records show frequent changes in her professional positions, and all held for a relatively short period. Some of this mobility is due to Bobbi's career advancement or moving to accommodate the needs of the family. Among the family members, however, a significant change in Bobbi

24

Jo is noted following her departure from her job at Sanders Elementary School. Lezmond believes Bobbi was fired from her positions. Family conflict increased at the same time, particularly between George and Bobbi. Lezmond does not remember his grandparents ever living together for any period after Bobbi stopped working at Sanders Elementary School.

51)    It was a pattern that Bobbi continued for most of her professional career. Ten years later, she abruptly left a job at Bernhard Marks Elementary School in Dos Palos, California. Bobbi's job was terminated before the completion of the school year. (Ex. 53.) Her co-workers did not know the details around Bobbi losing her job that year, but there were a variety of reasons why she was either fired or asked to resign. (Ex. 95, ¶. 6.)

52)    A Resource Specialist for Special Education at the Dos Palos-Oro Loma Joint Unified School District, Karin Dunn, worked with Bobbi Jo, when Bobbi was employed by the district as a school psychologist.

> It was not just that Dr. Mitchell was not personable
>
> or kind, in my view, she had poor judgment about her role
>
> in the school. For example, she overloaded me with work
>
> that was not part of my position, such as testing other
>
> teachers' students. In fact, it was my understanding,

25

Ex 143 - 1877

testing students was her job. I finally went to the principal who put a stop to it.

One day I heard that Dr. Mitchell would be leaving the school. The District did not allow her to finish the school year. I feel somewhat bad saying this, but the day she left was a happy day for us. Finally, the dark cloud was going away. Everyone seemed joyful as the word got around that Dr. Mitchell was finally gone. It was funny to me how everyone suddenly started to talk about her openly, relieved to hear that we were not the only ones that felt like this about Dr. Mitchell. In fact, there was a party when Dr. Mitchell left. Someone brought a cake that said: DING DONG, THE WICKED WITCH IS DEAD.

(Ex. 98, ¶. 8-9.)

53)    Another co-worker, Donnarae Sowell, kept in touch with Bobbi Jo for several years after the time they worked together. Donnarae noted that Bobbi had problems wherever she worked, even after receiving her doctoral degree. Bobbi usually moved every school year because her employment contract was not renewed. (Ex. 117, ¶. 6.)

26

Ex 143 - 1878

54)    One of Bobbi's co-workers at Dos Palos - her assistant - knew that Bobbi misappropriated grant money intended for school projects and used it for her own purchases. (Ex. 96, ¶. 4.) When Bobbi realized her assistant was aware of her theft, Bobbi prohibited the woman from ever having contact with the school district office employees and school board members, all to keep her theft from being revealed to superiors. (Ex. 96, ¶. 5.)

55)    Several people noticed Bobbi Jo's frequent erratic behavior and questionable judgment who worked with Bobbi. She was known for making a crisis out of minor things (Ex. 117, ¶. 7.); being inflexible with her co-workers – they were either on her good side or her bad side (Ex. 120, ¶. 3.); an explosive and violent temper (Ex. 120, ¶. 3; Ex. 96, ¶. 3.); and falsely accusing others of major wrong doing. (Ex. 96, ¶. 9.)

56)    In one incident, Bobbi Jo accused her assistant, Mary Coronado, of embezzlement when Mary gave out treats at work to children and adults alike - treats Mary had brought to work. Bobbi's campaign against Mary over this simple distribution of brownies was out of control; she accused Mary of theft and told others Mary was a thief. When Mary responded to this crazy behavior by both leaving her job and reporting Bobbi to the school district officials, Bobbi's response was to harass Mary by calling her at home at all hours and parking in Mary's

27

driveway and honking her horn. (Ex. 96, ¶. 12.) Bobbi Jo eventually had another co-worker call Mary at home and to tell her if she came back to work, all would be forgiven and alternatively, if Mary did not return Bobbi would make sure no one hired her. (Ex. 96, ¶. 13.)

57) Bobbi was unprofessional in the extreme. She hired a woman to be an office manager who had limited qualifications, and then asked the woman to spy on other employees for her. (Ex. 120, ¶. 2.) Bobbi tried to get individual employees to reveal negative things about their co-workers. (Ex. 99, ¶. 7.) They describe her as obsessive, rude, pushy and paranoid (Ex. 120, ¶. 5); controlling to the point of being abusive (Ex. 95, ¶. 3); demeaning of other professional staff in front of students and their parents (Ex. 98, ¶. 2); and, having a personality that went from one end of the spectrum to the other (Ex. 95, ¶. 3), like Dr. Jekyll and Mr. Hyde. (Ex. 96, ¶. 3.) She seemed to go out of her way to humiliate, demean and manipulate staff she supervised. (Ex. 99, ¶. 5; Ex. 98, ¶. 3.)

58) Bobbi Jo was unprofessional with both the adults she supervised, as well as the children she encountered in her work.

> The kids at the community center were all terrified
>
> of Dr. Mitchell. They wanted nothing to do with her.
>
> Although the center had computers, televisions and games

28

Ex 143 - 1880

for the kids to enjoy, they could only use them when Dr. Mitchell said they could. If you did not obey Dr. Mitchell's orders, she would go off on whoever was in charge at the time. Dr. Mitchell yelled a lot; she did not hide her emotions when she was upset and she was upset often.

(Ex. 96, ¶. 7.)

Dr. Mitchell could not stand kids. She yelled at them constantly, and called them 'spoiled kids' or 'stupid kids.' Dr. Mitchell's attitude toward kids was awful and kids knew it, they stayed out of her way.

(Ex. 120, ¶. 7.)

Before Dr. Mitchell took over the community center, there were kids there all the time, they loved to come to the center. But, once Dr. Mitchell came on board, kids stopped showing up. They knew, kids sense very well about people.

(Ex. 99, ¶. 3.)

29

Ex 143 - 1881

59)    Although not Navajo herself, Bobbi Jo claimed to embrace Navajo culture. She sometimes cited her harsh ways of dealing with students as being grounded in Navajo traditions. Donnarae Sowell stated,

> Bobbi told me that the Navajo way is to use shame and humiliation as discipline. Bobbi could be very verbally unkind toward kids at times, even the ones in her classroom. I remember Bobbi had a student who suffered severely from Tourette's Syndrome. According to Bobbi, this child was very violent because she had so many behavior problems with him, so the county school psychologist transferred him to my class which was a more restricted environment than the RSP class. In my class, this boy had no problems. However, instead of being happy with his improvement in behavior, Bobbi began coming into my classroom just to check on him and at times belittled and put him down. She scolded him for using the computer and she hovered over him. During recess, Bobbi would keep him indoors as punishment. Bobbi also said that he was not truly a real Tourette's case. Bobbi at one

30

point told this child that he was not moving into the next grade although his academic work was at 8th grade level, and that she would see to it that he would stay in her class another year- she told him this to upset and control him. Once I felt I had to put a stop to her verbal abuse of this child, I went to our superintendent and told him what I had witnessed and that my aide and I felt it was an abusive situation. Reporting Bobbi was extremely difficult for me. I felt like I was betraying a friend but I knew it was the right thing to do. It also bothered me because Bobbi and the superintendent were friends of mine. In Bobbi's mind, this was the Navajo way, using fear and humiliation but that certainly was extremely unkind and unprofessional. Another student, who was retarded, told me Bobbi was very mean. In fact, he refused to take Bobbi a note because she said such cruel things.

(Ex. 117, ¶. 5.)

60)   Finally, a co-worker noted that, while Bobbi seemed to try hard in that she had a large work load and worked many hours, she was not a happy person -

31

personally or professionally. "I think deep inside, Dr. Mitchell was a very insecure person. There was something definitely going on inside her that she had to stomp on people to make herself feel good." (Ex. 98, ¶. 8.)

61) These are behaviors that Bobbi regularly engaged in during her work life, in a professional environment. It is easy to imagine even greater extremes in her abusive behavior toward others in the privacy of her home.

**Bobbi Jo's Relationship with Lezmond during Childhood:**

62) Lezmond was born at a time when Bobbi Jo had begun to experience multiple medical ailments, as well as mental health concerns. Bobbi Jo was obese all of her adult life. By the mid 1970s, when Bobbi was in her 30s, she had various health issues that were never fully understood or resolved. There were concerns about her pituitary gland and suspicion of a tumor. In 1975 she went to the Mayo Clinic for testing. The Mayo Clinic medical personnel there did not find anything significant during their evaluation, but Bobbi also declined to stay at the clinic to complete the battery of tests ordered for her. In 1976, Bobbi again had an array of medical tests done in North Carolina, including a lumbar puncture and a brain scan. In 1985, just four years after Lezmond's birth, Bobbi was diagnosed with diabetes, as well as severe situational, chronic depression. (Ex. 50; Ex. 51.)    Although Sherry remained in Lezmond's life, Bobbi Jo took on the role of primary care giver

32

for much of Lezmond's early childhood, as discussed above. Indeed, Bobbi Jo treated Lezmond like he was her own son rather than a grandson; this was to Sherry's dismay who believed that Bobbi Jo undermined her parental authority throughout Lezmond's life. Bobbi Jo was more advanced in her education and had more career opportunities than Sherry, which meant she was better situated financially to care for a young child. Bobbi Jo's educational aspirations and frequent job changes caused her to move frequently throughout Lezmond's early childhood. This mobility was influential in that Lezmond changed schools frequently, lacking the continuity of learning that is vital for young children. The instability also gave Lezmond a limited cultural grounding in Navajo traditions, and left him with an inability to speak the language. That limited exposure and grounding in his culture were quite traumatic for Lezmond when he returned to the reservation in third grade. Finally, it left Lezmond with one less potential internal resource to use in coping with the failures of adults in his life to care for and nurture him.

63)    As noted above, Bobbi Jo beat Lezmond regularly during his childhood. When she was angry with Lezmond, she whipped him with whatever implements were at hand. Lezmond was beaten one or two times weekly; sometimes in response to getting into trouble at school. At other times the beatings were arbitrary. For example, once during the years Lezmond lived in California with

33

Ex 143 - 1885

Bobbi Jo, there were problems with the cable television. Bobbi became frustrated with the television not working property and demanded Lezmond fix it. Lezmond could not figure out the problem with the TV, which made Bobbi Jo even angrier. She began to look around for something to beat him with.

64)    Housekeeping was a trigger for Bobbi Jo's abusive behavior. Neither Sherry nor Lezmond was ever able to live up to Bobbi's standards for maintaining a clean household; their efforts were never good enough. Most emblematic of this, are the detailed descriptions Sherry and Lezmond gave me in their separate interviews of Bobbi Jo beating them with metal vacuum cleaner hoses.

65)    Lezmond's experience in the above incidents and others is strikingly similar to incidents reported by adults that Bobbi Jo supervised at work. She was highly judgmental, her rage was erratic, appearing out of nowhere, and things were rarely done to her satisfaction. Bobbi Jo inspired fear in both adults and children that she encountered in her work. Lezmond similarly learned to fear his grandmother, and discovered no one in his family would protect him from her.

34

Ex 143 - 1886

**Bobbi Jo's Relationship With Lezmond During His Adolescence:**

66)     Periodically during his adolescence Lezmond lived with Bobbi Jo; their relationship remained filled with conflict and abuse. Even when he did not live with Bobbi Jo, she remained a factor in his life. When Lezmond was living with his grandfather on the Navajo reservation and became involved in disciplinary matters at school, Bobbi Jo attempted to stay involved, asserting her concerns via telephone from California. It is noteworthy, however, that both Bobbi Jo and George took a position that blamed the school for Lezmond's problems rather than a solution-focused approach of willingness to work with the school to resolve the concerns and move forward in a positive way for Lezmond. Most tellingly, Bobbi Jo's primary concern involved her edits to a transcript of the school meeting, in which the changes she insisted on were focused on the words she spoke, and insuring that they that called her Dr. Mitchell in all instances, rather than Mrs. Mitchell. (Ex. 12.) Despite outward appearances, these efforts were not about Lezmond's well-being, rather, they were about George and Bobbi Jo's standing in the community.

67)     Lezmond's drug and alcohol use grew steadily over the years, from the time he was eleven years old, increasing in high school, as noted in Dr. Stewart's declaration. By the time Lezmond was in high school he reported using LSD, crack cocaine, methamphetamine, marijuana and drinking alcohol every weekend to

35

intoxication. (Ex. 135, ¶. 30.) The use of substances, along with the serious problems Lezmond had at school, are all symptomatic of his need to dull his internal pain, control the trauma he continued to live with, and let all who would listen know that he did not know how to find his way in the world.

68)    Following Lezmond's forced high school transfer due to fighting at school, his grandparents initiated a counseling referral for him. The initial mental health evaluation notes that Lezmond had experienced lots of family fighting since a young child; he admitted to some marijuana and tobacco use; and, he spoke of suicide without a plan or any past attempts. The evaluation concluded with a recommendation that Lezmond participate in intensive psychotherapy. (Ex. 6, bates No. 43.) Lezmond attended only five counseling sessions over the next seven months. The counseling notes from one of those sessions, records how Lezmond sobbed when talking about his need to get away from his family conflict and his feelings of wanting to kill himself at times. (Ex. 6, bates # 44.)

69)    Despite the urgency expressed by the mental health evaluator and Bobbi Jo's prior diagnosis of depression, Lezmond did not get the intensive therapy recommended for him. No one in Lezmond's family, including his grandmother and grandfather with all their public display of concern, saw to it that Lezmond got the

36

Ex 143 - 1888

psychotherapy he needed. Lezmond went on abusing substances in his meager effort to cope with his feelings of abandonment, shame and loneliness.

70)    Lezmond lived with Bobbi Jo one last time after he graduated from high school, while she was still in California. Lezmond had been living and working in Phoenix, but lost his job and his ability to pay his portion of the rent. He was forced to move, and had few choices of where to go. He dreaded returning to live with his grandmother, but saw it as a temporary choice out of economic necessity. Once they were in the same household, Bobbi Jo and Lezmond began arguing about small things, over taking out the trash or other housekeeping chores assigned to Lezmond. When Lezmond left his grandmother's house, she filed a police report against him for theft of her computer, some cash and a bankcard. The police report notes Bobbi Jo's statement that Lezmond is likely to return to the Navajo reservation as he has no friends in California. (Ex. 56.)

71)    Bobbi Jo was one of the most dominant forces in Lezmond's life. She took on significant responsibilities for raising him as a child, even when his mother lived in the same household. Bobbi Jo had an overpowering personality and was frequently abusive to Lezmond, as she had been to her own children. People that she worked with documented that she commonly demeaned people, leading children that she worked with to fear her. There are occasions when Bobbi drove adults to

37

tears or to quit a job because of her mistreatment of them. Bobbi Jo's erratic and vindictive behaviors targeted the adults she supervised and disabled children alike. Her professional judgment and sense of boundaries were seriously compromised, at best. Bobbi Jo's inappropriate behaviors at work were doubtless a muted version of her interactions at home. While a school district could fire Bobbi Jo when she was out of control, Lezmond had no control over who was assigned as his guardian.

72)    The arbitrariness of Bobbi Jo's violence against Lezmond contributed to his sense that no place was safe for him and that he had little control over the things that happened to him. Bobbi Jo's physical and mental health issues no doubt contributed to her conflictual relationship with her children, Sherry and Auska, and her grandson, Lezmond.

38

Ex 143 - 1890

## George Mitchell

73)    George Mitchell, Lezmond's maternal grandfather, was born in March of 1923, near Lukachukai, Arizona on the Navajo reservation. (Ex. 42.) He died in January of 2004, while residing on the family home site near where he was born. (Ex. 44.) George was a full-blooded Navajo and a follower of the Native American Church. George served in the U.S. Navy during World War II. After his discharge he obtained his college degree in education from Northern Arizona University. He became a teacher certified to teach in kindergarten through eighth grades as well as a school administrator. (Ex. 47.)

74)    George met Bobbi Jo Erwin, when he was teaching at Chilocco Indian School in Oklahoma. She was a local high school student. As previously noted, they married in December of 1956; Bobbi Jo was a fourteen-year-old at the time. George was more than twice her age, at thirty-three years old. (Ex. 43.) Their daughter, Sherry, their first child, was born in February of 1958 and their son, Auska, born in September of 1966.

75)    There are few records and known details about George during his life. In my interview with Sherry, she spoke of persistent rumors regarding George molesting children; she acknowledged the credibility of the rumors. Sherry also stated an uncertainty whether or not George may have molested Lezmond, when

39

Ex 143 - 1891

Lezmond was a child. Sherry also believes her father may have had another family, and suspects the many accusations her mother made against her father about infidelity were attributable to George's other family. Bobbi Jo once told Sherry that she married George to help him get out of a difficult situation related to this separate family.

76) Unfortunately George died before these questions could be put to him. The fact of his frequent moves - both with and apart from Bobbi Jo, coupled with rumors of marital infidelity and child molestation, Bobbi Jo's extreme youth at the time of their marriage, and the ambiguity of Sherry's statements regarding her father's relationship with her, suggest some truth to the allegations of George's sexual misconduct. Certainly George's conduct with Sherry was sexually suggestive and inappropriate in many ways, whether or not he engaged in an incestuous relationship with his daughter.

77) George was grossly inappropriate in other ways, as well. For example, he held many stereotypes to be true and often used those stereotypes to Lezmond's detriment. George compared Lezmond with stereotypes he held of Asian/Pacific Islanders. George commented on Lezmond's enjoyment of yams and attributed this to his father's origin in the Marshall Islands. Likewise, he compared Lezmond with

40

a sumo wrestler when his hair was pulled up in a high ponytail as a young child because of his Pacific Island heritage.

## George's Relationship With Lezmond During Childhood

78)    During Lezmond's early childhood he often lived in George's household, just he and his grandfather. When Sherry left the household to attend Northern Arizona University, George had the primary responsibility for Lezmond who was about five years old five at the time. Generally, Lezmond was left alone and allowed to wander around the nearby mesas unsupervised. George's attitude was casual at best in his supervision of Lezmond, and grossly neglectful at worst. In my interview with Lezmond, he described to me a time when he was five years old and his grandfather took him into Gallup, New Mexico - a town more than 100 miles away. They went to a movie theater; George sent Lezmond in to see the movie *La Bamba* while George went to see a different movie. Lezmond reported watching *La Bamba* by himself.

79)    The fact that George allowed a five-year-old to attend a movie alone, particularly in a city far from home, reflects on both his judgment and his priorities. *La Bamba* is not a child-oriented movie and most care givers would not find it a suitable movie for a five-year-old. In addition, George set priorities what he wanted

41

Ex 143 - 1893

to do over the needs of a five-year-old. This is one example of the lack of personal responsibility George assumed for Lezmond's care.

80) After living in California, first with his mother and grandmother, then with his grandmother alone, as detailed above, in third grade Lezmond was sent back to the reservation to live with his grandfather. They lived alone, together at the family homesite. Lezmond did reasonably well in school in third grade, though his problems with Navajo language skills resulted in his isolation and poor social skills. As noted in Dr. Stewart's declaration, George was Lezmond's fourth grade teacher Round Rock Elementary School. (Ex. 135, ¶. 25.)

81) George's lax way of raising Lezmond was in stark contrast to the restrictions and controls Lezmond experienced when living with either Sherry or Bobbie Jo. Lezmond adapted to being unsupervised. The only discipline George used on Lezmond during these years, were verbal warnings, for example telling him "don't be stupid" or calling Lezmond "stupid." After all the physical and verbal abuse Lezmond endured with his grandmother, living with George was enjoyable, if lonely. When Bobbi Jo came home to visit, the atmosphere was immediately charged with arguments, physical fights and emotional abuse, usually directed at least in part, at Lezmond.

42

## George's Relationship With Lezmond During Adolescence

82)    Lezmond returned to California to live with his mother for his sixth grade year. This was the year Lezmond began his drug and alcohol use, starting with smoking marijuana and drinking beer, when he could get it. (Ex. 135, ¶. 26.) Lezmond's time with his mother has been discussed. In the 7th grade, Lezmond fought with Sherry while they were visiting the Navajo reservation over Christmas break. George encouraged Lezmond to stay with him in defiance of Sherry's wishes. After that Lezmond never lived with his mother again.

83)    Lezmond experienced a change in how George treated him, when he lived with his grandfather this time. George was no longer lax and inattentive. Instead George was much stricter with Lezmond about his comings and goings, which Lezmond experienced as an abrupt and unexpected change. As Lezmond got into trouble at school, school personnel tried to work with George to help remedy the problems. Notes from these meetings indicate that school personnel found George to be somewhat uncooperative; on one occasion George's response was to tell Lezmond to fight back when his peers picked on him. The school principal also accused Lezmond of trying to play off his grandparents against the school. (Ex. 15.) Lezmond's behavior at school reflects a very unhappy adolescent.

43

Ex 143 - 1895

84) Lezmond attended Red Mesa High School for his ninth and tenth grade years. His reliance on drugs increased, including Lezmond's use of LSD when he was a sophomore in high school. (Ex. 135, ¶. 30.) His problems at school became more regular and pronounced. His cumulative record reflects grades from A to D. (Ex. 12, bates ## 26-27) Lezmond accumulated many absences, tardies, and detentions that all negatively affected his grades. They also indicate that while George may have been strict in some ways, in other more fundamental things, George did not ensure that Lezmond attended school regularly, nor got there on time. After Lezmond became involved in a fight at Red Mesa High School early in his junior year, George arranged for Lezmond to voluntarily withdraw from school rather than face expulsion. (Ex. 12, bates # 28.) He also arranged for Lezmond to attend counseling.

85) An MMPI-A was administered to Lezmond as part of his initial counseling evaluation. Lezmond's mental health provider labeled Lezmond as a very troubled young man. Intensive psychotherapy was proposed as Lezmond's treatment plan. The evaluation goes on to note that if outpatient treatment is not successful, residential treatment should be used. Lezmond was considered in serious jeopardy without treatment, at risk for significant criminal behaviors. (Ex. 6, bates # 45.)

44

86)    The counseling records also reflect the deep despair Lezmond displayed in his few therapy sessions; Lezmond spoke of the endless conflict in his family, his own thoughts of suicide, Lezmond's sobs over his desire to get away from all the trauma his family embodied for him. (Ex. 6, bates # 43.) Again, despite initiating the counseling referral for Lezmond and the seriousness of Lezmond's need for treatment, neither George, nor anyone else in Lezmond's family, saw to it that Lezmond continued to get the therapy he needed. Not surprisingly, Lezmond's school performance was very poor during this school year, with standardized test scores below average range. (Ex. 12, bates ## 120-121.)

87)    In addition, despite George's apparent concern about Lezmond in his contact with school officials, Lezmond was left to live alone at the Mitchell family homesite, for four months during his junior year of high school. During this four-month period Lezmond binged on cocaine, smoked large quantities of marijuana and used his first gram of methamphetamine. Lezmond rarely slept during his binge. (Ex. 135, ¶. 30.)

88)    This same year, Lezmond was a passenger in a car involved in an accident, which resulted in the death of the driver. Both Lezmond and the driver were intoxicated; they had been at a party where several people were drinking. The

45

Ex 143 - 1897

driver was thrown from the car and pronounced dead at the scene. Lezmond refused medical care. (Ex. 5.)

89) During his senior year in high school, Lezmond moved away from his grandfather and went to live with another family, the Reeds. There are differing statements offered by various witnesses as to the reasons for Lezmond's move to the Reed's home. Lezmond's closest friend, Lorenzo Reed, reflects Lezmond's feelings about the move to his house – Lezmond needed a family. (Ex. 111, ¶. 10.) One of Lorenzo's sisters, Tara, remembers Lezmond as a positive influence on her brother while he lived with their family. When Tara asked Lezmond why he did not live with his mother in California, he told to her his mother did not want him there. While Lezmond was generally upbeat around the Reed home, there were times when he appeared very depressed, sitting quietly by himself as though deep in thought. (Ex. 113, ¶. 3, 5, 8.)

90) Lezmond managed to graduate from high school; his GPA was 2.224. (Ex. 14.) While he was not chosen to speak at his graduation, he requested permission to do so and was granted time to say a few words at the graduation ceremony. This reinforced some part of the community's perception that Lezmond had potential, his family was successful, and he was headed on a positive path toward adulthood. (Ex. 93.)

46

91)    Rumors of George's extramarital affairs and possible molestation of children are unconfirmed yet these suspicions clearly led to family conflict and instability. This bedrock of conflict and instability are primary in shaping Lezmond's life.

92)    While George was always in Lezmond's life, the nature and quality of that relationship changed substantially. As a young child Lezmond had a positive image of his grandfather, largely because, unlike Lezmond's other parental figures, George asserted little control over Lezmond. The incident in Gallup is one small example of not only George's inattentiveness, but neglect as a guardian who prioritized his own desires over caring for a young child.  It is telling that this is the most positive relationship Lezmond experienced during his childhood.

93)    When Lezmond was an adolescent, George oversaw his high school years.  During this time, Lezmond felt unduly restricted by George.  To Lezmond, George was not only unsupportive, but also very judgmental about Lezmond's behavior.  George's response to Lezmond was to impose rules without guidance and when Lezmond did not comply, to wash his hands of Lezmond entirely.  This was another abandonment of Lezmond.

94)    These three people, Sherry, Bobbi Jo, and George Mitchell were Lezmond's parent figures during his youth and exerted by far the strongest

47

influences on him. Each of these relationships was fraught with pain, stress, abuse, neglect and/or trauma for Lezmond. Not one of these well-educated, outwardly "successful" adults made Lezmond's well-being and healthy childhood development their priority, their life work.

## Lezmond Could Not Rely On His Family

95) When I interviewed Lezmond, I asked him about his strongest childhood memories. It was striking that Lezmond remembers very little from his early childhood, only his feelings about that time in his life. As a child, Lezmond knew that something was not right in the relationships between his mother and his grandparents. It was only as Lezmond got older that he realized the level of the dysfunction in his family life was abnormal.

96) What Lezmond does remember with clarity, in a painful, visceral way, is his mother leaving him when he was a preschooler, so that she could devote herself to pursuing her degree. He could not understand it at the time, why his mother left and did not take him with her. When he was old enough to have Sherry's leave-taking explained to him, Lezmond accepted the explanation on a rational level. On an emotional level, this has been a lasting trauma for Lezmond - his mother made a choice to pursue priorities that did not include him.

48

Ex 143 - 1900

97)    Lezmond's childhood was filled with a nomadic moving from place to place and shifting of care givers. In Lezmond's interview, Sherry's interview, and the information from Bobbi Jo to the trial investigator, it is notable that all of them have difficulty remembering where they were living any given year of Lezmond's life. Moving as a constant phenomenon is a significant piece of what was the chaotic and unstable world of Lezmond as a child. Coupled with these moves were the shifts in care giving responsibilities. Each of these care givers had different parenting styles and expectations of Lezmond. The combination of moving and changing family constellations led to a deeply confusing and inconsistent home environment. To Lezmond, moving so frequently seemed normal because it was all that he had ever known, but this nomad's existence prevented him from having a sense of stability, consistency, and reliability which are so vitally important to a child's development.

98)    Conflictual family relationships between Bobbi Jo, George, and Sherry predated Lezmond's birth but continued and intensified, leading to a strong influence on him throughout his childhood. Their power struggles, particularly between Bobbi Jo and Sherry, played out with Lezmond as the battlefield. Conflicts over who would parent him and how were compounded by pre-existing dysfunctional family dynamics. Lezmond remembers constant arguing and fighting in the household.

49

Ex 143 - 1901

99)    Abuse also became a norm in Lezmond's life, particularly during the times he lived with Bobbi Jo. At times beatings seemed to come out of nowhere for no apparent reason. Bobbi Jo beat him with whatever she could get her hands on. Every part of Lezmond's environment was filled with uncertainly.  Under these circumstances it was impossible to develop a sense of security, safety, and trust; all part of natural developmental stages.  Lezmond learned that the world is an arbitrary, unfair, and chaotic place and that he could not count on his family.

**Lezmond Lost The Chance To Have A Community To Rely On**

100)    There were many ways in which Lezmond never fit in as a child and he often experienced teasing.  Donnarae Sowell, one of Bobbi Jo's colleagues in California, babysat Lezmond when he was in kindergarten. She remembers Lezmond as a gifted child, even at that early age.  Among other things, he drew beautifully detailed pictures, and could talk to her about them.  However, Lezmond had a hard time when he started school in the Central Valley part of California, in part because he was not part of an identifiable ethnic group – not white, nor black, nor Hispanic – and other kids teased him.  Donnarae reflects, "I think he felt trapped and could go nowhere, including his home, for anything positive." (Ex. 117, ¶. 4.)

101)    From a young age Lezmond had a problem with his weight. Sherry reported that other children often teased him about this, particularly when they lived

50

in California. Bobbi Jo frequently disparaged him about it. When Lezmond returned to the Navajo reservation in the third grade, he stood out as odd for not being able to speak the Navajo language. He reported that other children teased him extensively for this, along with the fact that he was not a full-blooded Navajo like most of his peers. Lezmond also experienced teasing because his mother was not married and because his grandfather was a teacher. Lezmond stood out because of his own characteristics, his appearance and lack of language fluency, as well as his family relationships. The cruelty of peers compounded the pressures of his home environment leaving him with no place where he was accepted and could be safe and secure.

102) In my interview with Lezmond, he spoke wistfully, wishing his grandfather had raised him in a more culturally-grounded way. Although his George was a full-blooded Navajo, fluent in the language, he passed very little of his culture and heritage onto Lezmond. During most of his junior and all of his senior year Lezmond attended Rough Rock High School, a school that emphasized Navajo culture. From the outside, this gives the appearance of offering Lezmond an opportunity to learn some of what he had not been exposed to at home. Instead, it reinforced Lezmond's reality of how different he was from his peers in his need to try to learn what most of his peers had been immersed in naturally from birth.

51

Ex 143 - 1903

Lezmond, in fact, was an anomaly with little preparation to function within his own Navajo cultural context adequately. While his grandfather George was fully capable of giving him more cultural grounding, he chose not to do so and raised him as a monolingual, English-speaker.

## Conclusion

103) Conflictual family relationships between Bobbi Jo, George, and Sherry pre-dated Lezmond's birth but continued to be a significant shaping influence throughout his childhood. Their power struggles, particularly between Bobbi Jo and Sherry, played out with Lezmond as the battlefield. Abuse and shame were the norm in Lezmond's life, particularly during the times he lived with Bobbi Jo.

104) Lezmond's childhood was filled with constant moving from place to place and shifting of care givers. The combination of moving and the changing family constellations, along with the sharp fluctuations in disciplinary styles and expectations among his care givers, led to a confusing and inconsistent home environment as well as a chaotic and unstable world for young Lezmond. This prevented him from having a sense of stability, consistency, and reliability necessary in an optimum childhood environment. His care givers entirely ignored a therapist who waved red flags about his mental illness and suffering. No one considered the family history of depression. Under all these circumstances, it was impossible to

52

develop a sense of security, safety, and trust - all part of natural developmental stages. Lezmond learned that the world is an arbitrary, unfair and chaotic place.

105) Childhood is a time when a child should have a sense of security and support that can be built upon when striving to acquire new knowledge and master new tasks. All aspects of his environment were filled with uncertainty. Lezmond never had a solid foundation upon which to build and grow into a secure adult. He was thus unable to establish any sense of control over his own life or believe that through his own efforts he would consistently be able to accomplish tasks that he set out to do. From this extremely dysfunctional family context, addiction provided an escape. By all accounts, Lezmond's drug use escalated significantly in the summer of 2001 and continued until his arrest in November 2001.

106) Lezmond was powerless over many of the events in his life. He was unable to have any control over his mother's leaving and reentering his life sporadically. He was unable to control the complete absence of his father in his life. He was unable to control his grandmother's abusive behavior that often came out of nowhere. His grandfather's changing expectations seemed arbitrary and unfair. His lack of grounding in a culture that might have sustained him was largely due to a lack of effort on the part of the adults in his life. Lezmond made several attempts to live away from domineering family members but economic circumstances made this

53

impractical for long.

107) Lezmond suffered abandonment, extreme lack of stability, cultural isolation, violence and loss. While many people, including addicts and alcoholics, can and do make appropriate choices in their lives, for twenty year old Lezmond Mitchell, the combination of these forces rendered him unable to make appropriate decisions that would lead him to find a healthy place in the world. These

///

///

///

54

Ex 143 - 1906

experiences and conditions formed the context for his behavior in November of 2001.

I declare under the penalty of perjury under the laws of the State of New York and United States of America that the foregoing is true and correct.

Signed this 3rd day of November, 2009

_____
Hilary N. Weaver, Ph.D.

55

Ex 143 - 1907

experiences and conditions formed the context for his behavior in November of

2001.

I declare under the penalty of perjury under the laws of the State of New York

and United States of America that the foregoing is true and correct.

Signed this 3rd day of November, 2009

Hilary N. Weaver, Ph.D D SW

55

# EXHIBIT A

Ex 143 - 1909

**HILARY N. WEAVER**

624 Baldy Hall                          465 Breckenridge St.
School of Social Work                    Buffalo, NY  14213
SUNY, Buffalo                            (716) 881-7846
Buffalo, NY  14260
(716) 645-3381 ext. 241
e-mail: hweaver@acsu.buffalo.edu

## EDUCATION/CREDENTIALS

DSW      Columbia University School of Social Work      1994
         Sequence: Policy/Planning/Administration
         Dissertation: "Enhancing the Health Status of
         Native American Youth in the Northeast"

CSW      Idaho certification in social work             1989

CSW      New York certification in social work          1986

MS       Columbia University School of Social Work      1986
         Concentration: Clinical; Field of Practice: Occupational

BA       Antioch College                                1984
         Major: Social work, cross cultural focus

## WORK EXPERIENCE

State University of New York
Buffalo, NY
Assistant Professor                              1993-1999
Associate Professor                              1999-2007
Professor                                        2007-Present

George Warren Brown School of Social Work, Washington University
St. Louis, MO
Adjunct Professor                                2008

University of Waikato
Hamilton, New Zealand
Visiting Scholar                                 1996

University of Idaho
Moscow, ID
Coordinator, Social Work Program                 1988-1993
(Leave of absence 1990-1991 academic year)

1

**Ex 143 - 1910**

<u>Center for Social Policy and Practice in the Workplace,</u>
<u>Columbia University School of Social Work</u>
New York, NY
Program Associate                                        1990-1991
<u>Greater New York Fund/United Way of New York City</u>
New York, NY
Assistant Director of Information and Referral           1986-1988


<u>District Council 37, Municipal Employees Legal Services</u>
New York,NY
Social Work Intern                                       1985-1986


<u>Riverside Church, Social Service Ministries</u>
New York, NY
Social Work Intern; Social Worker                        1984-1985


## HONORS

Honoree, Institute for Research and Education on          2005
    Women and Gender, SUNY, Buffalo

Honoree, Career Services, Division of Student Affairs     2005
    SUNY, Buffalo

First Nations Social Work Scholar in Residence            2004
    Humboldt State University

Social Work Educator of the Month                      Oct. 2002
    www.aboriginalsocialwork.ca

Nominated, Outstanding Faculty Teaching Award             1998
    School of Social Work, SUNY, Buffalo

Outstanding Faculty Member of the Year                 1992-1993
    University of Idaho

Listed, <u>Who's Who in Human Service Professionals</u>        1988


## PROFESSIONAL ASSOCIATION ACTIVITIES

**<u>National Association of Social Workers:</u>**
Member                                              1985-Present
Chair, American Indian Caucus                       1995-Present
Member, Gosnell Memorial Scholarship Committee         2000-2003
Member, Board of Directors                             1998-2001
Member, Membership & Chapter Coordinating Committee    1998-1999
Chair, Chapter Development Fund Subcommittee           1998-1999
Liaison, Idaho/National offices                        1989-1993

2

**Ex 143 - 1911**

(Occupational social work)

| | |
|---|---|
| Member, Committee on Inquiry, Idaho Chapter | 1989-1993 |
| Chair, North Branch, Idaho Chapter | 1992-1993 |
| Member, Board of Directors, Idaho Chapter | 1992-1993 |

**Council on Social Work Education:**

| | |
|---|---|
| Member | 1991-Present |
| Member, Commission on Professional Development | 2004-Present |
| Member, Task Force on Native Americans in Social Work Education | 2007-Present |
| Member, Publications and Media Commission | 2001-2004 |
| Member, Ad hoc workgroup on research issues | 2004-2004 |
| Member, Ad hoc workgroup to develop the Commission on Diversity and Social and Economic Justice | 2004-2004 |
| Member, Commission on the Role and Status of Women | 1998-2001 |
| Member, Abstract Review Committee | 2000 |
| Reviewer, Feminist Scholarship award | 2000 |
| Member, Advisory Task Force on Diversity video project | 1993-1996 |
| Member, Faculty Development Program Planning Commission | 1992-1995 |

**American Indian Social Work Educators' Association:**

| | |
|---|---|
| Member | 1991-Present |
| Chair, Annual conference planning Committee | 1996-Present |
| President | 1997-Present |

**Bertha Capen Reynolds Society: (aka Social Welfare Action Alliance)**

| | |
|---|---|
| Member | 1994-2000 |
| Member, National Steering Committee | 1997-1998 |

**International Federation of Social Workers:**

| | |
|---|---|
| Friend (non-institutional member) | 1998-Present |

### UNIVERSITY COMMITTEES/APPOINTMENTS (UB)

| | | |
|---|---|---|
| Member, | Graduate Faculty | 1996-Present |
| Member, | Social and Behavioral Sciences Institutional Review Board | 2006-Present |
| Member, | Faculty Senate Affirmative Action Committee | 2007-Present |
| Member, | Tripartite Panel for SUNY Discrimination Complaints | 2007-Present |

3

**Ex 143 - 1912**

| | | |
|---|---|---|
| Member, | Search Committee, Dean, School of Management | 2007-Present |
| Member, | American Studies Faculty Advisory Committee | 2008-Present |
| Member, | Steering Committee, Institute for Research and Education on Women and Gender | 1997-2002 |
| Member, | Executive Committee, Institute for Research and Education on Women and Gender | 2000-2002 |
| Member, | Provost's Junior Faculty Advisory Committee | 1993-1999 |
| Member, | Affirmative Action Committee | 1994-1995 |

## SCHOOL OF SOCIAL WORK COMMITTEES (UB)

| | | |
|---|---|---|
| Chair, | Diversity Sequence | 2003-Present |
| Chair, | PhD Committee | 2004-Present |
| Member, | Recruitment Committee | 2004-Present |
| Member, | International Issues Workgroup | 2007-Present |
| Member, | Research Center Grant Proposal Review Team | 2005-2006 |
| Chair, | Committee on Students | 2003-2004; 2001-2002; 1999-2000 |
| Chair, | Advanced Interventions Sequence | 2001-2002 |
| Chair, | Interventions Sequence | 1998-1999 |
| Chair, | Personnel Committee | 2000, 2002 |
| Member, | PhD Committee | 1997-1999 |
| Chair, | Retreat Committee | 1998 |
| Member, | Field Education Committee | 1993-1997 |
| Member, | Faculty Responsibility Committee | 1993-1994 |

## UNIVERSITY AND DEPARTMENTAL COMMITTEES (other institutions)

4

Ex 143 - 1913

```
Member,    Committee on Integrating Diversity Content
           into Human Service Curricula
           (Buffalo State College)                    1997-2000

Member,    Academic Hearing Board
           (University of Idaho)                       1992-1993

Member,    Tenure Committee
           (Sociology & Anthropology Department;
           University of Idaho)                             1991

Member,    President's Task Force on Child Abuse
           (University of Idaho)                            1990
```

## COMMUNITY ACTIVITIES

**Native American Community Services:**
```
Member, Board of Directors                        1994-Present
President, Board of Directors                     2000-Present
Member, Executive Director Search Committee               2000
Vice President, Board of Directors                   1995-2000
```

**Native American Leadership Commission on Health and AIDS:**
```
Member                                            1993-Present
```

**Refugee and Immigrant Coalition of Western New York**
```
Member                                               1999-2000
```

**Prevention Focus:**
```
Member, Board of Directors                           1995-1998
```

**Native American Leadership Council on Disability:**
```
Member                                               1994-1996
```

**Latah County Human Rights Task Force**: (Idaho)
```
Member                                               1988-1993
```

**Pregnancy Counseling Services**: (Idaho)
```
Member, Board of Directors                           1989-1990
Secretary, Board of Directors                        1989-1990
```

**Alternatives to Violence of the Palouse**: (Washington & Idaho)
```
Member, Board of Directors                           1989-1990
Chair, Board of Directors                                 1990
```

5

**Ex 143 - 1914**

### EDITORIAL AND REVIEWER EXPERIENCE:

Consulting Editor, *Affilia*                                          2004-Present

Consulting Editor, *Journal of Social Work* Education 2006-Present

External Reviewer, *Children and Youth Services Review*    2007-Present

Reviewer, University of Wisconsin, Stevens Point          2005
    Application to initiate a BSW program

Member, Editorial Board, *Affilia*                                   2001-2004

Member, Editorial Board, *Social Work*                               2000-2003

Guest Editor,  *Journal of Sociology and Social Welfare*  2000-2002

Consulting Editor,  *Social Work*                                    1998-2001

Reviewer,         *Native American Bibliography*          2000
                  Council on Social Work Education

Reviewer,         *Journal of Rural Health*               2000

Reviewer,         *Journal of Progressive Human Services*   1997-1998

Guest Editor,     *Journal of Human Behavior in the Social*   1996-1999
                  *Environment. Voices of First Nations*
                  *People: Human Service Considerations*
                  (Released as both a journal and book)

Guest Editor,    *Journal of Health and Social Policy*      1996-1999

Reviewer,        *Families in Society: The Journal of*        1996
                 *Contemporary Human Services*

Book Reviewer,   *Families in Society: The Journal of*       1992-1995
                 *Contemporary Human Services*

### PRESENTATIONS

#### Named lectures and plenaries:
    1. Keynote speaker, 3rd North American conference on Spirituality
       and Social Work. "Spirituality in cross-cultural contexts:

6

**Ex 143 - 1915**

Implications for practice and research." Fredricton, New Brunswick, Canada. 2008.

2. Keynote speaker, Clinical Supervision conference. "Diversity issues in the context of the supervisory relationship". Buffalo, NY. 2008.

3. Keynote speaker, 16th National Conference on Child Abuse and Neglect. "Drawing on cultural strengths to move toward a more child-centered, family friendly society". Portland, OR. 2007.

4. Keynote speaker, Building Bridges Cultural Competence conference. "Striving for cultural competence: Meeting the needs of First Nations Peoples". Fort Frances, Ontario. 2006.

5. Graduation banquet speaker; Genessee Community College, Native American Student Association. Batavia, NY. 2005.

6. Keynote speaker, Michigan Indian Day, "Continuity and resilience: Drawing on the strengths of indigenous culture for intergenerational healing". Michigan State University, East Lansing, MI. 2004.

7. National Women's History Month speaker, Niagara University. "Indigenous women: At the center of the circle". Niagara Falls, NY. 2003.

8. National Social Work Month speaker, Niagara University. "Indigenous people and the helping professions: Overcoming a legacy of mistrust and striving for cultural competence". Niagara Falls, NY. 2003.

9. National Leaders Forum speaker, 35th annual New York State Social Work Education conference. "Addressing current challenges in the profession". Buffalo, NY. 2002.

10.    Keynote speaker, 5th annual Child Welfare and American Indian Projects conference. "Cultural competence in child welfare". University of Minnesota, Duluth and Fond du Lac Tribal and Community College. Cloquet, MN. 2002.

11.    Keynote speaker, Alaska Native Social Work Association banquet, University of Alaska. "Native people and the social work profession: Where have we been; where are we going". Fairbanks, AK. 2001.

12.    Commencement speaker, Arizona State University School of Social Work, Native student graduation. "Indigenous social work students and the transformation of the profession". Fort McDowell reservation, AZ. 2000.

7

**Ex 143 - 1916**

13.    Opening lecture, 25th anniversary celebration, Siena College School of Social Work: "Effective social work practice with Native Americans: Identifying the elements of cultural competence". Albany, NY. 1999.

14.    Closing plenary, Annual Leadership Meeting, National Association of Social Workers: "A dialogue on race". Panel presentation. Crystal City, VA. 1999.

15.    Helen Winifred Guthrie Memorial Lecture: "Culturally competent social work and Native Americans: What is it? How do we do it? How do we teach it?". Nazareth College, Rochester, NY. 1999.

16.    George Warren Brown School of Social Work Fall Lecture Series: "Indigenous people in a diverse society: Strategies for survival and progress". St. Louis, MO. 1998.

17.    Chaplains Enrichment Day plenary: "Beliefs and practices of Native Americans". East Aurora, NY. 1998

18.    Parallel Plenary Panel: Multiculturalism- Implications for Social Work Practice and Education: "Cultural safety and education for the helping professions: Examining the experiences of Maori and Native American helpers". Joint World Congress of the International Federation of Social Workers and the International Association of Schools of Social Work, Jerusalem, Israel, 1998.

19.    Hazel Augustine Lecture Series: "Social work and American Indian people: Issues, challenges, and strategies for effective helping". Smith College, Northampton, MA. 1997.

20.    Plenary panel: "Multicultural leadership: A seat at the table". E Pluribus Unum II: Continuing the Diversity Dialogue. State University of New York at Buffalo, Buffalo, NY, 1997.

21.    Lena Seitz Memorial Social Work Lecture: "Culturally competent social work: Helping Native people while avoiding biases inherent in many social work models, theories, and interventions". 23rd Annual Symposium on the American Indian, "American Indian Reflections: A Changing Profile". Northeastern Oklahoma State University, Tahlequah, OK, 1995.

**Invited presentations (conferences):**

1. "Indigenous Perspectives on Social Work Education: Who's Talking? Who's Listening? Why Care?". Council on Social Work Education Annual Program meeting. Philadelphia, PA. 2008.

8

**Ex 143 - 1917**

2. "Social issues for indigenous peoples: Reflections on three generations". Indigenous Voices in Social Work: Not Lost in Translation conference. Waianae, HI. 2007.

1. "Overcoming mental health stigma: Responding to troubled youth". 5th Annual Race and Reconciliation Conference. Buffalo, NY. 2007.

2. "Indigenous Social Work in the United States: Reflections on Indian Tacos, Trojan Horses, and Canoes filled with Indigenous Revolutionaries". Indigenous Social Work Around the World. Fredrickton, New Brunswick, Canada. 2006.

3. "Traditions of helping: Blending indigenous values with contemporary helping practices". Bringing it Back conference. Native American Community Services and University at Buffalo's Council on Ongwehonwe Graduate Students. Buffalo, NY. 2004.

4. "Women of color in the academy: Reflections of an indigenous woman in social work education". Council on Social Work Education Annual Program meeting. Anaheim, CA. 2004.

5. "Putting it all together: Resources to enhance your teaching". Panel presentation with the CSWE Publications and Media Commission. Council on Social Work Education Annual Program meeting. Anaheim, CA. 2004.

6. "Health disparities and Native Americans". Access Health: Collaborative Solutions for Health Care Disparities, A SUNY Conversation in the Disciplines. Buffalo, NY. 2003.

7. "Putting it all together: Resources to enhance your teaching". Panel presentation with the CSWE Publications and Media Commission. Council on Social Work Education Annual Program meeting. Atlanta, GA. 2003.

8. "Surviving the tenure process". New York State Social Work Education conference. Buffalo, NY. 2002.

9. "Putting it together: Resources to enhance your teaching". Panel presentation with the CSWE Publications and Media Commission. Council on Social Work Education Annual Program meeting. Nashville, TN. 2002.

10. "Social justice and indigenous issues: Striving for culturally competent activism". Panel presentation with Myrna Gooden, Michael Jacobsen, and Warren Skye, Jr. Council on Social Work Education Annual Program meeting. Nashville, TN. 2002.

11. "Visions for the future". American Indian Social Work

9

**Ex 143 - 1918**

Educators' Association annual meeting. Nashville, TN. 2002.

12.    "The art and science of cultural competence". National Association of Social Workers, Western New York region, Buffalo, NY, 2001.

13.    "Getting indigenous content on the mainstream agenda: Strategies for getting abstracts accepted for conferences and publishing manuscripts". American Indian Social Work Educators' Association annual meeting. Dallas, TX. 2001.

14.    "From the Word processor to the Journal: Paradoxes and Choices". Council on Social Work Education annual program meeting. Dallas, TX. 2001.

15.    "Contemporary Issues for Native Americans in Social Work: A Report from the American Indian Caucus of the National Association of Social Workers". Townhall meeting. NASW meeting of the profession. Baltimore, MD. 2000.

16.    "Welfare and Social Reform Across the Twentieth Century". Panel discussant. Graduate Student Symposium on Gender. Buffalo, NY. 2000.

17.    "Iyeska: Indigenous people as cultural translators". Panel presentation. Borders of the Americas conference. Buffalo, NY. 2000.

18.    "Demystifying tenure: Recently tenured women discuss approaches and survival techniques and share materials". Panel presentation. Council on Social Work Education annual program meeting. New York, NY. 2000.

19.    "Indigenous people in the helping professions: Experiences with Western higher education". Native Voices: Symposia on Contemporary Native American Issues. Brockport, NY. 1999.

20.    "Issues impacting the education and life chances of American Indians/Native Americans in the land of the brave and the home of the free; past and present. Black Experience Workshop. Chapel Hill, NC. 1999.

21.    "Demystifying tenure: Recently tenured women discuss approaches and survival techniques and share materials". Panel presentation. Council on Social Work Education annual program meeting. San Francisco, CA. 1999.

22.    "Advocacy and American Indian issues: Roles for social workers". National Association of Social Workers, annual meeting of the profession. Baltimore, MD. 1997.

10

**Ex 143 - 1919**

23.     "The family life cycle in the 21st century". Panel presentation. National Association of Social Workers, annual meeting of the profession. Baltimore, MD. 1997.

24.     "Recognizing and understanding diversity as a means to ending family violence: Naming the problem". Panel presentation. Erie County Coalition Against Family Violence. Buffalo, NY, 1997.

25.     "Identity factors for American Indians: Sorting through measurement and political issues". American Indian Social Work Educators' conference. Chicago, IL, 1997.

26.     "Surviving in social work academia: Issues for American Indian women". Panel presentation. Council on Social Work Education, annual program meeting. Chicago IL, 1997.

27.     "Dr. Martin Luther King's legacy and challenge". Panel presentation. St. Paul's Cathedral, Buffalo, NY, 1997.

28.     "Identity issues with Native Americans: Implications for mental health" with G. Michael Jacobsen. National Association of Social Workers, annual meeting of the profession. Cleveland OH., 1996.

29.     "The Native American family circle: Roots of resiliency" with Barry J. White. National Association of Social Workers, annual meeting of the profession. Cleveland OH, 1996.

30.     "Aspects of cultural identity for Indian people: Strengths, vulnerabilities, and implications for healing". Native American Council on Substance Abuse annual conference. Buffalo, NY, 1996.

31.     "Cultural identity and Native people: Exploring implications for physical and mental well-being". Native American Council on Substance Abuse, Visions of Native Healing conference, Batavia, NY, 1995.

32.     "The Native American family circle: Roots of resiliency" with Barry J. White. National Association of Social Workers annual meeting of the profession, Philadelphia, PA, 1995.

33.     "Identity issues with Native people: Implications for mental health" with G. Michael Jacobsen and Maria Brave Heart-Jordan. National Association of Social Workers annual meeting of the profession, Philadelphia, PA, 1995.

34.     "Facets of Native identity: Contributing factors and their implications for who we are". 23rd Annual Symposium on the American Indian, "American Indian Reflections: A Changing

11

Profile", Tahlequah, OK, 1995.

35.     "Has social work failed the Indian community?" with G. Michael Jacobsen. Council on Social Work Education, Annual Program Meeting, San Diego, CA, 1995.

36.     "Training culturally competent social workers: What students should know about Native American people". Association of Baccalaureate Social Work Program Directors, 12th annual conference, San Francisco, CA, 1994.

37.     "Careers in human services: Opportunities for Native people". Panel presentation. Onkwehonwe: An Educational and Career Opportunities Conference, Buffalo, NY, 1994.

38.     "Native American issues in social work education" Diversity Initiative Panel, Council on Social Work Education, Annual Program Meeting, Atlanta, GA, 1994.

39.     "Occupational social work: An overview". North Branch, Idaho Chapter, National Association of Social Workers, Moscow, ID, 1992.

**Invited presentations (universities and organizations):**
1. "Native Americans and social work". American Indian Day. University at Buffalo, Buffalo, NY. 2008.
2. "Multigenerational Perspectives among Indigenous people in a changing world: Native American perspectives" with Iris Hill. United Nations Permanent Seventh Forum on Indigenous Issues. New York, NY. 2008.
3. "Health and wellness for Native Americans". Niagara University, Niagara, NY. 2008.
4. "Native Americans and social work". Native American Heritage Day. University at Buffalo, Buffalo, NY. 2007.
5. "Native communities and HIV: Understanding our contemporary realities". Welcome to Summer Celebration. Native American Community Services of Erie and Niagara Counties. Buffalo, NY. 2007.
6. "Cultural differences or pathology? The challenges of differential diagnosis" Monsignor Carr Institute. Buffalo, NY. 2007.
7. "Healthy living in two worlds". UB School of Social Work Research Colloquium. Buffalo, NY. 2007
8. "Healthy living in two worlds: Project update". National Cancer Institute. Bethesda, MD. 2007.
9. "Cultural Competence in clinical settings". Monsignor Carr Institute. Buffalo, NY. 2006.

12

**Ex 143 - 1921**

10. "An introduction to Native Americans and social work services" Daemon College. Buffalo, NY. 2006.
11. "Indigenous peoples in a landscape of risk: Responses of the social work community" Forth Permanent Forum on Indigenous Peoples, United Nations, New York, NY 2005.
12. "An introduction to contemporary Native Americans". Public School 45. Buffalo, NY. 2004.
13. "Centering our nations: Native American women, past, present, and future". Gender Matters 3. Institute for Research and Education on Women and Gender, State University of New York at Buffalo. Buffalo, NY. 2004.
14. "Promoting wellness in Native American communities: Finding a balance of mind, body, spirit, and heart". Welcome to Summer Celebration. Native American Community Services of Erie and Niagara Counties. Buffalo, NY. 2004.
15. "Haudenosaunee: The people of the Longhouse". Public School 45. Buffalo, NY. 2003.
16. "Contemporary Native American issues". Intercultural communication class. State University of New York at Buffalo, Buffalo, NY. 2003.
17. "An introduction to Native Americans". Intensive Language Institute. State University of New York at Buffalo, Buffalo, NY. 2002.
18. "The NASW Code of Ethics and Native American values". Native American Community Services of Erie and Niagara Counties. Buffalo, NY. 2001.
19. "An introduction to Native Americans". Intensive Language Institute. State University of New York at Buffalo, Buffalo, NY. 2001.
20. "Culturally competent social work practice with Native clients". Practice and Human Behavior in the Social Environment classes, University of Alaska, Fairbanks, AK. 2001.
21. "An introduction to Native Americans". Intensive Language Institute. State University of New York at Buffalo, Buffalo, NY. 2000.
22. "Commentary on the books *Voices of First Nations People: Human Service Considerations*, and *Health and the American Indian*". American Studies Dept. State University of New York at Buffalo, Buffalo, NY. 2000.
23. "An introduction to Native Americans". Intensive Language Institute. State University of New York at Buffalo, Buffalo, NY. 1999.
24. "The Indian Child Welfare Act: Issues for indigenous women". American Studies Dept. State University of New York at Buffalo, Buffalo, NY. 1999.
25. "Social work and indigenous people: An overview". D'Youville College, Buffalo, NY. 1999.
26. "An introduction to Native Americans". Intensive Language Institute. State University of New York at Buffalo, Buffalo, NY. 1998.

13

**Ex 143 - 1922**

27. "Indigenous people in a multicultural society: Unique issues for human services". Corning campus, State University of New York at Buffalo, Corning, NY. 1998.
28. "Culturally competent helping: Considerations for social workers working with Native Americans". State University of New York at Brockport, Brockport, NY. 1998.
29. "Activism in indigenous communities: Considerations for social workers". University of Kansas, Lawrence, KS. 1998.
30. "Humility: An important characteristic of culturally competent social work services with Native Americans". University of Kansas, Lawrence, KS. 1998.
31. "Culturally competent helping: Considerations for psychologists working with Native Americans". Guest presentation in Multicultural Counseling. State University of New York at Buffalo, Buffalo, NY. 1998.
32. "Exploring educational and career options: Choices for Native American students". Native American Student Day, State University of New York at Buffalo. Buffalo, NY. 1997.
33. "The Indian Child Welfare Act: Background, content, and applications". Guest presentation in Legal Aspects of Child Custody, Foster Care, Adoption, and Child Abuse, State University of New York at Buffalo. Buffalo, NY. 1997.
34. "The Journey from education to career path for Native American people: A personal example". Erie Community College. Buffalo, NY 1997.
35. "Marginalized people: Qualitative Research Around the Disciplines" Panel presentation. Baldy Center lecture series. Buffalo, NY 1997.
36. "Cultural dynamics in the helping process". Veterans Administration Medical Center. Buffalo, NY, 1996.
37. "Native American issues in social work". Native American Heritage Celebration, Buffalo State College. Buffalo, NY, 1996.
38. "Supportive services in the workplace: A growing trend" interview on National Public Radio, Weekend Edition/Morning Edition, WBFO, Buffalo, NY, 1994.
39. "Serving the needs of women and minorities: Has social work been responsive?" University of Idaho Women's Center, Moscow, ID, 1993.
40. "Interracial marriages: Perspectives of a grown child". University of Idaho, Diversity Week, Moscow, ID, 1992.
41. "Working with the homeless of New York City: An overview". Psi Chi, Psychology Honor Society, University of Idaho, Moscow, ID, 1989.
42. "Social work: A diverse and challenging profession". KUOI, Radio interview and call-in show, Moscow, ID, 1989.

**Juried presentations:**
1. "Research with Native Americans: Examining the Healthy Living

14

**Ex 143 - 1923**

in Two Worlds Project" Council on Social Work Education Annual Program meeting. Philadelphia, PA. 2008.

2. "Wellness promotion for indigenous youth: The Healthy Living in Two Worlds Program" 19th World Conference for Social Service. Salvador da Bahia, Brazil. 2008.

3. "Research with Native American communities: Issues of ethics, funding, and cultural competence". Council on Social Work Education Annual Program meeting. San Francisco, CA. 2007.

4. "Healthy living in two worlds: Promoting wellness among urban indigenous youth". Indigenous Voices in Social Work: Not Lost in Translation conference. Waianae, HI. 2007.

5. "Land- An essential resource for Indigenous Peoples: A tale of loss and recovery". 6th annual Permanent Forum on Indigenous Issues. United Nations, New York, NY. 2007.

6. "Indigenous Peoples: The Past and Present Struggle for Human Rights" with Elaine Congress. International Federation of Social Workers 50th Year Jubilee Conference. Munich, Germany. 2006.

7. "Indigenous children and families in a landscape of risk: Challenges and solutions in realizing the Millennium Development Goals" 5th annual Permanent Forum on Indigenous Issues. United Nations, New York, NY. 2006.

8. "Indigenous people in a landscape of risk: Socially just social work responses" with Elaine Congress. Council on Social Work Education Annual Program meeting. Chicago, IL. 2006.

9. "Augmenting multicultural classroom content: Development of a virtual Diversity Resource Center" with Janine Hunt-Jackson, David Kolker & Kelly Jackson. . Council on Social Work Education Annual Program meeting. Chicago, IL. 2006.

10. "Integrating diversity within a school of social work" with Kelly Jackson and David Kolker. New York State Social Work Education Association conference. Saratoga Springs, NY. 2005

11. "Developing an MSW program with a Native American focus" with Ken Nakamura and Shaunna McCovey. American Indian Alaska Native Social Work Educators' Association. New York, NY. 2005.

12. "From stereotypes to activism: Incorporating Native American content in the classroom". Council on Social Work Education Annual Program meeting. New York, NY. 2005.

13. "Navigating two worlds: Honoring tradition while living as urban Native American youth". Council on Social Work Education Annual Program meeting. Atlanta, GA. 2003.

14. "Techniques for integrating Native American content throughout the social work curriculum". Council on Social Work Education Annual Program meeting. Nashville, TN. 2002.

15. "Elements of Cultural Competence: Key Issues for Native American Clients". National Association of Social Workers conference. Baltimore, MD. 2000.

16. "Working with Native Americans: Promoting equitable societies through cultural competence". International Federation of Social Workers conference. Montreal, Quebec, Canada. 2000.

15

**Ex 143 - 1924**

17.      "Achieving social justice through cultural competence: Education and Native American helping professionals". Council on Social Work Education annual program meeting. New York, NY. 2000.

18.      "Training culturally competent and safe helping professionals: A Native American example". Council on Social Work Education annual program meeting. San Francisco, CA. 1999.

19.      "From the four directions: Indian Child Welfare training and preservation of the Native family" with Barry J. White. National Staff Development and Training Association conference. New Orleans, LA. 1998.

20.      "Culturally competent social work and Native Americans: What is it? How do we do it? How do we teach for it?". New York State Social Work Education Association annual conference. Buffalo, NY. 1998.

21.      "Indigenous scholars in the helping professions". Association of American Indian and Alaska Native Professors annual conference. Haskell Indian Nations University, Lawrence, KS. 1998.

22.      "Training culturally competent and safe helping professionals: A Maori example". Council on Social Work Education, annual program meeting. Orlando, FL, 1998.

23.      "Education for the helping professions: The experiences of indigenous people". American Indian Social Work Educators' Association annual conference. Orlando, FL, 1998.

24.      "Activism and American Indian issues: Opportunities for action and respecting boundaries". Bertha Capen Reynolds Society National Conference. St. Louis, MO, 1997.

25.      "Addressing the needs of Native American communities: A Northeastern example". Council on Social Work Education, annual program meeting. Chicago IL, 1997.

26.      "Native Americans, Maori, and the helping professions: Issues of cultural competence and cultural safety". National Association of Social Workers, annual meeting of the profession. Cleveland OH, 1996.

27.      "Relatives across the Bering Strait: American Indian identity issues" with Maria Yellow Horse Brave Heart. Association of Asian American Studies Joint Regional Conference. Honolulu, HI, 1996.

28.      "Jewish content and the multi-cultural curriculum" with Howard Doueck and Marvin Bloom. Annual Program Meeting, Council on Social Work Education. Washington, D.C., 1996.

29.      "The challenges of research in Native communities: Incorporating principles of cultural competence". Annual Program Meeting, Council on Social Work Education. Washington, D.C., 1996.

30.      "Incongruence in definitions of self and identity among American Indians" with Maria Brave Heart-Jordan. Ethnicity and Multiethnicity: Constructing and Deconstructing Identity. Brigham Young University, HI, 1995.

16

Ex 143 - 1925

31.    "Models of American Indian identity: Implications for teaching social work practice" with Maria Brave Heart-Jordan. Annual Program Meeting, Council on Social Work Education, San Diego, CA, 1995.
32.    "Bicultural competence: Enhancing the health status of Native American adolescents". National Association of Social Workers annual meeting of the profession, Orlando, FL, 1993.
33.    "Overcoming stereotyping and discrimination: Empowering students to empower communities". Council on Social Work Education, Annual Program Meeting, Kansas City, MO, 1992.

**Workshops:**

1. "Exploring cultural dynamics: Issues with clients and colleagues". Erie County Medical Center. Buffalo, NY 2008.

2. "Providing culturally competent services". Erie County Department of Social Services. Buffalo, NY. 2008.

3. "Striving for Culturally Competent Services: Steps for Transforming your Services and your Organization". UB School of Social Work Continuing Education. Buffalo, NY 2007

4. "Incorporating diversity issues in the classroom". UB School of Social Work training for adjuncts. Buffalo, NY June 2007.

5. "Developing a diversity self-awareness: Supervisory issues of culture, race, class, gender, and sexual orientation". Erie County Department of Social Services. Buffalo, NY, Jan. 2007.

6. "Providing culturally competent services". Erie County Department of Social Services. Buffalo, NY, June 2006.

7. "Developing a Diversity Self-awareness: Supervisory issues of culture, race, class, gender, and sexual orientation". Erie County Department of Social Services. Buffalo, NY, March 2006.

8. "Providing culturally competent services". Erie County Department of Social Services. Buffalo, NY, Aug. 2005.

9. "Cultural Competence with Elders" National Association of Social Workers. Buffalo, NY, May, 2005.

10.    "Providing culturally competent services". Chautauqua County Department of Social Services. Dunkirk, NY, Sept. 2004.

11.    "Providing culturally competent services". Chautauqua County Department of Social Services. Jamestown, NY, Sept. 2004.

17

**Ex 143 - 1926**

12.     "Indigenous people in a multicultural society: Unique issues for human services". National Association of Social Workers, Alaska chapter, Fairbanks, AK, April, 2001.

13.     "The dynamics of ethnicity". Continuing Education Workshop, State University of New York at Buffalo, Buffalo, NY, August 2000

14.     "Integrating cultural issues into the helping process". Transitional Services staff training. Buffalo, NY, October 1999.

15.     "Integrating cultural issues into the helping process". Transitional Services staff training. Buffalo, NY, October 1999.

16.     "The dynamics of ethnicity". Continuing Education Workshop, State University of New York at Buffalo, Buffalo, NY, August 1999

17.     "The dynamics of ethnicity". Continuing Education Workshop, State University of New York at Buffalo, Buffalo, NY, July 1999

18.     "The dynamics of ethnicity". Continuing Education Workshop, State University of New York at Buffalo, Buffalo, NY, June 1997

19.     "The dynamics of ethnicity". Continuing Education Workshop, State University of New York at Buffalo, Buffalo, NY, September 1997

20.     "The dynamics of ethnicity". Continuing Education Workshop, State University of New York at Buffalo, Buffalo, NY, June 1997

21.     "The dynamics of ethnicity". Continuing Education Workshop, State University of New York at Buffalo, Buffalo, NY, May 1997

22.     "Integrating Native American content into the curriculum: Preparing students for culturally competent practice". Faculty Development Institute, Annual Program Meeting, Council on Social Work Education. Washington, D.C., 1996.

23.     "Cultural diversity in the social work curriculum: An American Indian example" with G. Michael Jacobsen. Faculty Development Institute, Annual Program Meeting, Council on Social Work Education, San Diego, CA, 1995.

24.     "Crossing boundaries: Culturally competent human services

18

**Ex 143 - 1927**

for Native people". Continuing Education Workshop, State
University of New York at Buffalo, Buffalo, NY, 1994.


### TEACHING

**Courses taught, University at Buffalo School of Social Work:**
Interventions I, Interventions skill lab, Interventions II,
Multicultural Issues in Social Work, Social Work with Native
Americans, Cross Cultural Social Work: Interventions with Native
Americans and New Immigrants, and Diversity and Oppression,
Responding to refugees and immigrants. (All masters level).

**Courses taught, George Warren Brown School of Social Work:**
Health and wellness in Native American communities (masters level).

**Courses co-taught, University of Waikato Psychology Department:**
Culture, Ethnicity, and Self Development (undergraduate), Maori
Development and Psychology (undergraduate), and Maori Development
and Psychology (masters level).


**Courses taught, Univ. of Idaho Dept. of Sociology & Anthropology**
Introduction to Social Services, Social Welfare Policy, Human
Behavior in the Social Environment, Child Welfare, Social Group
Work, Cross Cultural Factors in Social Work, Social Work Methods,
Field Seminar and Alternatives to Violence. (All undergraduate
level).


**Dissertation & graduate student advising:**

Member,    Dissertation Committee, Diane McEachern       2008-Present
           Educational Studies, Lesley University

Chair,     Dissertation Committee, Warren Skye
           (School of Social Work; SUNY, Buffalo)        2000-Present

Advisor,   Council on Onkwehonwe Graduate Students
           (SUNY, Buffalo)                               2003-Present

Chair,     Dissertation Committee, Barb General

19

**Ex 143 - 1928**

```
           (School of Social Work; SUNY, Buffalo)        2007-Present

Member,    Dissertation Committee, Michael Hart                 2007
           (School of Social Work, University of Manitoba)PhD 2007

Chair,     Dissertation Committee, Kelly Jackson         2003-2007
           (School of Social Work; SUNY, Buffalo)        PhD 2007

Chair,     Dissertation Committee, Rodney Haring         2003-2007
           (School of Social Work; SUNY, Buffalo)        PhD 2007

Chair,     Dissertation Committee, Janine Hunt-Jackson   2001-2007
           (School of Social Work; SUNY, Buffalo)        PhD 2007

Member,    Dissertation Committee, Barb General

           (School of Social Work; SUNY, Buffalo)        2006-2007

Member,    Dissertation Committee, John Whyte            2004-2005
           (School of Social Work, University of Melbourne) PhD 2005

Member,    Dissertation Committee, Peter Renkin                2005-
2006
           (School of Social Work, University of Melbourne) PhD 2006

Chair,     Dissertation Committee, Linda Schlichting-Ray 2000-2005
           (School of Social Work; SUNY, Buffalo)        PhD 2005

Advisor,   Barbara General                               2004

Advisor,   Rodney Haring
           (School of Social Work; SUNY, Buffalo)        2002

Advisor,   Steven Osterstrom
           (School of Social Work; SUNY, Buffalo)        2000-2003

Member,    Dissertation Committee, Kristina Ackley       1999-2000
           (American Studies; SUNY, Buffalo)                PhD 2005

Advisor,   Janine Hunt
           (School of Social Work; SUNY, Buffalo)        1998-2001

Member,    Dissertation Committee, Linda Schlichting-Ray
           (School of Social Work; SUNY, Buffalo)        1998-2000

Member,    Dissertation Committee, Maryann Diebel Brown
           (School of Social Work; SUNY, Buffalo)        1998-2000

Member,    Dissertation Committee, Pat Merle             1999-2000
           (School of Social Work; Columbia University)  PhD 2000
```

20

Ex 143 - 1929

Key informant, Cheryl Stampley
            (School of Social Work; Loyola University)    1998-1999

Chair,      Dissertation Committee, Roselle Scaggs
            (School of Social Work; SUNY, Buffalo)        1997-1999

Advisor,    Marsha Zornick
            (School of Social Work; SUNY, Buffalo)        1997-1999

Member,     Dissertation Committee, Kevin Blair               1994-
1995
            (School of Education; SUNY, Buffalo)              **PhD**
**1995**

Member,     Thesis Committee "Disintegration and          1989-1992
            Renewal in the Native American Novel"         **MA 1992**
            (School of Education; University of Idaho)


## GRANTS/FELLOWSHIP SUPPORT

**Funded:**
Institute for Research and Education on Women and Gender. $700.
2006.
D. Elze, L. Bay-Cheng & H. Weaver Investigators (in alphabetical
order).
"Out of the Mouths of Babes"

National Cancer Institute. $157,000.                       2005-2007
Principle Investigator.
"Healthy Living in Two Worlds: Strengthening cultural connections
for wellness in urban Native American youth".

Institute for Research and Education on Women and Gender. $800.2005
Principle Investigator.
Presentation for Gender Week at UB: "Social Work a male dominated,
female majority profession.

National Association of Social Workers, New York State Chapter.
$1000.                                                          2005
Principle Investigator.
"Strengthening Latino Content in the Social Work Curriculum"

Wendt Foundation. $10,000.                                      1999
Principle Investigator.
"Assessing trauma, torture, and mental health sequelae in Sri Lankan
refugees".

Center for Development of Human Services. $1500.                1999

21

**Ex 143 - 1930**

Principle Investigator
"Cultural competency steering committee".

Baldy Center for Law and Social Policy. $3050.                1999
Principle Investigator.
"Refugees seeking legal status: Factors associated with successful
asylum claims".

University at Buffalo, Center Chapter, Professional Development
Quality of Life Committee. $1000.                             1998
Principle Investigator.
"Professional development through conference participation and
travel in the Middle East".

Center for Development of Human Services. $1500.              1998
Principle Investigator.
"Integrating diversity content into human services curricula".

Baldy Center for Law and Social Policy. $2400.               1998
Principle Investigator.
"Refugees and legal status: The importance of telling their
stories".

Baldy Center for Law and Social Policy. $500.                1997
Principle Investigator.
"Cultural safety and the helping professions".

Center for Development of Human Services. $1500.              1997
Principle Investigator.
"Integrating diversity content into human services curricula".

Center for Development of Human Services. $1500.              1996.
Principle Investigator.
"Indigenous people in a multicultural society: Unique issues for
human services".

**Under review:**
National Cancer Institute
Principle Investigator.
"Healthy living in two worlds: A prevention initiative for urban
Native youth"  $275,000 (direct costs).

**PUBLICATIONS:**

**Articles in refereed journals:**

1. Weaver, H.N. & Congress, E.P. (In press). Indigenous people in
   a landscape of risk: Socially just social work responses.
   *Journal of Ethnic and Cultural Diversity.*

22

**Ex 143 - 1931**

*2.* Weaver, H.N. (In press). The colonial context of violence: Reflections on violence in the lives of Native American women. *Journal of Interpersonal Violence, 24*(9).

*3.* Weaver, H.N.(In press). Native Americans and cancer risks: Moving toward multifaceted solutions. *Journal of Health and Social Policy.*

*4.* Weaver, H.N. (In press). Culturally competent counseling: Providing effective services for Native American clients. *Journal of Cultural Diversity: An Interdisciplinary Journal.*

5. Weaver, H.N. (2008). A boiling pot of animosity or an alliance of kindred spirits? Exploring connections between Native and African Americans. *Journal of Sociology and Social Welfare, 35*(4), 115-132.

6. Weaver, H.N. (2005). Re-examining what we think we know: A lesson learned from Tamil refugees. *Affilia*, 20, 238-245.

7. Weaver, H.N. (2004). The elements of cultural competence: Applications with Native American clients. *Journal of Ethnic and Cultural Diversity in Social Work, 13*(1), 19-35.

8. Weaver, H.N., Hunt-Jackson, J., & Burns, B.J. (2003). Asylum-seekers along the U.S.-Canada Border: Challenges of a Vulnerable Population. *Journal of Immigrant and Refugee Services, 1*(3/4), 81-98.

9. Weaver, H.N. (2002). Perspectives on Wellness: Journeys on the Red Road. *Journal of Sociology and Social Welfare, 29*(1), 5-15.

10.    Weaver, H.N. (2001). Indigenous identity: What is it and who *really* has it?. *American Indian Quarterly, 25*(2), 240-255.

11.    Weaver, H.N. (2001). Indigenous nurses and professional education: Friends or foes? *Journal of Nursing Education, 40*(6), 1-7.

12.    Weaver, H.N. & Burns, B.J. (2001). "I shout with fear at night": Understanding the traumatic experiences of refugees. *Journal of Social Work, 1*(2), 147-164.

13.    Weaver, H.N. (2000). The professional training of Native American psychologists: A comfortable fit or more cultural loss? *Transformations*, *11*(1), 17-29.

14.    Weaver, H.N. (2000). Balancing culture and professional education: American Indians/Alaska Natives and the helping

**Ex 143 - 1932**

professions*. Journal of American Indian Education, 39*(3), 1-18.

15.     Weaver, H.N. (2000). Culture and professional education: The experiences of Native American social workers. *Journal of Social Work Education, 36*(3), 415-428.

16.     Weaver, H.N. (2000). Activism and American Indian issues: Opportunities and roles for social workers. *Journal of Progressive Human Services, 11*(1), 3-22.

17.     Weaver, H.N. (1999). Transcultural nursing with Native Americans: Critical knowledge, skills, and attitudes. *Journal of Transcultural Nursing, 10*(3), 197-202.

18.     Weaver, H.N. (1999). Assessing the needs of Native American communities: A Northeastern example. *Evaluation and Program Planning: An International Journal, 22*(2), 155-161.

19.     Weaver, H.N. &  White, B.J. (1999). Protecting the future of indigenous children and nations: An examination of the Indian Child Welfare Act. *Journal of Health and Social Policy. 10*(4), 35-50.

20.     Weaver, H.N. (1999). Indigenous people and the social work profession: Defining culturally competent services. *Social Work, 44*(3), 217-225.

21.     Weaver, H.N. (1999). Through indigenous eyes: A Native American perspective on the HIV epidemic.  *Health and Social Work 24*(1), 27-34.

22.     Weaver, H.N. (1999). Voices of First Nations people: An introduction. *Journal of Human Behavior in the Social Environment, 2*(1/2), 1-3.

23.     Weaver, H.N. & Yellow Horse Brave Heart, M. (1999). Examining two facets of American Indian identity: Exposure to other cultures and the influence of historical trauma. *Journal of Human Behavior in the Social Environment, 2*(1/2), 19-33.

24.     Weaver, H.N. (1999). Health concerns for Native American youth: A culturally grounded approach to health promotion. *Journal of Human Behavior in the Social Environment, 2 (*1/2), 127-143.

25.     Weaver, H.N. (1998). Teaching cultural competence: Application of experiential learning techniques. *Journal of Teaching in Social Work, 17*(1/2), 65-79.

26.     Weaver, H.N. (1998). Indigenous people in a multicultural society: Unique issues for human services. *Social Work, 43*(3),

24

**Ex 143 - 1933**

203-211.

27.     Weaver, H.N. (1997). Which canoe are you in? A view from a First Nations person. *Reflections: Narratives of Professional Helping. 4*(3), 12-17.

28.     Weaver, H.N. (1997). The challenges of research in Native American communities: Incorporating principles of cultural competence. *Journal of Social Service Research, 23*(2), 1-15.

29.     Weaver, H.N. (1997). Training culturally competent social workers: What students should know about Native people. *Journal of Teaching in Social Work, 15*(1/2), 97-112.

30.     Weaver, H.N. & White, B.J. (1997). The Native American family circle: Roots of resiliency. *Journal of Family Social Work, 2*(1), 67-79.

31.     Weaver, H.N. (1996). Social work with American Indian youth using the orthogonal model of cultural identification. *Families in Society: The Journal of Contemporary Human Services.* 77(2), 98-107.

32.     Weaver, H.N. & Wodarski, J.S. (1995). Cultural issues in crisis intervention: Guidelines for culturally competent practice. *Family Therapy, 22(*3), 213-223.

33.     Weaver, H.N. (1992). African Americans and social work: An overview of the Antebellum through Progressive eras. *Journal of Multicultural Social Work, 2*(4), 91-102.


**Articles in referred journals (under review):**
Weaver, H.N. (Under review). The Healthy Living in Two Worlds project: An inclusive model of curriculum development.

Weaver, H.N. & Jackson, K.F. (Under review). Cancer Risks and Native Americans: The Healthy Living in Two Worlds Study.

Weaver, H.N. & Jackson, K.F. (Under review). Healthy Living in Two Worlds: Testing a Wellness Curriculum for Urban Native Youth.

Weaver, H. N. (Under review). Between a rock and a hard place: Documenting the traumatic experiences of Tamil refugees.

Weaver, H.N. (Under review). Serving multicultural elders: Recommendations for helping professionals.

Weaver, H.N. (Under review). From stereotypes to activism: Incorporating Native American content in the classroom.

25

**Ex 143 - 1934**

Weaver, H.N. (Under review). Developing a culturally appropriate assessment tool: Reflections on process considerations.

Weaver, H.N. (Under review). In the world but not of it: An indigenous woman's journey through Anglo educational processes.

### Books

Weaver, H.N. (2005). *Explorations in Cultural Competence: Journeys to the Four Directions*. Brooks-Cole Publishing. 306 pages.

Weaver, H.N. (ed.) (1999). *Voices of First Nations People: Human Services Considerations*. New York: Haworth Press. (Published simultaneously as *Journal of Human Behavior in the Social Environment, 2*(1/2)). 188 pages.

Day, P. & Weaver H.N. (ed.) (1999). *Health and the American Indian*. New York: Haworth Press. (Published simultaneously as *Journal of Health and Social Policy, 10*(4). 88 pages.

### Book chapters

1. Weaver, H.N., (In press). Evidenced-based Social Work Practice with Native Americans. In D.F. Harrison, J.S. Wodarski, & B.A. Thyer, (eds*.). Human Diversity and Social Work Practice: An Evidence-based Approach*. Springfield. IL: Charles C. Thomas, publisher.

2. Weaver, H.N., (In press). Evidenced-based Social Work Practice with Latinos. In D.F. Harrison, J.S. Wodarski, & B.A. Thyer, (eds.). *Human Diversity and Social Work Practice: An Evidence-based Approach*. Springfield. IL: Charles C. Thomas, publisher.

3. Weaver, H.N. (2008). Striving for cultural competence: Moving beyond potential and transforming the helping professions. In R.H. Dana & J.R. Allen (Eds.). *International and Cultural Psychology: Cultural Competency Training in a Global Society*. Springer. 139-162

4. Weaver, H.N. (2008). "Indigenous Social Work in the United States: Reflections on Indian Tacos, Trojan Horses, and Canoes filled with Indigenous Revolutionaries". In J. Coates (ed.) *Indigenous Social Work Practice.*

5. Weaver, H.N. (2008). Native Americans: Overview. In T. Mizrahi & L. Davis, (Eds.). *Encyclopedia of Social Work, 20th Edition*,

26

**Ex 143 - 1935**

295-299.

6.  Weaver, H.N. (2007). Seeking a balance: Perspectives of a Lakota woman in social work academia. In H. F.O. Vakalahi, S.H. Starks, & C.O. Hendricks (eds.), *Women of Color as Social Work Educators: Strengths and Survival*. Council on Social Work Education Press.

7.  Weaver, H.N. (2006). Cultural competence with First Nations peoples. In D. Lum (ed.) *Culturally Competent Practice: A Framework for Understanding Diverse Groups and Justice Issues, 3rd edition*. Pacific Grove, CA: Brooks/Cole. (Update of 2003 chapter). 254-275.

8.  Weaver, H.N. (2006). "Social work through an indigenous lens: Reflections on the state of our profession". In N. Hall (ed.) *Social Work: Making a World of Difference: Social Work Around the World IV in the year of IFSW's 50th Jubilee.* Berne, Switzerland: International Federation of Social Workers and Fafo. 37-51.

9.  Weaver, H.N. (2005). First Nations Peoples. In K.L. Guadalupe and D. Lum (eds.), *Multidimensional Contextual Practice: Diversity and Transcendence*. Belmont, CA: Brooks/Cole Publishing. 287-307.

10. Weaver, H.N. (2003). Family Preservation with American Indian Children and Families. In E. Gonzalez-Santin & T. Perry, *Understanding the Cultural Context: Working with American Indian Children and Families*. Arizona State University Office of American Indian Projects.

11. Weaver, H.N. (2003). Cultural competence with First Nations peoples. In D. Lum (ed.) *Culturally Competent Practice: A Framework for Understanding Diverse Groups and Justice Issues*. Pacific Grove, CA: Brooks/Cole, 197-216.

12. Weaver, H.N. (2001). Native Americans and substance abuse. In S.L.A. Straussner (ed.), *Ethnocultural Factors in Substance Abuse Treatment*. New York: Guilford Press. 77-96.

13. Weaver, H.N. (2001). Organization and community assessment skills with First Nations people. In R. Fong & S. Furuto (eds*.), Culturally Competent Practice: Skills, Interventions, and Evaluations*. Boston: Allyn and Bacon. 178-195.

14. Weaver, H.N. &  White, B.J. (1999). Protecting the future of indigenous children and nations: An examination of the Indian Child Welfare Act. In P.A. Day & H.N. Weaver (eds.). *Health and the American Indian*. New York: Haworth Press. (Published simultaneously as  *Journal of Health and Social Policy. 10*(4),

27

35-50).

15. Weaver, H.N. (1999). Indigenous people in a multicultural society: Unique issues for human services. In P.L. Ewalt, E.M. Freeman, A.E. Fortune, D.L. Poole, & S.L. Witkin (eds.). *Multicultural Issues in Social Work*. Washington, D.C.: NASW Press. 85-95. (Reprinted from *Social Work, 43*(3), 203-211.

16. Weaver, H.N. (1999). Voices of First Nations people: An introduction. In *Voices of First Nations People: Human Services Considerations*. H.N. Weaver, (ed.). New York: Haworth Press. 1-3. (Published simultaneously as an introduction to *Journal of Human Behavior in the Social Environment, 2*(1/2).

17. Weaver, H.N. & Yellow Horse Brave Heart, M. (1999). Examining two facets of American Indian identity: Exposure to other cultures and the influence of historical trauma. In *Voices of First Nations People: Human Services Considerations*. H.N. Weaver, (ed.). New York: Haworth Press. 19-33. (Published simultaneously as an article in *Journal of Human Behavior in the Social Environment, 2*(1/2)).

18. Weaver, H.N. (1999). Health concerns for Native American youth: A culturally grounded approach to health promotion. In *Voices of First Nations People: Human Services Considerations*. H.N. Weaver, (ed.). New York: Haworth Press. 127-143. (Published simultaneously as an article in *Journal of Human Behavior in the Social Environment, 2*(1/2)).

19. Weaver, H.N. & White, B.J. (1997). The Native American family circle: Roots of resiliency. In *Cross-Cultural Practice with Couples and Families*. P.M. Brown & J.S. Shalett, (eds.). New York: Haworth Press. 67-79. (Published simultaneously as an article in *Journal of Family Social Work, 2*(1)).

20. Weaver, H.N. & Wodarski, J.S. (1996). Social work practice with Latinos. In *Cultural Diversity and Social Work Practice*. D.F. Harrison, J.S. Wodarski, & B.A. Thyer, (eds.). Springfield. IL: Charles C. Thomas, publisher. 52-86.

**Book chapters (under review):**
Weaver, H.N. & Congress, E. (Under review). The On-going Impact of Colonization: Manmade Trauma and Native Americans. In *International Handbook of Emotional Healing.*

Weaver, H.N. (Under review). Native Americans: Overview. In *Oxford Bibliography Online: Social Work.*

Weaver, H.N. (Under review). A cruel and surreal result: Restrictions on indigenous spirituality in the land of the free. In

Ex 143 - 1937

J. Schiele (ed.), *Social Welfare Policy: Regulation and Resistance among People of Color.*

Weaver, H.N. (Under review). Diversity and social change: Race, gender, ethnicity, and class. In F. Rivera & J. Erlich (eds.), *The Helping Profession: Social Work and Social Welfare.*


**Conference Proceedings:**
Weaver, H.N. (2008). Spirituality in cross-cultural contexts: Implications for practice and research. 3rd North American conference on Spirituality and Social Work. Fredricton, New Brunswick, Canada. http://w3stu.ca/stu/sites/spirituality/proceedings_2009.html

Weaver, H.N. (2003). Mitakuye oyasin: Perspectives from the American Indian/Alaska Native Social Work Educators' Association. R.W. Rodenhiser (ed.). 34th and 35th annual conference of the New York State Social Work Education Association.

Weaver, H.N. (in press). Multigenerational perspectives among Indigenous Peoples in a changing world: Native American Perspectives (with Iris Hill).United Nations NGO Committee on Aging.

**Reports/Curricula:**
Weaver, H.N. (2001). Declaration in a Habeas Corpus petition. California Supreme Court.

Weaver, H.N. (2000). Critical settings in American Indian communities: Community. Haskell Indian Nations University and the Bureau of Indian Affairs.

Weaver, H.N. (1997*) Assessing the Needs of the Urban Native American Community: Erie and Niagara Counties, NY*. Buffalo NY: Native American Community Services of Erie and Niagara Counties.



**Book reviews**
Weaver, H.N. (2006*). Culturally Competent Public Child Welfare*. In *Children and Youth Services Review*, *28*(1), 103-104.

Weaver, H.N. (1995). *Bread and Spirit: Therapy with the New Poor; Diversity of Race, Culture, and Values*. In *Families in Society: The Journal of Contemporary Human Services*. 76(9), 579-580.

Weaver, H.N. (1995). *Work and Well-being: The Occupational Social Work Advantage*. In *Families in Society: The Journal of Contemporary Human Services, 76*(4), 260-262.

Weaver, H.N. (1993). *Developing Cross Cultural Competence: A Guide for Working with Young Children and their Families*. In *Families in*

29

**Ex 143 - 1938**

*Society: The Journal of Contemporary Human Services,* 74(5), 317-318.

**Ex 143 - 1939**

# EXHIBIT B

### *U.S. v. Lezmond Mitchell*

## DOCUMENT INDEX FOR HILARY WEAVER, D.S.W.

1.    Family Tree (prepared by FPD-LA)

## LEZMOND MITCHELL – CLIENT

2.    **Vital Records**

    a.    Birth Certificate, 9/17/1981

    b.    Tribal Affiliation-1/4 Navajo Indian Blood, 3/23/1984

3.    **Medical Records**

    a.    Auto Accident, 10/9/1999

    b.    Edward Fields, Ph.D., 1998-1999

    c.    Red Mesa High School

4.    **School Records**

    a.    Sanders Elementary School, Sanders, Arizona (Grades K-2)

    b.    Thomas McCarthy Catholic School, Hanford, CA (Grades 1-2)

    c.    Avenal Elementary School, Avenal, California (Grades 2)

    d.    Round Rock Elementary School, Teec Nos Pos, Arizona (Grades 3-5)

    e.    Red Mesa Jr. High School, Teec Nos Pos, Arizona (Grades 7-8)

    f.    Red Mesa High School, Teec Nos Pos, Arizona (Grades 9-11)

    g.    Rough Rock High School, Rough Rock, Arizona (Grade 11)

    h.    Rough Rock Community School, Chinle, Arizona (Grade 12)

    i.    Disciplinary and Absentee Records

5.    **Employment Records**

    a.    Levy Restaurants (Bank One Ballpark, Phoenix, AZ), 7/2001-8/2001

Ex 143 - 1941

6. **Court Records**

   a. Trial Court Judgment, Chinle, Arizona, 11/7/2001

   b. Arrest Warrant, Phoenix, AZ, 11/23/2001

   c. Superseding Indictment, U.S. v. Mitchell, CR 01-1062-PCT-MHM, D. Ariz., 7/2/2002

7. **Miscellaneous**

   a. **Photographs**

**SHERRY LANE MITCHELL – CLIENT'S BIRTH MOTHER**

8. **Vital Records**

   a. Birth Certificate, 5/27/1958

   b. Dept. of Interior/BIA and Tribal Enrollment Records

9. **School Records**

   a. Cherokee High School, Cherokee, NC,1971-76

   b. Dine Community College, Tsaile, AZ, 1978-1981

   c. Northern Arizona University, Flagstaff, AZ, 1978-1983

   d. Northland Pioneer College, Holbrook, AZ, 1978-79; 1984; 1987

10. **Medical Records**

   a. Birth Records of Lezmond Mitchell, Tsaile, AZ, 9/1981

   b. Tuba City Indian Medical Center, Tuba City, AZ, 1964; 1977

   c. R.M. Christian Hospital, Gallup, NM, 6/2000; 2/2009

   d. Flagstaff Medical Center, Flagstaff, AZ, 2/2009

2

Ex 143 - 1942

11. **Court Records**

    a.    Mitchell v. Hemil, Orange Co. Superior Court Case No. 40-21-32, Child Support Records (Orange County, California), 1984

    b.    Guardianship Records re Lezmond Mitchell, 12/1987; 9/1998

12. **Miscellaneous**

    a.    Photographs

## FOSTER LEZMOND HEMIL – CLIENT'S BIRTH FATHER

13. **Vital Records**

    a.    Death Certificate, 12/1/2002

    b.    Medical Records-Armer Ishoda Memorial Hospital, Marshall Islands, 1985-2002

14. **School Records**

    a.    Dine College, Tsaile, AZ, 1979-1980

    b.    Marshall Islands High School, 1974-1979

15. **Employment Records**

    a.    Verification letter re employment, Majuro, Marshall Islands, MH, 4/21/2009

16. **Court Records**

    a.    Child Support, 1984 (see child support records under Sherry Mitchell)

    b.    Sexual Battery Case, CA v. Hemil, Orange Co. Superior Court Case No. C51741, 1983

    c.    DWI (Administrative Record Only), CA v. Hemil, Orange Co. Superior Court Case No. 84CS03093, 1984

3

17. **Penalty Phase Testimony, U.S. v. Mitchell, CR 01-1062-PCT-MHM, D. Ariz.**

    a.    Bobbi Jo Mitchell, 5/9/2003 Deposition

    b.    Robert Roessel, 5/14/2003 (RT 3788-3819)

    c.    Ruth Roessel, 5/14/2003 (RT 3820-30)

    d.    Auska Mitchell, 5/15/2003 (RT 3887-3900)

    e.    Marty Conrad, 5/15/2003 (RT 3900-08)

    f.    John Fontes, 5/15/2003 (RT 3909-22)

    g.    Lorenzo Reed, 5/15/2003 (RT 3926-35)

    h.    Sonja Halsey, 5/15/2003 (RT 3936-48)

    i.    Tammy Sebahe, 5/15/2003 (RT 3950-57)

## GEORGE MITCHELL - CLIENT'S MATERNAL GRANDFATHER

18. **Vital Records**

    a.    Affidavit of Birth, 3/2/1923

    b.    Marriage Certificate, 12/9/1956

    c.    Death Certificate, 1/3/2004

    d.    Affidavit of Birth, George's Mother, 1883

    e.    Census and Navajo Profile, 9/3/1973

19. **Miscellaneous**

    a.    Guardianship Records re Lezmond

    b.    George Mitchell Memorial Tribute & Obituary, 6/11/2005

4

## BOBBI JO MITCHELL - CLIENT'S MATERNAL GRANDMOTHER

20. **Vital Records**

   a.   Birth Certificate, 1/5/1942

   b.   Marriage Certificate, 12/9/1956

   c.   Death Certificate, 5/20/2005

   d.   Census & Navajo Profile, 9/3/1973

   e.   Death Certificate of Jessie Erwin (Bobbi Jo's Father), 4/6/1957

21. **Medical Records**

   a.   Lovelace Health Systems, Albuquerque, NM, 1975-1985

   b.   Mission St. Joseph's, Asheville, NC, 1976

   c.   High Desert Medical, Lancaster, CA, 2000-2001

22. **Employment Records**

   a.   Dos Palos, Dos Palos, CA, School District, 1996-1998

   b.   Curriculum Vitae of Bobbi Jo Mitchell, 1971-1998

23. **Court Records**

   a.   Report of Theft, L.A. Co. Sheriff's Dept., 6/26/2001

   b.   Parents' Divorce Records, Mary D. Erwin v. Jessie Carl Erwin, Cowley Co. KS, Case No. 26992 ,4/25/1948

24. **Miscellaneous**

   a.   Photographs

   b.   Guardianship Records re Lezmond Mitchell, 1987, 1998

   c.   Memorial Tribute from "The Bagpiper," the Erwin Family newsletter

5

**AUSKA MITCHELL - CLIENT'S MATERNAL UNCLE**

25.  **Vital Records**

   a.     Census and Navajo Profile, 9/3/1971

26.  **School Records**

   a.     Monument Valley High School, Kayenta, AZ, 1981-85

27.  **Medical Records**

   a.     Tuba City Indian Medical Center, Tuba City, AZ, 1985-1995

   b.     Chinle Health Care Facility, Chinle, AZ, 1986-1994

   c.     Northern Navajo Medical Center, Shiprock, NM, 8/2003

28.  **Miscellaneous**

   a.     Photographs

**THE HEMILS - CLIENT'S PATERNAL FAMILY**

29.  a.     Foster Hemil's Marshall Island Children

**THE ERWINS - CLIENT'S MATERNAL GRANDMOTHER'S FAMILY**

30.  **Billy Don Erwin - Client's Great-Uncle**

   a.     Birth Certificate, 10/5/1931

   b.     Death Certificate, 5/17/2002

31.  **Jimmy Dean Erwin - Client's Great-Uncle**

   a.     Birth Certificate, 6/2/1938

   b.     Military Form DD214, 6/8/1968

32.  **Julia Olive Erwin - Client's Great-Aunt**

   a.     Birth Certificate, 9/7/1944

6

Ex 143 - 1946

33. **Erwin Family**

    a.    Family History

    b.    Sir William de Irwyn

    c.    Photographs

34. **Trading Post Robbery**

    a.    Shiprock Dist. Police Dept. Crime Report, 10-31-2001

    b.    FBI Report, 1-10-2002

## *UNITED STATES v. LEZMOND MITCHELL*, No. CR-01-1062-PCT-MHM

35. **Murder Book**

    a.    Excerpt from Ninth Circuit Opinion-U.S. v. Mitchell,

        No. 03-99010 (2007)

    b.    Co-Defendant/Conviction and Sentence Chart

36. **Privileged and/or Work Prodcut From Trial Counsel's Files: Filed Under Seal**

    a.    Fields, Edward - Interview 04-16-2006

    b.    Morenz, Dr. Barry - Report 03-03-2003

    c.    Ockenfels, Vera - Social History 11-2-2003

## OTHER MISCELLANEOUS FAMILY RECORDS

37.    a.    Shirlene Moses - Navajo Nation Court Records

    b.    Foster Hemil, Jr. Death Certificate

Ex 143 - 1947

## DECLARATIONS AND REPORTS RE LEZMOND MITCHELL

38.  **Lay, Family and Witness Declarations**

  a. Clah, Sherwin, 10-24-2009

  b. Clinton, Kevin Eugene, 05-14-2009

  c. Comb, Randall, 08-14-2009

  d. Coronado, Mary, 05-15-2009

  e. DeLuca, Eric, 06-04-2009

  f. Dunn, Karin, 05-14-2009

  g. Escalante, Rene, 05-15-2009

  h. Fontes, John, 06-05-2009

  i. George, Padrian, 05-20-2009

  j. Halsey, Sonja, 06-06-2009

  k. Haskan, Carlisle, 08-15-2009

  l. Hemil, Lezmond, 05-2009

  m. Lameman, Ferdinand, 08-15-2009

  n. Leal, Dennie, 05-31-2009

  o. Loughridge, Lisa, 05-15-2009

  p. Mitchell, Alex, 10-22-2009

  q. Mitchell, Auska, 06-04-2009

  r. Mitchell, Sherry Lane, 05-07-2009

  s. Nakai, Daisy, 05-20-2009

  t. Nakai, Gregory, 05-15-2009

  u. Nakai, Jakegory, 10-06-2009

  v. Nakai, Jimmy Jr., 09-29-2009

  x. Orsinger, Johnny, 06-02-2009

8

Ex 143 - 1948

y.    Reed, Freda, 05-29-2009

z.    Reed, Lorenzo Jr., 05-30-2009

aa.    Reed, Randy, 05-29-2009

bb.    Reed-Dayzie, Tara  05-21-2009

cc.    Roessel, Ruth, 05-31-2009

dd.    Sebahe, Tammy Rose, 05-30-2009

ee.    Sowell, Donnarae,  05-16-2009

ff.    Tsosie, Cheryl, 06-01-2009

gg.    Tsosie, Herman, 06-01-2009

hh.    Wilson, Celestial,  05-14-2009

## 39.  Expert Declarations

a.    Ockenfels, Vera - Declaration 09-22-2009

b.    Stewart, Pablo - Declaration 10-28-2009

9

Ex 143 - 1949

## DECLARATION OF BARRY MORENZ, M.D.

I, Barry Morenz, M.D., declare:

1.      I am a psychiatrist licensed by the State of Arizona. I am an Associate Professor of Clinical Psychiatry, and Director of Forensic Psychiatry at the University of Arizona Medical Center. I list my education, publications and professional experience in my curriculum vitae, attached to this report as Exhibit A.

2.      Mr. Lezmond Mitchell's present counsel, the Office of the Federal Public Defender for the Central District of California in Los Angeles, asked me to review my March 3, 2003 report to Mr. Mitchell's trial counsel, and other documents. I reviewed the materials listed in Exhibit B.

3.      In 2003, I evaluated Mr. Lezmond Mitchell at the request of his trial counsel, Gregory Bartolomei. My conclusions on pages 18 through 19 of my 2003 report have not changed. In sum, I believe that Mr. Mitchell became addicted to drugs and alcohol because of the influence from his peer group, and his life on the reservation; his genetic vulnerability; and, his terrible childhood.

4.      The information obtained by the Federal Public Defender Office's (Mitchell's present counsel), which describes Mr. Mitchell's substance and alcohol use in the months and days preceding the capital offenses in late October

Page 1 of 2

Ex 144 - 1950

2001, could have made a significant difference to me. If I had that information before Mr. Mitchell's trial, I would have developed further with Mr. Mitchell that he may have been under the influence of major, strong, and powerful illicit drugs at the time of the offenses. Taken as true, the declarations from the individuals who saw Mr. Mitchell use alcohol and the illicit substances before the offenses indicate to me that he might have been heavily under the influence of substances at the time of the offenses and his perceptions of reality might have been altered.

5.    Had Mr. Mitchell's trial counsel provided me with this additional information about Mr. Mitchell's substance abuse in 2001, I could have used that information in forming my opinion and during my interviews with him, and I would have been available to testify to the jury about his substance abuse at the guilt and penalty phases of his trial.

6.    After I sent Mr. Bartolomei my March 3, 2003-report, I did not hear from anyone on Mr. Mitchell's defense team until the Office of the Federal Public Defender in Los Angeles contacted me.

I declare under the penalty of perjury that the foregoing is true and correct. Signed this _!2_ day of November, 2009, at Tucson, Arizona.

Barry Morenz, M.D.

**Page 2 of 2**

# EXHIBIT A

**Ex 144 - 1952**

Revised 1/08/09

## CURRICULUM VITAE

**Name:**            Barry Morenz, M.D.

**Address:**         Department of Psychiatry, Arizona Health Sciences Center
1501 N. Campbell Avenue, Tucson, AZ 85724
Phone: 520-626-6325
Fax: 520-626-8566

**Date of Birth:**    November 20, 1953

**Place of Birth:**   Baltimore, Maryland

### Education:

| | | |
|---|---|---|
| 1975 | B.S. | Purdue University (Engineering, with highest distinction) |
| 1978 | M.D. | Indiana University |

### Postdoctoral Training:

#### Internship and Residencies:

| | |
|---|---|
| 1978 - 1979 | Internship in Psychiatry, University of Arizona, Dept. of Psychiatry, Tucson |
| 1979 - 1982 | Residency in Psychiatry, University of Arizona, Dept. of Psychiatry, Tucson |
| 1981 | Chief Resident, Inpatient Psychiatry Unit, University Medical Center, Tucson |
| 1982 | Chief Resident, Outpatient Psychiatry Clinic, University Medical Center, Tucson |

### Licensure:

1980        Arizona Medical License #12218

### Certification:

| | |
|---|---|
| 1984 | Diplomate in Psychiatry - American Board of Psychiatry and Neurology |
| 1994 | Added Qualifications in Forensic Psychiatry - American Board of Psychiatry and Neurology |

### Academic Appointments:

| | |
|---|---|
| 1982 - 1984 | Lecturer, University of Arizona, Department of Psychiatry, Tucson |
| 1985 - 1988 | Adjunct Assistant Professor of Psychiatry, Department of Psychiatry, University of Arizona, Tucson |
| 1988 - 1995 | Clinical Assistant Professor of Psychiatry, Department of Psychiatry, University of Arizona, Tucson |
| 1995 - | Associate Professor of Clinical Psychiatry, Department of Psychiatry, University of Arizona, Tucson |

Ex 144 - 1953

**Hospital Appointments:**

| | |
|---|---|
| 1982 - 1984 | Inpatient Psychiatry Attending, Kino Community Hospital, Tucson |
| 1982 - 1984 | Director, Emergency Psychiatric Services, Kino Community Hospital, Tucson |
| 1984 - | Member, Medical Staff, University Medical Center, Tucson |
| 1984 - 1986 | Psychiatric Consultant, La Frontera Mental Health Center, Tucson |
| 1985 - 1998 | Member, Medical Staff, Palo Verde Hospital, Tucson |
| 1985 - 1998 | Member, Medical Staff, Tucson Medical Center, Tucson |
| 1985 - 1988 | Director, Outpatient Psychiatry Clinic, Department of Psychiatry, University of Arizona, Tucson |
| 1994 - 1997 | Director, Emergency Psychiatric Services, Department of Psychiatry, University of Arizona, Tucson |
| 1994 - 1997 | Medical Director, Psychiatry Inpatient Unit, University Medical Center, Tucson |

**Professional Experience Relating to Psychiatry and the Law:**

| | |
|---|---|
| 1982 - 1992 | Psychiatric Consultant, Pre-Sentence Evaluations, Pima County Court Clinic, Tucson |
| 1982 - | Psychiatric Consultant, Civil Commitment Evaluations, Pima County Superior Court, Tucson |
| 1983 - | Psychiatric Consultant, Insanity Defense and Competency to Stand Trial Evaluations; Pima, Pinal, Gila, Santa Cruz and Cochise County Superior Courts; Arizona Attorney General's Office, U.S. District Court, 9th Circuit; and Private Attorneys |
| 1984 - | Psychiatric Consultant, Personal Injury Evaluations; Pima County Attorney's Office, Arizona Attorney General's Office, and Private Attorneys |
| 1984 - | Psychiatric Consultant, Psychiatric Malpractice Determinations; Private Attorneys |
| 1984 | Psychiatric Consultant to the Arizona Board of Medical Examiners |
| 1984 - | Psychiatric Consultant, Disability Evaluations; Department of Economic Security, State of Arizona Workers Compensation Fund and Private Attorneys |
| 1984 - 1991 | Neuropsychiatric Disability Examiner, Veterans Hospital, Tucson |
| 1991 - 1993 | Psychiatric Consultant, Fitness to Practice Law Evaluation, Arizona Supreme Court |
| 1998 - | Psychiatric Evaluations for Pima County Adult Probation Department |
| 1998 - | Psychiatric Screening Evaluations under Arizona's "Sexually Violent Person" Law for the Arizona Department of Corrections |
| 2000 | Psychiatric Evaluation for the Arizona Bar Association |
| 2001 - 2003 | Psychiatric Consultant, Tucson Police Department, Fitness for Duty Evaluations |
| 2002 - 2005 | Patient Advocate, Abiomed's Experimental Heart Transplant Program |

**Memberships, Offices, and Committee Assignments:**

<u>National and Regional:</u>

| | |
|---|---|
| 1981 - | Member, American Psychiatric Association |
| 1981 - 1996 | Member, Tucson Psychiatric Society |
| 1981 - | Member, Arizona Psychiatric Society |
| 1982 - 1983 | Member of Program Planning Committee, Arizona Group Psychotherapy Annual Meeting, Tucson |

2

Ex 144 - 1954

| | |
|---|---|
| 1983 - 1989 | Member, Subcommittee on Film, American Psychiatric Association |
| 1983 - 1989 | Member, American Association for Social Psychiatry |
| 1984 - 1994 | Member, American Medical Association |
| 1984 - 1994 | Member, Arizona Medical Association |
| 1984 - | Member, Pima County Medical Society |
| 1985 - 1994 | Member, Association for Academic Psychiatry |
| 1985 - | Member, American Academy of Psychiatry and the Law |
| 1985 - 1986 | Secretary/Treasurer, Tucson Psychiatric Society |
| 1985 - | Member, Arizona Bar Association Mental Health and Elder Law Committee |
| 1986 - 1987 | President, Tucson Psychiatric Society |
| 1987 - 1989 | Tucson Representative to Arizona Psychiatric Society |
| 1987 - 1989 | Chairperson, Subcommittee on Film, American Psychiatric Association |
| 1988 - 1993 | Member, American Association of Directors of Psychiatry Residency Training |
| 1989 - 1994 | Consultant, Subcommittee on Film, American Psychiatric Association |
| 1989 - 1991 | Member, Criminal Behavior Committee, American Academy of Psychiatry and Law |
| 1990 - 1991 | Member and Local Arrangements Chairperson, Executive Committee, American Association of Directors of Psychiatry Residency Training |
| 1990 | Examiner, American Board of Psychiatry and Neurology, Washington, DC |
| 1991 - 1993 | Co-Chairperson, Forensic Psychiatry Adhoc Legislative Committee, Arizona Psychiatric Association |
| 1992 | Examiner, American Board of Psychiatry and Neurology, San Antonio and New York |
| 1993 | Examiner, American Board of Psychiatry and Neurology, San Diego |
| 1992 - 1993 | Member and Liaison Committee Chairperson, Executive Committee, Association of Directors of Psychiatry Residency Training |
| 1994 | Examiner, American Board of Psychiatry and Neurology, Portland |
| 1995 | Examiner, American Board of Psychiatry and Neurology, Denver |
| 1996 | Examiner, American Board of Psychiatry and Neurology, Seattle |
| 1996 - 2002 | Member, Peer Review of Psychiatric Testimony Committee, American Academy of Psychiatry and the Law |
| 1997 | Examiner, American Board of Psychiatry and Neurology, Los Angeles |
| 1998 | Member, Pima County Superior Court Ad-Hoc Committee on standards for Rule 11 (competency to stand trial) evaluations |
| 1999 | Member, Arizona Supreme Court Ad-Hoc Committee on standards for "Sexually Violent Person" evaluations |
| 2001 - | Member, Association for the Treatment of Sexual Abusers |

Hospital and Academic Medical Center:

| | |
|---|---|
| 1985 - 1991 | Member, Medical Records Committee, University Medical Center, Tucson |
| 1989 - 1999 | Member, Steering/Strategic Planning Committee, Department of Psychiatry, University of Arizona, Tucson |
| 1990 - 1993 | Member, Benefits Committee, University Physicians, Inc., Tucson |
| 1994 - | Member, Bioethics Committee, University Medical Center, University of Arizona, Tucson |
| 2008 - | Chairperson, Bioethics Committee, University Medical Center, University of Arizona, Tucson |
| 1994 - 2000 | Member, Credentials Committee, University Medical Center, Tucson |
| 1994- | Member, Credentials Committee, University Physicians, Inc. |

3

Ex 144 - 1955

| 1995 - 1998 | Member, Case Review Committee, University Medical Center, Tucson |
| 1998 - 2000 | Member, Medical Executive Committee, University Medical Center |
| 1999 - | Chairperson, Finance Committee, Department of Psychiatry, College of Medicine, University of Arizona, Tucson |
| 2003 - | Chairperson, Technology Committee, Department of Psychiatry, College of Medicine, University of Arizona, Tucson |
| 2004 - | Chairperson, Space Committee, Department of Psychiatry, College of Medicine, University of Arizona, Tucson |
| 2005 - | Director, Forensic Psychiatry Program, Department of Psychiatry, College of Medicine, University of Arizona, Tucson |

**Honors:**

| 1991 | Award for "Dedication to the Residency" given by the Psychiatry Residents, Department of Psychiatry, University of Arizona, Tucson |
| 1993 | Award for "Outstanding Service to the University of Arizona Department of Psychiatry as Residency Education Director, 1988-1993" given by the Department Head, Department of Psychiatry, University of Arizona |
| 2006 - 2007 | Training Director's Award for Outstanding Contribution to the Psychology Internship |

**Educational Program Responsibilities:**

| 1982 - 1987 | Member, Grand Rounds Committee, Department of Psychiatry, University of Arizona, Tucson |
| 1984 - | Member, Residency Education Committee, Department of Psychiatry, University of Arizona, Tucson |
| 1985 - 1988 | Fourth Year Medical Student Psychiatry Elective Clerkship Coordinator |
| 1985 - 1993 | Supervision Coordinator for Psychiatry Residency, Department of Psychiatry, University of Arizona, Tucson |
| 1986 - 1988 | Associate Director of Medical Student Education, Department of Psychiatry, University of Arizona, Tucson |
| 1988 - 1993 | Residency Education Director, Department of Psychiatry, University of Arizona, Tucson |
| 1988 - 1993 | Chairperson, Residency Education Committee, Department of Psychiatry, University of Arizona, Tucson |
| 1988 - 1993 | Chairperson, Residency Progress Committee, Department of Psychiatry, University of Arizona, Tucson |
| 1988 - 1993 | Chairperson, Residency Selection Committee, Department of Psychiatry, University of Arizona, Tucson |
| 1991 - 1993 | Member, Graduate Medical Education Advisory Committee, College of Medicine, University of Arizona, Tucson |
| 1991 - 1992 | Member, Surgery Clerkship Review Committee, College of Medicine, University of Arizona, Tucson |
| 1992 - | Member, Medical Student Education Committee, Department of Psychiatry, University of Arizona, Tucson |
| 1995 - 1998 | Member, Student Progress Committee, College of Medicine, University of Arizona, Tucson |
| 2000 - | Chairperson, Student Progress Committee, College of Medicine, University of Arizona, Tucson |

4

Ex 144 - 1956

| | |
|---|---|
| 2000 - 2004 | Member, Curriculum Committee, College of Medicine, University of Arizona, Tucson |
| 2001 – 2002 | Chairperson, Gross Anatomy Course Review Subcommittee of the Curriculum Committee, College of Medicine, University of Arizona, Tucson |
| 2004 | Chairperson, End of Life Care Committee, University Medical Center |
| 2005 | Chairperson, Medical Students, Self-Study Subcommittee for the 2006 LCME Accreditation, College of Medicine, University of Arizona, Tucson |
| 2005 | Member, Self-Study Committee for the 2006 LCME Accreditation, College of Medicine, University of Arizona, Tucson |
| 2005 - 2008 | Member, Admissions Committee, College of Medicine, University of Arizona, Tucson |
| 2006 - | Associate Director of Medical Student Education, Department of Psychiatry, University of Arizona, Tucson |

**Teaching Experience:**

| | |
|---|---|
| 1979 | Grand Rounds, "Case Presentation of a Patient with a Borderline Personality Disorder," University of Arizona, Tucson |
| 1981 - 1982 | Seminar Series: "Chief Resident Seminar Series" (for Psychology Interns and Psychiatric Residents), Department of Psychiatry, University of Arizona, Tucson |
| 1982 - | Supervision of two to four psychiatric residents per week, Department of Psychiatry, University of Arizona, Tucson |
| 1986 - 1987 | Group Leader, Interview and Communications course (for first year medical students), College of Medicine, University of Arizona, Tucson |
| 1982 - 1988 | Course: "Introduction to Psychiatry," (16 sessions with J. Racy, M.D.), part of Preparation for Clinical Medicine College of Medicine, University of Arizona, Tucson |
| 1982 - 1988 | Course: "Psychopathology," (14 sessions with J. Racy, M.D.), part of Preparation for Clinical Medicine, College of Medicine, University of Arizona, Tucson |
| 1982 - 1988 | Seminars for Post-Graduate Year II-IV psychiatry residents (normal sleep, sleep disorders, psychopharmacology, substance abuse, personality disorders, etc.), Department of Psychiatry, University of Arizona, Tucson |
| 1983 - 1988 | Seminar Series: Third Year Medical Student Psychiatry Clerkship Seminar Series Coordinator, College of Medicine, University of Arizona, Tucson |
| 1985 - 1994 | Course: "Forensic Psychiatry," (14 sessions), for senior psychiatric residents, Department of Psychiatry, University of Arizona, Tucson |
| 1985 – 1989 | Outpatient Case Conference, (weekly with M. Frank, Ph.D.; S. Arkowitz, Ph.D.), Department of Psychiatry, University of Arizona, Tucson |
| 1986 - | Fourth Year Medical Student Forensic Psychiatry Elective, College of Medicine, University of Arizona, Tucson |
| 1988 - | Seminar: "Violence, Psychiatry and Law," (every six weeks to third year medical students during Psychiatry Clerkship), College of Medicine, University of Arizona, Tucson |
| 1989 - | Course: "Interviewing," (14 sessions for Post-Graduate Year II psychiatry residents), Department of Psychiatry, University of Arizona, Tucson |
| 1989 - 1992 | Course: "Leaving Residency," (4 sessions), for senior psychiatric residents, Department of Psychiatry, University of Arizona, Tucson |
| 1989 - 1993 | Clinical Examination: Developed an annual educational exam in which psychiatric residents formally interview and present a patient to two faculty members who then critique the resident's skills. |

5

Ex 144 - 1957

| | |
|---|---|
| 1995 - | Course: "Ethical Practice and Forensic Assessment," (15 sessions), for senior residents and psychology interns, Department of Psychiatry, University of Arizona, Tucson |
| 1998 - | Seminar: "Personality Disorders," (every six weeks for third year medical students during Psychiatry Clerkship), College of Medicine, University of Arizona, Tucson |
| 1998 - 2000 | Support Group Leader, First Year Medical Student Support Groups, College of Medicine, University of Arizona, Tucson |
| 2002 - 2003 | Support Group Leader, First Year Medical Student Support Groups, College of Medicine, University of Arizona, Tucson |
| 2004 - | Seminars for Post-Graduate Year I & II psychiatry residents (competency, informed consent and involuntary hospitalization), Department of Psychiatry, University of Arizona, Tucson |
| 2004 - | Seminar for Post-Graduate Year IV psychiatry residents (risk management), Department of Psychiatry, University of Arizona, Tucson |
| 2004 - | Forensic Case Conference, monthly for interns, residents, faculty and forensic colleagues in the community, Department of Psychiatry, University of Arizona, Tucson |

## Invited Presentations:

| | |
|---|---|
| 1983 | "Epidemiology and Treatment Issues of the Chronically Mentally Ill," panelist for Southern Arizona Mental Health Center's 20th Anniversary Symposium |
| 1984 | "Emergency Psychiatry," course for paramedic students at St. Mary's Hospital, Tucson |
| 1985 | "Substance Abuse in Veterans," panelist for Veterans Medical Center, Forum on Substance Abuse, Tucson |
| 1985 | "Bipolar Disorders," discussant for Pima County Medical Society's Radio Program "Prescription for Health," Tucson |
| 1986 | "Competency to Stand Trial," seminar to the Pima County Attorney's Office, Tucson |
| 1986 | "The Insanity Defense," seminar to the Pima County Attorney's Office, Tucson |
| 1986 | "Forensic Evaluations and Report Writing," one day course for the Medical Staff of the Arizona State Hospital, Phoenix |
| 1987 | "Tricyclics and Depression," lecture for Student Health Service Staff, University of Arizona, Tucson |
| 1987 | "The Tarasoff Decision and the Duty to Warn," Grand Rounds speaker at Good Samaritan Medical Center, Phoenix |
| 1987 | "Substance Abuse in the Eye of the Storm: Legal Issues and Treatment of the Impaired Professional," panelist Veterans Medical Center, Grand Rounds, Tucson |
| 1988 | "The Tarasoff Decision and the Duty to Warn," seminar to Tucson Psychiatric Institute Medical Staff, Tucson |
| 1988 | "Psychotropic Medications," seminar to Pima County Adult Probation Department, Tucson |
| 1988 | "Alzheimer's Disease," discussant for Pima County Medical Society's Television Series, "Prescription for Health," Tucson |
| 1989 | "Chemotherapy and Antisocial Personalities," workshop presentation to Arizona Probation, Parole and Corrections Association's Western Correctional Association Conference, Tucson |
| 1990 | "Competency to Stand Trial," seminar for Kino Hospital Psychiatric Staff, Kino |

6

Ex 144 - 1958

|          | Community Hospital, Tucson |
|----------|---------------------------|
| 1990 | "Schizophrenia," discussant for Pima County Medical Society's Television Series, "Prescription for Health," Tucson |
| 1990 | "Alcoholism and Psychiatric Disorders," seminar for Pima County Adult Probation Department, Tucson |
| 1991 | "Laura's Law and the Insanity Defense," seminar for Tucson Psychiatric Society, Tucson |
| 1991 | "Psychopharmacology Curriculum for Psychiatry Residents," poster presentation at the annual meeting of the Association of Directors of Residency Training, Tucson |
| 1991 | "The Psychiatric Examination," seminar for the Arizona Center for Clinical Management professional staff, Tucson |
| 1992 | "Quality of Forensic Mental Health Evaluation and Its Impact," panel presentation for the Fifth Annual Seeds of Crisis Symposium sponsored by The Mental Health Association of Maricopa County, Arizona |
| 1992 | "Computerized Patient Log," poster presentation at the annual meeting of the Association of Directors of Residency Training, New Orleans |
| 1992 | "Computerized Patient Log," poster presentation at the Third Annual Computers and Mental Health Conference, Indianapolis |
| 1992 - 2007 | "Legal Aspects of Prescribing Psychotropic Medications," lecture for The First through Sixteenth Annual Psychopharmacology Conferences, sponsored by the Department of Psychiatry, University of Arizona, Tucson |
| 1993 | "Overview: Old vs. New and Informed Consent," seminars for Insanity Law Training course sponsored by the Pima County Superior Court, Tucson |
| 1994 | "Evolution and Current Status of the Insanity Defense in Arizona," Good Samaritan Hospital, Grand Rounds, Phoenix |
| 1994 | "Finding and Managing References: An Online Journey," Psychiatric Resident Lunch Series, Department of Psychiatry, University of Arizona, Tucson |
| 1994 | "The Law Show," interviewed regarding Arizona's new insanity defense statute, WAMC Northeast Public Radio, Albany, New York |
| 1995 | "Liability and the Crisis Worker: Duty to Protect, Duty to Warn, and the Application of Title 36," panelist for Managing Crisis Services in a Managed Care Environment Conference at St. Mary's Hospital, Tucson |
| 1995 | "Diagnosis and Prognosis of Alzheimer's Disease and Related Disorders," lecture to the Mental Health Chowder Club and Marching Society, Tucson |
| 1994 | "Medicolegal Psychopharmacology," Palo Verde Hospital, Grand Rounds, Tucson |
| 1996 | "ECT Update," lecture for The Fifth Annual Psychopharmacology Conference, sponsored by the Department of Psychiatry, University of Arizona, Tucson |
| 1996 | "Forensic Issues in Geriatric Psychiatry," clinical discussion for The Ninth Annual Meeting of the American Association of Geriatric Psychiatry, Tucson |
| 1995 | "Does Your Memory Serve You Well? Debating False Memory Syndrome," mock trial participant and panelist for the University of Arizona Extended University continuing education seminar |
| 1996 | "Violence in the Hospital," discussant for instructional videotape by Medfilms, Inc., Tucson, Arizona |
| 1997 | "Alzheimer's Disease and Related Disorders," lecture for State Bar of Arizona's Probate Practice/Death & Dying on a Daily Basis Conference |
| 1997 | "Peer Review of Psychiatric Testimony," workshop panelist for the American Academy of Psychiatry and Law Annual Meeting, Denver, Colorado |

7

Ex 144 - 1959

| | |
|---|---|
| 1997 | "Memories: Can We Trust Them?" public lecture for University of Arizona Department of Psychiatry's Faculty Lecture Series |
| 1998 | "Recovered Memory: Clinical and Legal Issues," lecture for Update on Neuropsychiatric Disorders Conference, Tucson, Arizona |
| 1997 | "Competency to Stand Trial and Other Competencies," panelist for the Arizona Supreme Court's Training Mental Health Experts in Legal Competency and Restoration Conference, Tucson |
| 1998 | "Writing the Report for the Court," panelist for the Arizona Supreme Court's Training Mental Health Experts in Legal Competency and Restoration Conference, Tucson |
| 1998 | "Ethics," panelist for the Arizona Supreme Court's Training Mental Health Experts in Legal Competency and Restoration Conference, Tucson |
| 1999 | "Sex Offenders: How Dangerous Are They?" seminar for the University of Arizona Department of Psychiatry's Community Seminar Series, Tucson |
| 2000-2005 | "Forensic Psychiatry Practice" for the Department of Psychology's Ethics Graduate Course |
| 2000 | "Characteristics of Men who Commit Sex Offenses" seminar for the Veteran's Medical Center Mental Health Continuing Education Seminar Series |
| 2000-2003 | "Forensic Practice," workshop for the Ninth and Tenth Annual Psychopharmacology Conference, sponsored by the Department of Psychiatry, University of Arizona, Tucson |
| 2000 | "Capital Case Competency: Fighting the Presumption at Every Stage", lecture for Building Blocks for Life: Pretrial to Habeas, A Death Penalty Seminar sponsored by Maricopa County Attorney's Office et al. |
| 2000 | "Malingering and Other Conundrums", lecture for 2000 Training Mental Health Experts in Legal Competency and Restoration Conference sponsored by the Arizona Supreme Court |
| 2000 | "Practical Perspectives: Tips on Testifying", lecture for 2000 Training Mental Health Experts in Legal Competency and Restoration Conference sponsored by the Arizona Supreme Court |
| 2000 | "Guilty or Insane", discussant for Court TV's Anatomy of Crime Episode |
| 2001 | "Risk Assessment of Sexual Offenders", lecture for the Arizona Psychiatric Society's Semi-Annual Meeting, Phoenix, Arizona |
| 2001 | "Managing Your Pain" and "Pain Management" discussant for instructional videotapes by Medfilms, Inc., Tucson, Arizona |
| 2002-2007 | "Somatoform Disorders, Substance Abuse and Death and Dying" facilitator for group discussions with second year medical students. |
| 2004 | "Salem Witch Trials the Psychology of Mass Hysteria", lecture for University of Arizona SAGE Course |
| 2004 | "Legal Experts" panelist for Esperero Canyon Middle School 7th grade classes. |
| 2005 | "Trials of the Century: Leopold and Loeb", lecture for University of Arizona SAGE Course. |
| 2006 | "Competency Evaluations", lecture with Honorable Charles R. Pyle for the Federal Bar Association 2006 Criminal Law Seminar |
| 2007 | "Writing the Report" lecture for the 2007 Training Mental Health Experts in Legal Competency and Restoration Conference sponsored by the Arizona Supreme Court |
| 2008 | "Identifying Victims of Abuse" discussant for instructional DVD's by Medfilms, Inc., Tucson, Arizona |

8

Ex 144 - 1960

**Film Presentations:**

| | |
|---|---|
| 1981 - 1982 | Psychiatry and Film Seminar (series of four Grand Rounds film presentations supported by Upjohn Pharmaceuticals) |
| 1983 | "Atomic Cafe," American Psychiatric Association Annual Meeting, New York |
| 1983 | "Ticket to Heaven," Arizona Group Psychotherapy Annual Conference, Tucson |
| 1984 | "The Stunt Man," American Psychiatric Association Annual Meeting, Los Angeles |
| 1984 | "Circle of Deceit," American Psychiatric Association Annual Meeting, Los Angeles |
| 1984 | "Acts of Man, Surviving Disasters," American Psychiatric Association Annual Meeting, Los Angeles |
| 1984 | "Suicide, A Right to Die," American Psychiatric Association Annual Meeting, Los Angeles |
| 1985 | "The Ballad of Gregorio Cortez," American Psychiatric Association Annual Meeting, Dallas |
| 1985 | "Cultural Collisions: First Contacts," American Psychiatric Association Annual Meeting, Dallas |
| 1985 | "First Contact," Psychiatry Grand Rounds, University of Arizona, Tucson |
| 1986 | "Freedom Versus Commitment," American Psychiatric Association Annual Meeting, Washington |
| 1986 | "Schizophrenia," American Psychiatric Association Annual Meeting, Washington |
| 1986 | "The Chant of Jimmie Blacksmith," American Psychiatric Association Annual Meeting, Washington |
| 1987 | "Man of Flowers," American Psychiatric Association Annual Meeting, Chicago |
| 1987 | "Growing Up: The First 28 Years," American Psychiatric Association Annual Meeting, Chicago |
| 1987 | "Days of Heaven," American Psychiatric Association Annual Meeting, Chicago |
| 1988 | "Acquaintance Rape," American Psychiatric Association Annual Meeting, Montreal |
| 1988 | "The Grey Fox," American Psychiatric Association Annual Meeting, Montreal |
| 1989 | "Man of Flowers," Arizona Group Psychotherapy Society, Tucson |
| 1989 | "Housekeeping," American Psychiatric Association Annual Meeting, San Francisco |
| 1990 | "Back to the Future," American Psychiatric Association Annual Meeting, New York |
| 1991 | "Families Dealings with Mental Illness," American Psychiatric Association Annual Meeting, New Orleans |
| 1991 | "Vincent Van Gogh and Philippe Petit," American Psychiatric Association Annual Meeting, New Orleans |
| 1992 | "Open Doors," American Psychiatric Association Annual Meeting, Washington |
| 1992 | "To Sleep With Anger," American Psychiatric Association Annual Meeting, Washington |
| 1993 | "Weapons of the Spirit," Grand Rounds, Department of Psychiatry, University of Arizona |
| 1994 | "Milton H. Erickson, M.D.: Explorer in Hypnosis and Therapy," American Psychiatric Association Annual Meeting, Philadelphia |
| 1994 | "The Touching Tree, Larry, and John's Not Mad," American Psychiatric Association Annual Meeting, Philadelphia |
| 1994 | "Homeless Not Helpless: Opening Doors and Hospital Without Walls," American |

9

Ex 144 - 1961

Psychiatric Association Annual Meeting, Philadelphia

1994     "Black Robe," American Psychiatric Association Annual Meeting, Philadelphia

1995     "The Saint of Fort Washington," American Psychiatric Association Annual Meeting, New York

1996     "Into the West," American Psychiatric Association Annual Meeting, New York

**Paper Presentations:**

1994     Morenz, BM; Harrison, JA; Pitt, S; Say No To Crimes of Passion: Arizona's New NGRI Law; Annual Meeting of the American Academy of Psychiatry and Law, Maui

**Publications:**

1984     Morenz, B; Practical issues for beginning psychotherapists; Contemporary Psychiatry, Volume 3, No. 1, March 1984.

1985     Morenz, B; The "Science" of classification in psychiatry; Contemporary Psychiatry, Volume 4, No. 3, September 1985.

1991 - 1993     Morenz, B; "Residency Manual," Department of Psychiatry, University of Arizona, Tucson (updated annually).

1992     Burns, LR; Denton, M; Goldfein, S; Warrick, L; Morenz, B; Sales, B; The use of continuous quality improvement methods in the development and dissemination of medical practice guidelines; Quality Review Bulletin, Vol. 18, No. 12; December 1992

1994     Morenz, B; Medicolegal issues of psychopharmacology; Psychiatric Times; Vol. XI, No. 6, June 1994

1995     Morenz, B; Becker, JV; "The treatment of youthful sexual offenders"; Applied & Preventive Psychology: Current Scientific Perspectives; Vol. 4, No. 4, Fall 1995

1995     Pithers, WD; Becker, JV; Kafka, M; Morenz, B; Schlank, A; Leombruno, T. Children with sexual behavior problems, adolescent sexual abusers, and adult sex offenders: assessment and treatment. In: Oldham JM, Riba MB, eds., Annual Review of Psychiatry. Washington, D.C. American Psychiatric Press, Inc. 1995:779-818.

1996     Morenz, B; Lane RD. Morbid Jealousy and Criminal Conduct. In: Schlesinger, L., ed. Explorations in Criminal Psychopathology: Criminal Syndromes with Forensic Implications. Springfield, Ill. Charles C. Thomas, 1996:78-97.

1997     Morenz B; Sales, BD; "The complexity of ethical decision-making in psychiatry"; Ethics & Behavior, Vol. 7, No. 1, 1997:1-14.

2000     Book Review of "Bad Men Do What Good Men Dream: A Forensic Psychiatrist Illuminates the Darker Side of Human Behavior" by Robert Simon, M.D., J. Clinical Psychiatry, 2000:604-605.

2004     Morenz, B; Bishop, M; "End of Life Care", Policy for University Medical Center, Tucson, Arizona

2006     Morreim, EH; Webb, GE; Gordon, HL; Brody, B; Casarett, D; Rosenfeld, K; Sabin, J; Lantos JD; Morenz, B; Krouse, R; Goodman, S; "Innovation in Human Research Protection: The AbioCor Artificial Heart Trial", The American Journal of Bioethics, 6(5): W6-16, 2006

2007     Book Review of "Learning Cognitive-Behavior Therapy: An Illustrated Guide" by Jesse H Wright, M.D., Monica R. Basco, Ph.D. and Michael E. Thase, M.D., J. Clinical Psychiatry, 2007:342.

10

Ex 144 - 1962

| | |
|---|---|
| 2007 | Morenz, B; Herron, S; "In: Schlesinger, L., 2nd edition Morbid Jealousy and Criminal Conduct", Explorations in Criminal Psychopathology: Clinical Syndromes with Forensic Implications.  Springfield, Ill. Charles C. Thomas, 2007: 186-212. |
| 2007 | Morenz, B; "Mental Health in the Wilderness" In Auerbach, PS; 5th edition Wilderness Medicine. Philadelphia, PA. Mosby Elsevier 2007: 685-692. |
| 2007 | Iserson, KV and Morenz, B; "The Ethics of Wilderness Medicine" In Auerbach, PS; 5th edition Wilderness Medicine. Philadelphia, PA. Mosby Elsevier 2007: 2170-2181. |

**Editorial Assignments to Professional Journals:**

| | |
|---|---|
| 1990 - | Reviewer, The Journal of Clinical Psychiatry |
| 1991 | Reviewer, Archives of Internal Medicine |
| 1991 - 1994 | Reviewer, Academic Psychiatry |
| 2004 | Reviewer, Psychosomatics |

**Computer Applications:**

| | |
|---|---|
| 1990 - 1993 | "Residency Tools" (Copyright 1993, U. of Arizona Board of Regents) is a complete data management program for residencies. It was developed to assist in improving the quality of a debilitated residency. The program manages data related to recruitment, scheduling, performance reviews, patients seen by residents and many other items. The program is easily customizable for use by other residencies and is designed to be used on a computer network enabling multiple users to enter and access data simultaneously. The program was developed for IBM and compatible computers using Paradox (a relational database) and PAL, the Paradox application language. |

11

Ex 144 - 1963

# EXHIBIT B

Ex 144 - 1964

### Exhibit B to Declaration of Barry Morenz, M.D.
### Index of Documents Reviewed

1. Audio of 11-04-01 NDCI-FBI Interview of Lezmond Mitchell
2. Crime Scene Photos of Alyce Slim and Tiffany Lee Homicides
3. 2001-10-31 Interview with Charlotte Yazzie (Trading Post Robbery Victim)
4. 2001-10-31 Interview with Cornelia Jones (Trading Post Robbery Victim)
5. 2001-10-31 Interview with Kirby Yazzie (Trading Post Robbery Victim)
6. 2001-10-31 Trading Post Robbery Police Report
7. 2001-11-04 FBI interview with Mitchell (SA Duncan)
8. 2001-11-04 FBI interview with Mitchell (SA Kirk)
9. 2001-11-04 Mitchell's Polygraph Consent & Report
10. 2001-11-04 Transcript of tape recorded NDCI-FBI interview with Mitchell
11. 2001-11-05 FBI interview with Mitchell (SA Kirk (confession statement))
12. 2001-11-05 FBI interview with Orsinger (SA Duncan & Kirk)
13. 2001-11-05 NDCI interview with Mitchell (CI Morris & Boye)
14. 2001-11-29 FBI interview with Orsinger (SA Duncan & Purscell)
15. 2002-07-02 Superseding Indictment
16. 2002-11-22 Brain imaging study
17. 2002-11-22 EEG report
18. 2002-11-22 Radiology Procedure Report
19. 2002-11-25 Dr. Ronnie Bergen Neurological Consulting Report
20. 2002-12-19 Lab Reports
21. 2002-12-19 Laboratory studies
22. 2002-12-19 MRI
23. 2002-12-19 Radiology Procedure Report
24. 2002-12-26 Dr. Anne Herring Neuropsychological Evaluation on (12-11-2002)
25. 2003-03-03 Dr. Barry Morenz Evaluation Report
26. Autopsy report of Alyce Slim
27. Autopsy report of Tiffany Lee
28. Page 24-48 of the June 2009 § 2255 Motion re: Claims A and B
29. Declaration of Pablo Stewart, 2009
30. Declaration of DeLuca, Eric, 6-4-2009
31. Declaration of George, Padrian, 5-20-2009
32. Declaration of Leal, Dennie, 5-31-2009
33. Declaration of Mitchell, Auska, 6-4-2009
34. Declaration of Mitchell, Sherry, 5-7-2009
35. Declaration of Nakai, Gregory, 5-15-2009

**Exhibit B to Declaration of Barry Morenz, M.D.**
**Index of Documents Reviewed**

36. Declaration of Orsinger, Johnny, 6-2-2009
37. Declaration of Reed, Freda, 5-29-2009
38. Declaration of Reed, Lorenzo Jr., 5-30-2009
39. Declaration of Reed, Randy, 5-29-2009
40. Declaration of Reed-Dayzie, Tara, 5-21-2009
41. Declaration of Sebahe, Tammy Rose, 5-30-2009
42. Declaration of Tsosie, Cheryl, 6-01-2009
43. Declaration of Tsosie, Herman, 6-01-2009
44. Declaration of Comb, Randall, 08-14-2009
45. Declaration of Haskan, Carlisle, 08-15-2009
46. Declaration of Lameman, Ferdinand, 8-15-2009
47. Declaration of Ockenfels Vera, 9-22-2009

///

Ex 144 - 1966

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2009, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

VINCENT Q. KIRBY, AUSA

I hereby certify that on November 12, 2009, I served the attached document

by mail on the following, who are not registered participants of the CM/ECF

System:

Capital Case Staff Attorney
Evo A. De Concini U.S. Courthouse
405 West Congress Street, Suite 1500
Tucson, AZ 85701-5010


                                        /s/ AMY REEDY