DENNIS K. BURKE
United States Attorney
District of Arizona

VINCENT Q. KIRBY
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Arizona State Bar No.6377
Telephone (602) 514-7500
Vincent.Kirby@usdoj.gov

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Lezmond Charles Mitchell,<br><br>          Petitioner,<br><br>     v.<br><br>United States of America,<br><br>          Respondent. | CV-09-08089-MHM ( JI)<br><br>GOVERNMENT'S MOTION TO STRIKE PETITIONER'S AMENDED MOTION TO VACATE, SET ASIDE OR CORRECT A SENTENCE |

The United States, pursuant to Local Civil Rule 7.2(m), respectfully requests this Honorable Court to enter an order striking Petitioner's Amended Motion to Vacate, Set Aside or Correct Sentence (Dk # 30.) for failing to comply with the Court's Order of September 4, 2009 and Local Rule Civil 15.1 in that he failed to indicate how the amended motion differs from the original as directed.

The basis for the government's request is set forth in the attached Memorandum.

Respectfully submitted this 17th day of November, 2009.

DENNIS K. BURKE
United States Attorney
District of Arizona

/s/ *Vincent Q. Kirby*

VINCENT Q. KIRBY
Assistant U.S. Attorney

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

On August 26, 2009, Petitioner's filed an *Ex Parte* Application for Schedule to File Amended §2255 Motion seeking a deadline by which he could file an amended motion to vacate. On September 4, 2009, the Court denied the *Ex Parte* Application for Schedule to File Amended §2255 Motion and directed petitioner:

> Pursuant to Local Civil Rule 15.1(a), "A party who moves for leave to amend a pleading must attach a copy of the proposed amended pleading as an exhibit to the motion, which shall indicate in what respect it differs from the pleading which it amends, by bracketing or striking through the text to be deleted and underlining the text to be added."

Instead of following the Court's Order, Petitioner filed his Amended Motion to Vacate, Set Aside or Correct Sentence (Dk # 30.) without permission of the Court. In addition, Petitioner failed to follow the Court's Order because the Amended Motion contains no bracketing or underlining to show deletions or additions. The Court added that it could not "make a determination as to whether the amendment is appropriate unless and until the Petitioner actually proffers an amended pleading." Without the required notation of changes the Court is unable to make this assessment. The Amended Motion to Vacate, Set Aside or Correct Sentence should be struck.

Respectfully submitted this 17th day of November, 2009.

DENNIS K.  BURKE
United States Attorney
District of Arizona

/s/ *Vincent Q. Kirby*

VINCENT Q.  KIRBY
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean Kennedy
Stacia Peakheart, attorneys for Petitioner

VQK/ceb

3