DENNIS K.  BURKE
United States Attorney
District of Arizona

VINCENT Q.  KIRBY
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Arizona State Bar No.6377
Telephone (602) 514-7500
Vincent.Kirby@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Lezmond Charles Mitchell,<br><br>Petitioner,<br><br>v.<br><br>United States of America,<br><br>Respondent. | CV-09-08089-MHM ( JI)<br><br>GOVERNMENT'S REPLY OF PETITIONER'S RESPONSE TO MOTION FOR ORDER TO DECLARE ATTORNEY-CLIENT PRIVILEGE WAIVED |
| --- | --- |

The United States reply is set forth in the attached Memorandum of Points and Authorities.

Respectfully submitted this 17th day of November, 2009.

DENNIS K.  BURKE
United States Attorney
District of Arizona

/s/ *Vincent Q. Kirby*

VINCENT Q.  KIRBY
Assistant U.S. Attorney

## MEMORANDUM OF POINTS AND AUTHORITIES

Petitioner's Counsel is correct that the government is referring to *trial* counsel's office policy of not granting interviews without the written waiver. The government once again confirmed with one of the trial counsel that the only order that they seek is one declaring the attorney client privilege waived. They are not refusing to be interview.

The Court already has jurisdiction over this matter by virtue of petitioner filing his Section 2255 habeas Motion, as well as the Motion for Protective Order. The Court has inherent authority to issue orders in "so as to achieve the orderly expeditious disposition of cases." *Chambers v. NASCO Inc*., 501 U.S. 32, 43 (1991). The government is asking for a order stating that petitioner has waived his attorney client privilege as to matters alleged in his motion to vacate in order to properly respond to the allegations.

Trial counsel, given the high stakes involved in this particular case, apparently wants no misunderstanding on the part of the Petitioner that they may have to disclose attorney-client communications in explaining their handling of the case. The process could have proceeded more quicky if petitioner agreed to provide a written waiver of the privilege, but he refused. The government is without recourse at this point and needs the Court's assistance to properly investigate this case.

Respectfully submitted this 17th day of November, 2009.

DENNIS K. BURKE
United States Attorney
District of Arizona

/s/ *Vincent Q. Kirby*

VINCENT Q. KIRBY
Assistant United States Attorney

2

CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean Kennedy
Stacia Peakheart, attorneys for Petitioner

VQK/ceb

3