SEAN K. KENNEDY (145632)
(Sean_Kennedy@fd.org)
Federal Public Defender
STATIA PEAKHEART (200363)
Deputy Federal Public Defender
(Statia_Peakheart@fd.org)
321 E. Second Street
Los Angeles, CA 90012
Telephone:   (213) 894-2854
Facsimile:   (213) 894-0081

Attorneys for Defendant-Movant
LEZMOND CHARLES MITCHELL

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| LEZMOND CHARLES MITCHELL,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | **CAPITAL CASE**<br>28 U.S.C. § 2255<br><br>Case No.: CV-09-8089-MHM<br><br>**Notice of Filing of Additional Declaration In Support of Mitchell's Amended Motion** |

Movant Lezmond Charles Mitchell, through his undersigned counsel, the Office of the Federal Public Defender, files the attached declaration by Anne Herring, Ph.D., in support of his Amended Motion.  Before his trial, Dr. Herring evaluated Mitchell neuropsychologically for trial counsel; her declaration supports issues A, B, D, E, S and BB.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: November 20, 2009          By_____/S/_____
                                                          STATIA PEAKHEART
                                                          Deputy Federal Public Defender

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

VINCENT Q. KIRBY, AUSA


                                        /s/ Statia Peakheart