## DECLARATION OF ANNE HERRING, PH.D.

I, Anne Herring, Ph.D., declare:

1)      I am a psychologist licensed by the State of Arizona.  I list my education, publications and professional experience in my curriculum vitae, attached to this report as Exhibit A.

2)      Mr. Lezmond Mitchell's present counsel, the Office of the Federal Public Defender for the Central District of California in Los Angeles, asked me to review documents concerning my 2002 neuropsychological evaluation of Mr. Mitchell.  I reviewed the materials listed in Exhibit B.

3)      In 2002, I neuropsychologically evaluated Mr. Lezmond Mitchell at the request of his trial counsel, Gregory Bartolomei.  My conclusions have not changed.  In sum, I believe that Mr. Mitchell is a young man of average general intelligence with little difference between verbal and nonverbal intellectual abilities.  His reading ability is commensurate with completion of high school.  Results of my evaluation document attentional capacities, language, memory and visuospatial abilities that are largely within normal limits for an individual of his intellectual levels.  Mr. Mitchell displayed some impulsivity and poor planning. Mr. Mitchell appeared to have mild difficulty in certain components of executive functioning, specifically in planning and strategy formation.  His difficulty was thought to be

1

largely due to a tendency to respond impulsively and quickly. In addition, by self report and observation, he appeared to be depressed and anxious.

4)    I held these conclusions in 2002, before Mr. Mitchell's trial and would have been willing and able to testify to them at trial if asked. After I prepared my 2002 report, I did not hear from anyone on Mr. Mitchell's defense team until the Office of the Federal Public Defender in Los Angeles contacted me.

I declare under the penalty of perjury that the foregoing is true and correct.

Signed this __18th__ day of November, 2009, at Tucson, Arizona.

Anne Herring, M.D.
Ph.D.

2

# EXHIBIT A

**CURRICULUM VITAE**

Anne Marie Herring, Ph.D.

Date and Place of Birth: January 27, 1952
Pensacola, Florida

Business Address:    Department of Psychiatry
University of Arizona College of Medicine
P.O. Box 245002
Tucson, AZ  85724-5002
(520) 626-2357
Fax: (520) 626-4070

## EDUCATION:

1990-1991    Post Doctoral supervision, Department of Psychiatry, University of Arizona College of Medicine, Tucson, AZ. Supervisor: Alfred W. Kaszniak, Ph.D., ABPP.

1990    Doctor of Philosophy in Psychology: Combined Professional-Scientific (Clinical Specialty), Utah State University, Logan, UT. Dissertation Chair: Glendon Casto, Ph.D.

1989-1990    Internship, APA approved, Veterans Administration Medical Center, Tucson, AZ. Director of Training: Milena Chvapil, Ph.D.

1987    Master of Science in Psychology, Utah State University, Logan, UT

1974    Bachelor of Science in Nursing (summa cum laude), Vanderbilt University, Nashville, TN

## ACADEMIC AND PROFESSIONAL APPOINTMENTS:

1998-    Director of Psychology, Department of Psychiatry, University of Arizona College of Medicine Tucson, AZ

1995-    Associate Professor of Clinical Psychiatry and Neurology, University of Arizona College of Medicine, Tucson, AZ

1994-    Clinical Neuropsychologist, Cardiothoracic and Kidney-Liver Transplant Teams, Department of Surgery, University Medical Center, Tucson, AZ

1992-    Assistant Clinical Professor, Department of Psychology, University of Arizona College of Medicine, Tucson, AZ

1990-1995    Assistant Professor of Clinical Psychiatry and Neurology, University of Arizona College of of Medicine, Tucson, AZ

1990-    Director of Training, Predoctoral Clinical Psychology Internship, Department of Psychiatry, University of Arizona College of Medicine, Tucson, AZ

1990-    Clinical Neuropsychologist, Department of Psychiatry, University of Arizona College of Medicine, Tucson, AZ

1990-    Neuropsychologist, Arizona Comprehensive Epilepsy Program, Department of Neurology, University of Arizona College of Medicine, Tucson, AZ

1990-    Neuropsychologist, Behavioral Neurology Unit, Department of Neurology, University of Arizona College of Medicine, Tucson, AZ

## LICENSE AND SPECIALTY CERTIFICATION:

1995-    Diplomate in Clinical Neuropsychology, ABPP(CN)
1990-    Arizona Psychology License - #1771

## MEMBERSHIP IN PROFESSIONAL ORGANIZATIONS:

2000-    Association For Internship Training in Clinical Neuropsychology
2000-    Association for Women Faculty
1998-2000    Arizona Psychological Association
1993-    National Academy of Neuropsychology
1992-1994    Association of Medical School Professors of Psychology
1992-1994    Council of Directors of Health Psychology
1990-    Southern Arizona Psychological Association
1989-    International Neuropsychological Society
1986-1997    American Psychological Association
2001-    American Psychological Association

Anne M. Herring, Ph.D. - 2

**SERVICE ACTIVITIES:**

University of Arizona

| | |
|---|---|
| 2003-2004 | Representative (Medicine), Appointed Personnel Organization Council |
| 1992-2002 | Grader of underclass writing proficiency examinations |

University of Arizona Health Sciences Center

| | |
|---|---|
| 2002- | Committee Member, University Medical Center Credentialing Committee |
| 1998-1999 | Medical School applicant interviewer |
| 1993-1994 | Medical School applicant interviewer |

University of Arizona College of Medicine, Department of Psychiatry

| | |
|---|---|
| 2000- | Committee Member, Departmental Finance Committee |
| 1997-2002 | Committee Member, Space Committee |
| 1996-1997 | Chair, Department of Psychiatry Academic Program Review |
| 1995 | Member, Department Head Review Committee |
| 1993-1994 | Head, Committee to Address Faculty/Staff Relations |
| 1993 | Head, Search Committee, recruitment of faculty psychologist |
| 1990-1993 | Committee Member, Psychiatry Steering Committee |
| 1993-2002 | Committee Member, Psychiatry Strategic Planning Committee |

Extramural

| | |
|---|---|
| 2006- | President, Association for Internship Training in Clinical Neuropsychology |
| 2004-2005 | President-Elect, Association for Internship Training in Clinical Neuropsychology |
| 2002- | Member of the Editorial Board for The Journal of Clinical Psychiatry |
| 2000-2002 | Member at Large, Association for Internship Training in Clinical Neuropsychology |
| 2000-2001 | Board Member, COPE |
| 1999 | Reviewer for Archives of Internal Medicine |
| 1997- | Work Sample Reviewer, American Board of Clinical Neuropsychology |
| 1997 | Reviewer for the Arizona Board of Psychologist Examiners |
| 1996-1998 | Member at Large, Southern Arizona Psychological Association |
| 1996 | Psychological and Neuropsychological Evaluation of Organ Transplant Candidates, presentation to the Southern Arizona Psychological Association |
| 1992-1993 | Committee Member, Southern Arizona Hospital Practice Committee |
| 1991- | Reviewer for The Journal of Clinical Psychiatry |

**TEACHING:**

| | |
|---|---|
| 1998- | Teaching and supervising Psychiatry residents electing a neuropsychology rotation |
| 1997-2004 | Dissertation committee member for Ph.D. candidates (six), Department of Psychology |
| 1994- | Teaching and supervising Clinical Psychology Interns and Psychology Externs rotating through the Medical Psychology Rotation. Primarily involves organ transplant evaluation and consultation/liaison activities |
| 1994- | Supervising Psychology graduate students taking the Neuropsychology Practicum |
| 1992-2000 | Teaching Psychiatry Residents and Psychology Interns Psychology of Women and Psychological Evaluation Seminar Series, Department of Psychiatry |
| 1991- | Teaching and supervising Clinical Psychology Interns rotating through the Neuropsychology Rotation – As of June 2006, 54 interns will have rotated through a four-month rotation |

**RESEARCH ACTIVITIES:**

| | |
|---|---|
| 2003-2004 | Site neuropsychologist. Feasibility Study of the Safety and Efficacy of Cortical Stimulation for Patients with Parkinson's Disease. Northstar Neuorscience (Clinical Investigator: Martin E. Weinand, M.D.). |
| 2003-2006 | Site neuropsychologist. Secondary Prevention of Small Subcortical Strokes. National Institutes of Neurological Disorders: Stroke/NIH. |
| 2003-2004 | Collaborating neuropsychologist. Diffusion Tensor Imaging of Traumatic Brain Injury – Advanced Clinical Magnetic Resonance Imaging. UPERCC (PI: Joachim Seeger, M.D.). |
| 2002-2004 | Site neuropsychologist. Neurodevelopmental Effects of Anti-Epileptic Drugs. NIH (PIs: Kimford Meador, M.D. and David Loring, Ph.D.). |
| 2001- | Site neuropsychologist. Alzheimer's Disease Clinical Core (ADCC). NIH. 5% salary support. |
| 1999 | Neuropsychologist. Placebo controlled evaluation of galantamine in the treatment of Alzheimer's Disease: Safety and efficacy under a slow titration regimen. Janssen Research Foundation. |

Anne M. Herring, Ph.D. - 3

**RESEARCH ACTIVITIES (Continued):**

1998        Neuropsychologist. A multicenter, placebo and active control, double-blind randomized study of the efficacy and safety of M100907 (10 and 20 mg/day) in schizophrenic and schizoactive patients (3003), Hoechst Marion Rousse Pharmaceutical Company.

**PROGRAM DEVELOPMENT:**

1990-        Development of the APA-approved Clinical Psychology Internship, University of Arizona College of Medicine, Department of Psychiatry

**PUBLICATIONS:**

Gale SD, Baxter L, Connor DJ, Herring AM, Comer J. (2007). Sex differences on the RAVLT and BVMT-R in the elderly: Normative data in 172 participants. *Journal of Clinical and Experimental Neuropsychology,* 29(5), 561-767.

Reminger SL, Kaszniak AW, Labiner DM, Littrell LD, David BT, Ryan L, Herring AM, Kaemingk KL. (2004). Bilateral hippocampal volume predicts verbal memory function in temporal lobe epilepsy. *Epilepsy and Behavior*, 5(5), 687-695.

Ahern GL, Sollers JJ, Thayer JF, Lane RD, Labiner DM, Herring AM, Hutzler R, Weinand ME. (2002). Heart rate and heart rate variability changes in the intracarotid sodium amobarbital (ISA) test. *Epilepsia*, 42(7), 912-921.

Labiner DM, Weinand ME, Brainerd CJ, Ahern GL, Herring AM, Melgar MA. (2001). Prognostic value of concordant seizure focus localizing data in the selection of temporal lobectomy candidates. *Neurological Research*, 24, 747-755.

Ahern, GL, Herring AM, Labiner DM, Weinand ME, Hutzler R. (2000). Affective self-report during the intracarotid sodium amobarbital test: Group differences. *Journal of the International Neuropsychological Society*, 6, 659-667.

Ahern GL, Herring AM, Labiner DM, Weinand ME. (1998). Quantification of hemispatial neglect during the intracarotid amytal procedure. *Journal of the International Neuropsychological Society*, *4*, 1-7.

Ahern GL, Herring AM, Labiner DM, Weinand ME. (1998). Quantitative analysis of hemispatial neglect in intracarotid sodium amobarbital (ISA) test. *Journal of the International Neuropsychological Society*, 4(2), 99-105.

Ahern GL, Labiner DM, Talwar D, Herring AM, Tackenberg JN, Weinand ME, Oommen KJ. (1995). Quantitative analysis of the EEG in the intracarotid amobarbital test: II. Coherence analysis. *Journal of Clinical Neurophysiology*, 12(3), 21-32.

Tackenberg JN, Ahern GL, Herring AM. (1994). Nursing implications of the intracarotid amytal test. *Journal of Neuroscience in Nursing*, 26(5), 309-318.

Weinand ME, Hermann B, Wyler AR, Carter LP, Oommen KJ, Labiner DM, Ahern GL, Herring AM. (1994). Long-term subdural strip electrocorticographic monitoring of ictal déjà vu. *Epilepsia*, 35(5), 1054-1059.

Ahern GL, Labiner DM, Hutzler R, Osborn C, Talwar D, Herring AM, Tackenberg JN, Oommen KJ, Weinand ME. (1994). Quantitative analysis of the EEG in the intracarotid amobarbital test: I. Amplitude analysis. *EEG and Clinical Neurophysiology*, 91, 21-32.

Ahern GL, Herring AM, Tackenberg JN, Schwartz GE, Seeger JF, Labiner DM, Weinand ME, Oommen KJ. (1994). Affective self-report during the intracarotid sodium amobarbital test. *Journal of Experimental and Clinical Neuropsychology*, 16(3), 372-376.

Ahern GL, Herring AM, Tackenberg JN, Seeger JF, Oommen KJ, Labiner DM, Weinand ME. (1993). The association of multiple personality and temporo limbic epilepsy: Intracarotid sodium amobarbital test observations. *Archives of Neurology*, 50, 1020-1025.

**PAPER/POSTER PRESENTATIONS:**

Reminger SL, Herring AM, Ahern GL, Weinand ME, Labiner DM. Utility of neuropsychological test measures in the prediction of seizure lateralization in temporal lobe epilepsy. Presented at the 26th Annual Meeting of the International Neuropsychological Society, Honolulu, HI, 1998.

Ahern GL, Herring AM, Labiner DM, Weinand ME. Quantification of hemispatial neglect during the intracarotid amytal procedure. Presented at the 25th Annual Meeting of the International Neuropsychological Society, Orlando, FL, February 5-8, 1997.

Weinand ME, Wyler AR, Carter LP, Oommen KJ, Labiner DM, Ahern GL, Hermann B, Herring AM  Long-term subdural strip electrocorticographic monitoring of ictal deja vu.  Presented at the 1992 American Epilepsy Meeting.

Weinand ME, Carter LP, Oommen KJ, Labiner DM, Patton D, Orozco J, Ahern GL, Herring AM.  Surface monitoring of cerebral cortical blood flow in epilepsy.  Presented at the 1992 Scientific Program of the American Academy of Neurology.

Anne M. Herring, Ph.D. - 4

Labiner, DM, Oommen KJ, Ahern GL, Weinand ME, Carter LP, Herring AM, Tackenberg JN, Martynec C. Postictal loss of a second language is a marker of seizures of dominant hemisphere origin. Presented at the 1992 Scientific Program of the American Academy of Neurology.

Klewra K, Mayer T, Christian D, McShane AM. (1988). Quantitative and qualitative effects of repetition and notetaking on learning from videotaped instruction. American Educational Research Association, New Orleans, LA.

## PAPER/POSTER PRESENTATIONS (Continued):

Klewra, K, Dubois, N, Christian D, McShane AM. (1988). The encoding and external storage effects of three notetaking techniques. American Educational Research Association, New Orleans, LA.

McShane AM, McShane D. (1987). Relationships between hemispheric asymmetries and intellectual abilities. National Academy of Neuropsychology, Chicago, IL.

Klewra K, Dyreson M, Christian D, McShane AM (1987). The effects of various test events on a subsequent learning task. American Psychological Association, GA.

## INVITATIONAL PRESENTATIONS:

Herring, AM (2005). Liver Disease, Liver Transplant and Mental Health. American Liver Foundation, Tucson, Arizona.

Herring, AM (2003). Psychological/Neuropsychological Evaluation of the Heart Transplant Patient. Arizona Psychological Association, Scottsdale, Arizona.

Herring, AM (2002). Degenerative Dementia: "I'm not who I was and the case of the impaired executive.: University University Friends, Arizona Inn, Tucson, Arizona.

Herring AM. (1998 and 1999). Careers in Psychology Program. Arizona Psychological Association.

Herring AM. (1994). Instruments to Evaluate Mental Health for the Primary Care Physician. Nineteenth Annual Primary Care Update. Department of Family and Community Medicine, The University of Arizona College of Medicine, Tucson, AZ.

Herring AM. (1996). Dealing with stress during the holidays. Green Valley Fitness Club, Green Valley, AZ.

## THESIS AND DISSERTATION:

Masters Thesis: A Study of the Relationships Between Hemispheric Asymmetries and Intellectual Abilities. Committee Members: Michael Bertoch (Chair), Carl Cheney and Keith Checketts. Completion Date: May, 1987

Ph.D. Dissertation: Perceived Affective and Behavioral Characteristics of Mother-Daughter Relationships and Subsequent Mentoring Relationships. Committee Members: Glendon Casto (Chair), Dennis Odell, Joan Kleinke, Margaret Dyreson, and William Stein. Completion Date: August, 1989

## PROFESSIONAL INTERESTS:

Training: Clinical psychologists and neuropsychologists

Neuropsychology of epilepsy, language and memory functions during intracarotid sodium amytal tests, memory Assessment.

Forensic neuropsychology - criminal process

Psychological and neuropsychological evaluation of organ transplant candidates

Neuropsychological assessment of patients with degenerative dementias, traumatic brain injuries, cerebral vascular pathology, learning disorders, psychiatric disorders, attentional and executive disorders.

C:\AMH\CV\VITAE.DOC (11-19-07).DOC

# EXHIBIT B

## Exhibit B to Declaration of Anne Herring, Ph.D
## Index of Documents Reviewed

1.  Neuropsychiatric Evaluation by Dr. Anne Herring, Ph.D., 12-11-2002
2.  Psychiatric Evaluation by Dr. Barry Morenz, M.D., 3-03-2002
3.  Declaration of Comb, Randall 8-14-2009
4.  Declaration of DeLuca, Eric 6-04-2009
5.  Declaration of George, Padrian, 5-20-2009
6.  Declaration of Haskan, Carlisle 8-15-2009
7.  Declaration of Lameman, Ferdinand 8-15-2009
8.  Declaration of Leal, Dennie, 5-31-2009
9.  Declaration of Mitchell, Auska, 6-04-2009
10. Declaration of Mitchell, Sherry, 5-07-2009
11. Declaration of Nakai, Gregory, 5-15-2009
12. Declaration of Ockenfels, Vera 9-22-2009
13. Declaration of Orsinger, Johnny, 6-02-2009
14. Declaration of Reed, Freda, 5-29-2009
15. Declaration of Reed, Lorenzo Jr, 5-30-2009
16. Declaration of Reed, Randy, 5-29-2009
17. Declaration of Reed-Dayzie, Tara, 5-21-2009
18. Declaration of Sebahe, Tammy Rose, 5-30-2009
19. Declaration of Tsosie, Cheryl, 6-01-2009
20. Declaration of Tsosie, Herman, 6-01-2009

///
///

## Exhibit B to Declaration of Anne Herring, Ph.D
## Index of Documents Reviewed

1.   Neuropsychiatric Evaluation by Dr. Anne Herring, Ph.D., 12-11-2002
2.   Psychiatric Evaluation by Dr. Barry Morenz, M.D., 3-03-2002
3.   Declaration of Comb, Randall 8-14-2009
4.   Declaration of DeLuca, Eric 6-04-2009
5.   Declaration of George, Padrian, 5-20-2009
6.   Declaration of Haskan, Carlisle 8-15-2009
7.   Declaration of Lameman, Ferdinand 8-15-2009
8.   Declaration of Leal, Dennie, 5-31-2009
9.   Declaration of Mitchell, Auska, 6-04-2009
10.  Declaration of Mitchell, Sherry, 5-07-2009
11.  Declaration of Nakai, Gregory, 5-15-2009
12.  Declaration of Ockenfels, Vera 9-22-2009
13.  Declaration of Orsinger, Johnny, 6-02-2009
14.  Declaration of Reed, Freda, 5-29-2009
15.  Declaration of Reed, Lorenzo Jr, 5-30-2009
16.  Declaration of Reed, Randy, 5-29-2009
17.  Declaration of Reed-Dayzie, Tara, 5-21-2009
18.  Declaration of Sebahe, Tammy Rose, 5-30-2009
19.  Declaration of Tsosie, Cheryl, 6-01-2009
20.  Declaration of Tsosie, Herman, 6-01-2009
///
///