# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Lezmond Mitchell, | No. CV-09-8089-PCT-MHM |
| Petitioner, | DEATH PENALTY CASE |
| vs. |  |
| United States of America, | **ORDER** |
| Respondent. |  |

Respondent has filed a second motion to extend time to file its answer to Petitioner's § 2255 motion. The motion neglects to state Petitioner's position on the request, as required by Local Rule Civil 7.3(b). Because Respondent's deadline is imminent and the time for a response has not yet passed, the Court has contacted Petitioner's counsel and learned that Petitioner has no opposition to the requested extension.

There being no opposition and good cause appearing,

**IT IS ORDERED** that Respondent's Second Motion to Extend Time In Which to File a Response to Movant's Petition to Vacate, Set Aside, or Correct Sentence is **GRANTED**. Respondent's answer shall be filed no later than **March 1, 2010**. Absent a showing of extraordinary circumstances, no further continuances for Respondent's Answer will be granted.

DATED this 1st day of December, 2009.

_____
Mary H. Murguia
United States District Judge