# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LEZMOND CHARLES MITCHELL, <br><br> MOVANT, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> OPPONENT. | Case No.: CV-09-8089-MHM |

**Notice of Filing Pursuant to LRCiv 15.1, and
Exhibit A:  LRCiv 15.1 Version
of Amended Motion under 28 U.S.C. § 2255**

SEAN KENNEDY (CA bar # 145632)
Federal Public Defender
STATIA PEAKHEART (CA bar # 200363)
Deputy Federal Public Defender
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-2854
Facsimile:   (213) 894-0081

Attorneys for Defendant-Movant
LEZMOND CHARLES MITCHELL

Pursuant to this Court's December 8, 2009 Order denying the Government's motion to strike the November 12, 2009 Amended § 2255 Motion, and LRCiv. 15.1(a), Mitchell hereby files as an exhibit to this Notice a version of the November Motion that "indicate[s] in what respect it differs from the pleading which it amends [the June 8, 2009 § 2255 Motion], by . . . striking through the text to be deleted and underlining the text to be added."

Counsel used WordPerfect's Document Compare function to compare the "original document," the June § 2255 Motion, with the "revised document," the November Amended § 2255 Motion.  The feature produced a report of the comparison:

Deletions are shown with the following attributes and color:   ~~Strikeout~~, Blue  ...
 Deleted text is shown as full text.
Insertions are shown with the following attributes and color:  <u>Double Underline</u>, Redline, Red  ...
Moved blocks are marked in the new location, and only referenced in the old location.
Moved block marks are shown in the following color: Orange  ...
The document was marked with 1587 Deletions, 1672 Insertions, 5 Moves.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: December 23, 2009          By_____/S/_____
STATIA PEAKHEART
Deputy Federal Public Defender

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

VINCENT Q. KIRBY, AUSA

I hereby certify that on December 23, 2009, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

Capital Case Staff Attorney
Evo A. De Concini U.S. Courthouse
405 West Congress Street, Suite 1500
Tucson, AZ 85701-5010


                                    /s/
                                    Statia Peakheart
                                    Deputy Federal Public Defender

3