*UNITED STATES v. LEZMOND CHARLES MITCHELL*
CV09-8089-PCT-MHM(MEA)

EXHIBITS 92-94 IN SUPPORT OF
AMENDED MOTION TO VACATE SENTENCE

92. Interview of Dr. Edward Fields, 4/16/2002

93. Vera Ockenfels' Social History of Lezmond Mitchell, 11/2/2002

94. Report by Dr. Barry Morenz, 3/3/2003

CONFIDENTIAL ATTORNEY WORK PRODUCT
NOT FOR DISTRIBUTION TO CLIENT

To:          **Team Mitchell**
From:        **Vera Ockenfels**
Date:        **May 11, 2002**
Re:          **Interview of Dr. Edward Fields 4/16/02**

Dr. Edward Fields was Lezmond's therapist in Many Farms, AZ, from September, 1998 through May, 1999. I met with him in his office in Many Farms, AZ, where he practices part-time as Clinical Psychologist for the entire [Chinle District] community. He no longer provides therapy to children or adolescents, as a child and family team now exclusively provides counseling services to the reservation youth directly out of the schools. At the time he was treating Lezmond, however, he was involved with kids "a lot".

Fields stated that, as a general rule, he takes notes during sessions, writes up his report, then destroys his handwritten notes. He had, therefore, no handwritten notes in addition to the records we obtained. Although Lezmond was administered an MMPI in or around September, 1998, Dr. Fields was unable to produce any raw or other MMPI data, because his computer crashed several years ago, and he lost every thing on his hard drive. Fields could not independently recall what conclusions, if any, he drew from Lezmond's testing, but thinks Lezmond "faked testing well" as many Native Americans do. Fields explains this is common since Native Americans interpret the test questions differently than Anglos (not understanding the "nuances" that Anglos understand) and are generally "unwilling to admit even to the smallest problems" they experience. The only drug test administered to Lezmond in or about April, 1999, came back "negative". However this was a test for "OD" drugs, not drugs of abuse.

Fields reviewed his treatment records on Lezmond before meeting with me. Before this interview, I consulted Dr. Nancy Parrish to ascertain what specific areas of inquiry she might find helpful. She wanted to know the extent to which Lezmond used profanity with Fields, any sexual identity issues Lezmond may have had, and any details of the conflict between Lezmond and his family and Lezmond and his peers. Dr. Fields "wanted to say Lezmond used profanity", but said that was "normal" among the adolescent community. Other areas of concern to Parrish are discussed below.

Lezmond was referred to Dr. Fields because of Lezmond's "poor behavior" at Red Mesa High School.[1] According to Fields, Lezmond "had a lot of reasons to go into crime"[2],

---

[1] Fields did not recall what precipitated the fights Lezmond got into at school. Lezmond was suspended from Red Mesa HS, at the beginning of his Junior year, for 14 days. He did not incur this punishment, and instead enrolled in Rough Rock High School. Fields does not know what, in particular, set off the fights Lezmond was suspended for, but states "they usually get into it because they get to dissing each other", and this was probably what "set Lezmond off". Lezmond reports Bobbi issued an ultimatum: either he goes to counseling or he will be home-schooled by George. Lezmond went to counseling. Fields states that Rough Rock HS is the dumping ground for all the "problem makers", and it gets a lot of grant money for

1

EX 92 - 1447

and was a "very trouble young man" a direct quote from Fields himself and his notes. Lezmond was abandoned at an early age by his mother[3], and left to his grandparents to raise. And his grandparents were problematic: Bobbi, who Fields knew when she was the school psychologist in Chinle, was "Anglo" and "not present" ("which was probably good" as far as the marriage was concerned), and his grandfather, while well-educated, presented instead as a "poor Navajo" who "hid his intelligence until it benefited him". George was also, he recalls, "very angry" and "very authoritarian". Lezmond's mother rejected him, and the man who "managed" Lezmond was simply cold: "Neither of Lezmond's grandparents were nurturing".

George had no real involvement in Lezmond's life beyond issuing orders, especially when Lezmond got into trouble. Lezmond expressed concern from time to time about how George would "come down on him" for the trouble Lezmond got into.

Dr. Fields did not observe any interaction between George and Lezmond, as George rarely accompanied Lezmond to scheduled appointments, and Fields did not include George in any of the sessions with Lezmond. Fields observed no contact between Lezmond and Bobbi, either. Nor did he ever see Bobbi with George, so he knew little about their relationship. But he got the impression from Lezmond that "things between were not that great", but did not recall specifics.

When I inquired about Lezmond's December 4, 1998 session in which he was reportedly "in tears" and "sobbing", Fields stated that he "could see the development of anger"in Lezmond, especially toward his grandparents, because they were his "surrogate parents". Lezmond minimized his mother's absence and rationalized that his mother "cared for [him] even though she's away". In reality, it was apparent to Lezmond that "they all thought he was bad". Lezmond also obviously had "no one to turn to". Whereas Lezmond presented as the "toughest guy in the world" in order to hide his vulnerabilities, he was, in fact, "absolutely on his own" and very vulnerable. The "big, burly" Lezmond was reduced to a sobbing boy. Lezmond's emotional tides were so low at one point that suicidal ideations were noted by Fields. Fields was not concerned about Lezmond pulling it off because he didn't seem to have a "plan", but Lezmond was clearly pursuing a path of self-destructive behavior. On a scale of 1 to 10 and a "10" representing the most emotionally disturbed individual (not involving psychiatric issues), Lezmond rated a "6".

---

handling "troubled" kids. While Robert Roessel (Mitchell family friend) and John Fontes (then-vice-principal) acknowledge in separate interviews that this was once true, both deny that this was the situation when Lezmond was attending Rough Rock High School.

[2] In fact, Fields predicted that, if no meaningful intervention was made, "the risk [was] anti-social behavior that could produce serious law encounters." (See, September 22, 1998 entry, Fields notes).

[3] Fields commented that, in traditional Navajo culture, the grandparents were responsible for the "moral rearing" of their grandchildren. The father provided food and physical sustenance, the mother took care of the home, aunts and uncles had their role in child rearing too. According to Dr. Fields, today's passing, by Navajo mothers, of their children to their grandparents to raise is a "cultural perversion" which is harmful given the deterioration of the culture in general.

2

EX 92 - 1449

Needing a substitute for family, Lezmond joined a gang. And "it wouldn't surprise [Fields] if Lezmond started his own gang. Lezmond "wanted to be a leader", "wanted that affiliation, and wanted to be looked up to and respected." Fields was aware Lezmond had a group of friends, but did not know any of his friends, or what they did together.

Dr. Fields was unaware of any sexual identity issues Lezmond may have had. Nor did Lezmond speak of "absent father issues", but in Fields' opinion, these issues factored significantly into Lezmond's psychological state, given the rest of his family's failure to provide guidance.

Lezmond had a lot of strengths, like leadership ability and intelligence. But self-esteem "was a real issue" with Lezmond, and the environment he grew up in outweighed those strengths. Lezmond needed intervention, and it "wouldn't have taken much of it to set Lezmond on the right path", but there was none. Lezmond was worried about his future after high school. He talked about his plans to move to Phoenix and work. Fields points to Lezmond's total lack of support, direction, or encouragement as the reason Lezmond did not go to college.

End of Document
VSO

3

# SOCIAL HISTORY

# LEZMOND CHARLES MITCHELL

Vera S. Ockenfels
Mitigation Specialist
November 2, 2002

EX 93 - 1450

# *TABLE OF CONTENTS*
# *LEZMOND MITCHELL SOCIAL HISTORY*

THE CHARACTERS — *i.*

I.  THE MITCHELL FAMILY — *1*

A. INTRODUCTION — *1*

B. BOBBI JO AND GEORGE MITCHELL — *2*
   (Lezmond's Grandparents)

C. SHERRY MITCHELL (Lezmond's Mother) — *4*

II.  LEZMOND MITCHELL — *6*

A. CONCEPTION, PREGNANCY AND BIRTH — *6*

B. LEZMOND'S CHILDHOOD — *7*

   1. Multiple Caretakers and Homes;  Early
      Separation And Rejection by Mother — *7*
   2. Physical Abuse — *9*
   3. Inadequate and Insensitive Caretakers — *10*

C. CONFLICT WITHIN THE FAMILY
   AND WITH THE WORLD — *12*

D. EDUCATION — *16*

   1. Schooling — *16*
   2. Lezmond as Leader — *18*
   3. After High School — *18*

E. BEHAVIORAL ISSUES — *20*

   1.  Oppositional Behavior — *20*
   2. Attention Deficits — *23*
   3. Mounting Anger and Tension — *24*
   4. Animal Abuse — *24*

F. PSYCHOLOGICAL EVALUATIONS AND COUNSELING — *25*

G. IDENTITY ISSUES — *27*

EX 93 - 1451

1. *Lezmond's Father* — 27
2. *Cultural Identity* — 29
    a. *Weak Enculturation* — 29
    b. *Lezmond's Rejection of Navajo Culture* — 31

H. *SUBSTANCE ABUSE* — 32

1. *Family History of Substance Abuse* — 32
2. *Lezmond's Substance Abuse* — 32
3. *Lezmond's Use of Alcohol In And Around The Date of This Incident* — 33

I. *GANG INVOLVEMENT* — 35

J. *GIRLFRIENDS AND SEXUAL RELATIONSHIPS* — 39

K. *HEALTH MEDICAL ISSUES AND INJURIES* — 40

1. *Family Health History* — 40
2. *Lezmond's Health History* — 41
3. *Injuries* — 41

L. *PRIOR CRIMINAL HISTORY* — 42

II. *CONCLUSION* — 42

EX 93 - 1452

# THE CHARACTERS

| | |
|---|---|
| *Mr. Barr* | Lezmond's 6th grade teacher in California |
| *Charley Bitse* | Lezmond's great paternal grandmother |
| *Delilah Betsuie* | Lezmond's girlfriend |
| *Glenda Chee* | Rough Rock High School Attendance Secretary |
| *Coach Marty Conrad* | Lezmond's Rough Rock High School Football Coach |
| *Jesse Carl Erwin* | Lezmond's great maternal grandmother |
| *Dr. Edward Fields* | Lezmond's (Indian Health Services, Chinle) counselor |
| *John Fontes* | Rough Rock High School Vice Principal |
| William Graham | Bobbi Mitchell's step father |
| *Sonja Halsey* | Rough Rock High School English Teacher |
| *Russell Hawkins* | Auska Mitchell's step son |
| *Foster Lezmond Hemil* | Lezmond's biological father |
| *Brijito Hernandez* | Lezmond's childhood friend in California |
| *Jim Lescher* | Red Mesa High School Principal |
| *Dr. Robert McDonald* | Psychological tests administrator in California |
| *Auska Mitchell* | Lezmond's maternal uncle |
| *Bobbi Jo Mitchell* | Lezmond's maternal grandmother |
| *George Mitchell* | Lezmond's maternal grandfather |
| *Mike Mitchell* | Lezmond's great uncle |
| *Pricilla Mitchell* | Lezmond's great aunt |
| *Sherry Lane Mitchell* | Lezmond's mother |
| *Daniel Notah* | Sherry Mitchell's fiance |
| *Charles Price* | Lezmond's childhood friend in California |
| *May Dean Protzman* | Lezmond's great maternal grandmother |
| *Freda Reed* | Lorenzo Reed's mother |
| *Lorenzo Reed* | Lezmond's childhood friend in Round Rock |
| *Gib Rogers* | Rough Rock High School Counselor |
| *Dr. Robert Roessel* | Mitchell Family friend |
| *Ruth Roessel* | Dr. Robert Roessel's wife |
| *Dave Scott* | Rough Rock High School Welding Teacher |
| *Herman Tsosie* | Lezmond's childhood friend in Round Rock |
| *Rita Wheeler* | Lezmond's great paternal aunt |

i

EX 93 - 1453

# SOCIAL HISTORY
# LEZMOND MITCHELL
**Written by:  Vera S. Ockenfels**
**Mitigation Specialist**
**11/02/02**

## I.  THE MITCHELL FAMILY

### A.  INTRODUCTION

Lezmond Mitchell is the product of a Navajo family with weak cultural and familial ties. A matrilineal society, the Navajos establish important clan relationships through their women.  Lezmond's mother, Sherry Mitchell, who is half Navajo, identified weakly, at best, with her Navajo side.  His grandmother, Bobbi Jo Mitchell, who claimed to be a Cherokee Indian, was "raised White" and never accepted the Navajo culture into which she married.  Lezmond was raised primarily by his grandfather, George Mitchell, a full-blooded Navajo, was never a Navajo "at heart."

Lezmond's family, frequently embroiled in personal jealousies and arguments amongst themselves and their respective communities, was emotionally and physically absent. Lezmond's mother abandoned him when he was just a baby, and left him with her father, an emotionally distant Navajo about 60 years Lezmond's senior, to raise.  Bobbi Jo lived apart from George and Lezmond for much of Lezmond's life.  Lezmond's putative father, a Pacific Islander, never met his son.

Lezmond, an only child, grew up primarily on the Navajo Reservation in Round Rock, a small village in northeastern Arizona, isolated from the world beyond the Reservation borders.  The Navajo Nation lies in the northeast of the State of Arizona, the northwest of New Mexico, and the southern portion of Utah.  It contains more than 25,000 square miles of land, making it slightly larger than Ireland and State of West Virginia.  Its villages are few and far between.  Cluster housing in each Navajo village offers ramshackle housing to many Navajos.  However, Lezmond lived on his grandfather's ranch, miles away from anyone but his uncle's family, which he seldom visited because they spoke a language he never learned -- Navajo.

From boundary to boundary, the Navajo Reservation is marked with extreme poverty, deprivation and desolation.  The Navajo County Health Department reports that Navajo County, Arizona, is the third poorest county in Arizona, with 32% of the households living below the federal poverty level.  Poverty is widespread and visible everywhere on the Navajo Reservation - from the ramshackle homes, to the broken-down cars, the dilapidated buildings, and the faces of the inhabitants.  One need only drive the barren land that is the Navajo reservation to experience a culture full of despair and desperation, in which economic opportunities are rare, and so many people are unable to obtain even their most basic needs.

EX 93 - 1454

Social History
Lezmond Mitchell
Page 2 of 42

According to the Indian Health Service, early death is a common experience on the Reservation, with motor vehicle fatalities involving alcohol accounting for a substantial number of deaths. Alcohol abuse and addiction is a leading cause of health problems, early death, and a significant factor in criminal activity on the Reservation. Alcohol is a major factor in 50% of all homicides committed in Navajo County. A recent Navajo County health release indicates that 53% of students in grades 9-12 report current alcohol use, and 21% report having at least one drinking and driving experience. 43% of all 9th-12th graders report binge drinking. There are also anecdotal reports of families who have suffered drunk driving fatalities, friends or family members who passed out from drinking, and families riddled with cirrhosis, diabetes, hypertension, and suicide.

Lezmond's family was educated and able to maintain a sound economic basis. However, Lezmond was surrounded by a cultural psycopathy and these luxuries, rather than improve Lezmond's plight, served only to set him further apart from peers and a culture from which he had always been estranged.

## B. <u>BOBBI JO AND GEORGE MITCHELL</u>

George Mitchell raised his grandson, Lezmond, for most of his childhood years. Bobbi lived separately from George and Lezmond for much of Lezmond's childhood, but provided financial support. Together, they ushered dysfunction into the Mitchell family's relationships and emotional life which would repeat itself generationally and extend well into Lezmond's young life.

Bobbi Jo Mitchell was born in Cambridge, Kansas, on            1942 (age 61) to May Dean Protzman and Jesse Carl Erwin, the youngest of four children. Bobbi claims her father was of "Cherokee-Choctow" lineage, but one family member who has researched the Erwin family lineage "extensively," has never been able to document any Indian lineage in the Erwin family.[1] According to Bobbi, her family disavowed their supposed Native heritage; she was taught to be ashamed of it and "raised White." When, at the age of 14 she married George Mitchell, a full-blooded Navajo about 20 years her senior, Bobbi was shunned especially by her mother, who was "always openly racist," and against the marriage because George was "dark. As a result, Bobbi did not maintain contact with her family.

Perhaps Bobbi's marriage to George was the perfect excuse to sever herself from her family, which was scattered and "always distant" anyway. Bobbi reports her father was "violent, intimidating, mean, and a heavy drinker." There were many physical, violent fights that lasted "for hours" between her parents when she was a small child. Bobbi's father "sat at the dinner table with a shotgun," and "went ballistic on [her] mother by beating her and chasing her around the kitchen table." Her mother "shot at him with a gun" during some of these melees.

---

[1] When confronted with this information, Bobbi reported that it was her mother, not her father, who was Cherokee and further, that her purported father may not be her "real father."

EX 93 - 1455

Social History
Lezmond Mitchell
Page 3 of 42

Bobbi's parents divorced when she was 4 years old. That they fought bitterly over her custody was always a mystery to Bobbi, as her father "never believed she was his because [she] was so dark[skinned] back then."[2] Bobbi recalls they "got physical" in court one day and "had to be broken up." Her mother ended up with custody of the two girls, her father custody of the boys. After the divorce Jesse moved to Flint, Michigan, and eventually remarried.

In the meantime, Bobbi was raised by May Dean, who was "loose" and "had a lot of men" throughout Bobbi's childhood. May Dean married William Graham when Bobbi was about 8 years old, and worked the oilfields in Kansas and Oklahoma, so the family moved frequently. Bobbi reports she attended 26 public schools by 6th grade.

However, May Dean refused to "settled down" and "took off for weeks at a time, drinking and going with who ever would have her."[3] May Dean shipped Bobbi off to her father when she was about 10 years old because her mother supposedly had ovarian cancer. There, she was treated like a slave and forced to cook, clean and keep house while her stepmother "watched TV all day." Bobbi got jobs, but Jesse took all her money and made her sleep on the floor "with rags or what ever [she] could find to cover [herself] with." Jesse also hit her "often." When Bobbi ran away once, he held a shotgun to her head and threatened to kill her if she ever ran again.

Keeping Bobbi was "a bother" for Jesse. When he'd had enough of her, he sent Bobbi off to his mother, a "dictatorial" English woman who just "wanted free help." Bobbi soon "ran away" to her mother's home. Bobbi met George Mitchell, an Instructional Aid at Chilocco Indian School who was about 20 years older than her, and they married on December 9, 1955, when Bobbi was 13 years old.

Born in or around 1922[4] in Lukachukai, AZ, to Charley Bitse, and an "unknown" male,[5] George Mitchell was one of 10 children who were raised on the Navajo Reservation by his "traditional Navajo" mother. Conflict was no stranger to George's family, either, and he s "friendly" only with his brother, Mike, who lives next door.[6] George stopped speaking to his sister, Rita Wheeler, many years ago because he believes she poisoned their mother to death, and that Rita and her husband practice witchcraft.

---

[2] Bobbi is white skinned, and does not outwardly appear to be even partially Native American.

[3] Bobbi's mother and stepfather divorced when she was 14 or 15 years old.

[4] According to Bobbi, George has 3 documented birth dates:    1923;    1927; and 1925. However, his Affidavit of Birth lists his birth date as "00-00-23."

[5] George reports he does not know the identity of his father, and his Affidavit of Birth states his father is "unknown." George reports, however, that a man who fathered his younger siblings lived with his mother between the ages of 5-11, a man whose name he will not disclose.

[6] All but 2 of George's siblings have died.

3

EX 93 - 1456

Social History
Lezmond Mitchell
Page 4 of 42

Bobbi and George both earned graduate degrees during their marriage[7] and went on to establish distinguished careers as educators, on and off the Navajo Reservation. Bobbi's resume reflects was employed as a teacher, counselor, principal and school psychologist.[8] George helped open the Rough Rock demonstration school, a Reservation school which emphasized the return to traditional Navajo values and language, and later became "the model" for such Reservation schools all over the country. George held several teaching and administrative positions in several Reservation schools. George is also an artist who created illustrations for several Navajo story books.

Bobbi and George had 2 children: Sherry Lane Mitchell, Lezmond's mother, born 1958 in Arkansas City, Kansas, and Auska Kee Charles Mitchell,[9] born 1966, in Ft. Defiance, AZ. The family was separated several times when Bobbi and George took employment in separate towns and states.[10] Sherry reports she usually lived with her father when her parents were separated.

## C. SHERRY MITCHELL (Lezmond's Mother)

According to Sherry and Bobbi, she and her mother have always been combatants in a game of tug-of-war "over everything." Both claim the other is "controlling" and "stubborn;" neither admits to either attribute. According to Sherry "[she] was on her own early on" and recalls feeling hurt, resentful and defiant at a young age because her parents were "never involved" in her life. According to George, Sherry was "too much like her mother" and as a result, they "butt heads a lot." It has "always been this way" between them, and the struggle continues as they blame each other for Lezmond's demise.

Sherry claims that, from 3rd to 8th grades, she was forced to be "in charge" of the Mitchell household, "holding things together when they were about to fall apart" because her mother was "busy going to school and getting degrees." According to Sherry, she raised her brother, Auska, took care of her parents' needs, and kept their respective homes in order when they were separated. In addition to all this, she managed to get through school. On weekends, she was expected to do whatever yard work needed doing. Sherry

---

[7] Bobbi reports she earned a B.A. in Behavioral Sciences in 1971; a Masters Degree in Education in 1979; a doctorate Degree in Education in 1989. George reports he served in the United States Navy from 1944-46; earned a B.A. 1959, and a Master's Degree in Education in or around 1980.

[8] Bobbi was employed as recently as May, 2002, as school psychologist in Lancaster, CA. She left for health reasons and is presently involved in a legal claim against the school district for an injury she reportedly received on the job.

[9] Auska, the immediate Mitchell family member who did not obtain higher education, graduated high school, and served in the United States Army. He is presently employed as head of the maintenance department at Red Mesa, AZ school on the Navajo Reservation. He is married and fathered two children by his wife, Beverly, and step-father to Russel Hawkins, Beverly's child by another union.

[10] For instance, Bobbi lived in California from 1995 until the summer of 2002, and lived in Alaska from 1972 to 1978. According to Sherry, the Bureau of Indian Affairs (BIA) denied employment to family members in the same school district in order to avoid the appearance of "nepotism." However, one Mitchell family friend, Robert Roessel, intimates their separate employment could have been at least partially intentional. He reports "they were probably better off that way [separate] because they never got along very well anyway."

4

EX 93 - 1457

Social History
Lezmond Mitchell
Page 5 of 42

reports her domestic responsibilities vis a vis her parents continued into adulthood, and she still is "in charge" of her parents and their homes.

Sherry reports her mother beat her as a child. Ever since the time her mother beat her with the steel tube of a vacuum cleaner "all over her body" as a young child, Sherry refused to refer to her mother as "mother" or "mom," and instead called her, "Bobbi." She no longer considered Bobbi her mother. She once called her mother, "Mommy Dearest."[11]

Sherry reports Bobbi was physically and emotionally abusive, and "controlling," while she doted on Auska and "showered him with love, affection, and toys." Bobbi was so controlling that, "even though George didn't believe in spanking the kids, he beat [Sherry] with a belt because Bobbi told him to."

Bobbi's physical abuse got worse when Sherry became a defiant teenager. On one occasion, Bobbi choked Sherry and Sherry hit Bobbi over the head, causing her to fall to the ground. Sherry "took her for dead" and walked out of the house.

Sherry began high school on the Navajo Reservation but was removed, as so many Navajo children were at the time, to a border town school in Albuquerque, NM, for her junior year. There, she relished her newfound freedom. She started "drinking[12] and running around with boys." She met Daniel Notah in Albuquerque, to whom she later became engaged. The freedom was too much for her, and she nearly flunked out of school. Bobbi, George and Auska moved to North Carolina around this time, a move she resented "because [she] wasn't consulted." Sherry eventually joined them in North Carolina and graduated from a Bureau of Indian Affairs (BIA) tribatl high school in 1976.[13]

Sherry reports her parents never took an interest in anything she did. Sherry participated in extracurricular activities, but her parents were always "too busy," and couldn't attend games, shows or performances. According to Sherry, neither parent attended her high school or college graduation ceremonies.

Sherry became engaged right out of high school to Daniel Notah. Bobbi didn't approve of Daniel, of course, and "caused him to be dishonorably discharged from the military by telling his superior officer that he intended to go AWOL." Sherry left her parents' home and took a bus from North Carolina to live with Daniel in Gallup, New Mexico, a union that was short-lived. Daniel "drank alcohol and took drugs [marijuana]." According to Sherry, he began physically abusing her so she visited her parents one day, who had moved back to the Reservation, and "just never went back." However, according to

---

[11] This is a reference to Joan Crawford's portrayal of an abusive mother in the movie, "Mommy Dearest." In one particularly disturbing scene, Joan Crawford's character beat her daughter with a wire hanger.

[12] Sherry states that she continued to drink alcohol as an adult "to calm down", but cannot drink any more because of kidney problems. Lezmond reports his mother was an "occasional," never a heavy, drinker.

[13] Cherokee Central High School in Cerokee, North Carolina.

5

EX 93 - 1458

Social History
Lezmond Mitchell
Page 6 of 42
Bobbi, Sherry became pregnant and was afraid of giving birth to a deformed baby, due to Daniel's marijuana use, so she left Daniel and had an abortion.[14]

Sherry subsequently worked and attended college part- and full-time over the next 12 years. She attended Northern Pioneer College, Navajo Community College, Chapman College and Northern Arizona University (NAU). She earned a B.A. from NAU in 1988. She also earned a Childhood Development Certification (CDC) and a Master's Degree in Education. These degrees enabled her to follow in her parents' footsteps and become an educator.

## II. LEZMOND MITCHELL

Sherry Mitchell, an educator of children who was raised by educators of children, was a wholly ineffective parent to Lezmond. Certainly Lezmond's biological mother, she was just as certainly not any mother to Lezmond. She abandoned him as an infant and again as a small child and adolescent. Overwhelmed by her responsibilities as a parent and choosing her career over her son, she shifted the burden of raising Lezmond to his equally ineffective grandparents. Despite that he was just a small child, Sherry Mitchell had adult expectations of her young son, and when he didn't meet them, she blamed him for "failing to live up to his responsibilities" and "not wanting to accept the consequences."

### A. CONCEPTION PREGNANCY AND BIRTH

Sherry met and had a brief affair with Lezmond's putative father, Foster Lezmond Hemil, an exchange student "from the Marshall Islands," while a student at Navajo Community College (NCC) in Tsaile, Arizona. When she discovered she was pregnant in January, 1981, she so advised Foster, who "thought [she] was trying to trick him into marriage." According to Sherry, Foster had a "wandering eye," so she broke up with him soon after she learned she was pregnant. Foster left NCC but returned during the summer of 1981, just before Lezmond's birth. Sherry reports he wanted to be a part of Lezmond's life, but she rejected his offer.

Sherry reports a normal pregnancy and an absence of any problematic episodes during her pregnancy. She "read all the books [she] could get her hands on and about prenatal care," followed the advice meticulously, and obtained prenatal care from the Tsaile Clinic. According to Sherry, she enjoyed her pregnancy, and looked forward to Lezmond's birth.

Lezmond Charles Mitchell was born "two weeks late" on _____ 1981 at Indian Health Service (HIS) Hospital in Fort Defiance, AZ.[15] Sherry reports she "almost died"

---

[14] Sherry admits she obtained an abortion and "at peace" with that decision ever since her deceased grandmother appeared to her in a dream and told Sherry she'd watch over the baby.
[15] Lezmond's birth records indicate the course of Sherry's pregnancy ran 10 ½ months. He weighed 8 lbs 3 ¾ oz. and was 23" long at birth.

6

EX 93 - 1459

Social History
Lezmond Mitchell
Page 7 of 42

on the delivery table because Lezmond "turned sideways and got stuck" in the birth canal, so her vagina was cut to facilitate birth. According to Sherry, Lezmond's "heart rate dropped, and he suffered a cranial hematoma" during his birth.[16] However, according to Bobbi, who spoke with nurses after Lezmond's birth, Lezmond's delivery was "normal," and Sherry at no time reported any birthing difficulties to her.

## B. LEZMOND'S CHILDHOOD

### 1. Discontinuous and Multiple Homes; Early Separation And Rejection By Mother

Lezmond's bond with his mother was severed as early as 9 months of age when Sherry delivered Lezmond to her father -- for the first of several times -- to raise. Lezmond had multiple caretakers before and after Sherry's abandonment, including several babysitters. Lezmond was uprooted from many homesteads and schools as a child, and from schools when he was shuffled from town to town, state to state. At first, she took an interest in her newborn. She dressed his cradleboard with special fabric and took Lezmond to all her classes. Her friend babysat Lezmond when Sherry wasn't able to watch him. According to Sherry, Lezmond was a "good, quiet baby" who demanded little attention. She lived in the dorm with Lezmond, and he slept all night "from day one."

However, Sherry's interest in Lezmond soon waned. She moved to Flagstaff, Arizona, to attend Northern Arizona University (NAU) when Lezmond was only a few months old. She attended classes, held a job, studied, and last on the list, took care of Lezmond. Sherry had several babysitters take care of Lezmond every day and some nights, while she was "out." According to Bobbi and George, Lezmond was babysat "a lot" while Sherry socialized, and Bobbi "wondered" about the quality of care Lezmond received. Sherry wasn't paying attention to her studies, either; she lost her scholarship to NAU "because she was flunking out," Bobbi reports.

In Bobbi's opinion, Sherry had always dumped her responsibilities on others, and Lezmond was no different in this respect. After Lezmond sustained unexplained injuries -- "second degree burns all over his chest and stomach when Sherry spilled hot coffee on him and got a big bump on his head," Sherry dropped Lezmond for George to raise in Chilchinbito, Arizona, back on the Reservation. Lezmond he was only about 9 months old, but according to Sherry, her NAU schedule was unmanageable, and she was "too tired trying to do too much and not paying enough attention [to Lezmond]." According to George, she "couldn't handle school and Lezmond at the same time." She therefore gave up Lezmond.

George, a school principal at the time, was busy all day himself. Bobbi and George were separated at the time, so George enlisted the help of a babysitter, who watched Lezmond weekdays. Sherry was "busy" during this time and visited Lezmond "some weekends." Lezmond was shuffled between Sherry in Flagstaff and George's homes in Chilchinbito,

---

[16] As is not uncommon with Navajo record keeping, Lezmond's birth records contain little information, but indicate that Sherry was in the hospital 4 days. Sherry was administered Demerol and a local anesthesia.

7

Social History
Lezmond Mitchell
Page 8 of 42

Kinlichee, Genado, and Sanders, AZ for the next few years. According to Bobbi, Sherry had Lezmond for about one year during this time.

Lezmond began Kindergarten in Sanders, AZ, while still in George's care, but his school year was interrupted when Bobbi moved to Hanford, California in December, 1987, and took Lezmond with her.[17] Sherry was "trying to graduate [from college]" at the time, and "neither she nor George had time for Lezmond." Lezmond, recalling this move bitterly, reports that Sherry told just she and he were moving to California, as she "wanted to get away from her parents." To Lezmond's disappointment, Bobbi, whom he "never liked," not Sherry, took him to California. Lezmond "didn't understand why [his] mother was leaving [him]." Sherry didn't join them until several months later, after she had finished college.

Bobbi, Sherry and Lezmond shared an apartment in Hanford, Bobbi working in education, Sherry in a mill until she landed her first job in education. Sixteen or seventeen months later, Bobbi moved back to the Reservation. They moved again twice – to Lemoore, then Avenal, California, both rural town several hours from Los Angeles where Sherry and Lezmond worked and attended school in the same school district.

In Lezmond's words, "finally, it was just [him] and Sherry." However, their parent-child relationship had already deteriorated, and Lezmond developed behavioral problems as early as the age of 5, not long after he was moved to California. Delved head first into the familiar pattern Sherry and her mother had: constant combatants in a game of tug-of-war, they "butt heads all the time."

Lezmond was defiant with his mother, and when he started school, with his teachers. In 3rd grade, he embarrassed Sherry when he "got into a lot of clashes" with his teacher. After all, Sherry reports, she was an educator, but "couldn't even control her own son." According to Sherry, she "told Lezmond to stop acting out," and that she "could lose [her] job over him, but Lezmond wouldn't stop." Again choosing her career over her son, and concerned more about her reputation than her son, Sherry withdrew Lezmond from school in the middle of the semester and shipped him to his grandfather to deal with. Lezmond recalls this move with regret. He reports feeling the sting of rejection, which never went away, but subsided instead into anger. From Sherry's point of view, Lezmond "cut [her] out of his life in third grade" from this time forward.

Lezmond lived with George in Round Rock until the beginning of 6th grade, when, in Sherry's words, "for whatever reason he wanted to try it again," and moved back to Avenal, California with her. As Lezmond got older, the fights with his mother "got worse" and this living arrangement was as short-lived as any other he'd had with his mother. According to anyone who tells the story – and the story is told by all and said to

---

[17] Sherry granted guardianship of Lezmond to her mother and/or father on several occasions, and did so in December, 1987. Sherry stated in the 1987 guardianship document that Bobbi "has full decision making for him in all areas that concern him and has supported [Lezmond] for 6 years and has claimed him on [her] income tax forms since he was a baby...."

8

EX 93 - 1461

Social History
Lezmond Mitchell
Page 9 of 42

be the "turning point" for all involved – Lezmond and Sherry "got into a big fight" and Lezmond refused to go back to California with" Sherry after a visit to the Reservation during Christmas of 7th grade. According to Lezmond, Sherry hit him for the last time during this incident, and he'd "had it."

## 2. Physical Abuse

Before "The Christmas Incident," Bobbi, George and Sherry report that Lezmond told his grandparents Sherry had been beating him, a "story," Sherry reports, her parents "[chose to believe]." From The Christmas Incident forward, Lezmond reports he "refused to call Sherry, 'mom' or "to have anything to do with her again," just as Sherry had done with her mother. Through Sherry's eyes, it was the last time her parents would infuriate her by "refusing to back up [her] parental authority."[18] Instead of making Lezmond get into the car to go back to with her California, they offered Lezmond a place to live with George. According to Bobbi and George, from this incident forward, Sherry "blamed them for everything Lezmond did or didn't do," because they "refused to listen to her parental advice."

"Determined to break the cycle of abuse" she suffered at the hands of her mother, Sherry denies any physical abuse of Lezmond. However, other witnesses remember it quite differently. Bobbi states that, when Sherry "lost it" with Lezmond, she would "sock him." According to Lezmond, Sherry started whipping him when he was in 3rd grade, and his mother and he got into several scuffles as a child.

Lezmond told Bobbi and George his mother frequently beat him when they went home for "The Christmas Incident" in 7th grade. And, during The Christmas Incident, he reports Sherry grabbed Lezmond, "hit [him], and shoved [him] up against the wall, and [he] reached [his] breaking point." Bobbi and George, who "cannot recall" the physical tussle Lezmond and Sherry got into during Christmas, ignored his reports of abuse, but offered him a place to live. When Sherry packed the car and demanded he get in it to return to California, he wouldn't budge. Burying her obvious feelings of inadequacy and humiliation during a recent interview, Sherry blames her parents for Lezmond's defiance and "his ideas regarding the 'subservient role of women.'" The "way Lezmond turned out" is, according to Sherry, her parents' fault. George was "a poor role model, especially in his lack of respect for women and [her] mother in particular." So, she left Lezmond on the Reservation for her father to "deal with."

Auska, Lezmond's uncle, Lorenzo Reed, Lezmond's friend, and Delilah, Lezmond's girlfriend, report that Lezmond reported verbal and physical abuse by both Bobbi and Sherry. Lezmond told Lorenzo when he was a senior in high school that his mother constantly "put him down" and was "always angry with him." He told Lorenzo that his grandmother "slapped him, and pushed him around all the time." Once when Lezmond was cleaning the oven, Bobbi "pushed him and he hit his head on the oven door handle."

---

[18] Sherry claims Bobbi "undermined [her] all the time" and "called all the shots" – even those involving Lezmond. Sherry recalls several occasions on which her decision was overruled by her mother.

9

Social History
Lezmond Mitchell
Page 10 of 42

According to Delilah, Lezmond reported that his mother was "mean" and "slapped him around" when he was little. During a recent interview, Lezmond reported he's "gotten into pushing matches with Bobbi" several times.

## 3. Inadequate And Insensitive Caretakers

Anyone who knows the Mitchell family reports that Lezmond's physical needs seemed well met. However, Lezmond's emotional needs were consistently unmet in a family that treated him as a burden, not a joy. His mother and grandmother, both of whom had a peripheral role rearing Lezmond, were cold and stubborn. George, Lezmond's primary caretaker, was distant both in age and affection.

According to Lezmond, Sherry "didn't want to have any thing to do with [him]" and had "stopped being affectionate with him" by the time he was in 3rd grade. He "hated living with Bobbi [in California] because she rarely hugged [him] and always insisted that things be done her way or no way." Dr. Robert Roessel, George Mitchell's friend who lived on the Reservation all of Lezmond's life, agrees that Bobbi and Sherry were both "cold, domineering and stubborn." According to Dr. Roessel, Bobbi and Sherry were "opinionated, brash and the type that tolerates things being done only their way." Auska agrees his mother was "picky, overbearing, and demanding."

According to Mike Mitchell, George's brother, George was "the only one who raised Lezmond." Sherry was too busy, since Lezmond's infancy, going to school, pursuing a career and teaching children other than her own, to raise Lezmond. Bobbi "wasn't there" for the same reasons for most of Lezmond's life, and "came home only for vacations." According to Mike, a solidly traditional Navajo man, George "didn't teach Lezmond the Navajo Way or the important things Lezmond needed to know to live his life."

According to Lezmond, George was "never affectionate," and life on the Reservation was "boring and isolated." Lezmond recalls wondering as a child "what [he] did wrong to deserve his banishment to George's house in the middle of nowhere."

According to George's friend, Dr. Robert Roessel, Lezmond "had no love" from George or anyone else in his family and "was abandoned by his mother and grandparents." Dr. Roessel "knows no one who really loved Lezmond," who was "on his own from the time he was born." He was dumped into George's lap, a man who was "not capable or interested in providing love or direction to anyone." According to Dr. Roessel, George was a "dour, sour man who was never happy." Bobbi, too, was an "unhappy woman," and her absence "was probably better" for all, as there was so much conflict between her and George, and together, they "could see only the negative side of life."

Lezmond's uncle, Auska, reports that neither Bobbi or George were "huggers," and showed Lezmond affection instead by "buying things." According to Auska, Lezmond looked in the wrong places for the affection he never got from his family. Auska stated during a recent interview that Lezmond "never had a chance" with his family.

10

EX 93 - 1463

Social History
Lezmond Mitchell
Page 11 of 42

Nor did extended family provide Lezmond meaningful emotional support. Auska, who, according to traditional Navajo clan relationships,[19] should have been a parent, not just an uncle, to Lezmond, was "never around" during Lezmond's childhood. According to Auska, he separated himself from his family early on because he "couldn't stand the constant fighting in [his] family." Auska became an occasional presence during Lezmond's high school years, but only after Lezmond had been wearing motional scars for years.

Far from the complex web of relationships one would expect to have in the Navajo clan system, Lezmond's family members were strangers. Lezmond's only neighbors living within sight[20] of the George Mitchell place were Lezmond's great aunt and uncle, Mike and Pricilla Mitchell, and their 7 children. However, age and language prohibited them from influencing Lezmond as caretakers or friends. Mike's 7 children, who were either much older or younger than Lezmond, had little in common with Lezmond. Mike and Pricilla, who speak Navajo exclusively between themselves and their children, couldn't communicate with Lezmond, who spoke English only. According to Mike, Lezmond "rarely visited." During the school year, Lezmond's only playmates were children at school. During the summer, he had the company of neither school mates or neighbors, as Mike and his family spent summers at their summer cabin several miles away, according to Navajo tradition.

Russell Hawkins, Auska's son of Lezmond's age, had limited contact with Lezmond. Russell reports Lezmond visited his family only occasionally, and was never accompanied by his mother or grandparents. Lezmond joined his family for one recent Christmas holiday at Auska's in-laws' home, but according to Russell, Lezmond's presence was "out of place" because he wasn't a family "regular." Russell was surprised his grandparents allowed Lezmond to visit, as they "don't like strangers in the house."

"Outsiders" noticed a troubled Lezmond in high school, and attempted to intervene with "damage control," but by then the neglect Lezmond had endured had taken its toll and had hardened him. Dr. Roessel and his wife, Ruth, "tried to help provide Lezmond direction because his family was not there for him." Ruth recalls advising George to "watch [his] grandson," because she knew Lezmond was a "wise guy to teachers." According to Sherry, Dr. Roessel "gave her a 'hard time' about Lezmond," but she rebuked him "for telling [her] how to raise [her] son."

Rough Rock High School welding teacher, Dave Scott and Gib Rogers, Lezmond's high school counselor, noticed Lezmond's mounting anger and lack of supervision, and tried to be positive male role models to Lezmond. However, both teachers abruptly left in Lezmond's senior year, and Lezmond was once again "on his own."

---

[19] See Clan Affilliation, below at p. __.

[20] Standing outside of George Mitchell's home one can look in any direction and see just one other home, about ¼ mile down the road from George's home.

11

EX 93 - 1464

Social History
Lezmond Mitchell
Page 12 of 42

According to Rough Rock High School Vice Principal John Fontes, Lezmond once told him "every body had let [him] down." Mr. Fontes noticed Lezmond's general "disappointment with adults because the adults most important to him were not there for him." Mr. Fontes recalls approaching Auska "to encourage Lezmond [to graduate high school]," because it was obvious that "Lezmond needed family support." Rough Rock High School English teacher, Sonja Halsey, noticed that Lezmond's family had "turned their backs on him" and tried to boost his self-esteem by focusing on his academic successes.

Sherry reports she attempted to "take control" of Lezmond when she moved back to the Reservation in connection with employment she obtained during Lezmond's junior year. However, her attempt was lame, fleeting and disingenuous. According to John Fontes, Sherry didn't want any day-to-day involvement with Lezmond or his issues at Rough Rock High School. When he telephoned Sherry to discuss Lezmond's poor attendance and disciplinary problems, Sherry hung up on him in response. She told him she "didn't want to know about Lezmond's status or progress, and not to call again."

Indeed, Sherry celebrated her son's failures. According to Dr. Roessel, Sherry was "furious" when he convinced the school board to allow Lezmond stay in school to graduate when Lezmond faced expulsion for passing marijuana in the school hall. Dr. Roessel reports that Sherry was "ecstatic" when Lezmond was arrested in the present charges.

In any event, Lezmond was impenetrable, especially by Sherry, whom he had rejected long ago. He promptly renounced her overtures and rejected her as any mother of his. Furthermore, Lezmond was not about to relinquish the control that was so easy to wield under George's supervision. George monitored Lezmond's attendance, but, didn't have much say about whether Lezmond attended school or not. According to Rough Rock High School attendance secretary Glenda Chee, George shifted the blame for Lezmond's absences to the school and demanded to know "why the school doesn't keep an eye on students."

Lezmond moved from George's home as soon as he turned 18 years old to live with his friend, Lorenzo Reed, and the Reed family in the Round Rock housing development. According to Lorenzo's mother, Freda, Lezmond asked her permission to live with her family because "it was lonely [at George's] and he wanted to be around people." When embraced with a small dose of love, Lezmond responded. Freda reports Lezmond appreciated the opportunity to live with a "real family." Lezmond "did his chores and minded [her.]" According to Lorenzo, Lezmond was "happy to live with [the Reeds]," and thankful that Lorenzo's parents "treated him like their own son." Lezmond told Lorenzo his "own family never treated him like that."

## C. CONFLICT WITHIN IN THE FAMILY AND WITH THE WORLD

The Mitchell family has, for as long as anyone can remember, been at odds with each other and the world. Over the years the Mitchells discovered that life is most peaceful

12

EX 93 - 1465

Social History
Lezmond Mitchell
Page 13 of 42

lived apart from each other, both physically and emotionally. Separate households and emotional distancing became a way of life.

According to Sherry, her family has "never been close" and their relationships have always been tainted with hostility and jealousy. In Sherry's eyes, her family is "secretive and sneaky," and "the epitome of a clash of cultures," starting with her maternal grandparents. Bobbi, a Cherokee Indian, was raised "White because her family was racist." Sherry recalls visiting Bobbi's mother in Oklahoma as a child and refusing to return because her own grandmother looked down her nose at her for "being Indian."

Bobbi, a 13 year-old girl seeking refuge from her abusive and neglectful family when she met her future husband, married George Mitchell, a full-blooded Navajo man 20 years her senior, who was the symbol of everything her family was against. As she reached adulthood, Bobbi found herself married to a man from a vastly different social and cultural background. According to Bobbi, she has had, and continues to have "problems" with the Navajo culture, and even sought counseling at one time in her life in an attempt to resolve these "problems."

According to Sherry, her parents have, forever "fought over their different traditions, and just about everything else, too." They often "dragged her and Auska into [their fights], forcing them to take sides." Sherry reports Bobbi and George "rarely agreed on anything," including how to raise their children. Later, when George was "stuck" with raising Lezmond, they frequently disagreed on how to raise Lezmond, even though Bobbi was absent much of the time George was raising Lezmond.

Both "stubborn and controlling women" to all who know them, Bobbi and Sherry have been at each others' throats ever since either of them can remember. According to Bobbi, Sherry "had her father wrapped around her little finger and George always sided with Sherry." According to George, Bobbi and Sherry were two peas in a pod and fought frequently as a result. According to Sherry, her mother made her run the household, "while Auska was showered with love, attention, and toys. No matter how hard [she] tried, [her] parents raked [her] over the coals."

Auska reports there have been countless occasions on which someone in the Mitchell family "is getting the silent treatment" from someone else in the Mitchell family. Auska, too, has been drawn into these "silent wars" and refused to speak with Sherry once "for years," and his mother "for months." Bobbi acknowledges that she and Sherry have not spoken to one another on several occasions over the years, and weren't speaking for three years preceding Lezmond's birth.[21] Because they weren't speaking, Bobbi didn't know Sherry was pregnant with Lezmond, and George, by explicit or implicit agreement with Sherry, didn't tell his wife. Besides, George and Bobbi were arguing and separated at the time, so it was easy for George not to tell Bobbi. According to Sherry, Bobbi learned of

---

[21] According to Bobbi, Sherry gave her parents the "silent treatment" for several months recently because they visited Lezmond in jail and participated in this writer's investigation.

13

EX 93 - 1466

Social History
Lezmond Mitchell
Page 14 of 42

Lezmond immediately after he was born, "but the nurses discontinued her visits because she upset [Sherry] and [her] blood pressure shot up during her visits."

Bobbi acknowledges there has always been a "rift between [her] and Sherry," but it was "mostly because of Sherry." However, Bobbi admits partial responsibility, as her interference with Lezmond's rearing caused "a lot of conflict" between them. According to Bobbi, she and Sherry argued frequently about how to raise Lezmond, and they were constantly engaged in a "contest of tug-of-war, and Lezmond was being torn apart." Indeed, Lezmond "never liked Bobbi because she always butted in" and resented Sherry because she inevitably "gave in" to her mother. According to Sherry, Lezmond called her a "slave" and lost respect for her "as early as 1st or 2nd grade when [she] didn't stand up to Bobbi."

Auska agrees that the "whole family butts heads often" and that is why he "took off" at his first available opportunity by signing up with the military. According to Sherry, Auska and Lezmond, "you could always count on a family fight whenever the family got together."

Carrying on the family tradition, Sherry engaged Lezmond in power struggles early and often. Unable to handle her failure and ineffectiveness as a parent in a mature manner, Sherry blamed Lezmond for failing to meet her adult expectations. When he reacted like an unloved boy in dire need of a mother, she sent him to away for someone else to raise.

Sherry has been estranged from Lezmond since The Christmas Incident. Like a child, she refused to speak to her son for nearly 1 ½ years. The impetus for resuming contact was a family argument over which high school Lezmond should attend. According to Lezmond, Sherry, Bobbi and George argued amongst themselves, then agreed, on one school. However, Lezmond insisted on attending another. Bobbi "nixed" his choice, he nixed hers. So, Lezmond attended a third high school as a compromise. Sherry and Lezmond continued to keep each other at arm's length.

According to Sherry, her parents are to blame for her estrangement from her son. Sherry reports George taught Lezmond "a subservient view of women in which a woman's place is in the home," and as a result, "Lezmond wanted [her] to wait on him hand and foot." However, Bobbi reports their lifelong struggle was in fact about Lezmond wanting his Sherry to marry so she could stay home and be his mother. Sherry acknowledges Lezmond always wanted a family with a dad, but she "was always very clear that that was not going to happen."

A host of Lezmond's friends corroborate his reports of family turmoil and in particular, struggles with his mother and grandmother. Childhood friend Brijito Hernandez recalls that Lezmond and his mother "got into it" often. Lorenzo Reed reports that Lezmond was always "sad" when talking about his family and was "stressed out about them all the time." According to Lorenzo, Lezmond refused to visit George during his senior year while he lived with the Reed family because he "didn't want to deal with memories of his mother and grandmother."

14

EX 93 - 1467

Social History
Lezmond Mitchell
Page 15 of 42

Lezmond's girlfriend, Delilah, reports that Lezmond confided in her that that "every one [in his family] neglected him." He told her he "had no male role model and didn't know how to be a man or who to look up to." Lezmond described a constant struggle with his family and a lack of communication. Lezmond told Delilah "his mother didn't love him." Lezmond clearly longed for a family, guidance, and a sense of belonging.

According to Lezmond, "no one in his family ever really gave a shit, and it was just too hard for them to be involved in [his] life." Nevertheless, and despite the lack of support from his family and numerous obstacles to his academic career, Lezmond managed to graduate high school. Lezmond reports Sherry refused to attend his graduation ceremony because "she wasn't invited." Lezmond reminded her that, since she "considered herself [his] mother she didn't need an invitation." However, Sherry claims Lezmond "wouldn't let her" attend his graduation and told her that, if she did attend, he "wouldn't go through with it."

Lezmond reports that Bobbi and Sherry "have made the most trouble" for Lezmond throughout his childhood, and Sherry "could easily make [him] lose control." Perhaps a self-fulfilling prophecy, Sherry accused Lezmond of smoking pot and gang involvement "way before [he] actually did" either.[22] He was prohibited from expressing his identity through his clothing, a normal gesture for most teens. Sherry and Bobbi refused to let him shop for his own clothes, so he refused to wear the clothes they bought for him. According to Bobbi, Sherry and Lezmond, unopened boxes of brand new clothes are still stored at George's house, unworn.

Sherry "tried to patch things up" with Lezmond after his graduation from high school, but Lezmond had been rejected so many times he was less than willing to accept his mother's gestures. In Lezmond's opinion, Sherry had refused to defend herself as his mother against Bobbi's interference, and "it was too late" for her feigned interest. The final blow to their relationship culminated at a peyote ceremony[23] held at Lezmond's request subsequent to his high school graduation. Lezmond's intent was to "be blessed as [he] struck out on [his] own." However, the ceremony "was a 'witch hunt'" according to Lezmond. His family "got down on [him]" and demanded that he quit smoking pot and identify his gang friends. The "last straw" was that Sherry, daring to speak as a parent, told Lezmond he "could not be helped unless he spoke frankly."

Lezmond did speak frankly. According to several family witnesses, Lezmond vehemently lashed out at his mother out for "not being a mother; at his grandparents for not being there for him; at George for calling him dumb, stupid and lazy his whole life; and at Bobbi for showing affection by buying him things and looking down her nose at

---

[22] The "labeling theory" maintains that youths who are labeled as gang members by adults will live up to adult expectations and identify more strongly with their gang involvement.

[23] The peyote ceremony is a practice of the Native American Church, to which the Mitchells belong. Peyote is ingested during religious practices because of its psychoactive properties. The ceremony consists of a prayer meeting in which peyote is ingested under the leadership of the leader, or medicine man, while utilizing singing, drumming, and prayers from dusk till dawn.

EX 93 - 1468

Social History
Lezmond Mitchell
Page 16 of 42

people." Not to be rejected by her son, Sherry stated during a recent interview that she "doesn't want to be involved in Lezmond's case or his life" and just wants "to bury [her] son and move on."[24]

The Mitchells have also forever been at odds with the World. Bobbi relocated to different school districts at least twice due to conflicts with her employers.[25] She is presently embroiled in a legal action against the school district she just resigned from in California. Bobbi and George were ordered to leave the Chinle school district when they "got into it" with that administration, and they thereafter found jobs in North Carolina.

Sherry has "moved on" from several school districts after struggles with various administration. According to Sherry, she lost one job because she "fought with the [Lukachukai] administrator." Mr. Barr, a teacher in Avenal, California, who taught school with Sherry, stated that, after one incident in which she perceived her reputation was damaged, Sherry "left in a huff to teach in another school district." Mr. Barr recalls Sherry always "felt she had to prove herself and demonstrate that she was a cut above everyone else." In his opinion, Sherry was "sneaky and manipulative," and like a dog, would "bite you in the ass the minute your back was turned." Mr. Barr stated it would be "difficult to imagine Sherry living with a man without the man feeling emasculated."

## D. EDUCATION

### 1. Schooling

According to Sherry, Lezmond learned to read at the age of 3 ½. She reports Lezmond "seemed like a little adult" because his vocabulary was "unusually sophisticated for a 3 year-old, and he was speaking full sentences early on." Sherry reports he was a "gifted" student in Kindergarten,[26] a claim Lezmond's school records do not corroborate. However, teachers and administrators alike uniformly report Lezmond was a bright, intelligent student who was able to achieve whatever he wanted to achieve, but only if he wanted to achieve.

Lezmond attended Kindergarten in 2 schools. He began school on the Navajo Reservation, but was moved to California with Bobbi, and completed Kindergarten in Kings County, California. Because of emerging behavioral problems, Bobbi and Sherry believed Lezmond "needed more structure" so they placed him in a private school for 1st grade. According to school records, he was removed from private school and placed in Avenal Elementary School halfway through 2nd grade.[27] Lezmond attended elementary school until Sherry sent him back to the Reservation, in the middle of his second semester of 3rd grade, when he "wouldn't stop acting out."

---

[24] Thereafter, Sherry refused to cooperated with this writer's social history investigation.

[25] Bobbi is presently involved in a legal battle against the school district she just left in California.

[26] Sherry reports Lezmond "didn't want to become known as a school boy" and refused to take gifted student classes.

[27] Bobbi reports he was removed from St. McCarthy's because Sherry could not afford the tuition. Further, they moved to Lemoore, California, which made the transportation to and from the private school difficult.

EX 93 - 1469

Social History
Lezmond Mitchell
Page 17 of 42

Lezmond's school records reflect that he was an average to below-average achiever in elementary school. Lezmond reports he was able to earn better grades from Reservation schools because there were "lower standards" than those in the public schools.

Lezmond finished grades 3 through 5 in Reservation schools.[28] He moved back to California to live with his mother for 6th and half of 7th grade. After "The Christmas Incident," he lived with George and attended Reservation schools. He attended Red Mesa High School grades 9-10. He transferred to Rough Rock High School in September, 1999 when he was about to be expelled from Red Mesa High School for fighting with another student. Lezmond attended Rough Rock High grades 11-12, and graduated in May, 2000.

By the time Lezmond reached high school age, he was "just interested in getting through school with the least amount of work." Lezmond states he liked Red Mesa High School for its social activities, sports and the school radio station. He reports that his latter two years at Rough Rock High School were "easy." He "was happy [he] had friends there" and the school administration allowed him to "do things without the  authorization" of a parent or guardian.[29]

Rough Rock High School English teacher Sonja Halsey noticed Lezmond was special right away. Unlike many of her students, Lezmond was "very bright and could read very well." According to Rough Rock High School Vice Principal John Fontes, Lezmond's Stanford Test scores reflected he was "exceptionally smart."[30] According to Ms. Halsey, once she and a few other teachers nurtured Lezmond, he stopped acting like "it's not 'cool' to do well academically." He "stopped being ashamed of being smart, and began to take pride in his scholastic achievements." Lezmond told Ms. Halsey he wanted to be a vocational education teacher, and for the first time, Ms. Halsey detected any "real ambition" in Lezmond.

Lezmond recalls only two teachers/administrators fondly, Red Mesa High School Principal Jim Lescher, and Dave Scott, his Rough Rock High School welding teacher. According to Lezmond he "spoke to Dave about family problems [he] couldn't talk to other people about." However, when Mr. Scott abruptly left halfway through Lezmond's senior year, he "felt let down and left alone, and the remainder of the year dragged on." Although no one's fault, this was just another in a series of abandonments.

---

[28] George Mitchell was Lezmond's 4th grade teacher at Round Rock Elementary School.

[29] Before he reached majority age, Lezmond had enrolled himself into Rough Rock High School, signed a Parent/School Compact and was allowed to excuse himself from classes.

[30] Lezmond's March, 2000, Stanford Test scores indicate he performed academically at over grade 13, or "PHS" (post high school). According to Mr. Fontes, Lezmond's October, 1999, test scores were lower than his March, 2000 scores because he "didn't take the testing seriously." When the school offered $25.00 to each student who re-tested and improved by one grade or more, 55 out of 200 students' scores – including Lezmond's, whose were, according to Mr. Fontes, "the highest among the male students," improved, and the school footed a bill of over $1300.

17

EX 93 - 1470

Social History
Lezmond Mitchell
Page 18 of 42

School seemed to be the only setting in which Lezmond was encouraged to achieve, and Lezmond clearly responded to the encouragement. For a while, he was able to rise above his circumstances and real athletic and other talent began to emerge. Lezmond played sports for Reservation athletic teams, participated in extracurricular activities, and held several class posts. He played on the Red Mesa High School baseball, football and wrestling teams. He was a freshman class representative in Red Mesa High School, and during his sophomore year, Lezmond was second vice-president. Lezmond was a disc jockey on the Red Mesa High School radio station, and aired daily. He "loved music and being on the radio." In Rough Rock High School he was a junior class representative and Student Council President during his senior year. He played football for the Rough Rock Sun Devils, and, according to his coach, was a "great defensive tackler." According to Sonja Halsey, Lezmond designed and helped create the school garden, a project spearheaded by Lezmond.

Other kids had family to cheer them on. However, no one in Lezmond's family though he was worth the effort, and his positive use of his talents was short lived.

## 2. Lezmond As Leader

By all accounts Lezmond was "a natural leader. His peers looked to him for guidance, and Lezmond clearly had "pull" with his "followers." If gang graffiti appeared on school premises, Mr. Fontes could pull Lezmond aside, "ask him to talk to his friends" and have confidence that the "problem would stop." According to Coach Marty Conrad, Lezmond was the "master of ceremonies" during class assemblies. He was "charismatic" and "a great speaker who could mesmerize the crowd."

Coach Marty Conrad reports that Lezmond was "a good, all-conference player" on the football team and played defensive tackle "with confidence." If the linemen didn't do their job, Lezmond "rustled them up and gave them a hard time." He was "the captain, and the leader of the team." Lezmond understood the terminology of the game plan and executed it efficiently. He was "loyal to the team and the school."

According to Ms. Halsey and Vice-Principal John Fontes, as Student Council President, Lezmond "worked hard was really involved." However, the Principal felt his leadership skills could negatively influence the other students, and wanted him removed from school.

## 3. After High School

Lezmond was encouraged by teachers, his coach and administration to use his intellectual and other talents to use and go on to college. He was offered a full scholarship to play football at Haskell Indian Institute, but Lezmond refused the offer. Lezmond states he rejected the idea of college because he didn't want to "cave in" to his family's wish that he attend college, and because he didn't want to follow in any of their footsteps. Lezmond's family had "always tried to control [him]," and he intended to end their control with his graduation from high school.

18

EX 93 - 1471

Social History
Lezmond Mitchell
Page 19 of 42

However, Lezmond had no promising alternative plan.   According to Ms. Halsey, he was "anxiety ridden about where to live and what to do" after high school.  Lorenzo and Herman worried about Lezmond's lack of direction, and felt that "no one was there to help point Lezmond the way."

With no one to foster or nourish his strengths, they were sure to be extinguished. Following his graduation in May he wandered aimlessly until his arrest in this case. Lezmond briefly entertained the thought of enlisting with the United States Marine Corp. However, the Marines refused reportedly him because he "had [gang] tattoos" and Lezmond rejected the idea since "they didn't take [him] for what [he] was."

With little work experience behind him,[31] a stubborn refusal to do anything his family wanted him to do, and a lack of support or direction from family, Lezmond wandered over to Phoenix to live with Lorenzo's brother.  He held several short term, unskilled jobs in Phoenix.[32]  In November, 2000, he lost a construction job for lack of transportation and moved to Lancaster, California to live with Bobbi, who was employed as a school psychologist.  When he left Phoenix, took whatever [he] could carry from his apartment, including school memoirs and awards he'd held onto from his school days, and threw them in a dumpster because he was so discouraged.

Despite his claimed best efforts, Lezmond never obtained employment during the 9 months he lived with Bobbi in California.[33]  Bobbi reports that, during the time he lived with her, Lezmond was particularly "resentful, and lamented that no one ever loved or cared about him."  He suffered "mood swings, ate and drank a lot, and was depressed." He cried, and accused his family of "never loving [him]."  According to Bobbi, he'd "always had a deathwish," and one of the last times she saw him before his arrest he told her he "would die before [his family] does."

Lezmond reports he was "unable to take another day with Bobbi," so he left Lancaster for Phoenix.  He felt he "could never go home again."  He worked at the Ball Park concessions, but was terminated for incurring cash shortages.  In August, 2002, Lezmond returned to the Reservation, to live with the co-defendant Nakais in Round Rock, not far from his grandfather's home.

---

[31] Except for summer employment in a summer youth employment program that, according Robert Roessel "instilled nothing but a bad work ethic because kids were trained only to pick up trash," Lezmond held no jobs during high school, as there are few jobs on the Reservation, and jobs off the Reservation were too far away.
[32] Lezmond worked at the Ball Park concession stand for 2-3 months beginning in August, 2000 (yogurt server); Pappadeux Seafood Kitchen for 2-3 months beginning June, 2000 (dishwasher); Industrial Personnel until November, 2000 (temporary construction jobs).
[33] According to Lezmond, he was unable to find employment in the Lancaster area because he is "dark skinned."

19

EX 93 - 1472

Social History
Lezmond Mitchell
Page 20 of 42
E. **BEHAVIORAL ISSUES**[34]

## 1.Oppositional Behavior

Lezmond's intelligence and other talents were not enough to raise him from the grip of emotional turmoil he suffered at home, and his want of love and attention there was reflected again and again in his behavior. Family and friends report Lezmond displayed obvious behavioral problems at an early age.

Bobbi "noticed Lezmond was hyperactive, oppositional, had a short fuse and seemed depressed" as early as in Kindergarten. According to Bobbi and Sherry, Lezmond "challenged all authority early on and regularly defied [them]," and Sherry reports she "lost all control" over Lezmond by 1st or 2nd grade. Bobbi describes a typical "contest of wills" between Sherry and Lezmond, which occurred every time Sherry ordered Lezmond to clean his room, or do just about anything else.[35] Lezmond steadfastly refused, not for hours, but for days, at a time. There were frequent "yelling fits" during these episodes: Lezmond wanted to go out to play every couple of hours, and Sherry, of course, wouldn't let him until his room was cleaned. Typically, the struggle ceased when Sherry, weary from several days' battle, threw in the towel and cleaned the room herself. In another week or two, when Lezmond's room got messy again, the tug-of-war resumed. Bobbi reports similar struggles between Lezmond and George "dragged on for days" when Lezmond refused to do his chores on the ranch.

---

[34] The discussion in this section suggests that Lezmond should be evaluated for Attachment Disorder. According to research, Attachment Disorder results from an infant's unmet needs vis a vis a primary caretaker during its first year of life. The satisfaction of an infant's primary needs during its first year of life builds confidence to effectively explore the world. When attachment to a primary caretaker is lacking and the infant's needs are not met, the infant lacks the ability to form and maintain loving, intimate relationships. S/he grows up with an impaired ability to trust that the world is a safe place and that others will take good care of him or her. Without this sense of trust, children believe that they must be hypervigilant about their own safety. Unfortunately, their idea about safety prevents them from allowing others to take care of them in a loving and nurturing manner. They become extremely demanding and controlling in response to their fear. Children without proper care in the first few years of life have an unusually high level of stress hormones, which adversely effects the manner in which crucial aspects of the brain and body develop. Conscience development is dependent upon brain development and follows attachment, a process during which its needs are consistently satisfied by its caretaker. Therefore, these children lack prosocial values and morality and can demonstrate aggressive, disruptive and antisocial behaviors. An incomplete list of factors contributing to Lezmond's impaired attachment include: separation from birth mother, severe abuse and/or neglect in the first years of life, multiple caretakers, and insensitive parenting. An affected child may exhibit one or more of the following attributes: lack of genuine affection with primary caregivers, especially mother; controlling, bossy, manipulative, defiant, argumentative, demanding, impulsive; preoccupation with file, death, blood, or gore; cruelty to animals, destruction of property, aggression toward others or self; rages or long temper tantrums, especially in response to adult authority; poor eye contact; blame of others for their problems; lack of self control; lack of cause and effect thinking; lying, stealing, showing no remorse, no conscience; defiance; hoarding or sneaking food, strange eating habits; underachiever; grandiose sense of self, lacks trust in others to care for him/her.

[35] According to Bobbi, Lezmond's bedroom floor got "covered with cat feces – from the cat Lezmond kept locked in his room -- along with clothing, toys, garbage, and what ever else landed there."

20

EX 93 - 1473

Social History
Lezmond Mitchell
Page 21 of 42

The more anyone -- especially Sherry -- tried to control Lezmond, the more Lezmond dug in his heels. Sherry house rules were "completely ignored" by Lezmond, who disappeared for hours at a time, often over to "Big Al's" across the street, a "hang out" for neighborhood youth and "gang bangers." Bobbi reports Lezmond and Sherry attended counseling briefly in California, but she detected no notable change in Lezmond's behavior.[36]

Sherry reports that by 3rd grade, Lezmond "clashed with his teachers" as well. Childhood friend Brijito Hernandez recalls Lezmond "talked back to teachers, cussed them out, and did things like kick the trash can in the classroom." Lezmond engaged in daring battles frequently, which earned him the title, "crazy Lezmond." Brijito recalls Lezmond didn't like any of his teachers because they "weren't good to him, and were against him, or out to get him in trouble." He was "always rebellious" and said the "f-word" to at least one teacher.

According to another childhood friend, Charles Price, Lezmond didn't hesitate to "speak his mind and talk back to teachers." As a result, he was put in detention more than a few times. Charles reports Lezmond was "headstrong" and "a 'class clown.'" Indeed, Lezmond's 3rd grade teacher wrote that Lezmond was "[v]ery likeable one-on-one but acts out when has peer audience." The same teacher stated Lezmond needed improvement in cooperation, thoughtfulness and courtesy, self discipline, and respect for rules and authority.

Lezmond's 5th grade teacher noted needed improvement in his social habits. His 6th grade teacher, Mr. Barr, reported in a recent interview that Lezmond's class was always known as the "class from hell" because it was full of troublemakers, and Lezmond was one of them. The class as a whole had disciplinary problems and was "unruly."

Back on the Reservation for the remainder of his school days, Lezmond's behavior got more serious as he approached adolescence. He was suspended for smoking several times beginning in 7th grade, and he got into many fights with other boys.[37] Lezmond was also suspended for stealing a teacher's stapler; for making "motions with his hands and a pencil] to look like someone jacking off;" and for sniffing/inhaling keyboard cleaner." School records noted Lezmond "[s]eems to have an attitude...."

Lezmond was cited in 8th grade for hitting another student; "throwing clay at girls," "taking food off [lunch]trays, taking a bite, and then putting it back;" throwing rocks at another student; "destroying...[another] student's papers" and "picking on a 2nd grade girl." The same year he was suspended 5 days for "cussing for no reason...lack of

---

[36] Dr. McDonald's notes indicate Lezmond was tested, but neither he or Sherry underwent counseling.
[37] According to Bobbi and George, Lezmond was often "given a hard time for not being Navajo" by his schoolmates. School records reflect that George intervened only to direct Lezmond "just to fight [them]." Lezmond agrees that his grandfather told him to fight. He explains that there was a lot of animosity for "half-breed" Navajos such as himself amongst school children, and George told him to fight anyone who gave him a hard time for being only part Navajo.

EX 93 - 1474

Social History
Lezmond Mitchell
Page 22 of 42

cooperation, and rude, discourteous" conduct toward his science teacher with whom he had butt heads with frequently.

Lezmond was in trouble in 9th grade for "shooting [a] water gun in class." Detention was imposed when he was punished for "excessive tardiness [and] rude and discourteous" conduct." According to school records, he had accumulated 7 unexcused tardies, "abused a rest room pass" and left class without returning. During the second half of 8[th] grade, Lezmond was given detention 5 times. Again, George did nothing to correct Lezmond. When school authorities contacted him to discuss Lezmond's failing grades, he reportedly "refused to accept the idea that homework had value [and] it was all the teachers' fault." According to school records, Bobbi failed to acknowledge Lezmond's failure to do homework.

According to school records, Lezmond was suspended in 10th grade 5 days for "throwing a chunk of plasterboard at [a teacher]." He was suspended another 5 days for smoking, "never shut[ting] up," ditching school, and lying to a teacher. Counseling for behavior modification and better grades was recommended, but not undergone.

Lezmond began 11th grade at Red Mesa High School, but his days there were numbered. Lezmond was involved in 3 fights with another student only 2 weeks into the first semester. Then-Principal James Lesher witnessed the last fight and stated in a recent interview that Lezmond "lost all control" during the fight. Despite being separated from his enemy, Lezmond "was tenacious, would not give it up and continued to lunge at him." Lezmond agrees he "lost it" and reports that he knocked a school guard over to get at his enemy. [38] Lezmond was given the choice of voluntarily withdrawing from Red Mesa High School, or expulsion. He enrolled in Rough Rock High School, which, according to Mr. Lescher, "took problem kids under almost any circumstances" and, according to Dave Schott, was a "second chance school."

Rough Rock High School Vice Principal John Fontes reports several problematic incidents involving Lezmond during his last two years of high school. Lezmond got into "several verbal exchanges" with the principal and teachers, and as a result, Mr. Fontes suspended Lezmond many times for "resisting authority and insubordination."[39] Lezmond faced expulsion again in his senior year when he was caught passing marijuana to another student by the principal, a woman Lezmond particularly disliked. Mr. Fontes recalls Lezmond "went off" her. Before an audience of students, teachers and administration, "he called her a 'lying bitch,' and used all the other four-letter words" in

---

[38] The victim, a rival Westside 99th Street gang member, was knocked unconscious and, according to Lezmond, "was bleeding all over the place." Lezmond reports he was arrested by the Shiprock Police following this incident, but was never prosecuted.

[39] Rough Rock High School records reflect the following suspensions: December 2, 1999 (2 days) (Resisting Authority/Endangerment: Refusal to report to in school suspension); January 13, 2000 (4 days) (Resisting Autority; Insubordination)(According to Mr. Fontes Lezmond objected to a "math teacher teaching when he doesn't know math."); April 13, 2000 (8 days) (Sale and/or Distribution of a Controlled Substance – Marijuana).

22

EX 93 - 1475

Social History
Lezmond Mitchell
Page 23 of 42

the English language. He told her she "should get a real job." Lezmond defied Mr. Fontes' authority by refusing to report to in-school-suspension.

Rough Rock High School English teacher Sonja Halsey describes her initial encounters with Lezmond as "rough." According to Ms. Halsey, Lezmond had "a hard shell and was too full of anger to get close to anyone." Instead, he "took on the 'tough guy' persona" to keep others at arm's length. Lezmond "wouldn't make eye contact and mouthed off" to Ms. Halsey and others regularly. According to teachers, school records and Lezmond's nephew, Russell Hawkins, Lezmond hid behind "dark sunglasses all the time, even inside [the house or school]."

It was plain to Ms. Halsey that "Lezmond was a lonely and hurting kid." During one exchange, Lezmond told her, "you don't know me." When she replied that she "would like to get to know him," he started to soften. She gave him special projects to do and he did them with pride. However, his family would continue to be on the "outs" with Lezmond. According to Bobbi, by the time Lezmond was a senior in high school, he "didn't want to have anything to do with [Bobbi and George] and refused to acknowledge his grandfather's presence in public."

Lezmond brought defiance to new limits at his graduation ceremony. In a speech he made to his classmates, Lezmond bellowed, "from this day forward you are your own person. No one can tell you what to do any more. It's time for you to go get a job and do what ever you want. You're on your own.'" His speech received a standing ovation. However, Ruth and Robert Roessel were perturbed when Lezmond raised his clenched fists into the air as he walked off the stage and shouted, "the man do what he wants!"

## 2. Attention Deficits

Witness statements suggest Lezmond may have suffered from undiagnosed Attention Deficit Disorder (ADD) as a child. Lezmond's Kindergarten teacher wrote that, "Lezmond has become careless [and] needs to concentrate on the work [and] try harder." In Bobbi's opinion, Lezmond suffered from Attention Deficit Hyperactivity Disorder (ADHD) "way back in first grade but he was never diagnosed because Sherry was in denial" about it and refused to get him evaluated. Lezmond attended St. McCarthy's in 1st grade to give him the "extra direction and structured environment" Bobbi and Sherry thought he needed. However, Lezmond was removed from private school halfway through the year after his conduct and observance of school regulations was noted to be "unsatisfactory." According to Sherry, the teacher had placed Lezmond in the back of the classroom, so she put him in another school. While his academic performance was within the average range in 2nd grade, Lezmond's teacher stated he was "easily frustrated." Lezmond's 5th grade teacher stated that "Lezmond needs to work harder and apply himself to his studies. Needs to check work [and] slow down."

Lezmond recalls that Bobbi wanted him take Ritalin when he was in 3rd grade because she suspected he had Attention Deficit Disorder (ADD), but his mother "didn't want [him] tested," so he wasn't. Furthermore, Lezmond received "U"'s ("Unsatisfactory") in

23

EX 93 - 1476

Social History
Lezmond Mitchell
Page 24 of 42
categories for listening and following instruction; classroom behavior; respecting authority; playground behavior and respecting other students.

### 3. Mounting Anger and Tension

Lezmond increasingly felt his anger mounting through the years. In high school, his thoughts frequently turned his family problems and he "was pissed off all the time." His mother constantly criticized him, and yet she was "not a real mother." Nothing he could do was good enough for Bobbi, who "wasn't around" to care anyway, and George "bitched" at him all the time.

Lezmond decided that he would move away from them all as soon as he turned 18 years old; hopefully, this would relieve his tension. However, Lorenzo reports that, even when removed from his source of stress, Lezmond continued to be "very stressed out with no one to turn to. The things his mother and grandmother did to him were always with him."

Pressure mounted and, according to Lezmond, he "snapped." He was disrespectful toward authority figures at school, he "went off" a lot in school and got into many fights. According to Lezmond, if anyone "looked at [him] the wrong way, or made a wise-crack" it was enough to "set [him] off" and he estimates that he was in 24 fights in high school.

Following his near-expulsion from Red Mesa High School, Lezmond reports Bobbi made him choose between counseling and home-schooling by George. At the risk of becoming even more isolated, Lezmond chose the former. According to Lezmond, his counselor taught him "to think before reacting," and he "got into less fights." Nevertheless, Lezmond reports that, around his junior year, "something clicked" and he "got enjoyment from hurting people." Instead of fighting, "took his aggression to the football field." He found just "running the ball was boring," so, he began "busting [his] opponents down." No one told him to "tone it down" so he forged ahead. Neither his coach or Lezmond report that he ever "played 'dirty'" but Lezmond states he was "good at aggression." The impact of "going head to head gave [him] an adrenaline rush," the "same kind of rush [he] got from fighting."

### 4. Animal Abuse

Bobbi and George report they "tried to teach Lezmond to respect animals" when he was growing up. Lezmond had a favorite cat and took care of the ranch animals, including the dogs, cats, pigeons, guinea hens and cows and horses.

However, Lezmond reports a different story, and states that he abused animals on several occasions. Lezmond states he "was high most times" he abused the animals, and did it purely for its entertainment value.

24

EX 93 - 1477

Social History
Lezmond Mitchell
Page 25 of 42

According to Lezmond, he and his friends "grabbed stray dogs by the tail and flung them over a bridge just to watch them slam into the ground. Some died slowly. Others got up, chased their tail in confusion, and ran away." Lezmond reports he and his friends also shot stray dogs and watched them die or run off. According to Lezmond, shooting a dog "is not like it is in the movies where the dog is shot and plops over dead right away. They suffer first." Lezmond recalls he was humored at a party once when "a Satanist stood on a tree stump and holding a dog above his head, slit the dog from throat to belly, catching the blood in his mouth."

Lezmond reports shooting cats, too, and throwing rocks at dogs "to tear them up." Another pastime was to "zap" cows and other animals with a cattle prod. According to Lezmond, he held dog fights "once in a while" to raise money, during which "a couple dogs died."

## F. PSYCHOLOGICAL EVALUATIONS AND COUNSELING

Lezmond underwent counseling at the age of 17 following his suspension from Red Mesa High School for fighting. Other than this brief period of counseling, Lezmond has not undergone any testing or counseling of any kind, with the single exception[40] being the administration of a Wechsler Intelligence Scale for Children. This test was administered in January, 1989 at the age of 7 years 4 months, with results reported as follows:[41]

Verbal Scale IQ:         98
Performance Scale IQ:    117
Full Scale IQ            107

WRAT Test    Reading Recognition    2.5 grade level
             Spelling               2.2 grade level
             Arithmetic             2.5 grade level

Shortly after his suspension from Red Mesa High School, Lezmond attended counseling with Dr. Edward Fields of Chinle IHS Department of Mental Health, from September, 1998 through April, 1999. According to Dr. Fields, Lezmond was referred by George Mitchell because he was in fights at school, and had "temper problems."[42] According to notes kept by Dr. Fields, Lezmond reportedly "want[ed] to learn to control [his] temper."

---

[40] Lezmond was referred for alcohol treatment as an inmate in the Ft. Defiance facility shortly after his arrest. According to jail records, intake was on November 13, 2001, but Lezmond subsequently received no treatment.

[41] Bobbi reports that Sherry and Lezmond underwent family counseling with Dr. McDonald, of Lemoore, California – the same doctor that administered the testing noted above. However, Dr. McDonald does not recall, and the records obtained from Dr. McDonald do not reflect, counseling sessions with Lezmond. Dr. McDonald reported to this writer that, had Lezmond undergone counseling, notes would have been kept documenting the same.

[42] September 15, 1998 Dr. Fields counseling notes.

25

EX 93 - 1478

Social History
Lezmond Mitchell
Page 26 of 42

The turmoil Lezmond experienced as the direct result of family conflict and unmet emotional needs was reflected in his school fights, and in Dr. Fields' notes. He reported on December 4, 1998 that Lezmond complained of:

> conflicts with his mother and grandparents...They try to totally control him. Tears began during this discussion. He said when they come down on him like that he feels like going out and killing himself. Sobbing at this point. Just wants to get away from them all as soon as he can.

Lezmond "admit[ted] to s[uicidal] i[deation] when [his] family fights," and reported "[l]ots of family fights since he was [a] young child" during his intake appointment in September, 1999. Lezmond reported during a recent interview that he "thought about killing [himself] several times" but he never actually attempted suicide. However, when he was left alone on the ranch for 4 months in his junior year while George went to California, Lezmond experimented with large doses of cocaine and other drugs, "but knew [his] limits and didn't try to overdose." Lezmond reports that "George's rifle and bullets were always there but [he] never tried it."

On September, 22, 1998, Dr. Fields administered an MMPI test to Lezmond, and stated:

> The preliminary results are consistent with his reported problems. Overall they describe a very troubled young man. Intensive psychotherapy is in order. It can be done on an out p[atient] basis if he will cooperate and attend scheduled appointments. Failing that, a residential placement may be necessary. He could be in serious jeopardy [sic] otherwise. The risk is anti-social behavior that could produce serious law encounters.[43]

Dr. Fields concluded that Lezmond was "truely [sic] distressed about family conflict as [it] relates to him."[44]

Dr. Fields' impression of Lezmond was that he was a "rather disturbed young man [who is] feeling...no security and lost."[45] It was clear to Dr. Fields that Lezmond had been abandoned at an early age by his mother, and left with his elderly grandfather, a "very angry, authoritarian and cold" man, to raise. Bobbi, an "Anglo" woman who was "not present," was no support system to Lezmond, either. Dr. Fields concluded during a recent interview that, "neither of Lezmond's grandparents were nurturing."

Lezmond expressed a pressing need to escape from the clutches of his family. As Dr. Fields wrote, Lezmond's "goal is just to get out of his grandparents house, and get on his own. [H]e has so many goals he wants to achieve. [T]hey just hold him back and try to

---

[43] September 22, 1998 Dr. Fields counseling notes.

[44] Id.

[45] December 4, 1998 Dr. Fields counseling notes.

EX 93 - 1479

Social History
Lezmond Mitchell
Page 27 of 42

make him be what they want, not what he wants." Lezmond believed "his mother and grandparents thought he was a bad person."

According to Dr. Fields, "it wouldn't have taken much intervention to set Lezmond on the right path." However, Lezmond lacked the social and emotional skills to make a successful escape. There was no intervention, and it was no surprise that Lezmond "fell on his face." Obviously, Lezmond had "no one to turn to," and as a result, Lezmond turned instead to a gang to fulfill his need for a family.

## G. IDENTITY ISSUES

### 1. Lezmond's Father

For as long as anyone in the Mitchell family can recall, Lezmond "resented that he didn't know or have a father," and blamed Sherry for this deficit in his life. According to Bobbi, George and Sherry, Lezmond as a young child "was determined to have a father figure in the home." He pleaded with his mother to find a man so she could stay home and take care of him. As with all other issues, Sherry and Lezmond butt heads over this issue "from the time he was a young boy until only a couple years ago," according to Bobbi. Sherry, however, for whatever reason – perhaps merely to taunt her son -- "was always very clear that that was not going to happen." And that Sherry "never wanted to marry or have any more kids" -- and her refusal even to try -- was a major source of anger for Lezmond since he was a boy. [46]

The little he knew of any father was problematic for Lezmond. Lezmond reports that Sherry told him "very little" about his father, but he "heard" his father was "from some islands in the South Pacific" and that his name was "Lezmond." Over the years, he learned his putative father was a student and lineman for a football team. Lezmond also learned that his father "took off when Sherry was only 1-2 months' pregnant, and that Sherry accused him of cheating on her."

Nor did any Mitchell family member add to the coffers of knowledge Lezmond had of his father. No one had ever met Foster Lezmond Hemil, his putative father, and knew about him only what they were told by Sherry.

In fact, Lezmond's family only added to his confusion and anxiety over his absent father. According to Lezmond, Bobbi, George and Auska, told him that George was his father and/or that he is the product of rape. Lezmond recalls Bobbi telling him in the midst of an argument he had with her in 7th grade that his "grandfather did something to [his] mother and he is [his] father." Lezmond reports that Auska and George told him Sherry was raped and that he was the product of that rape. [47] Bobbi reports Sherry told her Lezmond's father might be a man other than "the Islander."

---

[46] Lezmond has never known his mother to have a boyfriend or lover – male or female.
[47] Sherry denies she was raped and further states Lezmond was "no accident."

27

Social History
Lezmond Mitchell
Page 28 of 42

Sherry claims Lezmond's father is Foster Lezmond Hemil[48] and that a paternity test performed during a paternity/child support[49] action proved it. But Sherry was unsuccessful in drawing Hemil into Lezmond's life. According to Bobbi, Sherry discovered he was married, and he threatened "to beat Sherry and kidnap Lezmond if she didn't leave him alone."

The confusion Lezmond experienced over his identity, is reflected in documents and witness statements. Lezmond reported in his Rough Rock High School Enrollment Form that he was "1/4 Navaho, ¼ Anglo and ½ Spanish...born for Spaniard, indicating that his father is "Spanish."[50] There is no evidence that Lezmond's biological father is "Spanish," and Lezmond admits his report was, perhaps, wishful thinking. Childhood friend Herman Tsosie states Lezmond never talked about his father, except to say that he was "part Black, Hispanic, Navajo and Anglo." Coach Marty Conrad Coach Conrad stated Lezmond told him he is "half Black," and noticed that Lezmond "had an identity problem." Sonja Halsey reports Lezmond clearly exuded the "Black gang banger" persona.

Lezmond recalls "feeling different" because he had no father. As Lezmond approached adulthood, he preferred to think of himself as "adopted," and "born into the wrong family." He coped best with "the father issue" by speaking of it as little as possible. According to Lezmond, he told people "didn't have a father" and moved the conversation on, a sentiment corroborated by Coach Marty Conrad.[51] Brijito Hernandez recalls Lezmond said only that his father was a "small guy," and Charles Price reports Lezmond didn't speak of him at all. According to Lorenzo Reed, Lezmond tried to make others believe that he "didn't care about his father, or who he is," but that Lezmond "stressed

---

[48] Foster Hemil is a convicted felon in the State of California, pursuant to his plea of guilty in August, 1983, to Burglary and Assault with Intent to Commit a Felony (Rape). Incident reports reflect that, on March 5, 1983, Mr. Hemil entered his neighbor's bedroom, with whom he had previously smoked marijuana. His neighbor was not home. However, her mother, a visitor for the weekend, was asleep in the bedroom. She awoke to a man, Hemil, leaning over her with his finger or fingers moving in and out of her vagina. He was granted probation, the terms of which he violated several times, once by committing the offense of Driving Under the Influence (DUI) to which he pled guilty in May, 1984. Court record reflects that Mr. Hemil was stopped by police and determined to have a Breath Alcohol Content of .17. As a result of his DUI conviction, Mr. Hemil was sentenced to 30 days in jail. However, he failed to appear to serve his sentence and an arrest warrant was issued in August, 1984. Court records do not reflect that Mr. Hemil was ever arrested on this or any other warrant. He had previously been given permission to return to the Marshall Islands and it appears that is exactly what he did after arrest warrants were issued in the paternity and DUI cases.

[49] Sherry filed a paternity suit in April, 1983 when Lezmond was 1 ½ years old. Sherry claims she desired only to declare the identity of Lezmond's father, not to obtain child support. Court records indicate that Foster Lezmond Hemil comes from the Marshall Islands, located in the South Pacific. While it is clear the presiding judge ordered both parties to undergo blood tests to determine maternity and paternity, the record does not reflect the results of the paternity test. Mr. Hemil failed to appear for the paternity hearing, and a warrant was issued for his arrest. Mr. Hemil has never been arrested pursuant to this warrant. A default judgment was entered ordering Foster Hemil to pay child support, an order he has never complied with.[49]

[50] Navajo children are "born to" the mother's clan and take her clan name, and are "born for" the father's clan. Thus, both parents' clans are identified, enabling others to know from whence a person came.

[51] Coach Conrad reports he once asked Lezmond who his father was. Lezmond answered, "I don't know" and changed the subject. Coach Conrad stated that "having no father bothered Lezmond."

28

EX 93 - 1481

Social History
Lezmond Mitchell
Page 29 of 42

about his father" and "was mad because his father never wanted him." Dr. Fields stated in a recent interview that "absent father issues factored significantly into Lezmond's feeling of abandonment."

## 2. Cultural Identity

Lezmond's cultural ties to the Navajo Nation are historically weak in several respects. Born into an emotionally distant and physically scattered family with loose cultural ties to the Navajo culture, Lezmond was not raised in a strongly enculturated environment. Furthermore, Lezmond was raised partially in the rural Hispanic culture not far from Los Angeles, and was fond of life off the Reservation. Finally, Lezmond was best able to reject his family by rejecting the Navajo Culture itself.

### a. Weak Enculturation

A Navajo baby is born belonging to it's mother's clan, and the clan name passes on through the mother to her children. An important Navajo custom is to introduce one's maternal and paternal clans on both sides of his family when meeting another Navajo or introducing oneself to the Navajo public for the first time. In the Navajo way, this is how Navajos know where an individual came from.

Two Navajos of the same clan, meeting for the first time, will refer to each other as "brother" or "sister." Navajos that are cousins to each other in the American sense, think of each other as "brother" or "sister' in the Navajo sense. Father's and mother's cousins in the American way are thought of as aunts and uncles in the Navajo way. Grandparent's brothers and sisters in the American way are thought of as grandmothers and grandfathers in the Navajo way. When a Navajo is in strange surroundings, it is not uncommon for his relatives or his clan members, to have the responsibility for his housing, food, and welfare while he or she is in the immediate area. A Navajo, through his own clan (his mother's clan) and the clan groups to which his father as well as his spouse belong, has a great potential for personal contacts. This complex network of inter-relationships served in the past to fuse the scattered bands of Navajos and other American Indians together as a Navajo Tribe. A lack of knowledge of one's clan affiliations shows a loss of elementary Navajo relationships and cultural capacity.

Lezmond's primary Navajo clan affiliation according to Navajo matrilineal tradition, should have been through his mother and grandmother. However, both women rejected the Navajo culture long before Lezmond was born.[52] Nor did any one from inside or outside the Mitchell family take Lezmond under their wing to teach him the Navajo Way.

Sherry reports she "was not raised traditionally" by her parents. In fact, her parents fought each other in a "clash of cultures," and "constantly argued" over their respective traditions. Sherry reports weak ties with the Navajo people, reflected in the fact that she

---

[52] Sherry claims she was ordained a crystal gazer a few years ago. According to George, this is a practice undertaken to assist the patient heal, in which the gazer "looks inside the patient's body and mind to determine the origin of their complaints." Lezmond has never recognized his mother as a spiritual guide.

29

EX 93 - 1482

Social History
Lezmond Mitchell
Page 30 of 42

never learned to speak Navajo, "refused to take any of the Navajo culture classes"[53] in college, and directed Lezmond to take George's clan, not hers, as his clan.

Bobbi Mitchell confesses that, having been "raised in a Christian home with racist ideas about dark people," she had lifelong "problems" accepting the Navajo culture, and questioned its tenets frequently. Raised as a "White" Cherokee Indian, Bobbi admits she never assimilated into the Navajo culture. In fact, Bobbi reports suffering emotional distress – and even sought counseling as a young woman -- because of cultural differences with her husband. Bobbi states she "has lived in the Navajo culture for 45 years and still has a hard time juggling White with Navajo points of view." Sensing that Lezmond had similar problems assimilating, Bobbi "understands Lezmond's struggle with the culture."

Neither did George Mitchell, the only full-blooded Navajo in the Mitchell family, fully embrace the Navajo culture. According to Dr. Robert Roessel,[54] George made plenty of "cultural contributions" to Reservation Navajo cultural school programs, but Dr. Roessel never considered George someone who held Navajo culture close to his heart. Dr. Roessel reports that, unlike George's brother, Mike, who is "wholeheartedly Navajo," George never knew what he wanted or believed" and was "not spiritual." George "knew a lot about the Navajo Way intellectually, but his belief in the Way was another story. A 'real' Navajo gains strength and power from his beliefs, George was only confused by them." According to Mike Mitchell, George was a part-time Navajo, who took Lezmond to Native ceremonies on weekends, but "did not teach Lezmond the Way every day."

Lezmond reports he was "not really raised Navajo." According to Lezmond, Sherry "accepted only some aspects of the Navajo culture," and his "grandmother is White." George, his main caretaker, "would not teach him the Navajo Way."

Confused about who and what his father was, Lezmond was equally confused about his clan affiliation and cultural identity. Whereas, George instructed Lezmond to name his first, or primary, clan as "Bilgonan [White, from Bobbi's heritage] born for South Seas Islander and affiliated through his grandfather with Ta Chii Nii [George's maternal clan]," Sherry instructed Lezmond to introduce his first clan as "Ta Chii Nii" born for "Micronesean Islander," which, according to Lezmond, is incorrect because it altogether ignores Bobbi's and Sherry's matrilineal clanship.

---

[53] According to Robert Roessel, a pioneer whose lifelong work on the Navajo Reservation resulted in, among other things, the offering of Navajo Culture classes in all Reservation high school and colleges, stat

[54] Dr. Roessel is Coordinator for Arizona State University Teacher Training Program, a Title VII program which promotes (Navajo and English) bilingualism in Navajo schools in "order to keep the [Navajo] language alive." He and his wife, who is Director of the Navajo Cultural Studies program at the Rough Rock schools, have dedicated their professional lives to initiating and improving education on the Navajo Reservation, especially by bringing Navajo cultural education into the classroom.

EX 93 - 1483

Social History
Lezmond Mitchell
Page 31 of 42

### b. Lezmond's Rejection of Navajo Culture

Lezmond admits there was a time he was interested in Navajo culture, but his interest, not unlike the interest he held at one point in Greek mythological stories, was limited to Navajo stories, not its spirituality. He reports he "had to beg George to tell him Navajo stories" only to have George, "hell bent on [Lezmond] going to college, tell [him] to put that [Navajo] crap behind [him].'" Lezmond "became bored" with the stories and rejected the culture as "bullshit."

In fact, Lezmond's least favorite class in school was always the Navajo Studies class, which some schools required for matriculation. Lezmond chose to attend Red Mesa High School partially because Navajo Culture classes were not required. Rough Rock High School Vice-Principal John Fontes recalls Lezmond's distaste for the subject matter and reports he "removed Lezmond from Navajo Studies class because he refused to participate." Lezmond never learned to speak Navajo and has only a vague understanding of the language when he hears it spoken.[55]

Lezmond claimed himself as "¼ Navajo, ¼ Anglo, and ½ Spanish, born for Spaniard" on his Rough Rock High School Enrollment form, but other witnesses report Lezmond identified himself as "Black [African American] and/or Hispanic." According to Ms. Halsey and John Fontes, Lezmond was "confused about his Navajo background," and "had a real problem with assimilation." He "didn't grow his hair long like other Navajo males, and presented himself as Black." Coach Conrad understood Lezmond to be ½ Black, and that Lezmond "had an identity problem." Mr. Fontes and Ms. Halsey agree that Lezmond's rejection of the Navajo culture was his way of rejecting his family" and that Lezmond was "less than proud" of his grandfather's Navajo blood. Although Lezmond had the chance to attend Haskell Indian College, he chose not to go, in Ms. Halsey's opinion, because it is "an Indian school."

According to Bobbi, Lezmond tried to demonstrate to others that he "didn't need the Navajo way." While Lezmond was living with Bobbi in California, he told her he was "ashamed of being Navajo." He noticed there was "bias" and discrimination against him there and that the Navajos and Spanish people hated each other. Lezmond reports he was a "little embarrassed" to be a Navajo, because Navajos were known as "drunks," who were "throwing their life away and refusing to get off the Reservation to experience anything new." Brijito Hernandez stated that, Lezmond treated his ethnicity as a "big joke."

---

[55] In sharp contrast to Mike Mitchell's family, which lived next door and spoke Navajo exclusively, George and Bobbi Mitchell's family spoke only English, even though George speaks Navajo. As a result, according to Mike and Pricilla Mitchell, they "couldn't talk to Lezmond at all."

EX 93 - 1484

Social History
Lezmond Mitchell
Page 32 of 42

## H. SUBSTANCE ABUSE

### 1. Family History of Substance Abuse

Alcohol abuse on the Navajo Reservation has been thoroughly documented by many researchers, and Lezmond grew up amongst a culture in which the disease of alcoholism is rampant. While there is little evidence Lezmond's mother abused alcohol or drugs,[56] there is evidence his biological father and some extended family abused alcohol.

Sherry reports, and we know from the court records regarding his felony conviction, that Foster Hemil smoked marijuana. He was convicted of DUI in the mid-1980's, as well.

Lezmond's understanding has always been that George was a "hard drinker" while he was in the Navy, but Bobbi reports he had stopped drinking by the time she met him.[57] According to Lezmond, Auska, could "put away a 30-pack [of beer] in one sitting," but doesn't drink anymore. Bobbi reports her father was a heavy drinker, and her mother "worked the bars but was only social drinker."

Mike Mitchell's sons, both of whom are serving sentences for a murder committed about the time of Lezmond's birth, drank alcohol, and their crimes were reportedly alcohol-related.

### 2. Lezmond's Substance Abuse

Lezmond reports his mother had beer or wine coolers around the house once in a while. Curious, he took his first drink in 7th grade. He drank beer, and sometimes tequila, regularly in high school. Lezmond reports that would have drank more "hard liquor" if it had been available, but beer was generally the only alcohol available on the reservation.[58] Auska reports he "always saw beer cans all over George's property," when Lezmond was in high school, so he knew Lezmond was drinking. Lorenzo Reed reports he and Lezmond attended many parties at which they smoked marijuana and drank beer. Lezmond was arrested for Public Intoxication in October, 2000, after the driver of a vehicle in which Lezmond was a passenger died in a car accident. Lezmond failed field sobriety tests and his breath alcohol level test yielded .17 BAC.

When he lived in Phoenix and had access to nightclubs, Lezmond drank a lot more "hard liquor." He reports he broke into a Phoenix bar on one occasion and stole 4 1/5ths of liquor during a school filed trip.

---

[56] According to Lezmond, Sherry drank a beer or two occasionally, but was never a heavy drinker. Sherry also reports she drank a wine cooler or a beer occasionally as a young woman "to calm down," but never drank heavily and presently does not drink at all.

[57] George reports he is adamantly "against drinking."

[58] Lezmond reports breaking into a Phoenix bar and stealing 4 1/5th's of liquor once during a school field trip.

EX 93 - 1485

Social History
Lezmond Mitchell
Page 33 of 42

Lezmond reported "occasional [alcohol] on holidays only [and [m]arijuana for stress relief once per month" to Dr. Fields in September, 1998, and Dr. Fields determined there were "no substance related problems at school or out." A urinalysis administered in March, 1999 yielded negative results, but Lezmond had in fact been taking several drugs, at times in large doses, for years.

Lezmond began smoking marijuana in 6th grade while living with his mother in Avenal, California. Sherry, George Auska and Rough Rock High School personnel caught Lezmond several times over the years with marijuana and/or drug paraphernalia. Lezmond was nearly expelled in his senior year for passing marijuana to another student in the hallway.

Lezmond reports he took cocaine many times beginning in his freshman year, and would have taken the drug more frequently but for its scarcity on the Reservation. Lezmond reports that, during the 4 months he lived alone at George's house in his junior year, he "binged" on cocaine and "snorted an 8 ball[59] and a whole ounce of marijuana just to see what would happen." Lorenzo Reed stated during a recent interview that he knew Lezmond was "doing cocaine, but wasn't worried about Lezmond overdoing it." According to Lezmond, he last took cocaine in July, 2001.

Lezmond also experimented with "acid" (LSD) in his sophomore year of high school. He first smoked crack cocaine in his junior year of high school, and thereafter indulged about once every 2 months. He reports "heavy use" of crystal methampheamine during the months immediately preceding this incident. While he was living with the Nakais immediately before his arrest in this case, he and the Nakais typically bought an 8 ball, split it between them "and stayed up 3 nights in a row." Lezmond reports he took crystal meth "whenever [he] could afford it," and used it last in September, 2001.

## 3. Lezmond's Use of Alcohol In And Around The Date Of This Incident

In the months preceding his arrest in this case, Lezmond had significantly increased his alcohol consumption.[60] According to Bobbi, Lezmond "could drink 2 six-packs of beer in less than 1 hour" while he was living with her in California. Bobbi reports he smoked cigarettes and marijuana, and ate large quantities of food. According to Delilah, Lezmond "talked about alcohol a lot" in and around September and October, 2001; she therefore concluded he was drinking heavily.

Lezmond reportedly drank large quantities of alcohol immediately before and after the homicides in this case. In fact, he drank so much that he reportedly blacked out several times.

---

[59] 1/8[th] ounce.
[60] According to jail records, Lezmond was evaluated and recommended for alcohol treatment in November, 2001 shortly after his arrest. The record does not reflect that he underwent treatment, however.

33

EX 93 - 1486

Social History
Lezmond Mitchell
Page 34 of 42

Lezmond told investigators in a statement on November 4, 2001 that, before he and Johnny Orsinger were picked up in a truck by the victims in this case, he had been "partying."[61]  He'd been drinking so heavily he could not say with certainty the approximate time he and Johnny were picked up by the victims, other than it "was...night."[62]  He went on to say that, after the woman was killed, he "just started drinking again" then "blacked out."[63]  When they arrived at the location the bodies were dragged into the brush, he reports he "just started grabbing some more liquor and just started...drinking again."[64]  Lezmond told investigators he "just started drinking when [Johnny] was trying to drag the bodies off.  I was just drinking, drinking, just...drinking, drinking."[65]  When they left that location in the truck, Lezmond reports he "was still drinking."[66]  He stated that he didn't "remember making it back to the highway"[67] and "probably blacked out during that whole time."[68]  He told investigators he was "just too fucked up that night" to remember how he'd gotten back to the road, where they dumped the bodies, or what happened to the truck the victim had been driving.[69]

The next day, Lezmond reports he "grabb[ed] some more forties [beer]" and started drinking again.[70]  He reports he was "drinking that entire day...just drinking, drinking, drinking"[71] and admits he got "drunk" before participating in the robberies.[72]

In another statement to FBI agents on November 4, 2001, Lezmond told agents that on the night of the murders he was "out all night partying."[73]  He told agents he had spent the previous Saturday evening partying and that he "blacked out from drinking."[74]  The next morning, he purchased more beer and "blacked out again."[75]

In a later statement to FBI Agents on November 29, 2001, Lezmond stated he went to Gallup, NM, during the day of the murders, and consumed "a couple of forty ounce bottles of beer prior to going to Gallup."[76]  Once in Gallup, Lezmond stated he and Johnny bought more liquor, and later headed back to the Reservation when they were picked up by the victims hitchhiking.[77]

---

[61] November 4, 2001 Statement at p. 2.
[62] Id.
[63] Id. at p. 5.
[64] Id. at p. 6.
[65] Id. at p. 8.
[66] Id.
[67] Id.
[68] Id. at p. 9.
[69] Id. at p. 11.
[70] Id.
[71] Id. at p. 12.
[72] Id.
[73] November 4, 2001 SA Raymond Duncan Report, p.1.
[74] Id.
[75] Id.
[76] November 29, 2001 SA Hush and Duncan Report, p. 1.
[77] Id.

34

EX 93 - 1487

Social History
Lezmond Mitchell
Page 35 of 42

I. <u>GANG INVOLVEMENT</u>

According to Sherry, Lezmond was involved in gang activity, a pattern of behavior she recognized from "gang training" as a teacher, as early as first grade. She recalls Lezmond "hung out" at "Big Al's," a popular neighborhood gang hangout, and reports she found a pipe bomb in her front yard bushes which confirmed her suspicions. She also suspected Lezmond of smoking marijuana at an early age.

George reports that Lezmond admitted gang involvement in 3rd grade, when he was sent back to the Reservation by Sherry. According to George, when Lezmond returned from California again in 7th grade, he "hooked up with gangs right away," and his gang involvement was much more "prevalent and open" than it had been in the past. In George's opinion, Lezmond was recognized as an "experienced" gang banger on the Reservation since he "came from California."[78] According to Auska, Lezmond became widely enough known as a "gang banger," to cause the Navajo[79] County Sheriff to post his photo in his "gang notebook."

Lezmond denies he was a gang member until he returned to the Reservation from California in 7th grade. However, he admits he and his California friends associated with gang members much earlier than that. Lezmond reports that he hung around kids whose older brothers were gang members in 1st grade, and that they all "hung out across the street from [his] mother's apartment in 'Big Al's' garage. "Big Al," a prison guard at the Avenal State Prison, sold pot to Lezmond and his friends. By 6th grade, he associated with gang members, but denies initiation as a member.

After his return to the Reservation in 7th grade, the "Westside 99th Street" gang attempted to recruit Lezmond. He declined, but later formed his own gang, in 8th grade. The glamorization of "gangsta culture" in popular youth culture and Lezmond's early exposure to gangs in California set the stage for his gang involvement. His leadership qualities, lack of successful family, community and cultural contacts, his oppositional traits and lack of economic training and opportunities on the Reservation all set the stage for Lezmond's need to belong.

According to a recent comprehensive study of the emergence and nature of youth gangs in the Navajo Nation[80] youths who join gangs show one or more of the following characteristics:

- Low self-concept;
- Admitted involvement in violence;
- Defiance of parents;

---

[78] Although rural, Avenal, California, the town Lezmond lived in the longest, is only a few hours from Los Angeles, which is famous for its street gangs. According to Lezmond and his California friend Brijito Hernandez, at least 4 gangs existed in the Avenal, California area.

[79] Navajo County is west of Lezmond's home county of Apache.

[80] "Field Initiated Gang Research: Finding and Knowing the Gang Naye'e' in the Navajo Nation" funded by the Department of Justice Office of Juvenile Justice and Delinquency Prevention (OJJDP).

35

EX 93 - 1488

Social History
Lezmond Mitchell
Page 36 of 42

- Deficits in adult contacts;
- Social disabilities or deficits;
- Deficient school performance, both academic and disciplinary;
- Limited repertoire of skills and interests;
- Poor impulse control;
- Early conduct disorder;
- Early onset of delinquency; and
- Perceptions of barriers to jobs and other opportunities.

Navajo youths join gangs for many of the same reasons that youths in urban areas join them—poverty, unemployment, child abuse and neglect, substance abuse within families, and family breakup. Contemporary lifestyles and media portrayals of the attractiveness of gang life have their role in influencing Navajo youths to adopt a gang style, but one of the big problems is identity— who are the youth of the Navajo Nation? Many Navajo youth have lost their language and culture. A society which is hostile to distinct groups impacts the lives of the group, family, and individuals, forces them into a "subculture" role (or different kinds of roles—some of which are antithetical to the dominant culture, such as gang crime and drugs). Overall, Navajo are the product of "multiple marginalization," which means that when young people are pushed out or put to the margins or edge of society, without ways to meaningfully participate in social life, and when they come from broken or ill families and communities, they tend to associate for several reasons—income, recreation, protection, identity— and most of all—to have the family they do not have at home.

According to the same study, most youths form their closest and earliest identity within their family. Most youths do not become involved with gangs when there are family problems, and no single dysfunctional factor which exists within the family causes a youth to identify with a street gang. However, when *a combination of factors which prevent positive involvement with children are present,* there is greatly reduced identification with the family. (emphasis added) The factors that can lead to a lessened or weak identity with family include:

- problematic socioeconomic factors (*either affluence or poverty*);
- single parent households with poor supervisory skills;
- the lack of responsible extended family members for support of both struggling parents and children;
- drug and alcohol abuse by parents;
- lack of education;
- larger numbers of children;
- younger parents;
- a lack of involvement in traditional culture;

36

EX 93 - 1489

Social History
Lezmond Mitchell
Page 37 of 42

- the loss of ties to the larger family and community;
- parents with problems guiding their own lives;
- parental indifference and the general absence of adequate supervision (created by both parents working or a single parent who works—"latchkey children");
- criminality among family members; and
- any form of child abuse or neglect.

(emphasis added)

Where children and young people do not, or cannot, identify with their family for those reasons, they are likely to identify with the values of a deviant family.

The Navajo situation in general, and Lezmond's situation in particular, is aggravated by limited economic opportunities, poor schools and social institutions (both familial and organized) to serve as "safety nets," and a shortage of role models that represent a successful transition from traditional lifestyles into a modern, multicultural world. The old social institutions of family and clan are disrupted by the need to earn money off the Reservation and Navajos are forced to border, or agency, towns only to find unemployment or minimum wage jobs.

Research has shown that proximity of a rural community to a larger metropolitan area with highly developed and chronic youth gangs make some communities a higher risk for the proliferation of youth gangs. The Navajo Nation, close in proximity to Phoenix, Tucson, Albuquerque and border towns with gang activity (e.g. Gallup), together with modern transportation, makes exposure of Navajo youth to act gang activity in those cities easy. The emergence of gangs in the Navajo Nation was thoroughly natural and predictable. [81]

The Navajo Gang Research Project researchers found that Navajo Nation youths are smart, energetic, ambitious—and bored. Since few jobs are available to young people, the adolescent peer culture is likely to favor activities which produce excitement, pleasure, or escape from boredom. The youth who grows up in a traditional Indian community, with respect for the traditional religious and ceremonial life, is likely to be well-adjusted to tribal life, but he may need very special help from his elders or from teachers to combine this kind of favorable adjustment with the skills and attitudes that make for economic success outside the local community.

Looking for the family he never had, Lezmond associated with gangs as a young child, and formed a gang called the "East Side Thugs" ("EST"), nicknamed "Bone Loc Thug

---

[81] Lezmond reports that there are at least 8 other gangs in the Chinle District, an area which encompasses Round Rock. The Research Project identified 31 gangs with a "Navajo connection": 8 gangs based on the Navajo Nation; 3 gangs based in a Navajo Nation border town, and 2 located in a regional urban area; 10 gangs based in Albuquerque, with 5 having a presence in the To'hajiilee Chapter near Albuquerque; 4 Phoenix-based gangs, with one also having a reservation presence; 2 gangs based in numerous cities and border towns, with a widespread presence across the Navajo Nation; 3 gangs based in southern California with no reservation presence; 1 gang based in Oklahoma, with no reservation presence.

37

EX 93 - 1490

Social History
Lezmond Mitchell
Page 38 of 42

Soldiers" (BLTS). [82] Its "only real members" according to Herman, were Lezmond, Herman, and Lorenzo. [83] They had grown up together and were "brothers" first, and "gang members," second. Their "EST" tattoos and exclusion of other "wanna be's" signified their solidarity, and, according to Herman, demonstrated "[they] were a family that will never break up." They got into fights with enemy gang members, which served only to draw them closer as "brothers."

Lezmond's "deviant family" was formed for most of the reasons listed above. Whereas "White logic" might tell us that the unique educational and economic status of the Mitchell family should have given him an edge, or advantage, in life and an impetus to be a productive member of society, the Mitchell affluence [84] instead served only to further separate Lezmond from his same-culture peers. He was raised by a single "parent" 60 years his senior who provided little to no supervision, and was otherwise a member of a family formed by purely biological -- not emotional -- bonds. The immediate and extended family was neglectful, absent and/or culturally inaccessible to Lezmond, as was the larger community, which intervened too little too late. Lezmond's mother and grandparents could not manage their own lives, let alone guide Lezmond's. Lezmond was neither involved or interested in traditional Navajo religious and ceremonial life, and had little formal grounding in Navajo culture. He got little to no help from family, elders, teachers, or community members to connect him with Navajo tradition and community. Isolated physically, spiritually and emotionally, Lezmond founded a "family" of his own.

Lezmond's forced independence, coupled with the absence of social and life skills and attitudes that make for economic and emotional success outside his local community, manifested in his formation of an alternate "family" whose members would protect and nurture each other. The "family" "hung out together, talked, watched movies, and went to parties." They defended their turf – the Round Rock area – and each other, from rival gangs. They raised money from bootlegging beer and selling marijuana on the Reservation, and shared the profits. According to Lorenzo, Lezmond was loyal to his "brothers" even after he moved to California and mailed money home to Herman and Lorenzo, so they could buy "food, clothes, and gifts for the family."

---

[82] The name "EST" originated when Round Rock Principal referred to Lezmond, Lorenzo and Herman as "thugs." According to Lezmond, Lorenzo coined their nickname because members were "soldiers to the bone" and "loc'ed out." According to Herman, Lezmond's gang name was "Low Dog" because "people were scared of him and he was the coolest guy." Herman was known as "Lucky," and Lorenzo as "Bishop."

[83] According to Lezmond, Jason Kinlicheenie was an "EST" member briefly. Co-Defendants Greg and Jimmy Nakai were members of Varrios Locals East Side, or (VLES), a gang Lezmond never formally joined. Lezmond states there were about 15 additional "EST" members in the Round Rock area, but they were "not strong members." Lezmond, Lorenzo and Herman always considered themselves the "mainstay" of "EST," and no one other than the "Mainstay" members were allowed to be tattooed with the "EST" tattoo. George reports that Lezmond showed him, George, his "EST" tattoo in 7th or 8th grade and told him it was a symbol of his gang membership.

[84] According to Bobbi, Lezmond grew up thinking the Mitchell family was "rich."

38

EX 93 - 1491

Social History
Lezmond Mitchell
Page 39 of 42

## J. GIRLFRIENDS AND SEXUAL RELATIONSHIPS

Lezmond became sexually active at the age of 16, and has had several sexual relationships with the opposite sex. But probably the most significant love interest in Lezmond's life was Delilah Betsuie, a girl from Red Mesa.

Lezmond's relationship with Delilah began with a "one night stand" about 2 months before his high school graduation. Delilah reports they talked, watched movies and had sex on their dates. Lezmond wrote songs about Delilah.[85] Delilah didn't think Lezmond "had any emotions" but his lyrics showed that he did.

Throughout the course of their relationship, Lezmond bared his heart about many of his "family problems." They cried together, as Delilah's family also harbored similar problems. Lezmond told Delilah that "every one [in his family] neglected him and no one really loved him." He said he "had no male role model and didn't know how to be a man or know who to look up to," so he started hanging around "older gang bangers [the Nakais]," whom Delilah did not really know.

According to Delilah, Lezmond never lost his temper around her. In fact, they "never argued and he never hit [her]." Further, Delilah reports Lezmond had no sexual desires or practices that caused her concern.

Lezmond and Delilah planned to live together in Phoenix when Delilah graduated high school. However, Delilah was 2 years younger than Lezmond, and he couldn't wait to leave the Reservation. They spoke frequently by telephone after he moved to Phoenix in May, 2000, and Lancaster, California, in November, 2000. They saw each other again for two brief periods in May, 2001 when Lezmond returned to attend Lorenzo's graduation, and in or around August, 2001, when he moved back to the Reservation a few months before his arrest in the instant case.

Delilah reports she told Lezmond she might be pregnant in or around January, 2001, but later learned she was not. In the meantime, Bobbi's neighbor in California informed her Lezmond had expressed concern over the course of action to take in the event Delilah was pregnant. According to Bobbi, Lezmond sent money to Delilah money "to take care of her" during this time.

Delilah reports Lezmond "wanted a better life, but it was always about money, and yet he didn't seem capable of holding a steady job." According to Delilah, Lezmond "was different" after his return to the Reservation. He was "always talking about alcohol" and stayed up all night, sleeping all day. While he listened to a variety of rap music in the past, he listened almost exclusively to Dark Room Familia, a Latino rap group whose lyrics are about robberies, murders, and drug trafficking almost exclusively.

---

[85] Lezmond recorded some of his own rap songs on CD's put out by a recording company he formed with Lorenzo and Herman.

39

EX 93 - 1492

Social History
Lezmond Mitchell
Page 40 of 42

## K. HEALTH, MEDICAL ISSUES, INJURIES[86]

### 1. Family Health History

There are several prominent medical issues in the Mitchell family.

Both Bobbi and George have been diagnosed with diabetes mellitus. According to Bobbi, her father and at least one of her brothers were diabetic as well. Obesity is a recurrent health problem: Bobbi and Sherry are morbidly obese, and Bobbi reports her father was obese.

Bobbi professes to have "an extremely complicated" health history, including pituitary, endocrine and hypothyroid problems. However, according medical records, her doctor once intimated that she is a hypochondriac.[87] Cushing's Syndrome, a hormonal disorder resulting in upper body obesity and other outward effects, was suspected, but not diagnosed, in 1985. Bobbi reports she suffered for many years with depression and marked mood swings. She has also over the years complained of severe headaches and periodic and brief episodes of "blindness."

George Mitchell was diagnosed with tuberculosis as a young man, which has reportedly recurred recently. Bobbi's father died in 1957 of a stroke and spinal meningitis. Bobbi reports her mother, sister and grandmother died of cancer. Her niece has Morfem's disease and is mentally retarded.

According to Bobbi, Sherry has had "kidney problems" since she was a child, and bladder infections since Lezmond's birth.

### 2. Lezmond's Health History

According to Sherry and Bobbi, Lezmond was always in good health as a child, and needed little medical intervention. According to his mother, Lezmond reached his developmental landmarks within normal time limits; if anything he developed "quickly." He was potty trained by the age of one, and started talking[88] and walking at 8 ½ months.

---

[86] Bobbi agreed to release very limited medical records to this writer. As a result, the file reflects a very limited health history. Sherry refused to provide any medical records, and further, refused continued cooperation several months into this social history investigation.

[87] Despite years of subjective thyroid complaints, hypothyroidism was determined to be "questionable" in 1985. Bobbi reports decades of struggles with the medical system in which the health care provider's failure to treat a very real condition was often "covered up." Bobbi claims the IHS hid information regarding her diagnoses; the resultant stress and distress caused her to undergo counseling.

[88] Interestingly, one of Lezmond's first words was "dadda," which he uttered before he learned to say, "mamma."

EX 93 - 1493

Social History
Lezmond Mitchell
Page 41 of 42

Lezmond suffered from allergies "since birth" and had recurring earaches that, according to his medical records, continued through at least the age of 16, at times causing dizziness. He wore eyeglasses since the age of 11, and was diagnosed with Eczema diagnosed at age 14.

Lezmond's medical records note Lezmond was obese as early as the age of 9.[89] However, Sherry reports that Lezmond was always "big" for his age. One childhood friend reported that other kids made fun of him in California because he was "fat," and he was called "fat ass" and "four eyes" because he wore glasses.

There is some evidence Lezmond may suffer from an undiagnosed eating disorder. According to Bobbi, Lezmond "has always overeaten" and sometimes "binge eats." Bobbi reports Lezmond "could eat two whole chickens in one sitting and drink a 12 pack of coke per day" when he was living with her in Califorma.

## 3. Injuries

Lezmond has suffered several injuries as a small child and teenager. However, no injuries are documented by medical records either because he did not seek treatment, or the medical records were destroyed.

According to Sherry, Lezmond stopped breathing "for more than one minute" as an infant. Sherry held him vertically and shook him in order to revive him. She recalls his head shook back and forth, and he resumed breathing. At the time, he had an ear infection and was taking an antibiotic.

Sherry reports that Lezmond accidentally "hit his head on the refrigerator" when he was less than 1 year old and got a "big bump on his forehead," but reportedly did not lose consciousness or become disoriented. Lezmond also "received second degree burns" on his chest when hot coffee "was spilled" on him.

Lezmond was a passenger in a roll-over motor vehicle accident at the age of 19, in which the driver was killed. According to Lezmond, he was unscathed.[90] However, Herman Tsosie reports Lezmond "got hit in the head and had pain all over his body because of the accident." Both Lezmond and Herman report that Lezmond "had flashbacks and nightmares" after the accident because Lezmond saw the deceased thrown from the vehicle. Lezmond reports he was "shaken" when he saw the his dead friend's head turned unnaturally as he lay dead several feet from the vehicle.

---

[89] Obesity was noted in Lezmond's medical records at ages 9, 10, 13, 14, 16, and 17. At age 9 Lezmond was administered a TSH test with the result of 2.4.

[90] According to the Chinle Emergency Medical Service (EMS) report, Lezmond's vital signs were within "normal" range after the accident. The report states that Lezmond told emergency medical staff he was "okay" and signed a refusal of treatment form.

41

Social History
Lezmond Mitchell
Page 42 of 42

## L. <u>PRIOR CRIMINAL HISTORY</u>

Lezmond's contacts with law enforcement as a juvenile dates back to age 13. However, Lezmond was never been formally charged with a criminal offense, and therefore has never been adjudicated a juvenile delinquent, nor placed on probation.

At the age of 13, Lezmond was arrested for Criminal Damage to Property. The incident report states Lezmond was caught with a magic marker which he apparently had just used to "tag" a grocery store bathroom wall in Chinle, AZ.

Lezmond was next arrested by the Shiprock Police Department for Disorderly Conduct at the age of 16, after he was involved in a fight with another student at Red Mesa High School. The victim stated the fight began because he "does not get along with L. Mitchell's gang," and that Lezmond was bullying him and was the first aggressor. The fight reportedly began the previous week.

Lezmond was arrested for Public Intoxication in October, 2000, after the driver of a vehicle in which Lezmond was a passenger died in a car accident. Lezmond failed field sobriety tests and his breath alcohol level test yielded .17 BAC.

At age 20, immediately before his arrest in the present incident, Lezmond was arrested for Criminal Damage to Property. He was detained in the investigation of a shooting and Driving While Intoxicated (DUI) incident by the Chinle Police Department, and kicked the back door of a police unit in while being held in the back seat, reportedly incurring damages estimated at over $3,000.

On June 27, 2001, Bobbi Mitchell reported to the LA County Sheriff Department that Lezmond stole her laptop computer and made unauthorized withdrawals from her bank account. On July 23, 2001 the case was assigned "inactive" status when Bobbi refused to cooperate with the investigation.

According to Robert Roessel, Lezmond burglarized his office in Round Rock during the autumn of 2002, taking among other things, a computer and a gun. Dr. Roessel reports that the gun barrel was "sawed off" when it was returned to him.

# III. <u>CONCLUSION</u>

[TO BE DRAFTED FOLLOWING EDITS FROM ATTORNEYS]
ALSO TO BE ADDED IS A LIST OF CHARACTERS AT THE BEGINNING OF THE
DOCUMENT FOR EASY "WHO'S WHO" REFERENCE.

EX 93 - 1495



College of Medicine
Department of Psychiatry
1501 N. Campbell Ave.

THE UNIVERSITY OF
**ARIZONA.**
HEALTH SCIENCES CENTER

PO Box 245002
Tucson, Arizona 85724-5002
(520) 626-6254

March 3, 2003

Gregory Bartolomei
Federal Public Defender
District of Arizona

Tel:
FAX:

> Re:   Lezmond Mitchell
> CR-01-1062-PCT-MHM
> FF#   3831

Dear Mr. Bartolomei:

The following is the psychiatric evaluation that you requested on Lezmond Mitchell.

<u>Dates of Evaluation</u>:  October 22, 2002 and January 16, 2003

<u>Qualifications of Examiner</u>:  I am a graduate of Indiana University Medical School.  I completed a psychiatric residency at the University of Arizona.  I am licensed to practice medicine in the State of Arizona and certified in General Psychiatry with added qualifications in Forensic Psychiatry by the American Board of Psychiatry and Neurology.

<u>Condition of Examination</u>:  The examinations took place in my office in the Department of Psychiatry at the Arizona Health Sciences Center.  Each of the interviews with Mr. Mitchell lasted three hours.

<u>Information Reviewed</u>:

1. Neuropsychological evaluation by Anne Herring, Ph.D., dated December 11, 2002.
2. Neurologic evaluation by Ronnie Bergen, M.D., dated November 25, 2002.
3. Brain imaging study, dated 11/22/02, read by James M. Woolfenden, M.D.
4. MRI of the brain, dated 12/19/02, read by Jeffrey P. Guay, M.D.
5. EEG report by Colin Bamford, M.D., dated 11/22/02.
6. Laboratory studies, drawn 12/19/02.
7. Superceding indictment.
8. FBI reports.

The University of Arizona Colleges of Medicine, Nursing, Pharmacy, and School of Health Professions
University Medical Center and The University Physicians

EX 94 - 1496

9.   Shiprock District crime reports.
10.  Reports of the autopsy of victims.
11.  Photographs of the victims' corpses.
12.  Audiotape of interview with Lezmond Mitchell, dated
     11/04/01.

In addition I conducted phone interviews with Karl Brandenberger, an investigator for the Federal Public Defender's office for one hour and to Vera Ockenfels, a mitigation expert for an hour and a half to review the information they had obtained about Mr. Mitchell and his family.

Statement of Non-confidentiality:  I indicated to Mr. Mitchell at the beginning of each of my interviews with him that I was interviewing him as part of a psychiatric evaluation that was being done at the request of his attorney. I emphasized to Mr. Mitchell that depending on my findings his attorney may request that I prepare a report and testify regarding his disclosures to me.

Current History:  Mr. Mitchell is a 21-year-old, never-married, man of mixed Navajo and Marshall Islands ancestry. Until shortly before my first interview with Mr. Mitchell he was being housed at the Madison Street Jail in Phoenix. He was then transferred to CCA in Florence (a private prison facility) pending my evaluation with him on 10/22/02. He anticipated being returned to the Madison Street Jail but instead was kept in custody at the Federal Correctional Institute in Tucson until I met with him on 1/16/03.

While at the Madison Street Jail Mr. Mitchell states that he received visits from Rosalee Sebehe. Mr. Mitchell describes her as kind of an aunt or a good friend. Ms. Sebehe would sometimes bring her 16-year-old daughter Tammy to visit him as well. He was also writing to his girlfriend Delilah but she has ended their relationship and he has no further contact with her. His maternal grandmother and grandfather have visited him on one occasion at the Madison Street Jail. Mr. Mitchell didn't want his mother to visit him. He does not have good relations with his mother and he hasn't talked to her in eight years. Mr. Mitchell has not received visits from anyone since he left Madison Street Jail.

Mr. Mitchell is not taking any medications. He states that he needs prescription glasses. He states that he can read but everything past 2-3 feet is blurry. Mr. Mitchell states that he was being held in "closed custody" at the Madison Street jail. He was locked down 23 hours a day and was in a cell alone. He was let out for about an hour a day to shower and make phone calls. He would talk to other inmates through cell doors. He was released from his cell for about an hour or two a week for recreation. Mr.

EX 94 - 1497

Mitchell states that he was caught on one occasion for making "hooch" (home-brewed alcohol) at the Madison Street jail. As a result, he was put on restriction that meant he didn't receive any visitors and didn't have any recreation. Mr. Mitchell stated that he had been using heroin, cocaine, and methamphetamines in at the Madison Street jail. He states that he snorts the drugs and does not use them intravenously. He was also able to obtain a cigarette on occasion. He occasionally obtained pills (psychotropic medications) from other inmates. For instance, Mr. Mitchell states that he would try to buy Prozac from other inmates because he felt that it helped him. Mr. Mitchell stated when I saw him on 10/22/02, "I just want to get my trial over." At that time Mr. Mitchell states that he was not sleeping well. He would typically be up for three or four days and then he would sleep for three or four days. He states that despite his erratic sleep at the Madison Street jail, he was not really tired. Mr. Mitchell states, with regard to his appetite at the Madison Street jail, "I eat everything they give me." He states that when he was arrested he was 250 pounds, now he is approximately 225 pounds.

While at the Madison Street jail Mr. Mitchell states that he would pass the time by working out, reading, and listening to the radio. He likes science fiction stories about space exploration. He enjoys Sidney Sheldon mysteries. He liked listening to hip-hop music on Power 92 and rock on KUPD. Mr. Mitchell does not watch any television. His grandparents had given him subscriptions to Time and Newsweek that he enjoyed. Mr. Mitchell states that he concentrates well and is a good reader. At the Madison Street jail he tried to work out about 1½ to 2 hours a day. He states that his energy was pretty good and he tried to keep up a routine. Mr. Mitchell states that he hasn't cried since he heard about the prosecution pursuing the death penalty. Mr. Mitchell states that he tries to keep his mind off of his legal problems. Mr. Mitchell sometimes has had suicidal thoughts of hanging himself in his cell but he hasn't felt strong urges to act on these impulses. He stated, "Sometimes I just lay there and think about suicide." He denies being preoccupied about suicide. Mr. Mitchell states that when he was first arrested he had more emotional difficulties than he did by the time I saw him on 10/22/02. He states that he had made some friends on his pod. I asked him what he enjoyed and he stated, "Probably just when I get high." I asked him if he likes any of the books he reads or the music he listens to and he stated, "They're alright, I guess."

When I met with Mr. Mitchell on 10/22/02 I asked him about his future and he stated, "I don't have a future." He stated that he spends a lot of time "thinking about avoiding the shit I got into." He stated, "I think about how everything would have been if I wasn't locked up in here." He also reflected, "I think about

**Name of Client: Lezmond Mitchell**
**CR-01-1062-PCT-MHM**
**FP# 3831**

Page 4

never seeing the outside again." He also stated "I think about them killing me." With respect to his defense, he stated, "I think about my lawyer wanting me to take a natural life sentence, I'd rather die." Mr. Mitchell stated that McVey was executed within a year and a half after his sentence because he refused appeals. Mr. Mitchell anticipates doing the same thing. Mr. Mitchell states that the Arizona Attorney General was not initially pursuing the death penalty but John Ashcroft in Washington overruled him. Mr. Mitchell states that he could probably obtain a plea agreement to natural life but he doesn't want it. Mr. Mitchell stated that Greg Bartolomei is a good lawyer. Mr. Mitchell is concerned that his attorney is "doing it for nothing." He stated, "Either way, they are going to kill me." Mr. Mitchell states that the prosecutor is Vincent Kirby. He states that the prosecutor will "find me guilty and is just doing his job." The judge is Judge Maurguia (a woman). Mr. Mitchell states that the jury will decide whether he will receive the death penalty or not. Mr. Mitchell stated that the jury is composed of 12 people who will decide whether he is guilty or not. Mr. Mitchell is hoping for a pool of jurors from northern Arizona. He stated that the case would be heard in Federal Court. He stated that there was a change of venue from Prescott to Phoenix for security reasons. He states that his case is a "high-profile case." Mr. Mitchell stated that he is not sure why the government is pursuing death since the Navajo oppose it. He stated that it was his understanding that the Navajo tribe had to approve seeking the death penalty. Mr. Mitchell stated that he believes he will receive a fair hearing. He stated that it comes down to individual jurors. He is hoping for some Navajo jurors. Mr. Mitchell states that the judge "will make sure that everybody knows the rules." Mr. Mitchell recited his multiple counts of murder and aggravated assault, 11 altogether. Mr. Mitchell pointed out that Jeff Williams is actually lead counsel for his defense, with Greg Bartolomei. Mr. Mitchell states that it was July of 2002 when a hearing board met and reviewed his case and decided to pursue the death penalty.

During my second interview with Mr. Mitchell he reported that he had been moved to the Federal Correctional Institute (FCI) in Tucson in November of 2002 and has been held there ever since. Mr. Mitchell stated that he is more comfortable at FCI in Tucson. He stated that he is in the general population. He has gained weight because there is more food available at FCI than there was at the Madison Street jail. He also states that he is able to be outside most of the day. He indicates that he's active, he works out with weights, and he plays basketball. He has some phone contact with a friend from the Navajo reservation, his grandmother, and some other friends in the Phoenix area. Mr. Mitchell states that drugs are too expensive to buy in FCI so he rarely uses drugs. He states that when he was first at FCI he bought some marijuana to use. He

EX 94 - 1499

**Name of Client: Lezmond Mitchell**
**CR-01-1062-PCT-MHM**
**FF# 3831**

indicates that he occasionally has some home-brewed alcohol but he stated that he hasn't become intoxicated since New Year's Eve. Mr. Mitchell states that he has been smoking a lot of cigarettes. He states that he buys a tin of tobacco and rolls his own cigarettes. He estimates that he smokes approximately 3½ packs a day. Mr. Mitchell states that he plays dominoes and some chess, and he reads a few hours a day. He stated that the most recent book he read was about the "Texas Seven," a group of inmates who escaped from a Texas prison in the last few years. He states that he reads some fiction, depending upon what's available.

Since being moved to FCI Mr. Mitchell states that some days he feels fine and other days he feels like "fuck this." He stated that they recently put up a new fence at FCI. He stated that for three days he just looked at it. He was thinking of weaknesses in the fence and how he could escape and then he thought about "if I have to do this the rest of my life." Mr. Mitchell states that he has had persistent difficulty with his sleep for months. Sometimes he will sleep all night, other times he only sleeps for two or three hours. He has difficulty falling asleep, even though he works out every day. He states that he is not sleeping like he did when he was not in custody.

Mr. Mitchell stated that he wears his hair the way he does now because he likes the way it looks (not typical Navajo, more Hispanic). He states that he has picked up some ability to speak Spanish since being held at FCI. He stated that he never wanted to grow his hair long like many Native Americans do. Mr. Mitchell states that none of his friends on the reservation were traditional Navajo. He stated they may have participated in some Navajo ceremonies but they didn't embrace traditional Navajo beliefs.

Statement Regarding Alleged Offense: Mr. Mitchell states that he recently heard that Jimmy Nakai, Gregory Nakai's older brother, turned them in because he was trying to collect a reward. Mr. Mitchell referred to him as a "fucking rat, fucking backstabbing piece of shit." Mr. Mitchell stated, "The FBI had nothing." Mr. Mitchell stated that he would like to "kick his fucking ass and after that I would probably fucking kill him." He stated that he hasn't had any suicidal thoughts recently because he is "so hellbent on revenge." He stated that he is not crying, he's just angry. He stated, "I'm here because some guy was pissed off because we didn't cut him in on the robbery..." Mr. Mitchell believes that Jimmy Nakai turned them in because they didn't give him a portion of the money they stole from the trading post. Mr. Mitchell states, "Out there, I hustled but I wasn't stingy." Mr. Mitchell stated that he always shared the money he obtained. He didn't feel that Jimmy Nakai deserved any money because he didn't

EX 94 - 1500

do anything to assist with the robbery.

Mr. Mitchell states that they had been "shooting the breeze" about robbing the trading post for 1-2 months before they actually committed the robbery. Mr. Mitchell acknowledges that he and Johnny went to steal a truck so they could move the safe of the trading post if they couldn't open it during the robbery. As it turns out, the safe could be opened and they didn't need the truck. He stated that they stole about $5,000.00 from the safe, $1,000.00 from the cash register, and cigarettes and some gas from the trading post. Mr. Mitchell states that he had wanted to steal an unoccupied truck, not carjack one where they would have to confront a driver and possibly passengers.

Mr. Mitchell states they were given a ride by the victims. Mr. Mitchell states that when the victims stopped to let Mr. Mitchell and Johnny out of the vehicle, he started to get out of the vehicle and then Johnny started cutting up the driver. Mr. Mitchell wasn't sure what to do but he decided to get back in the truck and he stated, "I was going to be a good soldier and help him out." Mr. Mitchell put his hand over the little girl's mouth so she wouldn't yell. Mr. Mitchell stated, "The old lady died. Johnny put her in the back seat." Mr. Mitchell lifted the little girl into the back seat and then he got in the front. Mr. Mitchell states that Johnny drove for a while but his driving was erratic, so Mr. Mitchell took over. Mr. Mitchell states that it took a couple of hours to get to the location where the girl was killed. Mr. Mitchell commented that Gregory Nakai told them "no more dead bodies," referring to the cowboys that they had apparently killed some time before (Mr. Mitchell was not involved but knew about the killings). Mr. Mitchell states that Johnny wanted him to kill the girl and he refused. Mr. Mitchell states that Johnny cut the girl up but she didn't die. Mr. Mitchell states that Johnny wanted him to help him find a big rock to hit the girl with and kill her. A bigger rock was located and Johnny hit the girl three times with it. Mr. Mitchell thinks she was probably already dead when Johnny hit her with the larger rock. Mr. Mitchell states that he never did anything violent directly to either of the victims. Mr. Mitchell states that he threw the rock Johnny used to hit the girl in order to hide it. They left the corpses covered in some leaves.

Cleaning fluids were in the car, so Mr. Mitchell and Johnny cleaned out the car the best they could but there was still a lot of blood on the seats, in the vents and on the ceiling. They couldn't completely clean the truck of all the blood. They burned some of the victim's belongings and then they stashed the truck near Mr. Mitchell's grandfather's house and went to Gregory Nakai's house.

EX 94 - 1501

The next day, Gregory told them to go back up and cut off the heads and the hands of the victims so they couldn't be identified. When they returned to where they left the corpses, they took off the clothes of the victims (with the exception of the underwear) and burned them. They buried the heads and the hands but not the bodies. They believed that the bobcats would get the bodies soon enough. They went back to Gregory Nakai's house and burned their own clothing from the day before. Four days later Mr. Mitchell, Johnny and others committed robbery of a nearby trading post and were arrested.

Mr. Mitchell states that Gregory Nakai didn't want to do the robbery, he felt that he was already getting enough heat about the cowboys they had killed. Mr. Mitchell states that he believed they could do the robbery without any difficulty but he had not planned on killing anyone, he just wanted to steal a truck but not do a carjacking. Mr. Mitchell states, "Other than that, everything went smooth." I asked Mr. Mitchell how he felt about the victims. Mr. Mitchell replied, "Kind of fucked up because of the old lady and the little girl...that fucking shit disgusts me but it couldn't have been avoided. I'm running this equation in my head that 9 times out of 10 if we let that little girl go the cops will be after us." Mr. Mitchell stated that there wouldn't have been a problem "if Johnny had had control of his anger." Mr. Mitchell stated that the robbery of the trading post was "like a symphony." Mr. Mitchell stated that he is not a killer but he also stated, "If you piss me off enough, I'm liable to kill you."

Mr. Mitchell states that after he was arrested there was an article in a Gallup newspaper alleging that he and his friends had $1.2 million in cash, a large amount of cocaine, and an arsenal of weapons. Mr. Mitchell states that this was completely false. He stated that they (Mr. Mitchell, Gregory Nakai, Johnny and some others) had about $3,000.00 in cash and some weapons. He stated that they had obtained the weapons from different places; some came from burglaries they had done.

Developmental History:  Mr. Mitchell states that he was born in Fort Defiance near Gallup. His father, Foster Hamell, is from the Marshall Islands in the South Pacific. He came to Arizona from the Marshall Islands to attend Navajo Junior College and then Northern Arizona University (NAU). Mr. Hamell met Mr. Mitchell's mother, Sherri Mitchell while they were attending NAU together. After Sherri Mitchell became pregnant Mr. Hamell left for Los Angeles where he committed a burglary. He fled police and returned to the Marshall Islands. Mr. Hamell is believed to have died recently. He was never involved in Mr. Mitchell's life.

EX 94 - 1502

Sherri Mitchell, Mr. Mitchell's mother is half-Navajo and half-Caucasian and was born and raised on the Reservation. Sherri Mitchell was born to Bobbie and George Mitchell, Mr. Mitchell's grandparents. Bobbie Mitchell is of uncertain ancestry. She claims a Cherokee heritage but this has been questioned. Bobbie Mitchell was reared in a violent and chaotic household. She married George Mitchell when she was 13 years old to escape the turbulence of her home. George Mitchell was 33 years of age at the time they married. He was a traditional Navajo. Bobbie Mitchell never accepted Navajo culture and was never accepted into the Navajo culture. George and Sherri Mitchell have not lived together for many years at a time but they did have two children Sherri and Oscar. There was considerable conflict with some physical abuse between Sherri Mitchell and her mother. Sherri Mitchell obtained two doctorates and Sherri and George obtained college degrees as well. Sherri, Bobbie and George were all involved in education but George never left the reservation. Sherri and Bobbie often lived and worked in California. There was apparently little warmth in the Mitchell family and considerable conflict. The Mitchell's had conflicts with others on the Reservation as well. They were apparently argumentative and oppositional. They all lost jobs because of these kinds of difficulties. When George Mitchell was concerned about Mr. Mitchell's behavior in school he blamed the school for not addressing the problems. When the family lived on the Reservation it was often in remote, depressed and poor settings. Their homes might have electricity but no indoor plumbing. Mr. Mitchell states that his family had enough money and they always had enough food and clothing.

Sherri Mitchell apparently had an abortion before she became pregnant with Mr. Mitchell but was happy to be pregnant with him. She was a student at NAU at the time. George Mitchell helped her out with the pregnancy. Bobbie Mitchell didn't know her daughter was pregnant till she delivered Mr. Mitchell. Communication was poor in the family with frequent conflicts and both physical and emotional isolation of the individuals in the family. Sherri Mitchell was happy to be a mother to Mr. Mitchell for a few months but he apparently became too much for her to handle at NAU while she was attending classes and she took him to live with George Mitchell on the reservation while she returned to NAU. Bobbie and Sherri Mitchell were intermittently living with Mr. Mitchell on the reservation until he started elementary school in California.

Mr. Mitchell states that before he started school his mother would hug him and tell him that she loved him. After the first grade his mother stopped being affectionate with him, she was too busy concentrating on her work and she also spent more of her time trying to discipline him. Mr. Mitchell states that sometimes his mother would whip him. She didn't usually leave him black and

Name of Client: Lezmond Mitchell                                    Page 9
CR-01-1062-PCT-MHM
FF# 3831

blue, but he would become red and swollen. Mr. Mitchell states that his mother had a complicated chart of punishments. She used her own rating system. He would get spankings for unsatisfactory grades. Mr. Mitchell stated that she started doing this when he was in the third grade. Mr. Mitchell states, "She'd just yell at me, call me stupid, take away privileges." He states that his grandparents mostly yelled, although they sometimes whipped him when he was younger. He states that usually his grandparents would buy him things as a way of expressing their affection for him. Mr. Mitchell states that typically his family called him a lot of derogatory names.

Mr. Mitchell never felt close to his family. Mr. Mitchell states that sometimes he liked his family and sometimes not. Mr. Mitchell states that he always thought of his family as "weird" but he didn't think other people would. He states that he believed his family was respected on the Reservation. Mr. Mitchell states that his family would tell him that he was dragging their good name through the mud when Mr. Mitchell would get into trouble.

Mr. Mitchell states that his mother, maternal uncle, grandfather and grandmother were frequently fighting over the holidays. He states that sometimes his mother and grandmother wouldn't talk for two weeks. Mr. Mitchell states that his grandfather used to drink alcohol but stopped after he left the Navy. Mr. Mitchell states that his maternal uncle, Oscar, is an alcoholic, drinking 20 beers a night. Despite his uncle's excessive use of alcohol, his uncle has apparently been fairly responsible. Mr. Mitchell's uncle does not use drugs. His uncle was caught using drugs when he was younger and stopped after he was caught. Mr. Mitchell states that his mother had problems with marijuana use in high school but not since.

Mr. Mitchell states that he had ear infections when he was very small, but no other significant medical problems. Mr. Mitchell states that as a result of his ear infections he had difficulty hearing when he was young which interfered with his learning the Navajo language. He states that he knows some Navajo but is not fluent in the language. Mr. Mitchell received little education about the Navajo culture from his family. Mr. Mitchell states that he didn't have a religious upbringing but he was a member of the "Native American Church." He states that he would regularly go to peyote meetings and he went to some sweat lodge activities but this was recreational and not ceremonial.

Mr. Mitchell stole about $2,500 and a laptop computer from his grandmother while he was living with her in California in 2001. I asked him about other thefts from his family. He stated that he stole $20.00 here and there from his grandfather but he really

didn't have to steal from his family as he had what he needed. He
stated that for the same reason he rarely shoplifted. I asked Mr.
Mitchell if he lied to his family frequently and he stated, "Oh,
yeah."

Educational History:    Mr. Mitchell states that he went to
kindergarten through half of third grade in a school near Fresno,
California. He states that he, his mother and grandmother lived
where his mother and grandmother worked as teachers. Mr. Mitchell
moved back to the Navajo Reservation for the latter part of his
third year of school and lived with his grandfather through his
fifth year of school. He then returned to California and went to
school for the sixth and the first half of the seventh grades. He
then returned to the Navajo Reservation for the last half of the
seventh grade and for the eighth grade and all of high school. His
first and second years of high school were at Red Mesa; his third
and fourth years were at Rough Rock. He was expelled from Red
Mesa, apparently over a fight. He was given the choice of the
school pressing criminal charges or withdrawing from the school.
Mr. Mitchell had to repeat kindergarten because he was too
immature to start the first grade.

Mr. Mitchell states that early in school he was involved in some
minor trouble. He would do things such as talk back to teachers
and throw papers across the classroom. Mr. Mitchell states that
when he was he was in trouble his mother would "whip the shit out
of me." In the third grade Mr. Mitchell said to his mother, when
she beat him black and blue on one occasion, "You done? You want
to whip me some more?" Mr. Mitchell states that he cried the first
couple of times she whipped him but not after that. Mr. Mitchell
got to the point that he didn't care. Mr. Mitchell states that his
mother would have other kids spy on him. He remembers in the third
grade there was a child by the name of Antonio who he beat up for
spying on him. Mr. Mitchell states that usually his mother didn't
beat him that severely. She would use a yardstick and would avoid
leaving marks because she knew that she could get in trouble for
child abuse. Mr. Mitchell states that when he was in the third
grade, if he returned home with any unsatisfactories on his daily
discipline reports, he would get five whippings for each "U." He
stated that the discipline didn't work. Initially he would get
five whips for one "U" but then after a while he would come home
with all "U's" and he was getting 25 lashes a night. Bobbie
Mitchell tried to persuade Sherri that Mr. Mitchell might have
hyperactivity or other problems and that she should seek help.
Sherri Mitchell never apparently requested help for her son.

Mr. Mitchell states that halfway through the third grade he was
sent back to live with his grandfather on the reservation. He
returned to live with his mother and grandmother when he was in

EX 94 - 1505

Name of Client: Lezmond Mitchell
CR-01-1062-PCT-MHM
FF# 3831                                                    **Page 11**

the sixth grade. By then he was too big for his mother to beat.
However, during Christmas break of his seventh grade year the
entire family returned to the Reservation. Mr. Mitchell states
that his mother came after him and he fought with her. He stated,
"I knocked out a tooth." He also stated, "I kicked her in her
shin." He stated that it continued until his grandparents broke
the fight up. The fight started because Mr. Mitchell refused to
return to California to live with his mother and grandmother.

Mr. Mitchell acknowledges that when he was in the fourth and fifth
grade on the Reservation it was difficult for him. He stated that
the other students would call him "white boy" because he didn't
have full command of the Navajo language and because he looked
different than them. He stated that he had some fights over the
teasing. He stated that one child threw sand in his eyes. Mr.
Mitchell states that he took off his sock put a rock in it and
waited for the boy to slide down a slide and then hit him in the
chest with the rock. He threatened the boy that if he told the
teachers then he would continue to hit him. Mr. Mitchell states
that he had no further problems with that boy. He stated that
there was another incident in the fifth grade where he broke the
nose of a boy who was trying to take a chair away from him. Mr.
Mitchell states that he had won the right to use the chair from
the teacher.

Mr. Mitchell was considered for placement in a gifted program when
he was younger. He was never placed in any type of special
education program. He states that he received average to above
average grades until high school when he stopped trying
altogether. Mr. Mitchell acknowledged that he was frequently
absent from school. He states that he was suspended five or six
times for fighting. He stated that he played football and baseball
and a little basketball. He was a good athlete especially in
football. He had friends. Mr. Mitchell states that some of his
teachers became pretty good friends. Mr. Mitchell states that some
of his teachers were pretty cool and would leave choices to Mr.
Mitchell. He did graduate from high school. Mr. Mitchell states
that through high school he mostly lived with his grandfather who
lived about an hour away from school.

In middle school, Gregory Nakai taught Mr. Mitchell how to sell
drugs. Mr. Mitchell then started selling drugs on his own; he
would sell several dime bags of marijuana at school. Mr. Mitchell
would also teach other boys to sell marijuana for him. Mr.
Mitchell states that the group would often gather on weekends and
would get high on marijuana, alcohol, cocaine, and rock. He states
that there were often several girls involved as well. Mr. Mitchell
would stay out all night on the weekends but he would return home
on weeknights by 10:00 or 11:00. He was living with his

EX 94 - 1506

**Page 12**

grandfather at the time. Mr. Mitchell says his grandfather had some knowledge of the troubling activities of Mr. Mitchell but didn't know the whole story. Mr. Mitchell states that his grandfather would scold him for his behaviors and his grandfather didn't approve of his friends. He stated that his grandfather would get on the phone with his grandmother, who would then call Mr. Mitchell pejorative names over the phone. Mr. Mitchell stated that he eventually stopped listening to his grandparents. Mr. Mitchell states that he and his friends tinted some of the windows in Gregory Nakai's house. He stated the tinting was primarily for security so they could see who was coming up to the house because they were selling marijuana out of the house. Mr. Mitchell states that they used one of the rooms in the house as a small studio; they called it Eastside Productions. They were trying to make some of their own rap music. They had sold a couple of tapes that were passed around the Reservation but never developed recordings that reached a wide audience.

Mr. Mitchell states that he continued to sell marijuana throughout high school despite being on the Student Council. He was an officer of the Student Council on a few occasions and was president of the Student Council in his senior year of high school. He had also been on Student Council in middle school. He stated that he didn't like the academic part of school, what he liked was "getting high, playing football, Student Council, and being myself." He stated that because he was on the Student Council and played football the teachers left him alone. He stated that it was a great cover for selling dope. Mr. Mitchell stated that he received a football scholarship to Colorado University and Sherman University but he didn't feel like going to college. He stated, "I wanted to do what I wanted to do." He states that several people told him to go to college but Mr. Mitchell stated that he didn't feel like it. Apparently Mr. Mitchell never received a scholarship but he could have attended a Navajo college but may not have wanted to attend because he did not feel like he was Navajo.

Mr. Mitchell was involved in gangs from the time he was in middle school. Mr. Mitchell indicates that he was a member of the Eastside Thugs (EST), a gang, but he still hung around with several members of another eastside gang called "VLES." Mr. Mitchell states that he was a member of the East Side Thugs since the eighth grade. He states that he was instrumental in establishing EST. Despite his involvement with EST he spent a lot of time with Gregory Nakai, Johnny Orsinger, and Bishop who were not members of EST. They often spent time at Gregory Nakai's house in Round Rock. Mr. Nakai's father was in prison and his mother was often at Red Mesa with her boyfriend; she didn't really like living in Round Rock. When they weren't at Gregory Nakai's

residence, they were at a convenience store in Round Rock or at a nearby housing development where they would spend time on a corner or in the house of another friend by the name of Lucky. Mr. Mitchell states that Gregory Nakai lived about one mile east of the convenience store, Mr. Mitchell lived six miles east, Bishop lived about one mile west of the store, and Johnny Orsinger lived right across the street from the store in teacher housing (his stepmother apparently taught at a school adjacent to the convenience store). Jimmy Nakai, Gregory Nakai's brother, would spend time with them as well but he wasn't as regular because he lived in Red Mesa with his wife and children. Another friend Jason and Jason's little brother Patrick would also sometimes join the group, in addition to Gregory Nakai's younger brother Jake.

Mr. Mitchell told me about an incident that happened in 1998. At the time he was living at his grandfather's house alone. His grandfather had moved to Lancaster, California for several months to help his grandmother who had undergone surgery on her foot. He and his friends had obtained a ten-pound bale of marijuana. They went to a dance at Many Farms and sold marijuana and some alcohol that they had obtained. A rival gang, the FLCs, apparently approached the vehicle that Mr. Mitchell was driving. They pistol-whipped Jimmy Nakai and broke the glass out of his vehicle. Mr. Mitchell and his friends left the dance. They obtained weapons and bullets and returned. One member of the group that Mr. Mitchell was with knew who the people were that had attacked them. When they drove back to the Many Farms Lake where the dance was held, the dance was over but their assailants were still there. Mr. Mitchell and his friends opened fire with their guns, shooting at the rival gang members. They apparently didn't hit any of the gang members but hit a bystander (a girl) in the neck. Mr. Mitchell states that the girl survived and they were never caught.

Mr. Mitchell states that he fought "all the time" with "rival hoods." He stated that initially they were fights with Westside 99 and then later the Many Farms FLC gang. He acknowledged that people were hurt. Mr. Mitchell states that he was hurt and that he hurt others. He admitted that sometimes his temper would get out of control leading him to be involved in fights.

Employment History:  While in high school Mr. Mitchell states he was involved in some summer youth employment programs that lasted about six weeks. He did this for a couple of years. He states that it was jobs like picking up garbage along the roads and helping elderly people. Mr. Mitchell had the ambition of leaving the Reservation and working. At one point he wanted to become a radio disc jockey.

Within a month of graduating from high school, Mr. Mitchell moved

EX 94 - 1508

to the Phoenix area. He stated that he had a good connection in Phoenix for buying marijuana. He'd buy a pound of marijuana or more and bring it back to the reservation and give it to some of his friends to sell. He made quite a bit of money by selling marijuana. He worked in construction for the first couple of months he was in Phoenix but he stated that his back hurt and he grew tired of it and quit. He then worked as a dishwasher at a restaurant called Papa Deux. He liked the job. He liked not starting work until three or four in the afternoon so he could sleep late. He would sometimes get high with his boss in the freezer by smoking marijuana. One evening the owner's wife left a bank envelope on a table in the restaurant. Mr. Mitchell noticed it, took the money out of it (which was about $5,000.00). He quickly hid the money outside in a friend's cars tail pipe. The owner's wife confronted Mr. Mitchell and others and apparently they were searched but the money was not found. Mr. Mitchell states that it was the only time he ever took anything from the restaurant. He stated that one weekend he wanted to return to the Shiprock Fair. He told his boss at the restaurant that he had to go to a ceremony on the Navajo reservation but his boss wouldn't allow him. He went anyway and was fired from his job. Mr. Mitchell then managed to find a job at the Phoenix stadium where he worked for three months. He stayed until the end of the season.

After the end of the baseball season in Phoenix he went to Lancaster, California where he lived with his grandmother for nine or ten months and then returned to Phoenix and worked for the ball park for about a month before he was fired. He was fired because he was "scamming" on the job. He stated that he would tell college students that if they gave him $20.00 they could have all the food and drinks they wanted during the remainder of the evening. He indicated that he had done this kind of manipulation throughout the time that he worked at the stadium. When he was confronted, he was given the choice of the concession filing criminal charges against him or quitting. Mr. Mitchell decided to quit.

When Mr. Mitchell went to California to live with his grandmother, he was trying to find a job in Los Angeles. He moved to live with his grandmother with no specific plan. He thought he might work in Los Angeles for a year. He didn't anticipate living there permanently. He stated that he sometimes had difficulty getting along with his grandmother. He left for a week to visit friends where he used to live in Avondale, California and then returned to his grandmother's. He was frustrated that he never found a job. The only interview he had was with a radio station but they didn't hire him. Shortly before Mr. Mitchell left his grandmother's, he obtained her PIN number and stole about $2500.00 from her. She didn't find out that the money was missing until shortly before he left. Later, she apparently found out that he stole the money but

EX 94 - 1509

Name of Client: Lezmond Mitchell                                Page 15
CR-01-1062-PCT-MHM
Fr# 3631

didn't press charges against him. He has not paid the money back but he plans to do so in the future. Mr. Mitchell states that he also stole his grandmother's laptop computer. After he left Lancaster with the laptop, he stayed in a motel. He accidentally left the laptop in one of the drawers in the motel and was not able to recover it.

After leaving his grandmother's, Mr. Mitchell's family believed he had returned to the Reservation when he was actually living in Phoenix. He had worked at the stadium for a month and was fired as described above. When he returned to Phoenix, he started dealing drugs again. He had not found any source of drugs while he was living in Lancaster. After he was fired from his job in Phoenix, he returned to the Reservation but his family did not know he was on the reservation until he was arrested in the Fall of 2001. He was staying at Gregory Nakai's house when he returned to the Reservation.

Psychiatric History:  Mr. Mitchell states that his grandmother insisted that he see Dr. Fields in his junior year of high school. Mr. Mitchell states that Dr. Fields helped him to learn to control his anger. Mr. Mitchell's grandmother was worried about his tendency towards anger. Mr. Mitchell states that when he was in the third grade his grandmother also insisted that he see some psychologists. He saw them for evaluations and for about two months of counseling because of trouble he was having in school.

Mr. Mitchell states that when he took mushrooms and Ecstasy he had some strange hallucinatory experiences. He stated, "I thought I was talking to cartoon characters." Outside of these experiences, he has never had any psychotic symptoms. He denies paranoia. He states that he has probably been depressed in the past but he never did anything about it. Mr. Mitchell states that there were periods in school where he was depressed. He remembers feeling sad. He felt like he didn't want to do anything. He experienced some suicidal thoughts in his freshman and junior year of high school. He never made any suicide attempts. He never had any serious thoughts about committing suicide. He indicates that in his sophomore and senior years he had no depressive symptoms.

Substance Use History:  Mr. Mitchell first used alcohol in the sixth grade. By the eighth grade he was drinking regularly.  He first used marijuana in the sixth grade. In high school he was using cocaine and crack. Occasionally he tried mushrooms and Ecstasy. He did not use drugs intravenously. He stated that he did use peyote regularly through the Native American Church. He stated that he would "party every weekend." He would drink alcohol and use cocaine. For a while he used marijuana every day. He states that he frequently went to school under the influence of

EX 94 - 1510

marijuana. When he returned to the Reservation in August of 2001 he was using marijuana and alcohol.

Medical History:    Mr. Mitchell has had some brief loss of consciousness on a couple of occasions while fighting. He never received any treatment after these head injuries. He has never undergone surgery. He has not had any hospitalizations. Mr. Mitchell states that he had ear infections when he was very small that may have impaired his acquiring fluency with the Navajo language. Mr. Mitchell never had any difficulty with bedwetting when he was younger.

Marital History: Mr. Mitchell first had sexual intercourse when he was about 11 years of age. He paid a sixth grade girl who was known for liking to "break in guys." Mr. Mitchell states that he never paid for sexual contact again. Mr. Mitchell states that he has had about six different girlfriends but he states, in addition, "I've had a lot of one-night stands." He states that he never forced anyone to have sex with him; he stated it wasn't necessary. He states that some of the girls participated willingly in "gang trains" and sometimes they were intoxicated when he had sex with them but they never seemed to resist. He was typically faithful when he had a girlfriend. Mr. Mitchell states that the first time he fell in love was with Delilah. He states that it was hard for him when they broke up recently.

Legal History:    Mr. Mitchell was arrested in the eighth grade for gang graffiti. The charges were dismissed. He spent about three hours in juvenile detention. In his sophomore year of high school he was arrested for an assault. He was detained for three or four hours. The charges against him were dismissed when he agreed to transfer to another school. Mr. Mitchell states that the incident involved him fighting with another student. When security pulled him off, he struggled with the security officer that led to the assault charges. Mr. Mitchell states that he had a couple of arrests for public intoxication in 2001. He was held for 8 hours until he became sober and was then released. There were no other consequences. Mr. Mitchell states that he has never seriously injured anyone. He states that he would give them a black eye, a busted lip, or a bloody nose.

Mr. Mitchell states that his involvement with EST involved mostly "kicking back, partying and shit." He states that there was some fighting with other gangs and graffiti. Mr. Mitchell admits that he was involved in dealing dope and marijuana. He denies any rapes. Mr. Mitchell was still involved in the gang when he was arrested. Mr. Mitchell never set any fires. He would yank the tail of his pet cat a little bit but he never hurt the cat. He states that he and some others would take stray dogs and throw them off

EX 94 - 1511

the bridge. He states that the dogs would land and become disoriented and move around in a circle and then run off, sometimes with a limp. He states that usually he and his friends were high on some drug when they did this. Mr. Mitchell states that sometimes they would catch lizards, put fireworks in them and throw them up in the air, sometimes the lizards were still alive when they did this.

Mental Status Examination: Mr. Mitchell was a heavy, big-looking, 21-year-old Navajo man. He was of medium height. He had multiple tattoos, mostly with some type of gang reference. He had brown eyes and a goatee. Mr. Mitchell was cooperative with the examiner during both interviews. During my 10/22/02 he communicated more articulately and intelligently than I anticipated after reviewing the collateral records and listening to the audiotape recording of his interview with police where he used many expletives and his speech was rough and coarse. During my 1/16/03 interview Mr. Mitchell was once again using frequent expletives but remained cooperative. I asked Mr. Mitchell why his demeanor was different with me on the 1/16/03 interview versus the 10/22/02 interview. He stated, "The shit with Jimmy is really pissing me off." His thought content showed no evidence of delusions, hallucinations, suicidal or homicidal ideation. His cognition was grossly intact.

Assessment:     Diagnostic and Statistical Manual of Mental Disorders, 4th ed., diagnoses:

    Axis I:   Depressive disorder not otherwise specified
              Polysubstance abuse in a controlled environment
              Cognitive disorder not otherwise specified
              (provisional)

    Axis II:  Antisocial personality disorder

    Axis III: History of head injuries

Mr. Mitchell at times feels despondent and hopeless. He has also had significant difficulties sleeping. These symptoms indicate that he is suffering from some depressive symptoms but he does not meet the full criteria for a major depressive disorder and thus I gave him the diagnosis of depressive disorder not otherwise specified. Mr. Mitchell has probably suffered from significant depressive symptoms in the past and may have warranted the diagnosis of a major depression at some juncture in the past.

Mr. Mitchell has abused alcohol, marijuana, cocaine, Ecstasy and other drugs on a regular basis for a number of years. His drug use contributed to some of the problems Mr. Mitchell has had in maintaining stability in his life and thus he warrants the

EX 94 - 1512

diagnosis of polysubstance abuse that is now under some control because he is in a secure environment.

Mr. Mitchell has a history beginning in childhood of aggression, deceitfulness, frequent rule violation and cruelty to animals such that he would have warranted a conduct disorder diagnosis as an adolescent. Since he has turned 18 this pattern has continued. He has been deceitful, impulsive, aggressive and irresponsible. He has disregarded the rights of others. He also shows little remorse for his behaviors. These factors indicate he warrants the diagnosis of an antisocial personality disorder.

His neuropsychological testing revealed some mild deficits in executive functioning (impulsiveness and poor planning). Dr. Herring believed these deficiencies were more likely related to emotional factors rather than traumatic brain injury. However, the SPECT scan of his brain showed small areas of mildly decreased perfusion in the left anterior frontal lobe and high parietal region in the midline that may result from head injuries he suffered as a result of abuse, playing football or fighting. His neurological exams, EEG, MRI of the brain and laboratory results were all normal. As a result of these mild deficits he warrants the additional provisional diagnosis cognitive disorder not otherwise specified. The provisional qualifier is used because the deficits were mild and of uncertain etiology and clinical significance. A PET scan could be obtained that could, if abnormal, contribute further corroborating evidence to the diagnosis of a cognitive disorder not otherwise specified.

Conclusions:

1. Mr. Mitchell is competent to stand trial. He understands the nature of the charges against him and the possible consequences he may face if he is found guilty of the charges against him. He understands the role of his attorney, the prosecuting attorney, the judge and the jury. He would be able to give informed consent to a plea agreement should one be offered to him. Mr. Mitchell can rationally and meaningfully assist his attorney in his own defense.

2. Mr. Mitchell does have significant depressive symptoms currently and should be offered trials of antidepressant medications that may help diminish his depressive symptoms.

3. Mr. Mitchell grew up in a turbulent and conflicted environment. His mother was not able to provide the nurturance or guidance that he needed. She was physically

EX 94 - 1513

abusive, emotionally distant and inconsistent. Her problems may have related to similar difficulties she experienced with her own mother, Bobbie Mitchell who was also involved in raising Mr. Mitchell. His grandparents were also sometimes abusive. His father abandoned him. Mr. Mitchell was subjected to considerable ridicule from his family for his behaviors. Mr. Mitchell never formed a solid bond with any adult figure during his childhood. He was shuttled between mother and grandparents and no one seemed to know how to help him. For the last several years Mr. Mitchell had virtually no relationship with his mother and only a tenuous one with his grandparents. His family became his friends and gang. These were the people that mattered to him. Gregory Nakai appears as an early mentor teaching Mr. Mitchell how to sell drugs in middle school. Exacerbating, Mr. Mitchell's problems was his lack of a clear ethnic identity. He was not Anglo, Navajo, black or Hispanic. He struggled to fit in but the only home he seemed to find was with his friends and gang. The violence Mr. Mitchell was subjected to, the ridicule from his family, the inconsistent and ineffective discipline he received and his struggles with not having a clear ethnic identity all combined to shape Mr. Mitchell and his serious personality problems.

4. Mr. Mitchell may also have some subtle brain dysfunction in the frontal lobes caused by his head injuries. While this dysfunction is mild and of uncertain cause it might have contributed to Mr. Mitchell being more impulsive in his actions including his actions during the time of the alleged instant offenses.

Thank you for referring Mr. Mitchell to me for evaluation. If there is any additional information I can provide you, please do not hesitate to contact me.

Respectfully submitted,

Barry Morenz, M.D.
Associate Professor of Clinical Psychiatry

BM/nb

EX 94 - 1514