DENNIS K. BURKE
United States Attorney
District of Arizona

VINCENT Q. KIRBY
Assistant U.S. Attorney
Arizona State Bar No. 6377
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
E-Mail: Vincent.Kirby@usdoj.gov

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Lezmond Charles Mitchell,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | **CV-09-8089-MHM (JI)**<br><br>**NOTICE OF DEPOSITION** |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 26 and 30, the United States of America will take the deposition of **Jeffrey Williams**, on February 11, 2010, at 9:30 a.m., at the Office of the United States Attorney, Two Renaissance Square, 40 North Central Avenue, Suite 1200, Phoenix, Arizona 85004-4408.

DATED this 2nd day of February, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

*S/ VINCENT Q. KIRBY*

VINCENT Q. KIRBY
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Sean Kennedy

Statia Peakhart

Jeffrey Williams

I hereby certify that on February 2, 2010, I served the attached document by e-mail on the following, who are not registered participants of the CM/ECF System:

Bill McNutt, Copperstate Reporting

2