DENNIS K. BURKE
United States Attorney
District of Arizona

VINCENT Q. KIRBY
Assistant U.S. Attorney
Arizona State Bar No. 06377
Vincent.Kirby@usdoj.gov
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Lezmond Mitchell, | **CV-09-8089-MHM (JI)** |
|---|---|
| Movant, | **GOVERNMENT'S MOTION TO EXTEND TIME IN WHICH TO FILE A RESPONSE TO MOVANT'S PETITION TO VACATE, SET ASIDE, OR CORRECT SENTENCE** |
| v. | |
| United States of America, | |
| Respondent. | |

The United States of America, by and through undersigned counsel, respectfully request that date by which to respond to Movant's Motion now due March 1, 2010 be extended for approximately thirty days due to difficulties in arranging interviews/depositions of the trial counsel. This request is based on the attached Memorandum of Points and Authorities.

Respectfully submitted this 19th day of February, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

*/S/ VINCENT Q. KIRBY*

VINCENT Q. KIRBY
Assistant U.S. Attorney

## **MEMORANDUM OF POINTS AND AUTHORITIES**

The government, based on the representation of the trial team sought and obtained an order of this Court declaring the attorney client privilege waived. Counsel had always advised that they would interview with the government once that order had been secured. The order was issued December 3, 2009.

In early December discussions were held to arrange for those interviews in the second or third week of January, 2010. However, when contacted in January to select an actual date, Mr. Bartolomei advised that Federal Public Defender's in Phoenix was reviewing ethics opinions suggesting that the trial attorneys should not grant informal interviews to the government and that a deposition would be required. Mr. Bartolomei, in a letter dated January 21, 2010 advised that neither he nor Mr. Williams would grant an informal interview to the government in the absence of authorization from Mr. Mitchell. In a letter dated January 26, 2010, John Sears sent a letter likewise declining an interview without specific authorization from Petitioner. They did advise they would submit to depositions.

After coordinating schedules of the trial attorneys and the habeas attorneys, Greg Bartolomei and Jeff Williams were deposed on February 11, 2010. Due to John Sears pending death penalty trial, he could not be scheduled until February 18, 2010 at which time he was deposed. The transcripts have been ordered on an expedited basis but the deponent has to review a copy and file any objections or corrections. The deponents have advised that each will conduct that review in short order. Mr. Sears will not receive his copy of the transcript until approximately February 23, 2010. It is unlikely that the government will have his comments back in time to properly complete the response by March 1, 2010.

///

///

///

///

///

2

The majority of the government's response is completed.  However, since a number of the issues raised by petitioner can only be addressed by trial counsels' depositions, a 30 day extension is requested.

Counsel for petitioner has no objection.

Respectfully submitted this 19th day of February, 2010.

DENNIS K.  BURKE
United States Attorney
District of Arizona

*/S/ VINCENT Q. KIRBY*

VINCENT Q. KIRBY
Assistant U.S. Attorney

CERTIFICATE OF SERVICE
I  hereby certify that on February 19, 2010,
I electronically transmitted the attached document
to the Clerk's Office using the CM/ECF System for
filing and transmittal of a Notice of Electronic Filing
to the following CM/ECF registrants:

Sean Kennedy

Statia Peakhart

3