UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Lezmond Mitchell,<br><br>                    Plaintiff,<br><br>        v.<br><br>United States of America,<br><br>                    Defendant. | **CV-09-8089-MHM (JI)**<br><br>**ORDER EXTENDING TIME FOR GOVERNMENT'S RESPONSE TO PETITIONER'S AMENDED MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE** |

Upon motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED granting the government's Motion for Extension of Time to Respond to petitioner's Amended Motion to Vacate, Set Aside, or Correct Sentence.

IT IS FURTHER ORDERED granting the respondent until _____, within which to respond to petitioner's Amended Motion to Vacate, Set Aside, or Correct Sentence.  IT IS FURTHER ORDERED that no later 45 days after the filing of respondent's answer, petitioner may file a reply.

Excludable delay under 18 U.S.C. § 3161(F) is found to commence on _____ for a total of_____ days.

DATED this _____ day of _____, 2010.


_____
MARY H. MURGUIA
United States District Judge