# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Lezmond Mitchell,

                Petitioner,

   v.

United States of America,

                Respondent.

**CV 09-8089-PCT-MHM**

**ORDER EXTENDING TIME FOR GOVERNMENT'S RESPONSE TO PETITIONER'S AMENDED MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE**

There being no opposition and good cause appearing,

**IT IS HEREBY ORDERED** granting the government's Third Motion for Extension of Time to Respond to petitioner's Amended Motion to Vacate, Set Aside, or Correct Sentence (Dkt. 47). Respondent's answer shall be filed no later than **April 1, 2010.** The Court disfavors any further motion for additional time to file the answer.

**IT IS FURTHER ORDERED** that no later 45 days after the filing of respondent's answer, petitioner may file a reply.

DATED this 23rd day of February, 2010.

_____

Mary H. Murguia
United States District Judge