SEAN K. KENNEDY (145632)
(Sean_Kennedy@fd.org)
Federal Public Defender
STATIA PEAKHEART (200363)
Deputy Federal Public Defender
(Statia_Peakheart@fd.org)
321 E. Second Street
Los Angeles, CA 90012
Telephone:  (213) 894-2854
Facsimile:  (213) 894-0081

Attorneys for Defendant-Movant
LEZMOND CHARLES MITCHELL

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LEZMOND CHARLES MITCHELL,<br><br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | **CAPITAL CASE**<br>Case No.: CV-09-8089-MHM<br><br><br>**Motion for Extension of Time to File Reply (Unopposed)** |

Movant Lezmond Charles Mitchell, through his undersigned counsel, hereby requests this Honorable Court grant him an additional thirty days to file his Reply to the Government's opposition to his amended 28 U.S.C. § 2255 motion.

This request is based on the attached Declaration of Counsel.

Mitchell's counsel has informed opposing counsel of this motion. The Government does not oppose it, or the requested number of additional days. *See* Declaration of Counsel, ¶ 5.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: May 5, 2010

By  */s/ Statia Peakheart*
STATIA PEAKHEART
Deputy Federal Public Defender

Counsel for Movant
LEZMOND CHARLES MITCHELL

## DECLARATION OF COUNSEL

I, Statia Peakheart, declare:

1.    I am an attorney licensed to practice in the State of California and before this Court.  I am a Deputy Federal Public Defender in the Office of the Federal Public Defender for the Central District of California.  The Office assigned me to Mr. Mitchell's § 2255 proceeding; my co-counsel is Sean K. Kennedy.

2.    We are unable to complete the reply in time for filing on May 17, 2010, its due date.  Since we received the Government's opposition,

        a.    I met with out-of-state capital clients (two days);

        b.    I attended a mandatory out-of-state, three-day conference

        c.    I am finalizing an opening brief on the merits of the remaining claims in a capital habeas proceeding, No. CV 99-4973-ABC (C.D. Cal.).  We file the brief tomorrow, May 6, 2010.  This brief, which follows the December 2009 evidentiary hearing, has consumed a significant amount of my time for the past month-and-a-half.

        d.    I am drafting a capital habeas petitioner's reply to the opposition brief in another capital habeas proceeding, No. CV 9704591-R (C.D. Cal.); this briefing addresses all the remaining claims in the petition.  Our reply is also due May 17, 2010.

        e.    I am drafting the capital habeas petitioner's objections to the Magistrate Judge's Report recommending the district court find our client competent to proceed; our objections are due June 11, 2010.  No. CV 99-6859-VAP-OP (C.D. Cal.); related capital habeas proceeding, No CV 06-4550-VAP (C.D. Cal.).

3.    We send Mr. Mitchell copies of all filings in this proceeding, and discuss his case regularly, in-person and during legal telephone calls.  I am

scheduling a meeting with him later this month so that we can discuss, in person, the issues for the reply.

4. My co-counsel is finalizing the capital habeas petitioner's opposition to the warden's petition for writ of *certiorari* to the United States Supreme Court; the opposition is due May 12, 2010. No. 09-1088 (U.S.). The opposition has prevented him from spending the time necessary to complete his parts of Mitchell's reply.

5. On or about May 3, 2010, I informed counsel for the Government, Vincent Kirby, that we were filing this motion and would request thirty additional days. Mr. Kirby stated that he does not oppose the motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 5, 2010, at Los Angeles, California.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: May 5, 2010                    By_____/S/_____
STATIA PEAKHEART
Deputy Federal Public Defender

Attorneys for Movant
LEZMOND CHARLES MITCHELL

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Vincent Q. Kirby, AUSA

I further certify that on May 5, 2010, I served the attached document by first class mail on the following, who are not registered participants of the CM/ECF System:

Capital Case Staff Attorney
Evo A. DeConcini Courthouse
405 West Congress Street, Suite 1500,
Tucson, AZ 85701-5010

/s/ Rosana Alvarado