**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lezmond Mitchell, | ) No. CV-09-8089-PCT-MHM |
| | ) |
| Petitioner, | ) DEATH PENALTY CASE |
| | ) |
| vs. | ) |
| | ) |
| | ) **ORDER** |
| United States of America, | ) |
| | ) |
| Respondent. | ) |
| | ) |
| | ) |

There being no opposition and good cause appearing,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Extension of Time to File Reply (Dkt. 50) is **GRANTED**.  The reply shall be filed no later than **June 16, 2010.**

DATED this 6th day of May, 2010.

_____
Mary H. Murguia
United States District Judge