SEAN K. KENNEDY (145632)
(Sean_Kennedy@fd.org)
Federal Public Defender
STATIA PEAKHEART (200363)
Deputy Federal Public Defender
(Statia_Peakheart@fd.org)
321 E. Second Street
Los Angeles, CA 90012
Telephone:   (213) 894-2854
Facsimile:   (213) 894-0081

Attorneys for Defendant-Movant
LEZMOND CHARLES MITCHELL

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LEZMOND CHARLES MITCHELL, <br><br> Movant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | **CAPITAL CASE** <br> Case No.: CV-09-8089-MHM <br><br><br> **Motion for Extension of Time to File Reply** |

Movant Lezmond Charles Mitchell, through his undersigned counsel, hereby requests this Honorable Court grant him an additional twenty-one days (three weeks), to July 7, 2010, to complete and file his reply to the Government's opposition to his amended 28 U.S.C. § 2255 motion.

This request is based on the attached Declaration of Counsel.

Mitchell's counsel has informed opposing counsel of this motion.  The Government opposes the request.  *See* Declaration of Counsel, ¶ 5.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: June 14, 2010                  By   */s/ Statia Peakheart*
                                         STATIA PEAKHEART
                                         Deputy Federal Public Defender

                                         Counsel for Movant
                                         LEZMOND CHARLES MITCHELL

**<u>DECLARATION OF COUNSEL</u>**

I, Statia Peakheart, declare:

1.      I am an attorney licensed to practice in the State of California and before this Court.  I am a Deputy Federal Public Defender in the Office of the Federal Public Defender for the Central District of California.  The Office assigned me to Mr. Mitchell's § 2255 proceeding; my co-counsel is Sean K. Kennedy.

2.      We are unable to complete the reply in time for filing on June 16, 2010, its due date.  Since May 6, 2010, when this Court granted our prior (first) request for additional time, to the June 16 date,

a.      I was out-of-state for one week attending to a family member's funeral and other family-related business (this trip was unplanned when I filed the first request for additional time);

b.      In addition to drafting and researching the issues for the reply, I was out-of-state for three days conducting investigation for Mitchell's case, and for two days traveling to, and meeting with, Mitchell; and,

c.      I am drafting the capital habeas petitioner's objections to the Magistrate Judge's Report recommending the district court find our client competent to proceed; our objections are due June 25, 2010.  No. CV 99-6859-VAP-OP (C.D. Cal.).  And, in his related capital habeas proceeding, No CV 06-4550-VAP (C.D. Cal.), I am drafting his amended petition for writ of habeas corpus, which I am filing on July 1, 2010, a week before the statute of limitations expires.

3.      Due to the press of administrative matters, my co-counsel was unable to draft his portion of the reply.

4.      The Office's policy is that Sean Kennedy and I furnish another supervisor the final draft of the Reply one week before the filing date so that it can be reviewed.  I will be out of the office the week of June 28, and the following

Federal holiday, on July 5.  Thus, we must complete the draft and release it to a supervisor for review before June 28, 2010; I will finalize and file the Reply on July 7, 2010

5.      On June 14, 2010, I informed counsel for the Government, Vincent Kirby, that we were filing this motion and would request three additional weeks. Mr. Kirby stated that he opposes the motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 14, 2010, at Los Angeles, California.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: June 14, 2010               By_____/S/_____
                                    STATIA PEAKHEART
                                    Deputy Federal Public Defender

                                    Attorneys for Movant
                                    LEZMOND CHARLES MITCHELL

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Vincent Q. Kirby, AUSA

I further certify that on June 14, 2010, I served the attached document by first class mail on the following, who are not registered participants of the CM/ECF System:

Capital Case Staff Attorney

Evo A. DeConcini Courthouse

405 West Congress Street, Suite 1500,

Tucson, AZ 85701-5010

<u>/s/ Kate Harlan</u>