DENNIS K. BURKE
United States Attorney
District of Arizona

VINCENT Q. KIRBY
Assistant U.S. Attorney
Arizona State Bar No. 06377
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone (602) 364-7918
Vincent.Kirby@usdoj.gov

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Lezmond Mitchell,<br><br>                 Plaintiff,<br><br>   v.<br><br>United States of America,<br><br>                 Defendant. | CV-09-8089-PHX-MHM<br><br><br>**NOTICE OF ERRATA** |

The United States of America, by and through its undersigned attorney, hereby gives notice that the Government inadvertently omitted 4 pages from Exhibit 1 in it's Response to Motion to Vacate /Set Aside/Correct Sentence (2255) (docket number 49) filed in cause number 09CV8089 PHX-MHM.  The missing four (4) pages are attached and provided to the Court and counsel.

Respectfully submitted this 14th day of June, 2010.

                                       DENNIS K. BURKE
                                       United States Attorney
                                       District of Arizona


                                       <u>s/ Vincent Q. Kirby</u>

                                       VINCENT Q. KIRBY
                                       Assistant U.S. Attorney

///

///

///

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2010, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Sean Kennedy and Statia Peakhart.

s/ Vincent Q. Kirby

VINCENT Q. KIRBY
Assistant United States Attorney