including your discussion with Mr. Mitchell, was there anyone else connected with the case that had not come to the fore with the Government's discovery or your own investigation connected to this case?

A.    You mean other -- you mean actually involved in the murders or somehow peripherally?

Q.    Peripherally -- well, let me make it easier.  Was anyone else at the scene of the murders besides Lezmond Mitchell and Johnny Orsinger?

A.    Not that I'm aware of.

Q.    And Mr. Mitchell never gave you any information about anyone else?

A.    No.

Q.    Was anybody else involved in the planning of that robbery or the trading post robbery that didn't show up in the discovery or the statements by the co-defendants?

A.    Oh, that didn't -- that we don't know of?

Q.    That we don't know of.

A.    No.  At least not that I'm aware of.

Q.    You're aware of Dr. Morenz's report, but you did not delve into that report?

A.    Correct.

Q.    So in terms of -- did you have any involvement or any discussion of you pursuing a

psychiatric mitigation hearing?

A.    You mean a competency hearing?

Q.    Not a competency, but the psychiatric results for mitigation.

A.    Mitigation.  Oh.  I'm sure we discuss it. But that was primarily -- I mean, that was Greg's area of expertise.

Q.    Did you yourself have a lot of information about his upbringing?

A.    I knew -- yeah, I did.  I knew that his mother was a piece of work.

Q.    You want to elaborate a little more on that?

A.    Well, she -- I don't know if "narcissistic" was the word, but she was very self-absorbed.  And we were kind of -- in fact, because we thought about calling her for the mitigation phase to show why he may have been the way he was.  Because she -- all she cared about was how this affected her. When she -- when he was in school, I think he went to the same school where she taught at or something, and she seemed to only be concerned, not about him, but how her employment was affected.  I know that she had kind of abandoned him at some time in the past and that they had a very strained relationship.

Q.    And did you have information about how the grandmother, Bobbi Mitchell, figured into all of this?

A.    Well, I know Lezmond lived with her for some time.  Since that was getting more towards mitigation, Greg would know more.  But I -- I knew it wasn't a perfect situation.  But nothing stands out to think that it was horrible, that it was a really horrible situation.  They were educated.  They were, at least for the reservation -- by reservation standards, they were middle-class.  Again, educated and employed.

And I do recall that, for example, Mr. Orsinger had the kind of upbringing that I wish Lezmond would have had, because that would have been at least more of an explanation as to what happened there.

Q.    Any allegations that you are aware of of physical abuse, sexual abuse?

A.    I did not know of any sexual abuse.  And if there were, Lezmond's tough persona would not have disclosed that to us.  If he did, he didn't disclose it to me.  I know of -- I knew he had a strained relationship, that there may have been an altercation or two.  But if you're talking about just chronic constant physical abuse perpetrated on Lezmond by someone, I wasn't aware of anything like that.  I think he was burned or something as a young child.  But

during the course of his upbringing, I wasn't aware of any sexual abuse or chronic physical abuse.

Q.    Do you know why Sherry was not called at the mitigation phase?

A.    I think we discussed this, and she was a loose cannon.  And we just decided that she, under the circumstances, would not be a -- she was just kind of a loose cannon and would not be -- I mean, we were really just going to put her up there to show what a piece of crap she was.

Q.    Was there a point you were made aware of that she stopped communicating with the team?

A.    I know she stopped communicating with Ockenfels, or Vera, whatever her name is, early on.  And like I said, when I went to meet with him, she wouldn't talk to me.  She was very concerned that we -- all we wanted to do was plead Lezmond guilty.  Because we were trying to, obviously, get a life deal if we could.  And she just was concerned that we thought her son was guilty and just did not care, is my recollection.

Q.    In terms of the voluntariness of any statements that he made, did you see or believe there was any evidence to put forth that he did not know what he was doing when he waived his rights or that his

statements were not voluntary?

A.    No.  But I think, in abundance of caution, we requested a voluntariness hearing anyway.  I think -- I have some recollection of him testifying. Not much.  I mean, you've got to attack it somehow.  So I think we would have requested a hearing.  But I don't remember anything that was suggested that the statements were in any way involuntary.

Q.    At least in your dealings with him, anything that led to you believe that he did not understand Miranda, did not understand waiving his rights?

A.    No.  Nor did he indicate --

Q.    Did he bring anything up to you that he didn't know what they were talking about or what does this word mean or anything like that?

A.    No.

Q.    Now, as part of the Government's case, there was a medical examiner.  Did you receive an autopsy report?

A.    Yes.

Q.    Did you receive photographs?

A.    Yes.

Q.    Did you review those matters?

A.    Oh, yeah.