**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lezmond Mitchell, ) | No. CV 09-8089-PCT-MHM |
| ) | |
| Petitioner, ) | DEATH PENALTY CASE |
| ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| United States of America, ) | |
| ) | |
| Respondent. ) | |
| ) | |

Before the Court is Petitioner's second motion for additional time to prepare the reply brief. The motion was filed only two days prior to expiration of the deadline and states that Respondent opposes the request. Despite being significantly untimely, the Court will grant the motion. However, no further continuances will be permitted. Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Extension of Time to File Reply (Dkt. 52) is **GRANTED**. The reply shall be filed no later than **July 7, 2010.** No further continuances will be granted.

DATED this 22nd day of June, 2010.

_____
Mary H. Murguia
United States District Judge