# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff/Respondent, | ) ) | **JUDGMENT** |
| v. | ) ) | CV 09-8089-PCT-MHM |
| Lezmond Mitchell, | ) ) | CR 01-1062-PCT-MHM |
| Defendant/Petitioner, | ) ) ) | |

This action came on for consideration before the Court.  The issues having been duly considered and a decision having been duly rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of September 30, 2010, denying Defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. 2255, movant shall take nothing and the action be, and same hereby is, dismissed.

 September  30, 2010     RICHARD H. WEARE
Date                     District Court Executive/Clerk

                         .   s/   Ruth E. Williams
                         By     Ruth E. Williams
                                Deputy Clerk