SEAN K. KENNEDY (145632)
(Sean_Kennedy@fd.org)
Federal Public Defender
STATIA PEAKHEART (200363)
Deputy Federal Public Defender
(Statia_Peakheart@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone    (213) 894-2854
Facsimile    (213) 894-0081

Attorneys for Defendant-Movant
LEZMOND CHARLES MITCHELL

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| LEZMOND CHARLES MITCHELL, | Case No.: CV-09-8089-MHM |
|---|---|
| Movant, | **Motion for Leave to File a Brief in Excess of the Page Limits** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

MOVANT , LEZMOND CHARLES MITCHELL, through his counsel of record, the Federal Public Defender, hereby submits this motion for leave to file a brief in excess of the page limits allowed by LRCiv 7.2(e) of the Local Rules of the United States District Court, District of Arizona.  The over-length brief is Mitchell's motion and memorandum to alter or amend the judgment, pursuant to Federal Rule of Civil Procedure 59(e).

The Court's own Rules of Procedure state that the movant must file this request five days before the deadline.  Counsel respectfully request relief from the Court's deadline, as five days previous to this date, counsel did not anticipate the motion would be in excess of 17 pages.  Should the Court deny this request, counsel request leave to amend the timely Rule 59(e) motion to 17 pages.

This request is supported by this application, the accompanying declaration of Statia Peakheart, and the proposed order.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: October 28, 2010          By: */s/ Statia Peakheart*
Statia Peakheart
Deputy Federal Public Defender

Attorneys for Movant
LEZMOND CHARLES MITCHELL

## DECLARATION OF STATIA PEAKHEART

I, Statia Peakheart, declare:

1.    I am an attorney licensed to practice in the State of California and in this Court.  I am a Deputy Federal Public Defender with the Office of the Federal Public Defender for the Central District of California.  I am the attorney assigned to represent Lezmond Mitchell in this habeas corpus action.

2.    Mitchell's memorandum in support of his motion for an evidentiary hearing is more than 17 pages in length.  It addresses several complex legal and factual issues.  Given the importance of these issues, and the need to thoroughly discuss them, Mitchell requests that the Court grant his request to exceed the page limit and accept his memorandum for filing.

3.    Counsel have kept the brief as focused as possible (the motion is significantly shorter than the Amended § 2255 filed on December 23, 2009, which was over 400 pages long), but given the issues involved this request is necessary.

4.    The Court's own Rules of Procedure state that the movant must file this request five days before the deadline.  Counsel respectfully request relief from the Court's deadline, as five days previous to this date, counsel did not anticipate the motion would be in excess of 17 pages

5.    Should the Court deny this request, counsel request leave to amend the timely Rule 59(e) motion to 17 pages.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 28, 2010at Los Angeles, California.

*/s/ Statia Peakheart*
**STATIA PEAKHEART**

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Vincent Q. Kirby, AUSA

I hereby certify that on October 28, 2010, I electronically transmitted the attached document on the following, who are not registered participants of the CM/ECF System:

Capital Case Staff Attorney

Evo A. De Concini U.S. Courthouse

405 West Congress Street, Suite 1500

Tucson, AZ 85701-5010

/s/ STATIA PEAKHEART

4