SEAN K. KENNEDY (145632)
(Sean_Kennedy@fd.org)
Federal Public Defender
STATIA PEAKHEART (200363)
Deputy Federal Public Defender
(Statia_Peakheart@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone    (213) 894-2854
Facsimile    (213) 894-0081

Attorneys for Defendant-Movant
LEZMOND CHARLES MITCHELL

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| LEZMOND CHARLES MITCHELL, | Case No.: CV-09-8089-MHM |
|---|---|
| Movant, | **[Proposed] Order Granting Movants's Motion for Leave to File a Brief in Excess of the Page Limit** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

1

Having considered Mitchell's motion for leave to file a brief in excess of the page limits, for good cause shown, IT IS HEREBY ORDERED that Mitchell's request is granted.  The clerk shall accept for filing Mitchell's over0length Motion to Alter or Amend the Judgment, Pursuant to Federal Rule of Civil Procedure 59(e).

DATED this _____ day of _____, 2010.

_____

HON. MARY H. MURGUIA

United States District Judge

2