SEAN KENNEDY (Calif. Bar No. 145632)
sean_kennedy@fd.org
Federal Public Defender
STATIA PEAKHEART (Calif. Bar No. 200363)
statia_peakheart@fd.org
Deputy Federal Public Defender
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:   (213) 894-2854
Facsimile:   (213) 894-0081

Attorneys for Defendant-Movant
LEZMOND CHARLES MITCHELL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| LEZMOND CHARLES MITCHELL,<br><br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. CV-09-8089-MHM<br><br>**Notice of Supplemental Exhibits in Support of Motion to Alter or Amend the Judgment, Pursuant to Federal Rule of Civil Procedure 59(e)** |
|---|---|

On October 28, 2010, Lezmond Mitchell filed his motion to alter or amend the judgement, pursuant to Federal Rule of Civil Procedure 59(e).  Movant supplements his motion with Exhibits 170 and 171 (declarations of Kathleen Bowman, Esq., and of Mónica Giner, respectively), both of which support Issue R, the federal government's collusion with the Navajo Nation to deprive Mitchell of his right to counsel.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED:  November 1, 2010

By  _/s/ Statia Peakheart_
STATIA PEAKHEART
Deputy Federal Public Defender

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Vincent Q. Kirby, AUSA

I hereby certify that on November 3, 2010, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

Capital Case Staff Attorney
Evo A. De Concini U.S. Courthouse
405 West Congress Street, Suite 1500
Tucson, AZ 85701-5010

        /s/ Kate Harlan

2