# EXHIBIT A

# FEDERAL PUBLIC DEFENDER

**District of Arizona**
**850 W. Adams Street, Suite 201**
**PHOENIX, ARIZONA 85007**

**JON M. SANDS**
**Federal Public Defender**

(602) 382-2700
(FAX) 382-2800
1-800-758-7053

January 21, 2010

Vincent Kirby
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona  85004-4408

RE:    Lezmond Mitchell - Habeas Petition

Dear Mr. Kirby:

This letter is to confirm a telephone message I left you earlier today which is consistent with our conversation last week during which time I advised that neither Jeff Williams or I will be agreeing to informal interviews with your office in the absence of authorization from Mr. Mitchell. Kindly note that while I have not heard directly from John Sears (who I understand is in trial), I reasonably anticipate that he will take the same position - although you certainly should confirm it with him.

Very truly yours,

Gregory A. Bartolomei
Assistant Federal Defender

cc:    Jeffrey Williams
Jon Sands
John Sears

**JOHN M. SEARS**
ATTORNEY AT LAW
CERTIFIED CRIMINAL LAW SPECIALIST

P.O. BOX 4080
PRESCOTT, AZ 86302

(928) 778-5208
FAX: (928) 445-1472
e-mail: John.Sears@azbar.org

January 26, 2010

Vincent Kirby
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, AZ 85004-4408

Re:    U.S. vs. Lezmond Mitchell

Dear Vince:

To follow up on Greg Bartolomei's letter to you of January 21, 2010, I also decline to participate in an informal interview with your office, absent specific authorization from Mr. Mitchell.

I am in the midst of preparing for a lengthy trial in a death penalty case in the Yavapai County Superior Court scheduled to commence on May 4, and my availability for a deposition between now and that date is severely limited as a result.

Very truly yours,

John M. Sears

JMS/jas

Xc:    Greg Bartolomei, Federal Public Defender's office, Phoenix, AZ