SEAN K. KENNEDY (145632)
(Sean_Kennedy@fd.org)
Federal Public Defender
STATIA PEAKHEART (200363)
Deputy Federal Public Defender
(Statia_Peakheart@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone    (213) 894-2854
Facsimile    (213) 894-0081

Attorneys for Defendant-Movant
LEZMOND CHARLES MITCHELL

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LEZMOND CHARLES MITCHELL, | Case No.: CV-09-8089-MHM |
| Movant, | **[Proposed] Order Granting Movants's Motion for Leave to File a Reply Memorandum in Excess of the Page Limit** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

1

Having considered Mitchell's motion for leave to file a reply memorandum in excess of the page limit, for good cause shown, IT IS HEREBY ORDERED that Mitchell's request is granted.  The clerk shall accept for filing Mitchell's over-length Reply to Response to Motion to Alter or Amend the Judgment, Pursuant to Federal Rule of Civil Procedure 59(e).

DATED this _____ day of _____, 2010.


_____

HON. MARY H. MURGUIA

United States District Judge

2