UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Lezmond Charles Mitchell,**<br>PLAINTIFF(S) | CASE NO.  **CV 09-8089 PCT-MHM** |
| v. | NOTICE TO FILER OF DEFICIENCIES IN<br>ELECTRONICALLY FILED DOCUMENTS |
| **United States of America,**<br>DEFENDANT(S) | |

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Motion for Leave to File a Reply Memorandum in Excess of the Page Limit #62* filed by *Statia Peakheart*:

☒ Original proposed pleading not electronically lodged using the "Lodged Proposed Document" event.

**ACTION REQUIRED BY THE FILER**

☒   The deficiency must be corrected within one (1) business day of this notice.
☒ Electronically lodge the original proposed pleading using the "Lodged Proposed Document" event. .