# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lezmond Mitchell, | ) No. CV-09-8089-PCT-MHM |
| Petitioner, | ) DEATH PENALTY CASE |
| vs. | ) |
| United States of America, | ) **ORDER** |
| Respondent. | ) |

Local Rule Civil 7.2(e) provides that a supporting motion shall not exceed 17 pages and a reply shall not exceed 11 pages, exclusive of any attachments. On October 28, 2010, Petitioner filed a 42-page motion to alter or amend the judgment pursuant to Federal Rule of Civil Procedure 59(e). Simultaneously, he requested leave to exceed the 17-page limit set forth in LRCiv 7.2. On November 15, the Government filed an 11-page response to the Rule 59 motion. On November 17, Petitioner filed a motion for leave to exceed the 11-page limit for his reply memorandum.

The Court has reviewed both Petitioner's Rule 59 motion and the Government's response. Although the Court concludes that Petitioner's salient points could have been presented in a motion less than 42 pages, it will grant the request to exceed page limitations for the Rule 59 motion. However, the Court declines to permit leave to exceed the 11-page limit for the reply brief.

/ / /

Accordingly,

**IT IS ORDERED** that Petitioner's Motion for Leave to File a Brief in Excess of the Page Limits (Doc. 59) is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Leave to File a Reply Memorandum in Excess of the Page Limit (Doc. 62) is **DENIED**.

DATED this 18th day of November, 2010.

Mary H. Murgula
United States District Judge