SEAN KENNEDY (Calif. Bar No. 145632)
Federal Public Defender
STATIA PEAKHEART (Calif. Bar No. 200363)
Deputy Federal Public Defender
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:    (213) 894-2854
Facsimile:    (213) 894-0081

Attorneys for Defendant-Movant
LEZMOND CHARLES MITCHELL

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LEZMOND CHARLES MITCHELL, | Case No.: CV-09-8089-MHM |
| Movant, | **Mitchell's Exhibit 170 In Support of Reply to the Response to His Motion to Alter or Amend the Judgment, Pursuant to Federal Rule of Civil Procedure 59(e)** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**DECLARATION OF STATIA PEAKHEART**

I, Statia Peakheart, hereby declare as follows:

1.     My name is Statia Peakheart.  I am a Deputy Federal Public Defender with the Office of the Federal Public Defender, counsel for Lezmond Mitchell.  The Office assigned me to Mitchell's § 2255 proceeding, CV-09-8089-MHM.

2.     A review of my electronic mail shows the following timeline regarding our attempts to meet-and-confer with Respondent about our discovery requests:

a.     On March 9, 2010, I left a voicemail for Respondent's counsel, Vincent Q. Kirby, "indicating that we intend to move for discovery, but I am first attempting to personally consult with him in order to make a sincere effort to satisfactorily resolve the matter without the motion."

b.     I had not received a response from Kirby by the afternoon of March 10, 2010.

c.     On March 11, 2010, I was able to reach Kirby.  "He had not listened to my voicemail. We agreed I'd email him tomorrow am a list of what we want, he will look at it, and we'll talk in the afternoon about whether he can agree or not."

d.     At 1:22 p.m., on March 12, 2010, I sent Kirby, by urgent delivery, a document indicating our requested discovery, and my intent to "reach you later today."

e.     I did not receive a response from Kirby by the time I left the country on March 14, 2010.  When I returned two weeks later, since he had not left a message or sent an email indicating he had or had not received our list of requested discovery, I re-contacted Kirby upon my return.  On March 29, 2010, I re-sent Kirby the list of our requested discovery.

f.     My last record of our efforts to resolve the matter without the discovery motion was on April 6, 2010, when I said that I still had not received a response from Kirby to our discovery requests.

I declare under the penalty of perjury of the laws of the United States of America, the foregoing is true and correct.  Signed this 11th day of November 2010.

*/s/ Statia Peakheart*

1                                                                    EX 170 – 2253

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Vincent Q. Kirby, AUSA

I hereby certify that on November 22, 2010, I mailed by first class mail the attached document on the following, who are not registered participants of the CM/ECF System:

Capital Case Staff Attorney

Evo A. De Concini U.S. Courthouse

405 West Congress Street, Suite 1500

Tucson, AZ 85701-5010

/s/ Statia Peakheart

2