SEAN KENNEDY (Calif. Bar No. 145632)
Federal Public Defender
STATIA PEAKHEART (Calif. Bar No. 200363)
Deputy Federal Public Defender
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-2854
Facsimile:  (213) 894-0081

Attorneys for Movant-Appellant
LEZMOND CHARLES MITCHELL

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LEZMOND CHARLES MITCHELL, <br><br> Movant-Appellant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent-Appellee. | Case No.: CV-09-8089-MHM <br><br> **Notice of Appeal** |

Notice is hereby given that Movant-Appellee, Lezmond Charles Mitchell, appeals to the United States Court of Appeals for the Ninth Circuit from the order denying the motion to alter or amend the judgment, pursuant to Federal Rules of Civil Procedure, Rule 59(e), entered on December 21, 2010, and from the order denying the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 entered in this action on September 30, 2010.

///

///

///

1

The names of all parties to the judgment or order and the names and addresses of the attorneys for each party are as follows:

<u>Lezmond Mitchell, Movant-Appellant</u>

Sean Kennedy, Federal Public Defender
Statia Peakheart, Deputy Federal Public Defender
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:   (213) 894-2854
Facsimile:    (213) 894-0081
Sean_Kennedy@fd.org
Statia_Peakheart@fd.org

<u>United States of America, Respondent-Appellee</u>

Dennis K. Burke, United States Attorney
Vincent Q. Kirby, Assistant U.S. Attorney
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone (602) 514-7500

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED:  February 17, 2011          By___*/s/ Statia Peakheart*___
                                                  STATIA PEAKHEART
                                                  Deputy Federal Public Defender

                                                  Counsel for Movant-Appellee
                                                  LEZMOND CHARLES MITCHELL

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2011, I served the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Vincent Q. Kirby, AUSA

I hereby certify that on February 17, 2011, I served the attached document by first-class mail on the following, who are not registered participants of the CM/ECF System:

Capital Case Staff Attorney
Evo A. De Concini U.S. Courthouse
405 West Congress Street, Suite 1500
Tucson, AZ 85701-5010

/s/ Kate Harlan