UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

  Plaintiff/Appellee,

VS.

Lezmond Mitchell,

  Defendant/Appellant,

Court of Appeals
Docket No. _____

Docket Number(s) of Court of Appeals
Companion and/or Cross-Appeals:

_____

District Court
Docket No. <u>CR 01-1062-PCT-MHM</u>
     CV 09-8089-PCT-MHM
Date Transcript(s) Filed  <u>NONE</u>

CERTIFICATE OF RECORD

   This certificate is submitted in conformance with Circuit Rule 11-2 of the Local Rules of the U. S. Court of Appeals for the Ninth Circuit.  The record on appeal, consisting of the trial transcript (if any) and the trial court clerk's record, is ready for the purposes of the appeal.  This record is available in the office of the U. S. District Clerk identified below.

   The documents comprising the trial court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure.  These document numbers are reflected on the U. S. District Court docket sheet and should be used for reference purposes in the briefs.

       Richard H. Weare
       District Court Executive/Clerk of Court
       District of Arizona, Phoenix Division

       By:   <u>s/ S. Turner</u>
         Deputy Clerk

       Date:  <u>February 17, 2011</u>