

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

March 01, 2011

---

No.:        11-99003
D.C. No.:   3:09-cv-08089-MHM
Short Title: Lezmond Mitchell v. USA

---

Dear Appellant

A copy of your notice of appeal has been received in the Clerk's office of the
United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals
docket number shown above has been assigned to this case. You must indicate this
Court of Appeals docket number whenever you communicate with this court
regarding this case.

Please review Circuit Rule 22 regarding the procedures to follow in the
prosecution of this death penalty appeal. All filings and correspondence should be
addressed to the Clerk of Court, ATTN: Death Penalty. Telephone inquiries should
be directed to (415) 355-8197.