UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 06 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LEZMOND C. MITCHELL,

          Petitioner - Appellant,

  v.

UNITED STATES OF AMERICA,

          Respondent - Appellee.

No. 11-99003

D.C. No. 3:09-cv-08089-MHM
U.S. District Court for Arizona,
Phoenix

**MANDATE**

The judgment of this Court, entered June 19, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

                        FOR THE COURT:
                        Molly C. Dwyer
                        Clerk of Court

                        Craig Westbrooke
                        Deputy Clerk