FILED

UNITED STATES COURT OF APPEALS

OCT 26 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEZMOND C. MITCHELL, | No. 11-99003 |
| Petitioner - Appellant, | D.C. No. 3:09-cv-08089-MHM |
| v. | District of Arizona, Phoenix |
| UNITED STATES OF AMERICA, | |
| Respondent - Appellee. | ORDER |

Before: REINHARDT, SILVERMAN, and WARDLAW, Circuit Judges.

Judges Silverman and Wardlaw have voted to deny Petitioner-Appellant's petition for rehearing and to deny the petition for rehearing en banc. Judge Reinhardt has voted to grant the petition for rehearing and petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc and no active judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing is DENIED and the petition for rehearing en banc is DENIED.