**11-99003 Lezmond Mitchell v. USA "Mandate Issued"**
ca9_ecfnoticing     to:                                        11/06/2015 08:46 AM

From:        ca9_ecfnoticing@ca9.uscourts.gov
To:

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Ninth Circuit

Notice of Docket Activity

The following transaction was entered on 11/06/2015 at 7:45:32 AM PST and filed on 11/06/2015

| | |
|---|---|
| Case Name: | Lezmond Mitchell v. USA |
| Case Number: | 11-99003 |
| Document(s): | Document(s) |

Docket Text:
MANDATE ISSUED.(SR, BGS and KMW) [9747105] (CW)

Notice will be electronically mailed to:

Mr. Jonathan C Aminoff, Assistant Federal Public Defender
Ms. Gia Kim, Deputy Federal Public Defender
Mr. Vincent Q Kirby, Assistant U.S. Attorney
USDC, Phoenix

The following document(s) are associated with this transaction:
Document Description: Mandate Order
Original Filename:
/opt/ACECF/live/forms/CraigWestbrooke_1199003_9747105_v2Order-Mandate_216.pdf
Electronic Document Stamp:
[STAMP acecfStamp_ID=1106763461 [Date=11/06/2015] [FileNumber=9747105-0]
[0b16746b0a724ab653f209a3e709ad684efed0d7ca70b327c954d6f772557931e7c7161d6c309041093d99
25ab98cc20a359ee9cc272191c9f316e2e8decb494]]
Recipients:
- Mr. Jonathan C Aminoff, Assistant Federal Public Defender
- Ms. Gia Kim, Deputy Federal Public Defender
- Mr. Vincent Q Kirby, Assistant U.S. Attorney
- USDC, Phoenix

The following information is for the use of court personnel:

DOCKET ENTRY ID: 9747105
RELIEF(S) DOCKETED:
DOCKET PART(S) ADDED: 11093215