**THE STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lezmond Charles Mitchell, | Civil No. 3:09-CV-08089<br>(Criminal No. 3:01-CR-01062-NWVW-1) |
| Defendant/Movant, | **DEATH PENALTY CASE** |
| v. | Honorable Neil V. Wake<br>United States District Judge |
| United States of America, | |
| Plaintiff/Respondent. | **[PROPOSED ORDER] GRANTING**<br>**NOTICE OF MOTION AND MOTION**<br>**FOR RELIEF FROM JUDGMENT**<br>**PURSUANT TO FEDERAL RULE OF**<br>**CIVIL PROCEDURE RULE 60(b)(6)** |

Upon the motion of Movant Lezmond Charles Mitchell,

**IT IS HEREBY ORDERED** that Mitchell's motion for relief from judgment pursuant to Federal Rule of Civil Procedure, Rule 60(b) is granted.