IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lezmond Charles Mitchell,<br><br>               Defendant/Movant,<br><br>v.<br><br>United States of America,<br><br>               Plaintiff/Respondent. | No. CV-09-08089-PCT-NVW<br>(CR-01-01062-PCT- NVW)<br><br>**ORDER** |

I hereby recuse myself from any further action in the above-captioned matters.

**IT IS ORDERED** these cases be reassigned, by lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** that these matters have been reassigned by random lot to the Honorable David G. Campbell.  All future pleadings and papers submitted for filing shall bear the following complete case numbers: CV-09-08089-PCT-DGC and CR-01-01062-PCT-DGC.

Dated this 7th day of March, 2018.

_____

Neil V. Wake
Senior United States District Judge