ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
VINCENT Q. KIRBY
Assistant U.S. Attorney
Arizona State Bar No. 006377
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: Vincent.Kirby@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lezmond Charles Mitchell,<br><br>                    Defendant/Movant,<br><br>    vs.<br><br>United States of America,<br><br>                    Plaintiff/Respondent. | CV-09-17-08089-PCT-DGC<br><br>**GOVERNMENT'S MOTION TO EXTEND TIME WITHIN WHICH TO FILE ITS RESPONSE TO DEFENDANT'S NOTICE OF MOTION AND MOTION FOR RELIEF FROM JUDGEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 60(b)(6)** |

The government respectfully requests the Court to extend the date by which to file a response to defendant's Motion for approximately 60 days from the date the response was due of March 20, 2018.  The underlying case dates back to 2001, and has been the subject of a direct appeal, a habeas proceeding and another appeal.  The record is voluminous and the government needs additional time to obtain and review the files in order to respond.

Defense counsel does not object to the request.

Respectfully submitted this 16th day of March 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Vincent Q. Kirby*
VINCENT Q. KIRBY
Assistant U.S. Attorney