IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Lezmond Charles Mitchell,

                      Defendant/Movant,

     vs.

United States of America,

                      Plaintiff/Respondent,

CV-09-17-08089-PCT-DGC

**ORDER**

The United States of America, having filed a Motion to Extend Time Within Which to File Its Response to Defendant's Notice Of Motion And Motion For Relief From Judgement Pursuant To Federal Rule Of Civil Procedure Rule 60(B)(6) in the above-referenced matters, and good cause appearing therefore,

IT IS ORDERED continuing the response due date to _____, 2018.

IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. §3161(h) will commence from _____ through _____.

DATED this  day of_____, 2018.

_____
DAVID G. CAMPBELL
UNITED STATES DISTRICT JUDGE