HILARY POTASHNER
Federal Public Defender
JONATHAN C. AMINOFF (No. 259290)
(E-Mail: Jonathan_Aminoff@fd.org)
CELESTE BACCHI (No. 307119)
(E-Mail: Celeste_Bacchi@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5374
Facsimile: (213) 894-0310

Attorneys for Defendant/Movant
LEZMOND CHARLES MITCHELL

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lezmond Charles Mitchell, | Civil No. CV-09-08089-PCT-DGC (Criminal No. CR-01-01062-PCT-DGC-1) |
| Defendant/Movant, | **DEATH PENALTY CASE** |
| v. | Honorable David G. Campbell United States District Judge |
| United States of America, | |
| Plaintiff/Respondent. | **MOVANT'S UNOPPOSED MOTION FOR A 3-WEEK EXTENSION OF TIME TO FILE REPLY TO GOVERNMENT'S RESPONSE TO MOTION FOR RELIEF FROM JUDGEMENT PURSUANT TO RULE 60(b)(6) FED.R.CIV.P.** |

1

Movant Lezmond Mitchell respectfully requests that the Court extend the date by which to file a reply to the government's opposition (dkt. no. 74) to Mitchell's motion for relief from judgment (dkt. no. 71) to and including June 18, 2018.

Mitchell's reply brief was due on May 28, 2018.  L.R. 7.2(d).  Undersigned counsel, however, erroneously calendared the due date of this reply and thus failed to timely file Mitchell's reply brief.  Counsel now requests a brief extension of time to adequately respond to the government's opposition.

Counsel for Respondent Vincent Kirby does not oppose this request.


Respectfully submitted,

HILARY POTASHNER
Federal Public Defender


DATED:  June 1, 2018          By */s/ Jonathan C. Aminoff*
                              JONATHAN C. AMINOFF
                              Deputy Federal Public Defender

                              Attorneys for Defendant/Movant
                              Lezmond Charles Mitchell

2