# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lezmond Charles Mitchell,<br><br>        Defendant/Movant,<br><br>        v.<br><br>United States of America,<br><br>        Plaintiff/Respondent. | Civil No. CV-09-08089-PCT-DGC<br>(Criminal No. CR-01-01062-PCT-DGC-1)<br><br>**ORDER** |

Movant Lezmond Mitchell, having filed a Motion to Extend Time Within Which to File his Reply to the Government's Response to Motion for Relief from Judgement Pursuant to Rule 60(b)(6) in the above-referenced matter and good cause appearing therefore,

IT IS ORDERED continuing the reply due date to _____, 2018.

IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. §3161(h) will commence from _____ through _____.

DATED this day of _____, 2018.

_____
DAVID G. CAMPBELL
UNITED STATES DISTRICT JUDGE