HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
JONATHAN C. AMINOFF (Bar No. 259290)
(E-Mail:  Jonathan_Aminoff@fd.org)
CELESTE BACCHI (Bar No. 307119)
(E-Mail:  Celeste_Bacchi@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-5374
Facsimile:  (213) 894-0310

Attorneys for Defendant/Movant
LEZMOND CHARLES MITCHELL

## THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lezmond Charles Mitchell, | Civil No. 3:09-CV-08089-DGC<br>(Criminal No. 3:01-CR-01062-NVW-1) |
| Defendant/Movant, | |
| | **DEATH PENALTY CASE** |
| v. | |
| United States of America, | Honorable David G. Campbell<br>United States District Judge |
| Plaintiff/Respondent. | **NOTICE OF APPEAL** |

Notice is hereby given that Movant Lezmond Charles Mitchell hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Order denying Mitchell's motion for relief from judgment, filed pursuant to Federal Rule of Civil Procedure 60(b)(6), entered on September 18, 2018.  (Dkt. No. 80.)

No filing or docket fee is required because Movant is in forma pauperis and the Federal Public Defender represents him pursuant to the Criminal Justice Act.

Movant's notice of appeal is timely filed pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A).

///

The parties to the judgment and order are:

Movant:                  Lezmond Mitchell
                         Reg. No. 48685-008
                         USP Terre Haute
                         4700 Bureau Road South
                         Terre Haute, IN 94974

Movant's Counsel:        Jonathan C. Aminoff
                         Celeste Bacchi
                         Deputy Federal Public Defenders
                         321 East 2nd Street
                         Los Angeles, CA 90012

Respondent:              United States of America

Respondent's Counsel:    Vincent Q. Kirby
                         Assistant United States Attorney
                         Two Renaissance Square
                         40 N. Central Ave., Suite 1800
                         Phoenix, Arizona 85004

                              Respectfully submitted,

                              HILARY POTASHNER
                              Federal Public Defender

DATED:  October 17, 2018        By */s/ Jonathan C. Aminoff*
                                JONATHAN C. AMINOFF
                                Deputy Federal Public Defender

                                Attorneys for Movant
                                LEZMOND CHARLES MITCHELL

3