MICHAEL BAILEY
United States Attorney
District of Arizona
WILLIAM G. VOIT
Arizona State Bar No. 025808
Email: William.Voit@usdoj.gov
SHARON K. SEXTON
Arizona State Bar No. 012359
Email: Sharon.Sexton@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lezmond Charles Mitchell, | No. CV 09-08089-DGC |
| Plaintiff, | |
| v. | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| United States of America, | |
| Defendant. | |

NOTICE is hereby given, in accordance with Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court of Arizona that Assistant U.S. Attorney William G. Voit and Sharon K. Sexton are hereby substituted as counsel for defendant, replacing Assistant U.S. Attorney Vince Kirby.

RESPECTFULLY SUBMITTED this 12th day of June, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona


*/s William G. Voit*
WILLIAM G. VOIT
SHARON K. SEXTON
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of June, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Celeste Bacchi; Jonathan C. Aminoff; Sean K. Kennedy and Statia Peakheart, *Attorneys for Plaintiff*


*/s Stephanie Ludwig*
U.S. Attorney's Office

- 2 -