**THE STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lezmond Charles Mitchell,<br><br>        Defendant/Movant,<br><br>        v.<br><br>United States of America,<br><br>        Plaintiff/Respondent. | Civil No. 3:09-CV-08089<br>(Criminal No. 3:01-CR-01062-NWVW-1)<br><br>**<u>DEATH PENALTY CASE</u>**<br><br>**<u>EXECUTION SET FOR<br>DECEMBER 11, 2019</u>**<br><br>Honorable David G. Campbell<br>United States District Judge<br><br>**[PROPOSED ORDER] GRANTING<br>MOTION FOR STAY OF EXECUTION**<br><br>**Oral Argument Requested** |

Upon the motion of Movant Lezmond Charles Mitchell,

**IT IS HEREBY ORDERED** that Mitchell's motion for stay of execution is GRANTED. The execution is stayed pending resolution of the appeal and issuance of the Mandate in the Ninth Circuit Court of Appeals, case no. 18-17031.

DATED this day of _____, 2019      _____

                                         DAVID G. CAMPBELL<br>                                         UNITED STATES DISTRICT JUDGE