**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Lezmond Mitchell, | No. CV-09-08089-PCT-DGC |
| Petitioner, | **ORDER** |
| v. | DEATH-PENALTY CASE |
| United States of America, | |
| Respondent. | |

Pending before the Court is Petitioner Lezmond Mitchell's Motion for Stay of Execution.  Doc. 84.  Mitchell has received notice from the Government that it intends to execute Mitchell on December 11, 2019.  Mitchell, who is currently appealing this Court's denial of his Rule 60(b) motion to reopen (Doc. 80), requests a stay of execution to allow him to litigate his appeal to conclusion.  Mitchell also notes that there is ongoing litigation in the District Court for the District of Columbia challenging the legality of the method of execution that the Government intends to use to carry out the plaintiffs' death sentences in *Roane v. Gonzales*, D.C. Dist. Court Case No. 05-CV-2337.  Mitchell is not currently a party to that litigation.

The Court will set a status conference to discuss setting deadlines for this motion and, to the extent practical, for other motions Mitchell may be presently contemplating or that he may file before the status conference is held.

**IT IS HEREBY ORDERED** setting a status conference on **August 15, 2019, at**

**11:00 a.m**. in Courtroom 603 of the Sandra Day O'Connor United States Courthouse in Phoenix, AZ, before United States District Court Judge David G. Campbell.

Dated this 6th day of August, 2019.

David G. Campbell
Senior United States District Judge