**DISTRICT JUDGE'S CIVIL MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**U.S. District Judge:  David G. Campbell**          **Date: August 15, 2019**

**Case Number: CV-09-08089-PCT-DGC**

**Mitchell v. United States of America**

**APPEARANCES:**   **Petitioner Counsel**                    **Respondent Counsel**
                   **Jonathan Aminoff**                       **William Voit**
                   **Celeste Bacchi**                         **Sharon Sexton**

**STATUS HEARING:**

Discussion is held regarding the briefing of the pending Motion to Stay Execution.  Doc. 84.  **IT IS ORDERED** the respondent shall file a response by **August 19, 2019.**  The petitioner shall file a reply by **August 26, 2019.**  The Court will schedule oral argument if warranted and will endeavor to rule within two weeks of the reply being filed.

Petitioner requests an order permitting Mr. Slim, a relative of the victims, to mail Petitioner a bible.  The Court will not consider such a request without a written motion that addresses the Court's jurisdiction to enter such an order, the rules and regulations of the prison where Petitioner is housed, and what efforts have been made short of a court order to accomplish it.

**Court Reporter** Patricia Lyons
**Deputy Clerk** Christine Boucher                                          **Start: 11:02 a.m.**
                                                                           **Stop:  11:21 a.m.**