UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 18 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LEZMOND C. MITCHELL, AKA
Lezmond Charles Mitchell,

        Petitioner - Appellant,

  v.

UNITED STATES OF AMERICA,

        Respondent - Appellee.

No. 18-17031

D.C. No. 3:09-cv-08089-DGC
U.S. District Court for Arizona,
Prescott

**MANDATE**

The judgment of this Court, entered April 30, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7